# Exhibit A

## Genesis Lending Snapshot as of 9/21/2022

|  | Receivable | | Liabilities | | | Loans (-) | | | Sub "B" CP |
|---|---|---|---|---|---|---|---|---|---|
|  | Active Loans | Collateral Receivable | Active Deposits | Collateral Payable | Secured | Collat Payable | Unsec Loans | | Secured |
| All | $2,821 | $1,207 | $5,313 | $1,917 | 0.68x | $904 | $735 | | 1.09x |
| External | $1,355 | $725 | $4,972 | $1,531 | 1.13x | ($177) | $186 | | 1.09x |

| External Loan CP # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Loan % Concentration** | 21% | 15% | 14% | 11% | 7% | 5% | 4% | 3% | 3% | 3% |
| *USD / Stable % of Loans* | 70% | 0% | 9% | 0% | 100% | 0% | 0% | 0% | 0% | 0% |
| *USDT % of Loans* | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 53% | 0% | 0% |
| *Crypto % of Loans* | 30% | 100% | 91% | 100% | 0% | 0% | 100% | 47% | 100% | 100% |
| **Collat % of Total Collateral** | 24% | 20% | 13% | 14% | 0% | 5% | 4% | 3% | 0% | 2% |
| *USD / Stables % of Collat* | 0% | 0% | 0% | 100% | NA | 100% | 100% | 100% | NA | 0% |
| *USDT % of Collat* | 0% | 74% | 0% | 0% | NA | 0% | 0% | 0% | NA | 0% |
| *Crypto % of Collat* | 100% | 26% | 100% | 0% | NA | 0% | 0% | 0% | NA | 100% |

| Liquidity | | | Weighed Avg | | | Weighed Avg | |
|---|---|---|---|---|---|---|---|
|  |  |  | Duration | Rating |  | Duration | Rating |
| USD / Stables | $910 |  |  |  |  |  |  |
| BTC | $367 | Total | 35.5 | 4.9 | BTC | 10.6 | 4.0 |
| ETH | $349 | USD / Stable | 68.6 | 4.7 | ETH | 23.0 | 7.4 |
| **Liquidity from Majors** | **$1,626** | USDT | 20.6 | 7.5 | Alt | 11.9 | 5.4 |

|  | Current Assets | Receivable | | Liabilities | |
|---|---|---|---|---|---|
|  |  | Loans | Collat Rec | Borrows | Collat Pay |
| **Total** | $3,352 | $2,821 | $1,207 | $5,313 | $1,917 |
| USD / Stables | 693 | 954 | 151 | 2,025 | 856 |
| USDT | 216 | 171 | 0 | 685 | 238 |
| BTC | 367 | 992 | 247 | 1,425 | 215 |
| ETH | 349 | 364 | 271 | 776 | 213 |
| Other Assets | 1,726 | 339 | 538 | 402 | 396 |
| **Assets** | **$7,380** | **Liabilities** | **$7,230** | **Equity** | **$150** |

\* approximate calculation across all lending entities