# Exhibit D

| External Loan CP # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Loan % Concentration | 28% | 23% | 19% | 5% | 5% | 4% | 3% | 2% | 2% | 1% |
| USD / Stable % of Loans | 0% | 9% | 67% | 0% | 0% | 0% | 0% | 0% | 0% | 35% |
| USDT % of Loans | 0% | 0% | 0% | 45% | 0% | 0% | 0% | 0% | 0% | 0% |
| Crypto % of Loans | 100% | 91% | 33% | 55% | 100% | 100% | 100% | 100% | 100% | 65% |
| | | | | | | | | | | |
| Collat % of Total Collateral | 34% | 22% | 18% | 4% | 0% | 4% | 3% | 2% | 0% | 0% |
| USD / Stables % of Collat | 0% | 0% | 0% | 100% | NA | 0% | 0% | 100% | NA | 100% |
| USDT % of Collat | 74% | 0% | 0% | 0% | NA | 0% | 0% | 0% | NA | 0% |
| Crypto % of Collat | 26% | 100% | 100% | 0% | NA | 100% | 100% | 0% | NA | 0% |

**Liquidity**

| | | | Weighed Avg | | | | Weighed Avg | |
|---|---|---|---|---|---|---|---|---|
| | | | Duration | Rating | | | Duration | Rating |
| USD / Stables | $293 | | | | | | | |
| BTC | $630 | Total | 32.0 | 4.0 | | BTC | 8.7 | 3.9 |
| ETH | $635 | USD / Stable | 76.1 | 3.3 | | ETH | 11.9 | 5.3 |
| Liquidity from Majors | $1,557 | USDT | 13.0 | 3.7 | | Alt | 12.9 | 5.6 |

| | Current Assets | Receivable | | Liabilities | |
|---|---|---|---|---|---|
| | | Loans | Collat Rec | Borrows | Collat Pay |
| Total | $3,249 | $2,308 | $1,022 | $4,985 | $1,419 |
| USD / Stables | 279 | 701 | 157 | 1,799 | 538 |
| USDT | 14 | 66 | 0 | 361 | 238 |
| BTC | 630 | 980 | 214 | 1,583 | 192 |
| ETH | 635 | 393 | 229 | 858 | 267 |
| Other Assets | 1,691 | 168 | 422 | 385 | 184 |

| Assets | $6,579 | Liabilities | $6,404 | Equity | $175 |
|---|---|---|---|---|---|

*Approximate consolidated balance sheet across primary lending entities (GGC, GAP, GGCI)*

Strictly Confidential