FILED
WILLIAMSPORT
JAN 02 2025
PER____NR____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Case No. _____

## DECLARATION OF CHRISTOPHER SOKOLOWSKI AUTHENTICATING TRANSCRIPT EXHIBIT

I, Christopher H. Sokolowski, declare as follows:

1. I am over the age of eighteen and am competent to make this Declaration.

1

2. I am a Plaintiff in the above-captioned action, proceeding pro se.

3. A true and correct copy of the transcript of Stephen Sokolowski's interview with Laura Shin (the "Transcript") is attached to the Complaint in this matter as Exhibit E.

4. I prepared (or supervised the preparation of) the Transcript from the original audio/video recording of the interview to the best of my ability.

5. To the best of my knowledge and belief, the Transcript accurately reflects the conversation that occurred during the interview.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 2, 2025

_Christopher H Sokolowski_

Christopher H. Sokolowski, Pro Se Plaintiff
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org