AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **4:25-cv-00001-WIA**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Sochiro Michael Moro**
was recieved by me on **2/19/2025**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **shazaib A**, a person of suitable age and discretion who resides at **1 Clinton St Apt 32C, Brooklyn, NY 11201**, on **02/28/2025 at 5:54 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Anthony Boyd**
*Printed name and title*

669 Schenck Ave
2R
Brooklyn, NY 11207

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; EXHIBITS LIST; EXHIBITS, to shazaib A who identified themselves as the co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired American Indian male contact 25-35 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with a beard and a mustache.**




Tracking #: 0160330385