**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI AND CHRISTOPHER H. SOKOLOWSKI,<br><br>      Plaintiffs,<br><br>    v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>      Defendants. | Case No. 4:25-CV-00001- PJC |

**MOTION OF DIGITAL CURRENCY GROUP, INC. AND BARRY E. SILBERT TO DISMISS PLAINTIFFS' COMPLAINT**

For the reasons set forth in the brief in support of their Motion to Dismiss, which will be filed within the time period prescribed by Local Rule 7.5, defendants Digital Currency Group, Inc. and Barry E. Silbert, by and through their attorneys, move this Court to dismiss plaintiffs' Complaint for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(2) and (12)(b)(6).

               Respectfully submitted,

Dated:  March 4, 2025       **MCCORMICK LAW FIRM**

             */s/ Brian J. Bluth*
             Brian J. Bluth
             McCormick Law Firm
             835 West Fourth Street
             Williamsport, PA 17701
             Tel: (570) 326-5131
             Fax: (570) 326-5529

             Benjamin S. Kaminetzky (*pro hac vice forthcoming*)
             Daniel J. Schwartz (*pro hac vice forthcoming*)
             Matthew R. Brock (*pro hac vice forthcoming*)

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10153
Tel: (212) 450-4259
Fax: (212) 701-5259

*Counsel for Defendants Digital Currency*
*Group, Inc. and Barry E. Silbert*

## CERTIFICATE OF SERVICE

I, BRIAN J. BLUTH, hereby certify that the foregoing **Motion to Dismiss** was electronically filed with the court and electronically served upon plaintiffs, pursuant to the Federal Rules of Civil Procedure, this 4th day of March 2025.

I further certify that a copy of the foregoing **Motion to Dismiss** was served upon defendant Soichiro "Michael" Moro by United Stated Mail at the below address, this 4th day of March 2025:

Soichiro Michael Moro
1 Clinton Street, Apartment 32 C
Brooklyn, NY 11201

### MCCORMICK LAW FIRM

By:  */s/ Brian J. Bluth*
        Brian J. Bluth, Esquire
        I.D. No. 87432
        Attorney for Defendant

        835 West Fourth Street
        Williamsport, PA 17701
        (570) 326-5131