UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI AND CHRISTOPHER H. SOKOLOWSKI,<br><br>    Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>    Defendants. | Case No. 4:25-CV-00001- PJC |

### CERTIFICATE OF NON-CONCURRENCE

The undersigned hereby certifies that counsel for defendants Digital Currency Group, Inc. and Barry E. Silbert contacted plaintiffs via email on March 3, 2025 to seek concurrence with the foregoing Motion to Dismiss. Plaintiffs do not concur.

Dated: March 4, 2025                    **MCCORMICK LAW FIRM**

                                        By: */s/ Brian J. Bluth*
                                            Brian J. Bluth, Esquire
                                            I.D. No. 87432
                                            Attorney for Defendant

                                            835 West Fourth Street
                                            Williamsport, PA 17701
                                            (570) 326-5131