**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, | |
| Plaintiffs, | Case No. 4:25-CV-00001- PJC |
| v. | (Hon. Phillip J. Caraballo, United States Magistrate Judge) |
| DIGITAL CURRENCY GROUP, INC., BARRY E. SIBERT, and SOICHIRO "MICHAEL" MORO, | |
| Defendants. | |

---

# **ORDER**

AND NOW, on this _____ day of _____, 2025, upon consideration of Defendants Digital Currency Group, Inc., and Barry E. Silbert's Motion to Dismiss Pursuant to Rules 12(b)(2) 12(b)(6) of the Federal Rules of Civil Procedure, the accompanying Brief in Support, the exhibits thereto, and any responsive briefing, it is hereby,

ORDERED that such motion is GRANTED; and it is further,

ORDERED that the Complaint as against Defendants Digital Currency Group, Inc., and Barry E. Silbert's is DISMISSED WITH PREJUDICE.

  
_____
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE