UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI,<br><br>Plaintiffs<br><br>- against -<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>Defendants. | Electronically Filed<br><br>Civil Action No. 4:25-cv-00001<br><br>Hon. Phillip J. Caraballo<br><br>Complaint filed January 2, 2025 |

## ORDER

AND NOW, this _____ day of _____ 2025, upon consideration of defendants' Uncontested Motion for Leave to File a Brief in Excess of Fifteen Pages (Doc. 55), said Motion is GRANTED.  Defendants shall be permitted to file a brief in support of their anticipated Motion for Summary Judgment that does not exceed 30 pages or 7,500 words.

BY THE COURT:

_____
Phillip J. Caraballo
United States Magistrate Judge