# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI AND CHRISTOPHER H. SOKOLOWSKI,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, AND SOICHIRO "MICHAEL" MORO,<br><br>　　　　　　Defendants. | Case No. 4:25-CV-00001-PJC |

## SOICHIRO "MICHAEL" MORO'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

For the reasons set forth in the brief in support of his Motion to Dismiss, which will be filed within the time period prescribed by Local Rule 7.5, Defendant Soichiro "Michael" Moro, by and through his attorneys, moves this Court to dismiss Plaintiffs' Complaint for lack of personal jurisdiction, insufficient service of process, and for failure to state a claim up which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6).

Dated: March 21, 2025

**ARNOLD & PORTER KAYE SCHOLER LLP**

Christian D. H. Schultz (*pro hac vice forthcoming*)
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone +1 202.942.5000
Fax: +1 202.942.5999

Tyler J. Fink (*pro hac vice forthcoming)*
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689

Respectfully submitted,

*/s/*Joshua M. Link
_____

**KLEHR HARRISON HARVEY BRANZBURG LLP**

Joshua M. Link
1835 Market St., Suite 1400
Philadelphia, PA 19103
Telephone: +1 215.569.3003
Fax: +1 215.568.6603

*Attorneys for Defendant Michael Moro*

**CERTIFICATE OF SERVICE**

    I, JOSHUA M. LINK, hereby certify that on March 21, 2025, I caused a true and accurate copy of the foregoing and all supporting documents, filed with this Court, to be served upon plaintiffs via first class mail and the Court's ECF filing system and counsel of record for each party via the Court's ECF filing system.

                                                    */s/*Joshua M. Link
                                                    Joshua M. Link