# Exhibit H

13 April 2021

**SS** **Steve Sokolowski** 11:05
Good morning – you said to add you on Telegram, this is Steve Sokolowski

**H** **Hanson – Genesis** 11:05
Hey Steve

great 11:05

Thank you for adding me here 11:05

Refresher on LTC, can offer 4% OT or 5.5% for 6 month fixed 11:05

Min size is $500k notional so around 1850 LTC at current prices 11:06

can do between 1–6 month fixed as well, rates would be between those two levels above 11:06

**SS** **Steve Sokolowski** 11:07
is there a minimum withdrawal amount? I would want to withdrawal 50% of the interest to sell to dollars to pay taxes every time it's paid

**H** **Hanson – Genesis** 11:07
We can pay the interest ether inkind or in USD

can't split it 50/50 at this time 11:08

**SS** **Steve Sokolowski** 11:08
could I select that every month – one month USD, one month coins?

that would be fine 11:08

or if not, I can just sell it at Gemini 11:08

**H** **Hanson – Genesis** 11:09
We can send you the LTC and then you can sell the % you want into dollars each month, would need to keep consistent on our end operationally

**SS** **Steve Sokolowski** 11:09
ok, no problem

**H** **Hanson – Genesis** 11:09
In reply to this message
you can set the interest payment to be your Gemini address to make it easy in this instance

**Steve Sokolowski**

**SS** I only have 826 ETH available right now, so you won't accept that, right?                    11:09

**H** **Hanson – Genesis**                                                                            11:10
Correct, mins there are 1,000 firm

**SS** **Steve Sokolowski**                                                                           11:11
ok – thanks for answering my questions – I'm going to talk with my brother when he wakes up
from the night shift around 3pm, and will get back to you later

**H** **Hanson – Genesis**                                                                            11:11
Sure thing

**SS** **Steve Sokolowski**                                                                           11:11
oh, one final question – BlockFi is set up so that its investors will take a total loss before its
lenders do

is Genesis the same way?                                                                              11:12

**H** **Hanson – Genesis**                                                                            11:12
In the meantime I will send over the MBA/Triparty document via DocuSign to begin the lending
relationship, please be on the lookout for those later this morning/afternoon so we can proceed
with issuing the term sheet

**SS** **Steve Sokolowski**                                                                           11:13
ok, thank you – if you could also find out whether Genesis's owners will take losses ahead of the
lenders, that would be great

**H** **Hanson – Genesis**                                                                            11:13
We have no senior creditors

You are entering into a bilateral agreement with our NJ entity Genesis Global Capital LLC          11:14

any losses on the other side of our book is not passed through to you as the lender               11:14

We have both equity and loan loss reserves in the event that occured                              11:14

**SS** **Steve Sokolowski**                                                                           11:14
ok, that answers my question – thanks

**H** **Hanson – Genesis**                                                                            11:14
but since our inception in 2018 we have not had any

**SS** **Steve Sokolowski**                                                                           11:14
I wanted to make sure the executives' incentives were aligned

**H**  Hanson – Genesis                                                11:14

No problem!

**H**  Hanson – Genesis                                                12:14

MBA doc should with with you via DocuSign now, let me know if any additional questions

**SS**  Steve Sokolowski                                              12:15

OK, thank you

**SS**  Steve Sokolowski                                              13:11

Hi – just to clarify – an "open term" loan actually means that Genesis could require as long as 11 days to repay it, correct?

**H**  Hanson – Genesis                                                13:12

T+7 is what I believe the contract specifies is our legal timeline for returning funds but in practicality it would be same day or t+1 at the latest

**SS**  Steve Sokolowski                                              14:27

ok, I signed the document

I can get together about 1250 ETH for now personally – and then once the company       14:30
"Cryptocurrency Management LLC" is processed by the Pennsylvania Department of Revenue, then
that company will have about 140 bitcoins and more ETH

so let me know the process for lending ETH when you have all the legal issues sorted out    14:31

**H**  Hanson – Genesis                                                14:32

In reply to this message

Great

For the 1250 ETH are you looking for an open term or fixed?                              14:32

                                                                                        14:32



**SS**  Steve Sokolowski                                              14:34

a one–month term starts immediately, or is that expiring at the end of the next calendar month?

**Hanson – Genesis**                                                                    14:34

Same regarding LTC

It starts on the day the term sheet is issued                                          14:34

let me confirm on that one actually, one second                                        14:35

**Steve Sokolowski**                                                                    14:35

ok, thanks

**Hanson – Genesis**                                                                    14:38

They start accuring interest when the balance settles (term sheet date does not matter) and in practice, after expiry, we treat as open loans. so you will continue to accrue interest at the OT rate

The day of expiration will be listed on term sheet when issued                          14:38

**Steve Sokolowski**                                                                    14:40

these are APY or APR?

**Hanson – Genesis**                                                                    14:40

APY

📄 **Sample Term Sheet John Doe ETH 08062020.pdf**                                      14:40
   11.3 KB

Example for OT loan                                                                     14:41

**Steve Sokolowski**                                                                    14:51

ok, let's do open term

ETH is skyrocketing way too much to risk a fixed loan right now                         14:51

**Hanson – Genesis**                                                                    14:51

Sure

interest in ETH?                                                                        14:51

**Steve Sokolowski**                                                                    14:52

yes, as long as I can make a withdrawal of the interest only

you don't have minimum withdrawal amounts, right?                                       14:52

**Hanson – Genesis**                                                                    14:52

We can send you the interest monthly no problem

**Steve Sokolowski**

**SS** great, then interest in ETH                                                                    14:52

**H** Hanson – Genesis                                                                                14:52

You will just whitelist an address for us to use

1250 ETH open term @ 3.50% with inkind interest paid out monthly                                      14:52

Would you like to do same for LTC?                                                                    14:52

**SS** Steve Sokolowski                                                                               14:52

do you need the exact amount of money?

**H** Hanson – Genesis                                                                                14:53

yes exact units pls

**SS** Steve Sokolowski                                                                               14:53

ok, then you'll need to give me a little while

**H** Hanson – Genesis                                                                                14:53

no worries

**SS** Steve Sokolowski                                                                               14:53

the other issue is that BlockFi may not process the withdrawal until tomorrow

**H** Hanson – Genesis                                                                                14:53

Thats fine

**SS** Steve Sokolowski                                                                               14:53

they do them manually, I think

ok, I'll do the calculations and get back to you by the end of the day                                14:53

**H** Hanson – Genesis                                                                                14:53

Sure thing

In the meantime I am going to create a broader group with the rest of the folks on our side,          14:54
will add you in a moment. We can use it for all future communication (lending, trading, settlement
etc)

**SS** Steve Sokolowski                                                                               14:55

do you need all this ETH in one transaction?

**H** Hanson – Genesis                                                                                14:55

Operationally that is preferred

Will wait for exact amount to get that term sheet out                                         14:58

**Steve Sokolowski**                                                                          15:01

ok, I'll actually leave some in BlockFi because they are paying more on the first 100 ETH

let's go with 1096                                                                            15:01

**Hanson – Genesis**                                                                          15:01

Sure thing

**Steve Sokolowski**                                                                          15:01

you can write up the contract

**Hanson – Genesis**                                                                          15:02

Great thx

Would you like to also paper the LTC as well?                                                 15:03

**Steve Sokolowski**                                                                          15:03

not right now – we each only have 1600

we'll need to wait until Pennsylvania creates the LLC                                          15:03

and the other issue with LTC is that BlockFi is beating your rates, unfortunately             15:04

**Hanson – Genesis**                                                                          15:05

Understood, no worries

From a risk adjusted basis we think our rates are very market competitive, let me know if     15:06
you change mind at all on that front. In mean time be on the lookout for that ETH term sheet and
we can go from there! Thanks Steve

**Steve Sokolowski**                                                                          15:06

I understand, and that's why we're leaning towards moving the LTC to you after PA processes the
paperwork

**Hanson – Genesis**                                                                          15:06

👍🏻 👍🏻

**Steve Sokolowski**                                                                          15:07

what sort of information do you need to start the process of opening a corporate account?

can part of that be processed before the state officially creates the entity?                 15:07

**Hanson – Genesis**                                                                          15:08

The onboarding process is fairly similar, off the top of my head I can't think of a glaring difference between the two but will probably need to have the entity officially created to begin

**Steve Sokolowski**                                                                              15:09

ok, I'll let you know when that happens then

**Hanson – Genesis**                                                                              15:09

Great

**Steve Sokolowski**                                                                              15:10

I can't believe so many people want to short litecoins

litecoins always outperform bitcoins from bottom to top                                            15:10

**Hanson – Genesis**                                                                              15:10

Hahaha

Can't speak on behalf of our borrowers but thats what we are here for, help them express           15:11
their market view

**Steve Sokolowski**                                                                              15:12

how can I prove your authenticity when it comes time to transfer the money?

can I call a number posted on Genesis's website?                                                   15:12

or do you have a way implemented in software?                                                      15:13

**Hanson – Genesis**                                                                              15:20

Are you asking to confirm with our Ops team the wiring instructions?

**Steve Sokolowski**                                                                              15:20

no, when it comes time to send ETH, I want to make sure the address I get is genuine

I'm not criticizing you, but someone could try to impresonate you through Telegram                 15:21

**Hanson – Genesis**                                                                              15:21

Yes ofcourse

1. Address will be in the term sheet                                                               15:21

2. We can confirm in the broader telegram chat as well als email                                   15:21

3. We usually do test transactions first then you send balance                                     15:21

4. The address will also be on the portal online                                                   15:22

**Steve Sokolowski**                                                                              15:22

ok, that's what I needed, #4

**H**  Hanson – Genesis    15:22
👍 👍

15 April 2021

**SS**  Steve Sokolowski    08:45
just want to let you know that I haven't forgotten about this – BlockFi doesn't process withdrawals for 2 days if submitted after 8pm, and the ETH fork is causing problems with my daemon

I hope to get this money sent overnight    08:46

**H**  Hanson – Genesis    08:47
No worries

We understand about the BF withdrawal times, interest will just start being accrued once the funds land on our side no problem    08:48

**SS**  Steve Sokolowski    22:11
so the BlockFi money was sent successfully – but Gemini is now giving me a date of April 22

so some of the money is there and I guess I'll just have to wait for the rest    22:12

**H**  Hanson – Genesis    22:12
Got it

no worries    22:12

Ops team will confirm the first batch once it hits    22:12

**SS**  Steve Sokolowski    22:12
I'll send it the minute Gemini processes it

**H**  Hanson – Genesis    22:13
Great!

**SS**  Steve Sokolowski    22:13
it should be about 370 that already was sent

**H**  Hanson – Genesis    22:13
Got it, when they come back online tomorrow morning can confirm when we receive it on our end

**SS**  Steve Sokolowski    22:13
ok, have a good night

Hanson – Genesis

**H**  Thanks, you as well                                                                       22:14

17 April 2021

**SS**  **Steve Sokolowski**                                                                        08:17
good morning – Genesis gave the loan back to Gemini, so I have the money to deposit from
Gemini

before I do, could you have Genesis sign the loan term sheet?                              08:17

I signed it but I don't think your company did                                             08:17

the one at https://na2.docusign.net/Signing/?ti=55da525e3df7463686da2e39412aec35          08:17

**H**  **Hanson – Genesis**                                                                        08:23
Hey Steve, I will follow up with our legal team on Monday when they are back online to chase on
the term sheet

**SS**  **Steve Sokolowski**                                                                        08:26
does your team process deposits or withdrawals on Saturdays?

or, do you start paying interest on Mondays?                                               08:26

**H**  **Hanson – Genesis**                                                                        08:27
Once the full amount has been deposited the interest will start accruing

the 1096 ETH                                                                               08:27

**SS**  **Steve Sokolowski**                                                                        08:36
ok, sent

20 April 2021

**H**  **Hanson – Genesis**                                                                        09:06
Hey Steve, this blog post is great and very in-depth. When you are happy we are happy! Let me
know if you need anything else

**SS**  **Steve Sokolowski**                                                                        09:07
please let me know if there are errors in it; Nexo's CEO pointed out some errors that I fixed

there were about 3000 views yesterday so I don't want to get anyone wrong                   09:08

**H**  **Hanson – Genesis**                                                                        09:12
DCG does not own Gemini would be a good thing to point out

https://dcg.co/portfolio/                                                                  09:12

In reply to this message                                                09:12
thats great

**Steve Sokolowski**                                                    09:12
Genesis is listed there

did I misunderstand this page?                                          09:12

**Hanson – Genesis**                                                    09:13
Genesis (us) is a fully owned subsidiary of DCG correct, but Gemini the exchange is not

**Steve Sokolowski**                                                    09:13
oh, oops, sorry

I confused the names                                                    09:13

I'll correct that                                                       09:13

**Hanson – Genesis**                                                    09:14
No worries!

Genesis                                                                 09:15

Genesis Trading LLC is the "lender of last resort" in the cryptocurrency industry. Genesis is by far the largest company involved in lending, with billions of dollars of loans originated every month. They sell clients on BTC, ETH, and USDC deposits, but borrow and lend many other types of coins.

Not only is Genesis the largest lending firm, they are the firm whose business model is closest to a bank of all the lenders that currently exist. While Gemini offers trading, most of their loans are secured with low loan-to-value ratios. Genesis only accepts clients with $5m or more in assets. Their minimum deposit sizes are 50 bitcoins, 1000 ETH, and 500,000 USDC. Their current rates for those coins are 1.5% for bitcoins, 3.75% for ETH, and 10% for USDC, for a one-month term.

Many of the lenders are re-lending to Genesis in some capacity. Ledn and Gemini, for example, state that they exclusively lend to Genesis. (Note that we don't trust Gemini's statement on that matter, as described in the Gemini review.) Because these companies are re-lending to Genesis, a few facts can be inferred:

I think this should be Genesis as well

This is one of the most indepth articles on the crypto interest products I (we) have ever     09:16
seen, awesome job

**Steve Sokolowski**                                                    09:17
what happened is that three months ago I realized that I could earn just as much by moving
money around between these companies as I could by actually doing work – so research became a
full-time job

**Hanson – Genesis**                                                    09:17
Great to hear

**Steve Sokolowski**                                                    09:17
will correct the second error

**Hanson – Genesis**                                                    09:18

On a separate note, I think you will enjoy this article talking about how these types of rates exist in the market https://jumpcap.com/insights/crypto-credit-market-breakdown

Super exciting to see the crypto credit markets being built over the years!                                    09:18

**Steve Sokolowski**                                                                                          09:21

I can see how arbitrage can provide opportunities – for months our pool could not get approved because all the exchanges were taking months to approve institutional accounts, so we had to sell blocks of bitcoins at a loss at BitFlyer, which always had lower prices

once the companies are able to ramp up onboarding, that will go away                                         09:22

**Hanson – Genesis**                                                                                          09:26
In reply to this message

Thats not good! If you are ever looking for liquidity on your mining proceeds we can transact through our OTC trading desk as well

If I remember you were in the process of getting the entity through the legal hoops in                        09:27
setting up etc correct?

**Steve Sokolowski**                                                                                          09:29

yes, we're still waiting for the state to process it

they generally take 3 weeks, which would be 15 more days                                                      09:29

**Hanson – Genesis**                                                                                          09:29

Roger that

**Steve Sokolowski**                                                                                          09:29

as to blocks, they are only worth 6.5, well below your minimum trade size

**Hanson – Genesis**                                                                                          09:29

6.5 BTC?

**Steve Sokolowski**                                                                                          09:30

6.25 + fees

**Hanson – Genesis**                                                                                          09:30

Current trade size is $250k/order so that would be north of that at current prices

**Steve Sokolowski**                                                                                          09:30

I was actually told that blocks are worth more because they have no transaction history that could theoretically be involved with drugs

is that true?                                                                                                 09:30

there are rumors that people will pay more for blocks with no history but I don't know if that's true | 09:30

**H**

**Hanson – Genesis** | 09:31

Certain investors in the market (typically overseas) are paying more for the "virgin" coins

**SS**

**Steve Sokolowski** | 09:31

would you pay more for them?

**H**

**Hanson – Genesis** | 09:31

We would not no

Our desk is trading on a principal basis out of our own balance sheet | 09:31

So typically spot + small spread | 09:31

27 April 2021

**SS**

**Steve Sokolowski** | 06:51

good morning – when you have time, it seems like BlockFi is lowering its rates

would you be willing to add 170 ETH to the loan on April 1? | 06:52

and what about a second loan for around 4000 litecoins on April 1? | 06:52

don't write up any contracts yet; I want to get rates and terms first | 06:53

**H**

**Hanson – Genesis** | 06:53

Hey Steve good morning

In reply to this message | 06:54

no worries!

In reply to this message | 06:54

sure thing, we can add the ETH to a new Open Term tranche for ETH whenever you would like

In reply to this message | 06:54

Let me get you rates here

would the LTC be for open term or duration? | 06:55

**SS**

**Steve Sokolowski** | 06:56

I'd like to see both

one month or open | 06:56

nothing longer | 06:56

**Hanson – Genesis**

**H**  For LTC I can show 4% for OT or 5.5% if you go out around 6 months                06:58

**SS**  **Steve Sokolowski**                                                              06:58
that's a lot lower than the 5.5% from before

in that case, we'll pass on the litecoins – I didn't realize it had gone down so much     06:58

**H**  **Hanson – Genesis**                                                               06:58
In reply to this message
rates have not changed

**SS**  **Steve Sokolowski**                                                              06:59
hmmm, I thought it was 5.5

my mistake then – but it's still far below blockfi's rates                                06:59

**H**  **Hanson – Genesis**                                                               06:59
No worries!

**SS**  **Steve Sokolowski**                                                             06:59
however, the ETH is attractive

are your bitcoin rates still below 2%?                                                    06:59

**H**  **Hanson – Genesis**                                                               06:59



Above 2% with duration                                                                    06:59

**SS**  **Steve Sokolowski**                                                              07:00
ah, good – below 1.5% I think is the limit I would take for anyone, regardless of reputation, so I'm
glad to see the rates normalizing

ok, then please add a new loan for 170 ETH beginning April 1                              07:01

open term                                                                                 07:01

the other coins I'll wait to move forward on, if at all, until the LLC is finished        07:01

**H**  **Hanson – Genesis**                                                        07:01
In reply to this message
copy that

**SS**  **Steve Sokolowski**                                                       07:01
I will be outside today planting a new raspberry garden, so I won't respond until tomorrow

but since it's April 1, there's some time left                                    07:02

oops                                                                               07:02

I meant May 1                                                                      07:02

**H**  **Hanson – Genesis**                                                        07:02
In reply to this message
when May 1st comes around you can put in the bigger group you would like to add 170 ETH open term to the existing ~1070 and our lending desk will send a new term sheet with updated amount

right May hahaha                                                                   07:02

**SS**  **Steve Sokolowski**                                                       07:03
ok, I'll put in a withdrawal request today then so I don't end up delayed like last time

thanks for your help!                                                              07:03

**H**  **Hanson – Genesis**                                                        07:04
In reply to this message
great sounds good

Happy to help! Thank you for choosing Genesis                                      07:04

let me know if anything else comes up                                              07:04

**SS**  **Steve Sokolowski**                                                       07:04
no problem – have a great day!

29 April 2021

**H**  **Hanson – Genesis**                                                        08:34
Morning Steve

Wanted to pass along our recent Q1 market report that we released yesterday morning, highlighting our trading/lending/derivatives businesses                                08:34

you can find our full historical records on the website here                       08:34
https://genesistrading.com/about/insights/

Genesis Q1 2021.pdf                                                                08:34

 5.2 MB

**SS** Steve Sokolowski                                                      08:51

thank you – I'll take a look

**H** Hanson – Genesis                                                      08:51

👍🏼 👍🏼

Also if you don't mind me asking, more personal question regarding your mining business    08:51

as someone who just got into BTC mining this week                         08:51

**SS** Steve Sokolowski                                                      08:51

sure

**H** Hanson – Genesis                                                      08:52

Are you helping people acquire ASICS through financing? just more general on the business model of prohashing

**SS** Steve Sokolowski                                                      08:52

no – we are just a pool

we don't lend out money                                                    08:52

**H** Hanson – Genesis                                                      08:52

ahh gothca

**SS** Steve Sokolowski                                                      08:53

are you looking to start a mining farm?

**H** Hanson – Genesis                                                      08:53

Just more curious as to the nature of what you all are doing

I used Compass Mining to purchase a few ASICS recently                    08:53

**SS** Steve Sokolowski                                                      08:54

yes, because we work on the pool side I'm not always up to date on what each manufacturer is offering

we often only find out about that when a manufacturer puts out something with an    08:54
incompatibility

**H** Hanson – Genesis                                                      08:54

Right that makes sense

whats the pools current hash rate?                                        08:54

**Steve Sokolowski**                                                          08:55

visit prohashing.com, click "Status"

there are a lot of algorithms so I can't give one answer here                  08:56

**Hanson – Genesis**                                                          08:57

thats awesome

how long have you been running that?                                          08:57

**Steve Sokolowski**                                                          08:58

since 2013

**Hanson – Genesis**                                                          08:58

wow!

**Steve Sokolowski**                                                          08:58

I read this document and it's interesting how Genesis wrote that BTC rates are hitting bottom

I'm not sure whether I can get the LLC idea to invest BTC anymore              08:58

because your rates are below 2% and we're thinking that isn't worth the risk   08:59

it's not that your rates are uncompetitive – just that the rates are so low they aren't worth it  08:59

**Hanson – Genesis**                                                          08:59

Understood, no worries

**Steve Sokolowski**                                                          08:59

but I did see you went up from 1.5% to 1.75%

so I'm watching and hoping you get back above 2                                08:59

**Hanson – Genesis**                                                          08:59

the days of 6% on BTC are probably long gone unless we enter a substantial bear market

**Steve Sokolowski**                                                          09:00

I think that when the bear market comes they will hit 6% again

**Hanson – Genesis**                                                          09:00

In reply to this message

we can improve above 2% if you go out longer with the fixed duration

**Steve Sokolowski**                                                          09:00

oh, I didn't see that

the last chart from last month didn't have much difference between open and one month     09:00

**H** **Hanson – Genesis**     09:01
rates tend to change slightly week to week, I'll make sure to send them along to you when they change to highlight any bumps etc

**SS** **Steve Sokolowski**     09:02
ok

if we gave you some bitcoins could you change them to ETH and pay interest on that?     09:04

**H** **Hanson – Genesis**     09:05
We can help you execute a BTC/ETH trade through the OTC desk

**SS** **Steve Sokolowski**     09:05
BTC has been going nowhere and all the innovation is on ETH – and the rate mismatch is odd

**H** **Hanson – Genesis**     09:05
and then begin lending the ETH, minimum units is 1,000 for that

**SS** **Steve Sokolowski**     09:05
ok, I'll talk to them about it

**H** **Hanson – Genesis**     09:05
Sure thing

30 April 2021

**SS** **Steve Sokolowski**     10:07
does your company own the firm referenced in this article, or is it just the same name?

https://news.bitcoin.com/canaan-to-sell-93-million-in-next-generation-bitcoin-miners-to-genesis-digital-assets/     10:07

**H** **Hanson – Genesis**     10:07
We do not

Same name     10:08

**SS** **Steve Sokolowski**     10:08
ok, thanks

**H** **Hanson – Genesis**     10:08
confusing lol

Our sister company is Foundry though on mining side    10:08

**Steve Sokolowski**    10:09

I was going to ask to speak to whoever made that purchase if it was this Genesis

**Hanson – Genesis**    10:09

Ah gotcha

1 May 2021

**Steve Sokolowski**    10:33

would you take BCH, and what are your rates for an open term? you don't have to answer until Monday

2 May 2021

**Hanson – Genesis**    08:20

Hey Steve

**Steve Sokolowski**    08:20

good morning!

**Hanson – Genesis**    08:20

# Genesis
A Digital Currency Group Company

| Genesis Lending | | | | | |
|------|------|------|------|------|------|
| AAVE | BSV | ETH | LPT | RSV | USDC |
| ADA | BTC | FIL | LTC | SNX | USDT |
| ALGO | BUSD | FLOW | MANA | SOL | XLM |
| AMPL | CELO | FTT | MKR | SUSHI | XMR |
| AMP | COMP | GUSD | NEO | TRX | YFI |
| ATOM | DAI | GRT | OMG | TUSD | ZEC |
| BAT | DASH | HT | OXT | UMA | ZEN |
| BCH | EOS | KNC | PAX | UNI | ZRX |
| BNB | ETC | LINK | PAXG | USD | |

Min borrow of $1mm equivalent for all ex BTC & ETH. Assets which Genesis can borrow or lend

We accept BCH for lending yes, here is table of assets on that front    08:20

Minimum size is $1mm for all alts besides BTC/ETH    08:21

**Steve Sokolowski**    08:21

oh, never mind – I thought you had said the limit was $500,000    08:21

no need to go further then, I don't want to own that much BCH    08:21

**Hanson – Genesis**    08:21

👍 👍 understood

18 / 50

4 May 2021

**Steve Sokolowski**                                                    08:27

how long would it be until the money is in dollars if I told you to call the ETH loan and sell all of it to dollars?

I don't want you to do that now, I just want to find out                 08:27

**Hanson – Genesis**                                                    08:28

We would be able to execute the trade as soon as you request it

with dollars being sent to you same day (or if in evening next morning)   08:28

**Steve Sokolowski**                                                    08:28

and there wouldn't be a delay in calling the loan?

**Hanson – Genesis**                                                    08:28

No our lending and trading desk can handle that all in back end

good synergies between the two                                          08:28

**Steve Sokolowski**                                                    08:29

if I were to ask, could you do something like "if ETH hits $4900, call the loan and sell it?"

**Hanson – Genesis**                                                    08:29

We do not support limit orders at this time given the need to have a trader watching prices specifically for all those types of trades across our hundreds of clients

**Steve Sokolowski**                                                    08:30

ok

and is your desk available overnight?                                   08:30

**Hanson – Genesis**                                                    08:30

but if/when ETH nears 4,900 I will remember to reach out to you to see if you ar elooking to trade

**Steve Sokolowski**                                                    08:30

or do you have limited hours?                                           08:30

**Hanson – Genesis**                                                    08:30

Spot OTC Trading Desk Hours
· Sunday 8am EST to Friday 6pm EST
· Saturday coverage from 8am EST to 6pm EST

almost 24/7                                                            08:30

hiring more traders across offices globally to round it out | 08:30

**Steve Sokolowski** | 08:30
ok – great, thanks

**Hanson – Genesis** | 08:31
No problem

**Steve Sokolowski** | 08:31
don't do anything now, I just wanted to know

**Hanson – Genesis** | 08:31
yup

I am not authorized to trade for you no worries | 08:31

I am goin gto add a few of the traders to your chat just so we have ready | 08:31

**Steve Sokolowski** | 08:32
ok, I don't think that's anything I'll have to worry about soon but what's happening recently is shocking

ETH could be worth $10,000 next week and it wouldn't be surprising | 08:32

**Hanson – Genesis** | 12:15
Hey Steve

when you log into the online portal do you see the "trading" tab? | 12:15

you can also submit trade requests through the portal | 12:15

https://genesistrading.com/trading-tutorial/ | 12:15

not only through telegram | 12:15

**Steve Sokolowski** | 12:17
ok, thank you

6 May 2021

**Steve Sokolowski** | 22:27
the LLC was successfully created, so I'm ready to create its account at Genesis

let me know whether I should go through a standard account opening or whether you can speed up the 10-day delay it took Genesis last time | 22:28

7 May 2021

**SS**  Steve Sokolowski                                                                07:38

what I want is for this existing account to simply change to be owned by the LLC, so that way you don't have to close out and reopen loans

**H**  Hanson – Genesis                                                                07:52

Hey Steve, we will need you to onboard the entity the loans will be in the name of

In reply to this message                                                                07:53

You will have to reonboard with the entity, close the current loans (in your name) and then reopen them in the name of the new account/entity

Let me know if/when you submit the application for the entity and I can flag to our onboarding team                                07:53

**SS**  Steve Sokolowski                                                                08:21

ok, I will fill out the application after this meeting ends and let you know later this morning

**H**  Hanson – Genesis                                                                08:22

Sounds good!

**SS**  Steve Sokolowski                                                                14:38

ok, I submitted the application for editor@shoemakervillage.org

once it's approved, hopefully you can get these assets moved over and then I will have about $10 million more depending on rates              14:38

many of the questions in that application were not applicable to me, so I left them blank – I hope that will not be a problem              14:38

**H**  Hanson – Genesis                                                                15:00

"Cryptocurrency Management LLC" correct?

I've let our onboarding team to know prioritize that application given you are an existing client of ours              15:02

**SS**  Steve Sokolowski                                                                15:33

yes, that's the name

thanks for your help                                                                15:33

**H**  Hanson – Genesis                                                                15:34

Perfect

ive been told its in stages for final approval, so should be by end of day possibly              15:35

**SS**  Steve Sokolowski                                                                15:38

wow, I can't believe it's that fast

it took about 10 days the last time                                                    15:38

maybe because the entity has no assets and it's an empty shell right now                15:38

**H**  Hanson – Genesis                                                                18:15

Hey Steve our onboarding team going to reach out, they need small follow ups for the entity

Just talked to them                                                                    18:15

**SS**  Steve Sokolowski                                                               18:34

ok – I'll await their contact

                              10 May 2021

**SS**  Steve Sokolowski                                                               12:40

hey, our hot wallets have too much ETH in them now and that happens about every week

**H**  Hanson – Genesis                                                                12:40

Hey Steve

**SS**  Steve Sokolowski                                                               12:40

do you want these tranches of 5 blocks or so every week, or are you not interested in them?

it's usually around 20 in profit per week                                              12:40

**H**  Hanson – Genesis                                                                12:41

Are you asking to deposit 20 ETH/week?

**SS**  Steve Sokolowski                                                               12:41

it wouldn't be regular – just whenever the hot wallet has a dangerous amount we would send them to you

we don't plan to sell them anytime soon                                                12:41

if you don't want them we can use Celsius                                               12:42

but I prefer Genesis                                                                    12:42

                              11 May 2021

**H**  Hanson – Genesis                                                                10:41

Hey Steve apologies here, right now that would be well below the minimums. If you wanted to start out with 1,000 ETH open term and then add in the additional ETH whenever you received them we can do it that way

Steve Sokolowski

SS  well, there already is the 1300 ETH in that account                                           10:42

    so adding more would be fine then?                                                            10:42

H   Hanson – Genesis                                                                               10:43
    ah right right apologies

    yes we can add more to the balance but would prefer if it came in larger sizes than those     10:44
    given we need to repaper the termsheet/udpate the database each time

SS  Steve Sokolowski                                                                              10:44
    ok – I will talk to my brother about that then and get back to you later – thanks!            10:44

H   Hanson – Genesis                                                                              10:44
    sure thing

    I believe the onboarding team also went back to you regarding the entity with some follow     10:45
    ups? let me know if i need to push them there if you got back

SS  Steve Sokolowski                                                                              10:46
    I didn't see anything from Genesis                                                            10:46

    which communication method did they use?                                                      10:46

H   Hanson – Genesis                                                                              10:47
    let me revert

    in my minds eye I had it that they reached out for more information                           10:47

SS  Steve Sokolowski                                                                              10:47
    you said they would, but I checked E-Mail, Telegram, voice call, and text, but saw nothing

H   Hanson – Genesis                                                                              10:48
    was sent to shoemaker email

                                                                              10:48

SS  Steve Sokolowski                                                                              10:49
    it was deleted as spam

    let me log into the server and configure that                                                10:49

**H**     **Hanson – Genesis**         10:49

kk np

do they need to resend?         10:50

**SS**     **Steve Sokolowski**         10:50

ah, I see, spamassassin has a filter that blocks out all mail to sign up at a new cryptocurrency service

there must be a lot of scams         10:50

no, I can retrieve it         10:50

I will disable the filter         10:51

**H**     **Hanson – Genesis**         10:51

kk

**SS**     **Steve Sokolowski**         10:53

I can send the W-9 form

but we don't have a bank account for that organization because we don't need one         10:53

we will never interface with the legacy system         10:53

I can try to get an account set up if that's necessary, but banks close accounts with zero balances or charge fees         10:54

**H**     **Hanson – Genesis**         10:54

let me revert on banking statement

makes sense, we worked with crypto native clients in past         10:54

In reply to this message         10:54

im with you here! haha

**SS**     **Steve Sokolowski**         10:55

honestly the only time I use regular banks anymore, even for myself individually, is to pay taxes

I use Purse.io to buy stuff with bitcoins natively         10:55

so I will send them the W-9 then if that's OK         10:55

**H**     **Hanson – Genesis**         10:56

yes i am chatting our onboarding rep who was assigned

please send W9 and i will revert on the banking stuff         10:57

**Steve Sokolowski**

**SS** actually I see it already submitted                                    10:57

in step 2 on additional, it says that the form is already there              10:57

oh wait                                                                        10:58

**H** Hanson – Genesis                                                         10:58

hmm

**SS** Steve Sokolowski                                                        10:58

it was the wrong file

**H** Hanson – Genesis                                                         10:58

ok

no worries                                                                     10:58

**SS** Steve Sokolowski                                                        10:58

here is the right one

can you forward it or do I need to do something to get it to them?           10:58

**H** Hanson – Genesis                                                         10:59

can you pls email that back in response

has to come from you                                                          10:59

i am going to delete that file here as it has your SSN and don't want it living on telegram   10:59
servers

**SS** Steve Sokolowski                                                        11:01

ok, I sent it to them

how about this – once they get that approved, then you can move the existing ETH loans to   11:01
that account and add this ETH, so it makes it easy for you to have one entry

**H** Hanson – Genesis                                                         11:02

We will have to close the loan in your name and repaper new documents/term sheets in the entity
name

**SS** Steve Sokolowski                                                        11:02

that's fine – and you can make that new loan larger

**H** Hanson – Genesis                                                         11:02

yes we can make the new loan whatever size you want

i know you mentioned funding additional assets                                 11:02

**Steve Sokolowski**                                                                11:03

yes – could you send me the image for your latest rates for today?

**Hanson – Genesis**                                                                11:03

📄 **image_2021-05-11_11-03-28.png**
182.9 KB

**Steve Sokolowski**                                                                11:04

ok, with the BTC rates at 2%, then we will want somewhere near 145 bitcoins

I'll get you the exact number by the afternoon                                      11:04

**Hanson – Genesis**                                                                11:04

Sure thing

**Steve Sokolowski**                                                                11:04

and what's the current open term LTC rate?

**Hanson – Genesis**                                                                11:04

for 5,500 units?

on LTC                                                                              11:04

**Steve Sokolowski**                                                                11:04

about that, yes

**Hanson – Genesis**                                                                11:05

4%

**Steve Sokolowski**                                                                11:06

ok, that one I'll need to think about then

**Hanson – Genesis**                                                                11:06

no worries

**Steve Sokolowski**                                                                11:06

let me know when the account is approved and I'll get the exact numbers to you

**Hanson – Genesis**                                                                11:07

you got it

**Steve Sokolowski**                                                    11:08

and also put me on a list to be notified when you start taking dogecoins

if you have such a list                                                 11:08

**Hanson – Genesis**                                                    11:08

we are borrowers of DOGE

8% for open term, 11% for 6-months                                      11:09

**Steve Sokolowski**                                                    11:09

oh you are?

wow                                                                     11:09

what's the minimum?                                                     11:09

**Hanson – Genesis**                                                    11:10

How much do you have to lend?

**Steve Sokolowski**                                                    11:11

running query now

312366                                                                  11:12

probably too small for you                                              11:12

**Hanson – Genesis**                                                    11:12

yea a bit under our mins, usually $1mm notional for all alt coins but we would accept $500k for
this given demand

**Steve Sokolowski**                                                    11:13

[Protected by NDA]

talk to you later when the account is approved                          11:13

**Hanson – Genesis**                                                    11:13

sure sure

**Hanson – Genesis**                                                    13:18

Hey Steve

can you clarify the ownership of the LLC? as was under impression it was a new entity for    13:19
you and your brother but you are listed as sole owner

**Steve Sokolowski**                                                    13:19

we set it up that I am the sole owner, and we will make contracts for loans

that way we don't have to change the ownership stakes in the company every time one person has more money to deposit — 13:19

I think I submitted an ownership agreement that describes how there are four people involved and we will keep loan documents that specify who is owed what — 13:20

**H** **Hanson – Genesis** 13:21
Okay great ty let me communicate this with them

**H** **Hanson – Genesis** 14:45
Hi Steve

"ok so if we can get ID's for Christopher Sokolowski and James Webster and also does he having anything for Prohashing that will evidence that he is sole owner?" — 14:45

our onboarding team request the above — 14:45

just need a few pieces of documentation for us to have on file for the entity being onboarded — 14:45

**SS** **Steve Sokolowski** 14:45
he's not the sole owner of Prohashing – I have some of that ownership

we should be able to get you that information by tomorrow — 14:46

he's not available today unfortunately — 14:46

do you just want a driver's license picture? — 14:46

**H** **Hanson – Genesis** 14:48
In reply to this message
okay great any docs on ownership of that would be helpful as well

yes drivers license works — 14:48

In reply to this message — 14:48
no worries

**SS** **Steve Sokolowski** 14:48
ok, I'll collect all that information and send it to them

**H** **Hanson – Genesis** 14:49
Awesome appreciate it

**SS** **Steve Sokolowski** 16:42
it looks like he finished at the bank sooner than I expected, so I was able to send that data over to them

let me know if you need anything else — 16:42

**H**   **Hanson – Genesis**                                                                 16:42

ok great

let me tell them to be on lookout                                                            16:43

                                           14 May 2021

**SS**   **Steve Sokolowski**                                                                08:05

good morning – it looks like the Cryptocurrency Management account has been approved

**H**   **Hanson – Genesis**                                                                 08:08

Hey Steve

Great                                                                                        08:08

**SS**   **Steve Sokolowski**                                                                08:08

could you send me your latest image so I can see if it changed and then we can get the numbers
to you

**H**   **Hanson – Genesis**                                                                 08:08

You are going to want to close the current loan in your individual account yes?

**SS**   **Steve Sokolowski**                                                               08:08

yes, roll over all three entries there and add additional ETH

and then a new BTC loan                                                                      08:08

**H**   **Hanson – Genesis**                                                                 08:08



**SS**   **Steve Sokolowski**                                                               08:09

I need to do some math and I'll get back to you soon with the exact numbers

good, the rates are fine                                                                     08:09

I also need to get 96 bitcoins from Gemini, which means I need to wait for Gemini to call      08:10
them from Genesis

but we can get the paperwork started                                                      08:10

**H**    **Hanson – Genesis**                                                             08:10

Sounds good I will have the paperwork sent in a moment

**H**    **Hanson – Genesis**                                                             08:35

Hey Steve do you think you would ever want to post the crypto as collateral to borrow USD

I'm going to have them send that paperwork as well just in case so we have on file if thats   08:35
ok?

**SS**   **Steve Sokolowski**                                                            08:36

sure – but we would never want to borrow dollars

**H**    **Hanson – Genesis**                                                             08:36

okay then we can hold off for now

no worries                                                                                08:36

**SS**   **Steve Sokolowski**                                                            08:36

we would want to borrow bitcoins if ever

**H**    **Hanson – Genesis**                                                             08:36

ah ok

letls do it then just to have in place                                                    08:36

**SS**   **Steve Sokolowski**                                                            08:36

because our miners are paid in bitcoins

we don't have dollar–denominated debts                                                    08:36

the time we would consider a loan would be to offer PPS mining in bitcoins, so that we     08:37
would have a reserve in case of bad luck

**H**    **Hanson – Genesis**                                                             08:37

docusign should be going to shoemaker email in a moment

**SS**   **Steve Sokolowski**                                                            08:37

ok, thanks

so you can send the document but I don't think we would want loans at the moment           08:37

**H**    **Hanson – Genesis**                                                             08:37

sure thing, we also can help you hedge any BTC exposure through derivatives if that is something
of interest

In reply to this message                                                08:37

yes no worries

MBA/MLA just need to be in place, nothign happns until term sheets are issued    08:37

**SS**  Steve Sokolowski                                                08:39

what we would need is some way to have at least three blocks of bitcoins in reserve, and if the price of bitcoins falls or rises, we don't want to go bankrupt

I don't know if that's even possible to do                              08:39

ideally there would be some way to say we want to spend a million dollars and if we get    08:40
unlucky we lose it and if we get lucky we gain more but we only lose or gain due to mining luck

but anyway, I know you are busy so I don't want to waste time on something that would be    08:40
in the future

**H**  Hanson – Genesis                                                 08:41

no worries at all

we have worked with BTC miners in the past but not necessarily mining pools...let me think    08:41

DocuSign should be with you now                                         08:50

**SS**  Steve Sokolowski                                                08:50

got it

**SS**  Steve Sokolowski                                                09:07

ok, signed – once you sign, I will send it to the others to make sure they are OK

**H**  Hanson – Genesis                                                 09:10



should be signed now                                                    09:10

**SS**  Steve Sokolowski                                                09:12

there are two areas I see unsigned – on page 20, where it says "head of risk"

or am I missing something?                                              09:12

**H**  Hanson – Genesis                                                 09:13

ah sorry missed that

should be signed by Kris in a few                                       09:13

Steve Sokolowski

**SS**  ok                                                                    09:13

**Hanson – Genesis**                                                          09:23

should we create a new telegram group for the entity with your business partners

**Steve Sokolowski**                                                          09:23

sure, you can do that

once you create it, I can invite them                                         09:24

or I can do it                                                                09:28

there we go                                                                   09:29

**Hanson – Genesis**                                                          09:29

Great thanks invite rest of our team

**Steve Sokolowski**                                                          09:30

are you sure you want them to be bothered with all the discussions we have about loan amounts and such?

if so I have no problem with that                                             09:30

I just don't want to include too many people who are annoyed with their phone vibrating all   09:30
the time

actually, let's just delete this new group and I'll add them to the Steve Sokolowski ->      09:31
Genesis group

ok, added                                                                     09:32

**Hanson – Genesis**                                                          09:33
In reply to this message
kk

**Hanson – Genesis**                                                          13:50

Hey Steve spoke with our derivs desk as well, they mentioned we work with other mining pools
for hedging if you would like to speak over phone about it next week

Foundry USA is our sister company who we work closely with on this            13:50

**Steve Sokolowski**                                                          13:52

ok, I will need to talk to my brother about how we would work that or even if it's worth getting
into bitcoin mining

because I'm not confident about bitcoin's future and we are making a killing with the ETH tx   13:52
fees

**H**  Hanson – Genesis                                                13:52

no worries, just wanted to let you know its an option

**SS**  Steve Sokolowski                                              13:54

ok, thanks

**SS**  Steve Sokolowski                                              15:24

signed the term sheets

21 May 2021

**H**  Hanson – Genesis                                                15:10

Hey Steve apologies here tryign to get a hold of our head of risk to sign off

Our legal has signed off already however and it is considered executed from our lending    15:11
desk point of view ready to accrue interest if you are ready to send before you have to leave for
the weekend

**SS**  Steve Sokolowski                                              15:31

ok, that's fine

I will get the money sent shortly                                    15:31

**H**  Hanson – Genesis                                                15:33

Thanks Steve

Dan can confirm in the chat when it lands                            15:33

**SS**  Steve Sokolowski                                              15:45

please confirm receipt

or I'll ask him                                                       15:45

3 June 2021

**SS**  Steve Sokolowski                                              10:13

hey, I got an E-Mail a few days ago saying that an interest statement was available, but I logged in
this morning and don't see it where the E-Mail said it would be

am I misunderstanding what the message said?                         10:13

**H**  Hanson – Genesis                                                10:17

Hey Steve

                                                                      10:17



                                                              10:17



if you click on the hamburger menu on the left when you are in the capital tab          10:17

and then click interest                                                                10:17

you can create a report                                                                10:17

**Steve Sokolowski**                                                                   10:17

ah, ok, thanks, I was stupidly clicking on payables

**Hanson – Genesis**                                                                   10:18

no worries

**Steve Sokolowski**                                                                   10:18

thinking that payables was meaning you pay us

I'm not sure if it's written down but you don't have to pay us – just always make new loans   10:18
with the interest

**Hanson – Genesis**                                                                   10:18

yes default is to compound

**Steve Sokolowski**                                                                   10:18

great – that's all I need, have a good day

**H**  **Hanson – Genesis**                                                        10:18

awesome, you too!

14 June 2021

**SS**  **Steve Sokolowski**                                                      09:51

good morning – I want to call our June 1 interest loan of 0.09155949 BTC to pay taxes

just that one loan                                                                 09:51

if you can change it into USDC, then even better – but I'm guessing you can't, in which case I  09:52
will add a Bittrex address to the dashboard

**H**  **Hanson – Genesis**                                                       10:01

Hey Steve you can request a withdrawal of the BTC in the main chat

and add a BTC address for us to send to as well in the chat (we will ask you to also send via  10:01
email to confirm)

Going forward do you want to change the interest to be paid out? Or just this one time  10:02

**SS**  **Steve Sokolowski**                                                      10:04

just this time

I just saw the increase in price and realized that I was behind in my USDC that's allocated  10:04
for tax payments

I'll inform everyone in the chat, thanks                                           10:04

**H**  **Hanson – Genesis**                                                       10:05

sure thing

In reply to this message                                                           10:05
copy

29 June 2021

**H**  **Hanson – Genesis**                                                       11:48

Hey Steve just to clarify a bit more on the side here, its okay if you say a general range for our
rates but giving specifics out to the public is somethat that we do not want

ie. "2–3% for BTC/ETH" or 5–6% for cash                                            11:48

we tend to update our rates a lot more than retail focused platforms so we dont post them  11:49
publicly anywhere, also do not want that to be general knowledge given our position in the crypto
credit markets as the largest institutional desk

**Steve Sokolowski**

SS  well, what I'd like to do, if you permit it, is to state that your rates are more competitive            11:51
    than what BlockFi is offering

    I think that's a plus to you                                                                             11:51

    and what Ledn is offering and what Gemini is offering too                                                11:51

    so you can decide whether I should state that or not                                                     11:51

H   **Hanson – Genesis**                                                                                     11:56
    In reply to this message
    Yup that is a plus sounds good

    i know they are lowering rates again quite substantially                                                 11:56

                                          4 August 2021

H   **Hanson – Genesis**                                                                                     09:32
    Hey Steve good morning! Wanted to ping you here to let you know that we released our Q2 report
    this morning. Provides some great detail across our various lines of businesses
    (trading/lending/derivatives). You can also find a full historical record on our website at
    https://genesistrading.com/about/insights/.

    https://f.hubspotusercontent00.net/hubfs/6024551/Genesis%20-
    %20Quarterly%20Reports/Genesis%20Q2%20Report.pdf

SS  **Steve Sokolowski**                                                                                     09:33
    thanks! I'll take a look!

                                         16 December 2021

H   **Hanson – Genesis**                                                                                     09:45
    Our business is better than ever, rates aren't a reflection of that just for your knowledge haha

                                                                                         09:46

The market determines the rates                                                09:46

7 January 2022

**SS**  **Steve Sokolowski**                                                   11:16
I want to be ready – if a liquidation cascade starts today or tomorrow and we see prices around $29,000, will Genesis be available to convert large amounts of USDC into BTC or ETH?

or, could you not call a loan on a Saturday                                    11:16

oops, wrong place – I'll put this in th emain chat                             11:16

10 January 2022

**H**  **Hanson – Genesis**                                                    11:33
Hey Steve

can you send me a screenshot of your screen?                                  11:33

**SS**  **Steve Sokolowski**                                                   11:34
there's nothing wrong now

it looks like whatever was done fixed the issue                                11:34

thanks for your help                                                          11:34

**H**  **Hanson – Genesis**                                                    11:35
Okay great

15 June 2022

**H**  **Hanson – Genesis**                                                    11:30
Hey Steve what is your cell?

**SS**  **Steve Sokolowski**                                                   11:30
8146009800

**H**  **Hanson – Genesis**                                                    11:31
Okay ringing in a sec

got your voice mail                                                           11:31

**SS**  **Steve Sokolowski**                                                   11:31
the phon edidn't ring

could you try a Telegram call?                                                 11:32

**H** **Hanson – Genesis**                                                                         11:32

kk

📞 **Steve Sokolowski**                                                                          11:38
   Incoming (360 seconds)

20 June 2022

**SS** **Steve Sokolowski**                                                                        07:59

good morning, Hanson!

if you are not off today for the holiday, I guess I just wanted to say that I'm disappointed    07:59

I don't know how Genesis lent money to the "large counterparty" when a publicly accessible   08:00
website stated that they had money in all sorts of DeFi protocols that have unaudited smart
contracts and especially since their public website lists Luna as one of their investments

I understand that we were saved this time, but I'm not an expert in this stuff and I knew      08:01
months ago to stay far away from any type of "stablecoin" except USDC

**H** **Hanson – Genesis**                                                                         08:04

Hey Steve

Are you talking about Three Arrows?                                                            08:04

**SS** **Steve Sokolowski**                                                                        08:04

yes

I know you can't confirm that                                                                  08:04

I just am worried that Genesis didn't recognize the risk of Terra                              08:04

**H** **Hanson – Genesis**                                                                         08:04

They are (were I guess) one of the largest liquid hedge funds in crypto. We work with many such
counterparts across our business lines (trading, lending, derivatives and custody).

Our business had no exposure to Luna so I'm not sure how that is relevent here haha           08:05

We did not lend them funds to deposit into Anchor                                             08:05

**SS** **Steve Sokolowski**                                                                        08:05

ok, so the agreement was separate

as in if they lost money due to Anchor, it was their own problem                               08:05

**H** **Hanson – Genesis**                                                                         08:05

3AC was a seed investor into Luna

In reply to this message                                                    08:05

that is correct

**SS**  Steve Sokolowski                                                    08:05

ok, I see now

then that makes me feel better                                             08:05

I thought your money just went into one big pot with them                  08:05

**H**  Hanson – Genesis                                                     08:05

Absolutely not

We do not principally invest any client loans/funds into DeFi on a prop basis    08:06

our lending desk is just a middle/third party for lenders/borrowers in the market   08:06

with our borrowers posting liquid collateral such as BTC to borrow USD from us    08:06

so we can then liquidate said BTC or hedge our position if they are not meeting margin calls    08:07
etc.

**SS**  Steve Sokolowski                                                    08:07

ok, good, then these are secured loans

**H**  Hanson – Genesis                                                     08:07

That is correct, we do have some unsecured loans on our balance sheet but these are with
extremely well capitalized counterparties who we have known for many years in the space that
run market neutral strategies

not taking directional exposure to the market                              08:07

Did you happen to see our CEO post?                                        08:08
https://twitter.com/michaelmoro/status/1537822423806009344?
s=20&t=gaZIMRzoVahc0ZQDTErTKQ

I think you will find it a good read                                       08:08

**SS**  Steve Sokolowski                                                    08:08

yep, I saw that already, thanks

**H**  Hanson – Genesis                                                     08:08

Ah ok ok

**SS**  Steve Sokolowski                                                    08:08

so these counterparties that are taking unsecured loans are people who, if they failed, the entire
industry would be done with anyway

**H**     **Hanson – Genesis**        08:08
In reply to this message
these would be large market makers who need access to capital to keep order books running healthly/smoothly

**SS**    **Steve Sokolowski**        08:09
like if Coinbase failed, for example

**H**    **Hanson – Genesis**        08:09
Coinbase would be an exchange, in the above scenario we work with the firms who are providing liquidity to the Coinbase order book

**SS**    **Steve Sokolowski**        08:10
ah, ok, but they aren't re-lending the money, so the risk with them would largely be if they were hacked

**H**    **Hanson – Genesis**        08:10
They are just using it as capital/balance sheet so that they can provide liquidity on exchanges correct, not taking a directional view

        08:10

these are examples of market makers for traditional equities

firms like those exist in crypto as well, high frequency trading firms helping the market run smoothly    08:11

but also on that note we have been reducing credit to all counterparties since the beginning of the year and then particularly post Luna collapse as our risk mgmt. framework tightened    08:11

**SS**    **Steve Sokolowski**        08:12
does the Three Arrows loss mean that there is less margin for error?

since, I imagine, the company will make much less profit this year    08:12

**H**    **Hanson – Genesis**        08:12
In reply to this message
Three Arrows?

I dont think they have any money left haha    08:12

but also they were not a market maker                                                08:13

**Steve Sokolowski**                                                                 08:13

no, I'm talking about Genesis

**Hanson – Genesis**                                                                 08:13

they were a long/short hedg efund

**Steve Sokolowski**                                                                 08:13

Genesis took some sort of loss as a result of that undoubtedly; so I assume you now have less
margin for error given that profits were wiped out

you might not know what that looks like                                               08:13

**Hanson – Genesis**                                                                 08:14

At this time we are continuing to tighten up all credit/risk exposure to all of our counterparts

Have been working throughout the weekend to recall loans and top up collat across the           08:14
board

But not our first time going through one of these cycles, as a firm been around since 2013       08:14
and the lending desk started in 2018

so have been able to navigate previous cycles and will continue to do so!                08:14

**Steve Sokolowski**                                                                 08:15

ok, thanks for taking the time to talk to me; I didn't get a response on Friday even though I was
told I would be sent the term sheet

I will talk with James and other and get back to you                                   08:15

**Hanson – Genesis**                                                                 08:15

No problem, sorry about that I'll follow up asap with Griffin to send that over

I was OOO on Friday for a wedding (nice reminder the world keeps turning haha) so missed     08:17
that

**Steve Sokolowski**                                                                 08:17

you probably missed the most important day in the industry's history

**Hanson – Genesis**                                                                 08:17

I was working :) just a bit in and out

**Steve Sokolowski**                                                                 08:18

I apologize for my insistence earlier but I'm starting to get like my grandfather, who went
bankrupt in a bank run in 1930, and he never used a bank after that

over the past five years we've lost $410,000 to exchanges and lenders who lose or steal money    08:19

**Hanson – Genesis**    08:19

No its okay I understand, there is a lot going on right now and when it comes to this sort of thing we want to make sure we are all on the same page

**Steve Sokolowski**    08:21

the one thing that makes me feel OK here is that if Genesis goes down, then Coinbase and Gemini and Ledn and pretty much everyone goes with it

**Hanson – Genesis**    08:21
In reply to this message

this should be sent now

**Steve Sokolowski**    08:21

thanks

**Hanson – Genesis**    08:21
In reply to this message

That would not be a fun day haha, we will all come out of this stronger

**Steve Sokolowski**    08:21

and the second sheet for 3 months 4% 202 bitcoins would be fine too

**Hanson – Genesis**    08:21

Flush out the bad actors

**Steve Sokolowski**    08:26

actually, scratch that last question, I'll delete those messages

not interested in that so don't waste your time    08:26

**Hanson – Genesis**    08:26

Kk no worries

**Steve Sokolowski**    08:48

just want to make sure that the remaining open-term ETH will be paid at the 2.50% rate, not the 1.65% rate, which I hope you agree is too low given that the risk has changed since that loan was created

**Hanson – Genesis**    08:48

Hey Steve yes that will be reflected as well

**SS**    **Steve Sokolowski**                                                  08:49

great, thx

**H**    **Hanson – Genesis**                                                  08:49

np

**SS**    **Steve Sokolowski**                                                  09:04

[Protected by NDA]

the sheet can only be for 202                                                  09:04

the sheet you sent me is for all of them                                       09:05

**H**    **Hanson – Genesis**                                                  09:06

Thats being resent

internal miscommunication sorry about that                                     09:06

**SS**    **Steve Sokolowski**                                                  09:06

np

**SS**    **Steve Sokolowski**                                                  09:47

I don't know if this is on purpose but I think your accounting is incorrect, there is too much money listed in the dashboard

loans 156355 and 156359 appear to be correct, but 156358 has extra money that I don't know where it came from          09:48

**H**    **Hanson – Genesis**                                                  10:24

Hey Steve, I touched base with our Ops team and they are telling me recent activity is related to the refinancing and consolidating of the loans

**SS**    **Steve Sokolowski**                                                  10:25

ok, I guess I'll just wait and see whether that clears up and contact you tomorrow if it doesn't

or, maybe I'm misunderstanding                                                 10:25

**H**    **Hanson – Genesis**                                                  10:25

Okay sounds good, if need be we can sync with you, Dan and myself tomorrow

**SS**    **Steve Sokolowski**                                                  10:25

the total balances appear right so there must be something I don't understand about the table

but it looks like you understand how much total money is there so it must be my fault          10:25

will get back to you tomorrow                                                  10:26

**H**    Hanson – Genesis    10:26

Okay great sounds good

Let us know if any q's    10:26

23 June 2022

**SS**    Steve Sokolowski    08:12

good morning Hanson, could you send me what rates you're offering for litecoins now?

**H**    Hanson – Genesis    08:12

Hi Steve good morning

Sure one moment, how many total units? I'm just walking into the office now so can't check    08:12
if you are currently lending us any

**SS**    Steve Sokolowski    08:13

[Protected by NDA]

if the exact number if important for the rate I don't want to make a promise until I run that    08:14
calculation

the rough estimate would be that 5000 could be locked up    08:14

but that could be way off in either direction    08:14

**H**    Hanson – Genesis    08:57

Right now we would only be paying for OT

so no added benefit/rate increase for FT    08:57

not much demand for us in that name it lock it up    08:57

**SS**    Steve Sokolowski    09:04

are there any other coins that you would pay more to lock up?

probably not, I guess    09:04

I'm not willing to lock up dollars because if ETH goes into a panic I want to put in a buy    09:04
order at Genesis

18 July 2022

**SS**    Steve Sokolowski    12:14

hey Hanson, are you aware of how Coinbase has been halting our payouts?

I don't know if Genesis knows this but I thought it would be worth passing on given all the    12:15
rumors about their financial state

we had 2000 payouts require 3-day "security holds" all of a sudden this weekend and none                    12:16
of the support agents have any idea why

ah, I see you're out of the office so I'll paste this in the general chat                    12:16

                                        12 September 2022

**H**    **Hanson – Genesis**                                                                            11:00

Hi Steve what is a good number to call you

**SS**   **Steve Sokolowski**                                                                            11:01

you can just make a Telegram call

I'll go get my phone now                                                                                 11:01

ok, I'm here                                                                                             11:01

**H**    **Hanson – Genesis**                                                                            11:01

📞  **Steve Sokolowski**
     Incoming (2 seconds)

                                                                                                         11:02



**SS**   **Steve Sokolowski**                                                                            11:07

📞  **Hanson – Genesis**
     Outgoing (334 seconds)

                                        13 September 2022

**SS**   **Steve Sokolowski**                                                                            08:16

hey Hanson, just wanted to ask a quick question – how is it that Gemini is offering rates of 3.04%
on ETH open term, while your posted rates are less than that

shouldn't Gemini need to pay less than what Genesis pays Gemini?                                          08:16

**H**    **Hanson – Genesis**                                                                            09:56

Hey Steve, we work with retail based platforms such as Gemini to access markets which we otherwise could not (as we are institutional facing). They also provide us with inventory in names which we might not otherwise have supply in which benefits our business

The rates Gemini pays can vary from facing us directly                                                      09:56

As also we are much more high touch/bespoke when clients face us directly                                    09:56

**SS**  **Steve Sokolowski**                                                                                 09:57

ok, thanks – I was just trying to figure out what the reason for the mismatch is,

**H**  **Hanson – Genesis**                                                                                  09:57

They can also subsidize rates if they would like

We give them one rate we pay them                                                                            09:57

They can if they choose add more on top                                                                      09:57

Which drives clients to their exchange etc                                                                   09:57

**SS**  **Steve Sokolowski**                                                                                 09:57

ah, I see, so they might believe ppl will trade that interest for other coins

**H**  **Hanson – Genesis**                                                                                  09:58

Yes or just use their custody etc or other business lines once onboarded

3 November 2022

**H**  **Hanson – Genesis**                                                                                  09:44

Hey Steve

                                                                                         09:45

09:45

As I explained to you, we did not have ETHw to give to you because of the legal contract                    09:45
outlined which was executed. This same legal contract is in place with our borrowers

with the same terms.                                                                                          09:45

there was no ETHW that we received from them to pay you as a lender                                           09:46

**SS**  Steve Sokolowski                                                                                      09:56

oops – I will clarify that

part of this was written before you said anything about ETHW, and it's my mistake not to                     09:56
have corrected it

**H**  Hanson – Genesis                                                                                       09:58

Its okay just want to make sure that the information is accurate there if you are choosing to write
about it haha

**SS**  Steve Sokolowski                                                                                      09:58

I definitely want to have accurate information

after all, this one recommends Genesis                                                                        09:58

my only complaint with Genesis really in the past was that your rates were so much lower                     09:58
than the other companies

**H**  Hanson – Genesis                                                                                       09:58

not.  Genesis explained the issue by stating that their forked coins, which is reasonable.  They didn't clarify uge wallets to facilitate trades, and what happened to re-lent.  That ETHW was likely pocketed by Genesis.

this part in particular, we didn't receive it from borrowers as well so nothing to pocket

**SS**  Steve Sokolowski                                                                                      09:59

in regards to that specific statement, there is money you have in huge wallets, right?

that you use to facilitate trades, like if I were to ask you to sell all the dogecoins                        09:59

so if dogecoin forked, you would have a lot of money                                                         09:59

are those wallets custody wallets for other people's money?                                                  10:00

that would help with clarifying that point                                                                   10:00

wallet 0x0548f59fee79f8832c299e01dca5c76f034f558e, for example                                               10:00

**H**  Hanson – Genesis                                                                                       10:01

we have many different wants and funds either in custody using a 3rd party such as fireblocks,
our own custody solution or direclty one exchanges to facilitate trades

so we have to work with all of those providers if there is any fork                                          10:01

to access any potential token     10:01

**Steve Sokolowski**     10:02

ok, am correcting that now

**Steve Sokolowski**     10:24

ok, finished – the corrections will be public when the next cache refresh occurs at the top of every hour

**Hanson – Genesis**     10:41

thanks Steve

appreciate it     10:41

Let us know if you want to break your loan at BlockFi and move here 😄 😄     10:41

**Steve Sokolowski**     10:42

I saw that your ETH rates declined

so it wouldn't make sense anymore     10:42

and that the ideal term is now longer, not five months but eight     10:43

we would be insolvent with such a long term     10:43

8 November 2022

**Steve Sokolowski**     06:38

good morning, Hanson – we need to talk about whether you have uncollateralized loans with Alameda

**Hanson – Genesis**     06:39

We do not

👍 👍     06:39

**Steve Sokolowski**     06:39

ah, that's great news

they're overcollateralized?     06:39

if so that's all I need to ask     06:39

Alameda clearly isn't long for the world with the way that token is performing     06:40

**Steve Sokolowski**     09:31

how much would you pay if we sent you back our 205 open-term ETH?

can you match Gemini's rate of 2.25?     09:32

**H**   **Hanson – Genesis**   09:36



here is our current rates

can beat 2.25 for duration on ETH   09:36

**SS**   **Steve Sokolowski**   09:36

[Protected by NDA]

I'll just go to cold storage   09:36

**H**   **Hanson – Genesis**   09:37

Okay sounds good

**SS**   **Steve Sokolowski**   09:37

BlockFi will only provide a generic response that they can meet obligations to the question of whether their loans to Alameda are collateralized

**H**   **Hanson – Genesis**   09:40

In reply to this message

Thanks Steve

I hope they can continue to process withdrawals   09:41

**SS**   **Steve Sokolowski**   09:42

I hope so too, we won't be your customer anymore if they don't, because we'll be wiped out

but the whole situation could just be panic too   09:42

even if BlockFi is in trouble that doesn't mean that Alameda will collapse   09:43

**H**   **Hanson – Genesis**   09:43

In reply to this message

it definitely feels that way, big run on the bank which causes other market participants to feel the same way

for what its worth, we have seen FTX restart processing withdrawals once US bank sopened   09:44

they must have a very very large backlog   09:44



**SS**    Steve Sokolowski                                         09:44

I don't think that FTX is actually insolvent

it's only about whether people sell the FTX token down enough to cause Alameda to fail    09:44

11 November 2022

**SS**    Steve Sokolowski                                         15:53

so I guess the lesson learned here is that it is just not possible to determine who is a fraudster in this industry

there were a lot of really smart people who told me that Alameda Research was the gold standard    15:54

5 December 2022

**H**    Hanson – Genesis                                            16:08

Hey

**SS**    Steve Sokolowski                                          16:08

hi Hanson