IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001-PJC

Hon. Phillip J. Caraballo

**CERTIFICATE OF USE OF GENERATIVE AI**

Pursuant to the Order of the Honorable Phillip J. Caraballo regarding the use of Generative AI in any document filed in this Court, Plaintiffs hereby certify as follows:

1

1.      **Specific AI Tool Used:** Plaintiffs utilized Google Gemini Pro 2.0 Flash Thinking, Google Gemini Pro 2.0 Experimental 1219, Google Gemini Pro 2.0 Experimental 0205, Google Gemini Pro 2.5 Experimental 0325, OpenAI o3-mini-high, OpenAI ChatGPT o1, OpenAI ChatGPT o1 pro, Anthropic Claude 3.5 Sonnet (New), Anthropic Claude 3.7 Sonnet, Grok 3, and OpenAI ChatGPT Deep Research.

2.      **Portions of the Filing Prepared by AI:** Most of the Complaint was written by AI models, rewritten by humans, and double-checked to be legally sound by the models without making additional changes.

3.      **Accuracy Check:** Plaintiffs have thoroughly reviewed and verified the accuracy of all text, citations, and legal authority generated by the AI tool. All citations and references included in the filing have been confirmed to exist and accurately reflect the cited authorities. Plaintiffs have ensured that no confidential or privileged information was disclosed to the AI tool.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2025

Respectfully submitted,

/s/ Stephen H. Sokolowski

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org

/s/ Christopher H. Sokolowski

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org