# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI AND CHRISTOPHER H. SOKOLOWSKI,<br><br>  Plaintiffs,<br><br>  v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, AND SOICHIRO "MICHAEL" MORO,<br><br>  Defendants. | Case No. 4:25-CV-00001-PJC |

## SOICHIRO "MICHAEL" MORO'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

For the reasons set forth in the brief in support of his Motion to Dismiss, which will be filed within the time period prescribed by Local Rule 7.5, Defendant Soichiro "Michael" Moro, by and through his attorneys, moves this Court to dismiss Plaintiffs' Amended Complaint for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

| | |
|---|---|
| Dated: April 8, 2025 | Respectfully submitted, |
| | */s/*Joshua M. Link |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| Christian D. H. Schultz (*pro hac vice forthcoming*) | Joshua M. Link |
| 601 Massachusetts Ave, NW | 1835 Market St., Suite 1400 |
| Washington, DC 20001-3743 | Philadelphia, PA 19103 |
| Telephone +1 202.942.5000 | Telephone: +1 215.569.3003 |
| Fax: +1 202.942.5999 | Fax: +1 215.568.6603 |
| | *Attorneys for Defendant Michael Moro* |
| Tyler J. Fink (*pro hac vice forthcoming)* | |
| 250 West 55th Street | |
| New York, NY 10019-9710 | |
| Telephone: +1 212.836.8000 | |
| Fax: +1 212.836.8689 | |

## CERTIFICATE OF SERVICE

I, JOSHUA M. LINK, hereby certify that on April 8, 2025, I caused a true and accurate copy of the foregoing and all supporting documents, filed with this Court, to be served upon plaintiffs via first class mail and the Court's ECF filing system and counsel of record for each party via the Court's ECF filing system.

/s/Joshua M. Link
Joshua M. Link