IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI AND CHRISTOPHER H. SOKOLOWSKI,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, AND SOICHIRO "MICHAEL" MORO,<br><br>　　　　　　Defendants. | Case No. 4:25-CV-00001-PJC |

## ORDER

AND NOW, on this _____ day of _____, 2025, upon consideration of Defendant Soichiro "Michael" Moro's Motion to Dismiss pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, the accompanying Brief in Support, and any responsive briefing, it is hereby,

ORDERED that such motion is GRANTED; and it is further,

ORDERED that the Complaint as against Soichiro "Michael" Moro is DISMISSED WITH PREJUDICE.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILLIP J. CARABALLO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE