# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI AND CHRISTOPHER H. SOKOLOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, AND SOICHIRO "MICHAEL" MORO,<br><br>Defendants. | Case No. 4:25-CV-00001-PJC |

## CERTIFICATE OF NON-CONCURRENCE

I, Joshua M. Link, herby certify that on April 8, 2025, counsel for Michael Moro contacted Plaintiffs pursuant to Local Rule 7.1 via email to seek concurrence with his Motion to Dismiss. Plaintiffs do not concur.

Dated: April 8, 2025

/s/Joshua M. Link
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Joshua M. Link
1835 Market St., Suite 1400
Philadelphia, PA 19103
Telephone: +1 215.569.2796
Fax: +1 215.568.6603

*Attorneys for Defendant Michael Moro*