UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI AND CHRISTOPHER H. SOKOLOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>Defendants. | Case No. 4:25-CV-00001- PJC |

## MOTION OF DIGITAL CURRENCY GROUP, INC. AND BARRY E. SILBERT TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

For the reasons set forth in the brief in support of their Motion to Dismiss, which will be filed within the time period prescribed by Local Rule 7.5, defendants Digital Currency Group, Inc. and Barry E. Silbert, by and through their attorneys, move this Court to dismiss plaintiffs' Amended Complaint for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(2) and (12)(b)(6).

Respectfully submitted,

Dated: April 8, 2025

**MCCORMICK LAW FIRM**

/s/ Brian J. Bluth
Brian J. Bluth
McCormick Law Firm
835 West Fourth Street
Williamsport, PA 17701
Tel: (570) 326-5131
Fax: (570) 326-5529

Benjamin S. Kaminetzky (*pro hac vice forthcoming*)
Daniel J. Schwartz (*pro hac vice forthcoming*)
Matthew R. Brock (*pro hac vice forthcoming*)

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10153
Tel: (212) 450-4259
Fax: (212) 701-5259

*Counsel for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

## CERTIFICATE OF SERVICE

I, BRIAN J. BLUTH, hereby certify that the foregoing **Motion to Dismiss** was electronically filed with the court and electronically served upon all parties, pursuant to the Federal Rules of Civil Procedure, this 8th day of April 2025.

**MCCORMICK LAW FIRM**

By: */s/ Brian J. Bluth*
    Brian J. Bluth, Esquire
    I.D. No. 87432
    Attorney for Defendant

    835 West Fourth Street
    Williamsport, PA 17701
    (570) 326-5131