UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI AND CHRISTOPHER H. SOKOLOWSKI,<br><br>      Plaintiffs,<br><br>  v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>      Defendants. | Case No. 4:25-CV-00001- PJC |

## CERTIFICATE OF NON-CONCURRENCE

  The undersigned hereby certifies that counsel for defendants Digital Currency Group, Inc. and Barry E. Silbert contacted plaintiffs via email on April 7, 2025 to seek concurrence with the foregoing Motion to Dismiss. Plaintiffs do not concur.

Dated: April 8, 2025        **MCCORMICK LAW FIRM**

                By: */s/ Brian J. Bluth*
                   Brian J. Bluth, Esquire
                   I.D. No. 87432
                   Attorney for Defendant

                   835 West Fourth Street
                   Williamsport, PA 17701
                   (570) 326-5131