UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI,<br><br>    Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>    Defendants. | Case No. 4:25-CV-00001- PJC<br><br>(Hon. Phillip J. Caraballo, United States Magistrate Judge) |

## **ORDER**

AND NOW, on this _____ day of _____, 2025, upon consideration of Defendants Digital Currency Group, Inc., and Barry E. Silbert's Motion to Dismiss Pursuant to Rules 12(b)(2) 12(b)(6) of the Federal Rules of Civil Procedure, the accompanying Brief in Support, the exhibits thereto, and any responsive briefing, it is hereby,

ORDERED that such motion is GRANTED; and it is further,

ORDERED that the Amended Complaint as against Defendants Digital Currency Group, Inc., and Barry E. Silbert's is DISMISSED WITH PREJUDICE.

_____
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE