IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001-PJC

Hon. Phillip J. Caraballo

## MOTION FOR EXTENSION OF DEADLINE

**NOW COME** Plaintiffs Stephen H. Sokolowski and Christopher H. Sokolowski ("Plaintiffs"), proceeding pro se, and respectfully move for an Order granting:

1. A total of 35 days for Plaintiffs (expiring May 27, 2025) to file response briefs to:

    a. Memorandum Of Law in Support of Motion to Dismiss of Defendants Digital Currency Group, Inc. and Barry E. Silbert (Dkt. 37)

    b. Memorandum of Law In Support of Soichiro "Michael" Moro's Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 38).

1

In support of their Motion, Plaintiffs state:

1. Local Rule 7.6 requires parties to respond to a motion within 14 days of filing.

2. Defendants cite 54 cases and numerous statutes and rules in their briefs, which in addition to Plaintiffs' authorities must be read and understood in full.

3. Plaintiffs argue that a 35-day deadline is necessary to address the complex legal and factual issues raised by Defendants.

4. Counsel for all Defendants concur with this motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this Motion and enter an Order granting the above relief.

Dated: May 5, 2025

Respectfully submitted,

/s/ Stephen H. Sokolowski

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org


/s/ Christopher H. Sokolowski

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org