IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** | |
| v. | Electronically Filed |
| | Case No. 4:25-cv-00001-PJC |
| DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, **Defendants.** | Hon. Phillip J. Caraballo |

**CERTIFICATE OF CONCURRENCE**

Pursuant to Local Rule 7.1, the undersigned hereby certifies that on May 2, 2025, counsel for Defendants was contacted regarding the relief requested in Plaintiffs' Motion for Extension of Deadline. Counsel for all Defendants indicated that they concur in the relief requested, and therefore, the Motion is unopposed.

1

Dated: May 5, 2025

Respectfully submitted,

/s/ Stephen H. Sokolowski

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org

/s/ Christopher H. Sokolowski

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org