IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001-PJC

Hon. Phillip J. Caraballo

## CERTIFICATE OF USE OF GENERATIVE AI

Pursuant to the Order of the Honorable Phillip J. Caraballo regarding the use of Generative AI in any document filed in this Court, Plaintiffs hereby certify as follows:

1. **Specific AI Tool Used:** Plaintiffs utilized OpenAI's ChatGPT o3 in the preparation of Plaintiffs' Motion for Extension of Deadline.

2. **Portions of the Filing Prepared by AI:** Plaintiffs wrote the draft of the Motion, and Generative AI was used to assist in refining the text of the Motion.

3. **Accuracy Check:** Plaintiffs have thoroughly reviewed and verified the accuracy of all text, citations, and legal authority generated by the

1

2

AI tool. All citations and references included in the filing have been confirmed to exist and accurately reflect the cited authorities. Plaintiffs have ensured that no confidential or privileged information was disclosed to the AI tool.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2025

Respectfully submitted,

/s/ Stephen H. Sokolowski

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org


/s/ Christopher H. Sokolowski

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org