IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001-PJC

Hon. Phillip J. Caraballo

## ORDER

AND NOW, this 7th day of May 2025, upon consideration of Plaintiffs' Motion for Extension of Deadline, and good cause appearing, it is hereby ORDERED as follows:

Plaintiffs shall have thirty-five (35) days from the date of Defendants' filing (expiring May 27, 2025) to respond to *Memorandum Of Law in Support of Motion to Dismiss of Defendants Digital Currency Group, Inc. and Barry E. Silbert* (Dkt. 37) and *Memorandum of Law In Support of Soichiro "Michael" Moro's Motion to Dismiss Plaintiffs' Amended Complaint* (Dkt. 38).

IT IS SO ORDERED.

BY THE COURT:

_____
Phillip J. Caraballo
United States Magistrate Judge