# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001-PJC

Hon. Phillip J. Caraballo

## MOTION TO EXTEND WORD COUNT AND FILE A SINGLE CONSOLIDATED RESPONSE BRIEF OPPOSING DEFENDANTS' MOTIONS TO DISMISS

**NOW COME** Plaintiffs Stephen H. Sokolowski and Christopher H. Sokolowski ("Plaintiffs"), proceeding pro se, and respectfully move for an Order granting:

1. A maximum of 70 pages or 15,000 words to respond in a single, consolidated response brief opposing:

    a. Motion of Digital Currency Group, Inc. and Barry E. Silbert To Dismiss Plaintiffs' Amended Complaint (ECF No. 25)

    b. Soichiro "Michael" Moro's Motion To Dismiss Plaintiffs' Amended Complaint (ECF No. 24)

1

In support of their Motion, Plaintiffs state:

1. Local Rule 7.8 permits a maximum of 15 pages and 5,000 words in a response brief.

2. Defendants write a total of 54 pages and 13,665 words in their briefs.

3. Defendants cite 54 cases and numerous statutes and rules in their briefs, all of which must be explained or distinguished. A single-line mention of a case in Defendants' briefs often requires a paragraph to discuss in Plaintiffs' response.

4. While Plaintiffs have engaged in significant editing, the requested page and word count is required for Plaintiffs to preserve all defenses and avoid waiver.

5. Plaintiffs' page count differs more from Defendants' than their word count does because of stylistic differences, so the Court will not be burdened by reading many more words.

6. Filing a combined response brief preserves judicial resources by presenting a single factual background and avoiding duplication of arguments.

7. Counsel for all Defendants take no position on this motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this Motion and enter an Order granting the above relief.

Dated: May 22, 2025

Respectfully submitted,

/s/ Stephen H. Sokolowski

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org


/s/ Christopher H. Sokolowski

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org