IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** | Electronically Filed |
| v. | Case No. 4:25-cv-00001-PJC |
| DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, **Defendants.** | Hon. Phillip J. Caraballo |

### CERTIFICATE OF USE OF GENERATIVE AI

Pursuant to the Order of the Honorable Phillip J. Caraballo regarding the use of Generative AI in any document filed in this Court, Plaintiffs hereby certify as follows:

1. **Specific AI Tools Used:** Plaintiffs utilized OpenAI's ChatGPT o1, OpenAI ChatGPT o1 pro, OpenAI ChatGPT 4.5, OpenAI ChatGPT o3, OpenAI ChatGPT 4o, OpenAI ChatGPT o4-mini, OpenAI ChatGPT o4-mini-high, OpenAI Deep Research, Google Gemini Pro Experimental 2.0 Experimental 0206, Google Gemini Pro 2.5 Experimental 0325, Google Gemini Pro 2.5 Preview 05-06, Anthropic Claude 3.7 Sonnet, Anthropic

1

Claude 4.0 Sonnet, and X Grok 3 in the preparation of Plaintiffs'
Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

2. **Portions of the Filing Prepared by AI:** Google Gemini Pro 2.5 Experimental 0325 wrote the initial draft of the response brief. OpenAI ChatGPT o3 was used to perform research. Plaintiffs then rewrote the draft so that it accurately represented their positions, and used newer tools that had been released by then as a final check to ensure no Local Rules were violated.

3. **Accuracy Check:** Plaintiffs have thoroughly reviewed and verified the accuracy of all text, citations, and legal authority generated by the AI tool. All citations and references included in the filing have been confirmed to exist and accurately reflect the cited authorities. Every word of every case was read by a human. Plaintiffs have ensured that no confidential or privileged information was disclosed to the AI tool.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 27, 2025

Respectfully submitted,

/s/ Stephen H. Sokolowski

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org


/s/ Christopher H. Sokolowski

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org