#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** | Electronically Filed |
| v. | Case No. 4:25-cv-00001-PJC |
| DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, **Defendants.** | Hon. Phillip J. Caraballo |

### CERTIFICATE OF COMPLIANCE

I hereby certify that on May 27, 2025, the foregoing Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss complies with Local Rule 7.8(b)(2) (amended by the motion granted in ECF No. 43) and contains 14,912 words.

Dated: May 27, 2025

Respectfully submitted,


/s/ Stephen H. Sokolowski

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org


/s/ Christopher H. Sokolowski

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org