IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** | Electronically Filed |
| v. | Case No. 4:25-cv-00001-PJC |
| DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, **Defendants.** | Hon. Phillip J. Caraballo |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 24 & 25), and for the reasons set forth in the Court's Memorandum Opinion issued contemporaneously herewith, it is hereby ORDERED that:

1. Defendants' Motions to Dismiss (ECF Nos. 24 & 25) are DENIED in their entirety.

2. Defendants shall answer the Complaint or otherwise respond within fourteen (14) days of entry of this Order as prescribed by Rule 12(a)(4)(A).

3. The Clerk of Court is directed to terminate the Motions at Docket Numbers 24 & 25.

IT IS SO ORDERED.

BY THE COURT:

_____

Phillip J. Caraballo

United States Magistrate Judge