IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** | Electronically Filed |
| v. | Case No. 4:25-cv-00001-PJC |
| DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, **Defendants.** | Hon. Phillip J. Caraballo |

**CERTIFICATE OF USE OF GENERATIVE AI**

Pursuant to the Order of the Honorable Phillip J. Caraballo regarding the use of Generative AI in any document filed in this Court, Plaintiffs hereby certify as follows:

1. **Specific AI Tools Used:** Plaintiffs utilized Google Gemini Pro 2.5 Preview 05-06, OpenAI Deep Research, OpenAI o4-mini-high, and OpenAI o3 in the preparation of Notice of Related Protective Action Filed in the District of Connecticut.

2. **Portions of the Filing Prepared by AI:** The AI tools wrote portions of the draft of the notice. Plaintiffs recalled the case law from earlier research on the Connecticut complaint and added the citations.

1

3. **Accuracy Check:** There were no case citations generated to check. Plaintiffs have ensured that no confidential or privileged information was disclosed to the AI tool.

I declare under penalty of perjury that the foregoing is true and correct.

Dated May 29, 2025

Respectfully submitted,

/s/ Stephen H. Sokolowski

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org

/s/ Christopher H. Sokolowski

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org