UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO., <br><br> Defendants. | Electronically Filed <br><br> Civil Action No. 4:25-CV-00001 <br><br> Hon. Karoline Mehalchick |

## ORDER

AND NOW, this  10th  day of  June , 2025, upon consideration of the Uncontested Motion of Defendant Soichiro "Michael" Moro for Extension of Time to Reply to Plaintiffs' Brief in Opposition to Their Motion to Dismiss is **GRANTED.** Defendants shall be permitted to file their reply brief on or before July 1, 2025.

BY THE COURT

_____
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE