UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI,<br><br>                      Plaintiffs,<br><br>- against -<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>                      Defendants. | Electronically Filed<br><br>Civil Action No. 4:25-cv-00001<br><br>Hon. Karoline Mehalchick<br><br>Amended Complaint filed March 25, 2025 |

### NOTICE OF ADVERSARY PROCEEDING FILED IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**To the Honorable Court**:

Please take notice that on July 8, 2025 Digital Currency Group, Inc. ("DCG"), a Defendant in the above-captioned action (the "Action"), filed in the United States Bankruptcy Court for the Southern District of New York an adversary proceeding against Plaintiffs Stephen H. Sokolowski and Christopher H. Sokolowski and a motion for preliminary injunction seeking to enjoin Plaintiffs from continuing to prosecute this Action pending resolution of related litigation filed against Defendants by debtors Genesis Global Holdco, LLC, Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd.  Plaintiffs in this Action were served on July 9, 2025.  Copies of the adversary proceeding complaint and the

preliminary injunction motion, together with its memorandum of law, are attached hereto as exhibits A and B respectively.

| | |
|---|---|
| Dated: New York, New York<br>July 14, 2025 | Respectfully submitted,<br><br>**DAVIS POLK & WARDWELL LLP**<br><br>*/s/ Benjamin S. Kaminetzky*<br>Benjamin S. Kaminetzky (*admitted pro hac vice*)<br>Daniel J. Schwartz (*admitted pro hac vice*)<br>Matthew R. Brock (*admitted pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>ben.kaminetzky@davispolk.com<br>daniel.schwartz@davispolk.com<br>matthew.brock@davispolk.com<br><br> – and –<br><br>**McCORMICK LAW FIRM**<br><br>*/s/ Brian J. Bluth*<br>Brian J. Bluth<br>PA I.D. 87432<br>835 West Fourth Street<br>Williamsport, PA 17701<br>Telephone: (570) 326-5131<br>Facsimile: (570) 601-0768<br>bbluth@mcclaw.com<br><br>*Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert* |