IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** | Electronically Filed |
| v. | Case No. 4:25-cv-00001-KM-PJC |
| DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, **Defendants.** | Hon. Karoline Mehalchick Hon. Philip J. Caraballo |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Through research regarding the related adversary proceeding 25-01111-SHL (Bankr. S.D.N.Y.), Plaintiffs identified the following case:

*Needle v. T. Rowe Price Grp., Inc.*, Nos. 21-1334 & 21-4786, 2022 WL 3567316, at *15 (E.D. Pa. Aug. 19, 2022) (holding that Pennsylvania Unfair Trade Practices and Consumer Protection Law ("UTPCPL") claims are not assignable and rejecting the plaintiffs' argument that they acquired standing to sue under the UTPCPL by assignment from the original consumer).

The full text of the unpublished opinion is attached to this filing. This authority is relevant to Plaintiffs' argument that UTPCPL claims are unassignable.

1

Dated: July 20, 2025

Respectfully submitted,

/s/ Stephen H. Sokolowski

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org

/s/ Christopher H. Sokolowski

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org