**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001-KM-PJC

Hon. Karoline Mehalchick
Hon. Philip J. Caraballo

**CERTIFICATE OF USE OF GENERATIVE AI**

Pursuant to the Order of the Honorable Phillip J. Caraballo regarding the use of Generative AI in any document filed in this Court, Plaintiffs hereby certify as follows:

**Specific AI Tools Used:** Plaintiffs utilized OpenAI o4-mini-high, OpenAI Deep Research, and OpenAI o3 in the preparation of Notice of Supplemental Authority.

**Portions of the Filing Prepared by AI:** The AI tools researched the procedure for filing this notice and wrote portions of its draft. Plaintiffs recalled the case law from research on the related action and added the citation.

**Accuracy Check:** There were no case citations generated to check.

Plaintiffs have ensured that no confidential or privileged information was disclosed to the AI tool.

I declare under penalty of perjury that the foregoing is true and correct.

Dated July 20, 2025

Respectfully submitted,

/s/ Stephen H. Sokolowski

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org

/s/ Christopher H. Sokolowski

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org