IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** | Electronically Filed |
| v. | Case No. 4:25-cv-00001-KM-PJC |
| DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, **Defendants.** | Hon. Karoline Mehalchick Hon. Philip J. Caraballo |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully notify the Court of a related motion:

*In re Genesis Glob. Holdco, LLC*, No. 23-10063 (SHL) (Bankr. S.D.N.Y), ECF No. 2180, Filed July 14, 2025

(Genesis Wind Down Estate moves for order directing Digital Currency Group, Inc. to dismiss its adversary proceeding against the Sokolowskis or be held in contempt, states that the Estate sees no need to take action against the instant Pennsylvania case now, and argues that this Pennsylvania Court is the proper place to decide the direct/derivative question if argued.)

The full text of the brief is attached to this filing.

1

Dated: July 30, 2025

Respectfully submitted,

/s/ Stephen H. Sokolowski

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org

/s/ Christopher H. Sokolowski

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org