# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
and PROHASHING LLC
**Plaintiffs,**

v.

BARRY E. SILBERT,
DIGITAL CURRENCY GROUP, INC.,
SOICHIRO "MICHAEL" MORO,
JEFFERIES FINANCIAL
GROUP, INC.,
JEFFERIES LEVERAGED CREDIT
PRODUCTS, LLC,
XCLAIM, INC.,
ANDREW GLANTZ, and
VINCENT FALCO
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001- KM-
PJC

Hon. Karoline Mehalchick
Hon. Phillip J. Caraballo

## EXHIBITS LIST

**Exhibit A:** Balance sheet presented to Plaintiffs by GGC

**Exhibit B:** $1.1 billion promissory note between GGC and DCG

**Exhibit C:** $1.1 billion promissory note between GGC and DCG

**Exhibit D:** Balance sheet presented to another GGC lender by Genesis

**Exhibit E:** Transcript of interview of Stephen Sokolowski by Laura Shin

**Exhibit F:** Telegram conversation history between CM LLC and GGC

1

**Exhibit G:** CM LLC operating agreement

**Exhibit H:** Corporate Telegram chat history between Stephen Sokolowski and Hanson Birringer

**Exhibit I:** Private Telegram chat history between Stephen Sokolowski and Hanson Birringer

**Exhibit J:** Screenshot of the GGC Web Dashboard

**Exhibit K:** GGC Due Diligence Questionnaire

**Exhibit L:** Emails from GGC

**Exhibit M:** Email conversation among Stephen Sokolowski, Andrew Glantz of Xclaim, representatives of Jefferies Leveraged Credit Products, LLC, and other parties concerning CM LLC's bankruptcy claim sale.

**Exhibit N:** Bankruptcy claim sale agreement between CM LLC and Jefferies Leveraged Credit Products, LLC for GGC bankruptcy claim

**Exhibit O:** Bankruptcy claim sale contract between Stephen Sokolowski and Cherokee Acquisition for Celsius bankruptcy claim

**Exhibit P:** Notes from meetings with Vijay Boyapati and Jennifer Selendy

**Exhibit Q:** Earnings and payouts of the Quasar Account at PROHASHING

**Exhibit R:** X posts

**Exhibit S:** PROHASHING support ticket from Quasar Account

**Exhibit T:** CM LLC beneficial ownership certification form

**Exhibit U:** PROHASHING code changes

**Exhibit V:** Email to Stephen Sokolowski from Proskauer Rose

**Exhibit W:** PROHASHING Terms of Service

**Exhibit X:** Email from Christopher Sokolowski to Alexander Southwell

**Exhibit Y:** "Balance sheet.pdf"

**Exhibit Z:** Email from Stephen Sokolowski to GGC requesting withdrawal

# Exhibit A

## Genesis Lending Snapshot as of 9/21/2022

| | Receivable | | Liabilities | | | Loans (-) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Active Loans | Collateral Receivable | Active Deposits | Collateral Payable | Secured | Collat Payable | Unsec Loans | | Sub "B" CP Secured | |
| **All** | $2,821 | $1,207 | $5,313 | $1,917 | 0.68x | $904 | $735 | | 1.09x | |
| **External** | $1,355 | $725 | $4,972 | $1,531 | 1.13x | ($177) | $186 | | 1.09x | |

| **External Loan CP #** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Loan % Concentration** | 21% | 15% | 14% | 11% | 7% | 5% | 4% | 3% | 3% | 3% |
| *USD / Stable % of Loans* | 70% | 0% | 9% | 0% | 100% | 0% | 0% | 0% | 0% | 0% |
| *USDT % of Loans* | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 53% | 0% | 0% |
| *Crypto % of Loans* | 30% | 100% | 91% | 100% | 0% | 0% | 100% | 47% | 100% | 100% |
| | | | | | | | | | | |
| **Collat % of Total Collateral** | 24% | 20% | 13% | 14% | 0% | 5% | 4% | 3% | 0% | 2% |
| *USD / Stables % of Collat* | 0% | 0% | 0% | 100% | NA | 100% | 100% | 100% | NA | 0% |
| *USDT % of Collat* | 0% | 74% | 0% | 0% | NA | 0% | 0% | 0% | NA | 0% |
| *Crypto % of Collat* | 100% | 26% | 100% | 0% | NA | 0% | 0% | 0% | NA | 100% |

| Liquidity | | | | Weighed Avg | | | Weighed Avg | |
|---|---|---|---|---|---|---|---|---|
| USD / Stables | $910 | | | Duration | Rating | | Duration | Rating |
| BTC | $367 | | **Total** | 35.5 | 4.9 | BTC | 10.6 | 4.0 |
| ETH | $349 | | USD / Stable | 68.6 | 4.7 | ETH | 23.0 | 7.4 |
| **Liquidity from Majors** | $1,626 | | *USDT* | 20.6 | 7.5 | Alt | 11.9 | 5.4 |

| | Current | Receivable | | Liabilities | |
|---|---|---|---|---|---|
| | Assets | Loans | Collat Rec | Borrows | Collat Pay |
| **Total** | $3,352 | $2,821 | $1,207 | $5,313 | $1,917 |
| USD / Stables | 693 | 954 | 151 | 2,025 | 856 |
| USDT | 216 | 171 | 0 | 685 | 238 |
| BTC | 367 | 992 | 247 | 1,425 | 215 |
| ETH | 349 | 364 | 271 | 776 | 213 |
| Other Assets | 1,726 | 339 | 538 | 402 | 396 |
| | | | | | |
| **Assets** | $7,380 | **Liabilities** | $7,230 | **Equity** | $150 |

\* approximate calculation across all lending entities

Strictly Confidential

# Exhibit B

PAYMENT OF THIS NOTE AND OF THE OBLIGATIONS HEREUNDER ARE SUBORDINATED TO THE EXTENT AND IN THE MANNER PROVIDED FOR IN THAT CERTAIN INTERCOMPANY SUBORDINATION AGREEMENT (THE "**SUBORDINATION AGREEMENT**") BY AND AMONG THE OBLIGOR (AS HEREINAFTER DEFINED), THE SUBSIDIARIES OF THE OBLIGOR PARTY THERETO FROM TIME TO TIME, AND SB CORPORATE FUNDING LLC, AS ADMINISTRATIVE AGENT. THE SUBORDINATION AGREEMENT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF AS IF SET FORTH HEREIN IN ITS ENTIRETY.

## PROMISSORY NOTE

$1,100,000,000.00                                                                June 30, 2022

THIS PROMISSORY NOTE (this "**Note**") is made as of the date first written above by the undersigned, DIGITAL CURRENCY GROUP, INC., a Delaware corporation (the "**Obligor**"), to GENESIS GLOBAL CAPITAL, LLC, a Delaware limited liability company (together with any successors or assigns or any subsequent holder of this Note, the "**Holder**"), and, solely for purposes of the agreements set forth in Section 1.6 of this Note, GENESIS ASIA PACIFIC PTE. LTD., a corporation organized and existing under the laws of Singapore ("**GAP**").

WITNESSETH

WHEREAS, GAP heretofore has made or assumed loans and other financial accommodations (collectively, the "**TAC Loans**") provided from time to time to Three Arrows Capital Ltd., a corporation organized and existing under the laws of the British Virgin Islands ("**TAC**");

WHEREAS, the TAC Loans were funded with working capital provided from time to time by the Holder, evidenced by book-entry intercompany transfers from the Holder to GAP and resulting in non-interest-bearing accounts payable from GAP to the Holder (the "**Intercompany Payables**");

WHEREAS, as of June 30, 2022, the parties agree that the aggregate principal amount of the Intercompany Payables, after giving effect to all repayments and recoveries in respect of the TAC Loans (and taking into account the value of any potential realization on any TAC Collateral (as hereinafter defined)) as of such date, is $1,100,000,000.00 (the "**Assumed Liability**");

WHEREAS, TAC has defaulted on the TAC Loans and, except for expected recoveries from the realization by GAP of collateral provided by TAC to secure certain of the TAC Loans (the "**TAC Collateral**"), GAP has substantial doubts that it will be able to recover any additional amounts from TAC in respect of the TAC Loans;

WHEREAS, notwithstanding the foregoing, the Assumed Liability shall be reduced in accordance with the terms of Section 1.6 of this Note to reflect any repayment or other recoveries (including any further realization on the TAC Collateral) in respect of the TAC Loans after the date hereof;

Case 4:25-cv-00001-KM-PJC    Document 60-2    Filed 01/02/26    Page 9 of 602

WHEREAS, contemporaneously with the issuance of this Note, GAP assigned to the Obligor, and the Obligor assumed from GAP, the Assumed Liability pursuant to that certain Assignment and Assumption Agreement, dated as of even date herewith, between GAP and the Obligor (the "**Assignment**"); and

WHEREAS, the Obligor is issuing this Note to the Holder to evidence the Obligor's obligations in respect of the Assumed Liability and to memorialize the terms of the repayment thereof.

NOW, THEREFORE, in consideration of the foregoing recitals, which are incorporated into the operative provisions of this Note by this reference, and for other good and valuable consideration, the receipt and adequacy of which are hereby conclusively acknowledged, the parties hereto agree as follows:

FOR VALUE RECEIVED, the Obligor promises to pay to the Holder on the Maturity Date (as hereinafter defined), the principal sum of ONE BILLION ONE HUNDRED MILLION AND 00/100 DOLLARS ($1,100,000,000.00), or such lesser amount as shall equal the outstanding principal balance hereunder (as such amount may increase from time to time, if applicable, due solely to the payment of PIK Interest (as hereinafter defined) pursuant to the terms hereof, the "**Principal Amount**"), in lawful money of the United States of America in immediately available funds, and to pay interest from the date of issuance of this Note on the Principal Amount from time to time outstanding at a rate per annum and payable on such dates as determined pursuant to the terms of this Note.

**SECTION 1.        TERMS OF PAYMENT**

1.1    <u>Maturity Date</u>.  The unpaid Principal Amount of this Note, together with all accrued and unpaid interest as set forth in this Note, shall be paid in full on or before June 30, 2032 (the "**Maturity Date**").  If any day on which a payment is due pursuant to the terms of this Note is not a day on which banks in the State of New York are generally open (a "**Business Day**"), such payment shall be due on the next Business Day following.

1.2    <u>Interest</u>.

1.2.1    The Principal Amount outstanding from time to time shall bear interest at a rate equal to one percent (1.00%) per annum.

1.2.2    Interest with respect to this Note shall be paid quarterly in arrears on the last Business Day of each March, June, September and December of each calendar year, commencing September 30, 2022 (each, an "**Interest Payment Date**"), either (a) in cash or (b) at the option of the Obligor, or at any time cash payments are not permitted by the terms of the Subordination Agreement, in kind by adding an amount equal to the accrued interest for such quarterly interest period to the then-outstanding Principal Amount (interest so paid under this clause (b), "**PIK Interest**").  Once paid, any PIK Interest shall constitute principal of this Note and shall accrue interest as such.

1.2.3    Under no circumstances shall the rate of interest chargeable under this Note be in excess of the maximum amount permitted by applicable law.  If for any reason any such

2

excess interest is charged and paid, then the excess amount shall be promptly refunded by the Holder.

1.2.4    Interest on this Note shall be computed on the basis of the actual number of days elapsed over a year of 365 days (366 days in a leap year).  In computing such interest, the date this Note is issued shall be included and the date of payment of any Principal Amount shall be excluded.

1.3    <u>Optional Prepayments</u>.  The Principal Amount, together with any accrued and unpaid interest thereon, may be prepaid, at Obligor's option, at any time prior to the Maturity Date, in whole or in part, without premium or penalty. All payments received by Holder hereunder will be applied first to interest and the balance to the Principal Amount. No amount repaid or prepaid hereunder may be reborrowed.

1.4    <u>Recordation of Payments</u>. The Holder is hereby authorized to record all repayments or prepayments under this Note on the schedule attached hereto, or otherwise in its books and records, such schedule and/or books and records constituting *prima facie* evidence (absent manifest error) of the principal amount of this Note; <u>provided</u>, <u>however</u>, that the failure of the Holder to make such a notation or any error in such notation shall not affect the obligations of the Obligor to the Holder under this Note.

1.5    <u>Form of Payment</u>. Any and all payments hereunder shall be made in lawful money of the United States of America by wire transfer of immediately available federal funds in accordance with such wire transfer or other payment instructions as the Holder may designate from time to time, or if no such designation is made.

1.6    <u>TAC Loans</u>.

1.6.1    Each of the Obligor and GAP hereby agrees to promptly pay or transfer over, and shall cause each of their respective affiliates to pay or transfer over, to the Holder any payment, repayment, distribution, proceeds or other amount received in respect of the TAC Loans or the TAC Collateral after the date hereof, whether in cash, securities or other property (each, a "**TAC Recovery**"), for application to the Principal Amount then remaining unpaid, until paid in full.

1.6.2    The parties hereto agree that the Principal Amount hereof shall be reduced immediately and automatically (on a dollar-for-dollar basis) upon the receipt by the Holder of any TAC Recovery, whether from GAP, the Obligor, TAC or any other person or entity, by set-off or otherwise.

1.6.3    Each of GAP and the Holder agrees that it shall use commercially reasonable efforts, in a manner determined in its reasonable business judgment with the advice of counsel and advisors, to maximize the TAC Recovery.

1.6.4    Each of GAP and the Holder agrees that the Obligor's obligations to repay the Principal Amount, together with interest thereon, in accordance with the terms hereof are subject to performance by GAP and the Holder with its obligations under this <u>Section 1.6</u>.

ACTIVE/117864363.5

Case 1:25-cv-00001-KM-PJC    Document 60-2    Filed 01/02/26    Page 11 of 602

## SECTION 2.        MISCELLANEOUS

2.1    <u>Amendments and Waivers; Transfers; Successor and Assigns</u>.  No amendment, modification, termination, waiver or consent to departure of any provision of this Note shall in any event be effective without the prior written consent of the Holder and the Obligor.  This Note may not be assigned or transferred by the Holder to any person or entity without the consent of the Obligor, and any such assignment or transfer without the Obligor's prior written consent shall be null and void in all respects.  The Obligor shall not be permitted to assign or transfer any of its rights, liabilities or obligations hereunder without the prior written consent of the Holder, and any such assignment or transfer without the Holder's prior written consent shall be null and void in all respects.  This Note shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

2.2    <u>Applicable Law; Consent to Jurisdiction</u>.  This Agreement shall be governed by, and construed in accordance with, the internal laws of the State of New York, without regard to principles of conflicts of law.  The Holder and the Obligor hereby submit to the exclusive jurisdiction of the State and Federal courts located in the State of New York.  THE UNDERSIGNED ACKNOWLEDGE THAT THE RIGHT TO TRIAL BY JURY IS A CONSTITUTIONAL ONE, BUT THAT IT MAY BE WAIVED UNDER CERTAIN CIRCUMSTANCES.  TO THE EXTENT PERMITTED BY LAW, EACH PARTY, AFTER CONSULTING (OR HAVING HAD THE OPPORTUNITY TO CONSULT) WITH COUNSEL OF ITS, HIS OR HER CHOICE, KNOWINGLY AND VOLUNTARILY, AND FOR THE MUTUAL BENEFIT OF ALL PARTIES, WAIVES ANY RIGHT TO TRIAL BY JURY IN THE EVENT OF LITIGATION ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY OTHER DOCUMENT, INSTRUMENT OR AGREEMENT BETWEEN THE UNDERSIGNED PARTIES.

2.3    <u>Entirety; No Strict Construction; No Third Party Beneficiaries</u>.  This Note embodies the entire agreement among the parties and supersedes all prior agreements and understandings, if any, relating to the subject matter hereof.  The language used in this Note shall be deemed to be the language chosen by the parties hereto to express their mutual intent, and no rule of strict construction will be applied against any person or entity.  The use of the word "including" and "includes" in this Note shall be by way of example rather than by limitation.  Nothing herein expressed or implied is intended or shall be construed to confer upon or give to any person or entity, other than the Holder and the Obligor and their respective permitted successors and assigns, any rights or remedies under or by reason of this Note.

2.4    <u>Further Assurances</u>.  Each of the parties hereto agrees from time to time, as and when requested by any party hereto, to execute and deliver or cause to be executed and delivered, all such documents, instruments and agreements and to take or cause to be taken such further or other action as such party may reasonably deem necessary or desirable in order to carry out the intent and purposes of this Note and any other documents or agreements executed or otherwise delivered in connection herewith.

2.5    <u>Waivers</u>. The Obligor hereby waives presentment, demand, protest or notice of any kind in connection with this Note.

4

2.6   <u>Severability</u>.   If any provision of this Note is held by a court of competent jurisdiction to be void or unenforceable in whole or in part, the remaining provisions of this Note shall continue in full force and effect.

[*SIGNATURES FOLLOW*]

ACTIVE/117864363.5

IN WITNESS WHEREOF, the Obligor has executed and delivered this Note as of the date first above written.

**OBLIGOR**

DIGITAL CURRENCY GROUP, INC.

By: *BARRY SILBERT*
7160392D4AC14BA...
Name:  Barry E. Silbert
Title:  Chief Executive Officer

Acknowledged and Agreed:

**HOLDER**

GENESIS GLOBAL CAPITAL, LLC

By: Genesis Global Holdco, LLC, its sole member

By: _____
Name:
Title:

[*SIGNATURES CONTINUE ON NEXT PAGE*]

IN WITNESS WHEREOF, the Obligor has executed and delivered this Note as of the date first above written.

**OBLIGOR**

DIGITAL CURRENCY GROUP, INC.

By: _____
Name:
Title:

Acknowledged and Agreed:

**HOLDER**

GENESIS GLOBAL CAPITAL, LLC

By: Genesis Global Holdco, LLC, its sole member

By: _____
Name:  S. Michael Moro
Title:  CEO

[*SIGNATURES CONTINUE ON NEXT PAGE*]

*[Promissory Note – Digital Currency Group, Inc. to Genesis Global Capital, LLC]*
ACTIVE/117864363.5

Solely for purposes of Section 1.6 of the Note:

GENESIS ASIA PACIFIC PTE. LTD.

By: _____
Name: S. Michael Moro
Title: Director

## SCHEDULE OF REPAYMENTS
## TO NOTE OF DIGITAL CURRENCY GROUP, INC.

| Date | Principal Amount of Note Before Payment | Repayments of Principal | Unpaid Principal Amount After Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Exhibit C

# ASSIGNMENT AND ASSUMPTION AGREEMENT

This Assignment and Assumption Agreement (this "**Agreement**"), effective as of June 30, 2022 (the "**Effective Date**"), is entered into by and between GENESIS ASIA PACIFIC PTE. LTD., a company organized and existing under the laws of Singapore ("**Assignor**"), and DIGITAL CURRENCY GROUP, INC., a Delaware corporation ("**Assignee**").

W I T N E S S E T H :

**WHEREAS**, Assignor is an affiliate of Genesis Global Capital LLC, a Delaware limited liability company ("**GGC**");

**WHEREAS**, before the date of this Agreement, Assignor has made or assumed loans and other financial accommodations (collectively, the "**TAC Loans**") from time to time to Three Arrows Capital Ltd., a company organized and existing under the laws of the British Virgin Islands ("**TAC**");

**WHEREAS**, the TAC Loans were funded with working capital provided from time to time by GGC, evidenced by book-entry intercompany transfers from GGC to Assignor and resulting in non-interest bearing accounts payable from Assignor to GGC (the "**Intercompany Payables**");

**WHEREAS**, as of June 30, 2022, the parties agree that the aggregate principal amount of the Intercompany Payables, after giving effect to all repayments and recoveries in respect of the TAC Loans (and taking into account the value of any potential realization on any TAC Collateral (defined below)) as of such date, is $1,100,000,000.00 (the "**Assumed Liability**");

**WHEREAS**, TAC has defaulted on the TAC Loans and, except for expected recoveries from the realization by Assignor of collateral provided by TAC to secure certain of the TAC Loans (the "**TAC Collateral**"), Assignor has substantial doubts that it will be able to recover any additional amounts from TAC in respect of the TAC Loans;

**WHEREAS**, notwithstanding the foregoing, the Assumed Liability shall be reduced in accordance with the terms of the Note (defined below) to reflect any repayment or other recoveries (including any further realization on the TAC Collateral) in respect of the TAC Loans after the date of this Agreement; and

**WHEREAS**, contemporaneously with the entry into of this Agreement, Assignee is issuing a promissory note to GGC to evidence Assignee's obligations in respect of the Assumed Liability and to memorialize the terms of the repayment thereof (the "**Note**").

**NOW, THEREFORE**, for and in consideration of the premises and the mutual covenants and agreements set forth herein, and of other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties to this Agreement (each, a "**Party**" and together, the "**Parties**") hereby agree as follows:

ACTIVE/117865205.2

Case 4:25-cv-00001-KM-PJC    Document 60-2    Filed 01/02/26    Page 19 of 602

1.     Effective as of the Effective Date, Assignor hereby assigns to Assignee all of Assignor's rights and obligations in relation to the Assumed Liability (the "**Assignment**"). GGC hereby consents to the Assignment.

2.     Effective as of the Effective Date, Assignee accepts the Assignment and assumes the performance of all of the obligations imposed on Assignee under the Assumed Liability and agrees to comply with, abide by and perform all of the terms of the Assumed Liability (the "**Assumption**").

3.     The Assignment and the Assumption contained herein shall bind and inure to the benefit of the Parties and their respective successors and assigns.

4.     This Agreement may not be changed, modified, discharged or terminated orally or in any manner other than by an agreement in writing signed by an authorized representative of the Parties or their respective successors or assigns.

5.     No amendment or waiver of any provision of this Agreement and no consent to any departure therefrom shall in any event be effective unless the same shall be in writing and signed by the Parties. Any such amendment, waiver, or consent shall be effective only in the specific instance and for the specific purpose for which given.

6.     The provisions of this Agreement are intended to be severable. If any provision of this Agreement shall be held invalid or unenforceable in whole or in part in any jurisdiction, such provision shall, as to such jurisdiction, be ineffective to the extent of such invalidity or unenforceability without in any manner affecting the validity or enforceability thereof in any other jurisdiction or the remaining provisions hereof in any jurisdiction.

7.     THIS AGREEMENT AND ANY CLAIM, CONTROVERSY OR DISPUTE ARISING UNDER OR RELATED TO THIS AGREEMENT, WHETHER IN TORT, CONTRACT (AT LAW OR IN EQUITY) OR OTHERWISE, SHALL BE GOVERNED BY, AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK WITHOUT REGARD TO CONFLICT OF LAW PRINCIPLES THAT WOULD RESULT IN THE APPLICATION OF ANY LAW OTHER THAN THE LAW OF THE STATE OF NEW YORK.

8.     This Agreement may be executed in any number of counterparts, and by different parties in separate counterparts, each of which when so executed and delivered shall be deemed an original but all of which when taken together shall constitute but one and the same instrument. Any signature delivered by a Party by electronic mail or pdf format shall be deemed to be an original signature hereto.

[SIGNATURES ON FOLLOWING PAGE]

Case 4:25-cv-00001-KM-PJC    Document 60-2    Filed 01/02/26    Page 20 of 602

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be executed and delivered as of the Effective Date.

**GENESIS ASIA PACIFIC PTE. LTD.**,
as Assignor

By: _____
Print: S. Michael Moro
Title: Director

**DIGITAL CURRENCY GROUP, INC.**,
as Assignee

By: _____
Print:
Title:

Case 4:25-cv-00001-KM-PJC    Document 60-2    Filed 01/02/26    Page 21 of 602

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be executed and delivered as of the Effective Date.

**GENESIS ASIA PACIFIC PTE. LTD.,**
as Assignor

By: _____
Print:
Title:

**DIGITAL CURRENCY GROUP, INC.,**
as Assignee

By: *BARRY SILBERT*
Print:  Barry E. Silbert
Title:   Chief Executive Officer

**Solely for purposes of consenting to the Assignment pursuant to Section 1 of this Agreement:**

GENESIS GLOBAL CAPITAL, LLC

By: Genesis Global Holdco, LLC, its sole member

By: _____

Name:   C. Michael Moro

Title:   CEO

# Exhibit D

| External Loan CP # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Loan % Concentration** | 26% | 23% | 19% | 5% | 5% | 4% | 3% | 2% | 2% | 1% |
| *USD / Stable % of Loans* | 0% | 9% | 67% | 0% | 0% | 0% | 0% | 0% | 0% | 35% |
| *USDT % of Loans* | 0% | 0% | 0% | 45% | 0% | 0% | 0% | 0% | 0% | 0% |
| *Crypto % of Loans* | 100% | 91% | 33% | 55% | 100% | 100% | 100% | 100% | 100% | 65% |
| | | | | | | | | | | |
| **Collat % of Total Collateral** | 34% | 22% | 18% | 4% | 0% | 4% | 3% | 2% | 0% | 0% |
| *USD / Stables % of Collat* | 0% | 0% | 0% | 100% | NA | 0% | 0% | 100% | NA | 100% |
| *USDT % of Collat* | 74% | 0% | 0% | 0% | NA | 0% | 0% | 0% | NA | 0% |
| *Crypto % of Collat* | 26% | 100% | 100% | 0% | NA | 100% | 100% | 0% | NA | 0% |

| Liquidity | | | | Weighed Avg | | | | Weighed Avg | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Duration** | **Rating** | | | **Duration** | **Rating** |
| USD / Stables | $293 | | | | | | | | |
| BTC | $630 | | **Total** | **32.0** | **4.0** | | BTC | 8.7 | 3.9 |
| ETH | $635 | | USD / Stable | 76.1 | 3.3 | | ETH | 11.9 | 5.3 |
| **Liquidity from Majors** | **$1,557** | | *USDT* | *13.0* | *3.7* | | Alt | 12.9 | 5.6 |

| | Current | Receivable | | Liabilities | |
|---|---|---|---|---|---|
| | Assets | Loans | Collat Rec | Borrows | Collat Pay |
| **Total** | **$3,249** | **$2,308** | **$1,022** | **$4,985** | **$1,419** |
| USD / Stables | 279 | 701 | 157 | 1,799 | 538 |
| USDT | 14 | 66 | 0 | 361 | 238 |
| BTC | 630 | 980 | 214 | 1,583 | 192 |
| ETH | 635 | 393 | 229 | 858 | 267 |
| Other Assets | 1,691 | 168 | 422 | 385 | 184 |
| **Assets** | **$6,579** | **Liabilities** | **$6,404** | **Equity** | **$175** |

*Approximate consolidated balance sheet across primary lending entities (GGC, GAP, GGCI)*

Strictly Confidential

# Exhibit E

**TRANSCRIPT OF INTERVIEW**

**OF STEPHEN SOKOLOWSKI BY LAURA SHIN**

**JANUARY 2023**

**Laura Shin:**        Hi everyone. I'm here with Steve Sokolowski, chief technology officer at Prohashing. And I actually know Steve from years ago *um* but I haven't talked to him in a long time and I've seen him be pretty active in the discussions around Genesis's bankruptcy. So I figured I'd reach out - and it turns out he also has, *um*, certain grievances with what has happened with the BlockFi bankruptcy, *um*, which we can go over. So, Steve, *um*, I leave it up to you kind of how you want to tell the story. Would you want to start with BlockFi first?

**Stephen Sokolowski:**     *Uh* yeah, I - I could talk about BlockFi first or I could talk about Genesis too. Thank you for interviewing me, Laura. I think that the key thing to understand about this whole lending industry is that it's pretty much all built upon lies and misrepresentations - sometimes outright fraud all the way from the top down at - at pretty much all of the companies. And many of the journalists who are reporting on this are making it sound like this is an isolated incident, like that *you know* it was only Genesis that had this one point one billion dollar promissory note or maybe only some other company. But, in reality, the whole industry it turns out was probably misrepresenting most of what they were offering to their customers.

1

**Laura Shin:**       All right, so, yeah, why don't we - so I think chronologically at least for you the story, *um*, starts with BlockFi. Am I right about that or…?

**Stephen Sokolowski:**       *Uh* actually it starts with Genesis. *Uh*, I was lending to Genesis for, *uh*, a long time – *uh,* since early 21, and I started talking to BlockFi around September of 22, when our term loans were expiring and I was doing a lot of research around that time to compare all of the companies.

**Laura Shin:**       Oh okay, so then let's start the story with Genesis. Tell us, *yeah*, how you started working with them and what your relationship was and what you discovered.

**Stephen Sokolowski:**       So, I, *uh*, work with a - a fund, which consists of me, and my brother, and Prohashing's reserve, like the money that the company uses to pay bills and things like that - some of that, and two other people *uh* who are involved in it. And, we began lending money to Genesis early in - in 21, continued with that through, *uh* 22 we lent them - at one point the total amount had gotten up to about 20 million and at the time in September of 22, when all of the - the misrepresentations and - and lies were being made, it was around seven or eight million dollars or so at that point. And, I did quite a bit of research at that time, basically spent the entire month of September of 22, researching these companies because *you know* it was a lot of money and we wanted to be sure when to diversify our investments across - across as many companies as possible. *Uh* you know, and we - I did the research, I searched for documents, I talked to people,

2

talked to Zach Prince, I'll talk about in a little while, and came up with a whole bunch of documentation about both companies.

**Laura Shin:**        All right, so, yeah, tell us a little bit about, *you know* kind of, what your due diligence was on Genesis and how you started working with them and, *you know*, what kind of relationship you entered into.

**Stephen Sokolowski:**        So, with Genesis, I asked them to see their company balance sheet. I asked BlockFi for this as well. And, I received a balance sheet that listed their - their top 10 lenders, and my understanding is that this balance sheet was presented to a number of other customers, perhaps to Gemini although I don't know whether it was that or some other sheet that was similar to it. And, it showed not the names of the customers, but what the percentages of loans were out, how much was collateralized. It also listed their assets. They listed "current assets" - that exact phrase - "current assets" in one column, and then liabilities, and in another column, and then they added them up and then it showed that they had positive equity which indicated that they were a solvent company.

**Laura Shin:**        Okay and this was when again?

**Stephen Sokolowski:**        *Uh* and this was in - I was presented that sheet on September 21st of 2022.

**Laura Shin:**          Wait I'm sorry. That was Genesis or BlockFi? I thought you said that you…

**Stephen Sokolowski:**      That was Genesis. So, BlockFi also saw sheets for in that same week. *Uh* but if you're asking about Genesis that was the Genesis sheet that I was presented in September of 22 so, *uh*, there – of - on that sheet there was a row that said other assets on that sheet. In - in a significant amount, which was like one point, *uh, you know*, six or seven billion or something like that. And it was listed under current assets. So my interpretation of that was I was offering Genesis a one-year loan or considering offering them a one-year loan, and since that's a current asset, that means that all of the assets that are listed in that column should be able to be called before my one-year loan is due. And, apparently now it turns out that one of their assets is this 10-year promissory note to Digital Currency Group, and, if that was listed in the one in the current assets then obviously they do not borrow - I've never heard of them ever borrowing from a customer for 10 years. So how can they say that they are solvent when they borrow from customers for one year, and then their loan - their books are backed by a 10-year loan that is at, apparently, and no I can't say this for certain, but apparently it's - it's rumored that it was at a very low interest rate like 1.1 percent or something like that.

**Laura Shin:**          Right. And then, *um*, did you ever confirm that that 1.7 billion dollars in current assets was the one, *you know* - was comprised of that promissory note and then the additional, *um* - I guess it was a - a loan that was due in May of this year?

4

**Stephen Sokolowski:**      They - they will not confirm that, but they will be publishing the - they do have by law to publish their assets and liabilities in the bankruptcy docket. *Uh*, I'm told that that'll be in March. Ram Ahluwalia, who you've interviewed, had a Twitter space yesterday and so he believes that'll be published in March. So we will know for certain whether that, *uh* - that note was published in the - is part of those assets. And if it is, then, *you know*, obviously that document was not a true representation of what Genesis actually had on their books. They were not solvent in that one-year time frame and I would never have invested with a company that was saying that they were - *you know* - that they were going to be able to make money over 10 years in the cryptocurrency industry. Who would - who would trust Digital Currency Group to be good on its loans in 10 years in this industry? You know, companies go belly-up constantly.

**Laura Shin:**      Right. And just to *um*, *like*, fill in part of it. You said that you had actually started your conversations with Genesis in 2021, but - but then when I asked you about the relationship, you only mentioned what happened in September 2022. So, what happened in between those times?

**Stephen Sokolowski:**      So, in between those times I was just talking with them and I did not see that sheet. So, when the Three Arrows collapse happened, I talked to them during that week, and I – I asked them - this was after their tweets on, I believe it was June 17th, when Michael Moro said that they had - the Digital Currency Group had assumed the liabilities and that essentially everything was fine. So I asked them how - how things were - *you know* - what was going on at the company, and *uh*, they said *you know* everything is fine during - during that time.

5

*Uh*, if you feel that the risk is too high at - at this time *you know* for the rates you're getting, then we can offer you a significantly higher rate if you lock the loans in for a brief period like a locked term not a year-long loan. In this case, it was three months.

So, *you know*, I talked with them and decided, *uh*, we think that it's okay for three months and then I want to see, *you know*, then I - I wanted to see all of this documentation when we were renewing. So that's why, when the end of August came around I started doing a ton of research into BlockFi and Genesis, and, *you know* started asking for this documentation. And, *you know* unfortunately it turns out that - that both types of the documentation appears to have not been telling the whole truth.


**Laura Shin:**        And so, *um,* - just so I understand. So you started doing research into crypto lenders in 2021, but you didn't actually invest any money until after the Three Arrows collapse?


**Stephen Sokolowski:**        No, we invested money then, and the entire time, *you know*, I was being told that everything was fine, that, *you know*, nobody ever said anything about this GBTC trade for example, right? So, if any - if anybody had said something about that, I probably also would have not - not gone with Genesis either. So, I should have in the beginning, maybe specifically asked them, are you doing, *you know*, GBTC trades or something like that. But, in my opinion, *you know*, I - I think that there's also some sort of *uh, you know*, obligation that you should maybe, *uh,* be a little bit more honest about your business practices. I mean, obviously everybody tries to make a sales pitch, right? But you also, should -

shouldn't be misleading customers about, *you know*, how ev - about how we're - we're, *you know,* just kind of like making loans and then, *you know* charging a higher interest rate and, *uh,* - and, *you know*, spread - pocketing the difference. I mean, that was my understanding of what these companies were doing, and it's pretty clear that that was not their entire or even their primary business model to just borrow money and then lend it out at a higher interest rate.


**Laura Shin:**        Okay, *um*, so one thing that I need to understand is, so you - you had successfully lent money to Genesis, *um*, and then after Three Arrows, *um*, did you perceive that any money that you had lent them was at risk in any way or - or no?


**Stephen Sokolowski:**        Well, I asked them about that. *You know*, I thought that, *you know*, well, I got to investigate this. But see, *you know*, Genesis was "the" prime lender at the time, right? I mean nobody would have thought that Genesis of all places was the one that would fail. *You know*, I thought, well, *you know*, Nexo seems kind of strange because I researched them and they have company tokens. *Uh, you know*, Crypto.com has company tokens and they have these ridiculous interest rates at, *uh* - with their, *uh* - with their credit cards, I believe. And you know I - I wrote posts about this all my research that I did in 21. I hadn't seen the balance sheets at that time, but I ruled out a lot of other lenders because of all these crazy schemes. But Genesis didn't have any company tokens, they were backed by Digital Currency Group, which - which had a Bit License and everything like that. They operated in New York. Genesis is in Park Avenue. *Uh, you know*, there - there was no - there's - there's nothing that really indicated to them that they were

7

violating any rules or regulations. Or perhaps what we're finding out is that even if all these companies did adhere to every rule or regulation, it simply would not have prevented this - the rules were insufficient. I don't know. But whatever the case is, Genesis was the prime lender in the industry. And, *you know*, it was unthinkable to all the people who I talked to at the time that Genesis would be involved in this sort of thing.

**Laura Shin:**       Yeah, and a disclosure for the audience, my - one of my former sponsors is Nexo and a current sponsor is Crypto.com. So, one thing then, you know, that I - so now we we've kind of covered that period of what happened, *um*, before I think things started to really go south for you and you have this extensive blog post about conversations you had with BlockFi in September and you also now have talked a little bit about your conversations with Genesis in September. So, tell us*, um, you know*, I guess what you haven't yet told us about BlockFi and then, *um,* - and then we can go to the point when*, yeah*, afterward you realized that maybe, *um*, certain things were not represented accurately.

**Stephen Sokolowski:**       So, with BlockFi, the way I actually found out about this whole industry was by lending some money to BlockFi early in - in 21 but I withdrew it and then hadn't really had anything to do with BlockFi for the next year and a half. *Uh*, in August though, I - I was doing the research and was contacted by one of BlockFi's salespeople and they had - were talking about, *you know*, different *uh*, - different loan terms they had and everything like that. And their rates were more attractive than Genesis so I wanted to understand exactly why it is that they could offer more attractive rates than Genesis. My conclusion at

the time was that after doing the research  I thought was the reason their rates were more attractive is because they had more uncollateralized loans than Genesis did and so that extra rate was - was paying essentially for the risk because there were more secured loans at Genesis.

*Uh*, but *uh*, - so they contacted me. I - I talked with them pretty much throughout like the first two weeks of September, because our loans were about to become due towards the end of September, *uh*, when they expired on September 20th. So, before this I started an email thread, which I posted, with a few things like the – the person's phone number redacted and the conversation goes on for a while with some mundane stuff asking for their rates and so on. Then, *uh*, at - then I became concerned a little bit after reading more into their deal with FTX, because I thought that they seemed to be a little bit too intertwined or too dependent upon FTX. So, what I asked them in the email was I wanted to see, did BlockFi actually borrow any money from FTX because they had a credit line, and it was for 400 million dollars, and it's a lot different if they had borrowed the money already and had a - *you know*, had drawn that debt a lot and *uh* were dependent on them or whether they were independent but that that credit line was just there in case they, *you know* - some of their loans defaulted. And, I was told on September 21st, "we have drawn on this but paid it back since it's a revolving credit facility", and that was in the emails.

Then, after - after that, I continued to do some more research. I looked at BlockFi's balance sheets. *Uh*, they made no mention of FTX, they looked good. *Uh*, then a little bit later, I - a few days later, I basically though concluded that even though the balance sheets didn't mention FTX, there was still kind of a little too much uncertainty over that so I said, *uh*, in the emails that your balance sheets look good, but because the FTX deal closes during the fixed loan term, we believe that

9

the uncertainty introduced by that deal is more risk than, *uh* - than the spread between your and Genesis's rates. So, I basically told them that, *you know*, because of FTX, we're not really going to be, *uh* - we're not going to be lending to you. So I sent a message to Genesis after having seen their balance sheet, and said okay let's get a loan to you instead of to BlockFi. And, *uh*, then I was told in the next email, would you be interested in having a call with Zach Prince to further talk through the FTX deal and any other questions you may have? And so, I went to that meeting with Prince.

**Laura Shin:**        And what did he say?

**Stephen Sokolowski:**     *Uh*, the meeting was - was pretty long, so I don't want to bore you and - and all of your listeners. *Uh, you know*, he talked about - I was concerned about how many employees BlockFi had and, *you know*, whether that was going to increase their cash burn. I - they - he talked about the SEC a little bit, *uh* he talked about minor loans, *you know*, a whole bunch of other things that really aren't pertinent to this but then we also talked about FTX. And, so we - there were six people there, and three of us asked Zach Prince about what is the relationship between BlockFi and FTX. And, *uh*, he stated that Blockfi and FTX were independent entities. And, you can see that there's actually public tweets where his co-founder, Flori, stated the same - actually, the day after FTX, I believe, had, *uh*, - had started to encounter problems, or maybe it was a few days after that I'm not sure.

So I - I kept getting this reassurance that they were independent entities, and I also was led to understand that the FTX line of credit was not being used. And,

we know that - so this meeting took place on September 23rd, and we know in both the BlockFi and the FTX bankruptcy filings that they actually had drawn 250 million dollars from the credit line on September 30th. So, it's - it's probably likely that they had already drawn upon it. Or certainly if they had not, then they had to have known that they were going to draw upon it within the next few days. *Uh*, I - I just don't understand how - how the CEO of a company that is going to wi - to borrow 250 million dollars would not know about the, *you know* - that there were plans to do that in a call that was just a few days before that. So, I suspect that as the bankruptcies come out we'll probably find out that that loan was drawn before the 23rd, but even if it wasn't, then that was certainly a very misleading statement to say that they had not drawn upon that line or that they had drawn - sorry, to be specific, they had drawn upon that line and had fully paid it back.

**Laura Shin:**       And, *um, so*, because of that call, did you then move money over from Genesis to BlockFi? Is that what happened?

**Stephen Sokolowski:**       Yes. *Uh*, and I - I have that evidence there too. *Uh*, there's a person at Genesis who, *uh, you know* - I have the - the conversation with him. I mean, that was the reason because I talked with Prince, *uh* then all of the members of this fund, we - we got into a meeting after that and we all said Prince is trustworthy. *Uh*, *you know* - he - it seems like what he said was true. *Uh*, let's go and - and move the money so we moved money to BlockFi and – *uh* and it was solely based upon this call and those representations that *uh, you know* - that were made in the emails. And *you know*, again, I don't know whether the, *uh* - whether the people who were writing the emails were aware of the loan or not. *Uh*, so I - I

11

have no evidence to either implicate or exonerate the employees who wrote the emails, just to be clear about that.

*Uh*, but I - I guess it gets down to the logic here was that if FTX and BlockFi were independent companies, then - then both of them would have had to fail for separate and independent reasons if - if I was going to lose money. So, if - if Blockfi had trouble with their loans or something then FTX had 400 million dollars of junior credit ready to step in. And, if FTX were to fail, well then BlockFi hadn't actually borrowed anything from FTX just yet, and they didn't have any money in FTX custody, so therefore there wouldn't be any - any issues there I mean then one or the other company could fail and we would still be okay. And that was the main reason that we went with BlockFi because we had two companies that would have had to fail independently, and we just assumed that the odds of both companies independently failing were extremely low. And, of course, they - they would have been. Blockfi would not have - if they were independent, FTX would have failed and BlockFi would not, and I wouldn't have lost any money.


**Laura Shin:**        Okay. So, *um*, presumably you didn't move everything from Genesis over to BlockFi, which is why, *um, yeah*, so as - as of the time of this recording, um you have not yet published, *um*, your allegations against Genesis, but why don't we go over those right now? So, tell us what your relationship was with Genesis after you moved at least some of the money to BlockFi.


**Stephen Sokolowski:**      Yeah, so we moved about 3 million dollars to BlockFi and there was about 4 million dollars remaining at Genesis. And, *uh*, we - we had a few options, *you know,* - when we were doing this research. We were considering

12

either, *you know,* - we could have gone to more lenders, *uh*, we could have, *uh* - we could have moved money to BlockFi, we could have kept money at Genesis, or - or we could have, *uh*, one of the options was take like half the money out and keep half the money at Genesis or just go all out all together. So, we had all the options on the table. And, *uh, you know,* we came to this conclusion because we didn't think that the other companies were trustworthy. Like Ledn, for example, I did have a meeting with Mauricio de, *uh,* - de Bartolomeo, I'm sorry if I got that name wrong, Mauricio, if you're watching.

**Laura Shin:**        Bartolomeo, yeah.

**Stephen Sokolowski:**        And, *uh* - and John Glover, who's their risk management *uh* head. And, they told me that they were doing low-risk trades and *uh*, they *uh*, - they wanted to offer a lower rate, but they wouldn't present their balance sheet to me. So, that was the reason we didn't go with Ledn. I kept asking them for that balance sheet, and they wouldn't present it to me. So, really, the end result is that we were presented misleading balance sheets and that's why we went with these two companies because*, you know,* we were get - we thought that because these companies presented balance sheets that, *you know*, - that they were safer. As to Genesis, *you know*, the - the allegation is pretty simple. They present - I asked them for a balance sheet, they presented a balance sheet. It listed like 1.6 or however many billion dollars under current assets. And, if we find out in March that that loan - that promissory note, which is 10 years was represented as a current asset, then that balance sheet was false. That - that is not how accounting is done.

13

**Laura Shin:**          Okay, yeah, yeah. *Uh*, those, *uh* comments and that analysis has been making the rounds on Twitter. *Um*, you know none of it has been confirmed, but obviously, *you know*, because of what the definition of a current asset is versus the terms of that 1.1 billion dollar promissory note it does seem likely that, *um*, DCG or Barry Silbert were, *um*, using kind of a different definition of current, *uh*, meaning, *you know*, we're current on paying this loan, *uh*, which is - which is funny because, - yeah it's just, *uh,* you know.

**Stephen Sokolowski:**      Well, I also would dispute, I mean, maybe legally you could call it a loan but I would dispute that in common language that we would call what happened there a loan.

**Laura Shin:**          Right, right.

**Stephen Sokolowski:**      I mean, when do - when does a loan ever involve not actually giving somebody any money, right? When I take out a loan to buy a house, they give me money and then I use it to buy the house. I don't get some promise that they'll pay for the house in 10 years.

**Laura Shin:**          Right, exactly. Yeah.

**Stephen Sokolowski:**      And that's by the way what I understood their June 17th statement to - to read, that, *you know*, they - they took 1.1 billion dollars, *you*

*know*, and - and in exchange, they gave - they took the debt and they paid Genesis 1.1 billion dollars. Maybe I should have read between the lines or something like that in June, *you know*, but *uh*, I - I - that's a little dishonest to me that they didn't state exactly what happened at the time, and, *you know*, use these terms like they "netted against their balance sheet" or whatever the exact quote is.

**Laura Shin:**        Okay, and is that the - kind of the main thrust of your, *um*, allegations against Genesis - the misrepresentations?

**Stephen Sokolowski:**        Well, I mean it - it - I think the - the most obvious the – the most obvious fault is simply that if that promissory note is true and we're going to find that out, then this balance sheet that they presented to me is not true. I - I think that that's what it goes down to, *uh*, pretty easy. And, I don't know how many others were presented this balance sheet, but I would expect that there were many people who - who were presented this. I mean, the - the people inside Genesis told me that this was something that they present to people so I would assume that many people relied on this. And, I would assume that if they did present this to many people then that means that there is *you know* a lot more liability for, *uh*, for Genesis and Digital Currency Group than is - is being reported right now. And, *uh*, that was why I decided to sell my claim because I don't want to stick around in this bankruptcy and find out what is going to happen if - if Digital Currency Group goes to bankruptcy and, *you know*, all the chain reaction down the line there.

**Laura Shin:**        Got it. Okay, what have I not asked you that you would want my listeners to know?

**Stephen Sokolowski:**     Hmm.. Well, I, *uh* - I don't know. I think that the - as I said in the beginning I - I think that all of these companies are built upon kind of a - a flawed premise. And, *you know*, I - I think that there's - there's probably something wrong with - with today's blockchains. Maybe - maybe like they work fine for what they're designed for, *uh* you know they - they do fast, irreversible transactions. And, *you know*, that's fine for certain things. I'm - but the legacy system excels at getting rid of fraud because transactions are slow so there's time to get rid of, *you know* - time to reverse them and because they're reversible. So I - I don't know if today's blockchains have the sufficient technology to be able to prevent this sort of stuff from happening in lending.

You know, there - there needs - if you're going to have fast and irreversible transactions, then some other technology, which we probably can't conceive of right now, you know, *uh*, and - and it'll be developed someday I'm sure, needs to be developed to automatically detect this fraud or prevent it in some way, *uh*, because, I don't see this lending industry having any future. *Uh*, you can't just decide that you're going to put existing rules or regulations on it when anybody could take a cold wallet like a Ledger device out like this - you know, get the device, open it up, start typing in things on it, and now 250 million dollars is gone at some other company and you can't reverse that transaction. So, I - that's why I'm just not bullish on this idea that crypto lending will ever - will ever really grow into a legitimate industry.

**Laura Shin:**     Yeah, well clearly after this past year there is a lot of questions about how to make this work , *um*, in a better way. So, *um*, yeah, I think a lot of

16

people would agree with you on that. *Um*, although obviously in DeFi there was a lot more, *um*, a lot more *[unintelligible]*…

**Stephen Sokolowski:**    I'm not bullish about DeFi either.

**Laura Shin:**    Ah, really?

**Stephen Sokolowski:**    Cross-chain bridges, how many times have you heard that word? Anybody who's, uh - who's listening.

**Laura Shin:**    Along with the word hack.

**Stephen Sokolowski:**    Yes.

**Laura Shin:**    Right, right. But you know, that - that's an even more nascent technology so, *um*, we'll have to see how that plays out. But, all right, Steve, well, it was a pleasure reconnecting with you. Thank you so much for sharing your experience.

**Stephen Sokolowski:**    Thank you.

# Exhibit F

13 April 2021

Hanson – Genesis created group «Steve Sokolowski <> Genesis» with members Hanson – Genesis and Steve Sokolowski

Hanson – Genesis invited Matt Ballensweig

Hanson – Genesis invited Hamill

Hanson – Genesis invited Leon – Genesis

Hanson – Genesis invited Roshun Patel

Hanson – Genesis invited Deleted Account

Hanson – Genesis invited Carter Hohl

Hanson – Genesis invited Deleted Account

Hanson – Genesis invited Deleted Account

Hanson – Genesis invited Bek

Hanson – Genesis invited Deleted Account

**Hanson – Genesis**                                                                 14:57

Hey @SteveSokolowski ! Great to have you on board, please feel free to use this chat any time for all OTC trading or lending related queries – I've invited the right folks from the Genesis side.

We can facilitate lending/borrowing for either crypto or fiat – we are very flexible on duration (weeks / months/ no fixed maturity all work). Our min size is 500k USD, 50 BTC or 1000 ETH (equivalent for alts) , and our average size is ~5mm USD notional.

We can also transact block OTC trades here too. Min ticket size 250k. We can also offer liquidity in forwards and vanilla European options on a cleared and bilateral OTC basis.

We are looking forward to getting started with you.

Hanson

Team, Steve would like to get the term sheet papered for 1096 ETH open term @ 3.50% with    15:01 interest paid in kind but distributed monthly. @DanGenesis can we get that started for him? Thank you!

14 April 2021

**Deleted Account**                                                                 09:06

Hey @SteveSokolowski sorry about the delay. Getting you set up on our end. Will let you know when the term sheet is with you

**Steve Sokolowski**                                                                09:39

ok, no problem – we can't move any faster than BlockFi anyway

**Deleted Account**                                                                 09:41

Term Sheet should be with you now

**Steve Sokolowski**                                                                09:41

ok, thanks

it's requiring a "title" – I can put "CEO, Prohashing," but this money is not being invested on    09:43
behalf of Prohashing

what should I place there?                                                          09:43

**H    Hanson – Genesis**                                                           09:45

You can put in "Individual"

**Steve Sokolowski**                                                                09:47

ok, signed

**H    Hanson – Genesis**                                                           09:49

Thank you! The deposit address should have been included in the term sheet but @DanGenesis can confirm for you as well here in the chat. Feel free to send a test transaction first and then the balance if you prefer

I know we will have to wait for BF to release no worries                            09:49

**Deleted Account**                                                                 09:49

ETH address we have for you is:

████████████████████████████████████████████████22a2c

**Steve Sokolowski**                                                                09:51

ok, could you make that address appear in the Genesis capital dashboard or somewhere else, to confirm?

**Deleted Account**                                                                 09:57

I'll coordinate with someone here to get that done

**Steve Sokolowski**                                                                09:57

thank you

**Deleted Account**                                                    10:26

Hi Steve, on prime if you click the three lines in the top left hand corner and select profile, you should be able to see your address. Let me know if not

**Steve Sokolowski**                                                   10:55

ok, I do see "my addresses" and "genesis addresses," but both have no rows

let me log out and back in                                             10:56

no, still no rows                                                      10:56

**Deleted Account**                                                    10:59

ok will come back to you on this

**Deleted Account**                                                    13:14



Hi Steve, next time you login you should see the above                 13:14

**Steve Sokolowski**                                                   13:15

great – I just saw it, thanks

ok, now I'm just waiting for the funds to arrive                       13:15

I'll get back to you once that happens                                 13:15

**Deleted Account**                                                    13:17

Sounds great ty

16 April 2021

**Deleted Account**                                                    07:50

Hey @SteveSokolowski We received your 3 deposits of ETH totaling to 371.48869943

**Steve Sokolowski**                                                   07:55

thanks! Gemini apparently is calling a loan from Genesis for the rest

📄  **1-gemini.png**                                                    07:55

Not included, change data exporting settings to download.

157.8 KB

there isn't a reason for you to call the loan back from the borrower, so if there is some way   07:56
to just transfer the name of the lender from Gemini to me since you both are owned by the same
company, that could speed things up

if not, Gemini said they could take until April 22   07:57

17 April 2021

**SS**  **Steve Sokolowski**   08:36

the rest of the money was sent   08:36

0x13b085af6458744bc5f0dbdc0d04bbdbbdf63365cc1833ea7cb25e898c944921   08:36

**H**  **Hanson – Genesis**   09:27

Thanks @SteveSokolowski our Ops team will confirm when back online. Have a great weekend

19 April 2021

**Deleted Account**   08:02

724.51130057 ETH well received   08:02

**SS**  **Steve Sokolowski**   08:03

thanks – and if Hanson didn't tell you, it would be great if you could get your representative to
the second agreement so I can store it for my records

I only have the Genesis signature on the Master Loan Agreement   08:04

**Deleted Account**   08:04

Ok. will follow up with the other teams   08:04

**SS**  **Steve Sokolowski**   08:04

thanks!   08:04

what rates can you guys offer on dogecoins?   08:05

**Deleted Account**   08:06

we currently cant do dogecoin transactions   08:06

**SS**  **Steve Sokolowski**   08:06

ok, no problem   08:06

**SS**  **Steve Sokolowski**   08:24

I received the signed document – thanks again   08:24

20 April 2021

4 / 163

**SS**  Steve Sokolowski                                                                08:08

good morning, I just wanted to note that I think your accounting system has a double entry in it – the dashboard at prime.genesistrading.com is showing two equal loans, one of which is "pending"

**H**  Hamill                                                                          08:11

hey @SteveSokolowski taking a look at it now

**Deleted Account**                                                                    08:18

Hi @SteveSokolowski Active loans represent funds received & accruing interest but we've aligned for the full balance of 1096 ETH effective the 17th which you should see in Prime now

**SS**  Steve Sokolowski                                                                08:24

that loan is still in "pending" status – shouldn't it be "active" then?

**Deleted Account**                                                                    08:27

Yes this should be reflected momentarily

**SS**  Steve Sokolowski                                                                08:27

great, thank you!

I also wanted to make you aware of https://prohashing.com/guides/earning-interest-on-cryptocurrencies if one of your marketing people wants to read it for accuracy. I'm continually updating this document as the CEOs of other companies pointed out issues with it. If Genesis wants to point out errors, I'll be glad to correct them. Have a great day!    08:32

**Deleted Account**                                                                    08:35

No problem feel free to ping us here anytime. Also very interesting thank you for sharing @SteveSokolowski

28 April 2021

**SS**  Steve Sokolowski                                                                06:48

Good morning – BlockFi is lowering its rates again! Assuming your rates have not changed from my previous ETH loan 12 days ago, could you create an additional loan contract for 223 more ETH, starting either tonight or tomorrow when they process my withdrawal requests? Thanks!

**H**  Hanson – Genesis                                                                 07:08

Morning Steve, to confirm you would like to add 223 ETH to the outstanding 1096 ETH for open term correct?

Our rates are still 3.5% for open term for ETH                                          07:10

**SS**  Steve Sokolowski                                                                07:10

yes

**Hanson – Genesis**                                                                        07:11

Great, lending and ops should be on in about 45 min and we can get that process started for the new term sheet for 1319 (+plus your already accrued interest on the 1096) ETH open term at 3.5%

**Steve Sokolowski**                                                                        07:12

ok, thanks

I need to drive 130 miles to get a vaccine today so I will be out for a good portion, will be   07:13
back towards the late afternoon

**Hanson – Genesis**                                                                        07:13

No worries, we will have to wait for BlockFi to release the funds on their side as well

**Steve Sokolowski**                                                                        07:14

yep, and they are probably losing a billion in assets just like they did last month when they lowered BTC so they are swamped

**Hanson – Genesis**                                                                        07:15

I think you may be right!

**Steve Sokolowski**                                                                        07:16

if you need to write up a new loan sheet and can do it, just compound the interest from the last month

**Hanson – Genesis**                                                                        07:17

Yes we will add up the accrued interest for the new starting balance for the newest open term

**Steve Sokolowski**                                                                        07:17

ok, thanks

**Hamill**                                                                                  07:47

Good morning @SteveSokolowski – interest is paid out monthly. but we will send a term sheet over for the additional ETH from BlockFi. Interest accrued will be paid out and reflected on the portal 1st business day of May.

**Steve Sokolowski**                                                                        07:47

ok, no problem

when interest is accrued, what is the default? compounding or payout?                       07:48

**Hamill**                                                                                  07:49
In reply to this message

default is compounded monthly



**Steve Sokolowski**                                                      07:49
that's perfect, thanks

**Hamill**                                                               07:49
no problem

                              29 April 2021

**Deleted Account**                                                      15:29
84.97895 ETH just landed, Steve

85 ETH received just now as well                                         15:32

**Steve Sokolowski**                                                     15:35
you should have all 223

maybe it didn't confirm yet                                             15:36

**Deleted Account**                                                      15:36
yes 3rd one just came in totaling to 223. Thanks

**Steve Sokolowski**                                                     15:37
no problem, let me know if you need anything else for this loan

**Deleted Account**                                                      15:38
all set here

**Steve Sokolowski**                                                     15:39
thanks!

                              5 May 2021

          Hanson – Genesis invited Reed Werbitt

      Hanson – Genesis invited Michael Paleokrassas

        Hanson – Genesis invited Sebastian Cohen

          Hanson – Genesis invited Colin Farrell

**Hanson – Genesis**                                                     09:04
Hi @SteveSokolowski adding a few folks from our trading team as discussed if you ever need a
quote. As a reminder you can also use the RFQ system on the online platform as well

**SS**  **Steve Sokolowski**                                                                09:04
ok, thank you!

6 May 2021

**SS**  **Steve Sokolowski**                                                                22:26
does Genesis require 12,000 confirmations for ETC like Bittrex does? the hashrate of ETC has tripled, so surely 51% attacks are unlikely at this point

**CF**  **Colin Farrell**                                                                   22:28
Hi Steve

ETC has been a tricky one for us all week                                             22:28

the network as you know is quite slow and has taken several thousand confirmations before  22:28
hit both wallets and exchange

what are you trying to do?                                                            22:29

**SS**  **Steve Sokolowski**                                                                22:29
if ETC gets above $250, change 2300 to BTC and create an open term BTC loan

if Genesis can't do it, that's fine, but I want to get it on chain so the confirmation clock at  22:30
Bittrex starts running in case there is a price spike

**CF**  **Colin Farrell**                                                                   22:30
so we would be subject to the same confirmations they would

you would transfer the ETC to Genesis and then we would have to send out to exchange to  22:30
begin working the orde r

**SS**  **Steve Sokolowski**                                                                22:31
ok, thanks – I'll look at prices in the morning

**CF**  **Colin Farrell**                                                                   22:31
this could take upwards of 36hrs. to do

sounds good Steve we'll be here                                                       22:31

**SS**  **Steve Sokolowski**                                                                22:31
I think the delays are why ETC is so volatile

**CF**  **Colin Farrell**                                                                   22:31
that's exactly it

**Steve Sokolowski**

**SS** the people buying in don't know about how Nicehash and the 51% attacks worked    22:31

have a good night!    22:31

**CF** **Colin Farrell**    22:32
you too sir!

14 May 2021

Steve Sokolowski invited Chris

Steve Sokolowski invited James Webster

Steve Sokolowski changed group title to «Cryptocurrency Management LLC <> Genesis»

**H** **Hanson – Genesis**    09:33
Hey Steve

**SS** **Steve Sokolowski**    09:33
hey, I added James and Chris to this group

**H** **Hanson – Genesis**    09:34
see that ty, do you want to begin the process of closing out the personal ETH loan today?

and rerolling it into the new entity    09:34

**SS** **Steve Sokolowski**    09:34
yes – but I don't have the exact numbers yet

and my brother works the night shift so he won't be up until 1:00pm    09:34

can it be done in the afternoon or is that too little time    09:35

**H** **Hanson – Genesis**    09:35
no problem, we can begin the return of the funds we have in your personal name now and once you have the exact numbers begin the re-writing of the term sheets for the entity

**SS** **Steve Sokolowski**    09:35
could you just transfer the money between accounts?

I don't want to waste $140 in fees    09:35

**H** **Hanson – Genesis**    09:35
legally we cannot do that

**SS**  **Steve Sokolowski**                                                           09:36

ah, that stinks, that's a lot of money

could I sign a contract and give it to you that authorizes you to do that?          09:37

like a simple form that states "I authorize Genesis Trading LLC to transfer the X ETH from    09:38
Steve Sokolowski's personal account to the account of cryptocurrency management LLC," signed
by me?

**H**  **Hanson – Genesis**                                                          09:41
In reply to this message

Hey Steve going to revert to our legal team on this to see if we can accomodate, might take a bit
please bear with us for a few

**SS**  **Steve Sokolowski**                                                          09:42

ok, no problem – that would save Genesis a lot of money too

we're paying $1000 in fees every day paying our customers                            09:42

and the last ETH block we found had $35,000 in fees                                  09:42

**H**  **Hanson – Genesis**                                                          12:03

Hey @SteveSokolowski so just got final clarity from our legal team, unfortunately we cannot
facilitate the transmission of these funds from your individual account to the business entity – we
are not set up with the proper legal framework/license to do so.

Can you provide an address for us to send the ETH back to you and we can begin the          12:03
process this afternoon

**SS**  **Steve Sokolowski**                                                          12:52

ok, I need to set up a secure way to do that, so give me a little while

**H**  **Hanson – Genesis**                                                          12:55

Sounds good no worries

**SS**  **Steve Sokolowski**                                                          13:23

████████████████████████████████████████████34CC

this address is in the Genesis dashboard to confirm                                  13:23

the new loan term sheet should be the amount of the previous loan plus interest plus      13:24
19.653248462000001024

**H**  **Hanson – Genesis**                                                          13:24

Thanks, @DanGenesis can you assist on closing and returning the ETH for Steve's personal
account above

**Steve Sokolowski**                                                    13:24

so you can get a new ETH loan term sheet prepared and I will have the BTC amount within 15m

**Deleted Account**                                                    13:25
In reply to this message

Hey Steve could you also please email this address to operations@genesiscap.co

**Steve Sokolowski**                                                    13:26

ok, E-Mailed, but please still confirm it with the dashboard in case there is a virus on our E-Mail server I'm not aware of

**Deleted Account**                                                    13:27

yes we see it on dashboard in prime as well

will confirm when email lands                                          13:27

**Steve Sokolowski**                                                    13:27

to clarify, the new loan term sheet is whatever you send me plus 19.653248462000001024

**Deleted Account**                                                    13:27

yes understood

Hey Steve, new termsheet will be for a total of 1341.758034542 ETH. This is inclusive of the   13:36
~19 shape above, in addition to your April compounded interest + interest you've accrued in May

                                                                       13:37

| Item | Units | Asset |
|------|-------|-------|
| Loan 1 | 1096 | ETH |
| Loan 2 | 223 | ETH |
| April Compound | 1.458875 | ETH |
| May Accrued Interest | 1.645912 | ETH |
| Cryptocurrency Management ETH | 19.65325 | ETH |
| **Total** | **1341.758** | **ETH** |

**Steve Sokolowski**                                                    13:37

great - that sounds good

the BTC term sheet should be for 132.46471113                          13:42

but I can't predict the transaction fees for that                      13:43

how do you want to deal with the fees for the BTC loan, because I know that you need an   13:43
exact amount on the sheet

**Deleted Account**                                                    13:44

We will just paper up the term sheet for 132.46471113 BTC and whatever amount comes through is what you will accrue interest on

**Steve Sokolowski**

**SS** ok, great                                                                      13:45

**Hanson – Genesis**                                                                  13:46
Hey @SteveSokolowski for the BTC, are you wanting to do open term 2%?

**Steve Sokolowski**                                                                  13:46
yes

**Hanson – Genesis**                                                                  13:46
Thanks

**Steve Sokolowski**                                                                  13:46
all loans should be open term

**Deleted Account**                                                                   13:46
agreed thanks Steve

**Deleted Account**                                                                   15:26
Hey Steve, we didn't get the email yet with your ETH address. Could you please try resending?

**Steve Sokolowski**                                                                  15:27
ah, it went to genesiscap.io, and the mailserver there didn't reject it

criminals might be running a fake mailserver trying to get information from customers   15:27

anyway it's sent to the right address                                                 15:27

**Deleted Account**                                                                   15:28
ok will process a test transaction now

Hey Steve, our BTC address for Cryptocurrency Management:                              15:32
██████████████████████████████████████████2uSu

If you want to send a test now I can confirm it

**Steve Sokolowski**                                                                  15:37
we don't have the money yet

we called the loans from gemini                                                       15:37

and Gemini needs to wait for Genesis to return the funds I guess                      15:37

**Deleted Account**                                                                   15:37
understood

**Steve Sokolowski**                                                        15:41

the ETH is available though

the extra ETH, that is                                                      15:41

**Deleted Account**                                                         16:06

eth test has been sent

you can also get started on an ETH test to us if you'd like.                16:06

ETH: ███████████████████████████████████████████████eF08

**Steve Sokolowski**                                                        16:08

checking now

received                                                                    16:08

sending back                                                                16:09

sent ✅                                                                      16:13

already confirmed                                                           16:14

**Deleted Account**                                                         16:14

yes .1 eth landed

Hey Steve, would you mind if I dial you on telegram to confirm prior to sending over the    16:19
balance?

**Steve Sokolowski**                                                        16:19

ok

17 May 2021

**Deleted Account**                                                         08:28

In reply to this message

Hey @SteveSokolowski if you're ready for the balance sent here, we can process this am

**Steve Sokolowski**                                                        08:30

ok, I'm ready

also, James was asking whether you will have new BTC rates this week because that might    08:40
influence how much to continue with the BTC loan

do you expect higher rates yet?                                             08:40

**Hanson – Genesis**                                                        08:46

Hey Steve, BTC rates have remained the same and as a reminder the term sheet has been signed, do please let us know when you are ready for a test transaction

**SS**    Steve Sokolowski    08:48

Gemini hasn't returned our money yet

**H**    Hanson – Genesis    08:48

Understood no worries

**SS**    Steve Sokolowski    08:48

we called the loan three days ago but no word from them

Deleted Account    08:59

processing the ETH to you now Steve. sending back 1320.738733 ETH which is inclusive of interest accrued over the weekend

**SS**    Steve Sokolowski    08:59

ok, thanks

then I will send everything to you this afternoon, after Chris wakes up from the night shift,    08:59
and the ETH loan should be good to go

Deleted Account    09:09

great thanks

**SS**    Steve Sokolowski    09:18

received ✅

Deleted Account    09:23

Cheers

Deleted Account    14:43

19.650098462000003 ETH landed

**SS**    Steve Sokolowski    14:52

thx, will send the rest after our 3pm weekly meeting

Deleted Account    15:42

1,321.4930752539979 ETH landed

**SS**    Steve Sokolowski    15:43

great, then I'll assume the ETH loan is taken care of

the BTC is still not released by Gemini    15:43

so we'll let you know when all the current borrowers have released it                    15:43

**Deleted Account**                                                                       15:47

Yes ETH is all set

sounds good                                                                               15:47

Colin Farrell invited Greg Guttas Genesis

18 May 2021

**Steve Sokolowski**                                                                      07:47

could you confirm receipt of the small transaction in bitcoins?

it's behind many unconfirmed in a chain, but I want to ensure the address is right        07:47

**Hanson – Genesis**                                                                      07:48

Hey Steve, team should be online any minute this morning, will confirm in a few

**Steve Sokolowski**                                                                      07:48

thx

**Deleted Account**                                                                       07:49

I see 0.01 BTC landing

**Steve Sokolowski**                                                                      08:13

great, thx

**Deleted Account**                                                                       08:38

96.91670646 BTC landing now

**Steve Sokolowski**                                                                      08:39

thx

**Steve Sokolowski**                                                                      09:13

another 10 received – the last is still being held up by BlockFi

I'm glad to be rid of them, as they take so long with this stuff                          09:13

hopefully that will be ready by the afternoon                                             09:13

**Deleted Account**                                                                       09:14

yes see 10 btc landed. will be on the lookout for the remainder



**Steve Sokolowski**                                                                                    09:38

hey,. sorry to bother you but I'm having trouble reconciling the balances in my final accounting

there was this image:                                                                                  09:38

📄 **image_2021-05-18_09-39-00.png**                                                                   09:39
Not included, change data exporting settings to download.
81.7 KB

and I think I determined that the amount sent in                                                       09:39

███████████████████████████████████████████████████████████
███████████████████████d7bc doesn't match the image

I sent that same amount back but I the amount you sent to me seems to be off by 0.5 eth or            09:39
so

so either someone made an error in sending the money, or the image was incorrect                      09:40

I verified that the 19.xxxx was sent correctly so the error has to be that the amount you              09:41
sent to me doesn't match the calculations in the image



**Deleted Account**                                                                                    09:43

Hey Steve, that image above was sent on Friday. Being as we returned your loans to us yesterday,
there we 3 additional days of interest accrual that we sent over to you.

hence the .5 eth figure you mentioned                                                                  09:43

**Steve Sokolowski**                                                                                   09:44

hmmm, that can't be it because the image shows more than what was sent

whereas the interest accural would result in the opposite – the image being less than sent            09:44



**Deleted Account**                                                                                    09:44

checking

**Steve Sokolowski**                                                                                   09:45

I'm not saying that I'm owed more – it could either be that I was shortchanged or that you simply
made an error in the image



**Deleted Account**                                                                                    10:29

So we sent back a total of 1320.83873257 ETH. (.1 ETH test on friday + amount sent yesterday)
                                                                                                       10:29

| Item | units | Asset |
|------|-------|-------|
| Loan 1 | 1096 | ETH |
| Loan 2 | 223 | ETH |
| April Compound | 1.45887455 | ETH |
| May Accrued Interest | 2.02576955 | ETH |
| **Total** | **1322.484644** | ETH |

However I believe the total here is representative of what we owe you

So we owe you 1.645911530000 additional ETH                                              10:30

To date we have received 1341.24317371599 ETH which can also be seen in the block        10:31
explorer.
https://etherscan.io/address/
███████████████████████████████████████████████████████████████eF08

let me know if you agree                                                                  10:31

**Steve Sokolowski**                                                                      10:44

I see a total of 1342.137748462                                                           10:44

which is the number in the spreadsheet that should have been paid, plus the 19.65xxxx     10:45

so the difference is actually a little more in your favor at 0.89457474601                10:45

maybe I'm missing something but it seems as if you still are paying too much              10:46

give me a min to redo the math just to confirm                                            10:47

oh wait                                                                                    10:50

I apologize, I see the error                                                               10:50

the wallet wasn't empty before you sent money to it, that's my mistake                     10:51

so your 1.64 is correct                                                                    10:51

can you just increase the loan balance in the portal and that would be fine?              10:51

**Deleted Account**                                                                       10:52

Classic mixup. Sorry for not sending right amount initially. Let me get back to you on whether or
not increasing the loan balance by 1.64 eth would be ok.

**Steve Sokolowski**                                                                      10:52

this was complex because there was an error on both sides                                 10:52

sorry about that                                                                           10:52

ok, thx                                                                                    10:52

**Deleted Account**                                                                       10:52

haha yeah my apologies as well

Unfortunately we can't transfer the ETH between entities. Will need to send the 1.64 eth  11:06
back to you

**Steve Sokolowski**                                                                      11:08

ok

but the amount being sent back then I guess isn't the full 1.64 in that case              11:08

because only part of that is your mistake                                                  11:08

you can send it to the same address as last time and I will send it back                    11:09

I'll resend however much you want; I'm just pointing out that technically only part of the    11:10
ETH is actually from the other account

**Deleted Account**                                                                          11:12
In reply to this message
Hey Steve, what do you mean by this? we sent 1320.83873257 ETH. We owed 1322.4846441 ETH.
Hence will be sending over the difference of 1.64591153 ETH

**Steve Sokolowski**                                                                         11:12
ok, yeah I'm getting the math wrong

you're correct                                                                               11:12

so you can send it to the address from before                                                11:12

and I'll send it back immediately to the Cryptocurrency Management address                   11:12

**Deleted Account**                                                                          11:12
Great. Will process that now. Once again sorry for this mixup

**Steve Sokolowski**                                                                         11:13
no problem

**Deleted Account**                                                                          11:18
eth sent:
████████████████████████████████████████████████
████████████████████████████9ace

**Steve Sokolowski**                                                                         11:20
sending back

there is a bug in the latest Ledger update that is causing the ETH amounts to display         11:33
incorrectly

so I had to send a test to make sure it works                                                 11:33

now sending the rest                                                                          11:34

ok done                                                                                       11:36

thanks for your help with this                                                               11:36

**Deleted Account**                                                                          11:36
test received

and balance received                                                                         11:36

**Steve Sokolowski**                                                                11:37

the "amount" page shows an ETH address instead of the amount, and people apparently are complaining about it

but I got around it                                                                11:37

thanks again                                                                       11:37

19 May 2021

**Steve Sokolowski**                                                                08:09

FYI, BlockFi has not returned the million dollars they owe us

apparently they mistakenly paid out some customers hundreds of bitcoins            08:09

**Hanson – Genesis**                                                                08:09

Hey Steve no worries, we know they tend to take 48 hours for withdrawals

**Steve Sokolowski**                                                                08:09

so we may just have to go with the bitcoins we have for now

it's been five days so far                                                         08:10

you can look at the news for more                                                  08:10

they paid 700 bitcoins to one customer                                             08:10

**Hanson – Genesis**                                                                08:10

Oh wow thats a bit longer than usual, did you complete their ID verification? Sometimes they send an email requiring you to show ID/upload a picture for large withdrawals

**Steve Sokolowski**                                                                08:10

yep, in the past these withdrawals always took less than two days

I don't understand how that happens – we have a simple audit system that checks if today's payouts are +25% over yesterday's and if so, then halt    08:11

so I want a loan term sheet for litecoins please, I'm done with BlockFi            08:12

I'll get you the exact number – somewhere between 5000 and 6000                     08:12

is it still 4% or can you do better in this bear market?                            08:12

**Hanson – Genesis**                                                                08:13

We can still show you 4% for LTC

**Steve Sokolowski**                                                                08:13

ok, I'll do the math

their loss, your gain                                                                08:13

how can a company with $10b in assets not have an audit system like that             08:14

**H**  **Hanson – Genesis**                                                          08:15

Sounds good Steve! We can get that term sheet sent out asap when you confirm the exact units

**SS**  **Steve Sokolowski**                                                         08:15

I hope they return the money

                                    20 May 2021

**SS**  **Steve Sokolowski**                                                         07:08

all bitcoins now sent, please advise if any issues

will request term sheet for open term LTC later today once BlockFi gets its messed up   07:09
withdrawals out

**Deleted Account**                                                                  07:46

7.13531859 BTC well received

**SS**  **Steve Sokolowski**                                                         07:47

there's another 18 too

**Deleted Account**                                                                  07:47

18.40226693 BTC confirmed as well

**SS**  **Steve Sokolowski**                                                         07:47

great

**C**  **Chris**                                                                     11:02

1400.45257401 from Prohashing

1975.64186718 from Chris                                                             11:03

**SS**  **Steve Sokolowski**                                                         11:13

could you get me a loan term sheet for 5713 litecoins, open term?

**H**  **Hanson – Genesis**                                                          11:16

Hey Steve, to confirm you would like 5713 LTC at 4% open term?

**SS**  **Steve Sokolowski**                                                         11:16

yes

what is the 1-month rate?                                                           11:17

**Matt Ballensweig**                                                    11:17
can do 1-mo rate at the same

**Steve Sokolowski**                                                    11:17
open term then, thanks

**Matt Ballensweig**                                                    11:17
sounds good, Steve - thanks!

term sheet coming shortly                                               11:17

**Steve Sokolowski**                                                    17:30
test transaction sent

will send the rest once the document is signed and BlockFi returns the money     17:30

**Deleted Account**                                                     17:34
0.001 LTC test received

**Steve Sokolowski**                                                    17:35
thx, just waiting for notification that Genesis signed the term sheet

**Matt Ballensweig**                                                    18:33
great working on this

*Deleted invited Conor M – Genesis*

*21 May 2021*

**Steve Sokolowski**                                                    07:40
BlockFi returned our money overnight

so we are just waiting for notification that the term sheet was signed and we can get it over   07:41
to you

**Deleted Account**                                                     07:44
Thanks Steve. I'll raise this to our signer

**Steve Sokolowski**                                                    07:44
thanks!

**Steve Sokolowski**                                                    13:55
hey Dan, just wanted to check in on this - since it's Friday and I have only two hours left before
leaving I want to see whether Genesis has signed the contract yet



if you can't do it today then I want to move the litecoins to Celsius for the weekend — 13:55

**Hanson – Genesis** — 13:55
Will get this signed and returned in a second, sorry Steve

**Steve Sokolowski** — 13:55
no problem – I figure you're probably busy with margin calls and such today

**Steve Sokolowski** — 15:45
please confirm receipt and we'll send the rest

**Deleted Account** — 15:45
1,975.43338104 ltc landed

1,420.45257133 LTC landed — 15:51

and 0.20842986 LTC landed — 15:51

**Steve Sokolowski** — 15:54
ok, there you go

let me know if there's anything else — 15:54

**Deleted Account** — 15:56
2,316.90561777 LTC also landing now

**Steve Sokolowski** — 15:56
yep, so you should have the total now

**Deleted Account** — 15:57
yes thanks Steve

**Steve Sokolowski** — 15:58
have a good weekend

**Deleted Account** — 15:58
you too

25 May 2021

Hanson – Genesis invited Hadley Yost

14 June 2021

**SS**  Steve Sokolowski                                                    10:06

Hi, I'd like to call the June 1 interest loan of 0.09155949 bitcoins to
████████████████████████████████████████████2ZkJ – and only that one loan – to
pay taxes

let me know where to send the E-Mail to confirm                           10:06

**H**  Hamill                                                              10:14

hey @SteveSokolowski thanks for the note and if you can email to GGC Operations
<Operations@genesiscap.co>

**SS**  Steve Sokolowski                                                   10:18

ok, sent

**Deleted Account**                                                        11:29

test is with you

**SS**  Steve Sokolowski                                                   11:44

received

**Deleted Account**                                                        13:44

balance with you

**SS**  Steve Sokolowski                                                   13:45

thanks for the quick service – bittrex hasn't confirmed it yet, but I'll let you know if there are any
issues

29 June 2021

**SS**  Steve Sokolowski                                                   11:29

hi, could you send me one of your interest rate images – I'm updating my review of companies
and want to make sure I have the right rates

**H**  Hanson – Genesis                                                    11:30

Hi Steve

**SS**  Steve Sokolowski                                                   11:31

in particular I was told that Genesis raised its BTC rates but it doesn't seem like the other
companies are following suit, so that benefits you

**H**  Hanson – Genesis                                                    11:31

Including our updated rate table here for reference but as a reminder these are IUO and included
in the MBA document is a confidentiality agreement which was signed



11:32

**Steve Sokolowski**    11:32

ok, I wasn't aware that this particular image was confidential

are your minimums public knowledge?    11:33

it appears that they are different since your last image    11:33

**Hanson – Genesis**    11:34
In reply to this message

Yes

**Steve Sokolowski**    11:34

ok, thanks

**James Webster**    11:43

Hi Hanson, I'd like to send some more bitcoin your way. Approximately 11.7 BTC. Is that doable, and what would be the first step?

**Hanson – Genesis**    11:49

Hey James

You want to add 11.7 BTC to the current balance?    11:49

**James Webster**    11:55

Right. 11.718...

**Hanson – Genesis**    11:58

Sure thing, @DanGenesis can provide BTC address for you

**Deleted Account**    11:59
In reply to this message

this address works

**James Webster**    12:05

Roger that. Will transfer soonish.

Matt Ballensweig invited Deleted Account

22 July 2021

**Steve Sokolowski**                                                                                                07:49

good morning – what is your open term rate this week for approximately 589897 USDC?

**Deleted Account**                                                                                                07:52

Hey @SteveSokolowski. Paying 5.25% right now on stables open term



07:52

for reference

**Steve Sokolowski**                                                                                                07:53

ok, thanks – I think I'll stick with Ledn until August at least – their 9.5% isn't going to last much longer

thanks for the quick response!                                                                                  07:53

**Deleted Account**                                                                                                07:54

No problem sounds good

31 July 2021

**Steve Sokolowski**                                                                                                15:46

hi, for this month, instead of rolling over the BTC into a new loan, send this month's BTC interest only to my Bittrex account for taxes?

no changes to the other coins                                                                                  15:46

I'll send you a confirmation E-Mail for the 0.1 BTC or whatever it will be to be sent to ██████████████████████████████████████████2ZkJ instead of rolling over         15:47

**Sebastian Cohen**                                                                                                15:47

Hi Steve, will flag this for the lending team when they are back online closer on Monday

**Steve Sokolowski**                                                                                                15:48

ok, thank you

2 August 2021

**SS** Steve Sokolowski                                                      07:15

hi, I just wanted to get back to you in regards to my request over the weekend

please cancel it and do the usual, which is to roll over the interest           07:15

we made bitcoins with our business and instead of sending them to you, we will sell them    07:16
and do backend accounting

it would be great if you could reply to confirm you got the cancellation of the request    07:16

**Deleted Account**                                                          07:41

Sure Steve, we will compound your interest instead of sending it to the above address

**SS** Steve Sokolowski                                                      07:42

thank you!

**Deleted Account**                                                          07:45

no problem

11 August 2021

**SS** Steve Sokolowski                                                      15:34

hi Dan, would you consider taking 2950 ETC? we have nowhere else to put them

**Deleted Account**                                                          15:35

let me check with the team

**SS** Steve Sokolowski                                                      15:36

ok, thanks, and please get me the open term rate if so

**Deleted Account**                                                          15:36

sure will be back

Hey Steve, we currently are well supplied on ETC so unfortunately not looking for any at the   15:41
moment

Can let you know if that changes                                              15:41

**SS** Steve Sokolowski                                                      15:41

ok, thanks!

31 August 2021

**Steve Sokolowski**                                                          13:43

hi Dan, would you accept another 60.89 ETH on September 2, and if so, start the paperwork?

**Hamill**                                                                    13:45

hey @SteveSokolowski we'd be payers at 1.5% open term, but happy to paper.

13:45



current matrix with rates                                                     13:45

**Steve Sokolowski**                                                          13:46

hmmm, these rates are much lower than we expected

ok, give me a little while to consider it then, thanks                        13:46

**Hamill**                                                                    13:46

sounds good

**Steve Sokolowski**                                                          13:49

ok, I know that Celsius is riskier, but not 3.5x riskier, so we'll stick with them for the new deposit – but will check back with you the next time we have more profits

thanks for your time!                                                         13:49

**Hamill**                                                                    13:57

Totally understood on what you're seeing away. We're just seeing our supply base increase here pretty substantially with fewer opportunities to deploy to what we deem are credit worthy borrowers. BlockFi shift to 10 bps is also sending folks our way. I hope, we can see a shift where that trend reverses and we can pass on the higher yields to clients.

**Steve Sokolowski**                                                          14:02

Understood – I expect Celsius to lower the rates soon too. Every month I spend 10-20 hours researching all the providers and moving money around to take advantage of all the lowest "tiers." And we are closing our BlockFi accounts, which is funny you said that

**Hamill**                                                                    14:09

yea, I would expect them to lower as well. In the CeFi Lending space, I dont know where you can deploy much higher than 3.5% but they could just be in customer acquisition phase before they move rates lower.

2 September 2021

**SS**  Steve Sokolowski                                                          16:16
hi – it's time to reserve money for taxes, so I'd like to call loan 127038; where should I send the confirmation E-Mail to?

**H**  Hanson – Genesis                                                          16:17
Hey Steve

you can let us know here in the chat and email operations@genesiscap.co as well to confirm  16:17
the withdrawal details

**SS**  Steve Sokolowski                                                          16:17
I'll also note that if you want to convert it to a 6-month USDC loan and keep the funds yourself, that's fine

but I don't think you want to do such small amounts                               16:17

**H**  Hanson – Genesis                                                          16:19
Correct we would return here

**SS**  Steve Sokolowski                                                          16:19
ok, I'll send the message – thanks

**Deleted Account**                                                              16:53
Hey Steve, could you please confirm address here as well?

**SS**  Steve Sokolowski                                                          18:05
I am not home but will do so in a few hours

**SS**  Steve Sokolowski                                                          21:14
the address is 17m2UNwgPA19URt6ChnjhNs4oWJeyUqX4V.

3 September 2021

**Deleted Account**                                                              08:12
Hey Steve, test sent
████████████████████████████████████████████████████████████████
██████████████████████████0170

**SS**  Steve Sokolowski                                                          09:44
received

hi dan, what kind of rate would you give for a million dogecoins?                 09:50



**Hamill**  09:54

hey @SteveSokolowski – at the moment, well supplied on DOGE. Dont see a lot of borrowers of the name. Seems to be a lack of arb opportunities out there, few directional shorts.

we'd pay 1.5% for it open term  09:54

we're starting to see cash demand pick up though and better yields there if something to do.  09:55

**Steve Sokolowski**  10:42

Ledn is giving 9% for USDC – we have about a million dollars there

I don't think you can compete with them  10:42

as to the DOGE, we'll take it – but won't have the money until next week, so I will contact you for a term sheet next week  10:43

and I will call Dan now  10:43

**Hamill**  10:44
In reply to this message

sounds good

**Steve Sokolowski**  10:44

I think people figured out that DOGE is here to stay, that's why they're not shorting it

it's Robinhood's #1 asset  10:44

**Hamill**  10:45

yea 100%, folks are scared of that one

**Steve Sokolowski**  10:46

in case you're interested, we mine 1% of the dogecoin network and just switched from 100% selling the blocks to 100% accumulating

**Hamill**  10:48
In reply to this message

ahh nice, we know where to come if DOGE demand picks up

:)  10:48

**Deleted Account**  10:52

btc balance sent

███████████████████████████████████████████████████
██████████████████████a56c

**Steve Sokolowski**

SS **thanks a lot for your quick service!**                                      10:52

**Deleted Account**                                                              10:52
TY Steve

SS **Steve Sokolowski**                                                          10:52
I'll be in touch next week after we've mined 15 more doge blocks

9 September 2021

SS **Steve Sokolowski**                                                          06:21
good morning – we're ready for the term sheet for the million dogecoins as discussed earlier in this conversation

my brother will be able to deposit them around 1:00pm today                      06:21

Hamill invited Deleted Account

H **Hamill**                                                                     07:39
Morning @SteveSokolowski we will get the term sheet out this morning.

SS **Steve Sokolowski**                                                          07:43
thanks!

**Deleted Account**                                                              07:45
doge address when ready: ██████████████████████████████1xPu

SS **Steve Sokolowski**                                                          07:46
ok, thanks – I don't have access to this wallet right now but we'll get the test to you in five hours

**Deleted Account**                                                              07:51
np

SS **Steve Sokolowski**                                                          14:43
████████████████████████████████████████████████████████
█████████████████████████1361

**Deleted Account**                                                              14:44
see 1 doge

SS **Steve Sokolowski**                                                          14:44
great, thanks

Chris will send the rest soon                                                    14:44

**Deleted Account**                                                              14:44
cool ty

**Steve Sokolowski**                                                             14:59
**Chris** 09.09.2021 14:58:58
████████████████████████████████████████████████████████████████
████████████████████████████████f1dd

**Deleted Account**                                                              15:07
Hey Steve, not seeing the doge yet and when I put that hash into an explorer I am notified it is not a valid doge transaction hash

**Steve Sokolowski**                                                             15:19
hmmm

I wonder if this is the problem that Elon Musk was talking about with the obsolete nodes dropping some transactions                                                15:19

we'll look into it                                                               15:19

**Deleted Account**                                                              15:20
Ty Steve. We will let you know if we see it come through

**Steve Sokolowski**                                                             16:01
████████████████████████████████████████████████████████████████
████████████████████████5a42

it seems like the old version dogecoin clients drop txs with a fee below a certain threshold    16:01

so even though the blocks weren't full, it was dropped – this one seems to have been relayed     16:01

**Deleted Account**                                                              16:07
yes we've received 999999.00001024 doge

**Steve Sokolowski**                                                             16:08
great – thanks

16 September 2021

**Steve Sokolowski**                                                             15:49
hey, any movement on your ETH interest rates?

or, are you still at 1.5%?                                                        15:49

31 / 163

**H**  Hanson – Genesis                                                    15:49
Hey Steve no movement upwards at the moment

**SS**  Steve Sokolowski                                                   15:52
ok,, I'm going to send an E–Mail calling two of the smaller bitcoin loans to convert to ETH at Celsius

**H**  Hanson – Genesis                                                    15:53
Sure @DanGenesis will assist with the withdrawal

**SS**  Steve Sokolowski                                                   15:53
the same thing is probably happening with your other customers – converting BTC to ETH

at least that's what I hear the trend is                                  15:53

let's do loans 122211 and 124612                                         15:54

I'll send the confirmation now                                           15:54

is there some way to get on a list to be notified when your ETH rate goes up?   15:58

that way, I don't have to ask you every week                             15:58

like a mailing list or something                                         15:58

even if you simply have a list that sends out those images every week, that would be fine   15:58

**H**  Hanson – Genesis                                                    16:01
Hey Steve we tend to take a look at rates on a weekly basis but well supplied on ETH at the moment. If market conditions change I will keep you updated there

if we see the 1.5% level again                                           16:01

**SS**  Steve Sokolowski                                                   16:01
ok, thanks, that's fine then

17 September 2021

**SS**  Steve Sokolowski                                                   06:04
I tried to send the request to operations@genesiscap.io, but that message bounced – do you know where I should be sending it?

**Deleted Account**                                                       07:39
gm steve

operations@genesiscap.co                                                 07:39

**Deleted Account**                                                          10:58

btc out

███████████████████████████████████████████████████████
██████████████7b3e

**Steve Sokolowski**                                                         11:07

great – will check after confirmation

**Steve Sokolowski**                                                         11:36

all set – thank you!

29 October 2021

Hanson – Genesis invited Josh Barkhordar

**Hanson – Genesis**                                                         11:44

Hey @SteveSokolowski how is it going? Wanted to see if you had any ETH or ETC to lend out?

We also rolled out a daily market commentary email, feel free to sign up here if you would    11:45
like and have not already  https://genesistrading.com/market-updates/

**Steve Sokolowski**                                                         11:46

what rates do you have?

we're creating a Celsius application for ETC right now but will stop that if your rates are    11:47
good

**Hanson – Genesis**                                                         11:47

How many units do you have for ETC?

**Steve Sokolowski**                                                         11:48

I don't have access to that data right now – I seem to recall it was something like 5000 to 10000

I know that's a wide range so I'll have to run a query                        11:48

my brother is too sick to get out of bed after a 3rd dose of Moderna so I apologize    11:49

we'll get back to you later today if we can                                   11:49

what is the rate if we had 7500?                                             11:49

**Hanson – Genesis**                                                         11:49
In reply to this message

we can do 8% for the ETC open term

In reply to this message                                                      11:49

ah sorry to hear that, hope all is well

**SS**  **Steve Sokolowski**                                                    11:49
wow, that blows away Celsius

ok, well we'll definitely take that; I can also withdrawal from Celsius too          11:50

let's talk in a few hours                                                        11:50

**H**  **Hanson – Genesis**                                                      11:50
thanks Steve

**SS**  **Steve Sokolowski**                                                    11:50
the business also has 100 ETH that we were going to put to Celsius when you were only offering 1%

is that higher now?                                                              11:50

**H**  **Hanson – Genesis**                                                      11:51
Moment here

**SS**  **Steve Sokolowski**                                                    11:51
and five more bitcoins – what rate for that

**H**  **Hanson – Genesis**                                                      11:53
We can do the 100 ETH at your current rate, 3.5% OT

In reply to this message                                                         11:53

we can match your current rate of 2% for the additional BTC

**SS**  **Steve Sokolowski**                                                    11:53
ok, great – then we'll be in touch later today

**H**  **Hanson – Genesis**                                                      11:53
Thanks Steve, we will be here

**SS**  **Steve Sokolowski**                                                    11:53
thanks for contacting us

**H**  **Hanson – Genesis**                                                      11:53
Always! Appreciate your business

**SS**  **Steve Sokolowski**                                                    12:30
Hanson, do you want BCH?

what rates for that?                                                             12:30

**H**   **Hanson – Genesis**                                                    12:31

Hi Steve, how many units do you have available to lend?

**SS**   **Steve Sokolowski**                                                   12:31

again, it's an estimate, but I'd say probably 350 or 400

**H**   **Hanson – Genesis**                                                    12:32

hmm okay, I think for now we would just be looking for ETC and the BTC/ETH

**SS**   **Steve Sokolowski**                                                   12:32

and also, we have about a million USDC, which BlockFi is giving a promotional rate of 9% for

can you beat that?                                                              12:32

**H**   **Hanson – Genesis**                                                    12:32
In reply to this message

we can do 9.25% OT

**SS**   **Steve Sokolowski**                                                   12:32

wow

**H**   **Hanson – Genesis**                                                    12:32

:)

**SS**   **Steve Sokolowski**                                                   12:32

ok, then we'll definitely be back to you

**H**   **Hanson – Genesis**                                                    12:32

great!

**SS**   **Steve Sokolowski**                                                   13:38

ok, so we have more ETH and less ETC/BTC than before – 120 ETH, 3450 ETC, 3.4BTC, and I'm waiting to hear back from Ledn about the USDC because they might outbid you

we're happy with the rates you gave if you want the three coins                 13:38

**H**   **Hanson – Genesis**                                                    13:39

120 ETH – 3.5% OT
3450 ETC – 8.0% OT
3.4 BTC – 2.0% OT
USDC – can improve to 9.5% OT and get it done now with everything else since the ETC/BTC a bit smaller

Would want to do above all together preferably                                  13:40

**Steve Sokolowski** — 13:40

we can send you the ETH immediately

the others would need to wait for Celsius to process, which I think they only do on weekdays and after security checks — 13:40

and I don't want to commit to the dollars yet until I've heard from Ledn — 13:41

Mauricio often surprises us with his offers — 13:41

**Hanson – Genesis** — 13:44

Hey Steve we can proceed with the ETH now but will want to hold off on the ETC/BTC and think about rate given size if the USDC is not involved

Our team can process that term sheet for you now on the ETH — 13:45

**Steve Sokolowski** — 13:45

ok, that's fine

send me the documents and we'll get that going — 13:45

**Hanson – Genesis** — 13:45

Sounds good will do

Thanks Steve — 13:45

Let us know on the others when you can — 13:46

**Steve Sokolowski** — 14:26

got the document – once you sign, we'll send the money

confirming the address listed on your website, — 14:32

█████████████████████████████████████████eF08

**Hanson – Genesis** — 14:35

In reply to this message

thanks Steve will push to get our team to countersign

**Steve Sokolowski** — 14:35

they already did

no need to — 14:35

**Hanson – Genesis** — 14:35

Perfect

**Steve Sokolowski** — 14:35

just confirming that's the correct address and then I will have Chris send

**H** **Hanson – Genesis** 14:35
@conorgenesis can you please confirm?

**CM** **Conor M – Genesis** 14:37
In reply to this message
████████████████████████████████████████eF08 confirmed

**SS** **Steve Sokolowski** 14:38
thanks

**SS** **Steve Sokolowski** 14:56
**C** **Chris** 29.10.2021 14:55:46
https://etherscan.io/tx/
████████████████████████████████████
████████████████████47c8

**Deleted Account** 15:00
well received

30 October 2021

**SS** **Steve Sokolowski** 14:44
I'm getting back to you about the offer you made yesterday

if you still are willing to make the deal, here's what we can do: 14:45

775000 USDC at 9.5% 14:45
3642 ETC at 8%
4.3 BTC at 2%

it would take about 2 days from the time you agree because I need to request withdrawals 14:45
from your competitors

31 October 2021

**H** **Hamill** 09:04
hey @SteveSokolowski that works for us

we can draft paperwork on Monday 09:04

**SS** **Steve Sokolowski** 09:06
great – thanks – I'll start the withdrawal process

**Steve Sokolowski**

**SS**  Also, when you get in tomorrow, please let me know how often you want me to send you    11:07
more ETH – our pool is set to 100% ETH reserve now, and we're probably averaging about 20 per
week that builds up in a cold wallet. Tell me what minimum lot size you want before each deposit.

**H**  Hamill    15:20
In reply to this message
K will sync with @hansongenesis here

1 November 2021

**H**  Hanson – Genesis    10:07
Hey @SteveSokolowski we would prefer 80–100 ETH lots at least so looks like that is 1x a month
approximately

With your current pool size    10:08

**SS**  Steve Sokolowski    10:08
ok, great, I'll let you know when there is that much

**H**  Hanson – Genesis    10:08
In reply to this message
thanks, we are getting the term sheets out for these as well this morning

**SS**  Steve Sokolowski    10:09
great – when you do, I will add those addresses to Celsius and Ledn, as their safelists require a
"cooldown" period

just to warn you it may take a few days for them to process those withdrawals    10:09

**H**  Hanson – Genesis    10:10
@DanGenesis can you please confirm addresses for Steve for above

to begin whitelisting    10:10

USDC/ETH/BTC/ETC    10:10

**SS**  Steve Sokolowski    10:10
don't need ETH, there is none in this batch

just the other three    10:11

**H**  Hanson – Genesis    10:11
ah sorry see that ETH above was done on Friday

**•**  Deleted Account    10:14



USDC: ████████████████████████████████████eF08
ETC: ██████████████████████████████████06A7
BTC: ████████████████████████████2uSu

**Steve Sokolowski**                                          10:16

thanks – will start that process right now

**Deleted Account**                                          10:17

thank you

2 November 2021

**Steve Sokolowski**                                          16:18

there's been a delay – the address you sent for ETC doesn't match between the term sheet and what's posted above

I need to leave right now but could you confirm before tomorrow which one is correct?   16:19

we'll need to update Celsius, which will trigger another cooldown                        16:19

sorry about the trouble – have a good evening!                                            16:19

**Deleted Account**                                          16:21

Hey Steve, lets use
████████████████████████████████████06A7 (the one in term sheet) sorry for the confusion

**Steve Sokolowski**                                          16:22

ok, that's the one that isn't in Celsius, so it will be another 24 hours

I'll update it – thanks                                                                   16:22

**Deleted Account**                                          16:23

Np thank you Steve. Confirming both would work on our side but agree it's best to use the one on our term sheet

**Steve Sokolowski**                                          16:23

also, could you make the USDC address appear in the addresses on the website?

I just want to make sure it's there because anyone can compromise a Telegram account          16:23

**Deleted Account**                                          16:24

done

**Steve Sokolowski**                                          16:24

thanks – have a good evening!

**Deleted Account**                                                                16:25

likewise

3 November 2021

**Steve Sokolowski**                                                               10:08

I'm issuing a withdrawal request for the USDC now, but I noticed that the term sheet does not have the address on it

everything else matches up, but legally, would it be better to have the term sheet corrected? 10:08

if that's pretty simple for you to do, I think I'd prefer that                      10:09

**Hamill**                                                                          10:11

hey @SteveSokolowski yes, we can update that for you. We'll issue a new TS

few minutes                                                                         10:11

**Steve Sokolowski**                                                                10:11

thanks!

**Hamill**                                                                          10:41

resent the term sheets and updated w/ new date for you

**Steve Sokolowski**                                                                10:42

great – will initiate USDC withdrawals from Ledn once you sign

**Deleted Account**                                                                 11:22

1.562778 btc received

**Steve Sokolowski**                                                                11:44

thanks – I initiated all the withdrawals, so they should be coming in over the next few hours

**Deleted Account**                                                                 11:57

thank you

4 November 2021

**Steve Sokolowski**                                                                18:12

all the ETC was sent and confirmed

████████████████████████████████████████████████████                              18:12

████████████████████████████████████a5a0

████████████████████████████████████████████████████████

████████████████████████████7652



afcf

a757

5 November 2021

**SS** **Steve Sokolowski** 07:06

with the other two coins – they have been submitted withdrawals to Ledn for several days now; they should go directly to you as soon as Ledn finally processes them, and I'll let you know when they do if you don't notice first

**GG** **Greg Guttas Genesis** 07:07

thanks for the update Steve

⬤ **Deleted Account** 14:06

received 2 txs totaling to 2.06427251 btc just now

**SS** **Steve Sokolowski** 14:09

great – then all 4.3 btc should be with you, let me know if it isn't

⬤ **Deleted Account** 14:10

yes we've received a total of 4.29868404 btc

**SS** **Steve Sokolowski** 14:10

great – thanks

still waiting on Ledn to send the rest, but hopefully they'll process it soon given that they just did the BTC 14:10

**SS** **Steve Sokolowski** 14:34

in case you didn't notice this, you have a "pending" loan, 132339 , which is an error because the money is already listed as two separate active loans

⬤ **Deleted Account** 14:35

cleaned up

**SS** **Steve Sokolowski** 14:35

great!

⬤ **Deleted Account** 14:37

received 701459.861406 usdc

**Steve Sokolowski**

**SS**  excellent – I'm guessing they will process the other withdrawal soon                    14:39

**Deleted Account**                                                                             14:54
got 77974.648775 usdc

thanks steve                                                                                    14:54

**SS  Steve Sokolowski**                                                                        14:57
that's great, let me know when you need more ETH and we'll be glad to help

**Deleted Account**                                                                             15:01
thank you Steve!

25 November 2021

**SS  Steve Sokolowski**                                                                        06:54
Hi – could you tell me what you can offer as an alternative to a traditional mortgage using the
assets in the account as collateral? About $300,000 is needed – thanks!

**H  Hamill**                                                                                   07:36
hey @SteveSokolowski – We're currently lenders of USD at 9.75%, open term, 1.5x–2.0 secured
(LTV subject to credit underwriting and risk sign off), we'd need to collect some information.

We have a min loan size of $2mm, but happy to make an exception for you. We generally don't
lend past 1-year, since rates are a bit volatile in the space but curious to hear what you're looking
for.

**SS  Steve Sokolowski**                                                                        07:37
I'm just looking around at various ways to buy a home, as I never plan to sell or pay capital gains
taxes on my bitcoins

I know that Abra is offering zero interest but their LTV ratio is 10%                            07:38

Thanks for your response and happy thanksgiving – I'll get back to you once I've looked            07:38
around

**H  Hamill**                                                                                   07:41
In reply to this message
got it – my rate is better, but i showed you more competitive LTV.

In reply to this message                                                                         07:41
happy to brainstorm. Happy Thanksgiving!

**SS  Steve Sokolowski**                                                                        07:42
ah, I see – for the same LTV they would indeed have a worse rate

**Hamill**  07:42
In reply to this message
correct

**Steve Sokolowski**  07:43
ok, well I'll try the traditional banking system first, but expect that because I have years with $40,000 and years I make $2m, they will not find that being a stable job

I'll keep in touch this weekend, you do seem to have the best rates secured against coins  07:44

**Hamill**  07:46
sounds like a plan. let us know if we can help

**Steve Sokolowski**  07:46
thanks will do!

1 December 2021

**James Webster**  16:02
Hi, I'm trying to reconcile our spreadsheet compared with the September EOM balance and can't account for 1000.00 bits

My guess is that the withdrawal on 9/3/2021 has a miner fee that is not being accounted for on our side.  16:02

Our records show 0.24465283 BTC going out of the account, but I'm guessing that in reality the account went down 0.2446[6]283 because of the miner fee. Could you guys confirm that? I know it's a small value, but I'd like to get it right.  16:05

**Deleted Account**  16:06
hey James, that's confirmed

this address is specific to cryptocurrency mgmt https://www.blockchain.com/btc/address/  16:06
2uSu

you can see the address has received 148.46297602 btc total  16:06

if we factor out compounded interest, thats the exact amount of principal we're borrowing  16:07

**James Webster**  16:38
Thank you, that is very helpful.

**Deleted Account**  16:39
np. for further clarification the compounded interest ids are 132536, 129599, 135508. so the sum of all other btc loans = amount received on that address

2 December 2021

**SS  Steve Sokolowski**                                                    13:05

Hi Dan, just wanted to let you know that I'm going to call one of the BTC interest loans for taxes and will send an E-Mail; if you prefer, you can change it to USDC at the prevailing rate and hold it yourself for the next six months rather than it going to Celsius

I'll send the E-Mail now                                                    13:05

**Deleted Account**                                                         13:05

Sounds good Thanks Steve

**Deleted Account**                                                         13:33

Hey Steve, is your intent to sell the BTC for USDC and lend to Genesis? I know you said your preferred option would be to do this all through Genesis, however the proceeds of this sale would be below our minimums. We would love to help you out but recently we're trying to adhere to minimums.

We have internal policies set in place where regulators look to see if we are following said policies.                                                          13:33

so it's unlikely that our legal team would be able to approve a term sheet for ~20k usd borrow                                                                13:34

**SS  Steve Sokolowski**                                                    14:33

do you want more USDC?

what is the minimum?                                                        14:33

actually, don't worry about it                                             14:34

just send it to Bittrex then and we can do more USDC when the next batch of ETH comes  14:34

**Deleted Account**                                                         14:35

ok thanks for understanding

**SS  Steve Sokolowski**                                                    14:35

no problem

just thought you might not want money going to Celsius but I didn't realize it was a legal issue                                                                  14:35

**Deleted Account**                                                         14:39

appreciate the gesture

btc on the way. txid                                                        14:51

███████████████████████████████████████████████████████████████
█████████████████████████be05

**Steve Sokolowski**                                                           15:40

thanks!

I know that you can pay in USD – can you in the future simply pay the BTC interest in USDC   15:40
and create new loans for it?

or do you only offer USD payouts?                                              15:41

**Deleted Account**                                                            15:41
In reply to this message

we can do this

**Steve Sokolowski**                                                           15:41

great, then please pay the BTC interest only in USDC until otherwise told

keep the other coins in kind as now                                            15:41

**Deleted Account**                                                            15:42

Understood. We will send a termsheet to consolidate all btc loans into one tranche that accrues in
USDC

I see as 148.96031848 BTC                                                      15:42

**Steve Sokolowski**                                                           15:42

great, thanks

9 December 2021

**Steve Sokolowski**                                                           06:25

I'd give 60 ETH for you at 3.5% open term if you'd like

can do it this morning after I get back in an hour                             06:25

stepping away but will be back later                                           06:26

**Greg Guttas Genesis**                                                        06:27

hey Steve, will flag the lending team for you here

**Steve Sokolowski**                                                           06:27

ok, great

that's the terms you've been giving for a while, so I'd just like the same terms and if that's   06:27
ok, they can send a term sheet while I'm away

**Greg Guttas Genesis**                                                        06:28

got it

**Deleted Account**　　　　　　　　　　　　　　　　　　　　　　06:54

Hey Steve– we can show 1.5% on open term currently.


　　　　　　　　　　　　　　　　　　　　　　　　　　　　06:54

**Steve Sokolowski**　　　　　　　　　　　　　　　　　　　07:51

ok, that's too low, then

let me know when the rates go back up and we'll move them from Celsius to you　　07:51

**Deleted Account**　　　　　　　　　　　　　　　　　　　　　　07:51

Sounds good. We are pretty full on ETH at the moment but will let you know when that changes

**Steve Sokolowski**　　　　　　　　　　　　　　　　　　　07:52

ok, thanks

16 December 2021

**Deleted Account**　　　　　　　　　　　　　　　　　　　　　　09:34

Hey Steve– we are looking to adjust the rate on your ~1300 eth loan to Genesis as we have seen demand to borrow subside recently. We can pay 2% OT or 2.75% 6 month FT at the moment. Please let us know if either works for you

**Steve Sokolowski**　　　　　　　　　　　　　　　　　　　09:40

ok, I need to talk to my brother about whether we would just like to withdrawal

can I talk to him later today?　　　　　　　　　　　　　　　　09:41

**Deleted Account**　　　　　　　　　　　　　　　　　　　　　　09:41

Understood. Please let us know

In reply to this message　　　　　　　　　　　　　　　　　09:41

Sure thing

**Steve Sokolowski**　　　　　　　　　　　　　　　　　　　09:43

if some of it were converted to USDC, how much would you pay?

**Deleted Account**　　　　　　　　　　　　　　　　　　　　　　09:44

46 / 163

5% open term

**Steve Sokolowski**                                                        09:44

oh wow, these rates are down across the board

business must be really bad for Genesis right now                            09:44

ok, I'll get back to you later today, that 5% isn't high enough either       09:45

**Deleted Account**                                                         09:45

No issue with business. We are seeing rates down across the board and very oversupplied on assets.

**Steve Sokolowski**                                                        09:46

ah, ok – with rates so low I thought that indicates that you can't earn as much on the spread between lenders and borrowers – my mistake

**Deleted Account**                                                         09:48

We can give a slight bump to the rates we showed if that helps

**Steve Sokolowski**                                                        09:51

you said that USDC was 5% – does that mean that I can now borrow USDC for less than the 9.5% you quoted me a few weeks ago?

**Deleted Account**                                                         09:51

We can lend at 8%

**Steve Sokolowski**                                                        09:52

ok, thx, will discuss after my brother wakes up

**Deleted Account**                                                         09:52

Sounds good

**Steve Sokolowski**                                                        09:54

the issue my brother is going to have is how Celsius is still able to offer then 3.5% rate

**Deleted Account**                                                         09:54

Understood. Celsius also carries different counterparty risk than Genesis

**Steve Sokolowski**                                                        09:54

maybe you can explain what risk Celsius is taking that you're not

I know there are the tokens they have, but are they lending to different people?     09:55

**Deleted Account**                                                                09:56

I do not want to speak ill of our competition but a google search should highlight some risks surrounding them

**Steve Sokolowski**                                                               21:00

I talked with Chris – would you take 2.5% for an open term loan?

you can respond in the morning – have a good night                                 21:00

**Deleted Account**                                                                21:03

That works. Thanks Steve. Will send a new ts in the AM

17 December 2021

**Steve Sokolowski**                                                               06:23

and also, let me know whether you would like to add 65 more ETH when you write up the new ETH term sheet, as we can provide that to you today

**Steve Sokolowski**                                                               07:21

I deleted three messages you should ignore – we'll be fine with what they said until February

so the only message to worry about is if you can increase the loan amount in the term sheet    07:21
by 65 ETH – thanks

**Deleted Account**                                                                07:27

Sure that works

**Deleted Account**                                                                08:06

Seeing 1553.96460639 as the new total if you include the 65. Let me know if you agree

**Steve Sokolowski**                                                               09:47

sounds great

once you get the term sheet with the address, I'll have Chris send the money              09:48

**Steve Sokolowski**                                                               10:33

money sent, and awaiting your signature ✅

**Deleted Account**                                                                10:37

64.99790 eth received

we will countersign shortly                                                        10:37

**Steve Sokolowski**                                                               10:38

sorry for the math error – it's difficult to get the fees right



**Deleted Account**                                                    10:38
np we will borrow what we received

                        20 December 2021

**Steve Sokolowski**                                                   12:52
could you give me a quote for, say, five more bitcoins?

**Deleted Account**                                                    12:52
Are u looking to lend?

**Steve Sokolowski**                                                   12:52
yes, open term

**Deleted Account**                                                    12:52
1.5% open term

**Steve Sokolowski**                                                   12:53
ok, thanks, will let you know if we decide to accept

                        21 December 2021

**Steve Sokolowski**                                                   11:22
could you tell me about the interest rates for some of the ETH competitors?

are they better than 1.5%?                                             11:22

like solana or cardano or polkadot?                                    11:23

**Deleted Account**                                                    11:24
we can do 4% ot on solana, dot we can't borrow at the moment

**Steve Sokolowski**                                                   11:24
hmmm, I like that

and if we sent you several bitcoins, you could turn them into solana and start the loan?   11:25

**Deleted Account**                                                    11:25
yes we can facilitate a pair trade. Minimum trade size is 250k notional

**Steve Sokolowski**                                                   11:26
ok, I think there are only 5 bitcoins so let me see if I can get more together and will get back to you

thanks!                                                                                            11:26

**Deleted Account**                                                                                11:26

sure thing

In reply to this message                                                                           11:38

sry missed cardano question. we can pay 5%

**Steve Sokolowski**                                                                               11:39

ok, thanks

                                           7 January 2022

**Steve Sokolowski**                                                                               11:17

I want to be ready – if a liquidation cascade starts today or tomorrow and we see prices around
$29,000, will Genesis be available to convert large amounts of USDC into BTC or ETH?

or, will Genesis not do that on Saturdays or after hours?                                          11:17

or is there a delay?                                                                               11:17

**Deleted Account**                                                                                11:17

we trade 24/7

                                    Deleted invited Ravi Doshi

                                    Deleted invited Marc Chan

                                    Deleted invited Wee Kuo

**Steve Sokolowski**                                                                               11:18

great – and what about the USDC that is in loans right now?

**Deleted Account**                                                                                11:18

settlement on weekends is best efforts. But you can trade whenever

**Steve Sokolowski**                                                                               11:18

would you be able to call that and trade immediately?

or, would that require time?                                                                       11:18

**Deleted Account**                                                                                11:18

In reply to this message

yessir

                                           50 / 163

**Steve Sokolowski**    11:18

great – so just to be clear, I could say "please convert $250,000 USDC at the going rate to bitcoins and make that a new loan" and you could do that in short time?

**Deleted Account**    11:19

yes no issue. request for quote process is slightly different. But essentially yes

**Steve Sokolowski**    11:19

ok, great – could you send me documentation about how to make that request?    11:19

so I can be prepared if the opportunity happens?    11:19

is it an E-Mail to a different address or is there a form?    11:20

**Deleted Account**    11:21

just checked and you're only approved for Lending. We would need to issue a triparty agreement and enable you for trading as well. Will circle up with sales to get the process started. they will be in touch

**Steve Sokolowski**    11:21

great – thanks

and also, are you able to withdraw USDC to bank accounts 1:1?    11:22

like Coinbase does?    11:22

**Deleted Account**    11:22

In reply to this message

yes

**Steve Sokolowski**    11:22

great – thanks

is there a minimum amount to do that?    11:22

**Deleted Account**    11:22

250k

**Steve Sokolowski**    11:22

thx

**Hanson – Genesis**    11:38

Hey Steve

We will just need to unlock your account and you select "trading" as a product and resubmit.    11:39
Will start that now

51 / 163

TriParty has already been signed so all good                                11:39

**Steve Sokolowski**                                                        11:40

ok, great

I'd like to get a bank account in there at some point – would you need me to create an    11:40
account in the LLC's name, or can you withdrawal directly to the person who owns those funds

**Hanson – Genesis**                                                        11:42

You will need to have a bank account in the name fo the entity we have onboarded so the LLC yes

We cannot send funds to a personal account                                  11:42

**Steve Sokolowski**                                                        11:45

ok, thanks

your company is welcome to message or call me if a liquidation cascade happens this    11:47
weekend and I don't notice it

**Hanson – Genesis**                                                        11:54

Thanks Steve, the account is now unlocked for you to select trading and resubmit so you will be
all set up when you wish to trade

**Steve Sokolowski**                                                        11:54

great – thanks for doing this all

10 January 2022

**Steve Sokolowski**                                                        09:44

I started to fill out the trading application, but it asks me for a bank account, which I probably
won't have until after this crash happens

is there a way that you can forward the application process past that, like you did when I    09:44
signed up with the lending application?

**Hanson – Genesis**                                                        09:45

We will need a bank account on file to settle trades (unless you want to use USDC). If you do not
have one yet if you can upload something else in the interim I will make a note to our onboarding
team

**Steve Sokolowski**                                                        09:46

I only want to do USDC and BTC

it will just be change USDC to BTC if price gets to $36,000 and then back when price    09:46
recovers

don't need bank accounts                                                    09:46

**H**  **Hanson – Genesis**                                                      09:47
In reply to this message
This is a standard part of our onboarding procedure but I will make a note here given the entity was already approved. Please resubmit when you are able to and let me know

**SS**  **Steve Sokolowski**                                                     09:48
I can't get past that part because it provides error messages looking for a bank account number
I will definitely get an account started though                                09:48
I just don't know if it will be ready during this crash                        09:48

**H**  **Hanson – Genesis**                                                      09:48
In reply to this message
You can upload "N/A" or something in the interim

**SS**  **Steve Sokolowski**                                                     09:48
ok, thx
ok, I submitted it, let me know if anything else needed                        09:50

**H**  **Hanson – Genesis**                                                      09:52
Thanks Steve

**H**  **Hanson – Genesis**                                                      10:53
Hey @SteveSokolowski you are all set to trade with us, let us know if you need anything

**SS**  **Steve Sokolowski**                                                     11:27
thanks – but when I log in, it takes me to the "onboarding" page again

**H**  **Hanson – Genesis**                                                      11:30
In reply to this message
checking with our support team on this one moment

*Hanson – Genesis invited Deleted Account*

**H**  **Hanson – Genesis**                                                      11:36
Thanks Steve, all set now. If at anytime you need a quote you can also use this chat here our trading desk is all here

**SS**  **Steve Sokolowski**                                                     11:36
ok, thanks – I'm hoping that wasn't the bottom, and if it was not, I'll be in touch
I'm waiting for $38,000 or below                                               11:37

I'm doing some budget reconciliation and noticed that loan 139077 is listed with asset type "USD"                                        11:47

whereas the others are "USDC"                                        11:47

is that an error?                                        11:47

**Deleted Account**                                        11:48

we treat usd/usdc as 1:1 so no issues on our end

**Steve Sokolowski**                                        11:48

ok, great, that's fine, thx

**Deleted Account**                                        11:48
In reply to this message

this was compounded interest

**Steve Sokolowski**                                        11:48

I understand, I just wanted to make sure there was no difference

**Deleted Account**                                        11:48

confirmed no difference

**Steve Sokolowski**                                        11:48

what tax forms, if any, will Genesis provide?

are you going to provide 1099-INT?                                        11:49

**Deleted Account**                                        11:49
In reply to this message

yes

**Steve Sokolowski**                                        11:49

ok

21 January 2022

**Steve Sokolowski**                                        07:53

I just want to clarify this – if I click the "RFQ" button, the sale isn't finalized until I click a second button to accept?

I just want to compare your prices at first, and I can do that with an RFQ but not going any further?                                        07:53

**Deleted Account**                                        08:10

In reply to this message

yes that's correct. you have the option to accept or reject; you can also submit a counter or withdraw the request

**SS**   **Steve Sokolowski**                                                                    08:12

ok, thank you

24 January 2022

**SS**   **Steve Sokolowski**                                                                    08:11

does Genesis pass on the network transaction fees to customers when a loan is called?

**MP**   **Michael Paleokrassas**                                                                08:12

Hey Steve – when genesis sends coins we eat fees – both trading and lending

when we receive coins we expect the same thing                                          08:12

**SS**   **Steve Sokolowski**                                                                    08:12

understood – I'm doing some accounting, thx

**MP**   **Michael Paleokrassas**                                                                08:12

of course – ping us with any questions

**SS**   **Steve Sokolowski**                                                                    10:23

it's time to pay taxes, so I'm sending a message to call $20,000

E–Mail sent, address                                                                     10:23

███████████████████████████████████████d252 to confirm

●   **Deleted Account**                                                                 10:24

We will get that out to you today

**SS**   **Steve Sokolowski**                                                                    10:24

thanks

●   **Deleted Account**                                                                 11:13

test sent txid

███████████████████████████████████████████████
████████████████████d87c

**SS**   **Steve Sokolowski**                                                                    11:24

test received ✅

●   **Deleted Account**                                                                 11:32

thanks for speaking with me

balance out shortly                                                    11:32

**Steve Sokolowski**                                                  11:40

no problem, and thanks

later this week we'll probably want more USDC and will give you some ETH if you want it    11:41

what is your ETH rate?                                                11:41

**Deleted Account**                                                   11:42

we are at 1% on eth currently

open term                                                             11:42

**Steve Sokolowski**                                                  11:42

ok, thx

**Deleted Account**                                                   11:42

usdc txid

████████████████████████████████████████████████████

████████████████████3d59

**Steve Sokolowski**                                                  11:42

thank you

31 January 2022

**Steve Sokolowski**                                                  06:36

good morning – I need $33333.39 for employee salaries this month
(████████████████████████████████████████55ef) and I am
going to send an E-Mail to you to confirm. Also, we have ETH available to give you, but not at the
1% rates, so let me know if those have gone up yet

correction – $33339.99                                                06:37

**Greg Guttas Genesis**                                               06:37

hi Steve

moment here please                                                    06:37

**Deleted Account**                                                   08:22

test txid

████████████████████████████████████████████████████

██████████████████████27b4

56 / 163

**SS**  **Steve Sokolowski**                                    08:28

I don't have access to the Coinbase account right now, but Prohashing's finance manager will be online at 9 and I will confirm then – thanks

**Deleted Account**                                          08:28

sure ty

**SS**  **Steve Sokolowski**                                    08:29

Dan, do you have greater than 1% for ETH yet?

**Deleted Account**                                          08:29

we're still at 1% open term

**SS**  **Steve Sokolowski**                                    08:29

ok, no problem, I'll keep waiting

**SS**  **Steve Sokolowski**                                    08:55

received ✅ – and have my phone on for a call

**Deleted Account**                                          08:58

thanks for speaking. bal coming up

txid is                                                     09:01

███████████████████████████████████████████

████████████████████ac67

**SS**  **Steve Sokolowski**                                    09:02

thanks for the quick service – the employees will be happy to be paid so early

**Deleted Account**                                          09:02

haha good to hear

**SS**  **Steve Sokolowski**                                    09:02

keep in touch whenever the rates go up

**Deleted Account**                                          09:02

yes will do

**SS**  **Steve Sokolowski**                                    09:03

by the way, do you have an ETA on when those 1099-NEC forms will be sent?

we can't buy a house until we receive those forms                09:03

**Deleted Account** — 09:03

Believe it should be this week but will double check

**Steve Sokolowski** — 09:03

ok, great – thanks!

**Deleted Account** — 11:49

In reply to this message

should've received a few minutes ago

**Steve Sokolowski** — 12:03

thanks – that was quick

4 February 2022

**James Webster** — 14:35

Hello, I am reconciling the 1099–MISC sent by Genesis and have not been able to balance it yet. It would be helpful to get a source for the price used to compute USD value of interest payments. Could you send this price information or point me to the index that Genesis uses? Thanks

**Deleted Account** — 14:39

Sure james will come back here

**Deleted Account** — 15:16

**Cryptocurrency Management LLC Accrued Interest 2021.xlsx**
Not included, change data exporting settings to download.
30.9 KB

Genesis accrues interest daily using a 4PM EST close. There is an additional day of interest in October for outstanding Digital Asset loans to align going forward. Total interest paid over the lifecycle of the loan remains the same.

**James Webster** — 15:25

Thank you, this looks great!

**Deleted Account** — 15:27

awesome

7 February 2022

**Steve Sokolowski** — 11:16

hi, we determined that Genesis made an accounting error and double-paid interest for the day of October 1

the 1099–MISC form is consistent with the error                                    11:16

it appears to be for BTC, ETH, DOGE, and ETC                                        11:17

**Deleted Account**                                                                 11:17
In reply to this message
please see this note

**Steve Sokolowski**                                                                11:17
ah, ok, we missed that

thanks for your note then, it looks like we can file the taxes then, everything is perfect   11:18

**Deleted Account**                                                                 11:19
great

17 February 2022

**Steve Sokolowski**                                                                13:44
Hi, I'm ready to provide bank account details to add to our account

I was finally able to get one set up                                                13:44

who is responsible for that?                                                        13:44

**Deleted Account**                                                                 13:44
hey steve you can add these on prime

for lending/spot settlement                                                         13:45

**Steve Sokolowski**                                                                13:45
ah, ok, I see

and those would also be available for withdrawing USDC as well?                     13:45

**Deleted Account**                                                                 13:46
yes we can send usdc you're lending us as fiat

**Steve Sokolowski**                                                                13:46
ok, thanks for your help

**Deleted Account**                                                                 13:46
np

24 February 2022

**SS** · **Steve Sokolowski** · 13:16

good afternoon, Dan – I wanted to get your opinion on what Genesis is doing differently from Ledn, which lends directly to Genesis

why is Ledn shutting down, while Genesis is able to continue offering services? · 13:16

**Deleted Account** · 13:18

can get someone on my side more well versed in this than me to explain, but likely due to LEDN being retail facing whereas genesis strictly faces high net worth/institutional counterparties

**SS** · **Steve Sokolowski** · 13:18

so Genesis is not likely to follow suit?

**Deleted Account** · 13:18

our service still remains per usual

**SS** · **Steve Sokolowski** · 13:20

ok, well I need to make a withdrawal to cover payroll of $36,000 to ████████████████████████████████████████████████06bb, so I will send that in an E-Mail

**Deleted Account** · 13:20

sure thing

**SS** · **Steve Sokolowski** · 13:20

if there is someone who can explain what is going on better, I would appreciate it

**JW** · **James Webster** · 13:21

On a related topic... I'm withdrawing some BTC from a different account due to this new regulatory situation. Can Genesis take some more BTC from us?

**Deleted Account** · 13:21

how much are you looking to lend

**JW** · **James Webster** · 13:21

5 BTC

**SS** · **Steve Sokolowski** · 13:22

whatever James's answer is, I will probably add more, but I don't have the exact number yet

**Deleted Account** · 13:23

ok pls let us know once you have a firm number. Would need >=50 btc for a new borrow here

**SS**   **Steve Sokolowski**     13:23

oh wow

ok, then that's too much     13:23

**H**   **Hamill**     13:24

hey @SteveSokolowski happy to jump on the phone if you have time

**SS**   **Steve Sokolowski**     13:25

ok, I'll await your call

in regards to the BTC, we might consider providing more     13:37

I need to do some calculations and we'll get back to you tomorrow     13:37

**H**   **Hamill**     13:37

good catching up @SteveSokolowski, sounds like a plan

**SS**   **Steve Sokolowski**     13:41

what would your rate be, if we gave you, say, 3 installments of 15 over the next month?

so a total of 45 to 55     13:41

the issue is Voyager's daily withdrawal limit     13:41

could you match the 2% of the other loan?     13:42

**H**   **Hamill**     13:42

we can do same rates for you

**SS**   **Steve Sokolowski**     13:42

ok, let me talk with James and I will get back to you

you can also call me to confirm the USDC withdrawal if you need to, I'll be available until     13:42
2:00

**Deleted Account**     14:15

usdc test txid

███████████████████████████████████████████████████
██████████████████████151e

**SS**   **Steve Sokolowski**     14:44

confirmed ✅

**Deleted Account**     14:50

bal sent

███████████████████████████████████████████████████

███████████████████49e8

**Steve Sokolowski**  14:54

thanks – have a great day, and we'll be in touch once we can get the money withdrawln  14:54

from Voyager, Ledn, and Celsius

**Deleted Account**  15:34

sounds good steve. take care

2 March 2022

**Steve Sokolowski**  13:56

Hi Dan, we're ready to provide 55.16721279 additional bitcoins as agreed in the previous messages

**Deleted Account**  13:56

awesome will send term sheet

**Steve Sokolowski**  13:56

there may be slight losses due to wtihdrawal fees and transaction fees

**Deleted Account**  13:57

no worries

In reply to this message  13:57

This btc address still works

████████████████████████████2uSu  13:57

**Steve Sokolowski**  13:58

ok, great

will look at your website as well  13:58

**Deleted Account**  14:26

I see 0.765393 btc landing

**Steve Sokolowski**  14:33

great, more coming

**Deleted Account**  15:54

received 2 additional transactions

**Steve Sokolowski**

**SS**  we've added all the money to be sent, but I can't guarantee when Ledn or Celsius will do their withdrawals    15:54

they should keep coming    15:54

**Deleted Account**    15:55

understood

Deleted invited Deleted Account

4 March 2022

**SS**  **Steve Sokolowski**    06:26

Ledn sent their 1.55, and Celsius is going to send it within an hour or two, so you should have all the money from this latest 55 bitcoins by 9:00am

**Deleted Account**    08:00

Thanks Steve. We received 1.55057927 btc yesterday

see 2.581053 coming in now too    08:06

**SS**  **Steve Sokolowski**    08:30

that should be everything for this round

thanks again!    08:30

**Deleted Account**    08:34

no problem

18 March 2022

**SS**  **Steve Sokolowski**    12:04

Hi Dan, I noticed that BlockFi will provide a $300,000 loan for 4.5% while you quoted 9.5% for the same 50% LTV

did I misunderstand your quote, and if not, why is there such a difference?    12:04

**H**  **Hamill**    12:06

hey @SteveSokolowski hope all is well

**SS**  **Steve Sokolowski**    12:07

yep, things are going great – I'm just trying to figure out a way to not have to go through the complex 47-day mortgage process

take a look at https://blockfi.com/crypto-loans/    12:07

**H**    **Hamill**          12:09

I think the 1st page of the website isnt exactly quoting rates at 50% LTV

12:09



**SS**    **Steve Sokolowski**          12:10

do you have a lower rate for higher collateral requirements?

**H**    **Hamill**          12:13

In reply to this message

yes, we do, but to be transparent we look to try to keep origination sizes greater than $2mm given the underwriting involved for us here.As you know, we deal largely w/ institutions, who need defined capital needs and our cost of capital tends to be stickier. We don't auto refi our cost basis like BlockFi and as you know, everything here is negotiated.

**SS**    **Steve Sokolowski**          12:15

ok, I understand – maybe it is better if I look elsewhere so as not to put you in a difficult position

no problem          12:15

**H**    **Hamill**          12:17

In reply to this message

by all means not an inconvenience, I just wanted to give some context on our rates. The rate quoted is a bit dated, but we would still be at 9% for a 50% LTV

**SS**    **Steve Sokolowski**          12:18

ok, that is competitive for 50%, so if I want 50% I'll definitely talk to you

**H**    **Hamill**          12:20

In reply to this message

sounds good

**Steve Sokolowski**

**SS** **ok Hamill, two questions: first, are you like Celsius, where the loan can only be repaid in full, and they only accept interest payments?**                                                          14:17

**Deleted Account**                                                                            14:18
we can take partial repayments

**SS** **Steve Sokolowski**                                                                     14:19
so if I just said take all the interest from the other coins in the account and pay back the loan until it's gone, you could do that?

and could you do, say, 8% instead of 9%?                                                        14:19

**Deleted Account**                                                                            14:20
In reply to this message
we would need to change the interest structure of your current loans to us to be in usd, but yes we can net interest every month

**SS** **Steve Sokolowski**                                                                     14:21
ok, I would have to calculate that with James, but that's good

**Deleted Account**                                                                            14:21
yeah we could net interest or we could use interest you've accrued on your loans to us to pay down principal. either works

**H** **Hamill**                                                                               14:22
In reply to this message
9% would be best

29 March 2022

**SS** **Steve Sokolowski**                                                                     11:53
hi, Dan Koch (dkoch@seashorewm.com) doesn't want anything to do with cryptocurrency but is interested in lending dollars to you

is that something you're interested in? he doesn't want to have to deal with the USDC part of 11:53
it, just give and be paid interest in dollars

**H** **Hanson – Genesis**                                                                      11:57
Hey Steve, if Dan will meet our minimums to onboard ($10mm net worth/AUM) as well as lending minimums ($2mm for USD) we are happy have him onboard

**SS** **Steve Sokolowski**                                                                     11:58
ok, then feel free to contact him – he may also be willing to form an LLC to get together a lot of money with his investment banking friends

I told him about you and that you would contact him                                    11:58

**Hanson – Genesis**                                                                   11:58

Sounds good thanks Steve

Appreciate it!                                                                         11:59

**Steve Sokolowski**                                                                   11:59

his employer does not allow him to own cryptocurrency

so if you want him to be a part, it needs to be strictly dollar lending                11:59

which is all he wants to do anyway                                                     11:59

**Hanson – Genesis**                                                                   11:59

We can do good ole regular fiat USD 👍🏻

*Roshun Patel removed Roshun Patel*

*31 March 2022*

**Steve Sokolowski**                                                                   07:03

good morning – I just sent the following message to your E-Mail address

Good morning!                                                                          07:03

Please deliver $6332 from Cryptocurrency Management LLC to Coinbase
(███████████████████████████████████████████c77E).

If possible, to make my accounting simpler, call all of loan #141869 and no other loans.

Thanks!

–Steve Sokolowski

I'll be available for a Telegram call if confirmation is required                      07:03

**Deleted Account**                                                                    09:03

Hey Steve, sent a test via txid
████████████████████████████████████████████████████████
████████████████████████7f65

**Steve Sokolowski**                                                                   09:07

ok, asking our finance person to check

ok, confirmed ✅                                                                        09:09

**Deleted Account**                                                                          09:50

bal out via txid

███████████████████████████████████████████████████████
██████████████████73bc

*Deleted invited Deleted Account*

**Steve Sokolowski**                                                                        10:20

confirmed – thanks!

6 April 2022

**Steve Sokolowski**                                                                        11:08

good morning, Dan – when I make the withdrawal to pay taxes, how long will it be from the time I
request the withdrawal until the money is in the bank account?

do you anticipate several days to clear?                                                    11:08

**Deleted Account**                                                                         11:08

you would receive on same day typically

**Steve Sokolowski**                                                                        11:08

ok, thanks, you answered my question

the legacy banking system is very slow, just wanted to check                                11:09

**Deleted Account**                                                                         11:09

haha np. just a reminder we need to process the wire to a bank account in the name of
Cryptocurrency Management

**Steve Sokolowski**                                                                        11:09

yes, I understand and opened one

**Deleted Account**                                                                         11:10

perfect

13 April 2022

**Hanson – Genesis**                                                                        17:52

Hey @SteveSokolowski hope all is well. Just wanted to flag you may have received a request from
our auditor (Friedman) in the last few weeks. This is a legitimate request if you wouldn't mind,
just need to verify some EOY balances. Its a random process every year, apologies for any
inconvenience on your end

Let us know if you have any questions/concerns thank you!                                   17:55

**SS**    **Steve Sokolowski**                                                            18:03

ok, no problem – I'll look at it first thing tomorrow

3 May 2022

**SS**    **Steve Sokolowski**                                                            09:49

I'm getting notifications that my Wells Fargo password, which is unique, was compromised, and my phone isn't working

do not respond to any messages claiming to be me                           09:49

until I contact you again somehow                                         09:49

we'll have to figure out how I can verify my identity                         09:49

I'll get back to you later today                                             09:49

**H**    **Hamill**                                                                        09:56

hey @SteveSokolowski see you here. Noted

**JW**    **James Webster**                                                          09:58

If you guys want, I can verify Steve's account when he feels like everything is alright. We are close enough to speak in person.

**H**    **Hamill**                                                                      10:03

FYI – we are deactivating your account @SteveSokolowski

**SS**    **Steve Sokolowski**                                                            10:04

thx, I'm on the phone with Wells Fargo to figure it out, will get back to you later

**SS**    **Steve Sokolowski**                                                            13:17

ok, I think I figured out what happened – it was a compromised wi-fi hotspot at a hotel conference room

so I want to change my password and then perhaps James can help assure you that I am who I am                                  13:17

or I can call you on video                                                   13:17

through Telegram                                                            13:17

**JW**    **James Webster**                                                          13:26

Just spoke with Steve on the phone. He confirmed verbally that his Telegram access is not compromised.

**SS**    **Steve Sokolowski**                                                            13:28

I'm going to send an E-Mail requesting a small withdrawal for James; he will confirm the amount, and I'm available for a video call if you still want confirmation

**Hanson – Genesis**                                                    13:29

Hi Steve see you here

**Steve Sokolowski**                                                   13:32

sorry for the issues Hanson

**Hamill**                                                             13:35

@SteveSokolowski I can give you a call in 30 minutes

just on a call                                                         13:36

**Steve Sokolowski**                                                   13:36

ok

**Hamill**                                                             14:44

hi @SteveSokolowski good chatting. Identity verified. Your accounts have been reset.

                            4 May 2022

**Steve Sokolowski**                                                   08:08

hi Hammill, for steve@shoemakervillage.org, everything is set up and good to go

for this account at editor@shoemakervillage.org, I'm getting an invalid password, which     08:08
might mean that I didn't click "save" correctly in Bitwarden

if you sent another "reactivate" link, would that allow me to just try again with a new      08:08
password reset?

**Deleted Account**                                                    08:57

Hey Steve we didn't process the wire back to you yesterday given the security concerns. Could you
please email lendingops@genesistrading.com with the request again. Additionally could you
please provide bank ABA/Account numbers in the text of the email or in PDF format?

In reply to this message                                               08:58

this has been raised to our support team

**Steve Sokolowski**                                                   09:02

sure, will do that now

**Deleted Account**                                                    09:03

thank you

**Deleted Account**                                                                  09:24
In reply to this message
support has told me this has been reset

**Steve Sokolowski**                                                                 09:26
thanks – worked and all set

**Deleted Account**                                                                  09:26
great. we will get you the $4897.08 today

**Steve Sokolowski**                                                                 09:27
thanks again, sorry for the trouble yesterday

**Deleted Account**                                                                  09:27
np

**Steve Sokolowski**                                                                 12:23
hi Dan, I want to make sure that Genesis understands that Chris, and then James, in that order of succession, are to control this account in the case that I die

what paperwork does Genesis need to convey that understanding                        12:24

Ledn, for example, allows a beneficiary to be listed on their website, so I wanted to check if   12:25
there is something like that here

**Deleted Account**                                                                  12:32
1 sec on this

**Steve Sokolowski**                                                                 12:32
ok, no rush, you can take a few days if needed

I just want to make sure that's tied up at some point                                12:32

**Deleted Account**                                                                  12:34
yeah so short answer is that we can set up Chris and James with full access to the account fairly
quickly. But you would need to be the one authorizing this. Are they only supposed to have full
access if you pass away?

**Steve Sokolowski**                                                                 12:35
my issue with having full access now is that I'm the only owner of the LLC, so I would be liable

so I just want them to be able to manage this account if I'm not around                12:35

if Genesis doesn't have any specific procedure, then I can just add it to a will                 12:36

**Deleted Account**                                                    12:38

ok I see

**Steve Sokolowski**                                                   12:38

banks usually require you to list a beneficiary at account opening, that's why I'm asking

**Deleted Account**                                                    12:39

In reply to this message

I think this is probably best

**Steve Sokolowski**                                                   12:39

ok, thanks for your help

**Deleted Account**                                                    12:39

In reply to this message

and we can also supplement with some kind of email to compliance/operations here that states this

**Steve Sokolowski**                                                   12:40

ok, I'll do that, tahnks

12 May 2022

**Steve Sokolowski**                                                   09:59

I just wanted to get a clarification on something said above – someone said that you treat "USD" and "USDC" interchangeably in your system; is that a legal guarantee that you will deposit the number of USDC owed into a bank account if I asked for it?

there's no rush to answer and I need to go away for a bit, but whenever you can get me        10:00
clarification that would be great

I don't plan to take any action on it now, I just want to know                                10:00

**Deleted Account**                                                    10:02

hey @SteveSokolowski

no legal guarantee above but something we can consider and help with when requested           10:02

**Steve Sokolowski**                                                   13:39

ok, I just wanted to find out if you would guarantee the peg, which it seems like you don't – and I understand

30 May 2022

**SS**  **Steve Sokolowski**                                    20:35
sent a withdrawal request for tomorrow – no need to reply tonight – thanks!

**H**  **Hanson – Genesis**                                    20:35
Thanks Steve

Hope you are enjoying the long weekend                        20:35

                            31 May 2022

**Deleted Account**                                           08:33
usdc test txid
████████████████████████████████████████████████████
██████████████████5758

**SS**  **Steve Sokolowski**                                    08:34
thx, finance manager is looking now

**SS**  **Steve Sokolowski**                                    08:50
received ✅

**Deleted Account**                                           08:51
Hey Steve, I'm going to call you real quick for a voice confirmation

**SS**  **Steve Sokolowski**                                    08:51
ok

**Deleted Account**                                           08:52
thanks for speaking

**Deleted Account**                                           09:14
usdc txid
████████████████████████████████████████████████████
██████████████████9b92

**SS**  **Steve Sokolowski**                                    09:20
thanks

                            2 June 2022

**SS**  **Steve Sokolowski**                                    08:43
I'm having trouble balancing the books for this month, and I'm still looking into that, but I noticed that in the "activity" page you have listed "2022–05–31 151467 USDC Loan Return Return 133

USDC from Loan 685197.440181 USDC @ 9.50%
9.5000%
13,300.00"

is that just a typo in the description, or has that affected the recorded balances?    08:43

**Deleted Account**    09:15

checking that

can you send a screenshot? that sounds like a typo. I see 10,605.45 closed from loan id    09:23
147866, and 13,300 closed from your open term usdc loan

I don't know why it would be showing 133 usdc return

**Steve Sokolowski**    09:24

📄 **image_2022–06–02_09-24-28.png**
Not included, change data exporting settings to download.
259.3 KB

**Deleted Account**    09:26

ok thank you for sharing this. Will raise with our tech team. I would recommend referencing the
"quantity" column on far right in the mean time. Sorry for any confusion

**Steve Sokolowski**    09:26

ok, thanks

6 June 2022

**Steve Sokolowski**    09:17

in the past, you guys said you would take 50 more ETH when we had it, but now prices are half
when you said that – do you still want that many?

**Hanson – Genesis**    09:35

Hi Steve see you here

Let me discuss with @HamillGenesis here and revert    09:35

**Steve Sokolowski**    09:36

ok

**Hanson – Genesis**    09:42

We can take the new 50 ETH at 1.50% OT if that works, have seen rates decline slightly for OT

**Steve Sokolowski**

**SS**   ok, my brother will be up in an hour and we'll discuss and get an exact amount – thanks   09:43

**H**   **Hanson – Genesis**   09:43
Cool thanks Steve, let us know

**SS**   **Steve Sokolowski**   13:21
could you do 60 at 1.75%?

if so you have a deal   13:21

**H**   **Hanson – Genesis**   13:26
Can you meet in middle at 1.65%?

**SS**   **Steve Sokolowski**   13:27
one sec

ok, that's good   13:27

send the papers and we'll send the money   13:27

**H**   **Hanson – Genesis**   13:37
In reply to this message
will be out in a few

are any of you going to be down at Consensus btw this week?   13:37

**SS**   **Steve Sokolowski**   13:37
unfortunately not

**H**   **Hanson – Genesis**   13:37
all good, next time 👍🏻

**Deleted Account**   14:47
49.9992818 eth received

**SS**   **Steve Sokolowski**   14:47
the other tx is there but unconfirmed

**Deleted Account**   14:48
ok will let you know when we see it

**SS**   **Steve Sokolowski**   14:53
ok, confirmed ✅

**Deleted Account**                                          14:54

10.0007182 received

15 June 2022

**Steve Sokolowski**                                         11:27

there are rumors that Genesis has lent money to Three Arrows Capital – are those true?

**Hanson – Genesis**                                         11:29

Hey Steve

How are you? Happy to chat on the phone                       11:29

**Steve Sokolowski**                                         11:29

sure

I'm available whenever you are                                11:29

**Hanson – Genesis**                                         11:29

Will 1-1 you

                                          11:44

Thanks for the time Steve as always we are here if you need anything. Including those updated rates for you as discussed

**Steve Sokolowski**                                         11:44

ok, thanks – I'll get back to you later

**Hanson – Genesis**                                         11:44

You got it, we will be here 24/7

**Steve Sokolowski**                                         12:42

so two questions

first, do you have exposure to Tether, like having lent money to the company itself or   12:43
holding reserves in Tether?

and second, I tried to place an order to buy ETH on Monday morning and it just spun and no   12:43
offer was made and it cancelled – is that normal?

I think that if you tell me that you aren't holding your rainy day fund in Tether then that would make me feel pretty good     12:45

**H**     **Hanson – Genesis**     12:45
In reply to this message

No we do not work with the company Tether. We do facilitate trades in the name but hold no directional exposure

In reply to this message     12:45

Hmm was this an RFQ online? We can quote you right here in chat if you need

**SS**     **Steve Sokolowski**     12:46

not now – I only was willing to buy at the price then     12:46

if prices get close to $1k or lower I'll try again     12:46

**H**     **Hanson – Genesis**     12:46

Okay sounds good, OTC desk here in chat as well for future apologies on that

**SS**     **Steve Sokolowski**     12:46

thanks – we stay away from Tether at all costs and have always been suspicious of it     12:46

ok, I'll contact them here next time too if it fails on the website     12:46

**H**     **Hanson – Genesis**     12:46

Thanks Steve

16 June 2022

**SS**     **Steve Sokolowski**     12:44

hey hanson – I'm sure Genesis's balance sheets would look better with more fixed term loans, and I can pull in more bitcoins by clearing our BlockFi accounts, but I think the risk is really high right now and 4% seems more in line for a 3 month loan of 200 bitcoins

**H**     **Hanson – Genesis**     12:44

Hey Steve

Certainly appreciate that, would you be willing to meet at 3.75%?     12:45

**SS**     **Steve Sokolowski**     12:45

I only have authorization for 4 right now – I would need time on that     12:45

I'll have to get back to you later     12:45

**Hanson – Genesis**

**H**  Okay sounds good, we can do 4% for you                                              12:46

Want to make sure you are hitting your target rates in this environment                   12:46

Can you let us know how much you will be pulling from BlockFi?                             12:47

**SS**  Steve Sokolowski                                                                  12:47

5% for 3 months of ETH, converting about 90% of the existing loan?                        12:47

I need to calculate that – I think probably 2.5 or 3 more bitcoins – but I need to keep some   12:48
of them open-term in case we run short while mining

**H**  Hanson – Genesis                                                                   12:48

Okay, can you please confirm? Was under assumption this was 200 BTC

**SS**  Steve Sokolowski                                                                  12:49

oh, no we were talking about converting the existing loan and adding more

**H**  Hanson – Genesis                                                                   12:50
In reply to this message

ah okay sure thing, rerate current ~200 BTC on OT to 3 month FT 4%

just let us know the exact amount from blockfi because we need to send that TS for the new   12:51
balance

**SS**  Steve Sokolowski                                                                  12:52

ok, I will get you all these numbers shortly

before we talk about ETH, are you doing anything with staking and ETH?                     12:52

**H**  Hanson – Genesis                                                                   12:52
In reply to this message

We can do 5% here for 3 month FT on the ETH, again just let us know exactly numbers you want

In reply to this message                                                                  12:52

at this time no but we will look to support ETH staking out of our Cold Storage Custody product
post merge

**SS**  Steve Sokolowski                                                                  12:52

no actually that's the answer I wanted

I wanted to make sure none of the ETH I'm giving you is staked                             12:53

**H**  Hanson – Genesis                                                                   12:53

ah okay haha yes we have zero exposure to stETH

We are not taking your ETH and staking it to generate yield    12:53

**Steve Sokolowski**    12:53

which to me seems to be the root cause of all the problems right now, because people were dumb and didn't realize the merge wouldn't unlock it

what is the best rate you can do for dollars? if it's long term I need much higher because the    12:54
Fed is going up

**Hanson – Genesis**    12:55
In reply to this message

What rate hurdle do you have here say for 3 month FT

**Steve Sokolowski**    12:56

if the Fed raises rates 2% total over 3 months, that means I need 2% more, or 11.5%

otherwise I might as well just pay off my debts to Wells Fargo    12:56

**Deleted Account**    12:57

We can do 11.5%

**Steve Sokolowski**    12:58

ok, give me a little time because I need to figure out the worst case scenario for our payroll

we don't want to cause layoffs as a result of locking too much up    12:58

**Deleted Account**    12:58

okay makes sense let us know

**Steve Sokolowski**    12:58

thx, will get back to you soon

and would you be willing to commit to those rates for a longer term?    13:06

not the USD rates, because that would need to be higher    13:06

but the other two    13:06

**Deleted Account**    13:06

preference would be to keep at 3 months ft

**Steve Sokolowski**    13:07

ok

**Steve Sokolowski**    13:28

to clarify, the interest is still paid monthly, so the coins can be sold for the taxes immediately?

or does the interest get paid at the end of the loan?                                13:28

**Deleted Account**                                                                  13:29
interest is paid monthly

**Steve Sokolowski**                                                                 13:29
thx

**Steve Sokolowski**                                                                 14:35
ok, these deals sound good in principle, but we won't have enough information to sign today, so hopefully you'll still be available tomorrow

I apologize for the delay, our finance manager is calculating expenses and there are        14:36
withdrawal delays from Ledn and BlockFi

we don't want any withdrawals today so it's to your benefit anyway – have a good evening!    14:37

**Hamill**                                                                           14:45
have a good evening @SteveSokolowski

17 June 2022

**Steve Sokolowski**                                                                 06:57
good morning – I'm ready to deal with the ETH now – if you can do 1550 at the 5% 3-month rate discussed yesterday, and keeping the other 84 or so at the current 2.5% open-term rate, send me the sheets and we can sign that

**Deleted Account**                                                                  08:06
Morning Steve

Sounds good will send you a termsheet                                                08:06

27 June 2022

**Steve Sokolowski**                                                                 08:01
good morning! for whoever deals with this, is it possible to set a ratio of 0.37 of our bitcoin payouts wired to our bank account, with all other bitcoin interest and other coin interest in-kind?

if your system doesn't support that, I understand                                    08:01

if there's an automated way to do it, then I don't have to contact your withdrawals team and  08:02
waste their time every month to do that second step

**Deleted Account**                                                                  08:03
not something we're able to facilitate at the moment

**SS**  **Steve Sokolowski**                                                    08:04

ok, no problem

so how is our bitcoin interest being paid right now?                          08:04

if everything is in-kind, then that's what I want                            08:05

I can take care of the rest                                                    08:05

**Deleted Account**                                                            08:20

in-kind

**SS**  **Steve Sokolowski**                                                    08:22

everything's good then, thanks for your help

28 June 2022

Steve Sokolowski invited Michael Steward

**SS**  **Steve Sokolowski**                                                    08:56

FYI, I added Michael Steward, an employee who I allowed to keep his paychecks earning interest

**H**  **Hanson – Genesis**                                                     08:56

Hi Michael nice to meet you

**MS**  **Michael Steward**                                                     08:58

Hi nice to meet everyone

**H**  **Hamill**                                                               08:59

nice to meet you Michael

29 June 2022

**SS**  **Steve Sokolowski**                                                    15:14

I'll be sending a relatively large withdrawal request of $104,371.31 for this month's bills to the operations address

unfortunately, we took a huge hit from Celsius and need to cover that loss :( 15:14

will have that for you first thing in the morning                            15:15

**Deleted Account**                                                            15:16

sorry to hear that. We will have out tomorrow morning

**Deleted Account**                                                            16:56

email seen we will have out tomorrow

**Steve Sokolowski**                                                    17:00

thx, have a good night

**Deleted Account**                                                     17:05

you too

**Steve Sokolowski**                                                    21:52

I sent a new message to the operations address reducing the amount required by $12039

otherwise, I responded to Jonathan who was sending a test tx – have a good night    21:52

**Hanson – Genesis**                                                   21:53

Thanks Steve

                                  30 June 2022

**Steve Sokolowski**                                                    06:47

I tried to respond to JOnathan and your mailserver returned the following error:       06:47

"<JYong@Genesistrading.com>: host
us-smtp-inbound-1.mimecast.com[205.139.110.141] said: 550 Administrative
prohibition – envelope blocked –
https://community.mimecast.com/docs/DOC-1369#550
[_wZkxaB2MumXn86n_mz_-w.us26] (in reply to RCPT TO command)"

but I still believe the operations@genesiscap.co address received the new amount, let me    06:47
know if not

**Hamill**                                                             07:07

In reply to this message

Morning @SteveSokolowski checking with team here

**Steve Sokolowski**                                                    07:47

in the notes for that error message, the directions are " Delete or modify the Blocked Senders
policy to exclude the sender address."

so your mailserver must be configured to reject my messages to Jonathan              07:47

**Hamill**                                                             07:48

I see an email at 9:52 from you

**Steve Sokolowski**                                                    07:48

yes, operations@genesiscap.co seems to receive them fine

it's only to personal addresses on that server                                    07:48

**Hamill**                                                                         07:49
got it

call amount $25,058.41 correct?                                                    07:49

**Steve Sokolowski**                                                               07:50
yes

for USDC                                                                           07:50

**Hamill**                                                                         07:50
got it. we'll send USDC

**Deleted Account**                                                                08:50
usdc test txid

███████████████████████████████████████████████
███████████████████ba07

**Steve Sokolowski**                                                               08:54
looking now

received ✅                                                                         09:07

**Deleted Account**                                                                09:09
ty bal out shortly

**Deleted Account**                                                                09:59
usdc txid

███████████████████████████████████████████████
███████████████████be8f

**Steve Sokolowski**                                                               10:05
thx, received

and wire received too, thx                                                         10:06

**Deleted Account**                                                                10:06
np

14 July 2022

**Steve Sokolowski**                                                               11:21

hey, I just wanted to check in and see whether you are open to renegotiation on the USDC interest rates – we negotiated the current rates when the Fed's rate was zero, and now it's going to be at least 2.5% higher

the debt I'm holding at Wells Fargo is going to approach the rate you're offering next week    11:24

**Deleted Account**    11:24

Hey Steve, you're actually well above our current rates that we are showing to most folks

11:24



Here are our current rates for color    11:24

If you would like to lock up the funds for 12 months happy to show you 100bp improvement to the card    11:25

**Steve Sokolowski**    11:25

hmmm, that's a big commitment because the Fed could go up more than 1%

ok, well thanks – I'll evaluate what they do in July and decide whether it's better for me to just pay down my debt    11:25

**Deleted Account**    11:26

sounds good

18 July 2022

**Steve Sokolowski**    12:17

hey, just wanted to pass this information on in case you aren't aware of it

there's all these rumors about Coinbase    12:17

Coinbase recently stopped processing our 2000 payouts with 3 day "security holds"    12:17

this just started this weekend and no support person seems to know why these holds are occurring, and our account didn't change    12:17

you can take that for what it's worth, but I thought it might be useful for you to know    12:18

**Reed Werbitt**    12:18

Thanks for the color Steve    12:18

bau on our end regarding CB    12:18

but appreciate the heads up                                                         12:18

### 28 July 2022

**Steve Sokolowski**                                                                10:40

I sent tomorrow's payroll of 64500 to your E-Mail address; don't process it today, but you have the information in case you need to take action before tomorrow – thanks!

**Deleted Account**                                                                 10:42

noted thanks

### 29 July 2022

**Deleted Account**                                                                 08:00

will have this out today

**Steve Sokolowski**                                                                08:01

thanks!

**Deleted Account**                                                                 12:13

sent with ref # 20220729MMQFMPUR000762

**Steve Sokolowski**                                                                12:30

thanks again!

### 11 August 2022

**Steve Sokolowski**                                                                12:20

quick question – is it an option with you to extend the term of an existing loan at a higher rate before expiration?

or, do you want all loans to expire before negotiating a longer term?                12:21

**Deleted Account**                                                                 12:22

Hey Steve, we would need to wait until expiration to negotiate a new loan

**Steve Sokolowski**                                                                12:23

ok, no problem

### 24 August 2022

**James Webster**                                                                   13:53

Hello, I'd like to get some help to answer a question about interest accrued in June.

**Deleted Account**                                                        13:54

Hey James– how can we help

**James Webster**                                                          13:54

I see that in June, there was interest accrued on BTC loans.

The June 30 statement says 0.30360589 BTC interest and $4,108.72 USD interest    13:55

*Deleted invited Deleted Account*

**James Webster**                                                          13:56

On the July 31 statement, I see that a new BTC loan originated (Loan 157392 for 0.30360589 BTC)

However, I am not able to find a new USD loan for $4,108.72                 13:56

And I am not able to figure out where that USD ended up.                    13:57

**Deleted Account**                                                        13:58

we'll take a look and come back here shortly

**James Webster**                                                          13:58

Thanks!

**Deleted Account**                                                        14:11

Hey James not seeing the USD figure you mentioned in the july statement

📄 **Statement_Cryptocurrency Management LLC_July2022_All.pdf**             14:11
   Not included, change data exporting settings to download.
   199.9 KB

**James Webster**                                                          14:13

I'm looking at the June 30 statement (not July)

*Hanson – Genesis converted this group to a supergroup*

*Cryptocurrency Management LLC <> Genesis converted a basic group to this supergroup «Cryptocurrency Management LLC <> Genesis»*

**Deleted Account**                                                        14:38

Hey James. Apologies, looks like this compound was missed. We will update now and make the necessary changes to July as well.

**James Webster**

JW **Great, thank you!**  14:39

**Deleted Account**  15:08
No problem, should be all set now. Let me know if you have any other questions

26 August 2022

SS **Steve Sokolowski**  11:33
hi guys – it looks like BlockFi is willing to offer 3% open term on ETH

we have an additional 60+ ETH and would make a withdrawal of our ETH here  11:33

are you willing to match that or should I request a withdrawal?  11:33

11:35
📄 **image_2022-08-26_11-35-45.png**
Not included, change data exporting settings to download.
105.5 KB

**Deleted Account**  11:36
hey @SteveSokolowski

SS **Steve Sokolowski**  11:38
hey Chris – to clarify, I either want to call loan 156358, or raise that to 3% and add an additonal 60 or so

H **Hamill**  11:38
hey @SteveSokolowski we cant match that at the moment, we'd pass at that level.

SS **Steve Sokolowski**  11:39
ok, in that case I'll send you an E-Mail after confirming with my brother

thanks  11:39

H **Hamill**  11:40
sounds like a plan

SS **Steve Sokolowski**  11:52
to clarify, if Genesis is borrowing ETH at the time of the merge and a fork occurs, I would have to withdrawal to be entitled to those forked coins?

I guess that is just a general question on how you handle all forks, including those on bitcoin  11:53

**Hanson – Genesis**

**H** Hey Steve                                                                                    11:54

in the MBA we outline what happens/occurs during forks                                            11:55

believe it is section 5                                                                           11:55

**SS** Steve Sokolowski                                                                           11:55

I'm assuming that since you don't have the coins there is no way you could offer coins            11:55

in forks                                                                                          11:55

**H** Hanson – Genesis                                                                            11:55

basically its related to trading volume + market cap of the fork                                  11:55

**SS** Steve Sokolowski                                                                           11:55

ok, I'll read that, thx                                                                           11:55

oh, that's surprising to me, I thought that since you lend out the money you wouldn't be           11:55
able to get the forked coins anyway

**H** Hanson – Genesis                                                                            11:56

We will be actively working with both lenders + borrowers in the event that our clause is triggered   11:56
in both our legal docs

Expecting a busy but smooth week or so if/when it occurs                                           11:56

**SS** Steve Sokolowski                                                                           11:57

ok, thanks for the info                                                                           11:57

**H** Hanson – Genesis                                                                            11:58

Not a problem, let me know if anything else I can help with                                        11:58

                                        29 August 2022

**SS** Steve Sokolowski                                                                           10:49

I forwarded this month's payroll to operations                                                    10:49

I'll have the ETH withdrawal to BlockFi tomorrow or Wed                                            10:50

thanks!                                                                                           10:50

**●** Deleted Account                                                                             10:51

thanks

**●** Deleted Account                                                                             11:11

we sent a test to

█████████████████████████████████████████████████████ 29e9

txid is

███████████████████████████████████████████████████████████
████████████████████████ 854f

**Steve Sokolowski**                                                    11:11

thanks, checking

confirmed ✅                                                            11:19

**Deleted Account**                                                    11:23

bal txid

███████████████████████████████████████████████████████████
████████████████████ 892c

usd sent as well with ref # 20220829MMQFMPUR002096                      11:25

**Steve Sokolowski**                                                   11:27

thx – it's amazing that you provide such quick service, nobody else comes even close

**Deleted Account**                                                    11:27

much appreciated!

30 August 2022

Reed Werbitt removed Reed Werbitt

31 August 2022

**Steve Sokolowski**                                                   14:08

I sent the withdrawal request for the open term ETH

should have it in your inbox                                            14:09

**Deleted Account**                                                    14:21

Hey Steve, see the email

we'll start working on this now                                         14:21

**Steve Sokolowski**                                                   14:21

thx

**Deleted Account**                                                    14:52

Hey Steve, could you please upload
████████████████████████████████████████████████████0c9b
as a lending settlement address on Prime?

**Steve Sokolowski**                                                              14:52

sure, will do that shortly

ok, done                                                                          14:58

**Deleted Account**                                                               15:09

Hey Steve, I see the 2.5% borrows as 84.02219280599 total units. Agree?

**Steve Sokolowski**                                                              15:12

there are some open term loans listed at a higher rate

the total number of open term loans was 84, I think, but the loans to be called are the loans   15:13
at lower than 3%

**Deleted Account**                                                               15:18

ok test out shortly

**Steve Sokolowski**                                                              15:18

thanks, will check

**Deleted Account**                                                               15:24

test txid

██████████████████████████████████████████████████████████
████████████████████████b4f8

**Steve Sokolowski**                                                              15:31

received ✅

**Deleted Account**                                                               15:31

you have a moment to speak on the phone?

**Steve Sokolowski**                                                              15:31

sure

📄 **image_2022-08-31_15-34-04.png**                                               15:34
Not included, change data exporting settings to download.
249.7 KB

**Deleted Account**                                                               15:38

ty for speaking bal out shortly

**Steve Sokolowski**                                           15:38
thanks again!

**Deleted Account**                                            15:45
bal txid
██████████████████████████████████████████████████
██████████████████████e138

6 September 2022

**James Webster**                                              16:39
Hello, I have a question about the December 2021 statement. The discrepancy is very small but could result in our tax reporting not matching what Genesis reports so I'll ask the question.

On the Dec 2021 statement, there is "Accrued Interest" of 0.00001301 BTC.    16:40

However, this appears to have not been rolled into a new loan, and does not appear in the daily balance report.    16:40

So I don't know whether this should be considered a payment to CCM or not.    16:41

**Deleted Account**                                            16:45
checking

it looks like this was somehow missed    16:54

let us know an address and we can deliver to you    16:55

**Steve Sokolowski**                                           17:43
the money isn't a big deal; the issue is taxes, I think

what is reported    17:43

that money is just dust, so let's figure it out in the morning    17:46

**Deleted Account**                                            17:46
ok let us know

7 September 2022

**Steve Sokolowski**                                           08:15
hi Dan, with this money, it's just dust, so we're fine if it never existed

if it's never paid to us, and never reported to the IRS, then that's OK    08:16

I spent 300 hours last year on taxes, and an audit would cost us tens of thousands of dollars, so we just need to make sure that we can trace every transaction    08:17

it seems like your system already doesn't have the transaction in it, and if it doesn't, then no 08:17
action is required

at least you know now though if there is a bug that you need to address for others          08:17

**Deleted Account**                                                                            08:18

yes thank you for flagging this to us Steve. Let us know if any further assistance is needed

**Steve Sokolowski**                                                                           08:19

will do, thx

12 September 2022

**Steve Sokolowski**                                                                           10:09

good morning, Hanson, or whomever this might be best addressed to – I'd be interested in a brief
call to discuss the renewal of the ETH loan whenever someone has time

as well as the Sep 20 bitcoin loan, too                                                        10:09

**Hanson – Genesis**                                                                           10:10

Hi Steve

good morning to you as well                                                                    10:10

happy to chat, did you have some specific questions in mind? on an internal call at the        10:10
moment but can call you at 11am ET if that works

**Steve Sokolowski**                                                                           10:11

sure, that's fine, no rush

I want to discuss staking and blockfi as alternatives in particular                            10:11

and want to get an idea of your rates and, if they are less, the advantages of you             10:11

because those Coinbase ETH tokens are actually trading below market rate now                   10:12

anyway, talk to you at 11                                                                       10:12

15 September 2022

**Steve Sokolowski**                                                                           14:26

I was reading BlockFi's "transparency reports" – does Genesis have a report like that published
anywhere?

**Hanson – Genesis**                                                                           14:28

Hey Steve

Are you referring to their Q2 quarterly report?                                                14:28

**Steve Sokolowski**                                                  14:29

yes, articles like this one: https://blockfi.com/blockfi-transparency-report-Q2-2022

**Hanson – Genesis**                                                  14:29

We also publish those https://genesistrading.com/about/quarterly-reports/ which provides more insight into our business in addition to the conversations that you and I have had over the last few months

**Steve Sokolowski**                                                  14:29

ah, great, that's what I'm looking for, thanks

**Hanson – Genesis**                                                  14:29

No worries

Looks like they started to publish them recently, we have been producing those since 2018    14:30
which you can see on that link above on our site

**Steve Sokolowski**                                                  14:30

yep, I understand, I'm just reading the reports from Ledn and BlockFi and think I know what yours generally say, but just wanted to read the actual document

20 September 2022

**Hanson – Genesis**                                                  07:39



Hi @SteveSokolowski good morning. For the expiring BTC loan we can roll at these updates    07:40
rates here if any cares

Please let us know how you would like to proceed, thank you!                                07:40

**Steve Sokolowski**                                                  07:45

are those the absolute best rates you can do?

unfortunately, you are being outbid by Ledn and BlockFi                                      07:45

**Deleted Account**                                                   07:46

what are you seeing away?

**SS**    Steve Sokolowski        07:51

📄 **image_2022-09-20-07-51-12.png**
Not included, change data exporting settings to download.
108.3 KB

**Deleted Account**        07:58

can match on the 3 month if you have cares there

**SS**    Steve Sokolowski        08:03

ok, if you can give me until my brother gets up around 1pm, could I get back to you this afternoon?

**Deleted Account**        08:06

that works thanks Steve

**SS**    Steve Sokolowski        08:12

great, talk to you then

hey Griffin, you said that you can't match BlockFi for the longest term, but could you come close – like they said 6.75, so could you do 6.25% at a year?    08:24

**Deleted Account**        08:29

hard to get there, could do 5% for 12 months

**SS**    Steve Sokolowski        08:30

ok, thanks will discuss and get back to you this afternoon

**SS**    Steve Sokolowski        11:34

Griffin, do your contracts have an early termination with penalty clause, like BlockFi's do?

**Deleted Account**        11:35

Will take a look. Typically there is no ability to break the loan early

**SS**    Steve Sokolowski        11:36

ok, please do – thanks

I'm talking about the year-long term in particular    11:36

**Deleted Account**        11:56

confirmed there is no ability to break the loan prior to expiration

Steve Sokolowski

**SS** ok, thanks                                                                            11:56

**Deleted Account**                                                                          11:56
np

21 September 2022

**Steve Sokolowski**                                                                         07:45
I want to apologize for the delay; we have calls with BlockFi and Ledn today and anticipate making a decision on the bitcoins today – if you can give us until the end of the day today, I promise I will be able to tell you one way or the other

**Deleted Account**                                                                          07:45
sure thing no issue

**Steve Sokolowski**                                                                         10:28
Griffin, I had a few questions for you about Genesis's books – would it be easier to talk to you over the phone for five minutes, or did you want me to ask them here?

it might be easier to speak rather than just go back and forth here for a long time     10:28

**Deleted Account**                                                                          10:29
Hey Steve, sure happy to chat

**Steve Sokolowski**                                                                         10:30
maybe just give me a Telegram call

26 September 2022

**Deleted Account**                                                                          07:19
Hi Steve, see your email

**Steve Sokolowski**                                                                         07:19
thx

**Deleted Account**                                                                          07:19
can you please add ██████████████████████████████████████7h5B as a lending settlement address on Prime?

**Steve Sokolowski**                                                                         07:19
sure, will do now

ok, added                                                                                    07:25

**Deleted Account**                                                          08:53

test txid

██████████████████████████████████████████████████
███████████████bbd2

**Steve Sokolowski**                                                          08:53

thx, checking

**Steve Sokolowski**                                                          09:09

just waiting on my contact to get into the office; she normally arrives at 9:45, to be absolutely sure it's the right address

things seem fine but with so much money want to double-check, will get back to you shortly                                                          09:09

**Deleted Account**                                                          09:10

ok sure

**Steve Sokolowski**                                                          10:40

approved ✅

**Deleted Account**                                                          10:48

thanks for speaking. Will let you know once balance is out

txid                                                                          10:53

██████████████████████████████████████████████████
███████████████c21d

**Steve Sokolowski**                                                          10:54

they report it as received

thx for your help                                                             10:54

**Deleted Account**                                                          10:54

np

29 September 2022

**Steve Sokolowski**                                                          12:56

could you send me one of your rate images?

**Conor M – Genesis**                                                          12:57



Hi Steve – please see above

**Steve Sokolowski**                                                                                    12:57

thx

these rates change on Mondays, right?                                                                    12:57

**Deleted Account**                                                                                     12:58

yes

**Steve Sokolowski**                                                                                    12:58

great, thanks, I may get back to you tomorrow to negotiate

have a great afternoon                                                                                   12:58

**Deleted Account**                                                                                     12:58

sounds good you too Steve

Michael Paleokrassas removed Michael Paleokrassas

Matt Ballensweig removed Matt Ballensweig

4 October 2022

**Steve Sokolowski**                                                                                    10:03

in light of your Telegram security issues, you might want to consider researching Mattermost for your clients

Hanson – Genesis removed Deleted Account

Hanson – Genesis removed Deleted Account

Hanson – Genesis removed Deleted Account

Hanson – Genesis removed Deleted Account

Hanson – Genesis removed Deleted Account

Hanson – Genesis removed Deleted Account

**Hanson – Genesis**                                                                    10:03

Thanks Steve

**Steve Sokolowski**                                                                    10:03

we use it in our business and you can guarantee that nobody else could get access

it's basically like Telegram but is free and can be hosted internally              10:04

just a suggestion for the engineers                                                 10:04

**Hanson – Genesis**                                                                    10:05

Will convey that on to our security/tech team, appreciate it. In the interim here please be extra vigilant for all communications with our team and we will be in touch going forward with further updates. If you have any questions it would be best to direct them here to main chat (not DM's) or sales@genesistrading.com

**Steve Sokolowski**                                                                    10:06

ok, no problem

6 October 2022

**Steve Sokolowski**                                                                    10:21

hi – could you send me one of your rate images, particularly 1–3 month loans for ETH?

**Hanson – Genesis**                                                                    10:21

Hey Steve

                                                                     10:21

Here is our current rate chart

**Steve Sokolowski**                                                                    10:22

thx

**Hanson – Genesis**                                                                    10:22

No problem, best bid for 6 month duration across BTC/ETH at the moment

**Steve Sokolowski**                                                   10:22

yeah, we're glad we got that for a year last week

I realized our payroll only occurs once per month and therefore there's no reason to have     10:22
OT loans on ETH when they could be 1 month

I'll do math and get back tomorrow                                     10:22

**Hanson – Genesis**                                                   10:23

Sounds good

11 October 2022

**Steve Sokolowski**                                                   09:58

hi Hanson, could you send me this week's rate image?

**Hanson – Genesis**                                                   09:59

hey Steve

                                                                       09:59



**Steve Sokolowski**                                                   09:59

thanks!

**Hanson – Genesis**                                                   09:59

Best bid for 9 month BTC and 6 month ETH

Let us know if any cares there or rate/durations you had in mind as you are assessing the     10:00
market

**Steve Sokolowski**                                                   10:00

your rates for those terms are exceptional and we would take them – but the problem is that you
and BlockFi have different yield curves

this is business money that might be needed in 3 months                 10:01

they don't pay as well for the long term loans                         10:01

**Hanson – Genesis**

**H**  where are you seeing the 3 month loans?                                      10:01

In reply to this message                                                          10:01
understood np

**SS**  Steve Sokolowski                                                           10:01
I asked Erin if anything changed since last week

let me get her latest rates and will get back to you                              10:02

**H**  Hanson – Genesis                                                            10:03
Sure thing no rush, appreciate it Steve

Hanson – Genesis invited Deleted Account

**SS**  Steve Sokolowski                                                           11:59

📄 **image_2022-10-11_11-59-23.png**
Not included, change data exporting settings to download.
42.9 KB

I think that 3 months is probably the longest we can go with this business money   11:59

so you can see that you probably would negotiate higher for the 6 month terms but your   12:00
lower terms aren't as competitive

**H**  Hanson – Genesis                                                            12:03
understood, thanks for the color Steve its very appreciated

not sure we will be able to match 4.5% for a 3 month FT on BTC/ETH, those are high rates   12:05

**SS**  Steve Sokolowski                                                           12:57
ok, thanks

I'll keep asking for images every week                                            12:57

Hamill invited Leroy–exgenesis

18 October 2022

**H**  Hanson – Genesis                                                            15:01

Hey @SteveSokolowski good afternoon, sending along our latest rate card for your reference. Continue to be best bid for that longer term duration but have seen a healthy clip higher overall if you have any cares along the curve

**Steve Sokolowski**                                                                                                       16:03

thx – I am in a meeting right now but will discuss this and talk tomorrow

**Hanson – Genesis**                                                                                                       16:48

Sounds good Steve thank you!

20 October 2022

**Steve Sokolowski**                                                                                                       09:24

hi Hanson – unfortunately, BlockFi still beats you just barely for the 3 month loans; however, if you want to increase the term for all the ETC to 1 month at 9%, you can send a term sheet

**Hanson – Genesis**                                                                                                       09:26

Hey Steve, are you asking about ETH or ETC?

**Steve Sokolowski**                                                                                                       09:26

ETC

**Hanson – Genesis**                                                                                                       09:26

We aren't looking to do fixed term loans for ETC

**Steve Sokolowski**                                                                                                       09:26

ok

with the ETH, I'll wait for a little higher, if that comes                                                                 09:26

the longer terms for ETH are exceptional                                                                                   09:27

**Hanson – Genesis**                                                                                                       09:27

Sure, what is your hurdle rate? How many units are you looking to lend out

**Steve Sokolowski**

**SS**  give me a minute                                                                    09:27

**H**  **Hanson – Genesis**                                                                 09:27
Sure thing no rush

**SS**  **Steve Sokolowski**                                                               09:30
before I or you do a lot of math I think that I could make money by paying an early termination fee to BlockFi and taking your 5 month loans somewhere above 7%

is that anywhere close?                                                                       09:30

for ETH, that is                                                                             09:30

**H**  **Hanson – Genesis**                                                                 09:30
How many units are you thinking here?

**SS**  **Steve Sokolowski**                                                               09:30
need to login, hold on

ok, so I would need to talk with my brother and would need to do careful math, so this isn't  09:34
a commitment, but my guess is that 7.5% for 300 at 5 months would be enough to offset the
BlockFi termination fee

**H**  **Hanson – Genesis**                                                                 09:35
Thanks Steve let us discuss and get back

**SS**  **Steve Sokolowski**                                                               09:37
I might even be willing to allow your trading desk to trade some of the other coins earning lower
rates into ETH at that rate

**H**  **Hanson – Genesis**                                                                 09:40
What coins are you looking to trade?

**SS**  **Steve Sokolowski**                                                               09:41
the dogecoins come to mind

but I would need to look at charts about that one                                            09:41

again just to be clear I need to do some calculations on taxes, etc                          09:41

**H**  **Hanson – Genesis**                                                                 09:48
Can you do 7.25% for 5 month? For that notional can improve slightly from the 6% shown on the
rate card

**Steve Sokolowski**

**SS** I sent out a message to BlockFi clarifying the penalty terms                                09:50

once I get a response I'll be able to reply to that                                                09:50

**Hanson – Genesis**                                                                                09:50
Okay sounds good, thanks Steve

**Steve Sokolowski**                                                                                09:50
obviously I'll only do this if I make money

so there may be a hard limit                                                                        09:50

**Steve Sokolowski**                                                                                10:46
ok, I got the response and it turns out that BlockFi counts partial months remaining in the loan as whole months for their penalty calculations, which means that I undercounted by 1% and the math doesn't work out until November 1

so if you're still offering these rates in two weeks, I'll be glad to reconsider                    10:46

**Hanson – Genesis**                                                                                10:48
Sounds good, will make sure to check in with you Nov 1, thanks as always Steve

Let us know if we can help with anything                                                            10:48

**Steve Sokolowski**                                                                                10:48
no problem, have a great day

**Hanson – Genesis**                                                                                10:48
you too!

**Steve Sokolowski**                                                                                15:55
hey Hanson, just thought of something, I had figured that you weren't interested in smaller amounts of ETH, like 100

because we do have open term loans for that amount and could crunch number for small                15:56
amounts like that

oops – scratch that; I made an error, looks like we need to keep that open term, so I'll get          16:06
back to you on Nov 1

**Hanson – Genesis**                                                                                16:08
Okay no worries

Thanks Steve will revisit 11/1                                                                      16:08

31 October 2022

**Steve Sokolowski** — 07:57

good morning! we're short on payroll by $10,000, so I'm going to send an E-Mail to you

**Deleted Account** — 08:29

Hey @SteveSokolowski see your email. We'll work on processing the withdrawal

*Deleted invited Deleted Account*

*Deleted invited Brian Nathan – Genesis*

**Steve Sokolowski** — 08:30

thx – with the dogecoin price increase, we may be back to giving you money as soon as next month, things are looking up

on an unrelated note, I wanted to share that I was a little disappointed about how Genesis handled the ETHW fork — 08:31

BlockFi gave us thousands of free dollars and Genesis paid out nothing — 08:31

and unfortunately how Genesis handled the fork would have to be considered in interest rates when comparing in the future — 08:31

just a suggestion for management for what it's worth, I know you don't have anything personally to do with it Griffin — 08:32

**Deleted Account** — 08:35

Let me look into this and revert

**Steve Sokolowski** — 08:36

oh, well thanks for that, I didn't expect you would be able to do anything

I think they were able to get like $7 for each coin, so I was wondering what Genesis did with the money, perhaps it just goes into general funds — 08:37

**Hanson – Genesis** — 10:24

Hi @SteveSokolowski

**Steve Sokolowski** — 10:24

hey Hanson

**Hanson – Genesis** — 10:25

(c) *Lender's Right to New Tokens*

Lender will receive the benefit and ownership of any incremental tokens generated as a result of a Hard Fork in the Digital Currency protocol or an Applicable Airdrop (the "New Tokens") if following two conditions are met:

- *Market Capitalization*: the average market capitalization of the New Token (defined as the total value of all New Tokens) on the 30th day following the occurrence the Hard Fork or Applicable Airdrop (calculated as a 30-day average on such date) is at least 5% of the average market capitalization of the Loaned Assets (defined as the total value of the Loaned Assets) (calculated as a 30-day average on such date).
- *24-Hour Trading Volume*: the average 24-hour trading volume of the New Token on the 30th day following the occurrence the Hard Fork or Applicable Airdrop (calculated as a 30-day average on such date) is at least 1% of the average 24-hour trading volume of the Loaned Assets (calculated as a 30-day average on such date).

I will message you on the side here and can chat futher, but ultimately "ETHW" did not meet the criteria outlined in our MBA in which we would be obligated to send our ETH lenders the new token

**SS** **Steve Sokolowski**                                                                                        10:25

oh, I understand that you aren't obligated to give these tokens                                      10:25

I'm not asking you to give them                                                                                  10:25

I'm just saying that BlockFi did and it's a competitive advantage                                     10:25

so I just wanted to point that out for future reference because it was worth about 0.5%    10:27

you might want to suggest to management that they consider changing the policy, that was  10:28
all

anyway, thanks for looking into it                                                                              10:28

**H** **Hanson – Genesis**                                                                                             10:28

Understood, not sure how their legal documents are structured but also for your knowledge our arrangements with lenders/borrowers is symmetrical so we also were not receiving any tokens on the other side of our book when applicable

In reply to this message                                                                                          10:29

Which we discussed back in August prefork to alert you of what would and would not trigger

**SS** **Steve Sokolowski**                                                                                        10:29

ah, ok, so they probably kept the tokens                                                                     10:30

**H** **Hanson – Genesis**                                                                                             10:30

That is correct as we did not have legal recourse to them as ETHw ended up being less than 1% of the 30 day average of ETH so our clause did not trigger

on a market cap basis                                                                                              10:30

**SS** **Steve Sokolowski**                                                                                        10:31

ok, well thx for your clarification

**H** **Hanson – Genesis**                                                                                             10:32

no problem, for future in that section 5 of the MBA we also outline how we give you the right as the lender to terminate a loan if you are expecting a hard fork

even if it is FT                                                                                                          10:32

                                                                                                                            10:33

**(b)** <u>No Immediate Termination of Loans Due to Hard Fork</u>

In the event of a Hard Fork in the blockchain for any Loaned Assets or an Airdrop, any outstanding Loans will not be automatically terminated. <mark>Borrower and Lender may agree, regardless of Loan type, either (i) to terminate a Loan without any penalties on an agreed upon date</mark> (ii) for Lender to manage the Hard Fork on behalf of Borrower. Nothing herein shall relieve, waive, or otherwise satisfy Borrower's obligations hereunder, including without limitation, the return of the Loaned Assets at the termination of the Loan and payment of accrued Loan Fees, which includes the per diem amounts for days on which Borrower transfers Digital Currency to Lender and Lender transfers said Digital Currency back to Borrower pursuant to this section.

**(c)** <u>Lender's Right to New Tokens</u>

Lender will receive the benefit and ownership of any incremental tokens generated as a result of a Hard Fork in the Digital Currency protocol or an Applicable Airdrop (the "New Tokens") if following two conditions are met:
- *Market Capitalization*: the average market capitalization of the New Token (defined as the total value of all New Tokens) on the 30th day following the occurrence the Hard Fork or Applicable Airdrop (calculated as a 30-day average on such date) is at least 5% of the average market capitalization of the Loaned Assets (defined as the total value of the Loaned Assets) (calculated as a 30-day average on such date).
- *24-Hour Trading Volume*: the average 24-hour trading volume of the New Token on the 30th day following the occurrence the Hard Fork or Applicable Airdrop (calculated as a 30-day average on such date) is at least 1% of the average 24-hour trading volume of the Loaned Assets (calculated as a 30-day average on such date).

---

**Steve Sokolowski**     10:33

ah, I didn't know that – thanks

that makes me less worried about fixed term loans in the future     10:34

also got the message about the withdrawal – thanks     10:34

**Hanson – Genesis**     10:35

👍 👍 no problem thanks Steve, let us know if we can help with anything else

**Steve Sokolowski**     15:21

could you send me your rate image for this week?

**Hanson – Genesis**     15:24



**Steve Sokolowski**     15:25

thx

9 November 2022

**Steve Sokolowski**     16:38

just to confirm, your trading desk watches this chat after business hours?

or is there somewhere else I should contact?     16:38

**H**  **Hanson – Genesis**                                                    16:38
We are here Steve

**SS**  **Steve Sokolowski**                                                  16:38
ok, great, thx

**H**  **Hanson – Genesis**                                                    16:38
@Weekuo @MarcGenesis cover the APAC session

**SS**  **Steve Sokolowski**                                                  16:39
tonight looks like a night where fortunes may be made

**H**  **Hanson – Genesis**                                                    16:39
Might need a prefund of assets depending on the size of the trade

**SS**  **Steve Sokolowski**                                                  16:39
it would just be dollars to bitcoins

**GG**  **Greg Guttas Genesis**                                               16:39
In reply to this message
sir what are business hours in crypto

**SS**  **Steve Sokolowski**                                                  16:39
you already have open term loans

would there be a problem with that, if prices decline further asking you to trade those    16:40
dollars for bitcoins?

**H**  **Hanson – Genesis**                                                    16:40
Thats fine

Have you been able to get any assets off of BlockFi?                              16:41

**SS**  **Steve Sokolowski**                                                  16:41
they seem to be operating normally

**H**  **Hanson – Genesis**                                                    16:41
That is good

**SS**  **Steve Sokolowski**                                                  16:41
we took a tax withdrawal no problem yesterday

10 November 2022

**SS** **Steve Sokolowski** 22:04

what is your minimum trade size? 22:04

we need to do a lot of buying and selling quickly to rebalance our assets 22:04

because of the money we lost at BlockFi 22:04

**WK** **Wee Kuo** 22:05

Hi, 250k notional per clip

**SS** **Steve Sokolowski** 22:05

ok, will get back to you soon

**WK** **Wee Kuo** 22:05

sure, we'll be here

**SS** **Steve Sokolowski** 23:00

ok, thanks – we won't need to make any purchases because we are not insolvent 23:00

however, we will be closing most of our open term loans tomorrow 23:00

I'll send the withdrawal requests by E-mail 23:00

I know that you're not at fault for BlockFi, but our level of risk needs to be much lower now 23:00

have a good night 23:01

**H** **Hanson – Genesis** 23:02

Thanks Steve, talk to you in the morning 23:02

Let us know how we can help 23:02

11 November 2022

**SS** **Steve Sokolowski** 07:22

good morning, Hanson, or whoever is up

**GG** **Greg Guttas Genesis** 07:22

gm

how can we help? 07:22

**SS** **Steve Sokolowski** 07:22

can you confirm that you have no exposure to BlockFi?

**H** **Hanson – Genesis** 07:22

No exposure to BlockFi steve

**SS**  **Steve Sokolowski**                                                                    07:22

well, that's one good thing at least

before I make the withdrawal requests, are the open term rates for all of those coins the    07:23
best you can possibly offer?

if it would be easier for Hanson to call, I'm here                                              07:24

**H**  **Hanson – Genesis**                                                                     07:24
In reply to this message

What assets are you looking to withdraw

**SS**  **Steve Sokolowski**                                                                    07:25

we would withdraw everything we can

it's not your fault                                                                            07:25

it's just that we have no margin for error anymore                                             07:25

**H**  **Hanson – Genesis**                                                                     07:25

Please confirm the assets and units you are looking to withdraw and we can go from there

**SS**  **Steve Sokolowski**                                                                    07:25

ok, will get that together now, I need to add addresses

does Genesis or Digital Currency Group have a division that makes investments?                07:26

like someone who might be interested in investing in or acquiring our mining pool             07:26

**H**  **Hanson – Genesis**                                                                     07:26

Not at this time but will keep it in mind, our sister company Foundry runs the worlds largest BTC
mining pool

**SS**  **Steve Sokolowski**                                                                    07:27

ah, ok, maybe I'll send them an E-Mail to see if they were looking to expand into other coins,
because we get all our money from mining litecoins/dogecoins, and GPU coins

**H**  **Hanson – Genesis**                                                                     07:29

at the momen they are only focused on BTC but not sure their long term direction

**SS**  **Steve Sokolowski**                                                                    07:29

ok, understandable

the pool is profitable – it just has a low reserve for PPS mining                             07:29

**Hanson – Genesis**

**H**  Hi team good morning —  08:35

I wanted to reach out and highlight an email we've sent through to our client base providing an update on our current balance sheet as we position Genesis for its next phase of growth.

**While the operation of our lending and trading businesses have not been impacted by recent market events, Genesis has taken steps to strengthen its balance sheet with an additional equity infusion of $140M from our parent company, Digital Currency Group.**

This additional capital will bolster our position as a global leader in crypto capital markets and allow us to support our clients and the growing demand for our services.

Genesis continues to operate with transparency as we always have, and we remain steadfastly committed to our clients throughout all market conditions.

Please let us know if you have any questions today, thank you.

**SS**  Steve Sokolowski  08:43

thx Hanson  08:43

we're not worried that Genesis is going under  08:43

we just need money because BlockFi went under  08:43

so I have a dogecoin address I'm adding now – I assume that there isn't much demand above the 1.5% you're offering, right?  08:43

**SS**  Steve Sokolowski  09:33

ok, I sent the E-Mail

**CM**  Conor M – Genesis  09:34

Hey Steve – see you here

**SS**  Steve Sokolowski  09:35

it's a sad day today Conor :(

I hate having to do this to Genesis, which had nothing to do with all of these incidents  09:35

**BN**  Brian Nathan – Genesis  10:19

DOGE test is out, TXID:

██████████████████████████████████████
████████████████████1946

**SS**  Steve Sokolowski  10:20

checking

Steve Sokolowski

**SS**  ok, confirmed ✅  10:37

well, the tx isn't confirmed on the chain, but it's the right address  10:38

**BN**  Brian Nathan – Genesis  10:40

TY. are you available for a quick voice confirm at 8146009800?

**SS**  Steve Sokolowski  10:43

sure

**BN**  Brian Nathan – Genesis  10:45

Thanks for the quick chat. as discussed, we will get this balance out for you shortly and confirm TXID here in chat

**SS**  Steve Sokolowski  10:45

thanks a lot!

**BN**  Brian Nathan – Genesis  10:58

DOGE balance is out, TXID:
████████████████████████████████████████████
█████████████████68b7

**SS**  Steve Sokolowski  10:58

thanks a lot!

**●**  Deleted Account  15:55

see the email for LTC and ETC addy will get a test out now

**SS**  Steve Sokolowski  15:55

thanks!

**●**  Deleted Account  16:13

tests are out tx ids below:
ltc–
████████████████████████████████████████████
█████████████████c5db
etc–
████████████████████████████████████████████
█████████████████1c81

**SS**  Steve Sokolowski  16:19

received ✅, and I'm here for a confirmation call

wait hold on  16:19



just want to check that this Ledger synchronization error is their error — 16:19

**Conor M – Genesis** — 16:20
Sounds good
will hold for now — 16:20

**Steve Sokolowski** — 16:25
ok, ready
Ledger is so overloaded that their block explorer servers are offline — 16:25

**Deleted Account** — 16:25
thanks will call now
thanks for the chat will get the rest out now — 16:27

**Steve Sokolowski** — 16:27
thank you!

**Deleted Account** — 16:33
coins are out tx ids below:
ltc–
██████████████████████████████████████████████
████████████████████████b016
etc–
██████████████████████████████████████████████
████████████████████████0870

13 November 2022

**Steve Sokolowski** — 09:38
sent out an E-Mail about a small withdrawal whenever you process it tomorrow
also, if Griffin is here, could he send me a message directly? I'm trying to locate a conversation we had on September 30 about Zac Prince – thanks! — 09:40

**Deleted Account** — 09:40
hey @SteveSokolowski

**Steve Sokolowski** — 09:41
basically I just want to find the Telegram chat where I told Griffin that Prince personally convinced me to not sign a large BTC loan to Genesis
so any help he can provide would be appreciated! — 09:41

**Deleted Account**                                                    09:43
Seeing the following:
0.97220093 BTC
10.94688532 ETH

**Steve Sokolowski**                                                   09:43
that sounds right

**Deleted Account**                                                    09:45
In reply to this message
could you upload these addresses to prime? we can get this out today

**Steve Sokolowski**                                                   09:45
they should already be there

I did that before sending it                                            09:45

**Deleted Account**                                                    09:46
see them both uploaded now ty

will have a test sent out shortly for the BTC and BAL for the ETH      09:46

**Steve Sokolowski**                                                   09:46
ok, great

**Deleted Account**                                                    09:57
ETH is out tx id –
████████████████████████████████████████████████
████████████████████████0846

BTC test is out tx id –                                                09:57
████████████████████████████████████████████████
████████████████████dcb9

**Steve Sokolowski**                                                   09:58
received both

**Deleted Account**                                                    09:59
thanks mind if i give you a call at your number on file to confirm?

**Steve Sokolowski**                                                   09:59
sure, getting phone now

**Deleted Account**                                                    10:00

will give you a ring now

thanks for the chat will get the rest out now                                    10:02

**Deleted Account**                                                               11:50

btc is out –

████████████████████████████████████████████████████████████

████████████████████8f54

**Steve Sokolowski**                                                              11:51

got it – thanks, and have a great weekend

**Deleted Account**                                                               11:51

thanks you too

15 November 2022

**Steve Sokolowski**                                                              08:47

good morning! just want to confirm that you're working on that withdrawal request for the dollars from Thursday

it was a bank holiday on Friday, so I assumed you were probably held up by that    08:47

16 November 2022

**Steve Sokolowski**                                                              11:19

hey guys, I'm just trying to get an update because we need to decide whether to make layoffs ASAP

are you able to say whether there is any realistic chance of avoiding bankruptcy?  11:19

**Hanson – Genesis**                                                              11:19

Hey Steve, we have currently suspended all withdrawals

**Steve Sokolowski**                                                              11:19

hey hanson

**Hanson – Genesis**                                                              11:19

We had sent out an email last night inviting clients to join a call with our CEO this morning. The subsequent tweet outlined the current situation to recap what was said but at this time our management team has taken the decision to pause withdrawals in light of current market conditions

https://twitter.com/GenesisTrading/status/1592867198900768769?                    11:20
s=20&t=SU3bXSFcOTFHmkW90iLfEQ

**Steve Sokolowski**                                                                    11:20

I saw that – thanks

my problem is that with BlockFi and Celsius having also failed, we have no money    11:20

so we need to know immediately whether I can make payroll                            11:20

so I'm just hoping you can say whether Genesis is likely to go bankrupt because I don't want   11:21
to do layoffs and then find out that Genesis is solvent after all

**Hanson – Genesis**                                                                 11:21
In reply to this message
We have been actively monitoring the ongoing situation and this week as market conditions
continued to deteriorate post FTX/Alameda fraudulent activity the liquidity within the global
crypto credit markets was impacted. We are taking as many steps as we possibly can trying to
come to a solution and have been told by our management team to be able to provide an updated
path forward to clients by next week

We are currently working with a few external parties on path forward                 11:21

**Steve Sokolowski**                                                                 11:23

hmmm, we don't have until next week to make this decision

**Hanson – Genesis**                                                                 11:23

I hope you can trust us when we say we truly sympathize with the current situation, this has been
an incredibly difficult time in the overall market and we are doing our best to serve our clients
with the information we have on hand as we navigate through it all

I can confirm that we are not proceeding with any withdrawal requests at this time   11:23

if that can help you come to a decision that you may or may not have to take         11:23

**Steve Sokolowski**                                                                 11:24

ok, so then maybe you can help with this

you'll be in default of your loan on Friday                                          11:24

that means you will have to pay 1% per day after that , if Genesis doesn't declare   11:24
bankruptcy, right?

**Hanson – Genesis**                                                                 11:26

I have asked our legal team to provide additional clarity on that point

**Steve Sokolowski**                                                                 11:26

thanks!

**Steve Sokolowski**                                                                 12:41

would Genesis be interested in negotiating a termination of the fixed-term loans with us, where we would sign a contract that you owe us nothing beyond the principal, and the future interest can then be removed from your books as a debt?

**H**  **Hanson – Genesis**                                                                                12:42

At this time we are not breaking any fixed term loans inlight of our current stance of pausing withdrawals

**SS**  **Steve Sokolowski**                                                                              12:42

ok

22 November 2022

**SS**  **Steve Sokolowski**                                                                              18:20

please note I sent a notice of default to your operations inbox

I'll be sending one by certified mail as well – thanks                                            18:20

**H**  **Hanson – Genesis**                                                                                18:20

Hi Steve, can you please address this to legal@genesistrading.com

**SS**  **Steve Sokolowski**                                                                              18:21

no problem

1 December 2022

**SS**  **Steve Sokolowski**                                                                              08:14

good morning, I sent a message to request a withdrawal of today's interest

also, soon I'll be asking for all communication to go through my attorney – to whom should     08:15
I send that notice?

with the name and address where she can be contacted?                                          08:15

**H**  **Hanson – Genesis**                                                                                08:15

In reply to this message

You can use this email

**SS**  **Steve Sokolowski**                                                                              08:16

the operations@genesiscap.co?

**H**  **Hanson – Genesis**                                                                                08:16

No

legal@genesistrading.com                                                                       08:16

**SS** **Steve Sokolowski** 08:16

great, thanks

**H** **Hanson – Genesis** 08:16

Thanks Steve

**SS** **Steve Sokolowski** 08:26

also, before legal action commences I just want to remind here that I am the only person authorized to speak for or make decisions for the company right now, so anything said by anyone else does not represent my position and does not constitute a request for action

thanks, and have a great day! 08:26

5 December 2022

**SS** **Steve Sokolowski** 16:06

could you tell me the address where I should serve Genesis papers?

the physical address 16:07

**H** **Hanson – Genesis** 16:08

Hey Steve, will message you on the side

**SS** **Steve Sokolowski** 16:08

thanks

7 December 2022

**SS** **Steve Sokolowski** 09:59

here's the address of my attorney:

Lourdes Sánchez Ridge , Esquire 09:59
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
301 Grant Street, Suite 3800
Pittsburgh , PA 15219
Office: (412) 263–1841

please communicate directly with her from now on 09:59

I'll forward this to the legal@genesistrading.com address as well 09:59

**H** **Hanson – Genesis** 09:59

Sounds good Steve, yes please email legal@genesistrading.com so that our team is aware

**SS** **Steve Sokolowski** 10:00

LSR1@Pietragallo.com is her address; I won't be responding here at this point

thanks hanson                                                                    10:00
4 May 2022

**Steve Sokolowski**                                                             09:26

thanks – worked and all set

**Deleted Account**                                                              09:26

great. we will get you the $4897.08 today

**Steve Sokolowski**                                                             09:27

thanks again, sorry for the trouble yesterday

**Deleted Account**                                                              09:27

np

**Steve Sokolowski**                                                             12:23

hi Dan, I want to make sure that Genesis understands that Chris, and then James, in that order of
succession, are to control this account in the case that I die

what paperwork does Genesis need to convey that understanding                    12:24

Ledn, for example, allows a beneficiary to be listed on their website, so I wanted to check if   12:25
there is something like that here

**Deleted Account**                                                              12:32

1 sec on this

**Steve Sokolowski**                                                             12:32

ok, no rush, you can take a few days if needed

I just want to make sure that's tied up at some point                            12:32

**Deleted Account**                                                              12:34

yeah so short answer is that we can set up Chris and James with full access to the account fairly
quickly. But you would need to be the one authorizing this. Are they only supposed to have full
access if you pass away?

**Steve Sokolowski**                                                             12:35

my issue with having full access now is that I'm the only owner of the LLC, so I would be liable

so I just want them to be able to manage this account if I'm not around            12:35

if Genesis doesn't have any specific procedure, then I can just add it to a will   12:36

**Deleted Account**                                                              12:38

ok I see

**Steve Sokolowski**                                                              12:38

banks usually require you to list a beneficiary at account opening, that's why I'm asking

**Deleted Account**                                                              12:39

In reply to this message

I think this is probably best

**Steve Sokolowski**                                                              12:39

ok, thanks for your help

**Deleted Account**                                                              12:39

In reply to this message

and we can also supplement with some kind of email to compliance/operations here that states this

**Steve Sokolowski**                                                              12:40

ok, I'll do that, tahnks

12 May 2022

**Steve Sokolowski**                                                              09:59

I just wanted to get a clarification on something said above – someone said that you treat "USD" and "USDC" interchangeably in your system; is that a legal guarantee that you will deposit the number of USDC owed into a bank account if I asked for it?

there's no rush to answer and I need to go away for a bit, but whenever you can get me                   10:00
clarification that would be great

I don't plan to take any action on it now, I just want to know                                          10:00

**Deleted Account**                                                              10:02

hey @SteveSokolowski

no legal guarantee above but something we can consider and help with when requested                    10:02

**Steve Sokolowski**                                                              13:39

ok, I just wanted to find out if you would guarantee the peg, which it seems like you don't – and I understand

30 May 2022

**Steve Sokolowski**                                                              20:35

sent a withdrawal request for tomorrow – no need to reply tonight – thanks!

**H**    **Hanson – Genesis**    20:35

Thanks Steve

Hope you are enjoying the long weekend    20:35

31 May 2022

**Deleted Account**    08:33

usdc test txid

████████████████████████████████████████████

████████████████5758

**SS**    **Steve Sokolowski**    08:34

thx, finance manager is looking now

**SS**    **Steve Sokolowski**    08:50

received ✅

**Deleted Account**    08:51

Hey Steve, I'm going to call you real quick for a voice confirmation

**SS**    **Steve Sokolowski**    08:51

ok

**Deleted Account**    08:52

thanks for speaking

**Deleted Account**    09:14

usdc txid

████████████████████████████████████████████

████████████████9b92

**SS**    **Steve Sokolowski**    09:20

thanks

2 June 2022

**SS**    **Steve Sokolowski**    08:43

I'm having trouble balancing the books for this month, and I'm still looking into that, but I noticed that in the "activity" page you have listed "2022-05-31 151467 USDC Loan Return Return 133 USDC from Loan 685197.440181 USDC @ 9.50%
9.5000%
13,300.00"

is that just a typo in the description, or has that affected the recorded balances?     08:43

**Deleted Account**     09:15

checking that

can you send a screenshot? that sounds like a typo. I see 10,605.45 closed from loan id 147866, and 13,300 closed from your open term usdc loan     09:23

I don't know why it would be showing 133 usdc return

**Steve Sokolowski**     09:24

📄 **image_2022-06-02_09-24-28.png**
Not included, change data exporting settings to download.
259.3 KB

**Deleted Account**     09:26

ok thank you for sharing this. Will raise with our tech team. I would recommend referencing the "quantity" column on far right in the mean time. Sorry for any confusion

**Steve Sokolowski**     09:26

ok, thanks

6 June 2022

**Steve Sokolowski**     09:17

in the past, you guys said you would take 50 more ETH when we had it, but now prices are half when you said that – do you still want that many?

**Hanson – Genesis**     09:35

Hi Steve see you here

Let me discuss with @HamillGenesis here and revert     09:35

**Steve Sokolowski**     09:36

ok

**Hanson – Genesis**     09:42

We can take the new 50 ETH at 1.50% OT if that works, have seen rates decline slightly for OT

**Steve Sokolowski**     09:43

ok, my brother will be up in an hour and we'll discuss and get an exact amount – thanks

**Hanson – Genesis**

**H**    Cool thanks Steve, let us know    09:43

**Steve Sokolowski**    13:21
could you do 60 at 1.75%?
if so you have a deal    13:21

**Hanson – Genesis**    13:26
Can you meet in middle at 1.65%?

**Steve Sokolowski**    13:27
one sec
ok, that's good    13:27
send the papers and we'll send the money    13:27

**Hanson – Genesis**    13:37
In reply to this message
will be out in a few
are any of you going to be down at Consensus btw this week?    13:37

**Steve Sokolowski**    13:37
unfortunately not

**Hanson – Genesis**    13:37
all good, next time 👍🏻

**Deleted Account**    14:47
49.9992818 eth received

**Steve Sokolowski**    14:47
the other tx is there but unconfirmed

**Deleted Account**    14:48
ok will let you know when we see it

**Steve Sokolowski**    14:53
ok, confirmed ✅

**Deleted Account**    14:54
10.0007182 received

15 June 2022

**Steve Sokolowski**  11:27

there are rumors that Genesis has lent money to Three Arrows Capital – are those true?

**Hanson – Genesis**  11:29

Hey Steve

How are you? Happy to chat on the phone  11:29

**Steve Sokolowski**  11:29

sure

I'm available whenever you are  11:29

**Hanson – Genesis**  11:29

Will 1–1 you



11:44

Thanks for the time Steve as always we are here if you need anything. Including those updated rates for you as discussed

**Steve Sokolowski**  11:44

ok, thanks – I'll get back to you later

**Hanson – Genesis**  11:44

You got it, we will be here 24/7

**Steve Sokolowski**  12:42

so two questions

first, do you have exposure to Tether, like having lent money to the company itself or holding reserves in Tether?  12:43

and second, I tried to place an order to buy ETH on Monday morning and it just spun and no offer was made and it cancelled – is that normal?  12:43

I think that if you tell me that you aren't holding your rainy day fund in Tether then that would make me feel pretty good  12:45

**H**  Hanson – Genesis                                                    12:45
In reply to this message

No we do not work with the company Tether. We do facilitate trades in the name but hold no directional exposure

In reply to this message                                                   12:45

Hmm was this an RFQ online? We can quote you right here in chat if you need

**SS**  Steve Sokolowski                                                   12:46

not now – I only was willing to buy at the price then

if prices get close to $1k or lower I'll try again                         12:46

**H**  Hanson – Genesis                                                    12:46

Okay sounds good, OTC desk here in chat as well for future apologies on that

**SS**  Steve Sokolowski                                                   12:46

thanks – we stay away from Tether at all costs and have always been suspicious of it

ok, I'll contact them here next time too if it fails on the website        12:46

**H**  Hanson – Genesis                                                    12:46

Thanks Steve

16 June 2022

**SS**  Steve Sokolowski                                                   12:44

hey hanson – I'm sure Genesis's balance sheets would look better with more fixed term loans, and I can pull in more bitcoins by clearing our BlockFi accounts, but I think the risk is really high right now and 4% seems more in line for a 3 month loan of 200 bitcoins

**H**  Hanson – Genesis                                                    12:44

Hey Steve

Certainly appreciate that, would you be willing to meet at 3.75%?         12:45

**SS**  Steve Sokolowski                                                   12:45

I only have authorization for 4 right now – I would need time on that

I'll have to get back to you later                                         12:45

**H**  Hanson – Genesis                                                    12:46

Okay sounds good, we can do 4% for you

Want to make sure you are hitting your target rates in this environment    12:46

Can you let us know how much you will be pulling from BlockFi?                    12:47

**Steve Sokolowski**                                                             12:47

5% for 3 months of ETH, converting about 90% of the existing loan?

I need to calculate that – I think probably 2.5 or 3 more bitcoins – but I need to keep some    12:48
of them open-term in case we run short while mining

**Hanson – Genesis**                                                             12:48

Okay, can you please confirm? Was under assumption this was 200 BTC

**Steve Sokolowski**                                                             12:49

oh, no we were talking about converting the existing loan and adding more

**Hanson – Genesis**                                                             12:50
In reply to this message

ah okay sure thing, rerate current ~200 BTC on OT to 3 month FT 4%

just let us know the exact amount from blockfi because we need to send that TS for the new    12:51
balance

**Steve Sokolowski**                                                             12:52

ok, I will get you all these numbers shortly

before we talk about ETH, are you doing anything with staking and ETH?              12:52

**Hanson – Genesis**                                                             12:52
In reply to this message

We can do 5% here for 3 month FT on the ETH, again just let us know exactly numbers you want

In reply to this message                                                         12:52

at this time no but we will look to support ETH staking out of our Cold Storage Custody product
post merge

**Steve Sokolowski**                                                             12:52

no actually that's the answer I wanted

I wanted to make sure none of the ETH I'm giving you is staked                     12:53

**Hanson – Genesis**                                                             12:53

ah okay haha yes we have zero exposure to stETH

We are not taking your ETH and staking it to generate yield                        12:53

**Steve Sokolowski**                                                             12:53

which to me seems to be the root cause of all the problems right now, because people were dumb and didn't realize the merge wouldn't unlock it

what is the best rate you can do for dollars? if it's long term I need much higher because the Fed is going up    12:54

**H    Hanson – Genesis**    12:55
In reply to this message
What rate hurdle do you have here say for 3 month FT

**SS    Steve Sokolowski**    12:56
if the Fed raises rates 2% total over 3 months, that means I need 2% more, or 11.5%

otherwise I might as well just pay off my debts to Wells Fargo    12:56

**Deleted Account**    12:57
We can do 11.5%

**SS    Steve Sokolowski**    12:58
ok, give me a little time because I need to figure out the worst case scenario for our payroll

we don't want to cause layoffs as a result of locking too much up    12:58

**Deleted Account**    12:58
okay makes sense let us know

**SS    Steve Sokolowski**    12:58
thx, will get back to you soon

and would you be willing to commit to those rates for a longer term?    13:06

not the USD rates, because that would need to be higher    13:06

but the other two    13:06

**Deleted Account**    13:06
preference would be to keep at 3 months ft

**SS    Steve Sokolowski**    13:07
ok

**SS    Steve Sokolowski**    13:28
to clarify, the interest is still paid monthly, so the coins can be sold for the taxes immediately?

or does the interest get paid at the end of the loan?    13:28

**Deleted Account**    13:29

interest is paid monthly

**Steve Sokolowski**                                                                13:29

thx

**Steve Sokolowski**                                                                14:35

ok, these deals sound good in principle, but we won't have enough information to sign today, so hopefully you'll still be available tomorrow

I apologize for the delay, our finance manager is calculating expenses and there are    14:36
withdrawal delays from Ledn and BlockFi

we don't want any withdrawals today so it's to your benefit anyway – have a good evening!    14:37

**Hamill**                                                                          14:45

have a good evening @SteveSokolowski

17 June 2022

**Steve Sokolowski**                                                                06:57

good morning – I'm ready to deal with the ETH now – if you can do 1550 at the 5% 3-month rate discussed yesterday, and keeping the other 84 or so at the current 2.5% open-term rate, send me the sheets and we can sign that

**Deleted Account**                                                                 08:06

Morning Steve

Sounds good will send you a termsheet                                               08:06

27 June 2022

**Steve Sokolowski**                                                                08:01

good morning! for whoever deals with this, is it possible to set a ratio of 0.37 of our bitcoin payouts wired to our bank account, with all other bitcoin interest and other coin interest in-kind?

if your system doesn't support that, I understand                                   08:01

if there's an automated way to do it, then I don't have to contact your withdrawals team and    08:02
waste their time every month to do that second step

**Deleted Account**                                                                 08:03

not something we're able to facilitate at the moment

**Steve Sokolowski**                                                                08:04

ok, no problem

so how is our bitcoin interest being paid right now?                                08:04

if everything is in-kind, then that's what I want                                08:05

I can take care of the rest                                                      08:05

**Deleted Account**                                                             08:20

in-kind

**Steve Sokolowski**                                                            08:22

everything's good then, thanks for your help

28 June 2022

Steve Sokolowski invited Michael Steward

**Steve Sokolowski**                                                            08:56

FYI, I added Michael Steward, an employee who I allowed to keep his paychecks earning interest

**Hanson – Genesis**                                                            08:56

Hi Michael nice to meet you

**Michael Steward**                                                            08:58

Hi nice to meet everyone

**Hamill**                                                                      08:59

nice to meet you Michael

29 June 2022

**Steve Sokolowski**                                                            15:14

I'll be sending a relatively large withdrawal request of $104,371.31 for this month's bills to the operations address

unfortunately, we took a huge hit from Celsius and need to cover that loss :(    15:14

will have that for you first thing in the morning                               15:15

**Deleted Account**                                                             15:16

sorry to hear that. We will have out tomorrow morning

**Deleted Account**                                                             16:56

email seen we will have out tomorrow

**Steve Sokolowski**                                                            17:00

thx, have a good night

**Deleted Account**                                                              17:05

you too

**Steve Sokolowski**                                                            21:52

I sent a new message to the operations address reducing the amount required by $12039

otherwise, I responded to Jonathan who was sending a test tx - have a good night     21:52

**Hanson - Genesis**                                                            21:53

Thanks Steve

30 June 2022

**Steve Sokolowski**                                                            06:47

I tried to respond to JOnathan and your mailserver returned the following error:

"<JYong@Genesistrading.com>: host                                               06:47
us-smtp-inbound-1.mimecast.com[205.139.110.141] said: 550 Administrative
prohibition - envelope blocked -
https://community.mimecast.com/docs/DOC-1369#550
[_wZkxaB2MumXn86n_mz_-w.us26] (in reply to RCPT TO command)"

but I still believe the operations@genesiscap.co address received the new amount, let me     06:47
know if not

**Hamill**                                                                      07:07
In reply to this message

Morning @SteveSokolowski checking with team here

**Steve Sokolowski**                                                            07:47

in the notes for that error message, the directions are " Delete or modify the Blocked Senders
policy to exclude the sender address."

so your mailserver must be configured to reject my messages to Jonathan                07:47

**Hamill**                                                                      07:48

I see an email at 9:52 from you

**Steve Sokolowski**                                                            07:48

yes, operations@genesiscap.co seems to receive them fine

it's only to personal addresses on that server                                         07:48

**Hamill**                                                                      07:49

got it

call amount $25,058.41 correct?                                                    07:49

**Steve Sokolowski**                                                               07:50

yes

for USDC                                                                           07:50

**Hamill**                                                                         07:50

got it. we'll send USDC

**Deleted Account**                                                                08:50

usdc test txid

████████████████████████████████████████████████████████

██████████████████████ba07

**Steve Sokolowski**                                                               08:54

looking now

received ✅                                                                         09:07

**Deleted Account**                                                                09:09

ty bal out shortly

**Deleted Account**                                                                09:59

usdc txid

████████████████████████████████████████████████████████

██████████████████████be8f

**Steve Sokolowski**                                                               10:05

thx, received

and wire received too, thx                                                         10:06

**Deleted Account**                                                                10:06

np

                              14 July 2022

**Steve Sokolowski**                                                               11:21

hey, I just wanted to check in and see whether you are open to renegotiation on the USDC interest rates – we negotiated the current rates when the Fed's rate was zero, and now it's going to be at least 2.5% higher

the debt I'm holding at Wells Fargo is going to approach the rate you're offering next week    11:24

**Deleted Account**     11:24

Hey Steve, you're actually well above our current rates that we are showing to most folks

11:24



Here are our current rates for color     11:24

If you would like to lock up the funds for 12 months happy to show you 100bp improvement to the card     11:25

**Steve Sokolowski**     11:25

hmmm, that's a big commitment because the Fed could go up more than 1%

ok, well thanks – I'll evaluate what they do in July and decide whether it's better for me to just pay down my debt     11:25

**Deleted Account**     11:26

sounds good

18 July 2022

**Steve Sokolowski**     12:17

hey, just wanted to pass this information on in case you aren't aware of it

there's all these rumors about Coinbase     12:17

Coinbase recently stopped processing our 2000 payouts with 3 day "security holds"     12:17

this just started this weekend and no support person seems to know why these holds are occurring, and our account didn't change     12:17

you can take that for what it's worth, but I thought it might be useful for you to know     12:18

**Reed Werbitt**     12:18

Thanks for the color Steve

bau on our end regarding CB     12:18

but appreciate the heads up     12:18

28 July 2022

**SS**  **Steve Sokolowski**    10:40

I sent tomorrow's payroll of 64500 to your E-Mail address; don't process it today, but you have the information in case you need to take action before tomorrow - thanks!

**Deleted Account**    10:42

noted thanks

29 July 2022

**Deleted Account**    08:00

will have this out today

**SS**  **Steve Sokolowski**    08:01

thanks!

**Deleted Account**    12:13

sent with ref # 20220729MMQFMPUR000762

**SS**  **Steve Sokolowski**    12:30

thanks again!

11 August 2022

**SS**  **Steve Sokolowski**    12:20

quick question - is it an option with you to extend the term of an existing loan at a higher rate before expiration?

or, do you want all loans to expire before negotiating a longer term?    12:21

**Deleted Account**    12:22

Hey Steve, we would need to wait until expiration to negotiate a new loan

**SS**  **Steve Sokolowski**    12:23

ok, no problem

24 August 2022

**JW**  **James Webster**    13:53

Hello, I'd like to get some help to answer a question about interest accrued in June.

**Deleted Account**    13:54

Hey James- how can we help

**JW**   James Webster    13:54

I see that in June, there was interest accrued on BTC loans.

The June 30 statement says 0.30360589 BTC interest and $4,108.72 USD interest    13:55

Deleted invited Deleted Account

**JW**   James Webster    13:56

On the July 31 statement, I see that a new BTC loan originated (Loan 157392 for 0.30360589 BTC)

However, I am not able to find a new USD loan for $4,108.72    13:56

And I am not able to figure out where that USD ended up.    13:57

Deleted Account    13:58

we'll take a look and come back here shortly

**JW**   James Webster    13:58

Thanks!

Deleted Account    14:11

Hey James not seeing the USD figure you mentioned in the july statement

📄 **Statement_Cryptocurrency Management LLC_July2022_All.pdf**    14:11
Not included, change data exporting settings to download.
199.9 KB

**JW**   James Webster    14:13

I'm looking at the June 30 statement (not July)

Hanson – Genesis converted this group to a supergroup

Cryptocurrency Management LLC <> Genesis converted a basic group to this supergroup
«Cryptocurrency Management LLC <> Genesis»

Deleted Account    14:38

Hey James. Apologies, looks like this compound was missed. We will update now and make the necessary changes to July as well.

**JW**   James Webster    14:39

Great, thank you!

Deleted Account    15:08

No problem, should be all set now. Let me know if you have any other questions

26 August 2022

**Steve Sokolowski** 11:33

hi guys – it looks like BlockFi is willing to offer 3% open term on ETH

we have an additional 60+ ETH and would make a withdrawal of our ETH here 11:33

are you willing to match that or should I request a withdrawal? 11:33

11:35

📄 **image_2022-08-26_11-35-45.png**
Not included, change data exporting settings to download.
105.5 KB

**Deleted Account** 11:36

hey @SteveSokolowski

**Steve Sokolowski** 11:38

hey Chris – to clarify, I either want to call loan 156358, or raise that to 3% and add an additonal 60 or so

**Hamill** 11:38

hey @SteveSokolowski we cant match that at the moment, we'd pass at that level.

**Steve Sokolowski** 11:39

ok, in that case I'll send you an E-Mail after confirming with my brother

thanks 11:39

**Hamill** 11:40

sounds like a plan

**Steve Sokolowski** 11:52

to clarify, if Genesis is borrowing ETH at the time of the merge and a fork occurs, I would have to withdrawal to be entitled to those forked coins?

I guess that is just a general question on how you handle all forks, including those on bitcoin 11:53

**Hanson – Genesis** 11:54

Hey Steve

in the MBA we outline what happens/occurs during forks 11:55

believe it is section 5 11:55

**SS**  **Steve Sokolowski**                                                                11:55

I'm assuming that since you don't have the coins there is no way you could offer coins

in forks                                                                                   11:55

**H**  **Hanson – Genesis**                                                                11:55

basically its related to trading volume + market cap of the fork

**SS**  **Steve Sokolowski**                                                                11:55

ok, I'll read that, thx

oh, that's surprising to me, I thought that since you lend out the money you wouldn't be   11:55
able to get the forked coins anyway

**H**  **Hanson – Genesis**                                                                11:56

We will be actively working with both lenders + borrowers in the event that our clause is triggered
in both our legal docs

Expecting a busy but smooth week or so if/when it occurs                                    11:56

**SS**  **Steve Sokolowski**                                                                11:57

ok, thanks for the info

**H**  **Hanson – Genesis**                                                                11:58

Not a problem, let me know if anything else I can help with

29 August 2022

**SS**  **Steve Sokolowski**                                                                10:49

I forwarded this month's payroll to operations

I'll have the ETH withdrawal to BlockFi tomorrow or Wed                                     10:50

thanks!                                                                                     10:50

**Deleted Account**                                                                        10:51

thanks

**Deleted Account**                                                                        11:11

we sent a test to

███████████████████████████████████████████████████29e9

txid is

██████████████████████████████████████████████████████████
████████████████████854f

**SS**  **Steve Sokolowski**                                     11:11
thanks, checking
confirmed ✅                                                      11:19

**Deleted Account**                                              11:23
bal txid
██████████████████████████████████████████████
████████████████████892c
usd sent as well with ref # 20220829MMQFMPUR002096               11:25

**SS**  **Steve Sokolowski**                                     11:27
thx – it's amazing that you provide such quick service, nobody else comes even close

**Deleted Account**                                              11:27
much appreciated!

30 August 2022

Reed Werbitt removed Reed Werbitt

31 August 2022

**SS**  **Steve Sokolowski**                                     14:08
I sent the withdrawal request for the open term ETH
should have it in your inbox                                     14:09

**Deleted Account**                                              14:21
Hey Steve, see the email
we'll start working on this now                                  14:21

**SS**  **Steve Sokolowski**                                     14:21
thx

**Deleted Account**                                              14:52
Hey Steve, could you please upload
████████████████████████████████████████████████0c9b
as a lending settlement address on Prime?

**SS**  **Steve Sokolowski**                                     14:52
sure, will do that shortly
ok, done                                                        14:58

**Deleted Account**                                              15:09

Hey Steve, I see the 2.5% borrows as 84.02219280599 total units. Agree?

**Steve Sokolowski**                                            15:12

there are some open term loans listed at a higher rate

the total number of open term loans was 84, I think, but the loans to be called are the loans    15:13
at lower than 3%

**Deleted Account**                                             15:18

ok test out shortly

**Steve Sokolowski**                                            15:18

thanks, will check

**Deleted Account**                                             15:24

test txid

██████████████████████████████████████████████████████████

████████████████████████b4f8

**Steve Sokolowski**                                            15:31

received ✅

**Deleted Account**                                             15:31

you have a moment to speak on the phone?

**Steve Sokolowski**                                            15:31

sure

📄 **image_2022-08-31_15-34-04.png**                            15:34

Not included, change data exporting settings to download.

249.7 KB

**Deleted Account**                                             15:38

ty for speaking bal out shortly

**Steve Sokolowski**                                            15:38

thanks again!

**Deleted Account**                                             15:45

bal txid

██████████████████████████████████████████████████████████

███████████████e138

6 September 2022

**James Webster**                                                                16:39

Hello, I have a question about the December 2021 statement. The discrepancy is very small but could result in our tax reporting not matching what Genesis reports so I'll ask the question.

On the Dec 2021 statement, there is "Accrued Interest" of 0.00001301 BTC.       16:40

However, this appears to have not been rolled into a new loan, and does not appear in the daily balance report.                                                              16:40

So I don't know whether this should be considered a payment to CCM or not.       16:41

**Deleted Account**                                                              16:45

checking

it looks like this was somehow missed                                            16:54

let us know an address and we can deliver to you                                 16:55

**Steve Sokolowski**                                                             17:43

the money isn't a big deal; the issue is taxes, I think

what is reported                                                                 17:43

that money is just dust, so let's figure it out in the morning                   17:46

**Deleted Account**                                                              17:46

ok let us know

7 September 2022

**Steve Sokolowski**                                                             08:15

hi Dan, with this money, it's just dust, so we're fine if it never existed

if it's never paid to us, and never reported to the IRS, then that's OK          08:16

I spent 300 hours last year on taxes, and an audit would cost us tens of thousands of dollars, so we just need to make sure that we can trace every transaction        08:17

it seems like your system already doesn't have the transaction in it, and if it doesn't, then no action is required                                                   08:17

at least you know now though if there is a bug that you need to address for others  08:17

**Deleted Account**                                                              08:18

yes thank you for flagging this to us Steve. Let us know if any further assistance is needed

**SS**     **Steve Sokolowski**                                                                 08:19

will do, thx

12 September 2022

**SS**     **Steve Sokolowski**                                                                 10:09

good morning, Hanson, or whomever this might be best addressed to – I'd be interested in a brief
call to discuss the renewal of the ETH loan whenever someone has time

as well as the Sep 20 bitcoin loan, too                                                      10:09

**H**     **Hanson – Genesis**                                                                  10:10

Hi Steve

good morning to you as well                                                                   10:10

happy to chat, did you have some specific questions in mind? on an internal call at the       10:10
moment but can call you at 11am ET if that works

**SS**     **Steve Sokolowski**                                                                 10:11

sure, that's fine, no rush

I want to discuss staking and blockfi as alternatives in particular                           10:11

and want to get an idea of your rates and, if they are less, the advantages of you            10:11

because those Coinbase ETH tokens are actually trading below market rate now                  10:12

anyway, talk to you at 11                                                                     10:12

15 September 2022

**SS**     **Steve Sokolowski**                                                                 14:26

I was reading BlockFi's "transparency reports" – does Genesis have a report like that published
anywhere?

**H**     **Hanson – Genesis**                                                                  14:28

Hey Steve

Are you referring to their Q2 quarterly report?                                               14:28

**SS**     **Steve Sokolowski**                                                                 14:29

yes, articles like this one: https://blockfi.com/blockfi-transparency-report-Q2-2022

**H**     **Hanson – Genesis**                                                                  14:29

We also publish those https://genesistrading.com/about/quarterly-reports/ which provides more
insight into our business in addition to the conversations that you and I have had over the last
few months

**SS**  Steve Sokolowski                                                                14:29

ah, great, that's what I'm looking for, thanks

**H**  Hanson – Genesis                                                                 14:29

No worries

Looks like they started to publish them recently, we have been producing those since 2018    14:30
which you can see on that link above on our site

**SS**  Steve Sokolowski                                                                14:30

yep, I understand, I'm just reading the reports from Ledn and BlockFi and think I know what yours
generally say, but just wanted to read the actual document

20 September 2022

**H**  Hanson – Genesis                                                                 07:39



Hi @SteveSokolowski good morning. For the expiring BTC loan we can roll at these updates    07:40
rates here if any cares

Please let us know how you would like to proceed, thank you!                          07:40

**SS**  Steve Sokolowski                                                                07:45

are those the absolute best rates you can do?

unfortunately, you are being outbid by Ledn and BlockFi                                07:45

●  Deleted Account                                                                     07:46

what are you seeing away?

**SS**  Steve Sokolowski                                                                07:51

📄  **image_2022-09-20-07-51-12.png**
Not included, change data exporting settings to download.
108.3 KB

**SS**    **Steve Sokolowski**    07:45

I want to apologize for the delay; we have calls with BlockFi and Ledn today and anticipate making a decision on the bitcoins today – if you can give us until the end of the day today, I promise I will be able to tell you one way or the other

**Deleted Account**    07:45

sure thing no issue

**SS**    **Steve Sokolowski**    10:28

Griffin, I had a few questions for you about Genesis's books – would it be easier to talk to you over the phone for five minutes, or did you want me to ask them here?

it might be easier to speak rather than just go back and forth here for a long time    10:28

**Deleted Account**    10:29

Hey Steve, sure happy to chat

**SS**    **Steve Sokolowski**    10:30

maybe just give me a Telegram call

26 September 2022

**Deleted Account**    07:19

Hi Steve, see your email

**SS**    **Steve Sokolowski**    07:19

thx

**Deleted Account**    07:19

can you please add ██████████████████████████████████7h5B as a lending settlement address on Prime?

**SS**    **Steve Sokolowski**    07:19

sure, will do now

ok, added    07:25

**Deleted Account**    08:53

test txid

███████████████████████████████████████████████
████████████████████bbd2

**SS**    **Steve Sokolowski**    08:53

thx, checking

**SS** **Steve Sokolowski** 09:09

just waiting on my contact to get into the office; she normally arrives at 9:45, to be absolutely sure it's the right address

things seem fine but with so much money want to double-check, will get back to you shortly 09:09

**Deleted Account** 09:10

ok sure

**SS** **Steve Sokolowski** 10:40

approved ✅

**Deleted Account** 10:48

thanks for speaking. Will let you know once balance is out

txid 10:53

████████████████████████████████████████████
███████████████████████c21d

**SS** **Steve Sokolowski** 10:54

they report it as received

thx for your help 10:54

**Deleted Account** 10:54

np

29 September 2022

**SS** **Steve Sokolowski** 12:56

could you send me one of your rate images?

**CM** **Conor M – Genesis** 12:57



Hi Steve – please see above

**SS**  **Steve Sokolowski**                                                                        12:57

thx

these rates change on Mondays, right?                                                             12:57

**Deleted Account**                                                                                12:58

yes

**SS**  **Steve Sokolowski**                                                                        12:58

great, thanks, I may get back to you tomorrow to negotiate

have a great afternoon                                                                             12:58

**Deleted Account**                                                                                12:58

sounds good you too Steve

*Michael Paleokrassas removed Michael Paleokrassas*

*Matt Ballensweig removed Matt Ballensweig*

*4 October 2022*

**SS**  **Steve Sokolowski**                                                                        10:03

in light of your Telegram security issues, you might want to consider researching Mattermost for
your clients

*Hanson – Genesis removed Deleted Account*

*Hanson – Genesis removed Deleted Account*

*Hanson – Genesis removed Deleted Account*

*Hanson – Genesis removed Deleted Account*

*Hanson – Genesis removed Deleted Account*

*Hanson – Genesis removed Deleted Account*

**H**  **Hanson – Genesis**                                                                         10:03

Thanks Steve

**SS**  **Steve Sokolowski**                                                                        10:03

we use it in our business and you can guarantee that nobody else could get access

it's basically like Telegram but is free and can be hosted internally                             10:04

just a suggestion for the engineers — 10:04

**Hanson – Genesis** — 10:05

Will convey that on to our security/tech team, appreciate it. In the interim here please be extra vigilant for all communications with our team and we will be in touch going forward with further updates. If you have any questions it would be best to direct them here to main chat (not DM's) or sales@genesistrading.com

**Steve Sokolowski** — 10:06

ok, no problem

6 October 2022

**Steve Sokolowski** — 10:21

hi – could you send me one of your rate images, particularly 1–3 month loans for ETH?

**Hanson – Genesis** — 10:21

Hey Steve

10:21



Here is our current rate chart

**Steve Sokolowski** — 10:22

thx

**Hanson – Genesis** — 10:22

No problem, best bid for 6 month duration across BTC/ETH at the moment

**Steve Sokolowski** — 10:22

yeah, we're glad we got that for a year last week

I realized our payroll only occurs once per month and therefore there's no reason to have OT loans on ETH when they could be 1 month — 10:22

I'll do math and get back tomorrow — 10:22

**Hanson – Genesis** — 10:23

Sounds good

11 October 2022

**Steve Sokolowski**                                                                                       09:58

hi Hanson, could you send me this week's rate image?

**Hanson – Genesis**                                                                                     09:59

hey Steve



09:59

**Steve Sokolowski**                                                                                       09:59

thanks!

**Hanson – Genesis**                                                                                     09:59

Best bid for 9 month BTC and 6 month ETH

Let us know if any cares there or rate/durations you had in mind as you are assessing the        10:00
market

**Steve Sokolowski**                                                                                       10:00

your rates for those terms are exceptional and we would take them – but the problem is that you
and BlockFi have different yield curves

this is business money that might be needed in 3 months                                            10:01

they don't pay as well for the long term loans                                                     10:01

**Hanson – Genesis**                                                                                     10:01

where are you seeing the 3 month loans?

In reply to this message                                                                           10:01

understood np

**Steve Sokolowski**                                                                                       10:01

I asked Erin if anything changed since last week

let me get her latest rates and will get back to you                                               10:02

H **Hanson – Genesis**                                                          10:03

Sure thing no rush, appreciate it Steve

*Hanson – Genesis invited Deleted Account*

SS **Steve Sokolowski**                                                          11:59

 **image_2022-10-11_11-59-23.png**
Not included, change data exporting settings to download.
42.9 KB

I think that 3 months is probably the longest we can go with this business money    11:59

so you can see that you probably would negotiate higher for the 6 month terms but your   12:00
lower terms aren't as competitive

H **Hanson – Genesis**                                                          12:03

understood, thanks for the color Steve its very appreciated

not sure we will be able to match 4.5% for a 3 month FT on BTC/ETH, those are high rates   12:05

SS **Steve Sokolowski**                                                          12:57

ok, thanks

I'll keep asking for images every week                                           12:57

*Hamill invited Leroy–exgenesis*

*18 October 2022*

H **Hanson – Genesis**                                                          15:01



Hey @SteveSokolowski good afternoon, sending along our latest rate card for your reference.
Continue to be best bid for that longer term duration but have seen a healthy clip higher overall if
you have any cares along the curve

SS **Steve Sokolowski**                                                          16:03

thx – I am in a meeting right now but will discuss this and talk tomorrow

**H**  **Hanson – Genesis**                                                          16:48

Sounds good Steve thank you!

20 October 2022

**SS**  **Steve Sokolowski**                                                        09:24

hi Hanson – unfortunately, BlockFi still beats you just barely for the 3 month loans; however, if you want to increase the term for all the ETC to 1 month at 9%, you can send a term sheet

**H**  **Hanson – Genesis**                                                         09:26

Hey Steve, are you asking about ETH or ETC?

**SS**  **Steve Sokolowski**                                                        09:26

ETC

**H**  **Hanson – Genesis**                                                         09:26

We aren't looking to do fixed term loans for ETC

**SS**  **Steve Sokolowski**                                                        09:26

ok

with the ETH, I'll wait for a little higher, if that comes                          09:26

the longer terms for ETH are exceptional                                            09:27

**H**  **Hanson – Genesis**                                                         09:27

Sure, what is your hurdle rate? How many units are you looking to lend out

**SS**  **Steve Sokolowski**                                                        09:27

give me a minute

**H**  **Hanson – Genesis**                                                         09:27

Sure thing no rush

**SS**  **Steve Sokolowski**                                                        09:30

before I or you do a lot of math I think that I could make money by paying an early termination fee to BlockFi and taking your 5 month loans somewhere above 7%

is that anywhere close?                                                             09:30

for ETH, that is                                                                    09:30

**H**  **Hanson – Genesis**                                                         09:30

How many units are you thinking here?

**SS** | **Steve Sokolowski** | 09:30

need to login, hold on

ok, so I would need to talk with my brother and would need to do careful math, so this isn't 09:34
a commitment, but my guess is that 7.5% for 300 at 5 months would be enough to offset the
BlockFi termination fee

**H** | **Hanson – Genesis** | 09:35

Thanks Steve let us discuss and get back

**SS** | **Steve Sokolowski** | 09:37

I might even be willing to allow your trading desk to trade some of the other coins earning lower
rates into ETH at that rate

**H** | **Hanson – Genesis** | 09:40

What coins are you looking to trade?

**SS** | **Steve Sokolowski** | 09:41

the dogecoins come to mind

but I would need to look at charts about that one | 09:41

again just to be clear I would need to do some calculations on taxes, etc | 09:41

**H** | **Hanson – Genesis** | 09:48

Can you do 7.25% for 5 month? For that notional can improve slightly from the 6% shown on the
rate card

**SS** | **Steve Sokolowski** | 09:50

I sent out a message to BlockFi clarifying the penalty terms

once I get a response I'll be able to reply to that | 09:50

**H** | **Hanson – Genesis** | 09:50

Okay sounds good, thanks Steve

**SS** | **Steve Sokolowski** | 09:50

obviously I'll only do this if I make money

so there may be a hard limit | 09:50

**SS** | **Steve Sokolowski** | 10:46

ok, I got the response and it turns out that BlockFi counts partial months remaining in the loan as
whole months for their penalty calculations, which means that I undercounted by 1% and the math
doesn't work out until November 1

so if you're still offering these rates in two weeks, I'll be glad to reconsider                    10:46

**Hanson – Genesis**                                                                                 10:48
Sounds good, will make sure to check in with you Nov 1, thanks as always Steve

Let us know if we can help with anything                                                             10:48

**Steve Sokolowski**                                                                                 10:48
no problem, have a great day

**Hanson – Genesis**                                                                                 10:48
you too!

**Steve Sokolowski**                                                                                 15:55
hey Hanson, just thought of something, I had figured that you weren't interested in smaller amounts of ETH, like 100

because we do have open term loans for that amount and could crunch number for small amounts like that                                                                             15:56

oops – scratch that; I made an error, looks like we need to keep that open term, so I'll get back to you on Nov 1                                                                                16:06

**Hanson – Genesis**                                                                                 16:08
Okay no worries

Thanks Steve will revisit 11/1                                                                        16:08

31 October 2022

**Steve Sokolowski**                                                                                 07:57
good morning! we're short on payroll by $10,000, so I'm going to send an E–Mail to you

**Deleted Account**                                                                                   08:29
Hey @SteveSokolowski see your email. We'll work on processing the withdrawal

Deleted invited Deleted Account

Deleted invited Brian Nathan – Genesis

**Steve Sokolowski**                                                                                 08:30
thx – with the dogecoin price increase, we may be back to giving you money as soon as next month, things are looking up

on an unrelated note, I wanted to share that I was a little disappointed about how Genesis handled the ETHW fork                                                                                08:31

BlockFi gave us thousands of free dollars and Genesis paid out nothing    08:31

and unfortunately how Genesis handled the fork would have to be considered in interest    08:31
rates when comparing in the future

just a suggestion for management for what it's worth, I know you don't have anything    08:32
personally to do with it Griffin

**Deleted Account**    08:35

Let me look into this and revert

**Steve Sokolowski**    08:36

oh, well thanks for that, I didn't expect you would be able to do anything

I think they were able to get like $7 for each coin, so I was wondering what Genesis did with    08:37
the money, perhaps it just goes into general funds

**Hanson – Genesis**    10:24

Hi @SteveSokolowski

**Steve Sokolowski**    10:24

hey Hanson

**Hanson – Genesis**    10:25

(c) Lender's Right to New Tokens

Lender will receive the benefit and ownership of any incremental tokens generated as a result of a
Hard Fork in the Digital Currency protocol or an Applicable Airdrop (the "New Tokens") if
following two conditions are met:
  • *Market Capitalization*: the average market capitalization of the New Token (defined as the
    total value of all New Tokens) on the 30th day following the occurrence the Hard Fork or
    Applicable Airdrop (calculated as a 30-day average on such date) is at least 5% of the
    average market capitalization of the Loaned Assets (defined as the total value of the Loaned
    Assets) (calculated as a 30-day average on such date).
  • *24-Hour Trading Volume*: the average 24-hour trading volume of the New Token on the
    30th day following the occurrence the Hard Fork or Applicable Airdrop (calculated as a
    30-day average on such date) is at least 1% of the average 24-hour trading volume of the
    Loaned Assets (calculated as a 30-day average on such date).

I will message you on the side here and can chat futher, but ultimately "ETHW" did not meet the
criteria outlined in our MBA in which we would be obligated to send our ETH lenders the new
token

**Steve Sokolowski**    10:25

oh, I understand that you aren't obligated to give these tokens

I'm not asking you to give them    10:25

I'm just saying that BlockFi did and it's a competitive advantage    10:25

so I just wanted to point that out for future reference because it was worth about 0.5%    10:27

you might want to suggest to management that they consider changing the policy, that was    10:28
all

anyway, thanks for looking into it    10:28

**H    Hanson – Genesis**                                                                10:28

Understood, not sure how their legal documents are structured but also for your knowledge our arrangements with lenders/borrowers is symmetrical so we also were not receiving any tokens on the other side of our book when applicable

In reply to this message                                                                10:29

Which we discussed back in August prefork to alert you of what would and would not trigger

**SS    Steve Sokolowski**                                                              10:29

ah, ok, so they probably kept the tokens

**H    Hanson – Genesis**                                                                10:30

That is correct as we did not have legal recourse to them as ETHw ended up being less than 1% of the 30 day average of ETH so our clause did not trigger

on a market cap basis                                                                    10:30

**SS    Steve Sokolowski**                                                              10:31

ok, well thx for your clarification

**H    Hanson – Genesis**                                                                10:32

no problem, for future in that section 5 of the MBA we also outline how we give you the right as the lender to terminate a loan if you are expecting a hard fork

even if it is FT                                                                         10:32

10:33



(b) No Immediate Termination of Loans Due to Hard Fork

In the event of a Hard Fork in the blockchain for any Loaned Assets or an Airdrop, any outstanding Loans will not be automatically terminated. Borrower and Lender may agree, regardless of Loan type, either (i) to terminate a Loan without any penalties on an agreed upon date or (ii) for Lender to manage the Hard Fork on the behalf of Borrower. Nothing herein shall relieve, waive, or otherwise satisfy Borrower's obligations hereunder, including without limitation, the return of the Loaned Assets at the termination of the Loan and payment of accrued Loan Fees, which includes the per diem amounts for days on which Borrower transfers Digital Currency to Lender and Lender transfers said Digital Currency back to Borrower pursuant to this section.

(c) Lender's Right to New Tokens

Lender will receive the benefit and ownership of any incremental tokens generated as a result of a Hard Fork in the Digital Currency protocol or an Applicable Airdrop (the "New Tokens") if following two conditions are met:

- *Market Capitalization*: the average market capitalization of the New Token (defined as the total value of all New Tokens) on the 30th day following the occurrence the Hard Fork or Applicable Airdrop (calculated as a 30-day average on such date) is at least 5% of the average market capitalization of the Loaned Assets (defined as the total value of the Loaned Assets) (calculated as a 30-day average on such date).
- *24-Hour Trading Volume*: the average 24-hour trading volume of the New Token on the 30th day following the occurrence the Hard Fork or Applicable Airdrop (calculated as a 30-day average on such date) is at least 1% of the average 24-hour trading volume of the Loaned Assets (calculated as a 30-day average on such date).

**SS    Steve Sokolowski**                                                              10:33

ah, I didn't know that – thanks

that makes me less worried about fixed term loans in the future                          10:34

also got the message about the withdrawal – thanks                                       10:34

**H    Hanson – Genesis**                                                                10:35

👍👍 no problem thanks Steve, let us know if we can help with anything else

**Steve Sokolowski**                                                          15:21

could you send me your rate image for this week?

**Hanson – Genesis**                                                          15:24



**Steve Sokolowski**                                                          15:25

thx

9 November 2022

**Steve Sokolowski**                                                          16:38

just to confirm, your trading desk watches this chat after business hours?

or is there somewhere else I should contact?                                 16:38

**Hanson – Genesis**                                                          16:38

We are here Steve

**Steve Sokolowski**                                                          16:38

ok, great, thx

**Hanson – Genesis**                                                          16:38

@Weekuo @MarcGenesis cover the APAC session

**Steve Sokolowski**                                                          16:39

tonight looks like a night where fortunes may be made

**Hanson – Genesis**                                                          16:39

Might need a prefund of assets depending on the size of the trade

**Steve Sokolowski**                                                          16:39

it would just be dollars to bitcoins

**Greg Guttas Genesis**                                                  16:39
In reply to this message
sir what are business hours in crypto

**Steve Sokolowski**                                                     16:39
you already have open term loans

would there be a problem with that, if prices decline further asking you to trade those   16:40
dollars for bitcoins?

**Hanson – Genesis**                                                     16:40
Thats fine

Have you been able to get any assets off of BlockFi?                     16:41

**Steve Sokolowski**                                                     16:41
they seem to be operating normally

**Hanson – Genesis**                                                     16:41
That is good

**Steve Sokolowski**                                                     16:41
we took a tax withdrawal no problem yesterday

10 November 2022

**Steve Sokolowski**                                                     22:04
what is your minimum trade size?

we need to do a lot of buying and selling quickly to rebalance our assets   22:04

because of the money we lost at BlockFi                                   22:04

**Wee Kuo**                                                              22:05
Hi, 250k notional per clip

**Steve Sokolowski**                                                     22:05
ok, will get back to you soon

**Wee Kuo**                                                              22:05
sure, we'll be here

**Steve Sokolowski**                                                     23:00
ok, thanks – we won't need to make any purchases because we are not insolvent

however, we will be closing most of our open term loans tomorrow          23:00

I'll send the withdrawal requests by E-mail          23:00

I know that you're not at fault for BlockFi, but our level of risk needs to be much lower now          23:00

have a good night          23:01

**H**   **Hanson – Genesis**          23:02

Thanks Steve, talk to you in the morning

Let us know how we can help          23:02

11 November 2022

**SS**   **Steve Sokolowski**          07:22

good morning, Hanson, or whoever is up

**GG**   **Greg Guttas Genesis**          07:22

gm

how can we help?          07:22

**SS**   **Steve Sokolowski**          07:22

can you confirm that you have no exposure to BlockFi?

**H**   **Hanson – Genesis**          07:22

No exposure to BlockFi steve

**SS**   **Steve Sokolowski**          07:22

well, that's one good thing at least

before I make the withdrawal requests, are the open term rates for all of those coins the          07:23
best you can possibly offer?

if it would be easier for Hanson to call, I'm here          07:24

**H**   **Hanson – Genesis**          07:24
In reply to this message

What assets are you looking to withdraw

**SS**   **Steve Sokolowski**          07:25

we would withdraw everything we can

it's not your fault          07:25

it's just that we have no margin for error anymore          07:25

154 / 163

**H**  Hanson – Genesis                                                    07:25

Please confirm the assets and units you are looking to withdraw and we can go from there

**SS**  Steve Sokolowski                                                  07:25

ok, will get that together now, I need to add addresses

does Genesis or Digital Currency Group have a division that makes investments?    07:26

like someone who might be interested in investing in or acquiring our mining pool    07:26

**H**  Hanson – Genesis                                                    07:26

Not at this time but will keep it in mind, our sister company Foundry runs the worlds largest BTC mining pool

**SS**  Steve Sokolowski                                                  07:27

ah, ok, maybe I'll send them an E-Mail to see if they were looking to expand into other coins, because we get all our money from mining litecoins/dogecoins, and GPU coins

**H**  Hanson – Genesis                                                    07:29

at the momen they are only focused on BTC but not sure their long term direction

**SS**  Steve Sokolowski                                                  07:29

ok, understandable

the pool is profitable – it just has a low reserve for PPS mining                  07:29

**H**  Hanson – Genesis                                                    08:35

Hi team good morning —

I wanted to reach out and highlight an email we've sent through to our client base providing an update on our current balance sheet as we position Genesis for its next phase of growth.

**While the operation of our lending and trading businesses have not been impacted by recent market events, Genesis has taken steps to strengthen its balance sheet with an additional equity infusion of $140M from our parent company, Digital Currency Group.**

This additional capital will bolster our position as a global leader in crypto capital markets and allow us to support our clients and the growing demand for our services.

Genesis continues to operate with transparency as we always have, and we remain steadfastly committed to our clients throughout all market conditions.

Please let us know if you have any questions today, thank you.

**SS**  Steve Sokolowski                                                  08:43

thx Hanson

we're not worried that Genesis is going under                                          08:43

we just need money because BlockFi went under                                          08:43

so I have a dogecoin address I'm adding now – I assume that there isn't much demand     08:43
above the 1.5% you're offering, right?

**Steve Sokolowski**                                                                   09:33

ok, I sent the E-Mail

**Conor M – Genesis**                                                                  09:34

Hey Steve – see you here

**Steve Sokolowski**                                                                   09:35

it's a sad day today Conor :(

I hate having to do this to Genesis, which had nothing to do with all of these incidents   09:35

**Brian Nathan – Genesis**                                                             10:19

DOGE test is out, TXID:

███████████████████████████████████████████████████
████████████████████1946

**Steve Sokolowski**                                                                   10:20

checking

**Steve Sokolowski**                                                                   10:37

ok, confirmed ✅

well, the tx isn't confirmed on the chain, but it's the right address                  10:38

**Brian Nathan – Genesis**                                                             10:40

TY. are you available for a quick voice confirm at 8146009800?

**Steve Sokolowski**                                                                   10:43

sure

**Brian Nathan – Genesis**                                                             10:45

Thanks for the quick chat. as discussed, we will get this balance out for you shortly and confirm
TXID here in chat

**Steve Sokolowski**                                                                   10:45

thanks a lot!

**Brian Nathan – Genesis**

**BN**    DOGE balance is out, TXID:    10:58

███████████████████████████████████████
██████████████████████68b7

**SS**    **Steve Sokolowski**    10:58

thanks a lot!

🔵    **Deleted Account**    15:55

see the email for LTC and ETC addy will get a test out now

**SS**    **Steve Sokolowski**    15:55

thanks!

🔵    **Deleted Account**    16:13

tests are out tx ids below:
ltc–

███████████████████████████████████████
██████████████████████c5db
etc–
███████████████████████████████████████
██████████████████████1c81

**SS**    **Steve Sokolowski**    16:19

received ✅, and I'm here for a confirmation call

wait hold on    16:19

just want to check that this Ledger synchronization error is their error    16:19

**CM**    **Conor M – Genesis**    16:20

Sounds good

will hold for now    16:20

**SS**    **Steve Sokolowski**    16:25

ok, ready

Ledger is so overloaded that their block explorer servers are offline    16:25

🔵    **Deleted Account**    16:25

thanks will call now

thanks for the chat will get the rest out now    16:27

**SS**    **Steve Sokolowski**    16:27

thank you!

**Deleted Account**                                                      16:33

coins are out tx ids below:

ltc–

███████████████████████████████████████████████████████

█████████████████████b016

etc–

███████████████████████████████████████████████████████

█████████████████0870

13 November 2022

**Steve Sokolowski**                                                    09:38

sent out an E-Mail about a small withdrawal whenever you process it tomorrow

also, if Griffin is here, could he send me a message directly? I'm trying to locate a    09:40
conversation we had on September 30 about Zac Prince – thanks!

**Deleted Account**                                                     09:40

hey @SteveSokolowski

**Steve Sokolowski**                                                    09:41

basically I just want to find the Telegram chat where I told Griffin that Prince personally convinced
me to not sign a large BTC loan to Genesis

so any help he can provide would be appreciated!                         09:41

**Deleted Account**                                                     09:43

Seeing the following:
0.97220093 BTC
10.94688532 ETH

**Steve Sokolowski**                                                    09:43

that sounds right

**Deleted Account**                                                     09:45

In reply to this message

could you upload these addresses to prime? we can get this out today

**Steve Sokolowski**                                                    09:45

they should already be there

I did that before sending it                                             09:45

**Deleted Account**                                                     09:46

see them both uploaded now ty

158 / 163

will have a test sent out shortly for the BTC and BAL for the ETH    09:46

**Steve Sokolowski**    09:46
ok, great

**Deleted Account**    09:57
ETH is out tx id –
████████████████████████████████████████████
███████████████████0846

BTC test is out tx id –    09:57
████████████████████████████████████████████
████████████████dcb9

**Steve Sokolowski**    09:58
received both

**Deleted Account**    09:59
thanks mind if i give you a call at your number on file to confirm?

**Steve Sokolowski**    09:59
sure, getting phone now

**Deleted Account**    10:00
will give you a ring now

thanks for the chat will get the rest out now    10:02

**Deleted Account**    11:50
btc is out –
████████████████████████████████████████████
█████████████████8f54

**Steve Sokolowski**    11:51
got it – thanks, and have a great weekend

**Deleted Account**    11:51
thanks you too

15 November 2022

**Steve Sokolowski**    08:47
good morning! just want to confirm that you're working on that withdrawal request for the dollars
from Thursday

it was a bank holiday on Friday, so I assumed you were probably held up by that     08:47

16 November 2022

**Steve Sokolowski**     11:19

hey guys, I'm just trying to get an update because we need to decide whether to make layoffs ASAP

are you able to say whether there is any realistic chance of avoiding bankruptcy?     11:19

**Hanson – Genesis**     11:19

Hey Steve, we have currently suspended all withdrawals

**Steve Sokolowski**     11:19

hey hanson

**Hanson – Genesis**     11:19

We had sent out an email last night inviting clients to join a call with our CEO this morning. The subsequent tweet outlined the current situation to recap what was said but at this time our management team has taken the decision to pause withdrawals in light of current market conditions

https://twitter.com/GenesisTrading/status/1592867198900768769?s=20&t=SU3bXSFcOTFHmkW90iLfEQ     11:20

**Steve Sokolowski**     11:20

I saw that – thanks

my problem is that with BlockFi and Celsius having also failed, we have no money     11:20

so we need to know immediately whether I can make payroll     11:20

so I'm just hoping you can say whether Genesis is likely to go bankrupt because I don't want to do layoffs and then find out that Genesis is solvent after all     11:21

**Hanson – Genesis**     11:21

In reply to this message

We have been actively monitoring the ongoing situation and this week as market conditions continued to deteriorate post FTX/Alameda fraudulent activity the liquidity within the global crypto credit markets was impacted. We are taking as many steps as we possibly can trying to come to a solution and have been told by our management team to be able to provide an updated path forward to clients by next week

We are currently working with a few external parties on path forward     11:21

**Steve Sokolowski**     11:23

hmmm, we don't have until next week to make this decision

**H** | **Hanson – Genesis** | 11:23

I hope you can trust us when we say we truly sympathize with the current situation, this has been an incredibly difficult time in the overall market and we are doing our best to serve our clients with the information we have on hand as we navigate through it all

I can confirm that we are not proceeding with any withdrawal requests at this time | 11:23

if that can help you come to a decision that you may or may not have to take | 11:23

**SS** | **Steve Sokolowski** | 11:24

ok, so then maybe you can help with this

you'll be in default of your loan on Friday | 11:24

that means you will have to pay 1% per day after that , if Genesis doesn't declare bankruptcy, right? | 11:24

**H** | **Hanson – Genesis** | 11:26

I have asked our legal team to provide additional clarity on that point

**SS** | **Steve Sokolowski** | 11:26

thanks!

**SS** | **Steve Sokolowski** | 12:41

would Genesis be interested in negotiating a termination of the fixed–term loans with us, where we would sign a contract that you owe us nothing beyond the principal, and the future interest can then be removed from your books as a debt?

**H** | **Hanson – Genesis** | 12:42

At this time we are not breaking any fixed term loans inlight of our current stance of pausing withdrawals

**SS** | **Steve Sokolowski** | 12:42

ok

22 November 2022

**SS** | **Steve Sokolowski** | 18:20

please note I sent a notice of default to your operations inbox

I'll be sending one by certified mail as well – thanks | 18:20

**H** | **Hanson – Genesis** | 18:20

Hi Steve, can you please address this to legal@genesistrading.com

**Steve Sokolowski**

SS  no problem                                                                    18:21

1 December 2022

SS  **Steve Sokolowski**                                                         08:14

good morning, I sent a message to request a withdrawal of today's interest

also, soon I'll be asking for all communication to go through my attorney – to whom should  08:15
I send that notice?

with the name and address where she can be contacted?                           08:15

H   **Hanson – Genesis**                                                         08:15
In reply to this message

You can use this email

SS  **Steve Sokolowski**                                                         08:16

the operations@genesiscap.co?

H   **Hanson – Genesis**                                                         08:16

No

legal@genesistrading.com                                                         08:16

SS  **Steve Sokolowski**                                                         08:16

great, thanks

H   **Hanson – Genesis**                                                         08:16

Thanks Steve

SS  **Steve Sokolowski**                                                         08:26

also, before legal action commences I just want to remind here that I am the only person
authorized to speak for or make decisions for the company right now, so anything said by anyone
else does not represent my position and does not constitute a request for action

thanks, and have a great day!                                                    08:26

5 December 2022

SS  **Steve Sokolowski**                                                         16:06

could you tell me the address where I should serve Genesis papers?

the physical address                                                            16:07

**Hanson – Genesis**

**H**

Hey Steve, will message you on the side    16:08

**SS**

**Steve Sokolowski**    16:08

thanks

7 December 2022

**SS**

**Steve Sokolowski**    09:59

here's the address of my attorney:

Lourdes Sánchez Ridge , Esquire    09:59
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
301 Grant Street, Suite 3800
Pittsburgh , PA 15219
Office: (412) 263-1841

please communicate directly with her from now on    09:59

I'll forward this to the legal@genesistrading.com address as well    09:59

**H**

**Hanson – Genesis**    09:59

Sounds good Steve, yes please email legal@genesistrading.com so that our team is aware

**SS**

**Steve Sokolowski**    10:00

LSR1@Pietragallo.com is her address; I won't be responding here at this point

thanks hanson    10:00

# Exhibit G

# Operating Agreement for Cryptocurrency Management LLC

## 1. Effective Date

This operating agreement governs the operations of Cryptocurrency Management LLC and is effective as of May 7, 2021.

## 2. Formation

This limited liability company (LLC) was formed by filing articles of organization, a certificate of formation, or a similar organizational document with the LLC filing office of the state of Pennsylvania on April 14, 2021.

## 3. Name

The formal name of this LLC is as stated above. However, this LLC may do business under a different name by complying with the state's fictitious or assumed business name statutes and procedures.

## 4. Registered Office and Agent

The registered office of this LLC and the registered agent at this address are 3178 Carnegie Drive, State College, PA, 16803-1154, and Stephen Sokolowski. The registered office and agent may be changed from time to time as the members may see fit, by filing a change of registered agent or office form with the state LLC filing office. It will not be necessary to amend this provision of the operating agreement if and when such a change is made.

## 5. Ownership

Stephen Sokolowski has 100% ownership of Cryptocurrency management LLC.

## 6.  Business Purpose

The purpose of Cryptocurrency Management LLC is to securely store cryptocurrencies and to lend those cryptocurrencies to earn interest.

The sole borrower at the time of formation will be Genesis Trading (https://genesistrading.com.)  All loans will be open-term.

It is not necessary to notify participants who have loaned funds to Cryptocurrency Management when new loans or terms are entered into with Genesis Trading.

## 7.  Initial Assets

Cryptocurrency Management will initially borrow about 145 bitcoins, 2300 ethereum classic, 1300 ethereum, and 5500 litecoins from Stephen Sokolowski, Christopher Sokolowski, Prohashing LLC, and James P. Webster, to loan to Genesis Trading.  These initial amounts may change before the initial loan is actually made.

## 8.  Lenders

Additional lenders may be accepted at the sole discretion of Cryptocurrency Management's owner.  Cryptocurrency Management is not a public fund and the company will not advertise its services to the public, nor will it provide investment advice to its lenders.

Lenders are required to sign a contract agreeing to the principles in this Operating Agreement.

Cryptocurrency Management's owner has the right to end a lender's participation in Cryptocurrency Management and to return lent money immediately, with a final interest payment the following month.

## 9.  Additional Borrowers

In the case that Genesis Trading does not offer to borrow a currency that Cryptocurrency Management possesses, such as

dogecoins, Cryptocurrency Management may lend that type of coin to a different borrower.

If Genesis Trading ceases to do business with Cryptocurrency Management, a different borrower will be selected by the owner with as much agreement as possible among the Cryptocurrency Management lenders.

Notification will be provided to all Cryptocurrency Management lenders in either event.

If any Cryptocurrency Management lender disagrees with the selection of borrower for one or all coins, that lender may call his or her loans on those coins before money is lent to the new borrower.

## 10.  Loans Only

Cryptocurrency Management will engage in loans only.  It will not purchase stocks or equity.

## 11.  Licenses

If the value of Cryptocurrency Management's cryptocurrency loans grows above $25 million, additional licenses or SEC registrations may be required.

If such appreciation occurs, Cryptocurrency Management's owner will research the available options and notify lenders.  The lenders will come to a unanimous agreement as to how to proceed.

If a unanimous agreement regarding SEC registration or other licenses cannot be reached, then Cryptocurrency Management's loans will be called, distributed to the lenders with interest, and the company will dissolve.

## 12.  Redemption

Lenders may call loans at any time, and those calls will be passed on to the borrower.  The owner will manage the redemption and return the money to the lender within one day of receiving money from the borrower.

Cryptocurrency Management is not responsible for delays caused by borrowers.

## 13.  Fees

Network transaction fees and closing costs, if any, will be charged against the final interest payment for any lender who calls a loan.

Network transaction fees for interest payments, if any, will be deducted from the amount paid to each lender every month.

In exchange for his work in completing Cryptocurrency Management's taxes, the costs of tax software and the initial corporate registration fee of $125 will be charged against the next interest payment of all other lenders besides Stephen Sokolowski, proportionally according to US Dollar value lent to Cryptocurrency Management at the time the charge is issued.

## 14.  Interest Payments

Cryptocurrency Management will instruct Genesis and other borrowers to compound interest payments.  If the borrowers do not allow compounding, the interest will be paid monthly when the interest is received from the borrower.

## 15.  Minimum Loan Amounts

Genesis Trading and other borrowers require minimum loan amounts.

If enough other Cryptocurrency Management lenders call their loans such that the amount remaining falls below the borrower's minimum, and no other borrower and no additional lenders can be identified or agreed upon, the remaining money will be returned to Cryptocurrency Management lenders.

## 16.  Nonliability of Lenders and Owners

No lender or owner of this LLC shall be personally liable for the expenses, debts, obligations, or liabilities of the LLC, or for claims made against it.

## 17.  Deposits and Withdrawals

Deposits shall be made directly to addresses provided by Genesis Trading or another borrower, if possible.  The deposit addresses will be provided by electronic communication and also by reading the address verbally.

If the borrower requires that all funds be sent in one transaction, then the owner will collect money in an external address and send it to the borrower, using the same two-step confirmation for the external address.  In this case, transaction fees will be passed on proportionally to all lenders involved in the transaction.

Cryptocurrency Management and its owners are not responsible if a lender makes a mistake in sending coins to a different address after the two methods of communication have been used.

Withdrawals will be passed directly to the lender if possible but may also be passed through an intermediate whitelisted address if the lender allows only one address.  The same two-step confirmation process for receipt of a withdrawal is required, and Cryptocurrency Management and its owner are not responsible if the lender makes a mistake in providing the correct withdrawal address.

## 18.  Default

If Genesis Trading or another borrower defaults on a loan, losses will be proportionally allocated to Cryptocurrency Management lenders of the affected coin.  Lenders of other coins and lenders to other borrowers, if any, will not be affected.

The owner of Cryptocurrency Management is not personally liable for borrower defaults.

## 19.  Venue

The venue for disputes under this agreement is Centre County, Pennsylvania, in the United States of America.

## 20. Contracts

A ledger of incoming and outgoing loans will be posted to all Cryptocurrency Management lenders. The ledger will be updated immediately as loans are created and called.

While Cryptocurrency Management lenders may use a written contract for a loan, written contracts are not required. Written contracts are canonical. In the absence of a written contract, the ledger will instead be presumed to be accurate.

Cryptocurrency Management lenders are responsible for bringing errors to the attention of Stephen Sokolowski as soon as possible. If an error persists on the ledger for more than 30 days without notification, it will be presumed final.

## 21: Tax Classification

This LLC will be initially classified as a disregarded entity for federal and, if applicable, state income tax purposes. It is understood that, subject to federal and state law requirements, all members may agree to change the tax treatment of this LLC by signing, or authorizing the signature of, IRS Form 8832, Entity Classification Election, and filing it with the IRS and, if applicable, the state tax department within the prescribed time limits.

## 22: Tax Forms

If required by Federal law, IRS forms 1099-INT will be issued to all Cryptocurrency Management lenders yearly. The amounts listed on the forms will be the sum of the US Dollar value of the interest paid every month, at the time of the interest payment by the borrower.

## 23. Bank Accounts

If transactions are required in US Dollars, Cryptocurrency Management may obtain bank accounts in the legacy system. Funds in the company's name are the company's assets and are not to be comingled with the owner's funds.

## 24.  Profits and Losses

Cryptocurrency Management LLC is not intended to earn profits for its owner.  All interest gained from loans will be distributed to its lenders.

## 25.  Succession

In the event of the death of Stephen Sokolowski, Christopher Sokolowski will gain 100% ownership of Cryptocurrency Management.

In the event of the death of Christopher and Stephen Sokolowski, James P. Webster will solely own and manage Cryptocurrency Management and distribute Christopher and Stephen Sokolowski's assets in accordance with his role as executor of their Wills.

## 26.  Anonymity of James P. Webster

The participation of James P. Webster in Cryptocurrency Management LLC is not to be disclosed publicly, but lenders and borrowers associated with Cryptocurrency Management may be informed of his participation.


Stephen Sokolowski

# Agreement to Operating Agreement

I acknowledge that I am not an owner of Cryptocurrency
Management LLC, but that I understand and agree with the terms
described in the "Operating Agreement for Cryptocurrency
Management LLC" document.  If there is a dispute over document
versions, the document that was sent to James Webster through a
Telegram message at 12:46pm on May 7, 2021 will prevail.


Christopher Sokolowski

# Agreement to Operating Agreement

I acknowledge that I am not an owner of Cryptocurrency
Management LLC, but that I understand and agree with the terms
described in the "Operating Agreement for Cryptocurrency
Management LLC" document.  If there is a dispute over document
versions, the document that was sent to James Webster through a
Telegram message at 12:46pm on May 7, 2021 will prevail.


*Christoph Sokolowsl.*

Christopher Sokolowski  **on behalf of Prohashing LLC**

## Agreement to Operating Agreement

I acknowledge that I am not an owner of Cryptocurrency
Management LLC, but that I understand and agree with the terms
described in the "Operating Agreement for Cryptocurrency
Management LLC" document.  If there is a dispute over document
versions, the document that was sent to James Webster through a
Telegram message at 12:46pm on May 7, 2021 will prevail.


James P. Webster

# Exhibit H

13 April 2021

**Steve Sokolowski**                                                                11:05
Good morning – you said to add you on Telegram, this is Steve Sokolowski

**Hanson – Genesis**                                                                11:05
Hey Steve

great                                                                               11:05

Thank you for adding me here                                                        11:05

Refresher on LTC, can offer 4% OT or 5.5% for 6 month fixed                          11:05

Min size is $500k notional so around 1850 LTC at current prices                      11:06

can do between 1–6 month fixed as well, rates would be between those two levels above 11:06

**Steve Sokolowski**                                                                11:07
is there a minimum withdrawal amount? I would want to withdrawal 50% of the interest to sell to dollars to pay taxes every time it's paid

**Hanson – Genesis**                                                                11:07
We can pay the interest ether inkind or in USD

can't split it 50/50 at this time                                                   11:08

**Steve Sokolowski**                                                                11:08
could I select that every month – one month USD, one month coins?

that would be fine                                                                  11:08

or if not, I can just sell it at Gemini                                             11:08

**Hanson – Genesis**                                                                11:09
We can send you the LTC and then you can sell the % you want into dollars each month, would need to keep consistent on our end operationally

**Steve Sokolowski**                                                                11:09
ok, no problem

**Hanson – Genesis**                                                                11:09
In reply to this message
you can set the interest payment to be your Gemini address to make it easy in this instance

**Steve Sokolowski**

**SS** — I only have 826 ETH available right now, so you won't accept that, right?  11:09

**Hanson – Genesis**  11:10
Correct, mins there are 1,000 firm

**Steve Sokolowski**  11:11
ok – thanks for answering my questions – I'm going to talk with my brother when he wakes up from the night shift around 3pm, and will get back to you later

**Hanson – Genesis**  11:11
Sure thing

**Steve Sokolowski**  11:11
oh, one final question – BlockFi is set up so that its investors will take a total loss before its lenders do

is Genesis the same way?  11:12

**Hanson – Genesis**  11:12
In the meantime I will send over the MBA/Triparty document via DocuSign to begin the lending relationship, please be on the lookout for those later this morning/afternoon so we can proceed with issuing the term sheet

**Steve Sokolowski**  11:13
ok, thank you – if you could also find out whether Genesis's owners will take losses ahead of the lenders, that would be great

**Hanson – Genesis**  11:13
We have no senior creditors

You are entering into a bilateral agreement with our NJ entity Genesis Global Capital LLC  11:14

any losses on the other side of our book is not passed through to you as the lender  11:14

We have both equity and loan loss reserves in the event that occured  11:14

**Steve Sokolowski**  11:14
ok, that answers my question – thanks

**Hanson – Genesis**  11:14
but since our inception in 2018 we have not had any

**Steve Sokolowski**  11:14
I wanted to make sure the executives' incentives were aligned

**H** **Hanson – Genesis**                                                                 11:14

No problem!

**H** **Hanson – Genesis**                                                                 12:14

MBA doc should with with you via DocuSign now, let me know if any additional questions

**SS** **Steve Sokolowski**                                                               12:15

OK, thank you

**SS** **Steve Sokolowski**                                                               13:11

Hi – just to clarify – an "open term" loan actually means that Genesis could require as long as 11 days to repay it, correct?

**H** **Hanson – Genesis**                                                                 13:12

T+7 is what I believe the contract specifies is our legal timeline for returning funds but in practicality it would be same day or t+1 at the latest

**SS** **Steve Sokolowski**                                                               14:27

ok, I signed the document

I can get together about 1250 ETH for now personally – and then once the company   14:30
"Cryptocurrency Management LLC" is processed by the Pennsylvania Department of Revenue, then that company will have about 140 bitcoins and more ETH

so let me know the process for lending ETH when you have all the legal issues sorted out   14:31

**H** **Hanson – Genesis**                                                                 14:32
In reply to this message

Great

For the 1250 ETH are you looking for an open term or fixed?                           14:32

                                                                                      14:32



**SS** **Steve Sokolowski**                                                               14:34

a one–month term starts immediately, or is that expiring at the end of the next calendar month?

**Hanson – Genesis**                                              14:34
Same regarding LTC

It starts on the day the term sheet is issued                     14:34

let me confirm on that one actually, one second                   14:35

**Steve Sokolowski**                                             14:35
ok, thanks

**Hanson – Genesis**                                             14:38
They start accuring interest when the balance settles (term sheet date does not matter) and in practice, after expiry, we treat as open loans. so you will continue to accrue interest at the OT rate

The day of expiration will be listed on term sheet when issued    14:38

**Steve Sokolowski**                                             14:40
these are APY or APR?

**Hanson – Genesis**                                             14:40
APY

📄 **Sample Term Sheet John Doe ETH 08062020.pdf**                14:40
11.3 KB

Example for OT loan                                               14:41

**Steve Sokolowski**                                             14:51
ok, let's do open term

ETH is skyrocketing way too much to risk a fixed loan right now    14:51

**Hanson – Genesis**                                             14:51
Sure

interest in ETH?                                                 14:51

**Steve Sokolowski**                                             14:52
yes, as long as I can make a withdrawal of the interest only

you don't have minimum withdrawal amounts, right?                14:52

**Hanson – Genesis**                                             14:52
We can send you the interest monthly no problem

**Steve Sokolowski**

**SS** great, then interest in ETH                                                          14:52

**Hanson – Genesis**                                                                        14:52
You will just whitelist an address for us to use
1250 ETH open term @ 3.50% with inkind interest paid out monthly                            14:52
Would you like to do same for LTC?                                                          14:52

**Steve Sokolowski**                                                                        14:52
do you need the exact amount of money?

**Hanson – Genesis**                                                                        14:53
yes exact units pls

**Steve Sokolowski**                                                                        14:53
ok, then you'll need to give me a little while

**Hanson – Genesis**                                                                        14:53
no worries

**Steve Sokolowski**                                                                        14:53
the other issue is that BlockFi may not process the withdrawal until tomorrow

**Hanson – Genesis**                                                                        14:53
Thats fine

**Steve Sokolowski**                                                                        14:53
they do them manually, I think
ok, I'll do the calculations and get back to you by the end of the day                      14:53

**Hanson – Genesis**                                                                        14:53
Sure thing
In the meantime I am going to create a broader group with the rest of the folks on our side,  14:54
will add you in a moment. We can use it for all future communication (lending, trading, settlement
etc)

**Steve Sokolowski**                                                                        14:55
do you need all this ETH in one transaction?

**Hanson – Genesis**                                                                        14:55
Operationally that is preferred

Will wait for exact amount to get that term sheet out · 14:58

**Steve Sokolowski** · 15:01

ok, I'll actually leave some in BlockFi because they are paying more on the first 100 ETH

let's go with 1096 · 15:01

**Hanson – Genesis** · 15:01

Sure thing

**Steve Sokolowski** · 15:01

you can write up the contract

**Hanson – Genesis** · 15:02

Great thx

Would you like to also paper the LTC as well? · 15:03

**Steve Sokolowski** · 15:03

not right now – we each only have 1600

we'll need to wait until Pennsylvania creates the LLC · 15:03

and the other issue with LTC is that BlockFi is beating your rates, unfortunately · 15:04

**Hanson – Genesis** · 15:05

Understood, no worries

From a risk adjusted basis we think our rates are very market competitive, let me know if · 15:06
you change mind at all on that front. In mean time be on the lookout for that ETH term sheet and
we can go from there! Thanks Steve

**Steve Sokolowski** · 15:06

I understand, and that's why we're leaning towards moving the LTC to you after PA processes the
paperwork

**Hanson – Genesis** · 15:06

👍🏻👍🏻

**Steve Sokolowski** · 15:07

what sort of information do you need to start the process of opening a corporate account? · 15:07

can part of that be processed before the state officially creates the entity? · 15:07

**Hanson – Genesis** · 15:08

The onboarding process is fairly similar, off the top of my head I can't think of a glaring difference between the two but will probably need to have the entity officially created to begin

**Steve Sokolowski**                                                                    15:09

ok, I'll let you know when that happens then

**Hanson – Genesis**                                                                   15:09

Great

**Steve Sokolowski**                                                                    15:10

I can't believe so many people want to short litecoins

litecoins always outperform bitcoins from bottom to top                                15:10

**Hanson – Genesis**                                                                   15:10

Hahaha

Can't speak on behalf of our borrowers but thats what we are here for, help them express    15:11
their market view

**Steve Sokolowski**                                                                    15:12

how can I prove your authenticity when it comes time to transfer the money?

can I call a number posted on Genesis's website?                                       15:12

or do you have a way implemented in software?                                          15:13

**Hanson – Genesis**                                                                   15:20

Are you asking to confirm with our Ops team the wiring instructions?

**Steve Sokolowski**                                                                    15:20

no, when it comes time to send ETH, I want to make sure the address I get is genuine

I'm not criticizing you, but someone could try to impresonate you through Telegram      15:21

**Hanson – Genesis**                                                                   15:21

Yes ofcourse

1. Address will be in the term sheet                                                   15:21

2. We can confirm in the broader telegram chat as well als email                       15:21

3. We usually do test transactions first then you send balance                        15:21

4. The address will also be on the portal online                                      15:22

**Steve Sokolowski**                                                                    15:22

ok, that's what I needed, #4

**H**  Hanson – Genesis                                                                    15:22

👍 👍

15 April 2021

**SS**  Steve Sokolowski                                                                    08:45

just want to let you know that I haven't forgotten about this – BlockFi doesn't process withdrawals for 2 days if submitted after 8pm, and the ETH fork is causing problems with my daemon

I hope to get this money sent overnight                                                    08:46

**H**  Hanson – Genesis                                                                    08:47

No worries

We understand about the BF withdrawal times, interest will just start being accrued once the       08:48
funds land on our side no problem

**SS**  Steve Sokolowski                                                                    22:11

so the BlockFi money was sent successfully – but Gemini is now giving me a date of April 22

so some of the money is there and I guess I'll just have to wait for the rest                22:12

**H**  Hanson – Genesis                                                                    22:12

Got it

no worries                                                                                 22:12

Ops team will confirm the first batch once it hits                                         22:12

**SS**  Steve Sokolowski                                                                    22:12

I'll send it the minute Gemini processes it

**H**  Hanson – Genesis                                                                    22:13

Great!

**SS**  Steve Sokolowski                                                                    22:13

it should be about 370 that already was sent

**H**  Hanson – Genesis                                                                    22:13

Got it, when they come back online tomorrow morning can confirm when we receive it on our end

**SS**  Steve Sokolowski                                                                    22:13

ok, have a good night

Hanson – Genesis

**H**  Thanks, you as well                                                                 22:14

17 April 2021

**SS**  **Steve Sokolowski**                                                              08:17

good morning – Genesis gave the loan back to Gemini, so I have the money to deposit from Gemini

before I do, could you have Genesis sign the loan term sheet?                             08:17

I signed it but I don't think your company did                                           08:17

the one at https://na2.docusign.net/Signing/?ti=55da525e3df7463686da2e39412aec35         08:17

**H**  **Hanson – Genesis**                                                               08:23

Hey Steve, I will follow up with our legal team on Monday when they are back online to chase on the term sheet

**SS**  **Steve Sokolowski**                                                              08:26

does your team process deposits or withdrawals on Saturdays?                             08:26

or, do you start paying interest on Mondays?                                             08:26

**H**  **Hanson – Genesis**                                                               08:27

Once the full amount has been deposited the interest will start accruing                 08:27

the 1096 ETH                                                                             08:27

**SS**  **Steve Sokolowski**                                                              08:36

ok, sent

20 April 2021

**H**  **Hanson – Genesis**                                                               09:06

Hey Steve, this blog post is great and very in-depth. When you are happy we are happy! Let me know if you need anything else

**SS**  **Steve Sokolowski**                                                              09:07

please let me know if there are errors in it; Nexo's CEO pointed out some errors that I fixed

there were about 3000 views yesterday so I don't want to get anyone wrong                09:08

**H**  **Hanson – Genesis**                                                               09:12

DCG does not own Gemini would be a good thing to point out

https://dcg.co/portfolio/                                                                09:12

In reply to this message                                                09:12

thats great

**SS**  **Steve Sokolowski**                                           09:12

Genesis is listed there

did I misunderstand this page?                                          09:12

**H**  **Hanson – Genesis**                                            09:13

Genesis (us) is a fully owned subsidiary of DCG correct, but Gemini the exchange is not

**SS**  **Steve Sokolowski**                                           09:13

oh, oops, sorry

I confused the names                                                    09:13

I'll correct that                                                       09:13

**H**  **Hanson – Genesis**                                            09:14

No worries!

                                                                        09:15

Genesis

Genesis Trading LLC is the "lender of last resort" in the cryptocurrency industry. Genesis is by far the largest company involved in lending, with billions of dollars of loans originated every month. They sell clients on BTC, ETH, and USDC deposits, but borrow and lend many other types of coins.

Not only is Genesis the largest trading firm, they are the firm whose business model is closest to a bank of all the lenders that currently exist. While Gemini offers trading, most of their loans are secured with low loan-to-value ratios. Genesis only accepts clients with $5m or more in assets. Their minimum deposit sizes are 50 bitcoins, 1000 ETH, and 500,000 USDC. Their current rates for those coins are 1.5% for bitcoins, 3.75% for ETH, and 10% for USDC, for a one-month term.

Many of the lenders are re-lending to Genesis in some capacity. Ledn and Gemini, for example, state that they exclusively lend to Genesis. (Note that we don't trust Gemini's statement on that matter, as described in the Gemini review.) Because these companies are re-lending to Genesis, a few facts can be inferred:

I think this should be Genesis as well

This is one of the most indepth articles on the crypto interest products I (we) have ever    09:16
seen, awesome job

**SS**  **Steve Sokolowski**                                           09:17

what happened is that three months ago I realized that I could earn just as much by moving money around between these companies as I could by actually doing work – so research became a full-time job

**H**  **Hanson – Genesis**                                            09:17

Great to hear

**SS**  **Steve Sokolowski**                                           09:17

will correct the second error

**H**  **Hanson – Genesis**                                            09:18

On a separate note, I think you will enjoy this article talking about how these types of rates exist in the market https://jumpcap.com/insights/crypto-credit-market-breakdown

Super exciting to see the crypto credit markets being built over the years!    09:18

**Steve Sokolowski**    09:21

I can see how arbitrage can provide opportunities – for months our pool could not get approved because all the exchanges were taking months to approve institutional accounts, so we had to sell blocks of bitcoins at a loss at BitFlyer, which always had lower prices

once the companies are able to ramp up onboarding, that will go away    09:22

**Hanson – Genesis**    09:26
In reply to this message

Thats not good! If you are ever looking for liquidity on your mining proceeds we can transact through our OTC trading desk as well

If I remember you were in the process of getting the entity through the legal hoops in setting up etc correct?    09:27

**Steve Sokolowski**    09:29

yes, we're still waiting for the state to process it

they generally take 3 weeks, which would be 15 more days    09:29

**Hanson – Genesis**    09:29

Roger that

**Steve Sokolowski**    09:29

as to blocks, they are only worth 6.5, well below your minimum trade size

**Hanson – Genesis**    09:29

6.5 BTC?

**Steve Sokolowski**    09:30

6.25 + fees

**Hanson – Genesis**    09:30

Current trade size is $250k/order so that would be north of that at current prices

**Steve Sokolowski**    09:30

I was actually told that blocks are worth more because they have no transaction history that could theoretically be involved with drugs

is that true?    09:30

there are rumors that people will pay more for blocks with no history but I don't know if that's true                                                                                          09:30

**H**  **Hanson – Genesis**                                                                      09:31

Certain investors in the market (typically overseas) are paying more for the "virgin" coins

**SS**  **Steve Sokolowski**                                                                      09:31

would you pay more for them?

**H**  **Hanson – Genesis**                                                                      09:31

We would not no

Our desk is trading on a principal basis out of our own balance sheet                           09:31

So typically spot + small spread                                                                 09:31

27 April 2021

**SS**  **Steve Sokolowski**                                                                      06:51

good morning – when you have time, it seems like BlockFi is lowering its rates

would you be willing to add 170 ETH to the loan on April 1?                                      06:52

and what about a second loan for around 4000 litecoins on April 1?                              06:52

don't write up any contracts yet; I want to get rates and terms first                           06:53

**H**  **Hanson – Genesis**                                                                      06:53

Hey Steve good morning

In reply to this message                                                                         06:54

no worries!

In reply to this message                                                                         06:54

sure thing, we can add the ETH to a new Open Term tranche for ETH whenever you would like

In reply to this message                                                                         06:54

Let me get you rates here

would the LTC be for open term or duration?                                                     06:55

**SS**  **Steve Sokolowski**                                                                      06:56

I'd like to see both

one month or open                                                                               06:56

nothing longer                                                                                   06:56

**Hanson – Genesis**

**H**    For LTC I can show 4% for OT or 5.5% if you go out around 6 months    06:58

**SS**    Steve Sokolowski    06:58

that's a lot lower than the 5.5% from before

in that case, we'll pass on the litecoins – I didn't realize it had gone down so much    06:58

**H**    Hanson – Genesis    06:58
In reply to this message
rates have not changed

**SS**    Steve Sokolowski    06:59

hmmm, I thought it was 5.5

my mistake then – but it's still far below blockfi's rates    06:59

**H**    Hanson – Genesis    06:59
No worries!

**SS**    Steve Sokolowski    06:59

however, the ETH is attractive

are your bitcoin rates still below 2%?    06:59

**H**    Hanson – Genesis    06:59



Above 2% with duration    06:59

**SS**    Steve Sokolowski    07:00

ah, good – below 1.5% I think is the limit I would take for anyone, regardless of reputation, so I'm glad to see the rates normalizing

ok, then please add a new loan for 170 ETH beginning April 1    07:01

open term    07:01

the other coins I'll wait to move forward on, if at all, until the LLC is finished    07:01

**H**   **Hanson – Genesis**        07:01
In reply to this message
copy that

**SS**   **Steve Sokolowski**        07:01
I will be outside today planting a new raspberry garden, so I won't respond until tomorrow

but since it's April 1, there's some time left        07:02

oops        07:02

I meant May 1        07:02

**H**   **Hanson – Genesis**        07:02
In reply to this message
when May 1st comes around you can put in the bigger group you would like to add 170 ETH open term to the existing ~1070 and our lending desk will send a new term sheet with updated amount

right May hahaha        07:02

**SS**   **Steve Sokolowski**        07:03
ok, I'll put in a withdrawal request today then so I don't end up delayed like last time

thanks for your help!        07:03

**H**   **Hanson – Genesis**        07:04
In reply to this message
great sounds good

Happy to help! Thank you for choosing Genesis        07:04

let me know if anything else comes up        07:04

**SS**   **Steve Sokolowski**        07:04
no problem – have a great day!

29 April 2021

**H**   **Hanson – Genesis**        08:34
Morning Steve

Wanted to pass along our recent Q1 market report that we released yesterday morning, highlighting our trading/lending/derivatives businesses        08:34

you can find our full historical records on the website here        08:34
https://genesistrading.com/about/insights/

📄   **Genesis Q1 2021.pdf**        08:34

 5.2 MB

**Steve Sokolowski** 08:51

thank you – I'll take a look

**Hanson – Genesis** 08:51

👍👍

Also if you don't mind me asking, more personal question regarding your mining business 08:51

as someone who just got into BTC mining this week 08:51

**Steve Sokolowski** 08:51

sure

**Hanson – Genesis** 08:52

Are you helping people acquire ASICS through financing? just more general on the business model of prohashing

**Steve Sokolowski** 08:52

no – we are just a pool

we don't lend out money 08:52

**Hanson – Genesis** 08:52

ahh gothca

**Steve Sokolowski** 08:53

are you looking to start a mining farm?

**Hanson – Genesis** 08:53

Just more curious as to the nature of what you all are doing

I used Compass Mining to purchase a few ASICS recently 08:53

**Steve Sokolowski** 08:54

yes, because we work on the pool side I'm not always up to date on what each manufacturer is offering

we often only find out about that when a manufacturer puts out something with an 08:54
incompatibility

**Hanson – Genesis** 08:54

Right that makes sense

whats the pools current hash rate? 08:54

**SS**  **Steve Sokolowski**                                                                          08:55

visit prohashing.com, click "Status"

there are a lot of algorithms so I can't give one answer here                                         08:56

**H**  **Hanson – Genesis**                                                                          08:57

thats awesome

how long have you been running that?                                                                 08:57

**SS**  **Steve Sokolowski**                                                                          08:58

since 2013

**H**  **Hanson – Genesis**                                                                          08:58

wow!

**SS**  **Steve Sokolowski**                                                                          08:58

I read this document and it's interesting how Genesis wrote that BTC rates are hitting bottom

I'm not sure whether I can get the LLC idea to invest BTC anymore                                     08:58

because your rates are below 2% and we're thinking that isn't worth the risk                          08:59

it's not that your rates are uncompetitive – just that the rates are so low they aren't worth it      08:59

**H**  **Hanson – Genesis**                                                                          08:59

Understood, no worries

**SS**  **Steve Sokolowski**                                                                          08:59

but I did see you went up from 1.5% to 1.75%

so I'm watching and hoping you get back above 2                                                       08:59

**H**  **Hanson – Genesis**                                                                          08:59

the days of 6% on BTC are probably long gone unless we enter a substantial bear market

**SS**  **Steve Sokolowski**                                                                          09:00

I think that when the bear market comes they will hit 6% again

**H**  **Hanson – Genesis**                                                                          09:00

In reply to this message

we can improve above 2% if you go out longer with the fixed duration

**SS**  **Steve Sokolowski**                                                                          09:00

oh, I didn't see that

the last chart from last month didn't have much difference between open and one month 09:00

**Hanson – Genesis** 09:01

rates tend to change slightly week to week, I'll make sure to send them along to you when they change to highlight any bumps etc

**Steve Sokolowski** 09:02

ok

if we gave you some bitcoins could you change them to ETH and pay interest on that? 09:04

**Hanson – Genesis** 09:05

We can help you execute a BTC/ETH trade through the OTC desk

**Steve Sokolowski** 09:05

BTC has been going nowhere and all the innovation is on ETH – and the rate mismatch is odd

**Hanson – Genesis** 09:05

and then begin lending the ETH, minimum units is 1,000 for that

**Steve Sokolowski** 09:05

ok, I'll talk to them about it

**Hanson – Genesis** 09:05

Sure thing

30 April 2021

**Steve Sokolowski** 10:07

does your company own the firm referenced in this article, or is it just the same name? 10:07

https://news.bitcoin.com/canaan-to-sell-93-million-in-next-generation-bitcoin-miners-to-genesis-digital-assets/ 10:07

**Hanson – Genesis** 10:07

We do not

Same name 10:08

**Steve Sokolowski** 10:08

ok, thanks

**Hanson – Genesis** 10:08

confusing lol

Our sister company is Foundry though on mining side                          10:08

**Steve Sokolowski**                                                        10:09

I was going to ask to speak to whoever made that purchase if it was this Genesis

**Hanson – Genesis**                                                        10:09

Ah gotcha

1 May 2021

**Steve Sokolowski**                                                        10:33

would you take BCH, and what are your rates for an open term? you don't have to answer until Monday

2 May 2021

**Hanson – Genesis**                                                        08:20

Hey Steve

**Steve Sokolowski**                                                        08:20

good morning!

**Hanson – Genesis**                                                        08:20



We accept BCH for lending yes, here is table of assets on that front           08:20

Minimum size is $1mm for all alts besides BTC/ETH                              08:21

**Steve Sokolowski**                                                        08:21

oh, never mind – I thought you had said the limit was $500,000                 08:21

no need to go further then, I don't want to own that much BCH                  08:21

**Hanson – Genesis**                                                        08:21

👍 👍 understood

18 / 50

4 May 2021

**SS** **Steve Sokolowski**                                              08:27
how long would it be until the money is in dollars if I told you to call the ETH loan and sell all of it to dollars?

I don't want you to do that now, I just want to find out          08:27

**H** **Hanson – Genesis**                                            08:28
We would be able to execute the trade as soon as you request it

with dollars being sent to you same day (or if in evening next morning)          08:28

**SS** **Steve Sokolowski**                                             08:28
and there wouldn't be a delay in calling the loan?

**H** **Hanson – Genesis**                                            08:28
No our lending and trading desk can handle that all in back end

good synergies between the two          08:28

**SS** **Steve Sokolowski**                                             08:29
if I were to ask, could you do something like "if ETH hits $4900, call the loan and sell it?"

**H** **Hanson – Genesis**                                            08:29
We do not support limit orders at this time given the need to have a trader watching prices specifically for all those types of trades across our hundreds of clients

**SS** **Steve Sokolowski**                                             08:30
ok

and is your desk available overnight?          08:30

**H** **Hanson – Genesis**                                            08:30
but if/when ETH nears 4,900 I will remember to reach out to you to see if you ar elooking to trade

**SS** **Steve Sokolowski**                                             08:30
or do you have limited hours?          08:30

**H** **Hanson – Genesis**                                            08:30
Spot OTC Trading Desk Hours
· Sunday 8am EST to Friday 6pm EST
· Saturday coverage from 8am EST to 6pm EST

almost 24/7          08:30

hiring more traders across offices globally to round it out                    08:30

**Steve Sokolowski**                                                           08:30
ok - great, thanks

**Hanson - Genesis**                                                           08:31
No problem

**Steve Sokolowski**                                                           08:31
don't do anything now, I just wanted to know

**Hanson - Genesis**                                                           08:31
yup

I am not authorized to trade for you no worries                                08:31

I am goin gto add a few of the traders to your chat just so we have ready      08:31

**Steve Sokolowski**                                                           08:32
ok, I don't think that's anything I'll have to worry about soon but what's happening recently is shocking

ETH could be worth $10,000 next week and it wouldn't be surprising             08:32

**Hanson - Genesis**                                                           12:15
Hey Steve

when you log into the online portal do you see the "trading" tab?              12:15

you can also submit trade requests through the portal                          12:15

https://genesistrading.com/trading-tutorial/                                   12:15

not only through telegram                                                      12:15

**Steve Sokolowski**                                                           12:17
ok, thank you

                        6 May 2021

**Steve Sokolowski**                                                           22:27
the LLC was successfully created, so I'm ready to create its account at Genesis

let me know whether I should go through a standard account opening or whether you can    22:28
speed up the 10-day delay it took Genesis last time

                        7 May 2021

**SS**  **Steve Sokolowski**  07:38

what I want is for this existing account to simply change to be owned by the LLC, so that way you don't have to close out and reopen loans

**H**  **Hanson – Genesis**  07:52

Hey Steve, we will need you to onboard the entity the loans will be in the name of

In reply to this message  07:53

You will have to reonboard with the entity, close the current loans (in your name) and then reopen them in the name of the new account/entity

Let me know if/when you submit the application for the entity and I can flag to our onboarding team  07:53

**SS**  **Steve Sokolowski**  08:21

ok, I will fill out the application after this meeting ends and let you know later this morning

**H**  **Hanson – Genesis**  08:22

Sounds good!

**SS**  **Steve Sokolowski**  14:38

ok, I submitted the application for editor@shoemakervillage.org

once it's approved, hopefully you can get these assets moved over and then I will have about $10 million more depending on rates  14:38

many of the questions in that application were not applicable to me, so I left them blank – I hope that will not be a problem  14:38

**H**  **Hanson – Genesis**  15:00

"Cryptocurrency Management LLC" correct?

I've let our onboarding team to know prioritize that application given you are an existing client of ours  15:02

**SS**  **Steve Sokolowski**  15:33

yes, that's the name

thanks for your help  15:33

**H**  **Hanson – Genesis**  15:34

Perfect

ive been told its in stages for final approval, so should be by end of day possibly  15:35

**SS**  **Steve Sokolowski**  15:38

wow, I can't believe it's that fast

it took about 10 days the last time                                          15:38

maybe because the entity has no assets and it's an empty shell right now     15:38

**H**  **Hanson – Genesis**                                                  18:15

Hey Steve our onboarding team going to reach out, they need small follow ups for the entity

Just talked to them                                                          18:15

**SS**  **Steve Sokolowski**                                                 18:34

ok – I'll await their contact

                                    10 May 2021

**SS**  **Steve Sokolowski**                                                 12:40

hey, our hot wallets have too much ETH in them now and that happens about every week

**H**  **Hanson – Genesis**                                                  12:40

Hey Steve

**SS**  **Steve Sokolowski**                                                 12:40

do you want these tranches of 5 blocks or so every week, or are you not interested in them?

it's usually around 20 in profit per week                                    12:40

**H**  **Hanson – Genesis**                                                  12:41

Are you asking to deposit 20 ETH/week?

**SS**  **Steve Sokolowski**                                                 12:41

it wouldn't be regular – just whenever the hot wallet has a dangerous amount we would send
them to you

we don't plan to sell them anytime soon                                      12:41

if you don't want them we can use Celsius                                     12:42

but I prefer Genesis                                                         12:42

                                    11 May 2021

**H**  **Hanson – Genesis**                                                  10:41

Hey Steve apologies here, right now that would be well below the minimums. If you wanted to
start out with 1,000 ETH open term and then add in the additional ETH whenever you received
them we can do it that way

**Steve Sokolowski**

**SS**    well, there already is the 1300 ETH in that account     10:42

so adding more would be fine then?     10:42

**H**    **Hanson – Genesis**     10:43

ah right right apologies

yes we can add more to the balance but would prefer if it came in larger sizes than those given we need to repaper the termsheet/udpate the database each time     10:44

**SS**    **Steve Sokolowski**     10:44

ok – I will talk to my brother about that then and get back to you later – thanks!     10:44

**H**    **Hanson – Genesis**     10:44

sure thing

I believe the onboarding team also went back to you regarding the entity with some follow ups? let me know if i need to push them there if you got back     10:45

**SS**    **Steve Sokolowski**     10:46

I didn't see anything from Genesis     10:46

which communication method did they use?     10:46

**H**    **Hanson – Genesis**     10:47

let me revert

in my minds eye I had it that they reached out for more information     10:47

**SS**    **Steve Sokolowski**     10:47

you said they would, but I checked E–Mail, Telegram, voice call, and text, but saw nothing     10:47

**H**    **Hanson – Genesis**     10:48

was sent to shoemaker email



10:48

**From:** Genesis Onboarding | Genesis Trading
**Sent:** Friday, May 7, 2021 6:25 PM
**To:** 'editor@shoemakervillage.org' <editor@shoemakervillage.org>
**Cc:** Genesis Trading | Onboarding <Onboarding@Genesistrading.com>
**Subject:** Genesis Application Follow-Up

Hello Steve,

Thank you for your interest in Genesis Global Trading.
We are reviewing your application and have a follow-up request:

- Your application is missing the W9 tax form. Kindly complete the attached W9 and return to us.
- As this is a newly formed entity, there aren't any audited financials available therefore please provide a copy of your Banking/Brokerage Statement.

Once all documentation has been received we will continue to process your application.

Thanks in advance,
Genesis Onboarding Team

**SS**    **Steve Sokolowski**     10:49

it was deleted as spam     10:49

let me log into the server and configure that     10:49

**H**   **Hanson – Genesis**                                                                          10:49

kk np

do they need to resend?                                                                               10:50

**SS**  **Steve Sokolowski**                                                                         10:50

ah, I see, spamassassin has a filter that blocks out all mail to sign up at a new cryptocurrency service

there must be a lot of scams                                                                          10:50

no, I can retrieve it                                                                                 10:50

I will disable the filter                                                                             10:51

**H**   **Hanson – Genesis**                                                                          10:51

kk

**SS**  **Steve Sokolowski**                                                                         10:53

I can send the W-9 form

but we don't have a bank account for that organization because we don't need one                     10:53

we will never interface with the legacy system                                                       10:53

I can try to get an account set up if that's necessary, but banks close accounts with zero balances or charge fees   10:54

**H**   **Hanson – Genesis**                                                                          10:54

let me revert on banking statement

makes sense, we worked with crypto native clients in past                                             10:54

In reply to this message                                                                              10:54

im with you here! haha

**SS**  **Steve Sokolowski**                                                                         10:55

honestly the only time I use regular banks anymore, even for myself individually, is to pay taxes

I use Purse.io to buy stuff with bitcoins natively                                                    10:55

so I will send them the W-9 then if that's OK                                                         10:55

**H**   **Hanson – Genesis**                                                                          10:56

yes i am chatting our onboarding rep who was assigned

please send W9 and i will revert on the banking stuff                                                 10:57

**Steve Sokolowski**

**SS** actually I see it already submitted                                                    10:57

in step 2 on additional, it says that the form is already there                              10:57

oh wait                                                                                      10:58

**H** **Hanson – Genesis**                                                                   10:58

hmm

**SS** **Steve Sokolowski**                                                                  10:58

it was the wrong file                                                                        10:58

**H** **Hanson – Genesis**                                                                   10:58

ok

no worries                                                                                   10:58

**SS** **Steve Sokolowski**                                                                  10:58

here is the right one                                                                        10:58

can you forward it or do I need to do something to get it to them?                           10:58

**H** **Hanson – Genesis**                                                                   10:59

can you pls email that back in response

has to come from you                                                                         10:59

i am going to delete that file here as it has your SSN and don't want it living on telegram  10:59
servers

**SS** **Steve Sokolowski**                                                                  11:01

ok, I sent it to them

how about this – once they get that approved, then you can move the existing ETH loans to     11:01
that account and add this ETH, so it makes it easy for you to have one entry

**H** **Hanson – Genesis**                                                                   11:02

We will have to close the loan in your name and repaper new documents/term sheets in the entity
name

**SS** **Steve Sokolowski**                                                                  11:02

that's fine – and you can make that new loan larger

**H** **Hanson – Genesis**                                                                   11:02

yes we can make the new loan whatever size you want

i know you mentioned funding additional assets                                               11:02

**SS**   **Steve Sokolowski**    11:03
yes – could you send me the image for your latest rates for today?

**H**   **Hanson – Genesis**    11:03
📄 **image_2021-05-11_11-03-28.png**
182.9 KB

**SS**   **Steve Sokolowski**    11:04
ok, with the BTC rates at 2%, then we will want somewhere near 145 bitcoins

I'll get you the exact number by the afternoon    11:04

**H**   **Hanson – Genesis**    11:04
Sure thing

**SS**   **Steve Sokolowski**    11:04
and what's the current open term LTC rate?

**H**   **Hanson – Genesis**    11:04
for 5,500 units?

on LTC    11:04

**SS**   **Steve Sokolowski**    11:04
about that, yes

**H**   **Hanson – Genesis**    11:05
4%

**SS**   **Steve Sokolowski**    11:06
ok, that one I'll need to think about then

**H**   **Hanson – Genesis**    11:06
no worries

**SS**   **Steve Sokolowski**    11:06
let me know when the account is approved and I'll get the exact numbers to you

**H**   **Hanson – Genesis**    11:07
you got it

**SS**  **Steve Sokolowski**                                                                          11:08

and also put me on a list to be notified when you start taking dogecoins

if you have such a list                                                                               11:08

**H**  **Hanson – Genesis**                                                                          11:08

we are borrowers of DOGE

8% for open term, 11% for 6-months                                                                   11:09

**SS**  **Steve Sokolowski**                                                                          11:09

oh you are?

wow                                                                                                  11:09

what's the minimum?                                                                                  11:09

**H**  **Hanson – Genesis**                                                                          11:10

How much do you have to lend?

**SS**  **Steve Sokolowski**                                                                          11:11

running query now

312366                                                                                               11:12

probably too small for you                                                                           11:12

**H**  **Hanson – Genesis**                                                                          11:12

yea a bit under our mins, usually $1mm notional for all alt coins but we would accept $500k for
this given demand

**SS**  **Steve Sokolowski**                                                                          11:13

[Protected by NDA]

talk to you later when the account is approved                                                       11:13

**H**  **Hanson – Genesis**                                                                          11:13

sure sure

**H**  **Hanson – Genesis**                                                                          13:18

Hey Steve

can you clarify the ownership of the LLC? as was under impression it was a new entity for            13:19
you and your brother but you are listed as sole owner

**SS**  **Steve Sokolowski**                                                                          13:19

we set it up that I am the sole owner, and we will make contracts for loans

that way we don't have to change the ownership stakes in the company every time one person has more money to deposit                                          13:19

I think I submitted an ownership agreement that describes how there are four people involved and we will keep loan documents that specify who is owed what                                          13:20

**H**    **Hanson – Genesis**                                                                 13:21
Okay great ty let me communicate this with them

**H**    **Hanson – Genesis**                                                                 14:45
Hi Steve

"ok so if we can get ID's for Christopher Sokolowski and James Webster and also does he having anything for Prohashing that will evidence that he is sole owner?"                                          14:45

our onboarding team request the above                                                        14:45

just need a few pieces of documentation for us to have on file for the entity being onboarded                                          14:45

**SS**    **Steve Sokolowski**                                                               14:45
he's not the sole owner of Prohashing – I have some of that ownership

we should be able to get you that information by tomorrow                                     14:46

he's not available today unfortunately                                                       14:46

do you just want a driver's license picture?                                                  14:46

**H**    **Hanson – Genesis**                                                                 14:48
In reply to this message
okay great any docs on ownership of that would be helpful as well

yes drivers license works                                                                    14:48

In reply to this message                                                                     14:48
no worries

**SS**    **Steve Sokolowski**                                                               14:48
ok, I'll collect all that information and send it to them

**H**    **Hanson – Genesis**                                                                 14:49
Awesome appreciate it

**SS**    **Steve Sokolowski**                                                               16:42
it looks like he finished at the bank sooner than I expected, so I was able to send that data over to them

let me know if you need anything else                                                        16:42

**H**  **Hanson – Genesis**                                               16:42

ok great

let me tell them to be on lookout                                        16:43

14 May 2021

**SS**  **Steve Sokolowski**                                             08:05

good morning – it looks like the Cryptocurrency Management account has been approved

**H**  **Hanson – Genesis**                                              08:08

Hey Steve

Great                                                                    08:08

**SS**  **Steve Sokolowski**                                            08:08

could you send me your latest image so I can see if it changed and then we can get the numbers to you

**H**  **Hanson – Genesis**                                              08:08

You are going to want to close the current loan in your individual account yes?

**SS**  **Steve Sokolowski**                                           08:08

yes, roll over all three entries there and add additional ETH

and then a new BTC loan                                                  08:08

**H**  **Hanson – Genesis**                                             08:08



**SS**  **Steve Sokolowski**                                           08:09

I need to do some math and I'll get back to you soon with the exact numbers

good, the rates are fine                                                08:09

I also need to get 96 bitcoins from Gemini, which means I need to wait for Gemini to call them from Genesis    08:10

but we can get the paperwork started                                          08:10

**H**  **Hanson – Genesis**                                                   08:10

Sounds good I will have the paperwork sent in a moment

**H**  **Hanson – Genesis**                                                   08:35

Hey Steve do you think you would ever want to post the crypto as collateral to borrow USD

I'm going to have them send that paperwork as well just in case so we have on file if thats   08:35
ok?

**SS**  **Steve Sokolowski**                                                 08:36

sure – but we would never want to borrow dollars

**H**  **Hanson – Genesis**                                                   08:36

okay then we can hold off for now

no worries                                                                    08:36

**SS**  **Steve Sokolowski**                                                  08:36

we would want to borrow bitcoins if ever

**H**  **Hanson – Genesis**                                                   08:36

ah ok

letls do it then just to have in place                                        08:36

**SS**  **Steve Sokolowski**                                                  08:36

because our miners are paid in bitcoins

we don't have dollar-denominated debts                                        08:36

the time we would consider a loan would be to offer PPS mining in bitcoins, so that we   08:37
would have a reserve in case of bad luck

**H**  **Hanson – Genesis**                                                   08:37

docusign should be going to shoemaker email in a moment

**SS**  **Steve Sokolowski**                                                  08:37

ok, thanks

so you can send the document but I don't think we would want loans at the moment   08:37

**H**  **Hanson – Genesis**                                                   08:37

sure thing, we also can help you hedge any BTC exposure through derivatives if that is something
of interest

In reply to this message                                                                          08:37

yes no worries

MBA/MLA just need to be in place, nothign happns until term sheets are issued                     08:37

**SS**   Steve Sokolowski                                                                          08:39

what we would need is some way to have at least three blocks of bitcoins in reserve, and if the
price of bitcoins falls or rises, we don't want to go bankrupt

I don't know if that's even possible to do                                                         08:39

ideally there would be some way to say we want to spend a million dollars and if we get            08:40
unlucky we lose it and if we get lucky we gain more but we only lose or gain due to mining luck

but anyway, I know you are busy so I don't want to waste time on something that would be            08:40
in the future

**H**   Hanson – Genesis                                                                           08:41

no worries at all

we have worked with BTC miners in the past but not necessarily mining pools...let me think  08:41

DocuSign should be with you now                                                                    08:50

**SS**   Steve Sokolowski                                                                          08:50

got it

**SS**   Steve Sokolowski                                                                          09:07

ok, signed – once you sign, I will send it to the others to make sure they are OK

**H**   Hanson – Genesis                                                                           09:10



should be signed now                                                                               09:10

**SS**   Steve Sokolowski                                                                          09:12

there are two areas I see unsigned – on page 20, where it says "head of risk"

or am I missing something?                                                                          09:12

**H**   Hanson – Genesis                                                                           09:13

ah sorry missed that

should be signed by Kris in a few                                                                  09:13

Steve Sokolowski

**SS** ok                                                                                                09:13

**Hanson – Genesis**                                                                                     09:23
should we create a new telegram group for the entity with your business partners

**Steve Sokolowski**                                                                                     09:23
sure, you can do that

once you create it, I can invite them                                                                    09:24

or I can do it                                                                                           09:28

there we go                                                                                              09:29

**Hanson – Genesis**                                                                                     09:29
Great thanks invite rest of our team

**Steve Sokolowski**                                                                                     09:30
are you sure you want them to be bothered with all the discussions we have about loan amounts
and such?

if so I have no problem with that                                                                        09:30

I just don't want to include too many people who are annoyed with their phone vibrating all    09:30
the time

actually, let's just delete this new group and I'll add them to the Steve Sokolowski ->         09:31
Genesis group

ok, added                                                                                               09:32

**Hanson – Genesis**                                                                                     09:33
In reply to this message
kk

**Hanson – Genesis**                                                                                     13:50
Hey Steve spoke with our derivs desk as well, they mentioned we work with other mining pools
for hedging if you would like to speak over phone about it next week

Foundry USA is our sister company who we work closely with on this                                       13:50

**Steve Sokolowski**                                                                                     13:52
ok, I will need to talk to my brother about how we would work that or even if it's worth getting
into bitcoin mining

because I'm not confident about bitcoin's future and we are making a killing with the ETH tx    13:52
fees

32 / 50

**Hanson – Genesis**                                                                 13:52

no worries, just wanted to let you know its an option

**Steve Sokolowski**                                                                 13:54

ok, thanks

**Steve Sokolowski**                                                                 15:24

signed the term sheets

21 May 2021

**Hanson – Genesis**                                                                 15:10

Hey Steve apologies here tryign to get a hold of our head of risk to sign off

Our legal has signed off already however and it is considered executed from our lending    15:11
desk point of view ready to accrue interest if you are ready to send before you have to leave for
the weekend

**Steve Sokolowski**                                                                 15:31

ok, that's fine

I will get the money sent shortly                                                     15:31

**Hanson – Genesis**                                                                 15:33

Thanks Steve

Dan can confirm in the chat when it lands                                             15:33

**Steve Sokolowski**                                                                 15:45

please confirm receipt

or I'll ask him                                                                       15:45

3 June 2021

**Steve Sokolowski**                                                                 10:13

hey, I got an E–Mail a few days ago saying that an interest statement was available, but I logged in
this morning and don't see it where the E–Mail said it would be

am I misunderstanding what the message said?                                          10:13

**Hanson – Genesis**                                                                 10:17

Hey Steve

10:17





10:17

if you click on the hamburger menu on the left when you are in the capital tab     10:17

and then click interest     10:17

you can create a report     10:17

**Steve Sokolowski**     10:17

ah, ok, thanks, I was stupidly clicking on payables

**Hanson – Genesis**     10:18

no worries

**Steve Sokolowski**     10:18

thinking that payables was meaning you pay us

I'm not sure if it's written down but you don't have to pay us – just always make new loans     10:18
with the interest

**Hanson – Genesis**     10:18

yes default is to compound

**Steve Sokolowski**     10:18

great – that's all I need, have a good day

**H**  **Hanson – Genesis**                                                    10:18

awesome, you too!

14 June 2021

**SS**  **Steve Sokolowski**                                                  09:51

good morning – I want to call our June 1 interest loan of 0.09155949 BTC to pay taxes

just that one loan                                                            09:51

if you can change it into USDC, then even better – but I'm guessing you can't, in which case I 09:52
will add a Bittrex address to the dashboard

**H**  **Hanson – Genesis**                                                    10:01

Hey Steve you can request a withdrawal of the BTC in the main chat

and add a BTC address for us to send to as well in the chat (we will ask you to also send via  10:01
email to confirm)

Going forward do you want to change the interest to be paid out? Or just this one time  10:02

**SS**  **Steve Sokolowski**                                                  10:04

just this time

I just saw the increase in price and realized that I was behind in my USDC that's allocated  10:04
for tax payments

I'll inform everyone in the chat, thanks                                      10:04

**H**  **Hanson – Genesis**                                                    10:05

sure thing

In reply to this message                                                      10:05
copy

29 June 2021

**H**  **Hanson – Genesis**                                                    11:48

Hey Steve just to clarify a bit more on the side here, its okay if you say a general range for our
rates but giving specifics out to the public is somethat that we do not want

ie. "2–3% for BTC/ETH" or 5–6% for cash                                       11:48

we tend to update our rates a lot more than retail focused platforms so we dont post them  11:49
publicly anywhere, also do not want that to be general knowledge given our position in the crypto
credit markets as the largest institutional desk

**Steve Sokolowski**

35 / 50

**SS** well, what I'd like to do, if you permit it, is to state that your rates are more competitive than what BlockFi is offering    11:51

I think that's a plus to you    11:51

and what Ledn is offering and what Gemini is offering too    11:51

so you can decide whether I should state that or not    11:51

**H** **Hanson – Genesis**    11:56
In reply to this message
Yup that is a plus sounds good

i know they are lowering rates again quite substantially    11:56

4 August 2021

**H** **Hanson – Genesis**    09:32
Hey Steve good morning! Wanted to ping you here to let you know that we released our Q2 report this morning. Provides some great detail across our various lines of businesses (trading/lending/derivatives). You can also find a full historical record on our website at https://genesistrading.com/about/insights/.

https://f.hubspotusercontent00.net/hubfs/6024551/Genesis%20-%20Quarterly%20Reports/Genesis%20Q2%20Report.pdf

**SS** **Steve Sokolowski**    09:33
thanks! I'll take a look!

16 December 2021

**H** **Hanson – Genesis**    09:45
Our business is better than ever, rates aren't a reflection of that just for your knowledge haha

09:46


The market determines the rates                                         09:46

7 January 2022

**Steve Sokolowski**                                                     11:16

I want to be ready – if a liquidation cascade starts today or tomorrow and we see prices around $29,000, will Genesis be available to convert large amounts of USDC into BTC or ETH?

or, could you not call a loan on a Saturday                              11:16

oops, wrong place – I'll put this in th emain chat                       11:16

10 January 2022

**Hanson – Genesis**                                                     11:33

Hey Steve

can you send me a screenshot of your screen?                            11:33

**Steve Sokolowski**                                                     11:34

there's nothing wrong now

it looks like whatever was done fixed the issue                         11:34

thanks for your help                                                     11:34

**Hanson – Genesis**                                                     11:35

Okay great

15 June 2022

**Hanson – Genesis**                                                     11:30

Hey Steve what is your cell?

**Steve Sokolowski**                                                     11:30

8146009800

**Hanson – Genesis**                                                     11:31

Okay ringing in a sec

got your voice mail                                                      11:31

**Steve Sokolowski**                                                     11:31

the phon edidn't ring

could you try a Telegram call?                                          11:32

**H**   **Hanson – Genesis**   11:32

kk

**Steve Sokolowski**   11:38
Incoming (360 seconds)

20 June 2022

**SS**   **Steve Sokolowski**   07:59

good morning, Hanson!

if you are not off today for the holiday, I guess I just wanted to say that I'm disappointed   07:59

I don't know how Genesis lent money to the "large counterparty" when a publicly accessible   08:00
website stated that they had money in all sorts of DeFi protocols that have unaudited smart
contracts and especially since their public website lists Luna as one of their investments

I understand that we were saved this time, but I'm not an expert in this stuff and I knew   08:01
months ago to stay far away from any type of "stablecoin" except USDC

**H**   **Hanson – Genesis**   08:04

Hey Steve

Are you talking about Three Arrows?   08:04

**SS**   **Steve Sokolowski**   08:04

yes

I know you can't confirm that   08:04

I just am worried that Genesis didn't recognize the risk of Terra   08:04

**H**   **Hanson – Genesis**   08:04

They are (were I guess) one of the largest liquid hedge funds in crypto. We work with many such
counterparts across our business lines (trading, lending, derivatives and custody).

Our business had no exposure to Luna so I'm not sure how that is relavent here haha   08:05

We did not lend them funds to deposit into Anchor   08:05

**SS**   **Steve Sokolowski**   08:05

ok, so the agreement was separate

as in if they lost money due to Anchor, it was their own problem   08:05

**H**   **Hanson – Genesis**   08:05

3AC was a seed investor into Luna

In reply to this message                                                                08:05

that is correct

**SS**  Steve Sokolowski                                                                08:05

ok, I see now

then that makes me feel better                                                          08:05

I thought your money just went into one big pot with them                              08:05

**H**  Hanson – Genesis                                                                 08:05

Absolutely not

We do not principally invest any client loans/funds into DeFi on a prop basis          08:06

our lending desk is just a middle/third party for lenders/borrowers in the market      08:06

with our borrowers posting liquid collateral such as BTC to borrow USD from us         08:06

so we can then liquidate said BTC or hedge our position if they are not meeting margin calls    08:07
etc.

**SS**  Steve Sokolowski                                                                08:07

ok, good, then these are secured loans

**H**  Hanson – Genesis                                                                 08:07

That is correct, we do have some unsecured loans on our balance sheet but these are with
extremely well capitalized counterparties who we have known for many years in the space that
run market neutral strategies

not taking directional exposure to the market                                          08:07

Did you happen to see our CEO post?                                                    08:08
https://twitter.com/michaelmoro/status/1537822423806009344?
s=20&t=gaZIMRzoVahc0ZQDTErTKQ

I think you will find it a good read                                                   08:08

**SS**  Steve Sokolowski                                                                08:08

yep, I saw that already, thanks

**H**  Hanson – Genesis                                                                 08:08

Ah ok ok

**SS**  Steve Sokolowski                                                                08:08

so these counterparties that are taking unsecured loans are people who, if they failed, the entire
industry would be done with anyway

**H**    **Hanson – Genesis**      08:08
In reply to this message

these would be large market makers who need access to capital to keep order books running healthly/smoothly

**SS**    **Steve Sokolowski**      08:09

like if Coinbase failed, for example

**H**    **Hanson – Genesis**      08:09

Coinbase would be an exchange, in the above scenario we work with the firms who are providing liquidity to the Coinbase order book

**SS**    **Steve Sokolowski**      08:10

ah, ok, but they aren't re-lending the money, so the risk with them would largely be if they were hacked

**H**    **Hanson – Genesis**      08:10

They are just using it as capital/balance sheet so that they can provide liquidity on exchanges correct, not taking a directional view

      08:10

these are examples of market makers for traditional equities

firms like those exist in crypto as well, high frequency trading firms helping the market run smoothly    08:11

but also on that note we have been reducing credit to all counterparties since the beginning of the year and then particularly post Luna collapse as our risk mgmt. framework tightened    08:11

**SS**    **Steve Sokolowski**      08:12

does the Three Arrows loss mean that there is less margin for error?

since, I imagine, the company will make much less profit this year    08:12

**H**    **Hanson – Genesis**      08:12
In reply to this message

Three Arrows?

I dont think they have any money left haha    08:12

but also they were not a market maker                                                    08:13

**Steve Sokolowski**                                                                     08:13

no, I'm talking about Genesis

**Hanson – Genesis**                                                                     08:13

they were a long/short hedg efund

**Steve Sokolowski**                                                                     08:13

Genesis took some sort of loss as a result of that undoubtedly; so I assume you now have less margin for error given that profits were wiped out

you might not know what that looks like                                                   08:13

**Hanson – Genesis**                                                                     08:14

At this time we are continuing to tighten up all credit/risk exposure to all of our counterparts

Have been working throughout the weekend to recall loans and top up collat across the      08:14
board

But not our first time going through one of these cycles, as a firm been around since 2013  08:14
and the lending desk started in 2018

so have been able to navigate previous cycles and will continue to do so!                  08:14

**Steve Sokolowski**                                                                     08:15

ok, thanks for taking the time to talk to me; I didn't get a response on Friday even though I was
told I would be sent the term sheet

I will talk with James and other and get back to you                                       08:15

**Hanson – Genesis**                                                                     08:15

No problem, sorry about that I'll follow up asap with Griffin to send that over

I was OOO on Friday for a wedding (nice reminder the world keeps turning haha) so missed    08:17
that

**Steve Sokolowski**                                                                     08:17

you probably missed the most important day in the industry's history

**Hanson – Genesis**                                                                     08:17

I was working :) just a bit in and out

**Steve Sokolowski**                                                                     08:18

I apologize for my insistence earlier but I'm starting to get like my grandfather, who went
bankrupt in a bank run in 1930, and he never used a bank after that

over the past five years we've lost $410,000 to exchanges and lenders who lose or steal money                                                                                          08:19

**Hanson – Genesis**                                                                                          08:19

No its okay I understand, there is a lot going on right now and when it comes to this sort of thing we want to make sure we are all on the same page

**Steve Sokolowski**                                                                                          08:21

the one thing that makes me feel OK here is that if Genesis goes down, then Coinbase and Gemini and Ledn and pretty much everyone goes with it

**Hanson – Genesis**                                                                                          08:21
In reply to this message

this should be sent now

**Steve Sokolowski**                                                                                          08:21

thanks

**Hanson – Genesis**                                                                                          08:21
In reply to this message

That would not be a fun day haha, we will all come out of this stronger

**Steve Sokolowski**                                                                                          08:21

and the second sheet for 3 months 4% 202 bitcoins would be fine too

**Hanson – Genesis**                                                                                          08:21

Flush out the bad actors

**Steve Sokolowski**                                                                                          08:26

actually, scratch that last question, I'll delete those messages

not interested in that so don't waste your time                                                              08:26

**Hanson – Genesis**                                                                                          08:26

Kk no worries

**Steve Sokolowski**                                                                                          08:48

just want to make sure that the remaining open-term ETH will be paid at the 2.50% rate, not the 1.65% rate, which I hope you agree is too low given that the risk has changed since that loan was created

**Hanson – Genesis**                                                                                          08:48

Hey Steve yes that will be reflected as well

**SS**  **Steve Sokolowski**                                                      08:49
great, thx

**H**  **Hanson – Genesis**                                                      08:49
np

**SS**  **Steve Sokolowski**                                                      09:04
[Protected by NDA]

the sheet can only be for 202                                                   09:04

the sheet you sent me is for all of them                                        09:05

**H**  **Hanson – Genesis**                                                      09:06
Thats being resent

internal miscommunication sorry about that                                      09:06

**SS**  **Steve Sokolowski**                                                      09:06
np

**SS**  **Steve Sokolowski**                                                      09:47
I don't know if this is on purpose but I think your accounting is incorrect, there is too much
money listed in the dashboard

loans 156355 and 156359 appear to be correct, but 156358 has extra money that I don't     09:48
know where it came from

**H**  **Hanson – Genesis**                                                      10:24
Hey Steve, I touched base with our Ops team and they are telling me recent activity is related to
the refinancing and consolidating of the loans

**SS**  **Steve Sokolowski**                                                      10:25
ok, I guess I'll just wait and see whether that clears up and contact you tomorrow if it doesn't

or, maybe I'm misunderstanding                                                   10:25

**H**  **Hanson – Genesis**                                                      10:25
Okay sounds good, if need be we can sync with you, Dan and myself tomorrow

**SS**  **Steve Sokolowski**                                                      10:25
the total balances appear right so there must be something I don't understand about the table

but it looks like you understand how much total money is there so it must be my fault      10:25

will get back to you tomorrow                                                    10:26

**H**    Hanson – Genesis    10:26

Okay great sounds good

Let us know if any q's    10:26

23 June 2022

**SS**    Steve Sokolowski    08:12

good morning Hanson, could you send me what rates you're offering for litecoins now?

**H**    Hanson – Genesis    08:12

Hi Steve good morning

Sure one moment, how many total units? I'm just walking into the office now so can't check   08:12
if you are currently lending us any

**SS**    Steve Sokolowski    08:13

[Protected by NDA]

if the exact number if important for the rate I don't want to make a promise until I run that   08:14
calculation

the rough estimate would be that 5000 could be locked up    08:14

but that could be way off in either direction    08:14

**H**    Hanson – Genesis    08:57

Right now we would only be paying for OT

so no added benefit/rate increase for FT    08:57

not much demand for us in that name it lock it up    08:57

**SS**    Steve Sokolowski    09:04

are there any other coins that you would pay more to lock up?

probably not, I guess    09:04

I'm not willing to lock up dollars because if ETH goes into a panic I want to put in a buy   09:04
order at Genesis

18 July 2022

**SS**    Steve Sokolowski    12:14

hey Hanson, are you aware of how Coinbase has been halting our payouts?

I don't know if Genesis knows this but I thought it would be worth passing on given all the   12:15
rumors about their financial state

we had 2000 payouts require 3-day "security holds" all of a sudden this weekend and none of the support agents have any idea why                                12:16

ah, I see you're out of the office so I'll paste this in the general chat                                12:16

12 September 2022

**H**    **Hanson – Genesis**                                11:00

Hi Steve what is a good number to call you

**SS**    **Steve Sokolowski**                                11:01

you can just make a Telegram call

I'll go get my phone now                                11:01

ok, I'm here                                11:01

**H**    **Hanson – Genesis**                                11:01

📞 **Steve Sokolowski**
Incoming (2 seconds)



11:02

**SS**    **Steve Sokolowski**                                11:07

📞 **Hanson – Genesis**
Outgoing (334 seconds)

13 September 2022

**SS**    **Steve Sokolowski**                                08:16

hey Hanson, just wanted to ask a quick question – how is it that Gemini is offering rates of 3.04% on ETH open term, while your posted rates are less than that

shouldn't Gemini need to pay less than what Genesis pays Gemini?                                08:16

**H**    **Hanson – Genesis**                                09:56

Hey Steve, we work with retail based platforms such as Gemini to access markets which we otherwise could not (as we are institutional facing). They also provide us with inventory in names which we might not otherwise have supply in which benefits our business

The rates Gemini pays can vary from facing us directly                                              09:56

As also we are much more high touch/bespoke when clients face us directly                           09:56

**Steve Sokolowski**                                                                               09:57

ok, thanks – I was just trying to figure out what the reason for the mismatch is,

**Hanson – Genesis**                                                                               09:57

They can also subsidize rates if they would like

We give them one rate we pay them                                                                  09:57

They can if they choose add more on top                                                            09:57

Which drives clients to their exchange etc                                                         09:57

**Steve Sokolowski**                                                                               09:57

ah, I see, so they might believe ppl will trade that interest for other coins

**Hanson – Genesis**                                                                               09:58

Yes or just use their custody etc or other business lines once onboarded

3 November 2022

**Hanson – Genesis**                                                                               09:44

Hey Steve

                                                                                                   09:45



                                                                                                   09:45

As I explained to you, we did not have ETHw to give to you because of the legal contract outlined which was executed. This same legal contract is in place with our borrowers                                                                   09:45

with the same terms.                                                                                                          09:45

there was no ETHW that we received from them to pay you as a lender                                                             09:46

**SS**    Steve Sokolowski                                                                                                     09:56

oops – I will clarify that

part of this was written before you said anything about ETHW, and it's my mistake not to have corrected it                      09:56

**H**    Hanson – Genesis                                                                                                      09:58

Its okay just want to make sure that the information is accurate there if you are choosing to write about it haha

**SS**    Steve Sokolowski                                                                                                     09:58

I definitely want to have accurate information                                                                                 09:58

after all, this one recommends Genesis                                                                                         09:58

my only complaint with Genesis really in the past was that your rates were so much lower than the other companies              09:58

**H**    Hanson – Genesis                                                                                                      09:58

not.  Genesis explained the issue by stating that their forked coins, which is reasonable.  They didn't clarify ...uge wallets to facilitate trades, and what happened to ...re-lent.  That ETHW was likely pocketed by Genesis.

this part in particular, we didn't receive it from borrowers as well so nothing to pocket

**SS**    Steve Sokolowski                                                                                                     09:59

in regards to that specific statement, there is money you have in huge wallets, right?                                          09:59

that you use to facilitate trades, like if I were to ask you to sell all the dogecoins                                          09:59

so if dogecoin forked, you would have a lot of money                                                                           09:59

are those wallets custody wallets for other people's money?                                                                    10:00

that would help with clarifying that point                                                                                      10:00

wallet 0x0548f59fee79f8832c299e01dca5c76f034f558e, for example                                                                  10:00

**H**    Hanson – Genesis                                                                                                      10:01

we have many different wants and funds either in custody using a 3rd party such as fireblocks, our own custody solution or direclty one exchanges to facilitate trades

so we have to work with all of those providers if there is any fork                                                            10:01

to access any potential token                                                               10:01

**Steve Sokolowski**                                                                        10:02

ok, am correcting that now

**Steve Sokolowski**                                                                        10:24

ok, finished – the corrections will be public when the next cache refresh occurs at the top of every hour

**Hanson – Genesis**                                                                        10:41

thanks Steve

appreciate it                                                                               10:41

Let us know if you want to break your loan at BlockFi and move here 😁 😁                    10:41

**Steve Sokolowski**                                                                        10:42

I saw that your ETH rates declined

so it wouldn't make sense anymore                                                           10:42

and that the ideal term is now longer, not five months but eight                            10:43

we would be insolvent with such a long term                                                 10:43

8 November 2022

**Steve Sokolowski**                                                                        06:38

good morning, Hanson – we need to talk about whether you have uncollateralized loans with Alameda

**Hanson – Genesis**                                                                         06:39

We do not

👍 👍                                                                                        06:39

**Steve Sokolowski**                                                                         06:39

ah, that's great news

they're overcollateralized?                                                                 06:39

if so that's all I need to ask                                                               06:39

Alameda clearly isn't long for the world with the way that token is performing               06:40

**Steve Sokolowski**                                                                         09:31

how much would you pay if we sent you back our 205 open-term ETH?

can you match Gemini's rate of 2.25?                                                         09:32

48 / 50

**H**  Hanson – Genesis                                                                                    09:36



here is our current rates

can beat 2.25 for duration on ETH                                                                        09:36

**SS**  Steve Sokolowski                                                                                  09:36

[Protected by NDA]

I'll just go to cold storage                                                                             09:36

**H**  Hanson – Genesis                                                                                   09:37

Okay sounds good

**SS**  Steve Sokolowski                                                                                  09:37

BlockFi will only provide a generic response that they can meet obligations to the question of whether their loans to Alameda are collateralized

**H**  Hanson – Genesis                                                                                   09:40
In reply to this message

Thanks Steve

I hope they can continue to process withdrawals                                                          09:41

**SS**  Steve Sokolowski                                                                                  09:42

I hope so too, we won't be your customer anymore if they don't, because we'll be wiped out

but the whole situation could just be panic too                                                          09:42

even if BlockFi is in trouble that doesn't mean that Alameda will collapse                               09:43

**H**  Hanson – Genesis                                                                                   09:43
In reply to this message

it definitely feels that way, big run on the bank which causes other market participants to feel the same way

for what its worth, we have seen FTX restart processing withdrawals once US bank sopened       09:44

they must have a very very large backlog                                                                 09:44

**SS** **Steve Sokolowski** 09:44

I don't think that FTX is actually insolvent

it's only about whether people sell the FTX token down enough to cause Alameda to fail 09:44

11 November 2022

**SS** **Steve Sokolowski** 15:53

so I guess the lesson learned here is that it is just not possible to determine who is a fraudster in this industry

there were a lot of really smart people who told me that Alameda Research was the gold standard 15:54

5 December 2022

**H** **Hanson – Genesis** 16:08

Hey

**SS** **Steve Sokolowski** 16:08

hi Hanson

# Exhibit I

5 December 2022

**Hanson**                                                                    16:08

messaging you here

our work telegrams are monitored                                              16:08

are you working with any of these larger creditor groups?                     16:08

happy to put you in touch with them                                           16:09

**Steve Sokolowski**                                                          16:09

I think I have a different cause of action, so I'll be going alone

sorry I can't discuss any further, I just want the address                    16:10

**Hanson**                                                                    16:13

In reply to this message

Can you clarify?

**Steve Sokolowski**                                                          16:13

no

**Hanson**                                                                    16:13

Ok

**Steve Sokolowski**                                                          16:13

this is a legal matter

I just want the address and it will be in the demand letter                   16:13

**Hanson**                                                                    16:13

Sounds good Steve

**Steve Sokolowski**                                                          16:13

thanks!

**Hanson**                                                                    16:13



Our address can be found online here                                          16:13

**Steve Sokolowski**                                                          16:14

thanks for your help, have a great night

**Hanson**                                                                    16:14

You too

# Exhibit J



# Exhibit K

# Genesis

**DUE DILIGENCE QUESTIONNAIRE**

**FIRM NAME** Cryptocurrency Management LLC

**Address** 3178 Carnegie Dr        **Apt/Suite**

**City** State College   **State/Province** PA   **Zip/Postal Code** 16803-1154   **Country** USA

The onboarding process at Genesis encompasses full disclosure of the counterparty's financial profile as well as the detailed due diligence questionnaire, below. This assessment will help Genesis properly evaluate the counterparty's needs and govern the overarching relationship between the companies. Detailed responses to the DDQ will directly impact optimal collateralization levels, loan rates and exposure levels.

Please address each question in full. If not applicable, please enter N/A.

**FIRM**

**Entity Full Legal Name and Address**
Cryptocurrency Management LLC, 3178 Carnegie Drive, State College PA 16803-1154

**Jurisdiction of Formation**
Pennsylvania

**Date of Formation**
2021-04-13

**EIN**
86-3726002

**Company Registration Number**
7258794

**Primary Location(s) of Operations (full address)**
3178 Carnegie Drive, State College PA 16803-1154

**Primary Contact for the Entity (name and phone number)**
Stephen Sokolowski

**Description**
The purpose of this organization is to collect funds and exceed Genesis's minimum loan amounts and to loan funds to Genesis Trading.

G

# Genesis

**DUE DILIGENCE QUESTIONNAIRE**

## FIRM

Inception date
2021-04-13

Total assets
20,000,000

Equity

Team background
Software engineer

Please send the following information attached or to risk@genesiscap.co.
Check below the files you have attached or sent.

- [x] Organizational Chart
- [ ] Balance Sheet
- [ ] Hardware Mining Forecast Model

- [ ] Corporate Legal Structure
- [ ] Corporate Slide Deck (if available)

## RELATIONSHIP

Proposed nature of relationship with Genesis (Check all that apply)

- [ ] Borrowing
- [ ] Leveraged Long

- [x] Lending
- [ ] Equipment Financing

- [ ] Shorting

Digital asset pairs

Size of loan

What tenor of a loan you are seeking?
(OT/FT/FTP)

What is the LTV % your firm is seeking?

What assets will you be pledging as collateral against your loan?

Which digital assets do you own? (List each with % of total digital assets value)
BTC 50%, ETH 30%, LTC 15%, ETC 5%

G

# Genesis

**DUE DILIGENCE QUESTIONNAIRE**

## RISK

Please describe total cryptocurrency exposure as % of total capital base.

*100%*

What type of diversification is in place?

How many exchanges do you trade on worldwide?

*Not engaged in trading*

What is your concentration on each exchange you use?

Describe your risk mitigation techniques, including hedging strategy in detail.

Amount of Insurance and Underwriter

Private key storage and security procedures

*Funds to be sent direct to Genesis, no local storage*

Daily average loan balance over last 6 months

*Company will only loan to Genesis, just formed*

For the most recent quarter, what percentage of your firm's loans is collateralized and what is the average collateralization level?

How many credit events resulting in the liquidation of collateral has the firm experienced in the last 12 months?

What is the notional value concentration % in your largest single counterparty?

Are there any senior secured interest(s), charges or other encumbrances currently in place that may jeopardize your ability to repay any amounts owed to Genesis in the event of an insolvency or default on the senior secured loan?

G

DUE DILIGENCE QUESTIONNAIRE

# Genesis

## RISK

Any other material disclosures (including any existing security interests over the assets of the company)?

# Genesis

**DUE DILIGENCE QUESTIONNAIRE**

## IF YOU ARE A TRADING FIRM / CRYPTO FUND

Please describe the fund's trading strategy.

Does the company have other funds it offers to investors?

Please describe mandate. Is it skewed to bear, bull, low volume, high volume, low vol or high vol markets?

Fund returns (%, yearly or monthly, if available)

Number of positive months since inception

Daily exchange volume

## IF YOU ARE AN EXCHANGE

Coins/assets offered on exchange

Leverage offered to active traders on platform. Quantification of traders by amount of leverage offered.

Daily exchange volume

How many developers do you have supporting the exchange?

# Genesis

**DUE DILIGENCE QUESTIONNAIRE**

## IF YOU ARE A MINING COMPANY

### CURRENT OPERATIONS

When did you first start mining?

MW of mining you have today

Number of machines mining today

Type of machine (manufacturer/model)

What coins are you mining today?

What pool are you connected to?

Is your strategy to mine and hold or mine and liquidate?

How long have you been mining at this scale?

Are you mining at your own location or a hosted location?

If you are mining at your own location, are you also providing hosting services?

Location of mining/hosting farm

All-in operational/hosting cost per KW/hr

How many full-time employees?

What mining software do you use and can DCG/Genesis obtain access?

Do you have insurance on your current machines?

# Genesis

### DUE DILIGENCE QUESTIONNAIRE

## IF YOU ARE A MINING COMPANY

FUTURE OPERATIONS

Type of machine planned for purchase (manufacturer/model)

Number of machines planned for purchase

Expected MW needed to support machines purchased

Will you be self-mining or purchasing these for re-sell?

Which coins will you be mining?

Which pools will you be mining to?

What mining software do you use and can DCG/Genesis obtain access?

Can you provide monthly reporting to DCG to ensure miner efficiency?

Location for planned machines

Timing to purchase machines

Timeframe to deployed machines purchased?

## IF YOU ARE A REMITTANCE COMPANY

Please describe mandate. Please describe the uses of funds.

Describe operational flow and proof of flow of funds.

# Genesis

**DUE DILIGENCE QUESTIONNAIRE**

## IF YOU ARE A REMITTANCE COMPANY

Please offer location of majority of business.

Please describe your fixed expenses as they relate to operating the terminals.

Please describe the % of terminals that are operational at any time.

# Genesis

**DUE DILIGENCE QUESTIONNAIRE**

## SIGNATURE

I, _Stephen Sokolowski_ (NAME), hereby attest that, to the best of my knowledge and belief in my capacity as _Owner_ (ROLE), all information in the above referenced data reported is accurate and complete.

**Signature**

_Stephen Sokolowski_

**Date**

2021-05-07

**Name**          Stephen Sokolowski

**Telephone**     814-600-9800

**Email**         Steve@shoemakervillage.org

G

# Exhibit L

Hi Stephen,

I hope all is well on your end and you are navigating these turbulent markets. My name is Rory Schlageter and I am on the Institutional Custody team here at Genesis. I wanted to ask if you would be willing to engage in the conversation of using Genesis as a custodian? The solution's dynamism allows us to work with several client types in tailor-made ways.

I would be happy to hop on a call and discuss in more detail. Some high-level features of the Genesis Custody solution include:

- Secure, segregated, multi-stage and multi-party cold storage of digital assets at repurposed nuclear bunker sites.

- Flat fee pricing model where clients are never charged basis points on value of their assets or withdraw fees

- Integrated so that clients can access liquidity promptly from other Genesis desks, without sacrificing security

- Assets in cold storage can be used as collateral for trades with lending or derivatives desk

- $100M crime and specie insurance policy underwritten by Lloyd's of London

- Registered with the Financial Conduct Authority as a Cryptoasset Business

If you think a call would be beneficial, please feel free to throw some time on my calendar here or let me know your availability.

Best,

1



Rory Schlageter Genesis Global Trading Analyst, Institutional Custody Sales rschlageter@genesistrading.com M +1 (551) 316-9264 250 Park Avenue South, 5th Floor New York, NY 10003

This message is intended only for the addressee. Please notify sender by e mail if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful. Genesis Global Trading, Inc. (Member FINRA/SIPC, MSRB Registered) ("Genesis Global Trading") does not accept time sensitive, action oriented messages or transaction orders, including orders to purchase or sell securities, via e-mail. Genesis Global Trading reserves the right to monitor and review the content of all messages sent to or from this e-mail address. Messages sent to or from this e mail address may be stored on the Genesis Global Trading mail system and archived in accordance with FINRA and SEC regulations. This message is intended for those with an in depth understanding of the high risk and illiquid nature of alternative assets and these assets may not be suitable for you. This message is not a solicitation for an order, and there is not enough information contained in this message in which to make an investment decision and any information contained herein should not be used as a basis for this purpose. Genesis Global Trading does not produce in house research, make recommendations to purchase or sell specific securities, provide investment advisory services, or conduct a general retail business .

| From | Genesis Support <support@genesistrading.com> | | | | Reply | Forward | Archive | Junk | Delete | More ⌄ | ☆ |
| To | 'Stephen Sokolowski' | | | | | | | | | 7/1/2022, 9:49 AM | |
| Reply to | lendingops@genesistrading.com | | | | | | | | | | |
| Subject | **Your Genesis Interest Statement for June 2022 is ready!** | | | | | | | | | | |

# Genesis

## Your interest for the month of June 2022 is ready to view and download on Genesis Prime!

All interest owed by borrowers is due no later than **July 15th, 4pm EST.**

[ LOG IN TO GENESIS PRIME ]

**Instructions**

1. Navigate to Lending >> Interest.
2. Choose the period (June 2022) and type (Invoice or Statement).
3. Click "Update." The download button is on the right.

On Prime, you can download an invoice or statement from any month, at any time, for your entire lending/borrowing history with Genesis.

**Questions?**
Please reach out to Genesis Operations via Telegram or email (lendingops@genesistrading.com) for any questions or withdrawal requests.

Best,
The Genesis Team

*This is an automatically generated message from Genesis. If you need help, contact us at support@genesistrading.com.*

Genesis, 250 Park Avenue South, New York, NY
Unsubscribe  Manage preferences

3

# Exhibit M

**Message 1**

| Date: | Tue, 10 Jan 2023 23:57:17 -0500 |
|---|---|
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: Update |

I have another handful of new folks reviewing your claims as of this evening.

BlockFi claims are on our platform here: https://app.x-claim.com/claims/nz3jxqggn $$ amounts are based on petition date coin pricing. We don't have a Genesis page on our platform yet, but our buyer universe is able to see your claim and evaluate it in email. I have not yet pitched the idea of selling your business. That's a potentially more complicated deal structure that we can pivot to if the bids that come in are not sufficiently enticing or buyers are wary of execution risk related to transferability issues.

Let's talk mid-day tomorrow and I can give you an update on where our network stands. Then you can decide how you'd like to proceed.   Does something in the window of 1pm-2pm ET work for you?

Best, Andrew

**Message 2**

| Date: | Thu, 12 Jan 2023 06:59:55 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Andrew Glantz <andrew@x-claim.com> |
| Subject: | Re: BlockFi - Diligence requests |

Hi Andrew,

First, the leaker told me that Genesis will file for bankruptcy on Friday.  I don't know how that affects your claims.

As to the reporting, it would be easier to go through it with you, and possibly the clients directly, over a video call.  I do have documents, and also have evidence that the documents were fraudulent.  Zac Prince personally misled us in a video call and we have testimony of that as well.  I can give you the names of people we talked to and who was in charge of what.

Let me know when you'd like to schedule the meeting.  I can meet anytime before noon today if you want to do it today.

Thanks,

-Steve Sokolowski

**Message 3**

| Date: | Thu, 12 Jan 2023 16:24:21 -0500 |
|---|---|
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Indicative Bid on Genesis Claim and Invitation for Call |

Stephen,

Jefferies has indicated a bid of *24.25%* for the $4mm Genesis bank debt/claim. This bid is subject to due diligence and mutually agreeable transfer documentation.

Other terms of trade:

- All distributions for the benefit of the buyer as of trade date.
- The transaction shall be contingent upon each party receiving any and all necessary and required internal approvals, including Know-Your-Customer (KYC) checks.

*Please advise if there is a time tomorrow before 1:00pm ET when you can meet with the Jefferies team via video to discuss your claims in more detail.*

By engaging with Jefferies you are not committing to closing a trade with them. I am still anticipating indicative pricing from 1-2 other buyers in the next 24-48 hours. Here is how the process will work:

1. Indicative bids (pricing + material terms) conveyed to you as opening for negotiation.
2. Xclaim makes intro to you and stays involved in conversations between buyer and you
3. Xclaim will continue to convey other bids (firm or indicative) to you
4. Xclaim will let the first buyer know if other bids have been conveyed to you at higher prices (but will not share the exact price)
5. Once you accept a firm bid, plus material contract terms, we have a trade confirm and Xclaim will stop accepting new bids and delivering new bids to you. At that point the parties will proceed to final documentation and closing the trade

Thanks!

Andrew

ANDREW GLANTZ

+1 860 698 0033 | andrew@x-claim.com | LinkedIn <https://www.linkedin.com/in/andrewglantz/>

<http://www.x-claim.com>

**Message 4**

| Date: | Thu, 12 Jan 2023 18:24:43 -0500 |
|---|---|
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: Indicative Bid on Genesis Claim and Invitation for Call |

Still working on BlockFi as well.

Let's plan to touch base after your call in the morning. You can call my cell any time. 8609650033.


From: Andrew Glantz <andrew@x-claim.com> Date: Thursday, January 12, 2023 at 6:05 PM To: Stephen Sokolowski <steve@shoemakervillage.org> Cc: Trade Support <tradesupport@x-claim.com> Subject: Re: Indicative Bid on Genesis Claim and Invitation for Call Just sent an invite for tomorrow. I imagine your call tomorrow morning will be instructive. To the extent you have new information to share that comes out of that meeting, we can use that to try and get you a higher offer.

Andrew

**Message 5**

| Date: | Fri, 13 Jan 2023 13:24:03 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Andrew Glantz <andrew@x-claim.com> |
| Subject: | Re: Indicative Bid on Genesis Claim and Invitation for Call |

Hi Andrew,

I updated James Webster, one of the depositors to Cryptocurrency Management, on our progress.

He agreed with the current course of action on Genesis.  He wants to see a second bid from x-claim and will wait before deciding whether or not to sell.  I think the current course with Genesis we discussed is fine. Please continue to get additional bids for Genesis, and there is no urgent action required there.

In regards to BlockFi, he pressured me to go to Cherokee.  The reason is that Vlad did not express your concern that the judge will rule that the property is owned by the accountholders. James isn't sure who to believe and since there are no bids yet, he doesn't think that x-claim will be able to deliver on BlockFi.  Therefore, please try to get a bid from Jeffries on BlockFi as soon as possible.  If there aren't any BlockFi bids soon, he may force me to list BlockFi with Vlad.

Thanks!

-Steve Sokolowski

**Message 6**

| Date: | Fri, 13 Jan 2023 13:26:45 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Andrew Glantz <andrew@x-claim.com> |
| Subject: | Education |

Hi Andrew,

If it would help, feel free to schedule education sessions with me and your buyers. I can teach them about anything you would like - from trading, to my experiences with Celsius, how our fund worked, to the financials of the companies, to who is committing the fraud, to mining, or whatever else they want to know.

Thanks,

-Steve Sokolowski

**Message 7**

| Date: | Sun, 15 Jan 2023 08:31:31 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Andrew Glantz <andrew@x-claim.com> |
| Subject: | Bankruptcy |

Hi Andrew,

Based on your impressions of the market, do you believe that the Genesis claim would be valued higher if I sued Genesis into bankruptcy? I have enough people ready to push them into bankruptcy if you believe that would help.

It seems to me that the lowball offers are coming because there is a lack of information, which will be required to show up in court in bankruptcy.

Thanks,

-Steve Sokolowski

**Message 8**

| Date: | Sun, 15 Jan 2023 09:29:13 -0500 |
| --- | --- |
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: Bankruptcy |

More disclosure generally helps with the price and will get more buyers interested, but we don't know what we don't know.

If you just sue them, I find it hard to believe that your $4m claim would prompt them to file bankruptcy when it's a drop in the bucket compared to their broader liabilities.

If you're talking about filing an involuntary bankruptcy, it may turn out things are worse there than you think. It also won't result in an immediate flow of information. The debtors will have time to contest the filing and can delay filing material financial info or can contest the jurisdiction that you filed in and delay the entire process further.

Filing an involuntary bankruptcy also comes a fair bit of risk for you in terms of possible sanctions so I would discuss this carefully with your lawyer before going down that path.

You also have to worry about declining Crypto prices and the impact that may have on the value of your claim if you wait.

If you can elicit more financials from them by threatening litigation or an involuntary filing, and use that to extract info now, great, but I suspect that these other courses will not result in meaningful increases in what a buyer might be willing to pay for a few months if ever.

Happy to discuss further by phone today or tomorrow.

Andrew Glantz +1 860 698 0033 | andrew@x-claim.com

**Message 9**

| Date: | Sun, 15 Jan 2023 16:10:33 -0500 |
|-------|--------------------------------|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Andrew Glantz <andrew@x-claim.com> |
| Subject: | Re: Bankruptcy |

Hi Andrew,

Also, what would the offer be to not have any upside, but still have him deal with legal bills and clawbacks?  I'd love to be able to simply dissolve the company and move on, and that would allow us to do that.

-Steve Sokolowski

---

**Message 10**

| Date: | Wed, 18 Jan 2023 21:38:11 -0500 |
|-------|--------------------------------|
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: BlockFi Lending Schedules |

Right.  But the AR discount is the big unknown and that's what the buyers are having trouble with.  Anyway, I heard from Jefferies that they don't want to bid on BlockFi at all right now. So I'm afraid you'll need to make a decision about their Genesis offer with imperfect information unless you got an offer from Vlad.

Jefferies is asking that we get to a deal in principal tomorrow. They're offering a really attractive deal on Genesis and i think you should think carefully about that before letting it slip away.

Thoughts?

Andrew Glantz +1 860 698 0033 | andrew@x-claim.com

**Message 11**

| Date: | Thu, 19 Jan 2023 08:38:29 -0500 |
|---|---|
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: See attached (2) |

Thank you. I will introduce you to a new buyer today as well who is interested in your claims.

Andrew Glantz +1 860 698 0033 | andrew@x-claim.com

---

**Message 12**

| Date: | Thu, 19 Jan 2023 08:52:27 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Andrew Glantz <andrew@x-claim.com> |
| Subject: | Re: See attached (2) |

Hi Andrew,

Great.  I will be available until 2:00pm today, if the time can be moved up.

So far, the calculations are going well and it seems unlikely that tax issues or disagreements over distribution amounts will kill any deal. The main concern at this moment is that we don't have a way to evaluate whether Jeffries' offer is fair, since there are no other offers.  If this second buyer is interested in Genesis, even if he offers a low bid, that would increase our chances of closing the deal.

Thanks,

-Steve Sokolowski

**Message 13**

| Date: | Thu, 19 Jan 2023 09:08:00 -0500 |
| --- | --- |
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: See attached (2) |

Just got off the phone with Jefferies. They are asking for an answer by mid day.

My other buyer is interested in Genesis but he says he doesn't understand the balance sheet and wants to discuss with you. I'll try to get him in front of you this morning, but no promises that he can give you a bid.

Either way, I'd proceed with Jefferies at this point. They're the only party that's shown serious interest here, they've acted in good faith and are offering you a deal that satisfies your main concerns and is fair. More info comes out every day on genesis and they're threatening to pull the deal.

We'll get there on blockfi. If you exit Genesis and get some cash in the door you'll have more flexibility to hold out for a higher price on blockfi with a structure that works for you.

Andrew Glantz +1 860 698 0033 | andrew@x-claim.com

---

**Message 14**

| Date: | Thu, 19 Jan 2023 10:09:51 -0500 |
| --- | --- |
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: See attached (2) |

Can you commit to an answer for Jefferies by 2pm ET?

**Message 15**

| Date: | Thu, 19 Jan 2023 10:12:41 -0500 |
|---|---|
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: See attached (2) |

Call me 8609650033

From: Stephen Sokolowski <steve@shoemakervillage.org> Date: Thursday, January 19, 2023 at 10:10 AM To: Andrew Glantz <andrew@x-claim.com> Subject: Re: See attached (2) Hi Andrew,

I don't see how it will be possible to get an answer by midday. It might be possible to get an answer by tomorrow morning, but all of the partners aren't even awake yet. My brother works the night shift for the mining pool and gets up at 2:00pm.

I'd be curious to hear what the other buyer is asking. Please set up a call as soon as possible.

I also have been looking at the sheet myself and think I have a valuation of it. Would you like to talk before the call with the Genesis buyer to see if I'm right?

Thanks,

**-Steve Sokolowski**

**Message 16**

| Date: | Thu, 19 Jan 2023 10:48:01 -0500 |
|---|---|
| From: | andrew@x-claim.com |
| To: | steve@shoemakervillage.org, tom@507capital.com |
| Subject: | Invitation: Genesis @ Thu Jan 19, 2023 10:45am - 11:15am (EST) (steve@shoemakervillage.org) |

Genesis Thursday Jan 19, 2023 · 10:45am – 11:15am Eastern Time - New York

Location https://us06web.zoom.us/j/84010549740?pwd=RmJveGdnN0FwVzJsL0pJekMxUWllUT09 [URL omitted for readability]

Join with Google Meet https://meet.google.com/fus-ohmr-rzv?hs=224

Join by phone (US) +1 631-618-4407 PIN: 872559679

More phone numbers https://tel.meet/fus-ohmr-rzv?pin=7934136581055&hs=0

—————————————Andrew Glantz is inviting you to a scheduled Zoom meeting.Join Zoom Meeting[URL omitted for readability] ID: 840 1054 9740Passcode: 263017One tap mobile+16468769923,,84010549740# US (New York)+16469313860,,84010549740# USDial by your location       +1 646 876 9923 US (New York)       +1 646 931 3860 US       +1 301 715 8592 US (Washington DC)       +1 305 224 1968 US       +1 309 205 3325 US       +1 312 626 6799 US (Chicago)       +1 253 205 0468 US       +1 253 215 8782 US (Tacoma)       +1 346 248 7799 US (Houston)       +1 360 209 5623 US       +1 386 347 5053 US       +1 408 638 0968 US (San Jose)       +1 507 473 4847 US       +1 564 217 2000 US       +1 669 444 9171 US +1 669 900 6833 US (San Jose)       +1 689 278 1000 US       +1 719 359 4580 USMeeting ID: 840 1054 9740Find your local number: https://us06web.zoom.us/u/kfTgssUhh—————————————

Organizer andrew@x-claim.com andrew@x-claim.com

Guests andrew@x-claim.com - organizer steve@shoemakervillage.org tom@507capital.com View all guest info [URL omitted for readability]

Reply for steve@shoemakervillage.org and view more details [URL omitted for readability] Your attendance is optional.

~~//~~ Invitation from Google Calendar: https://calendar.google.com/calendar/

You are receiving this email because you are an attendee on the event. To stop receiving future updates for this event, decline this event.

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP.

Learn more https://support.google.com/calendar/answer/37135#forwarding

---

**Message 17**

| Date: | Thu, 19 Jan 2023 11:15:02 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Andrew Glantz <andrew@x-claim.com> |
| Subject: | Deal with Jeffries |

Hi Andrew,

Thanks for working with us.  I understand that Jeffries is under time pressure, but I can't make a decision right now because all of the people in the fund aren't yet awake.  Some of them work the night shift at our mining pool and won't be awake until the evening.  I will definitely talk to them immediately when they wake up.

I will provide you with a final decision no later than 24 hours from now
- by noon tomorrow.

Thanks,

-Steve Sokolowski

**Message 18**

| Date: | Thu, 19 Jan 2023 12:14:50 -0500 |
|---|---|
| From: | Thomas Braziel <tom@507capital.com> |
| To: | steve@shoemakervillage.org, Andrew Glantz <andrew@x-claim.com> |
| Subject: | Genesis - Bid |

Hey Steve - thanks for chatting earlier and great to connect. Given the limited disclosure, we have to stay conservative and offer 15% subject to DD and final documentation. If you wanted to circle back in a few months its likely our pricing would improve, but currently this is where the CIOs head is.

Thanks, Thomas

Thomas Braziel Managing Partner 507 Capital Direct: (646) 650-5096 www.507capital.com ( http://www.507capital.com )

**Message 19**

| Date: | Thu, 19 Jan 2023 16:31:38 -0500 |
|---|---|
| From: | Benjamin Hirsch <bhirsch@jefferies.com> |
| To: | Andrew Glantz <andrew@x-claim.com>, Matthew Aronsky <maronsky@jefferies.com>, Michael Richards <mrichards@jefferies.com> |
| Subject: | RE: Xclaim Trade Confirmation - Genesis - Cryptocurrency Management LLC |

Jefferies confirms to the below.


From: Andrew Glantz <andrew@x-claim.com>

Sent: Thursday, January 19, 2023 4:05 PM

To: Benjamin Hirsch <bhirsch@jefferies.com>; Matthew Aronsky <maronsky@jefferies.com>; Michael Richards <mrichards@jefferies.com>

Subject: Xclaim Trade Confirmation - Genesis - Cryptocurrency Management LLC


[External Message]

Jefferies team:

Cryptocurrency Management LLC (CM) will agree to Jefferies' purchase of their claims against the Genesis entities at a stipulated claim value of $4,000,000.00 at a purchase price of 25% ($1,000,000.00). The claim purchase will include an assignment of all rights associated with the claim, including all potential preference liability as disclosed to Jefferies during the diligence process (see detail and limitations in trade confirmation below).

Unlike Jefferies' original proposal, CM will not require any upside sharing in this deal. For the avoidance of doubt, that means that if the value of the underlying cryptocurrency increases, Jefferies retains the benefit of that increase in value.

This offer is open until 11:59pm Friday January 20 and Jefferies' acceptance of this offer, which shall create a binding trade confirmation, subject to definitive documentation and KYC.

Key terms below:

TRADE CONFIRMATION

Debtor: Genesis Global Capital, LLC

Buyer: Jefferies

Seller: Cryptocurrency Management, LLC

Asset: Claim and all related rights

Claim Amount: $4,000,000.00

Price: 25% ($1,000,000.00)

Date: January 19, 2023

Other: Jefferies to assume all related potential preference liability, not to exceed the U.S. Dollar value of cryptocurrencies withdrawn by Seller on the weekend of November 11 (see below), with such U.S. Dollar values calculated based on cryptocurrency trading prices as of the date of withdrawal, and shall not seek indemnification from Seller for any legal costs associated with defending against any actions to recover preferential payments related to such withdrawals.

Withdrawals:

1,017,315.6433071 DOGE

6,053.39759541 LTC

3,942.30926447 ETC

0.97120093 BTC

10.94688532 ETH

Please confirm your agreement to this trade via email.

We look forward to working with you to close this ASAP.

Andrew

ANDREW GLANTZ

+1 860 698 0033 | andrew@x-claim.com | LinkedIn

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

Page 16

**Message 20**

| Date: | Thu, 19 Jan 2023 17:01:39 -0500 |
| --- | --- |
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Andrew Glantz <andrew@x-claim.com> |
| Subject: | Re: Fwd: Xclaim Trade Confirmation - Genesis - Cryptocurrency Management LLC |

Hi Andrew,

Agreed.

Thanks,

-Steve Sokolowski

---

**Message 21**

| Date: | Sat, 21 Jan 2023 19:10:16 -0500 |
| --- | --- |
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: Interview on Monday |

I would prefer you just mention us. I doubt jefferies wants a bunch of small creditors who may be following trying to go to them directly. And the deal hasn't closed yet so better not to talk specifics of the price you got or the details of your claim. I would also refer to what you agreed to sell as your "claim" against Genesis rather than your loan. That's how it will be documented.

As for your appearance, good luck.

Next step, getting you a deal in BlockFi!

Andrew Glantz +1 860 698 0033 | andrew@x-claim.com

**Message 22**

| Date: | Tue, 24 Jan 2023 09:25:57 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Andrew Glantz <andrew@x-claim.com>, James Webster <jamespwebster1@gmail.com> |
| Subject: | Resending PDF |

Hi Andrew,

To be clear, these are the exact values at each lender:

I believe that the BlockFi value is slightly higher and the Genesis value is slightly lower, as the tables said that the balances were accurate to within 2%.  I attached a PDF that is equivalent to the activity.csv file that I sent during an earlier weekend, when you were negotiating with Jeffries.  If those small differences are important, I can work with you on that.

But it seems that the numbers Jeffries was provided may have been significantly different.  If this is not simply a data entry error and Jeffries was expecting to be paid the amounts currently in the contract, then I think it would be difficult for us to move forward with this deal.

Thanks,

-Steve Sokolowski

---

**Message 23**

| Date: | Tue, 24 Jan 2023 13:17:27 -0500 |
|---|---|
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: Resending PDF |

Can we hop on the phone to discuss this? Are you free in 10 minutes or so? I'll need you to walk me through it so I make sure I understand correctly before we go to Jefferies.  You made a binding agreement. If an adjustment needs to be made to the purchase price we can work through that.

Andrew Glantz +1 860 698 0033 | andrew@x-claim.com

**Message 24**

| Date: | Thu, 26 Jan 2023 08:14:54 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Andrew Glantz <andrew@x-claim.com> |
| Subject: | Sent message |

Hi Andrew,

I sent a message to Jeffries about the contract.

They wanted an in-person meeting, but what I'm trying to get across to them in a nice way is that they sent us a contract that was pasted together from legal templates, and that it's a mess. The numbers aren't right, it contradicts itself on multiple issues, there are grammar mistakes, and so on.  They want me to spend time with them on the phone, or even spend money on a lawyer, when the main issue is that they need to proofread.

If you can get this point across to them somehow, that would be great. There may not be any actual issues here, it's just that I can't understand what they want because whoever created this document didn't make even a cursory glance to correct obvious errors.

-Steve Sokolowski

**Message 25**

| Date: | Thu, 26 Jan 2023 08:41:09 -0500 |
| --- | --- |
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: Sent message |

As for your approach with Jefferies, I think your email is fine. You narrowed it down to two issues.

While I agree the contract could be clearer on both points, the intent of the agreement is to cap Jefferies preference exposure at the amount of potential preference exposure that you represented exists to Jefferies in the negotiations. In other words, if you took out other secret withdrawals not disclosed to Jefferies, they don't want to take on that liability. That's why there are still references to them excluding preference exposure and then they have the carve out for what they are assuming.

On subordination, again, the language could be clearer, but the contract isn't drafted in a way that Jefferies could come after you if a plan gets confirmed that changes the treatment of an entire class of claims. The language here is relatively commonplace in these kind of agreements.

What you're asking Jefferies to do is to fix the typos and grammar first before dealing with your bigger points. I suggest speaking to them about the bigger points this morning, letting them come back to you with a revised draft and then dealing with the typos and grammar on the final turn in consultation with your lawyer.

Alternatively, you might save money on legal fees by having your lawyer join a call with Jefferies' lawyer and talking through these issues first. That way you can get comfortable with the contract via your lawyer and just focus on the nits at the end. I assume your lawyer is available today? If not, maybe you go with the first approach.

Finally, I know you just emailed me these thoughts, but I wouldn't waste your energy picking apart Jefferies' form. Get the substance right about the provisions you care about, have your lawyer review to help you get comfortable, get the math right and then move on. These things rarely get litigated and Jefferies is well known, solid actor in the market. They're not playing any games here. They just want to move quickly and may not be paying as close attention to the details as you (rightly) are.

Happy to jump on a call to discuss any of the above

Andrew Glantz +1 860 698 0033 | andrew@x-claim.com

**Message 26**

| Date: | Thu, 26 Jan 2023 09:02:15 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Andrew Glantz <andrew@x-claim.com> |
| Subject: | Re: Sent message |

Hi Andrew,

I disagree a little bit - while I understand the intent of what they're saying, we don't want a judge to try to figure out the intent of the contract.  What matters is what is written.  I hope they don't find it unreasonable to make these minor changes to clarify.

I also hope they understand that without the corrected figures, I can't take the contract to James or Chris and do a thorough review that all the numbers are right. Because of their sleep schedules, it could take a day to do that - and since it is already Thursday, Jeffries probably won't be around to continue until Monday.

That contract was a mess; they didn't even bother to spell USDC correctly.  It doesn't reflect well upon them to be putting out documents like that.  At this point, I need to focus on our mining business, which has lost money the past few days due to bugs that I haven't had time to fix.  I can't be dealing with their proofreading errors and spending so much time on this anymore; I've already worked 10 hours every single day, including Christmas, since November 11 and still can't get enough done.

I need to take my mom to the hospital right now for her surgery and then spend a few uninterrupted hours on employee performance reviews.  When I get something that isn't contradictory, has accurate numbers, and isn't missing words, I think we can move forward very quickly.

-Steve Sokolowski

**Message 27**

| Date: | Thu, 26 Jan 2023 09:15:00 -0500 |
|---|---|
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: Sent message |

I'm not saying you don't deserve a proper contract, I'm just suggesting that you let your lawyer speak directly with Jefferies lawyer to hammer out the substance first and then deal with the nits. Again, your email to them was fine and let's see what they say.

Andrew Glantz +1 860 698 0033 | andrew@x-claim.com

**Message 28**

| Date: | Fri, 27 Jan 2023 08:51:44 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Benjamin Hirsch <bhirsch@jefferies.com>, Andrew Glantz <andrew@x-claim.com> |
| Subject: | Re: Genesis Claim |

Hi Benjamin,

It looks like we're good to go.

I attached the signed contract images - but I don't have access to a better scanner right now.  That scanner can create a smaller filesize, in a PDF, at a better resolution.  Let me know whether you want to use these images to accelerate the sale, or if you'd prefer to wait until this evening, when I can get access to that scanner and send you a PDF with black-and-white high-resolution images.

Also attached is the two-factor authentication key for the Genesis account, which you can login to at https://genesistrading.com.  The username is editor@shoemakervillage.org, and the password is [redacted]

Please download any documents you need from https://shoemakervillage.org/068d7853-07f4-4283-91c1-203f8a070281/. After our BlockFi claim has been sold, I may archive that site offline. You should probably also download their fraudulent balance spreadsheet and that image of their employees trying to cover up what happened. There are other creditors discussing a class action suit against Barry Silbert, and you may want need that information if you want to join it.

Let me know what else you need, and whether you would like me to provide the better scans this evening.

Thanks,

-Steve Sokolowski

**Message 29**

| Date: | Fri, 27 Jan 2023 16:10:43 +0000 |
|---|---|
| From: | Benjamin Hirsch <bhirsch@jefferies.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org>, Andrew Glantz <andrew@x-claim.com> |
| Subject: | RE: Genesis Claim |

Hi Steve-

Thank you for sending this over and granting us account access. If you don't mind, please send over a regular scan at some point.

Thanks Ben

**Message 30**

| Date: | Thu, 02 Feb 2023 22:57:22 -0500 |
|---|---|
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: Update |

Hi Steve -

Before we go there, there is another potential issue that has arisen in the buyer's diligence. The buyer is concerned about anti-assignment language in the regular BlockFi terms of service compared to the terms of service for BlockFi private client.

Are you able to provide more detail about the ~60 ETH transferred into your account? It is the buyer's preliminary understanding that the ~60 ETH will be covered by the regular terms of service, not the private client terms of service, and will want to discuss this with his lawyer.

If, based on the buyer's discussion with his lawyer, he can't get comfortable with the anti-assignment language, he may ask for either (a) a holdback in event that the anti-assignment language is ultimately enforced with respect to the ~60 ETH or (b) to simply exclude the ~60 ETH from this transaction.

There is a long history of case law on anti-assignment provisions and whether such provisions can be enforced in bankruptcy. Of course none of that case law has been tested in the crypto context or litigated here in this case so there is some uncertainty around the issue. I'm sure you will want to discuss with your attorney as well. We of course cannot advise either you or the buyer on these issues.

Would you be open to entertain either of those structures if he can't get comfortable with the anti-assignment language? He'd like to ensure you would be open to it before engaging his attorney.

Happy to discuss further in the morning.

Andrew Glantz +1 860 698 0033 | andrew@x-claim.com

Page 25

**Message 31**

| Date: | Thu, 02 Feb 2023 12:06:17 -0500 |
|---|---|
| From: | Andrew Glantz <andrew@x-claim.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | Re: Update |

Hi Steve, Jefferies has declined to bid on your BlockFi claims. They appreciated working with you but just aren't sufficiently interested at anything close to your level right now.

As for the other buyer, he is interested in proceeding quickly at the 22.5% price for the ETH loans. Given what I'm seeing in the market right now, you might want to grab that.

Best, Andrew

Andrew Glantz +1 860 698 0033 | andrew@x-claim.com

---

**Message 32**

| Date: | Fri, 10 Feb 2023 14:42:54 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Benjamin Hirsch <bhirsch@jefferies.com> |
| Subject: | Re: Genesis Claim |

Hi Benjamin,

I'll let him know, but it seems to me that a lot of people with Genesis seem to believe that this deal is going to be a miracle for them. On social media, in particular, there are people who are reading those Donut updates where they claim they will receive 80%, without understanding that a lot of that is worthless DCG equity in a company under investigation by multiple agencies, and that what isn't worthless won't be paid for half a decade at least.

Perhaps Jeffries should publish an article somewhere explaining to people why they aren't going to end up with 80% in cash, or even more than 15% in cash this year, to try to combat some of the misinformation.

-Steve Sokolowski

# Exhibit N

*SHS*

## CLAIM SALE AND PURCHASE AGREEMENT

THIS CLAIM SALE AND PURCHASE AGREEMENT (this agreement, along with the exhibits attached to this agreement, which are incorporated into this agreement by reference, this "Agreement") is entered into as of January 23, 2023 (the "Agreement Date") by and between Cryptocurrency Management LLC with offices located at **3178 Carnegie Drive, State College, PA 16803 USA** (the "Seller"), as seller, and Jefferies Leveraged Credit Products, LLC, with offices located at 520 Madison Avenue, 3rd Floor, New York, New York 10022 (the "Buyer"). Seller and Buyer sometimes are referred to in this Agreement individually as a "Party" and collectively as the "Parties."

WHEREAS on May 14, 2021, a loan agreement was filed which incorporated the Claims (as defined below) in the form of loans, as well as the terms of the Master Borrow Agreement between Genesis (as defined below), and Seller.

WHEREAS the Seller is now the owner of certain claims against Genesis Global Capital, LLC, and each of its Debtors and non-Debtors affiliates including, but not limited to Genesis Global Holdco, the parent, Genesis Asia Pacific, as well as any subsidiaries [and/or affiliated organizations] (collectively, "Genesis"), which is subject to a proceeding captioned *In re [Genesis] [in Provisional Liquidation]*;

WHEREAS, on January 19, 2023 (the "Petition Date"), Genesis and their affiliated debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the United States Code (the "Bankruptcy Code") with the U.S. Bankruptcy Court in the Southern District of New York (the "Bankruptcy Court"), administered under Chapter 11 Case No. 23-10064 (SLH) et seq. (the "Chapter 11 Case"). This Chapter 11 Cases and any other ongoing or future legal proceedings, foreign or domestic, relating to Genesis, or Genesis's conduct or actions, shall be known throughout this Agreement collectively as the "Proceedings".

WHEREAS, Seller's claim against Genesis and each of Genesis's non-Debtors affiliates includes those items set forth on Exhibit A attached hereto.

WHEREAS, as of the Agreement Date, Seller has the power and right to sell or assign all right, title and interest in and to the Claims defined below.

WHEREAS Buyer desires to purchase from Seller, and Seller desires to sell to Buyer, the Claims set forth on Exhibit A attached hereto which consist of three (3) loans since converted to claims (the "Assigned Claims") on the terms and conditions set forth in this Agreement. The Assigned Claims carry an aggregate value of four million dollars ($4,000,000.00) upon their conversion(s) to Claims. The transaction described in this Agreement sometimes is referred to as the "Transaction."

*SHS*

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are acknowledged, Seller and Buyer agree as follows:

## 1.    <u>**Claim Sale and Purchase Transaction**</u>.

(a)    Seller, for itself and its successors and assigns, agrees to sell, transfer and assign to Buyer, and its successors and assigns, on the terms and conditions set forth in this Agreement, absolutely and unconditionally, the Assigned Claims, including but not limited to: (A) any and all of Seller's rights, title and interest in and to the Assigned Claims including with respect to the Proceedings and the Chapter 11 Cases; (B) any and all claim documentation evidencing and/or representing the Assigned Claims in the face amount, and any amendments or supplements thereto; (C) any and all documents and / or relevant agreements not limited to but including any instruments, invoices, account documents, screenshots, [Notice of documentation necessary to file a proof of claim if desired ] (the "<u>Claim Documentation</u>"); (D) any and all rights to receive proceeds, principal, cash and interest, all rights of stoppage in transit, replevin and reclamation, fees, expenses, damages, penalties and other amounts in respect of or in connection with the claims Noticed and/or represented by any of the Claim Documentation, together with any voting and/or other rights and benefits arising from, under or relating to the Assigned Claims or any of the foregoing; (E) all other claims (including "claims" as defined in Section 101(5) of the United States Bankruptcy Code, as amended, and the rules and regulations promulgated under it, including any suits, causes of action and any other right of Seller against the Debtors or any of its agents, representatives, contractors, advisors or any other entity that in any way is based on or arises out of the Assigned Claim or any of the foregoing; (F) all cash, securities, instruments, digital assets, cryptocurrency, tokens and/or other property or assets, and all of Seller's rights with respect to receiving same as well as any and/or other property or distributions (no matter in what form, format or currency) issued in connection with the Assigned Claims or any of the foregoing or in connection with [the Plan of reorganization for the Debtors or any of them, as any such plan of reorganization might be amended from time to time (each a "<u>Plan</u>")][1]; (G) any forfeiture fund established or to be established pursuant to 28 C.F.R. Part 9 or otherwise or any other restitution, remission, restoration or mitigation processes or funds (or like processes or funds) or any other fund operated or administered by (or on behalf of) any entity, governmental or otherwise, (including, without limitation, the U.S. DOJ) foreign or domestic, or (H) any class action or other cases, proceedings, or funds currently in existence or arising in the future against Genesis, a financial institution or any other third parties (including, without limitation, any of Genesis's affiliates, agents, principals, managers, managing members, members, stockholders, "controlling persons" (within the meaning of the United States federal securities laws), directors, officers, employees, attorneys, professionals and other advisors, or any other party relating to Genesis and/or Seller's accounts, investments, property (including, without limitation, digital assets, cryptocurrency or tokens) or trading activities).

---

[1] Will reference/define Plan.

*SHS*

(b)    . The Assigned Claims and the rights and interests described in these Sections above are referred to collectively as the "Assigned Rights." The assignment made pursuant to this Agreement will be for the purpose of an absolute sale and for collection and will not be deemed to create any security interest;

(c)    Notwithstanding anything to the contrary, Buyer is not assuming, and shall not be responsible for, any obligations or liabilities of Seller or any of its Affiliates, including, but not limited to, any obligations or liabilities relating to or resulting from: (i) any preference issues at an amount equal to or above five-hundred seventy-thousand five-hundred fifty-nine dollars ($570,559.00) (the "Preference Carveout"), Impairments (as defined below) or any sort of avoidance actions arising from, in connection with, or relating to the Assigned Claims, the Assigned Rights, or Seller's accounts, investments, or trading activities with Genesis; (ii) Seller's breach of its representations, warranties, covenants, or agreements under this Agreement (and all other related documents), or any other agreements with Genesis; (iii) Seller's or any of its Affiliates bad faith, gross negligence, or willful misconduct; (iv) Seller's or any of its Affiliates actions or obligations in any capacity; or (v) Seller's or any of its Affiliates lending, financing, margin, or any other similar arrangements with Genesis (each, a "Retained Obligation").

**2.    Agreement Date/Assignability; Purchase Price Payment; Options**.

(a)    The assignment of the Assigned Rights pursuant to this Agreement will be made effective as of the date both Buyer and Seller execute this Agreement. To the extent that all or any part of the Assigned Claims and other Assigned Rights are not able to be assigned or otherwise transferred into the name of Buyer, this Agreement shall be deemed to be a grant by Seller to Buyer of an undivided 100% participation interest in the Claim and other Assigned Rights. For the avoidance of doubt, if it is deemed that the transactions hereunder are a grant of a participation interest, Seller agrees to cooperate and take all such action to pursue and defend the Claim and other Assigned Rights, at the direction of and on behalf of Purchaser as provided in further detail in Section 17 hereof. Seller agrees, upon Buyer's request, to take such actions as are necessary, as soon as reasonably practicable and to the extent permitted by law, to cause Buyer or any actual or prospective transferee or subparticipant with respect to all or a portion of the Claim or other Assigned Rights to become the legal owner of record with respect to all or any part of the Claim or other Assigned Rights.

(b)    The term "Business Day" means a day (other than a Saturday or Sunday) on which banks are open for general business in New York, New York USA or Dublin, Ireland.

**3.    Notice of Transfer**. On the Agreement Date, the Seller will execute and deliver to the Buyer's counsel, to be held in escrow in accordance with Section 24 of this Agreement, a notice of transfer of claim pursuant to Rule 3001 E1 of the Federal Rules of Bankruptcy Procedure ("FRBP"), substantially in the form of Exhibit B, with respect to the Claim Documentation for the Assigned Claims (the "Notice of Transfer"). Upon Buyer's payment of the Purchase Price to Seller in accordance with the provisions of Section 4 below,

Seller concurrently authorizes (a) such escrow to be released automatically and (b) Buyer to file a 3001 E1 form Notice of Transfer for the Assigned Claims with the Bankruptcy Court.

**4.      Payment of Purchase Price**.  The consideration being paid by Buyer to Seller pursuant to this Agreement is the sum of the following:  the product of the Purchase Rate (as set forth in the distressed Trade Confirmation confirming the trade dated January ____, 2023, by and among the Buyer and the Seller) multiplied by the Assigned Claim Amount (the "Claim Purchase Price", the "Purchase Price").  Upon the satisfaction of the conditions set forth in Sections 4(a) and 4(b) below, Buyer will pay to Seller the Purchase Price by wire transfer of immediately available funds to Seller's account as specified on Exhibit C.

(a)      Seller and Buyer will duly execute and deliver to the other (or, in the case of the Notice of Transfer and, as applicable, other Assignment Documents (as defined below), to Buyer's counsel) on the Agreement Date (i) this Agreement and (ii) subject to this Agreement, the Notice of Transfer and related documents reasonably necessary to effect the transfer of the Assigned Rights and the Assigned Claims to Buyer on the Agreement Date (collectively, the "Assignment Documents").

(b)      Buyer's obligations to pay the Purchase Price to Seller and to acquire the Assigned Rights (including, without limitation, the Assigned Claims) on the Agreement Date is subject to the further conditions that:

(i)      Buyer (or, in the case of the Notice of Transfer, Buyer's counsel) has received the Assignment Documents, in each case, duly executed and delivered by Seller, subject to any of the relevant provisions of this Agreement;

(ii)      Seller's representations and warranties in this Agreement are true and correct on the Agreement Date;

(iii)      Seller has complied in all material respects with all covenants required by this Agreement to be complied with by it on or before the Agreement Date (including the completion of any and all Know Your Customer ("KYC") requests; and

(iv)      there is not in effect on the Agreement Date any preliminary or permanent injunction, temporary restraining order or other decree or order of a governmental authority the effect of which prohibits the assignment of any Assigned Claim.

(c)      Seller's obligation to sell, transfer, assign, grant, and convey the Assigned Rights to Buyer on the Agreement Date is subject to the conditions that (except as otherwise disclosed by Seller and referenced in this Agreement):

(i)      Buyer's representations and warranties in this Agreement are true and correct on the Agreement Date;

(ii)      Buyer has complied in all material respects with all covenants required by this Agreement to be complied with by it on or before the Agreement Date;

*SHS*

(iii)    Seller has received payment of the Purchase Price from Buyer; and

(iv)    there is not in effect on the Agreement Date any preliminary or permanent injunction, temporary restraining order or other decree or order of a governmental authority the effect of which prohibits the assignment of any Assigned Claim.

## 5.    **Seller's Other Representations and Warranties**.

(a)    Seller represents, warrants and acknowledges to Buyer, (unless a specific date is otherwise specified for a clause below or as provided in the last sentence of this Section 6) as of the Agreement Date, that (i) upon the occurrence of the Agreement Date and the filing of the Notice of Transfer, Buyer will be deemed to be the owner of the Assigned Claims and the other Assigned Rights and will be entitled to identify itself as the owner of the Assigned Claims and the other Assigned Rights, including on the records of the Bankruptcy Court; (ii) Seller has full power, and is duly authorized and empowered to execute and perform this Agreement as well as sell and transfer the Claim and other Assigned Rights to Buyer; (iii) this Agreement and the Notice of Transfer constitute the valid, legal and binding agreement of Seller, enforceable against Seller in accordance with their terms; (iv) Seller is the original, sole legal and beneficial owner of, and has good legal and beneficial title to, the Assigned Claims and the other Assigned Rights, free and clear of all liens, claims, security interests, impairments or encumbrances of any kind or nature whatsoever, including, without limitation, pursuant to any factoring agreement (collectively, "Liens"), (v) upon the consummation of the Transaction in accordance with the terms and conditions of this Agreement, Buyer will own and have good legal and beneficial title to the Assigned Claims and the other Assigned Rights, free and clear of all Liens and any legal, regulatory or contractual restriction on transfer or sale, and the transfer of such Assigned Rights pursuant to this Agreement to Buyer will be free and clear of all taxes; (vi) other than pursuant to the terms of this Agreement, all of the Assigned Claims and other Assigned Rights are not subject to any pledges and have not been sold, assigned, participated or otherwise transferred, in whole or in part; (vii) neither the execution, delivery or performance of this Agreement and the Notice of Transfer nor consummation of the Transaction will violate or contravene any law, rule, regulation, order, agreement, or instrument affecting Seller or the Assigned Rights; (viii) the Seller is not in breach of any of its representations, warranties, obligations, agreements or covenants pursuant to any of the Claim Documentation or other related agreements including any and all of the Genesis user agreements; (ix) the Assigned Claims are not, and will not become, subject to any counterclaim, proceeding, defense or claim (including any preference or fraudulent conveyance claim) or right of set-off, reduction (including any reductions if there is an allowed claim, or distributions thereon), offset, recoupment, disgorgement, impairment, rejection, inadmissibility, avoidance, disallowance or subordination by Debtors, the Bankruptcy Court or any other entity (including without limitation by any regulatory body or state or federal governmental agency or commission), nor are any distributions to be made in respect of such Assigned Rights, including without limitation in connection with a proposed or confirmed plan of reorganization in the Bankruptcy Case, subject to any impairment;[2] (x) no payment or distribution has been received by or on behalf of Seller in full or partial satisfaction of the Assigned Rights with respect

SHS

to the Assigned Claims and/or the Assigned Rights; (xi) Seller is not an insider of the Debtors or any other obligor within the meaning of Section 101(31) of the Bankruptcy Code, and Seller is not (nor have they ever been) an affiliate of the Debtors or any other obligor; (xii) Seller is not a member of the official committee of unsecured creditors in the Bankruptcy Case for the Debtors; (xiii) Seller has agreed to the payment of the Purchase Price for the Assigned Claims and Assigned Rights based on its own independent investigation and credit determination and has consulted with such advisors as it believes appropriate and has not relied on any representations made by Buyer; (xiv) Seller has not engaged in any acts or conduct or made any omissions, or had any relationship with the Debtors or its affiliates (and Seller covenants that it will not engage in any acts or conduct or make any omissions, or have any relationship with the Debtors or its affiliates) that will result in Buyer receiving proportionately less in payments or distributions with respect to, or less favorable treatment (including the timing or type of payments or distributions) for, the Assigned Claims and other Assigned Rights than is received by holders of allowed general unsecured claims against the Debtors generally; (xv) Seller does not hold, and on the filing date of the Bankruptcy Case, did not hold, any funds or property of, or now owes and on the filing date of the Bankruptcy Case owed any amounts or property to, the Debtors or any affiliate of the Debtors, and Seller has not effected or received the benefit of any setoff against the Debtors or any other obligor on account of the Assigned Rights to the extent represented by the Assigned Claims; (xvi) no objections have been made or threatened in respect of the Assigned Rights to the extent represented by the Assigned Claims; (xvii) Seller has maintained and will continue (until distributions are made on account of the Assigned Claims) to maintain the Claim Documentation, and has delivered copies of the Claim Documentation, to Buyer, and, other than such documents, there are no other agreements or documents, of any kind or nature whatsoever, that Notice, affect or relate to, in any material way, the Assigned Claims or Assigned Rights, and there are no other documents, agreements, stipulations or orders that Notice or affect in any material or significant way, the Claim or other Assigned Rights that have not been provided, whether requested or not; (xviii) the Assigned Claims, they are valid, allowable, undisputed, non-contingent, liquidated claims in the Bankruptcy Case; (xix) no third party has received or will receive any payments or distributions with respect to or relating to the Assigned Claims and the other Assigned Rights; (xx) Seller is not the subject of any voluntary or involuntary petition under the Bankruptcy Code or any other bankruptcy, or insolvency; (xxi) Seller has a valid claim against Genesis which includes the items referenced in Exhibit A hereto; (xxii) Seller has no other Claim against Genesis in the Proceedings or otherwise, other than the Assigned Rights; (xxiii) Seller invested in Genesis for its own account and there are no other ultimate beneficiaries of Seller's account (xxiv) Seller made customer account withdrawals in the 90 days prior to the Petition Date as set forth on Exhibit A hereto (the "Prepetition Withdrawals"), and other than the Prepetition Withdrawals, Seller made no other withdrawals in the 90 days prior to the Petition Date; (xxv) Seller has not taken any action to collect on the Claim or other Purchased Rights as of the Petition Date;

(b)    Notwithstanding the Preference Carveout, if all or any part of any of the Assigned Claims are: (a) objected to; (b) not enforceable against the Debtors; (c) impaired by the commencement or notice from Debtors of any action or proceeding, including but not limited to any proceeding which seeks to reduce all or part of the Claim amount or provide less favorable treatment to such Claim than other claims of the same class or type as such Claim, including the timing of distributions; (d) setoff, disallowed, reduced, subordinated, subject to a preference action, or otherwise impaired, in whole or in part, including, without limitation, pursuant to an

*SHS*

order of the Bankruptcy Court (whether or not such order is appealed); or (e) is not listed on the Schedule or is listed on the Schedule as unliquidated, contingent or disputed, or is listed on the Schedule in a lesser amount than the minimum claim amount (collectively, an "Impairment"), Seller agrees to immediately repay, on demand of Buyer (which demand will be made at Buyer's sole option), an amount equal to the portion of the minimum claim amount subject to Impairment multiplied by the Purchase Rate (defined in Annex A), plus interest thereon at 10% per annum from the Assignment Date to the date of repayment, provided, however, that such a demand by Buyer will not be deemed an election of remedies or any limitation on any other rights that Buyer may have hereunder or under applicable law. Additionally, if the Bankruptcy Court enters an order disapproving the transfer of any Claim, or in the event that the Buyer is not substituted for Seller, Seller agrees to immediately repay, upon demand of Buyer, the consideration, plus interest thereon at 10% per annum from the Assignment Date to the date of repayment. Additionally, Buyer shall assume any and all related potential preference liability which shall not exceed the U.S. dollar values shown respectively on Exhibit A, with such U.S. dollar values calculated and based upon cryptocurrency trading prices as of the withdrawal date. Additionally, any increase in the amount of the Assigned Claims will be for the benefit of Buyer, but Buyer agrees to pay any preference risk up to and including the exposure amount defined above, which is the Preference Carveout.

**6.     Mutual Representations and Warranties**.  Each Party represents, warrants and acknowledges to the other Party, as of the Agreement Date and the Agreement Date, that (a) the consideration being paid by Buyer pursuant to this Agreement might differ both in kind and amount from the amount ultimately distributed with respect to the Assigned Rights pursuant to any plan of reorganization that is confirmed for the Debtors; (b) it has adequate information concerning the financial condition of the Debtors and the Bankruptcy Case to make an informed decision regarding the sale or purchase of the Assigned Rights and that it has independently and without reliance on the other, and based on such information as it deems appropriate, made its own decision to enter into this Agreement; (c) it is aware that information that might be pertinent to its decision to sell or purchase the Assigned Rights is available and can be obtained from, among other public sources, the Bankruptcy Court's files; (d) it is a sophisticated Seller or Buyer, as applicable, with respect to the transactions described in this Agreement with sufficient knowledge and experience in investing in claims of this type to properly evaluate the merits of these transactions, and it is able to bear the substantial risk associated in connection with these transactions (with respect to Seller, including any liabilities associated with the Retained Obligations, Impairment and/or losses; (e) it has not relied and will not rely on the other Party to furnish or make available any documents or other information regarding the credit, affairs, financial condition or business of the Debtors or any other matter concerning the Debtors (other than the Claim Documentation that Seller has delivered to Buyer); (f) it is an "accredited investor," within the meaning of Rule 501 of Regulation D under the Securities Act of 1933, as amended (the "Act"); and (g) no broker, finder or other entity acting pursuant to its authority or the authority of any of its affiliates is entitled to any broker's commission or other fee in connection with this Agreement or the Assigned Rights for which the other Party could be responsible.

**7.     Buyer's Representations and Warranties**.  Buyer represents, warrants and acknowledges to Seller, as of the Agreement Date and the Agreement Date, that no interest in the Assigned Rights is being acquired by or on behalf of an entity that is, or at any time

while the Assigned Rights are held thereby will be, one or more Benefit Plans (as such term is defined below).  Seller represents, warrants, and acknowledges to Buyer, as of the Agreement Date and the Agreement Date, that the Assigned Rights are not being sold by one or more Benefit Plans.  The term "Benefit Plan" means an "employee benefit plan" (as such term is defined in ERISA) that is subject to Title I of ERISA, a "plan" as defined in Section 4975 of the Code or any Entity whose assets include (for purposes of U.S. Department of Labor Regulations Section 2510.3-101 or otherwise for purposes of Title I of ERISA or Section 4975 of the Code) the assets of any such "employee benefit plan" or "plan."  The term "Code" means the United States Internal Revenue Code of 1986, as amended, and the rules and regulations promulgated under it, and the term "ERISA" means the United States Employee Retirement Income Security Act of 1974, as amended, and the rules and regulations promulgated under it.

8.    **Non-Reliance**.

    (a)    Seller acknowledges that (i) Buyer might now possess and might hereafter possess certain non-public information concerning the Debtors, the Assigned Rights and/or rights, interests and proceeds related thereto, and/or with respect to the Bankruptcy Case (collectively, the "Buyer Non-Public Information") that might or might not be independently known to Seller that might constitute material information with respect to the Debtors, the Bankruptcy Case, the Assigned Rights and/or the Transaction; (ii) Seller has determined to explore and pursue the Transaction notwithstanding its lack of knowledge of the Buyer Non-Public Information, if any; (iii) Buyer has no obligations to Seller to disclose the Buyer Non-Public Information and no fiduciary obligations to Seller; (iv) it has not requested to receive such Buyer Non-Public Information from Buyer and has nevertheless determined to proceed with the Transaction; (v) Buyer will have no liability to Seller, and Seller waives and releases any claims that it might have against Buyer pursuant to this Agreement or with respect to the Transaction, whether under applicable law or otherwise, with respect to the nondisclosure of the Buyer Non-Public Information, if any, in connection with the Transaction; provided, however, that the Buyer Non-Public Information, if any, will not affect the truth or accuracy of the specific representations or warranties of Buyer made in this Agreement. Seller further acknowledges that Buyer is relying on the acknowledgements, representations and terms throughout this Agreement and would not enter into a transaction to purchase the Assigned Rights and related rights and interests from Seller absent the terms and provisions of this Agreement.

    (b)    Buyer acknowledges that (i) Seller might now possess and might hereafter possess certain non-public information concerning the Debtors, the Assigned Rights and/or rights, interests and proceeds related thereto, and/or with respect to the Bankruptcy Case (collectively, the "Seller Non-Public Information") that might or might not be independently known to Buyer that might constitute material information with respect to the Debtors, the Bankruptcy Case, the Assigned Rights and/or the Transaction; (ii) Buyer has determined to explore and pursue the Transaction notwithstanding its lack of knowledge of the Seller Non-Public Information, if any; (iii) Seller has no obligations to Buyer to disclose the Seller Non-Public Information and no fiduciary obligations to Buyer; (iv) it has not requested to receive the Seller Non-Public Information from Seller and has nevertheless determined to proceed with the Transaction; (v) Seller will have no liability to Buyer, and Buyer waives and releases any claims that it might have against Seller pursuant to this

*SHS*

Agreement or with respect to the Transaction, whether under applicable law or otherwise, with respect to the nondisclosure of the Seller Non-Public Information, if any, in connection with the Transaction; *provided, however,* that the Seller Non-Public Information, if any, will not affect the truth or accuracy of the specific representations or warranties of Seller made in this Agreement. Buyer further acknowledges that Seller is relying on the acknowledgements, representations and terms of this Agreement and would not enter into a transaction to sell the Assigned Rights and related rights and interests to Buyer absent the terms and provisions of this Agreement.

(c)    Except as otherwise provided in this Agreement, Seller has not relied upon and will not rely on Buyer to furnish or make available any documents or other information regarding the credit, affairs, financial condition or business of the Debtors, or any other matter concerning the Debtors or the Assigned Rights. Except as otherwise provided in this Agreement, Buyer has not relied upon and will not rely on Seller to furnish or make available any documents or other information regarding the credit, affairs, financial condition or business of the Debtors, or any other matter concerning the Debtors or the Assigned Rights. Nothing in the foregoing provisions of this Agreement, however, will limit any claim by either Seller or Buyer based on intentional fraud.

**9.    Non-Public Notices Received by Seller**. If Seller receives any notice with respect to or relating to the Assigned Rights from and after the Agreement Date that is not otherwise publicly available on the docket in the Bankruptcy Case, it promptly (and in any event within three Business Days of receipt) will deliver the same to Buyer at the address set forth in Exhibit C.

**10.    No Actions to Affect Treatment of Claims**. Without affecting the terms of the representations and warranties contained in this Agreement, that Seller covenants and agrees that from and after the Agreement Date (a) it will not take any actions or make any omissions that would cause any payments or distributions to be paid to Buyer in respect of the Assigned Rights to the extent of the its allowed claim amount, in a time or manner, or *pro rata* amount, different from general unsecured creditors of the Debtors generally and (b) it will not directly or indirectly encumber or transfer the Assigned Rights.

**11.    Agreement to Forward Distributions Belonging to Other Party**.

(a)    Seller agrees that if any payments or distributions are made on account of or in respect of the Claim or the Assigned Rights (each, a "Distribution" and collectively, the "Distributions"), whether in the form of cash, securities, instruments, cryptocurrencies, digital assets, tokens, and/or any other property, such Distributions shall constitute property of Buyer to which Buyer has an absolute right, and Seller shall have no equitable or beneficial interest in such Distributions on account of the Claim or other Assigned Rights (regardless of form). Seller shall take all such action to direct any such Distributions to be sent directly to Buyer at the instructions specified in Exhibit C. If, for any reason, any such Distribution is directly received by Seller, Seller shall hold such property in trust for the sole benefit of Buyer, segregated from Seller's other property, and will at its own expense, deliver such Distributions to Buyer, in the same form received within two (2) business days of receipt of a cash Distributions, by wire transfer or by check, or five (5) business days of receipt of a non-cash Distributions. Seller shall deliver to Buyer: (i) any endorsements, assignments, stock or other

transfer powers or other instruments or documents necessary to effect the transfer of such Distributions to Buyer; and (ii) any statements or notices received by Seller from Genesis or the Proceedings describing such Distributions.

**12.**    **Indemnifications**.  Seller agrees to indemnify Buyer from all losses, damages and liabilities, including reasonable attorneys' fees and expenses ("Losses"), that result from or arise out of any breach of any representation, warranty or covenant of Seller set forth in this Agreement or any obligation of Seller or Buyer to disgorge, in whole or in part, or otherwise reimburse (by setoff or otherwise) the Debtors or any other person or entity for any payments, distributions, property, setoffs or recoupments received, applied or effected by or for the account of Seller pursuant to or in connection with the Assigned Rights or otherwise from, against or on account of the Debtors, except to the extent such Losses arise from the fraud, gross negligence or willful misconduct of Buyer or an affiliate of Buyer. Buyer agrees to indemnify Seller from all Losses that result from or arise out of any breach of any representation, warranty or covenant of Buyer set forth in this Agreement, except to the extent such Losses arise from the fraud, gross negligence or willful misconduct of Seller or an affiliate of Seller.  Additionally, Buyer shall not seek indemnification from Seller for any legal costs associated with defending against any actions to recover preferential payments related to such withdrawals.  The Party that is seeking indemnification will notify the Party from whom indemnification is sought as promptly as possible upon becoming aware of any actual or potential Losses regarding which it may seek indemnification.  The indemnifying Party will not make any compromise or settlement of any Losses that might require the indemnified Party to admit any fault without the indemnified Party's prior written consent.

**13.**    **Costs and Expenses**.  Buyer is not assuming any obligations or liabilities of Seller relating to the Assigned Rights, under the Claim Documentation or otherwise.  Each Party will be solely responsible for all costs or expenses (including, without limitation, legal fees and expenses) incurred by it with respect to the negotiation, preparation and execution of this Agreement and the other Operative Agreements (as such term is defined below) and consummating the transactions contemplated in this Agreement.

**14.**    **Defense of Assigned Rights**.  If Buyer is required to defend any portion of the Assigned Rights after the Agreement Date against any attempted disallowance or objection, including in the assumption/rejection context, Seller will provide Buyer any information in Seller's possession or under Seller's control that is necessary for such defense promptly upon Buyer's request; provided, however, that, solely with respect to the Assigned Claims (or portion thereof) for which a repayment demand has been exercised, this obligation will terminate upon Buyer's receipt of the repayment amount.

**15.**    **Further Assurances / Limited Power of Attorney**.

(a)    Seller agrees to immediately deliver to Buyer any and all notices received in connection with the Claim or other Assigned Rights, including, without limitation, those received from Genesis, the Proceedings or any other court or governmental entity or any third party regarding the Claim or other Assigned Rights.  Additionally, Seller agrees to take any necessary action with respect to the Claim and other Assigned Rights as Buyer requests from time to time in order to effectuate the provisions of this Agreement, including,

*SHS*

without limitation, taking such further action as may be necessary or desirable: (i) to work in good faith and reasonably cooperate with Buyer to ensure the Claim is allowed in the Proceedings, or otherwise ensure Buyer receives Distributions arising from, in connection with, or relating to the Claim and other Assigned Rights; (ii) to provide to Buyer all additional information or documents concerning the validity, quantum, or otherwise relating to the Claim or other Assigned Rights; (iii) to work in good faith and reasonably cooperate with and assist Purchaser and its counsel and other advisors, including but not limited to, in connection with pursuing and defending the Claim and other Assigned Rights, (iv) to defend or settle any avoidance action or other litigation, negotiations or discussions relating to the Prepetition Withdrawals; (v) to execute any documents relating to the Assigned Rights; (vi) to search for and produce documents; (vii) to respond to and verify under oath responses to written discovery; (viii) to participate and cooperate in any discovery process; (ix) to make its personnel available to assist in any litigation arising from, in connection with, or relating to the Assigned Rights, (x) to cause its counsel to meet, cooperate and confer with Buyer; (xi) if necessary, to file a proof of claim, petitions or other similar claims or form, each in form and substance acceptable to Buyer; (xii) timely execute and submit a voting ballot for the Claim or other Assigned Rights in connection; and (xiii) take any other actions arising from, in connection with, or relating to the Claim or other Assigned Rights as reasonably requested by Buyer. Seller shall not settle or resolve any cause of action or dispute regarding the Claim, the Assigned Rights, or the Prepetition Withdrawals, without the prior written consent of Buyer. Seller shall not wind-down, liquidate dissolve, merge, or enter into any insolvency or restructuring proceeding, either voluntarily or involuntarily, until such time as: (a) the Claim is fully and finally allowed in the Proceedings; and (b) any obligations or liabilities relating to or resulting from the Prepetition Withdrawals, if any, are fully and finally resolved.

(b)     In addition to Seller's obligations in this Agreement, Seller hereby irrevocably appoints Buyer and any officer or agent thereof, with full power of substitution, as its true and lawful attorney-in-fact solely with respect to the Claim and other Assigned Rights, with full power and authority in place of Seller or in Buyer's own name, and authorizes Buyer to act in Seller's name, place and stead, to: (i) demand, sue for, compromise and recover all such amounts which are, or may hereafter become, due and payable for or on account of the Claim and other Assigned Rights herein assigned, including, without limitation, filing a proof of claim and voting the Claim in the Proceedings; and (ii) take any and all other appropriate action and to execute any and all documents and instruments that may be necessary or useful for the purpose of carrying out the terms of this Agreement. Seller agrees to take all actions necessary to substitute Buyer for Seller as the holder of the Claim and other Assigned Rights in the Proceedings. Seller hereby grants unto Buyer full authority to do all things necessary to enforce the Claim and other Assigned Rights and Seller's rights thereunder. Seller agrees that the powers granted in this paragraph are discretionary in nature and exercisable at the sole option of Buyer, and Buyer shall have no obligation to prove, defend, or take any affirmative action with respect to proving the validity or amount of the Claim or other Assigned Rights, or with respect to any Retained Obligations.

**16.     Further Assignments**. Seller agrees that Buyer may sell, transfer, or assign the Assigned Rights together with all right, title, and interest of Buyer in and to this Agreement and may transfer or assign its rights pursuant to this Agreement without the consent of Seller. Neither Seller nor Buyer may delegate its obligations pursuant to this Agreement without the express written consent of the other



Party (such consent not to be unreasonably withheld or delayed with respect to any matters other than with respect to the obligations to make payment of the Purchase Price as provided in this Agreement (which obligation may not be delegated)).

**17.** **Survival of Representations and Warranties; Integration**.  All representations and warranties contained in this Agreement will survive the execution and delivery of this Agreement and the purchase and sale of the Assigned Rights and will inure to the benefit of, and be binding upon, the Parties and their respective successors and assigns.  This Agreement and the Notice of Transfer (collectively, the "Operative Agreements") will constitute the entire agreement of the Parties with respect to the Transaction and will supersede all previous and contemporaneous negotiations, promises, covenants, agreements, understandings, representations and warranties in respect thereof (including, without limitation, any Trade Confirmation between the Parties), all of which have become merged and finally integrated into the Operative Agreements.  As between Seller and Buyer, if there is any inconsistency or conflict between this Agreement and the other Operative Agreements, the provisions of this Agreement will govern and control.

**18.** **Governing Law; Venue; Waiver of Jury Trial**.  This Agreement will be governed and construed in accordance with the laws of the State of New York without giving effect to any choice of law principles.  Each Party irrevocably and unconditionally consents to the jurisdiction of the state and federal courts located in the City of New York (Borough of Manhattan), State of New York in any action to enforce, interpret or construe any provision of this Agreement and also hereby irrevocably waives any defense of improper venue or *forum non conveniens* to any such action brought in those courts.  Each Party consents to service of process by certified mail at its address set forth on Exhibit C.  Seller further irrevocably agrees that any action to enforce, interpret or construe any provision of this Agreement will be brought only in those courts and not in any other court.  Each Party waives, to the fullest extent permitted by applicable law, any right that it might have to trial by jury in any action to enforce, interpret or construe any provision of this Agreement.

**19.** **Notices**.  All notices required to be delivered pursuant to this Agreement are to be sent in writing and may be either telefaxed, sent by electronic mail or sent by internationally recognized overnight courier service to the addresses, electronic mail addresses and facsimile numbers set forth on Exhibit C or to such other address or number as the Party desiring the change advises the other Party from time to time through a notice given in accordance with the provisions of this Section 21; provided, however, that if any Party elects to send any notices by electronic mail or facsimile, a copy of such notice also is to be sent by internationally recognized overnight courier service.  Any such notice will be effective and will be deemed to have been given, in the case of an electronic mail message or facsimile, upon confirmation of receipt of such electronic mail message or facsimile by the addressee (provided that if the date of dispatch is not a Business Day, it will be deemed to have been received at the opening of business in the country of the addressee on the next Business Day), and in the case of a notice sent by courier service, when delivered personally (provided that if delivery is tendered but refused, such notice will be deemed effective upon such tender).

**20.** **Counterpart Execution; Electronic Execution**.  This Agreement: (i) may not be modified, waived, changed or discharged, in whole or in part, except by an agreement in writing signed by Buyer and Seller; (ii) constitutes the entire agreement and understanding

*SHS*

between the parties hereto with respect to the subject matter hereof; and (iii) supersedes all prior agreements, understandings and representations pertaining to the subject matter hereof, whether oral or written. This Agreement may be executed in counterparts and both such counterparts taken together will be deemed to constitute a single agreement. The Parties agree that facsimile signatures or other forms of electronic transmission of an executed counterpart of this Agreement will have the same binding force and effect as original signatures.

**21.    Waiver of Certain Notices**. Seller waives any notice requirement imposed by Rule 3001 of the FRBP and any applicable local bankruptcy rules and consents to the substitution of Buyer for Seller for all purposes in the Bankruptcy Case, including, without limitation, for purposes of voting and receipt of distributions with respect to the Assigned Rights. Buyer is authorized to file the Notice of Transfer in the Bankruptcy Case upon Buyer's payment to Seller of the Purchase Price in accordance with the provisions of Section 2 above and agrees to so file the Notice of Transfer within three (3) Business Days after the Agreement Date. Buyer agrees that it will cause its counsel, in the period between the Agreement Date and the Agreement Date, (a) to hold the Notice of Transfer and, as applicable, other Assignment Documents, in escrow and (b) not to file or authorize the filing or releasing of such Notice of Transfer and other Assignment Documents to any other person, entity or court (including, without limitation, the Bankruptcy Court). Upon the occurrence of the Agreement Date, (x) the escrow and limitations referenced in the preceding sentence will no longer be in effect, (y) Seller waives any objection to the transfer of the Assigned Rights and (z) Seller stipulates and agrees that an order may be entered recognizing this Agreement as an unconditional assignment and Buyer as the valid owner of the Assigned Rights.

**22.    Confidentiality**. Each Party agrees that, without the prior written consent of the other Party, which consent will not be withheld, delayed or conditioned unreasonably, it will not disclose this Agreement, its contents or its existence to any other person (other than its affiliates and any of its or their officers, directors, employees, professional advisers and auditors), except with respect to the filing and notice requirements set forth in the Bankruptcy Rules and as required to do so by any law, court or regulation or as required or requested by any governmental authority having or asserting jurisdiction over it, and except for Seller's disclosure regarding the sale of the Assigned Claim at a discount via the Xclaim Marketplace; provided, however, that Buyer (and its direct and indirect successors and assigns) also may disclose the content of this Agreement (excluding the Purchase Price and the Purchase Rate) without Seller consent to prospective purchasers or assignees of its interests in the Assigned Rights and/or this Agreement if such prospective purchasers or assignees agree to be similarly bound by the confidentiality provisions of this Agreement (which will accrue for the benefit of Seller). Seller agrees that, following the Agreement Date, it will not disclose to any other person (other than its affiliates and any of its or their officers, directors, employees, professional advisers and auditors) any nonpublic information related to the Assigned Rights, except as required to comply with any filing and notice requirements set forth in the Bankruptcy Rules and as required to do so by law, court or regulation or as required or requested by any governmental authority having or asserting jurisdiction over it..

**23.    Rights and Remedies**. Buyer shall have the right to all remedies, including, without limitation, specific performance and other injunctive and equitable relief without a showing of irreparable harm or injury and without posting a bond. The parties hereto hereby

mutually agree and stipulate that this Agreement is the result of negotiations between the parties and the terms hereof are negotiated terms and thus, any rules of interpretation, construction or resolving ambiguity against the drafter that otherwise apply, shall not apply hereto.  Notwithstanding anything in this Agreement to the contrary, in the event the amount of the Claim is adjusted upwardly, for any reason whatsoever:  (a) Buyer shall be the sole party entitled to any additional recovery as a result of such upward adjustment; (b) Buyer shall not be required to pay Seller any additional consideration; and (c) Buyer shall be bound by the terms of this Agreement, and the sale, assignment, conveyance or transfer of the Claim and other Assigned Rights to Buyer.

*(remainder of page blank)*

**IN WITNESS WHEREOF**, the undersigned have duly executed this Agreement by their duly authorized representative dated the 27th day of January, 2023.

**SELLER**:

**Cryptocurrency Management LLC**,

By: _Stephen Sokolowski_
Name: Stephen Sokolowski
Title: Owner

All pages initialed SHS
except exhibit B

**BUYER**:

**Jefferies Leveraged Credit Products, LLC**,

By: _William P. McLoughlin_
Name:
Title:

William P. McLoughlin
Senior Vice President
Authorized Signatory

SHS

## EXHIBIT A

| ID Number/ Debtors against Whom Asserted | Seller of Such Claim (and address of such Seller) | Original Liquidated Face Amount of Claim | The Allowed Amount of Such Claim (if allowed) |
|---|---|---|---|
| | **Cryptocurrency Management LLC** | | |
| **Genesis Global Capital, LLC** | **3178 Carnegie Drive, State College, PA 16803 USA** | **$4,000,000** | **$4,000,000** |

## BASIS FOR CLAIM AMOUNT

| Customer Account Asset | Price as of Petition Date | Claim Amount |
|---|---|---|
| | | |
| **BTC  87.073** | **21017** | **$1,830,023.30** |
| **ETH 1070** | **1550** | **$1,658,500** |
| **USDC  502,070.88** | **1** | **$502,070.88** |
| **USD 48,016.05** | **1** | **$48,016.05** |

## SCHEDULE OF WITHDRAWALS

| Date of Withdrawal | Assets Withdrawn | Value of Asset on Date of Withdrawal | Total Value of Withdrawal |
|---|---|---|---|
| [weekend of Nov 11th] | 1,017,315.6433071 DOGE | **$0.084** | $     85,454.51 |
| [weekend of Nov 11th] | 6,053.39759541 LTC | **$61.26** | $     370,831.14 |
| [weekend of Nov 11th] | 3,942.30926447 ETC | **$21.47** | $     84,641.38 |

*SHS*

| | | | | |
|---|---|---|---|---|
| [weekend of Nov 11th] | 0.97120093 BTC | **$17036** | $ | 16,545.38 |
| [weekend of Nov 11th] | 10.94688532 ETH | **$1287** | $ | 14,088.64 |

# Exhibit O

CHEROKEE

ACQUISITION

Cherokee Acquisition
1384 Broadway, Suite 906
New York, NY 10018
Tel: 212-259-4300
www.cherokeeacq.com

## CLAIM SALE AGREEMENT

**To:**   *Stephen Sokolowski*
*3178 Carnegie Drive*
*State College, PA 16803*
*Attn:    Stephen Sokolowski*
*Tel:     814-600-9800*
*Email: Steve@prohashing.com*

**From:**  *Cherokee Hybrid Markets, Inc.*
*1384 Broadway, Suite 906*
*New York, NY 10018*
*Attn:    Brian Ferrara*
*Tel:     212-259-4333*
*Email:  brian@cherokeeacq.com*

Pursuant to this Claim Sale Agreement ("Agreement"), we are pleased to confirm the following transaction subject to the terms and conditions of the Simple Assignment of Claim ("SAC") which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | September 6, 2022. |
| **Seller:** | Stephen Sokolowski. |
| **Buyer:** | NovaWulf Digital Master Fund, L.P. |
| **Administrator:** | Cherokee Hybrid Markets, Inc. |
| **Debtor:** | Celsius Network, LLC. |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding ("Claim"). |
| **Proof of Claim Amount:** | $43,199.54. |
| **Minimum Claim Amount (Earn):** | $43,199.54. |
| **Purchase Rate (Earn):** | 27.30%. |
| **Consideration (Earn):** | $11,793.47. |
| **Disclosure:** | Seller agrees not to disclose or communicate the ~~terms of this Agreement or information concerning the Claim~~ to any other creditors of Debtor or prospective purchasers of the Claim. |

*identity of the buyer* (handwritten)

**Payments:**          Any payments, accrued interest or distributions made on account of the Claim are for the benefit of Buyer.

**Subject to:**          (a) re-execution of a SAC (for additional Proofs of Claim) substantially similar to the SAC previously executed on August 29, 2022; (b) Seller filing Proofs of Claim against seven additional debtor entities in the Case; (c) Stretto assigning a Claim No. to each Proof of Clam filed by Seller; (d) Buyer's change of the password on Seller's account with Debtor; (e) Seller forwarding to Buyer copies of all material documentation and bankruptcy filings supporting and allowing the Claim ("Supporting Documents"); (f) Buyer's satisfactory review and diligence, in its reasonable discretion, of: (i) the Supporting Documents and (ii) Seller's creditworthiness;  and (g) Buyer obtaining from Seller any documents to be delivered pursuant to the SAC, necessary releases, and/or necessary consents reasonably requested by Buyer. Buyer may waive any condition at its sole option and settle this transaction without such condition.

**Risk Allocation:**          Seller and Buyer agree that: (a) Buyer shall assume all risk relating to the value of distributions in respect of the allowed amount of the Claim; and (b) Seller shall assume all risk that the Minimum Claim Amount is reduced or set-off.

**Settlement:**          Not more than five business days after the conditions precedent set forth above are met.

**Exculpation of
Administrator:**          Buyer and Seller agree that: (i) Administrator shall bear no liability to either Seller or Buyer; (ii) Administrator and its affiliates, officers, directors, employees, agents, partners, member and controlling entities shall have no liability to either Seller or Buyer, and (iii) neither Administrator nor any party or person affiliated with it or acting on its behalf makes any representation or warranty whatsoever with respect to the Claim or the Case.

**Binding Effect:**          It is the intent of the parties: (a) to be fully bound by this Agreement; and (b) that any dispute under this Agreement shall be determined by arbitration in accordance with the Federal Arbitration Act administered by JAMS (Judicial Arbitration and Mediation Services, Inc.) under New York law, held in New York City.

**Expiration:**          Buyer shall have no obligation to Seller, unless Seller executes this Agreement by the close of business on the Trade Date or unless the expiration period is extended or waived by Buyer.


Please arrange for an authorized signatory to sign below and return this Agreement to Brian Ferrara by email.

<u>ACCEPTED AND AGREED</u>

**STEPHEN SOKOLOWSKI**


By:    _____

Name:  Stephen Sokolowski

Title:  Individual

Date:  September 7 , 2022


**NOVAWULF DIGITAL MANAGEMENT, LP**

By:    NovaWulf Digital Management GP, LLC, its General Partner


By:    _____

Name:

Title:

Date:  September ___, 2022

## SIMPLE ASSIGNMENT OF CLAIM

(Earn Service)

| Seller: Stephen Henry Sokolowski | Buyer: NovaWulf Digital Master Fund, L.P. |
|---|---|
| Address: 3178 Carnegie Drive<br>State College, PA 16803-1154<br><br>Attn: Stephen Henry Sokolowski<br>Tel: 814-600-9800<br>Email: steve@prohashing.com | Address: 9 Federal Street<br>Easton, Maryland 21601<br><br>Attn: Michael Abbate<br>Tel: (646) 620-4371<br>Email: mike@novawulf.io |
| Debtor: Celsius Network LLC | Case Number: 081-22-10964 (MG) |
| Debtor: Celsius Network Inc. | Case Number: 081-22-10965 (MG) |
| Debtor: Celsius Network Limited | Case Number: 081-22-10966 (MG) |
| Debtor: Celsius KeyFi LLC | Case Number: 081-22-10967 (MG) |
| Debtor: Celsius Mining LLC | Case Number: 081-22-10968 (MG) |
| Debtor: Celsius Networks Lending LLC | Case Number: 081-22-10969 (MG) |
| Debtor: Celsius Lending LLC | Case Number: 081-22-10970 (MG) |
| Debtor: Celsius US Holding LLC | Case Number: 081-22-10971 (MG) |
| Bankruptcy Court: Southern District of New York<br><br>Debtors' cases filed in the Bankruptcy Court administered under the above-refenced Case Numbers each a "Case", and. Collectively, the "Cases"). | Petition Date: July 13, 2022 |
| Proof of Claim Amount: $43,199.54 | Minimum Claim Amount: $43,199.54 |

1. By this Simple Assignment of Claim ("Assignment"), Seller, for good and valuable Consideration (defined in Annex A), the sufficiency of which Seller hereby acknowledges, absolutely and unconditionally sells, transfers and assigns to Buyer, its successors and assigns, all rights, title and interest in and to each Claim. The "Claims" are defined as, without limitation, all of Seller's rights, title and interest in and to: (a) any Proof of Claim (defined below) if filed, and the claims listed by Debtor on its bankruptcy schedules and/or amendments thereto ("Schedule"); (b) all agreements, instruments, invoices, account documents, screen shots and other documents evidencing, or referred to in, such claim(s) or any Proof of Claim; (c) all cure amounts paid by Debtor in connection with the assumption of contracts related to Seller's claims(s) or the Proofs of Claim; (d) the Minimum Claim Amount; (e) any amount in excess of the Minimum Claim Amount; (f) all causes of action, whether against Debtor or against any other party, in connection with such claim; (g) all rights to receive principal, interest, cash, digital assets, administrative priority claims, fees, expenses, damages, penalties and other amounts in respect of or in connection with any of the foregoing; (h) all reclamation claims of Seller against Debtor; and (i) all other claims, causes of action and voting and other rights arising under or relating to any of the `foregoing, including, without limitation, Seller's rights to receive all payments or distributions made or issued in connection with any of the foregoing or the Case ("Distributions").

2.  Seller represents and warrants the following:

[ X ] YES, PROOF(S) OF CLAIM HAVE been duly and timely filed in the Case in the aggregate amount of the Proof of Claim Amount and a true and complete copy of each such proof of claim is attached to this Assignment (collectively, the "Proof of Claim"). The Proof of Claim has not been revoked, withdrawn, or otherwise retracted or modified and no right thereunder has been waived, and all statements in such Proof of Claim are true and correct as of the Assignment Date (defined below).

[ ] NO, a PROOF OF CLAIM HAS NOT been filed in the Case. The agreements, instruments, invoices, purchase orders, proofs of delivery and other documents evidencing each Claim support the filing of a proof of claim against the Debtor in at least the Minimum Claim Amount.

3. Seller further represents, warrants and covenants that: (a) each Claim is a valid, liquidated, undisputed and non-contingent "Earn Service" claim (as defined in the Debtor's Terms of Use Last Revised April 14, 2022 "ToU") in at least the Minimum Claim Amount and is or will be listed on the Schedule as such; (b) each Claim is a valid, enforceable claim against the Debtor and not against any subsidiary, parent or affiliate of the Debtor; (c) no consent, approval, filing or corporate, partnership or

1

other action is required as a condition to, or otherwise in connection with, the execution, delivery and performance of this Assignment by Seller; (d) this Assignment has been duly authorized, executed and delivered by Seller and Seller has the requisite power and authority to execute, deliver and perform this Assignment; (e) this Assignment constitutes the valid, legal and binding agreement of Seller, enforceable against Seller in accordance with its terms; (f) Seller is solvent, is able to pay its debts as they become due, and has not filed a petition seeking protection under the United States Bankruptcy Code ("Code"), or any other insolvency statue in any jurisdiction; (g) except as otherwise set forth on Annex A hereto, no Distributions have been received by Seller, or by any third party on behalf of Seller, in full or partial satisfaction of, or in connection with, any Claim; (h) no portion of any Claim has been sold, assigned or pledged to any third party in whole or in part; (i) Seller owns and has and is hereby selling to Buyer good and sole legal and beneficial title to each Claim free and clear of any and all liens, security interests, encumbrances or claims of any kind or nature whatsoever; (j) the basis for each Claim is amounts due and owing by Debtor deposit of digital assets in the ordinary course of Debtor's and Seller's respective business; (k) true and complete copies of all agreements, instruments, invoices, purchase orders, proofs of delivery and other documents evidencing or relating to each Claim will be, at Buyer's option, delivered to Buyer prior to payment of the Consideration or maintained in good condition by Seller until the Bankruptcy Court enters a final decree closing the Case and delivered to Buyer within 5 business days of Buyer's request; (l) Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with any Claim or the Case; (m) neither Seller nor Buyer will be subject to tax withholding on any Distributions on any Claim by or on behalf of a government entity; (n) other than the Proof of Claim, no proof of claim has been or will be filed by or on behalf of Seller in the Case or any related proceeding; (o) no objection to any Claim has been filed or threatened; (p) no Claim is subject to any defense, claim or right of setoff, reduction, impairment, avoidance, disallowance, subordination or preference action, in whole or in part, whether on contractual, legal or equitable grounds, that have been or may be asserted by or on behalf of the Debtor or any other party to reduce the amount of such Claim or affect its validity, priority or enforceability; (q) all actions required under applicable law, rules and orders of the Bankruptcy Court, including, without limitation, filing and/or serving required documents, have been properly taken on a timely basis; (r) Seller has not engaged (and will not engage) in any act, conduct or omission, or had (and will not have) any relationship with the Debtor or any of its affiliates that will reduce or impair or otherwise adversely affect any Claim or result in Buyer receiving proportionately less Distributions, or less favorable treatment (including the manner or timing of Distributions) in respect of such Claim than is received by creditors holding allowed claims of the same class or type as such Claim; (s) Seller has no Loan (defined in the ToU) outstanding to Debtor, or any Debtor affiliate; and (t) the Minimum Claim Amount is composed of each Asset and Quantity (defined on Annex C).

4. Seller is aware that the Consideration being paid by Buyer hereunder may differ both in kind and amount from the amount ultimately distributed with respect to each Claim pursuant to any plan of reorganization confirmed for Debtor. Seller represents that it has adequate information concerning the financial condition of Debtor and the Case to make an informed decision regarding the sale of each Claim and that it has independently and without reliance on Buyer, and based on such information as Seller has deemed appropriate, made its own decision to enter into this Assignment. Seller is aware that information which may be pertinent to Seller's decision to assign each Claim is available to Seller and can be obtained from the Bankruptcy Court's files. Seller further represents that it is not and has never been an "insider" of the Debtor (as defined in Code Section 101(31)) or a member of any official or unofficial committee in respect of the Case.

5. Seller acknowledges and agrees that: (a) Buyer currently may have, and later may come into possession of, information relating to the Debtor that is not known to Seller and that such information may be material to Seller's decision to assign each Claim to Buyer ("Seller Excluded Information"); (b) Seller has determined to assign each Claim notwithstanding its lack of knowledge of Seller Excluded Information; (c) Buyer will have no liability to Seller; and (d) Seller waives and releases any claims that it might have against Buyer with respect to the non-disclosure of Seller Excluded Information.

6. If all or any part of any Claim is: (a) objected to; (b) not enforceable against the Debtor; (c) impaired by the commencement or notice from Debtor of any action or proceeding, including but not limited to any proceeding which seeks to reduce all or part of the Minimum Claim Amount or provide less favorable treatment to such Claim than other claims of the same class or type as such Claim, including the timing of Distributions; (d) setoff, disallowed, reduced, subordinated, subject to a preference action, or otherwise impaired, in whole or in part, in the Case for any reason whatsoever, including, without limitation, pursuant to an order of the Bankruptcy Court (whether or not such order is appealed); or (e) is not listed on the Schedule (notwithstanding the filing of the Proof of Claim), or is listed on the Schedule as unliquidated, contingent or disputed, or is listed on the Schedule in a lesser amount than the Minimum Claim Amount (collectively, an "Impairment"), Seller agrees to immediately repay, on demand of Buyer (which demand will be made at Buyer's sole option), an amount equal to the portion of the Minimum Claim Amount subject to Impairment multiplied by the Purchase Rate (defined in Annex A), plus interest thereon at 10% per annum from the Assignment Date to the date of repayment, provided, however, that such a demand by Buyer will not be deemed an election of remedies or any limitation on any other rights that Buyer may have hereunder or under applicable law. If the Bankruptcy Court enters an order disapproving the transfer of any Claim, or in the event that the Buyer is not substituted for Seller, Seller agrees to immediately repay, upon demand of Buyer, the Consideration, plus interest thereon at 10% per annum from the Assignment Date to the date of repayment.

7. If any Claim is ultimately allowed as a non-contingent, liquidated, undisputed, and unsubordinated claim by a final, non-appealable, order of the Bankruptcy Court ("Final Order") in an amount that is greater than the Minimum Claim Amount, up to the Proof of Claim Amount (such amount an "Excess Claim"), Buyer will purchase such Excess Claim by paying, within 20 business days of: (a) Buyer's receipt of such Final Order; or (b) Buyer's receipt of Distributions on the Excess Claim, an amount

equal to the Excess Claim multiplied by the Purchase Rate. By accepting payment for the Excess Claim, Seller will thereby reaffirm, as of the date of such payment, all representations, warranties and covenants in this Assignment. Buyer will own any Excess Claim if this paragraph would result in a payment to Seller of less than five hundred dollars.

8. If Seller receives any Distributions or notices with respect to or relating to any Claim, Seller agrees to: (a) accept the same as Buyer's agent; (b) hold the same in trust on behalf of and for the sole benefit of Buyer; (c) notify Buyer, at the address identified on page 1 of this Assignment, of receipt of Distributions or notices; and (d) in the case of cash or digital assets ("Cash Distribution"), promptly deliver the same to Buyer (free of any withholding, set-off, claim or deduction of any kind), within 2 business days via Federal Funds Wire to an account that will be provided to Seller upon request. If Seller fails to deliver the Cash Distribution to Buyer within 2 business days of receipt, Seller will be obligated to pay Buyer interest on the Cash Distribution at 10% per annum, from the date of Seller's receipt to the date of Buyer's receipt, provided, however, this interest accrual will not be deemed an election of remedies or any limitation on any other rights that Buyer may have hereunder or under applicable law. Moreover, in the event Seller receives Distributions prior to or at the time of payment of the Consideration, Buyer will have the right (at its option) to setoff (in whole or in part) Distributions against the Consideration by instructing Seller to retain all or a portion of the Distributions. Seller agrees to promptly provide Buyer, with copies of all correspondence with respect to each Claim, including but not limited to any notices received from Debtor. Seller agrees to promptly and fully follow Buyer's instructions regarding any notices. All demands, notices, requests, consents, and communications hereunder will be in writing and will be deemed to have been duly given if personally delivered by courier service, messenger or email at the address specified on page 1 of this Assignment.

9. Seller agrees to indemnify Buyer from all losses, damages and liabilities, including attorneys' fees and expenses, which result from Seller's breach of any of its representations, warranties or covenants set forth herein, any obligation to disgorge, in whole or in part, or otherwise reimburse Debtor or any other person or entity for any payments received or applied by or for the account of Seller in connection with each Claim or otherwise, or any Impairment of each Claim, including, but not limited to, any action, proceeding, objection or investigation relating to any attempt or threatened attempt to avoid, disallow, reduce, subordinate or otherwise impair such Claim or otherwise delay Distributions in respect of such Claim.

10. Seller hereby irrevocably appoints Buyer with full authority and power of substitution as its true and lawful attorney and authorizes Buyer to: (a) act in Seller's name, place and stead (including but not limited to commencing any actions to prosecute each Claim); (b) demand, compromise, recover, and transfer to Buyer all such sums of money and securities which now are, or may hereafter become due and payable for, or on account of each Claim; (c) do all things necessary to enforce or compromise each Claim and Seller's rights thereunder or related thereto pursuant to this Assignment; and (d) vote on any question relating to each Claim in the Case. Seller agrees that the powers granted by this paragraph are discretionary in nature and exercisable at the sole option of Buyer. The document attached hereto as Annex B and incorporated herein by reference ("Evidence of Transfer") may be filed by Buyer with the Bankruptcy Court as evidence of this Assignment. Seller agrees that Buyer may make corrections to the Evidence of Transfer that Buyer deems reasonably necessary or appropriate to effect this Assignment. Seller waives any notice or hearing requirements imposed by Federal Rule of Bankruptcy Procedure 3001, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer as the valid owner of each Claim. Buyer will have no obligation to take any action to prove, defend, demand or take any action with respect to any Claim or otherwise in the Case. Seller agrees to execute, acknowledge and deliver all such further certificates, instruments and other documents, and to take all such further action as may be necessary or appropriate to effect this Assignment and to fully assist Buyer in enforcing each Claim and to otherwise effectuate the intent of this Assignment.

11. **BUYER AND SELLER IRREVOCABLY AGREE THAT ANY ACTION TO ENFORCE, INTERPRET, OR CONSTRUE ANY PROVISION OF THIS ASSIGNMENT WILL BE BROUGHT AND DETERMINED ONLY IN A STATE OR FEDERAL COURT LOCATED IN THE CITY AND COUNTY OF NEW YORK, EXCEPT NOT IN THE BANKRUPTCY COURT ("NEW YORK COURTS"). BUYER AND SELLER IRREVOCABLY AND UNCONDITIONALLY CONSENT TO THE PERSONAL JURISDICTION OF THE NEW YORK COURTS IN ANY ACTION TO ENFORCE, INTERPRET OR CONSTRUE ANY PROVISION OF THIS ASSIGNMENT, AND ALSO HEREBY IRREVOCABLY WAIVES: (A) TRIAL BY JURY; (B) ANY DEFENSE OF IMPROPER VENUE; OR (C) *FORUM NON CONVENIENS*, TO ANY SUCH ACTION BROUGHT IN THE NEW YORK COURTS. THIS ASSIGNMENT AND ALL MATTERS ARISING OUT OF OR RELATING TO IT WILL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK, WITHOUT GIVING EFFECT TO ANY CONFLICTS OF LAW PROVISIONS THAT WOULD REQUIRE OR PERMIT THE APPLICATION OF THE LAWS OF ANY OTHER JURISDICTION.**

13. All representations, warranties, covenants and agreements contained herein will survive the execution and delivery of this Assignment and the purchase and sale of each Claim and will inure to the benefit of, be binding upon and enforceable by the parties hereto and Buyer's successors and assigns. This Assignment: (a) if executed and delivered via email in a pdf format with electronic signatures (if applicable) will constitute an original and will bear the same binding effect as any original signatures; (b) may be executed in two or more counterparts, each of which will be deemed to be an original and all of which, when taken together, will constitute one and the same document; (c) will be read and interpreted according to its plain meaning and any ambiguity will not be construed against either party; and (d) constitutes the entire understanding (including the annexes, and other documents incorporated into this Assignment by express reference) between Buyer and Seller and supersedes all prior agreements (oral and written) between the parties. The parties expressly agree that the judicial rule of

3

construction that a document should be more strictly construed against the draftsperson thereof will not apply to any provision of this Assignment.

14. All rights, powers, and remedies provided under this Assignment or otherwise available in respect hereof at law or in equity will be cumulative and not alternative, and the exercise of any right, power, or remedy thereof by any party will not preclude the simultaneous or later exercise of any other such right, power or remedy by such party or any other party.

*(remainder of page intentionally left blank)*

IN WITNESS WHEREOF, each of the undersigned has duly executed this Assignment by its duly authorized representative dated September 12, 2022 ("Assignment Date").

Stephen Henry Sokolowski

NOVAWULF DIGITAL MANAGEMENT, LP
By: NOVAWULF DIGITAL MANAGEMENT GP, LLC its General Partner

By: _____

Name: Stephen Henry Sokolowski
Title: Industry

By: _____

Name: Michael Abbate
Title:   Member

*Signature Page to Assignment of Claim*

Annex A

**CONSIDERATION PAID TO SELLER**

Upon settlement of this transaction, subject to Buyer's verification of Seller's representations and warranties made herein, payment of the Consideration will be made as follows:

| | |
|---|---|
| Minimum Claim Amount: | $43,199.54 |
| x Purchase Rate: | 27.3% |
| | -------------------------- |
| Consideration: | $11,793.47 |
| | ================ |

Wire Transfer Instructions (Seller based in the United States):

| | |
|---|---|
| Bank Name: | Wells Fargo |
| Bank ABA Number*: | ███████ |
| Beneficiary Account Name: | Stephen Sokolowski |
| Beneficiary Account Number: | ███████ |

*Note: please **verify** the ABA number with your bank before you fill in the Wire Transfer Instructions above.

Wire Transfer Instructions (Seller based outside of the United States):

| | |
|---|---|
| U.S. Correspondent Bank Name: | _____ |
| U.S. Correspondent Bank Swift Code/ABA Number*: | _____ |
| Bank Name: | _____ |
| Bank Swift Code*: | _____ |
| Beneficiary Account Name: | _____ |
| Beneficiary Account Number: | _____ |

*Note: please **verify** the ABA number or Swift Code with your bank before you fill in the Wire Transfer Instructions above.

<u>Annex B</u>

**EVIDENCE OF TRANSFER OF CLAIMS**

TO:          United States Bankruptcy Court ("<u>Court</u>")
             Southern District of New York


AND TO:

| Debtor: Celsius Network LLC | Case Number: 081-22-10964 (MG) |
|---|---|
| | Claim #: |
| Debtor: Celsius Network Inc. | Case Number: 081-22-10965 (MG) |
| | Claim #: |
| Debtor: Celsius Network Limited | Case Number: 081-22-10966 (MG) |
| | Claim #: |
| Debtor: Celsius KeyFi LLC | Case Number: 081-22-10967 (MG) |
| | Claim #: |
| Debtor: Celsius Mining LLC | Case Number: 081-22-10968 (MG) |
| | Claim #: |
| Debtor: Celsius Networks Lending LLC | Case Number: 081-22-10969 (MG) |
| | Claim #: |
| Debtor: Celsius Lending LLC | Case Number: 081-22-10970 (MG) |
| | Claim #: |
| Debtor: Celsius US Holding LLC | Case Number: 081-22-10971 (MG) |
| All above-referenced debtors each a "<u>Debtor</u>" and, collectively, the "<u>Debtors</u>") | All above-referenced cases each a "<u>Case</u>" and, collectively, the "<u>Cases</u>") |


Stephen Henry Sokolowski ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

>          NovaWulf Digital Management, LP,
>          Attn: Michael Abbate
>          9 Federal Street
>          Easton, Maryland 21601


its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to each Claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in each Cases; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to any Claim in any Case; (e) to cash, interest, principal, securities or other property in connection with any Case: and (f) to any amounts listed on Debtors' schedules, in the principal amount of $43,199.54 ("<u>Claim</u>"), which represents 100% of the total claim amount of $43,199.54, against Debtors in the Court, or any other court with jurisdiction over Debtors' Cases.

Seller hereby waives: (a) any objection to the transfer of the claims to Buyer on the books and records of Debtors and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the claims to Buyer and recognizing Buyer as the sole owner and holder of the Claims.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with any Claims or any Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the claims to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representative dated September 12, 2022.

Stephen Henry Sokolowski

NOVAWULF DIGITAL MANAGEMENT, LP
By: NOVAWULF DIGITAL MANAGEMENT GP, LLC its General Partner

By: _____
Name: Stephen Henry Sokolowski
Title: Individual

By: _____
Name: Michael Abbate
Title:   Member

*Signature Page to Evidence of Transfer of Claims*

Annex C

**MINIMUM CLAIM AMOUNT**

| Asset | Quantity | Price as of July 13, 2022 | Value as of July 13, 2022 |
|---|---|---|---|
| Ethereum "ETH" | 23.197385 | $1,110.52 | $25,761.16 |
| Ethereum Classic "ETC" | 0.776658 | $14.34 | $11.14 |
| Litecoin "LTC" | 0.010591 | $43.36 | $0.46 |
| Dash "DASH" | 67.467529 | $42.050 | $2,837.01 |
| Bitcoin "BTC" | 0.254429 | $20,213.92 | $5,143.01 |
| Bitcoin Cash "BCH" | 0.096802 | $101.10 | $9.79 |
| USD Coin "USDC" | 9,422.467637 | $1.00 | $9,422.47 |
| Tether "USDT" | 14.502828 | $1.00 | $14.50 |

Minimum Claim Amount:          $43,199.54

Stephen Henry Sokolowski
3178 Carnegie Drive
State College, PA 16803-1154

## NOTICE OF CHANGE OF ADDRESS

September 12, 2022

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Joshua A. Sussberg, P.C.

Re: Celsius Network, LLC, et al., Case No. 22-10964, Claims #: _____

To Whom It May Concern:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Stephen Henry Sokolowski
c/o NovaWulf Digital Master Fund, L.P.
9 Federal Street
Easton, Maryland 21601
Attn:    Michael Abbate
Tel:     (646) 620-4371
Email:   mike@novawulf.io

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the official claims register for the above-referenced Case.

Very truly yours,

Stephen Henry Sokolowski

By: _____
Name: Stephen Henry Sokolowski
Title: Individual

Cc:    Alvarez & Marsal North America, LLC          Stretto
       600 Madison Avenue                           410 Exchange, Suite 100
       New York, NY 10022                           Irvine, CA 92602
       Attn: Robert Campagna                        Attn: Celsius Claims

*Signature Page to Notice of Change of Address*

## POWER OF ATTORNEY

September 12, 2022

Re:

| | |
|---|---|
| Debtor: Celsius Network LLC | Case Number: 081-22-10964 (MG) |
| | Claim #: |
| Debtor: Celsius Network Inc. | Case Number: 081-22-10965 (MG) |
| | Claim #: |
| Debtor: Celsius Network Limited | Case Number: 081-22-10966 (MG) |
| | Claim #: |
| Debtor: Celsius KeyFi LLC | Case Number: 081-22-10967 (MG) |
| | Claim #: |
| Debtor: Celsius Mining LLC | Case Number: 081-22-10968 (MG) |
| | Claim #: |
| Debtor: Celsius Networks Lending LLC | Case Number: 081-22-10969 (MG) |
| | Claim #: |
| Debtor: Celsius Lending LLC | Case Number: 081-22-10970 (MG) |
| | Claim #: |
| Debtor: Celsius US Holding LLC | Case Number: 081-22-10971 (MG) |
| All above-referenced debtors each a "Debtor" and, collectively, the "Debtors") | All above-referenced cases each a "Case" and, collectively, the "Cases") |

Solely in connection with and under the conditions set forth in that certain Simple Assignment of Claim ("Assignment"), dated as of the date hereof between Stephen Henry Sokolowski ("Seller") and NovaWulf Digital Management, LP ("Buyer"), the undersigned Seller hereby authorizes Buyer, as attorney in fact for the undersigned Seller and with full power of substitution, to:

1. Demand, sue for, compromise and recover all such amounts which are, or may hereafter become, due and payable for or on account of each Claim;

2. Vote on any question that may be lawfully submitted to creditors, interest holders in each Case;

3. Attend any meetings, calls or presentations of the Debtors in the place of Seller;

4. Receive dividends and distributions or other payments in connection with each Case; and

5. Otherwise take any steps that it considers necessary or desirable in connection with the Assignment (including, without limitation, preparing, submitting and/or amending any proof of claim or other document substantiating or evidencing each Claim in each Case).

Buyer agrees that any actions it takes in the Seller's name, place and stead shall fully comply with all applicable laws and regulations, including, without limitation, all the laws applicable to any Debtor.

*(remainder of page intentionally left blank)*

1

Stephen Henry Sokolowski

By: _____

Name: Stephen Henry Sokolowski
Title: Individual

Signed for and on behalf of (Buyer)

**NOVAWULF DIGITAL MANAGEMENT, LP**

By:  NOVAWULF DIGITAL MANAGEMENT GP, LLC
its General Partner

By: _____
Name: Michael Abbate
Title:   Member

*Signature Page to Power of Attorney*

# Exhibit P

**Notes taken on July 28, 2025**

**Meeting with Vijay Boyapati**
**Notes recorded immediately after meeting**

- Meeting started off with praise for Stephen's and Christopher's use of AI, stating that they had become "legendary" among the creditor body.

- Vijay introduced himself to Christopher, and then Christopher introduced himself.  Christopher discussed his business PROHASHING LLC.

- Vijay asked if the Sokolowskis had read the Estate's complaint, and the Sokolowskis responded that they had.  Vijay asked what the Sokolowskis' theories were of their case.  Vijay asked how Silbert and Moro were liable, and stated that the Estate was pursuing an alter ego claim.

- Stephen reviewed with Vijay the facts from the complaint.  He stated that the claims were direct, and pointed out specific communications from the Telegram chats.  Stephen pointed out that balance sheets weren't distributed to all creditors and that the balance sheets had personalized names on them.

- Vijay said that he thought that the Sokolowskis had assigned their claims before the bankruptcy.  Stephen explained that UTPCPL claims were personal and unassignable by law, and could not have been assigned.

- Conversation moved to a discussion about the Estate's strong desire to avoid litigating in New York.  Vijay stated that it could take 5-6 years to litigate the Estate's claims against DCG in New York.  He stated that he believes that DCG is gaining from the appreciation in the price of bitcoins.  He disapproved of the Grayscale IPO.

- Vijay discussed Vincent Falco.  He said that Falco was frustrated that the Estate wasn't moving fast enough, then saw the Delaware complaint, and was convinced to withdraw his claim.  Stephen told Vijay that Falco's counsel didn't respond to Christopher's E-Mails, but Vijay said that he knew Falco and that he was a real creditor.

- Stephen said that he was all-in on this case, given that he had been sued by multiple other plaintiffs and now was fighting for his financial life.  He

simply couldn't stop at this point.  Vijay stated that he was also concerned that DCG would come after him personally, for engaging in publicity related to the Genesis Wind Down Estate's actions.

- Vijay stated that he was certain that Judge Lane would enjoin the Sokolowskis' actions.  He stated that Stephen should evaluate what options he might want to take.  Stephen asked Vijay how the complaint would be enjoined, since DCG's adversary proceeding was likely to be dismissed given that the Estate opposed it.  Stephen then pointed out the only way the case could be enjoined is if the Estate filed a second adversary proceeding and asked Vijay if that was what he intended to do.  He stated that the Estate had was not taking any action at this time.

- The Zoom call disconnected because Vijay was using a free Zoom account, which had a 40 minute limit.  It took 10 minutes to get reconnected.

- The conversation returned to another discussion about a specific judge in New York who Vijay viewed as being very friendly to defendants.  Stephen forgot the name of that judge, but Vijay stated that he didn't want the Estate's litigation to be in front of that judge.  This may have been the third time the conversation returned to New York - a common topic.

- Stephen asked Vijay how litigation would be occurring in New York if the DCG adversary proceeding was dismissed, and the MDPA action proceeded as is.  He pointed out that DCG moved to transfer out the class actions of New York, so it would be almost impossible to get another action like the MDPA action transferred in.  Stephen stated that the only way there would be litigation in New York is if the Estate filed another adversary proceeding.  Vijay said that Stephen would have to talk to the lawyers about the specifics of New York litigation and transfers and that he wasn't knowledgeable about that.

- Stephen asked Vijay about whether he had talked to the class action attorneys in Connecticut about their case, and why the Sokolowski case was different from that case.  Vijay responded that he didn't know anything about the class actions and had not talked to those lawyers.  Stephen shared basic facts about the class action case, pointing out its size and that it brings consumer protection complaints.

- Stephen reiterated that he didn't see any way that he could drop their action like Falco had dismissed his complaint.  Stephen stated that attempting to enjoin the lawsuit would not be a good public relations look by the Estate.  However, he said that it was likely that the Sokolowskis were first in discovery, and that they could be very helpful to the Estate's actions.  He expressed that he would be glad to work together with the Estate to help defeat the common enemy, DCG, and saw no need to be adversaries.

- Stephen, in general, got the impression that Vijay was not knowledgable about anything other than the Estate's own lawsuit in Delaware, which he described as having an overwhelming amount of evidence showing that DCG was a "puppetmaster" over all the Genesis employees.  While not saying it outright, he seemed to oppose the idea that Stephen brought up to him, which is that Genesis's employees in most cases knew exactly what they were doing, and did it anyway because they were being well-paid.

- Vijay asked if the Sokolowskis would be willing to meet with the Estate's attorneys.  The Sokolowskis agreed to meet.  Vijay again stated that the Estate had not currently decided to sue the Sokolowskis, but insuinuated they might at some point.  Stephen asked when the meeting would be, and Vijay said in a few days.  A later E-Mail was sent with some meeting times.

- The call concluded.

**Notes taken on July 30, 2025**

**Meeting with Vijay Boyapati and Jennifer Selendy**
**Notes recorded immediately after meeting**

- Participants:  Christopher, Stephen, Vijay, Jennifer Selendy, 2:36pm to 2:55pm July 30, 2025 - meeting was scheduled for 2:30 and she was late, Vijay was on time waiting for Zoom meeting to start

- Vijay started out again with praise for use of AI, repeated almost verbatim explanation of his role as LOC chair (unnecessary because everyone there already knew what his role was)

- Jennifer talked almost uninterrupted for the first 15 minutes

- Jennifer stated immediately:  "To be honest, the claims were different from those of the estate," referring to the Sokolowskis' claims

- Jennifer stated that the Estate disagreed with DCG on standing (and implied, but didn't say outright, the merits)

- She explained what DCG was attempting to do - get the action to the bankruptcy court

- DCG fired its lawyers last year and hired Davis Polk, and in her opinion, that was because David Polk's lawyers were very familiar with Judge Lane (Steve's thought: this might corroborate the July 28 meeting with Vijay where he said there is a specific judge they don't want)

- She reiterated that the Estate's greatest worry is that they end up in bankruptcy court - she explained the difference between courts of equity and law and they want to get coins back in kind - Steve's suspicion is that they were worried about in-kind recoveries for tax purposes because any other court could award monetary damages equal to the coins' value - this is why they want to be in the court of equity in Delaware

- Stephen pointed out that the Estate and DCG were engaged in a "proxy war" with them in the middle

- Stephen mentioned that he had prepared a 40 page brief, with many of the same arguments the Estate is making, but was holding it in reserve with the hope he would not have to file it

- Both agreed that DCG will appeal and appeal and appeal in the bankruptcy court

- Jennifer wanted to talk with Stephen about his case, so Stephen immediately directed the conversation away from merits and towards why they cannot withdraw the case

- Stephen explained that UBMI v. PROHASHING appeared on June 13, after the opposition brief in MDPA was filed

- Stephen said that he didn't have any direct evidence, but he was considering discovery to find out if DCG had involvement in filing that case

- Stephen explained that UBMI wants $2 million and had forged a fraudulent power of attorney to gain standing, which will get them past a motion to dismiss

- Stephen stated that PROHASHING cannot afford to defend itself, and pointed out that it had lost money in the Genesis, BlockFi, Celsius, and other bankruptcies

- Stephen stated that because PROHASHING has potential claims against the executives in these bankruptcies, and PROHASHING is likely to go bankrupt, it would be a breach of fiduciary duty for them to withdrawal the UBMI case

- Stephen stated that the trustee in the PROHASHING bankruptcy would sue him for breach of fiduciary duty and then he would likely end up in bankruptcy (didn't say the following, but it was implied: this claim is greater than his remaining assets)

- Stephen concluded this portion by stating that he didn't know what Falco's motives were, and it seemed like Falco had a lot of bitcoins, but that they were simply fighting to retain their homes and avoid bankruptcy

- Jennifer took notes and asked what district UBMI's case was in, and Stephen told her it was in the EDPA.

- Jennifer asked what theory the Sokolowskis were holding the executives liable through, and he said "participation" and pointed out the number of times they had bolded "participated in" in the brief (Stephen's impression: she seemed satisfied), and Jennifer said nothing further

- Jennifer said she thought that Judge Lane might question the Connecticut fraud claims and thought the consumer protection claims were direct (Stephen did not ask how she would know this, and should have, as how would she have had a meeting with the judge by herself or in what docket number did this come up; this comment seemed strange to him)

- Stephen stated that, as the stay motion indicates, he doesn't want to be in Connecticut and plans to dismiss the claims if the MDPA proceeds. Jennifer said that Connecticut was DCG's home forum. Stephen said that he hoped the MDPA judge would rule on the motion for dismissal before the hearing, but said that 2 months was probably too soon to hope for. Stephen didn't comment further or say he was going to dismiss the claims in Connecticut before a ruling on PA personal jurisdiction. Stephen pointed out that DCG's best defense in Pennsylvania was personal jurisdiction, and that the rest of their case was strong.

- Jennifer asked if there were any further questions; Sokolowskis had none

- Jennifer invited Sokolowskis to meet before the August 14/15 hearing where the Estate would present its arguments for its own motion; Sokolowskis said they planned to attend; Jennifer stated she would send link to meeting

- Jennifer said she did not believe Lane would rule at the hearing, and Stephen said that he had hoped he would, but given that, they would file their brief afterward

- Stephen said that he didn't see a need to meet before but would like to meet after the meeting but before they filed their briefs

- Stephen got the impression that Jennifer, at least initially, was like most lawyers thinking that Stephen and Christopher did not understand the full picture or their own case and the details involved; that might have changed after Stephen started explaining the UBMI case

- Christopher talked little during the meeting

6

- Meeting concluded amicably; there were no threats to withdraw during this meeting, nor was there any request for document or discovery sharing or any other deal

**Notes taken on August 17, 2025**

**Meeting with Vijay Boyapati**
**Notes recorded immediately after meeting**

- Vijay flew to Vegas to play pickleball, hurt his back, can't play, flying back

- Begins by talking about the hearing and how Judge Lane cut off the attorneys – stated that he didn't attend the hearing so he couldn't talk about it in detail

- Steve states that saying his attorneys' performance was poor was an understatement

- Vijay states that he doesn't believe that we need to be on opposite sides

- He states that he never intended to enjoin the Sokolowski claims

- States that the Litigation Oversight Committee wasn't clear why the term "creditors" was used many times in the Estate reply brief; they aren't on the same page with the lawyers

- States that at the time the E-Mails were written (July 1), the lawyers hadn't yet read the Sokolowskis' complaint

- Steve interrupts and states that the complaint was filed January 2; how is it that the lawyers didn't read the complaint before replying to DCG

- Vijay defers and states that the lawyers would need to answer that question; it isn't the intent of the LOC to enjoin your claims

- States that they believe the Pennsylvania claim is a direct claim

- States there are ways that we could work together against a common enemy

- Reiterates that DCG is trying to manufacture jurisdiction in Delaware

- Agrees with Steve that DCG is likely headed towards a loss on the direct nature of the UTPCPL claim in the upcoming hearing; Steve states that a "direct" ruling would be bad for DCG and open the door to lots of people suing DCG

- Vijay argues that DCG doesn't have much to lose even with a "direct" ruling; he says "direct" would just result in the bankruptcy court having jurisdiction just like "derivative"

- Vijay states that the issue should be litigated in Pennsylvania; Steve notes but doesn't say that the MTD in Pennsylvania doesn't bring up that issue

- Discussion about the R&R report coming in Pennsylvania – Steve points out that if the R&R were looking like it was going to be favorable for DCG, they would have accepted the offer for abeyance; instead, they want a ruling to prevent precedent bad for themselves

- Suggests meeting with Jennifer Selendy to explain more

- Steve reiterates that, even if it were true that the lawyers hadn't read the complaint in those six months, why did their lawyers use the word "creditors" 100 times in their brief?

- Vijay defers, stating again that Steve would have to "talk to the attorneys;" he doesn't know

- Vijay reiterates about the PA claim being a direct claim and doesn't want to enjoin it; Steve asks for clarification as to whether this also covers the CT claims, and he says that he doesn't think any of the claims are derivative

- Steve asks Vijay what he meant when that E-Mail was sent a week ago about having discussions "like Falco" and explains that seemed worrisome

- Vijay then gets into a lengthy discussion about Falco's claims; he states that Falco's claims were "obviously derivative" and were "copied and pasted" from their Delaware complaint

- Steve notes but doesn't say that the Delaware complaint was posted one week after Falco sued

- Vijay states that they want to work with different claimants, and that while Falco's claims were derivative, working with people individually means that the Sokolowskis' claims would be handled differently

- Now, Vijay warns that it's possible that the judge could enjoin the claims, he thinks that might happen

- Discussion turns to the merits of the various types of claims

9

- Steve points out that the Estate's claims hinge on "boring" evidence like accounting spreadsheets to prove alter ego, while the consumer fraud claims hinge on more scandalous questions, and since we are first, we can be helpful with different types of evidence

- Vijay gets confused and talks about the difference between their clawback adversary proceedings and the Delaware complaint; distinction is clarified, then Vijay sees

- Returns to the idea that the LOC isn't seeking to enjoin the claims; DCG is trying to put them against them; they don't have to be enemies

- Steve says that they don't want to be enemies either, but the E-Mails say what they say

- He points out that dismissing the counterclaim doesn't make the adversary proceeding go away; but Selendy can file the right document that would both protect all of our claims in both states and moot DCG's adversary proceeding

- Vijay seems to brighten up and says that he would like to talk about that

- Vijay paints a picture that the LOC never opposed the Sokolowskis' claims and (paraphrasing) that there was some sort of miscommunication over that

- Vijay continues to reiterate that DCG will lose nothing, brings up the "violently aligned" comment for the third time; Steve begins to think this excessive focus on DCG's having nothing to lose is almost as bizarre as the "violently aligned" comment itself

- Vijay states that he "only has 15 minutes" and has to go

- Recommends talking with Jennifer Selendy on Monday; he will schedule a meeting

- Meeting ends after 25 minutes at 11:55am

**Notes taken on August 18, 2025**

**Meeting with Vijay Boyapati and Jennifer Selendy**
**Notes recorded immediately after meeting**

- Meeting starts at 4:01pm

- Vijay opens, says he doesn't always understand the nuances of legal arguments, so he wanted Jennifer Selendy to talk to us

- Jennifer begins by saying it was never their goal to go up against us

- Jennifer states that DCG contacted them about the "creditor actions" with the complaint, and they thought that it was mainly about Falco

    o Steve noted without saying that if they had received the adversary proceeding complaint, then the first few paragraphs mention Steve's and Chris's names

- Jennifer states that they didn't really understand what our claims were really about, and now they do believe they are direct, while Falco's was clearly derivative

- Jennifer stated that the difference between direct and derivative claims is that a non-creditor can't have a derivative claim, right?  Steve replied that he wasn't sure about that

    o Steve noted without saying that he thought that was a false statement

- Jennifer wanted to obtain the Jefferies assignment document to prove that Sokolowskis actually assigned the claims away; threatened to obtain it in discovery, stated that the PI hearing was an evidentiary hearing compared to the MTD phase in Pennsylvania

- Steve said that he would talk with Chris and decide whether to provide it and that he had nothing to hide

- Jennifer said that if they got the assignment document, they would then argue that both sets of claims were direct at the hearing

- When Steve pointed out that if Jennifer posted an Estate statement to the docket that both sets of claims were direct before the hearing, the hearing would likely be moot and case dismissed for lack of irreparable harm, Jennifer said that the judge would still go forward anyway

- Jennifer pivoted to Perdue Pharma, said that Benjamin Kamenetsky had represented Perdue to enjoin lots of "derivative" actions and that the bankruptcy judge will almost certainly rule the claim is derivative

- Jennifer admits that they don't think there is really going to be a cascade of new "creditor actions," and agrees with Steve's assertion that the statute of limitations has expired in most states

- Steve pointed out that a direct ruling eliminates the assignment defense, which is the only defense that works against them in both jurisdiction, so we get to the merits

- Jennifer said that they would argue that DCG doesn't have the right to enforce the plan against us and hoped they wouldn't reach a "direct" ruling at the hearing; Steve pointed out why the judge would rule that when he wasn't receptive to the arguments in the last hearing

- Steve confronted Vijay and said that he was concerned that they had found that some of the things he had said at yesterday's meeting were "not credible"

- Jennifer stated that she preferred for the PA court to rule on the direct/derivative issue where they would have a much greater chance of winning; Steve asked her why the judge would rule on it in the MTD when no brief brought it up, he pointed out there was one footnote that only said they were going to discuss it in New York

- Steve pointed out that if he provided the full assignment document, DCG would weaponize it by filing something in Pennsylvania to delay

  - Steve noted but did not say that the assignment document might not be relevant to the hearing; creditors can also have direct actions he thought

- Jennifer reiterates that she believes the judge will enjoin the action as derivative if this goes to a hearing

12

- Steve states that he wants to help and that the Estate can end the adversary proceeding by filing the right paperwork

- Steve states that one of the things not credible that Vijay said was that DCG had nothing to lose; asked Jennifer whether DCG would agree to end the madness

- Jennifer said absolutely not; DCG is fine with losing because a direct ruling would also establish bankruptcy jurisdiction

- When Steve mentioned that they would face a lot of class actions from a direct ruling, the Estate representatives didn't comment and Steve said that he would hear the remainder of what they wanted to say

- Vijay stated that he hadn't really had time to read the Sokolowskis' briefs in the PA case; he was really busy; Jennifer also agreed that she was "aware" of them generally but had never looked into them until after the first DCG E-Mail

  - Steve noted that Amelia, on the WDOC, had "liked" posts throughout the PA case from the beginning and that Vijay had liked Steve's posts as well

- Jennifer reiterated at the end that they were never against the Sokolowskis and want to work together with them in the future

- Meeting ended at 4:40pm; Steve noted the key takeaways:

  - Why do they continue to say that DCG won't talk and that DCG stands to lose nothing?

  - They kept mentioning that assignment document as important – why?

13

# Exhibit Q

# Quasar Account IP Addresses

| IP Address | Earliest Time Used | Last Time Used |
|---|---|---|
| **Unknown** | 2017-09-26 08:00:12-04 | 2018-04-01 19:06:58-04 |
| **81.166.5.20** | 2018-04-01 19:09:01-04 | 2018-04-22 09:44:51-04 |
| **79.161.97.148** | 2018-08-21 06:13:27-04 | 2020-01-28 05:34:17-05 |
| **79.161.97.150** | 2018-08-21 07:15:00-04 | 2019-12-22 04:02:16-05 |
| **79.161.97.149** | 2018-08-22 03:33:49-04 | 2018-10-05 08:04:14-04 |
| **79.161.97.147** | 2018-09-26 09:06:21-04 | 2018-10-05 08:04:12-04 |
| **79.161.97.130** | 2019-09-02 19:20:38-04 | 2019-09-03 03:52:21-04 |
| **92.220.61.110** | 2021-01-22 03:00:58-05 | 2021-11-19 10:35:59-05 |

# Digital Gold Logs

## (Quasar Account Earnings)

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2017-09-26 | Litecoin | 0.8044588842067025168843885 | 42.143754118250596830470701 |
| 2017-09-27 | Litecoin | 2.9352965502617872664399849 | 161.622026372062097848746820 |
| 2017-09-28 | Litecoin | 6.906476004942679008192787 | 353.431655280746285764489615 |
| 2017-09-29 | Litecoin | 13.653381440676126785014853 | 758.058294577840008078758367 |
| 2017-09-30 | Litecoin | 18.334834353059209464604795 | 1000.164473416849652745336381 |
| 2017-10-01 | Litecoin | 17.757750504329540918720025 | 958.837298627699534557553964 |
| 2017-10-02 | Litecoin | 18.2739124127223493532225333 | 978.8367919818826679613644642 |
| 2017-10-03 | Litecoin | 20.345382471957755383662219 | 1052.101512869603142649530283 |
| 2017-10-04 | Litecoin | 18.349438224607986459991812 | 944.157638159223603453287346 |
| 2017-10-05 | Litecoin | 15.315937838450394858196219 | 780.125573088069071977774953 |
| 2017-10-06 | Litecoin | 16.053214054504294281068113 | 832.617521839493083160506833 |
| 2017-10-07 | Litecoin | 16.044318609709167452553838 | 829.119627804887165164094034 |
| 2017-10-08 | Litecoin | 14.5036339684911039631583005 | 766.274525643970619467656568 |
| 2017-10-09 | Dash | 2.247542569129993525766354 | 639.645718941055983525284180 |
| 2017-10-09 | Litecoin | 3.510225998856571238224947 | 181.403858157872858259686437 |
| 2017-10-10 | Dash | 3.201895110578762055404350 | 910.805459132356922894345827 |
| 2017-10-10 | Litecoin | 0.560399842436388058308673 | 28.169241004093524110134542 |
| 2017-10-11 | Dash | 3.075102276725679317771127 | 900.698125239988886565765894 |
| 2017-10-11 | Litecoin | 0.553122325728028861227224 | 27.856643048659450099972002 |
| 2017-10-12 | Dash | 3.028563125371046025199353 | 881.109885149007660657917992 |
| 2017-10-12 | Litecoin | 0.49819446815864498206890 | 27.250821190175494659523114 |
| 2017-10-13 | Dash | 3.173226830840420044419993 | 952.68271918503085318963766 |
| 2017-10-13 | Litecoin | 0.511147818410862649043862 | 29.464413995413325356390517 |
| 2017-10-14 | Dash | 2.984119984149536913780592 | 925.002274699356368016326051 |
| 2017-10-14 | Litecoin | 0.4678257977988220681353678 | 28.6083177742068977978686525 |
| 2017-10-15 | Dash | 0.384077044708975549510238 | 115.063176779607418261309397 |
| 2017-10-15 | Litecoin | 0.055394812400532630892718 | 3.558654951946621183339518 |
| 2017-10-16 | Dash | 1.345033601725440683695806 | 407.222970280488164406235101 |
| 2017-10-16 | Litecoin | 0.197125590052376925639186 | 12.594524854035716424935097 |
| 2017-10-17 | BitConnectcoin | 0.013236028111365475373789 | 2.536001080561088605403342 |
| 2017-10-17 | Dash | 2.176042907532114568882892 | 644.789898497501014279422397 |
| 2017-10-17 | Litecoin | 2.113904200800665312456174 | 124.118350435853842627893901 |
| 2017-10-18 | BitConnectcoin | 0.022639927166866684358862 | 4.154895234565823419499663 |
| 2017-10-18 | Dash | 1.515342739522764947380538 | 431.950094633237193227608512 |
| 2017-10-18 | Litecoin | 7.950032396593791288624417 | 461.983201027819024056844590 |
| 2017-10-19 | Dash | 0.464709880408957931835144 | 135.751075335570513667728549 |
| 2017-10-19 | Litecoin | 12.9389860360383285695165373 | 769.256093568232910783796099 |
| 2017-10-20 | Dash | 0.465424157013552759141929 | 134.672202072041714424268053 |
| 2017-10-20 | Litecoin | 12.808347531071416886573920 | 763.142478408236381737518617 |
| 2017-10-21 | Dash | 0.444551873412496910289766 | 124.626924805996736406010466 |
| 2017-10-21 | Litecoin | 12.215607272262704862108842 | 706.219240567314839634060526 |
| 2017-10-22 | Dash | 0.398199431154657350366594 | 108.897402968288969046349529 |
| 2017-10-22 | Litecoin | 10.935501900395877324599772 | 617.037702121990685673850932 |
| 2017-10-23 | Dash | 0.446409101634786042930491 | 120.504645043244230225929786 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|---|---|---|---|
| 2017-10-23 | Litecoin | 12.686152191046649387927275 | 682.859655245050637946936140 |
| 2017-10-24 | Dash | 0.400220398386540622207898 | 116.821842737169069330829268 |
| 2017-10-24 | Litecoin | 11.666126686779808930911744 | 661.990442177291392874698465 |
| 2017-10-25 | Dash | 0.426333837570419919481465 | 122.210411721002209484610767 |
| 2017-10-25 | Litecoin | 12.623084634885319044420464 | 692.525666419012520412794860 |
| 2017-10-26 | Dash | 0.227490436017143514072183 | 64.820779922952811741703852 |
| 2017-10-26 | Litecoin | 13.329673623987752940035845 | 727.331223562115200210339965 |
| 2017-10-27 | Dash | 0.071228550126275108812727 | 20.772295695111051796635921 |
| 2017-10-27 | Litecoin | 14.473779177660461871649599 | 790.054587555410459507525185 |
| 2017-10-28 | Litecoin | 13.319570890518170617184035 | 723.698833639941833188700867 |
| 2017-10-29 | Litecoin | 13.871264134484674575973671 | 771.882417446086068068600311343 |
| 2017-10-30 | Litecoin | 11.579595246945352276360289 | 654.109913090981442570746040 |
| 2017-10-31 | Litecoin | 8.537161749253221540659543 | 474.900659214523557005209395 |
| 2017-11-01 | Litecoin | 9.142094722998937665684649 | 498.531445587755772164784476 |
| 2017-11-02 | BitConnectcoin | 0.014331935159424762267692 | 3.761371563792955464963600 |
| 2017-11-02 | Litecoin | 0.234142400545887091827501 | 12.250324128190781693548867 |
| 2017-11-03 | BitConnectcoin | 0.192073312854201734351 36 | 52.313885415237460130956282 |
| 2017-11-03 | Litecoin | 0.001012234945709385389006 | 0.055582953187582587293713 |
| 2017-11-04 | BitConnectcoin | 2.855003054618685557099126 | 785.499839808475838446199441 |
| 2017-11-04 | Litecoin | 0.414941352462082796690734 | 22.807852485804496932134292 |
| 2017-11-05 | BitConnectcoin | 2.955878581548263565570712 | 826.037094226856886940256190 |
| 2017-11-05 | Litecoin | 0.244120120666552483093917 | 13.288929487008195890503419 |
| 2017-11-06 | BitConnectcoin | 2.910120404700461681809689 | 783.696827939528169509223678 |
| 2017-11-06 | Litecoin | 0.253977955684512929226366 | 13.728192258125879447713873 |
| 2017-11-07 | BitConnectcoin | 3.107079995401538843390189 | 838.548542463075465286672332 |
| 2017-11-08 | BitConnectcoin | 1.519819460303466332019896 | 426.762441504718313168038747 |
| 2017-11-08 | Litecoin | 0.371374245809404302892557 | 22.585903289273789775535024 |
| 2017-11-09 | BitConnectcoin | 1.602288198269401737604287 | 442.335738736930284342582784 |
| 2017-11-09 | Litecoin | 0.031092782040517073257567 | 1.981895373644008541283883 |
| 2017-11-10 | BitConnectcoin | 3.129717288279809488911647 | 823.569524481604489775032972 |
| 2017-11-10 | Litecoin | 0.183154517982698394304675 | 11.036709860893067477971510 |
| 2017-11-11 | BitConnectcoin | 3.071673437519909360495245 | 749.479790663470755109501312 |
| 2017-11-11 | Litecoin | 0.326383386380473469875399 | 19.933055650611414862079972 |
| 2017-11-12 | BitConnectcoin | 3.193600366235704898878983 | 718.861870686819265849287028 |
| 2017-11-12 | Litecoin | 0.398459664604862616677367 | 23.638531965694392221885695 |
| 2017-11-13 | BitConnectcoin | 2.205750549474200704658313 | 547.877085046932564673209355 |
| 2017-11-13 | Litecoin | 0.023934470659035410466762 | 1.460158973666375804836657 |
| 2017-11-14 | BitcoinCash | 0.310209286713450802886113 | 399.500717413671839117497886 |
| 2017-11-14 | BitConnectcoin | 0.515235189913531188986591 | 130.108885832238926320210577 |
| 2017-11-14 | Dash | 0.446647475443888738205471 | 188.000337606433806643528389 |
| 2017-11-15 | BitcoinCash | 0.577843658347010549568351 | 701.564665171688866144119590 |
| 2017-11-15 | Dash | 0.099921910873024604678481 | 42.947731526198169928357381 |
| 2017-11-16 | BitcoinCash | 0.840219719582273010252260 | 848.721422065413890732265224 |
| 2017-11-16 | Dash | 0.020674544921921936074143 | 8.572943657226402874063676 |

5

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2017-11-17 | BitcoinCash | 0.7394382190872284455484914 | 827.8177829805202848749050026 |
| 2017-11-17 | Dash | 0.1416164902505565794587419 | 59.7747900052567693195866587 |
| 2017-11-18 | BitcoinCash | 0.5887336223309272092217509 | 739.0530999291127164072444422 |
| 2017-11-18 | Dash | 0.1827520082132965095105074 | 82.1170111032347462674911459 |
| 2017-11-19 | BitcoinCash | 0.2891361847656693067328809 | 342.856236811675771185378287 |
| 2017-11-19 | Dash | 0.0858384745282247195904900 | 38.0951374235195301317086023 |
| 2017-11-19 | Litecoin | 5.7292313429654780841938080 | 406.7975605749480337290708960 |
| 2017-11-20 | BitcoinCash | 0.4229305296313737185647650 | 505.9499224976511604976233370 |
| 2017-11-20 | Litecoin | 3.7066642309011969619257600 | 263.9905480329146980840251600 |
| 2017-11-21 | BitcoinCash | 0.5146027707118947319620800 | 608.2720819220015706927817390 |
| 2017-11-21 | Litecoin | 0.9618047049652984246566807 | 67.5857868802223967436425440 |
| 2017-11-22 | BitcoinCash | 0.1271894670802487927932360 | 152.6011760066303849070254019 |
| 2017-11-22 | Dash | 0.7512768670379743318148330 | 422.4972336667080572336779720 |
| 2017-11-22 | Litecoin | 0.5392646596387882832781140 | 38.1063413958329100122725730 |
| 2017-11-23 | BitcoinCash | 0.0223780233815121492910110 | 34.6367147662931181914130150 |
| 2017-11-23 | Dash | 1.4038060535921584422393210 | 787.9852609331684388546510460 |
| 2017-11-23 | Litecoin | 0.6032177271471252381241870 | 43.2958934578663977392666443 |
| 2017-11-24 | BitcoinCash | 0.0594955329656050391113660 | 95.7342142579285538074913690 |
| 2017-11-24 | Dash | 1.1745146987550123546072290 | 653.1811963630111582671721310 |
| 2017-11-24 | Litecoin | 0.7614707856807278030187190 | 55.2643351804060378733514700 |
| 2017-11-25 | BitcoinCash | 0.1587386098021512712481270 | 249.9541573692097338259511720 |
| 2017-11-25 | Dash | 0.4326305685780445276010180 | 261.8567362915530544843299450 |
| 2017-11-25 | Litecoin | 1.0623330079417417199888120 | 83.3180524546403244608650405 |
| 2017-11-26 | BitcoinCash | 0.2293431842982888965376470 | 373.5418253338834143578882060 |
| 2017-11-26 | Dash | 0.6250701758303794885248260 | 391.3295313021635769463591430 |
| 2017-11-26 | Litecoin | 1.4459106413313901272671970 | 124.5139417779611381192959230 |
| 2017-11-27 | BitcoinCash | 0.2240152919669579219788280 | 363.9293228447659316414670030 |
| 2017-11-27 | Dash | 0.6104523678222196329292700 | 381.2592905992785950529652070 |
| 2017-11-27 | Litecoin | 1.3468775883658962456531860 | 121.3097742815886438808488971 |
| 2017-11-28 | BitcoinCash | 0.2296059974881916711071345 | 350.7201226345076812658151390 |
| 2017-11-28 | Dash | 0.5980289480106854587272200 | 367.4210808551985232308536650 |
| 2017-11-28 | Litecoin | 1.2613317439861733271329540 | 116.9067075448358937755271660 |
| 2017-11-29 | BitcoinCash | 0.3705900315046427207571630 | 541.9882856949775716898778140 |
| 2017-11-29 | Dash | 0.3167479318361542635387640 | 211.6125215363176619390226410 |
| 2017-11-29 | Litecoin | 0.6381480134969158449459860 | 62.6370525014527104613939846 |
| 2017-11-30 | BitcoinCash | 0.5519210776870828053337060 | 720.2870419748836361253225620 |
| 2017-11-30 | Dash | 0.0401333158467357394272300 | 30.0119600822868181718884390 |
| 2017-12-01 | BitcoinCash | 0.5820722841577204848955840 | 797.1989481696279059759536080 |
| 2017-12-01 | Dash | 0.0435930058283932825232540 | 33.2166228404011627489981580 |
| 2017-12-02 | BitcoinCash | 0.5248082405144457671973030 | 739.3888354986060661761398830 |
| 2017-12-02 | Dash | 0.0568010196101232632993630 | 43.2539362725007600847902080 |
| 2017-12-02 | Litecoin | 0.9646604771167551401960590 | 94.6895525431007852886649640 |
| 2017-12-03 | BitcoinCash | 0.0392599404824750659683690 | 61.0195197994941321993678520 |
| 2017-12-03 | Dash | 0.1242179719518380381989750 | 95.8878168277764934561494385 |

6

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2017-12-03 | Litecoin | 7.0736990362907046240244744 | 714.8000890797884057640225502 |
| 2017-12-04 | BitcoinCash | 0.0503571964908540080076987 | 75.9542973286045256661331116 |
| 2017-12-04 | Dash | 0.1583175912850784440093257 | 119.3567529449499689039233999 |
| 2017-12-04 | Litecoin | 8.9402425900765076547854875699 | 889.75034013508158637470219 |
| 2017-12-05 | BitcoinCash | 0.0305758954595526668200335 | 46.3214200703249226566338529 |
| 2017-12-05 | Cannabiscoin | 1051.3312423632836949282515935 | 58.5359984232007430372758119 |
| 2017-12-05 | Dash | 0.0962720427652164076485958 | 72.790802967653492745751423 |
| 2017-12-05 | Einsteinium | 93.4010929175356800095171178 | 105.5313328271881261950070137 |
| 2017-12-05 | Litecoin | 5.3640158938073849090350351611 | 543.2588267844223465256685797 |
| 2017-12-06 | Cannabiscoin | 3686.08767830019952663510335399 | 201.8973494589383147390007160 |
| 2017-12-06 | Einsteinium | 236.0018627533346411826612613 | 455.3067972653347269750786114 |
| 2017-12-07 | Cannabiscoin | 1594.02385335050539519246627182 | 95.445099687218504657531283 |
| 2017-12-07 | Einsteinium | 214.9351211233474449966610890 | 470.357752926412925490267167 |
| 2017-12-08 | Cannabiscoin | 1263.1800538179385737793556167 | 76.9386862093480752815111597 |
| 2017-12-08 | Einsteinium | 185.684250094484781636487533 | 383.5444680011885985327612722 |
| 2017-12-08 | Litecoin | 1.7954069175383518001444188 | 233.3065725625883665666374151 |
| 2017-12-09 | Einsteinium | 9.7897450470582865272808501 | 19.0730755306405495434444731 |
| 2017-12-09 | Litecoin | 4.1298313035823035822258552 | 616.6961088240444352380469664 |
| 2017-12-10 | Einsteinium | 15.3119401068216107889280083 | 27.2779257158203596556277624 |
| 2017-12-10 | Litecoin | 4.2219252295806368369970646 | 611.9859975726578851277208814 |
| 2017-12-11 | Einsteinium | 39.9599026318076848035238043804 | 66.9527969952016642585133853 |
| 2017-12-11 | Litecoin | 4.1915537585702401837876663 | 782.5057900185390209556359951 |
| 2017-12-12 | Einsteinium | 20.0380667163173777212062934 | 31.7479012634965996147111766 |
| 2017-12-12 | Litecoin | 6.0650444316582496376912016 | 1744.3937844534325723399380011 |
| 2017-12-13 | Litecoin | 5.8555147319582519581516461646 | 1803.9658481631076143549367557 |
| 2017-12-14 | Litecoin | 3.6808267175962692447793167316 | 1045.8597970224308545801310631063 |
| 2017-12-15 | Litecoin | 3.3592583026531872933810453045 | 966.36479868502670851964052799 |
| 2017-12-16 | Litecoin | 3.4989913648749637083720837203 | 1051.38144359546739030319438112 |
| 2017-12-17 | Litecoin | 3.5440937821995293389921940194 | 1123.498422660381733162166654 |
| 2017-12-18 | Litecoin | 3.3289580449293565603808064641 | 1086.31365976500545785665434399 |
| 2017-12-19 | Litecoin | 3.2314217593280640745336101010 | 1108.6343201820286735684529052905 |
| 2017-12-20 | Litecoin | 3.1583659326331289919049955 | 993.4997683900379965492859321932 |
| 2017-12-21 | Litecoin | 2.9290470488948708747033771603 | 875.8146374976862799505797091709 |
| 2017-12-22 | Litecoin | 3.4786309245367834603310759075 | 901.7620567456068737826409031903 |
| 2017-12-23 | BitcoinCash | 0.0111701769693768232398654541 | 32.012865973275702220696923 |
| 2017-12-23 | Cannabiscoin | 592.5209341768773134702377771 | 50.198494985909195622845744 |
| 2017-12-23 | Dash | 0.1360053522267480136300053 | 158.24068744364780661230103655036 |
| 2017-12-23 | Litecoin | 5.2721388543288427685899836589983 | 1517.7057440899702463605423401 |
| 2017-12-24 | BitcoinCash | 0.0817887052018575688912921 | 234.0161603405017994616676311 |
| 2017-12-24 | Cannabiscoin | 2331.024033174450370011832166 | 204.7641402981232561799861 |
| 2017-12-24 | Dash | 1.1703771519533578079846901 | 1345.5929219590956834684793535 |
| 2017-12-24 | Litecoin | 4.1977670524595490069976471 | 1140.828781660972427288493450545 |
| 2017-12-25 | BitcoinCash | 0.0398874852557259547536212621 | 113.87815405381638184806169885 |
| 2017-12-25 | Cannabiscoin | 1849.6323406722500071949325076 | 181.462993419928740942918978 |

7

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2017-12-25 | Dash | 0.595577116551045722533666 | 691.513091831202405254497877 |
| 2017-12-25 | Litecoin | 2.1392411512396615434322226 | 590.444446509485625502533688 |
| 2017-12-25 | MonetaryUnit | 347.475694516264935489323774 | 177.212247536814677073692993 |
| 2017-12-26 | Cannabiscoin | 9181.289808703881267340067598 | 850.099250759101475356238376 |
| 2017-12-26 | Dash | 0.42972994910609769533722567 | 504.303075608844537061117655 |
| 2017-12-26 | Litecoin | 1.359325109495876795201450 | 377.900385607207047755877801 |
| 2017-12-26 | MonetaryUnit | 4635.28630487632636726182595 | 2112.733911360473856963760691 |
| 2017-12-27 | Cannabiscoin | 7508.4296860295998631195920 | 756.216470943166152522294252 |
| 2017-12-27 | Dash | 0.398502558277997659637011 | 462.075072915588735370720511 |
| 2017-12-27 | Litecoin | 0.44786116606514084053264 | 123.116998153755325453493100 |
| 2017-12-27 | MonetaryUnit | 4368.711296172746064984958718 | 1852.650160086347250365062962 |
| 2017-12-28 | Cannabiscoin | 7809.08544829426488121193929 | 774.789932117981309385821954 |
| 2017-12-28 | Dash | 0.274361462751314194889931 | 290.617457966511504809650838 |
| 2017-12-28 | Litecoin | 0.131649516178465368992947 | 32.290828582453685955387947 |
| 2017-12-28 | MonetaryUnit | 5214.7647950365285112514115 | 2116.976833961348296053696254 |
| 2017-12-29 | Cannabiscoin | 5679.0988303804886935754070147 | 714.079235186580483852030695 |
| 2017-12-29 | Dash | 0.266076456247366425790877 | 291.292082202589286627421338 |
| 2017-12-29 | Litecoin | 0.131507683390169174795851 | 32.365786950611766551858960 |
| 2017-12-29 | MonetaryUnit | 4893.926195882639055907372790 | 1984.810375524264110539261404 |
| 2017-12-30 | Cannabiscoin | 2133.969228543190931281186345 | 329.441614212867997330984570 |
| 2017-12-30 | Dash | 0.122878623094152729487747 | 123.541926848838057933266915 |
| 2017-12-30 | Litecoin | 0.060995589499356190904975 | 13.726880791758046358854744 |
| 2017-12-30 | MonetaryUnit | 2655.715892216003182658093163 | 905.974132260841427072250100 |
| 2017-12-31 | Cannabiscoin | 503.748931003509313232995517 | 205.341201617951084314601278 |
| 2017-12-31 | Dash | 0.209704299787052792919674 | 211.253679387854576147102788 |
| 2017-12-31 | Litecoin | 0.105285664265014439132520 | 23.472631043107980799064279 |
| 2017-12-31 | MonetaryUnit | 1562.642169956791005680117984 | 564.688304449365481865153491 |
| 2018-01-01 | Cannabiscoin | 542.470014547399018427918057 | 158.279512318960555733367039 |
| 2018-01-01 | Dash | 0.062149598228158400432635 | 63.642616088563616293275217 |
| 2018-01-01 | Litecoin | 0.031000600068986445793399 | 7.071401787618179588141711 |
| 2018-01-01 | MonetaryUnit | 1191.351061315112604564395584 | 435.268658877141528266759304 |
| 2018-01-02 | Cannabiscoin | 674.084552494307648640362271 | 167.809876321045031176862015 |
| 2018-01-02 | Dash | 0.055189501919040615994757 | 62.928703620565701775633749 |
| 2018-01-02 | Litecoin | 0.027976022494139917469544 | 6.992078180062855752848201 |
| 2018-01-02 | MonetaryUnit | 1195.287398763496114798351141 | 461.477159882873835736370631 |
| 2018-01-03 | Cannabiscoin | 589.090325246537078192848530 | 179.432137100593411864401769 |
| 2018-01-03 | Dash | 0.058780909632234410537670 | 67.287051412722526801762540 |
| 2018-01-03 | Litecoin | 0.030000563968947158128574 | 7.476339045850590036687745 |
| 2018-01-03 | MonetaryUnit | 1253.167587203921342059561259 | 478.211921652981411973534268 |
| 2018-01-04 | Cannabiscoin | 559.919761179903802276243039 | 168.546454232818365498798102 |
| 2018-01-04 | Dash | 0.055428629880412964437862 | 63.204920469277202886684418 |
| 2018-01-04 | Litecoin | 0.029015820126687450035622 | 7.022768926367431895783263 |
| 2018-01-04 | MonetaryUnit | 989.572425519399019478247522 | 463.502749140250505121694943 |
| 2018-01-05 | Cannabiscoin | 708.912310438900370509844578 | 192.968823560054595849846734 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-01-05 | Dash | 0.084998311180545265069688 | 94.644802839702237521100223 |
| 2018-01-05 | Litecoin | 0.125537952590729646200868 | 32.522503044484165593370537 |
| 2018-01-05 | MonetaryUnit | 1367.8545034374465815954094738 | 584.658691844969024342040284 |
| 2018-01-05 | Verge | 1887.27729472990438397430832 | 330.0962075962247354293809355 |
| 2018-01-06 | Cannabiscoin | 810.1289012817336304838928787 | 224.0858536699706296666028697 |
| 2018-01-06 | Dash | 0.16374779834659590023076 | 192.073588980058649054237438 |
| 2018-01-06 | Litecoin | 0.448653292979855364355296 | 128.049059239911662024295455 |
| 2018-01-06 | MonetaryUnit | 2233.192859875559459795884843 | 1056.4047391083033475319703811 |
| 2018-01-06 | Verge | 8952.267859578608207877618672 | 1600.6132404997902119002048131 |
| 2018-01-07 | Cannabiscoin | 744.3646957782126195233702181 | 224.7291628218060920491311974 |
| 2018-01-07 | Dash | 0.16515413293484698451860 | 196.379452119340384634458043 |
| 2018-01-07 | Litecoin | 0.473318483748291501561745 | 130.9196347751919259373507871 |
| 2018-01-07 | MonetaryUnit | 2217.0574631651963401321585371 | 1059.4374816718818984831396721 |
| 2018-01-07 | Verge | 8991.204738600136902420352962 | 1605.20830579842311726399314011 |
| 2018-01-08 | Cannabiscoin | 712.7541404842757268829283261 | 214.4380738370840646886180761 |
| 2018-01-08 | Dash | 0.1665384860841833476960731 | 183.8040630952131954355963121 |
| 2018-01-08 | Litecoin | 0.476514151585392151958324 | 122.5360421949292523698478341 |
| 2018-01-08 | MonetaryUnit | 2200.5225907574793885721468121 | 1010.922347017422358543916814 |
| 2018-01-08 | Verge | 8255.765991378865156307696568 | 1516.71276169664547388385674011 |
| 2018-01-09 | Cannabiscoin | 786.5031510860186343806394861 | 224.2156063737326254995218491 |
| 2018-01-09 | Dash | 0.17533411605405358449508211 | 192.184805550614294822090566 |
| 2018-01-09 | Litecoin | 0.5125161734457051002691761 | 128.12320364216873887596745 |
| 2018-01-09 | MonetaryUnit | 2185.0968437383316934224654241 | 1003.2115392962926981843187441 |
| 2018-01-09 | Verge | 7874.1596347032296135236664521 | 1601.540046355868816375294071 |
| 2018-01-10 | Cannabiscoin | 796.1998945918153262152704811 | 206.805831125909767609704444 |
| 2018-01-10 | Dash | 0.16603529966160840955675411 | 177.26214096506551509403241121 |
| 2018-01-10 | Litecoin | 0.48732407079460444333642011 | 118.17476082614451731853995911 |
| 2018-01-10 | MonetaryUnit | 2383.383327694930128770356507 | 974.9417721519910631986896381 |
| 2018-01-10 | Verge | 8874.2841237811157277241745521 | 1477.184503812107671513166133 |
| 2018-01-11 | Cannabiscoin | 890.1960745458215031210873552 | 203.863030068522271145903552 |
| 2018-01-11 | Dash | 0.172028791845028822744762 | 174.7399740587333752679173961 |
| 2018-01-11 | Litecoin | 0.502143599089960082891652 | 116.493316522246856969924955 |
| 2018-01-11 | MonetaryUnit | 2438.142544563112360000452837 | 961.069857323033563973545458 |
| 2018-01-11 | Verge | 9770.886983503708008783418126 | 1456.1664504894447938991112831 |
| 2018-01-12 | Cannabiscoin | 875.9725676544927634116659523 | 204.6974694718533152937872271 |
| 2018-01-12 | Dash | 0.168433535966837756323800 | 175.4549738330171127394674775 |
| 2018-01-12 | Litecoin | 0.495435586448387734520820 | 116.969982555344751596449806 |
| 2018-01-12 | MonetaryUnit | 2373.8257504439278207463443151 | 965.0023560815942006707112421 |
| 2018-01-12 | Verge | 9269.092598252643760820070464 | 1462.12478046715391869783933951 |
| 2018-01-13 | Cannabiscoin | 804.13732786070176546946086211 | 205.4410168559997656238054841 |
| 2018-01-13 | Dash | 0.161155818399662016535615 | 176.0923001622738199013803231 |
| 2018-01-13 | Litecoin | 0.47034372646086592541077311 | 117.3948667748570089278888141 |
| 2018-01-13 | MonetaryUnit | 2349.40607320765738382548073511 | 968.50765089250600945759918381 |
| 2018-01-13 | Verge | 9403.570002550558562677096423 | 1467.4358346857126115986104691 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|---|---|---|---|
| 2018-01-14 | Cannabiscoin | 845.1983384985744962563159494 | 195.4458897209887161869373999 |
| 2018-01-14 | Dash | 0.1649677400854009722170618 | 167.5250483322760194938729912 |
| 2018-01-14 | Litecoin | 0.4642603763262358065711404 | 111.6833655556373248756824894 |
| 2018-01-14 | MonetaryUnit | 2356.8489562698510846334315457 | 896.9108044975519956767702205 |
| 2018-01-14 | Verge | 9864.6303961813207454169709825 | 1396.0420694354963924161433662 |
| 2018-01-15 | Cannabiscoin | 268.04136158710523913355884776 | 61.9992802720649402381992235 |
| 2018-01-15 | Dash | 0.0648487922288176322443783 | 65.1074829107781525105405409435 |
| 2018-01-15 | EthereumClassic | 7.48679098330660245030440175 | 303.6129705493777122230735607 |
| 2018-01-15 | Litecoin | 0.20763115194501590420720753 | 49.1767015146987239650635067147 |
| 2018-01-15 | MonetaryUnit | 1893.65658909230852160133715757 | 689.9327913176030799641128466 |
| 2018-01-15 | Monoecicoin | 49.370038342682022127531614 | 471.0633358237823515586958883 |
| 2018-01-15 | Unitus | 7230.157032499341091465673291 | 745.4591889379858500587557006 |
| 2018-01-15 | Verge | 1632.27085914386732504717454 | 228.0062250183216558128599356 |
| 2018-01-16 | EthereumClassic | 5.7144329449533799167987282818 | 188.43332620860252549062665462866 |
| 2018-01-16 | MonetaryUnit | 660.952020503706633455135188 | 189.2040898883042195690315418 |
| 2018-01-16 | Monoecicoin | 94.6194586469469278342667332 | 765.0927474512610534305778617 |
| 2018-01-16 | PIVX | 64.28006391298133071208237122 | 551.2500515010878084222292966 |
| 2018-01-16 | Unitus | 2575.422138810774034405944016 | 219.9272090648187229589597888 |
| 2018-01-17 | EthereumClassic | 3.344497392364925272725108 | 92.4749487714636241213196333 |
| 2018-01-17 | MonetaryUnit | 367.65362427155762992367671544 | 88.7711244805704597828625211 |
| 2018-01-17 | Monoecicoin | 107.2784274307650402776870554 | 764.8137097206986384750138222 |
| 2018-01-17 | PIVX | 91.36024169518957498421843100 | 793.0366201900004163780690981 |
| 2018-01-17 | Unitus | 567.454070798987410827131334 | 36.0471191117259311180901868 |
| 2018-01-18 | EthereumClassic | 3.2463278379395298184789392 | 99.90844417443604353635032941 |
| 2018-01-18 | MonetaryUnit | 356.262288122178828626779239 | 99.9084445869618766718123281 |
| 2018-01-18 | Monoecicoin | 112.71789458772259048848289732 | 875.45132447831026381301302827 |
| 2018-01-18 | PIVX | 93.86490371083560822597524122 | 879.19431475652645187678711477 |
| 2018-01-18 | Unitus | 583.85194115781517209999335122 | 39.9633779434784749526093691 |
| 2018-01-19 | EthereumClassic | 3.23717598251363498563460521 | 103.92597181992164902128976722 |
| 2018-01-19 | MonetaryUnit | 367.917060812931828474346216 | 103.92597193111225782835362212 |
| 2018-01-19 | Monoecicoin | 111.61592669396460182964030122 | 914.54855201531051130727003561 |
| 2018-01-19 | PIVX | 97.371297244012896034703129 | 914.54855299378786892911195412 |
| 2018-01-19 | Unitus | 676.3369036531286274365332201 | 41.5703887279686596048758903 |
| 2018-01-20 | EthereumClassic | 3.249884325911206427220432 | 111.82574467614401496581749212 |
| 2018-01-20 | MonetaryUnit | 362.82740801956179115439396711 | 111.82574465779685280388365611 |
| 2018-01-20 | Monoecicoin | 111.2807340186611060199135311 | 984.06655298861230467378015211 |
| 2018-01-20 | PIVX | 98.4157037050981437672081991 | 984.0665529755714624913459141 |
| 2018-01-20 | Unitus | 707.72902370283341920680699441 | 44.73029783531667342035235841 |
| 2018-01-21 | EthereumClassic | 3.26301944919701915038177711 | 101.04878401725319710378583012 |
| 2018-01-21 | MonetaryUnit | 369.1189627879717195810216919 | 101.0487840164067639796048871 |
| 2018-01-21 | Monoecicoin | 109.86783748664234931777826191 | 889.22929965193720866871142 |
| 2018-01-21 | PIVX | 102.9683557549061048888371241 | 889.22929935182813451331524711 |
| 2018-01-21 | Unitus | 696.3731040692631971403658301 | 40.4195136069012788415143121 |
| 2018-01-22 | EthereumClassic | 3.6630880439957307783491133 | 107.5712164464788215963780701 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-01-22 | MonetaryUnit | 422.7685815518308098220468575 | 106.3391618526780403488852760 |
| 2018-01-22 | Monoecicoin | 135.2763379350497558551383613 | 929.8546574246044657906180283 |
| 2018-01-22 | PIVX | 104.9826661920856053111105487 | 946.6267048695206872907993878 |
| 2018-01-22 | Unitus | 802.9545479156900032632031152 | 43.02848658501656441357547 |
| 2018-01-23 | EthereumClassic | 3.8639452941317775300499983 | 109.3073456337825249389046866 |
| 2018-01-23 | MonetaryUnit | 449.9683262334233467629673562 | 108.5587854495121192946988831 |
| 2018-01-23 | Monoecicoin | 144.3970803262183994206072800 | 957.7434218698279548668162291 |
| 2018-01-23 | PIVX | 82.1350299324044685530948941 | 961.9046446610756103970606292 |
| 2018-01-23 | Unitus | 694.9539887490993699163711853 | 43.7229382401513685533365746 |
| 2018-01-24 | EthereumClassic | 3.3224388990579078643043817 | 97.1281631784168996506370097 |
| 2018-01-24 | MonetaryUnit | 385.8083427658000742286534280 | 97.1281631784168996506370097 |
| 2018-01-24 | Monoecicoin | 123.1920391817569477569311176 | 854.7278359455139936472900027 |
| 2018-01-24 | PIVX | 80.0875465134239527130005174 | 854.7278416698206450133583802 |
| 2018-01-24 | Unitus | 615.7472232627807879438254494 | 38.8512655304463929551524439 |
| 2018-01-25 | EthereumClassic | 3.3396234539438691900097830 | 98.2964747649152465758828270 |
| 2018-01-25 | MonetaryUnit | 386.5936697845246689104092799 | 98.2488459680690801793422375 |
| 2018-01-25 | Monoecicoin | 125.2243679262742335358455823 | 864.9986930096887037006198834 |
| 2018-01-25 | PIVX | 85.3635048206395558909428225 | 864.9986930019813090607225285 |
| 2018-01-25 | Unitus | 438.8580761502030210141404977 | 39.3181224087055032015592085 |
| 2018-01-26 | EthereumClassic | 3.3573914153419724640836383 | 94.8352399004427485497282045 |
| 2018-01-26 | MonetaryUnit | 385.4997262819341990017926455 | 94.8352399011605683340403825 |
| 2018-01-26 | Monoecicoin | 129.9423118866669477877227527 | 834.5501113021300133959555075 |
| 2018-01-26 | PIVX | 87.8216984889585715780019835 | 834.5501114627343953592155730 |
| 2018-01-26 | Unitus | 505.4246210897244341745980285 | 37.9340959596730104862419125 |
| 2018-01-27 | EthereumClassic | 3.4498626435478664587797735 | 100.3572111220649843040323375 |
| 2018-01-27 | MonetaryUnit | 391.7111724305554464703549775 | 100.3572112590935017809118095 |
| 2018-01-27 | Monoecicoin | 141.7163463508242984524039285 | 883.1434578741718618754847375 |
| 2018-01-27 | PIVX | 90.8967087033169153219927635 | 883.1434579080065481567204125 |
| 2018-01-27 | Unitus | 441.5330974390412221132199055 | 40.1428844491257972556565905 |
| 2018-01-28 | EthereumClassic | 5.18216960423768948679227355 | 162.2978970697740264786289335 |
| 2018-01-28 | MonetaryUnit | 580.1001931314452399251794695 | 162.2978970672245966502153505 |
| 2018-01-28 | Monoecicoin | 104.7755044463832386560732575 | 594.7338806726580489228548905 |
| 2018-01-28 | PIVX | 95.4009763032127507496071465 | 920.3149795580211365783858755 |
| 2018-01-28 | Unitus | 1186.0758407669461595701755435 | 103.9888907126913553119159145 |
| 2018-01-29 | EthereumClassic | 8.0998151496414135234309799 | 248.6457806283074719015685525 |
| 2018-01-29 | MonetaryUnit | 957.7251530244538210906587085 | 247.9231286166215605500902385 |
| 2018-01-29 | Monoecicoin | 30.6523845462364411605536615 | 142.0833032161756726738283125 |
| 2018-01-29 | PIVX | 101.3926857684149588818781225 | 941.3018838118422837273480115 |
| 2018-01-29 | Unitus | 1999.1482366680632582373406785 | 157.9599984740175407700803375 |
| 2018-01-30 | EthereumClassic | 9.15896288851505823333302585 | 259.8913648168408408167503225 |
| 2018-01-30 | MonetaryUnit | 1115.5614570388159625152147 | 259.8913648168408408167503225 |
| 2018-01-30 | Monoecicoin | 33.7584259836379479499578115 | 148.5093513152744463143635265 |
| 2018-01-30 | PIVX | 114.8331878649380259124857845 | 983.8744525457439029496800637 |
| 2018-01-31 | EthereumClassic | 9.21655760716113103458522205 | 253.1206987243861636421477475 |

11

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-01-31 | MonetaryUnit | 1162.3436208930805370071646674 | 253.1206989234470020782834404 |
| 2018-01-31 | Monoecicoin | 29.7291309292282668922852433 | 144.6403992710776771267749224 |
| 2018-01-31 | PIVX | 118.6823054649723015032661772 | 958.2426459244768420883182311 |
| 2018-02-01 | EthereumClassic | 8.829354705890774437778252 | 222.8624224211878835595536184 |
| 2018-02-01 | MonetaryUnit | 1143.0938366680118231133397443 | 220.7265132306055590322741643 |
| 2018-02-01 | Monoecicoin | 30.4911006190314614054964902 | 127.3478950315191681985629026 |
| 2018-02-01 | PIVX | 123.2929467671460506665092044 | 843.6798046372087764606595534 |
| 2018-02-02 | EthereumClassic | 7.8503081706401072428480290 | 171.6469389024947500382669266 |
| 2018-02-02 | MonetaryUnit | 1017.1487785819668397687708702 | 171.6469391997723579189274972 |
| 2018-02-02 | Monoecicoin | 27.7156533095594380716532137 | 98.08396494145760346987086082 |
| 2018-02-02 | PIVX | 117.1395310809047685626807350 | 649.8062708425101262801235447 |
| 2018-02-02 | Unitus | 2238.5844522141873142960880406 | 123.7261648717712785720654484 |
| 2018-02-03 | EthereumClassic | 8.02088375723328194992000470 | 190.0953166194441954697000650 |
| 2018-02-03 | MonetaryUnit | 1033.111117286882679778696035 | 190.0953166834738886880037356 |
| 2018-02-03 | Monoecicoin | 27.7619961349182371921207560 | 108.62589520901320776465003560 |
| 2018-02-03 | PIVX | 108.5884381614019406851610940 | 719.6465557794007998877406850 |
| 2018-02-03 | Unitus | 2504.42574315027309437716456800 | 149.3606059655866626826315091 |
| 2018-02-04 | EthereumClassic | 8.5649012124034347479957958 | 187.9264963140660788220358070 |
| 2018-02-04 | MonetaryUnit | 1098.2575778836365667317032200 | 187.9264963140660788220358070 |
| 2018-02-04 | Monoecicoin | 30.8187221814779470686735400 | 107.3865693950702669769661020 |
| 2018-02-04 | PIVX | 118.5283352557262951202822100 | 711.4360217523026928702750410 |
| 2018-02-04 | Unitus | 2725.1304411291611662829825520 | 147.6565328602275018555339160 |
| 2018-02-05 | EthereumClassic | 8.9207926954259365047039823 | 159.2714873444397818489770720 |
| 2018-02-05 | MonetaryUnit | 1186.3090275069179852463293830 | 156.2943394480737699108158849 |
| 2018-02-05 | Monoecicoin | 34.9130038167066376769826180 | 91.01227847917176960810060410 |
| 2018-02-05 | PIVX | 118.5589625214579679611964370 | 602.9563450453062228995662990 |
| 2018-02-05 | Unitus | 2855.7319785786828277203969813 | 125.1418829073835963457295920 |
| 2018-02-06 | EthereumClassic | 8.8830806898006421049420110 | 150.9467902051273242866945390 |
| 2018-02-06 | MonetaryUnit | 1224.2091416741618647356354684 | 148.9241120684718272860224690 |
| 2018-02-06 | Monoecicoin | 33.4663185525670194235626110 | 85.09949261055532987772712400 |
| 2018-02-06 | PIVX | 121.6266875086858718816704520 | 563.7841385449290604399421370 |
| 2018-02-06 | Unitus | 2945.5775923760377558580375970 | 117.0118023395135785818748000 |
| 2018-02-07 | EthereumClassic | 9.1978838296507495966659114 | 177.4642971779947881835802580 |
| 2018-02-07 | MonetaryUnit | 1222.9833059513694677863745880 | 177.4642971888974259412130100 |
| 2018-02-07 | Monoecicoin | 31.6038779550968228171634180 | 101.4081698159970218188719000 |
| 2018-02-07 | PIVX | 124.2174329559660086229336820 | 671.8291253312020202083556812 |
| 2018-02-07 | Unitus | 2544.3770219787258707764135540 | 139.4362334969752119206726620 |
| 2018-02-08 | EthereumClassic | 8.3415700051225928920079010 | 172.3039047062011346618555820 |
| 2018-02-08 | MonetaryUnit | 1156.2921869558654760025783460 | 171.6770279482946470829869040 |
| 2018-02-08 | Monoecicoin | 29.7398150423738493679623810 | 98.45937411782921895660807060 |
| 2018-02-08 | PIVX | 122.1862568115926234883825090 | 652.2933535306185759272302187 |
| 2018-02-08 | Unitus | 2298.6298711992858907195197210 | 135.3816394119874964950444991300 |
| 2018-02-09 | EthereumClassic | 7.4934931777501191863754470 | 185.6092380686689063475419192 |
| 2018-02-09 | MonetaryUnit | 1219.3995135324086234945052660 | 185.6092380686082288503315430 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-02-09 | Monoecicoin | 31.924092492960313418599726 | 105.0645036623090329742210769 |
| 2018-02-09 | PIVX | 120.5950259726582953332422033 | 702.663544116874019237165981 |
| 2018-02-09 | Unitus | 2436.203423456493535800068738 | 145.835829917735807595697929 |
| 2018-02-10 | EthereumClassic | 7.543008753555032683615102 | 181.742443603045259013538328 |
| 2018-02-10 | MonetaryUnit | 1162.870081983958221540969619 | 181.025996349322127842759135 |
| 2018-02-10 | Monoecicoin | 32.539372805173763570062104 | 103.852825201732730236818052 |
| 2018-02-10 | PIVX | 119.5973113464407063395799965 | 688.024965068671331696735790 |
| 2018-02-10 | Unitus | 2444.386532686112395537703239 | 142.797634260433840724090816 |
| 2018-02-11 | EthereumClassic | 7.217269266047330899774496 | 173.113757570846213267930764 |
| 2018-02-11 | MonetaryUnit | 1226.439818478759310823427443 | 172.345173421531900285747207 |
| 2018-02-11 | Monoecicoin | 33.020951576444892413373582 | 98.408363147566621221003005 |
| 2018-02-11 | PIVX | 120.4507263309150594564437581 | 655.237341920048410603821237 |
| 2018-02-11 | Unitus | 2751.070941988348198418547898 | 135.992655754871499806383661 |
| 2018-02-12 | EthereumClassic | 6.840295079322392039998525 | 188.169656270802317501141774 |
| 2018-02-12 | MonetaryUnit | 1148.065183535372597186969938 | 171.402412236774990032536259 |
| 2018-02-12 | Monoecicoin | 34.909046021198382910435272 | 107.525517928629182834017329 |
| 2018-02-12 | PIVX | 122.3253833770935678601785334 | 712.356555922881597648341812 |
| 2018-02-12 | Unitus | 2990.43444146103388438221350 | 147.847587070180041997363232 |
| 2018-02-13 | EthereumClassic | 5.808381970687951163311906 | 187.561753542492203033603473 |
| 2018-02-13 | MonetaryUnit | 1243.222382770946410268290371 | 187.267362154688762334748326 |
| 2018-02-13 | Monoecicoin | 36.405627463855286591514303 | 107.178144881424075062638194 |
| 2018-02-13 | PIVX | 125.5174096365812894887554875 | 710.055209839434426495378067 |
| 2018-02-13 | Unitus | 1725.64424162821205899503315 | 85.6408853450945427260536153 |
| 2018-02-14 | EthereumClassic | 7.272438534252519161372202 | 250.327453739455529315862539 |
| 2018-02-14 | MonetaryUnit | 1500.9497955594809359277749140 | 244.194260351815516370133743 |
| 2018-02-14 | Monoecicoin | 45.511940640427499154921796 | 143.044259652053140219912034 |
| 2018-02-14 | PIVX | 160.4954883868199085565011203 | 947.668215391513061057154850 |
| 2018-02-15 | EthereumClassic | 9.048027888472548375714387 | 306.660825695749874037546858 |
| 2018-02-15 | MonetaryUnit | 1708.3841387815439416139066589 | 292.687864202137732169647188 |
| 2018-02-15 | Monoecicoin | 59.054990854376756599172084 | 178.143667015381686728561618 |
| 2018-02-15 | PIVX | 174.7561878312633552849227355 | 1065.663483400632255693112509 |
| 2018-02-16 | EthereumClassic | 9.700008532903119376550771 | 330.855094761729505947970699 |
| 2018-02-16 | MonetaryUnit | 1821.5264055855585853488801236 | 311.393030235781973487603301 |
| 2018-02-16 | Monoecicoin | 69.6072942960875636566460890 | 194.620643977488733883238777 |
| 2018-02-16 | PIVX | 174.3301715329020794243743744 | 1070.413543312653898889101645 |
| 2018-02-17 | EthereumClassic | 9.7072230086084403344869337 | 337.642311631029515916639839 |
| 2018-02-17 | MonetaryUnit | 1835.8870484333077118604579972 | 317.780999182145499361981081 |
| 2018-02-17 | Monoecicoin | 65.7862905546198842728107384 | 198.516835290241607473587269 |
| 2018-02-17 | PIVX | 169.6443483178949205940235224 | 1092.372184688624557247694765 |
| 2018-02-17 | Unitus | 119.7833808152594938045019154 | 6.0831432706357561629571294 |
| 2018-02-18 | EthereumClassic | 9.1164719422599113697380528 | 304.649496794587601352598213 |
| 2018-02-18 | LitecoinCash | 3.32224E-08 | 4.62E-08 |
| 2018-02-18 | MonetaryUnit | 1791.0645259319422220850287664 | 286.074182630147871726362074 |
| 2018-02-18 | Monoecicoin | 62.37281313698587168797176214 | 179.205586349784913511432449 |

13

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-02-18 | PIVX | 166.35065946026045072361503 | 985.6307249236657738001643466 |
| 2018-02-18 | Unitus | 765.15605427239189883381248 | 35.84111726995148262790801 |
| 2018-02-19 | EthereumClassic | 7.8720786887780205816648970 | 302.44851366775050564302152 |
| 2018-02-19 | MonetaryUnit | 1668.1191496049204153344864 | 284.1523728552523319993044697 |
| 2018-02-19 | Monoecicoin | 58.0129193806055593953577223 | 177.91089046251284493666817024 |
| 2018-02-19 | PIVX | 163.592850590918667745978593 | 978.50989754390259793152952 |
| 2018-02-19 | Unitus | 766.79890642817286786833815 | 35.582178077413822915970643 |
| 2018-02-20 | EthereumClassic | 7.9316870466609301368180884 | 312.62734724577625602543 6 8798 |
| 2018-02-20 | MonetaryUnit | 1886.3540150006315792764134 17 | 294.23750328916268878030 8910 |
| 2018-02-20 | Monoecicoin | 57.14808932179719527807981 0 | 183.89843955485091279918 2048 |
| 2018-02-20 | PIVX | 174.01081294104471444371096 | 1011.44141755168002039550 1183 |
| 2018-02-20 | Unitus | 770.36173520923371795587811 8 | 36.77968791097018252598364 17 |
| 2018-02-21 | EthereumClassic | 7.96649005772303479817842 3 | 281.96388970394619925679857 6 |
| 2018-02-21 | MonetaryUnit | 1901.7494955721207297506838 46 | 265.37777869030199283601570 2 |
| 2018-02-21 | Monoecicoin | 56.17245745283639660035183 1 | 165.68959679306446917730233 8 |
| 2018-02-21 | PIVX | 172.47830947712187210819277 7 | 912.23611374806123216703336 9 |
| 2018-02-21 | Unitus | 820.56154148412126241693488 0 | 33.17222233628774940296059 8 |
| 2018-02-22 | EthereumClassic | 8.27838123843063717279626 8 | 268.1631839424597075377385 94 |
| 2018-02-22 | MonetaryUnit | 1851.358447453900488941368 944 | 251.4200689527312313691628 81 |
| 2018-02-22 | Monoecicoin | 32.0281159492181416290712 94 | 92.90881686654842354626008 7 |
| 2018-02-22 | PIVX | 175.15984190975971288911441 0 | 867.5867715628889617976460 28 |
| 2018-02-22 | Unitus | 407.23909179324125273006699 7 | 16.31267995012372470543176 7 |
| 2018-02-23 | EthereumClassic | 8.17849586436326940048170 0 | 290.32045240557650621013644 4 |
| 2018-02-23 | MonetaryUnit | 1803.4671153614126958732735 28 | 266.5652674329837170875166 30 |
| 2018-02-23 | Monoecicoin | 0.1532723444375026437676 8 | 0.4998142839563713713343 77 |
| 2018-02-23 | PIVX | 181.74434994215709744380168 9 | 939.2720519000296706161203 61 |
| 2018-02-23 | Unitus | 692.80950327128446679581629 9 | 28.40216813328638400551795 0 |
| 2018-02-24 | EthereumClassic | 7.47629819991215426295868 5 | 273.4854253536477604515007 03 |
| 2018-02-24 | MonetaryUnit | 1847.0597363232238275063577 17 | 256.8104589144893258030264 81 |
| 2018-02-24 | Monoecicoin | 18.58398597758140003774581 4 | 57.0031714897406011010953 40 |
| 2018-02-24 | PIVX | 174.76245622487114410124121 9 | 884.8057879088599680789753 89 |
| 2018-02-24 | Unitus | 839.79226969227995500151868 7 | 32.1747559239585281660749 85 |
| 2018-02-25 | EthereumClassic | 8.07552105558065078027445 9 | 286.4407727717424682721520 4 |
| 2018-02-25 | MonetaryUnit | 1939.9333163463134740817039 01 | 259.4124227608912066544278 34 |
| 2018-02-25 | Monoecicoin | 16.3644362653076598198694 24 | 45.3977170034356712959434 38 |
| 2018-02-25 | PIVX | 174.71706179944143371964302 8 | 926.7201522065230426117085 80 |
| 2018-02-25 | Unitus | 970.73352212392363771206906 1 | 33.6989146256917281454232 09 |
| 2018-02-26 | EthereumClassic | 2.0936218371926641853154 53 | 72.357654910374783033405873 |
| 2018-02-26 | MonetaryUnit | 488.0682034634435349078113 85 | 68.1013222685880310902643 22 |
| 2018-02-26 | Monoecicoin | 16.98945253109695702123056 0 | 42.5633264179460900420157 42 |
| 2018-02-26 | PIVX | 45.53761853249461220275391 | 234.09829529827135687278368 2 |
| 2018-02-26 | Unitus | 254.0370124032280167705345 80 | 8.5126652835735038862830 71 |
| 2018-03-01 | EthereumClassic | 0.0784657962815265472145 35 | 2.6372046425450024498243 01 |
| 2018-03-01 | MonetaryUnit | 14.4024955183110671258234 32 | 2.3027310324963558549753 31 |

14

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-03-01 | Monoecicoin | 0.594496303786997841833803 | 1.378104508769833399655023 |
| 2018-03-01 | PIVX | 1.465726090305391802096441 | 8.532132667057359626785652 |
| 2018-03-01 | Unitus | 7.659865952980545058420357 | 0.310259369711176690580827 |
| 2018-03-02 | EthereumClassic | 1.012274710581223957842139 | 31.456897810785250462605708 |
| 2018-03-02 | MonetaryUnit | 172.868704044527170832047309 | 29.266646454974963300655317 |
| 2018-03-02 | Monoecicoin | 9.089784164928298667013700 | 17.822626989225521768713356 |
| 2018-03-02 | PIVX | 17.128665111834738744160034 | 101.772316446658162659823639 |
| 2018-03-02 | Unitus | 90.554017147618253496341289 | 3.700811507151205782367675 |
| 2018-03-03 | EthereumClassic | 5.064956143330250462428529 | 149.364375650197382999063894 |
| 2018-03-03 | MonetaryUnit | 817.855172977324423434816922 | 140.578235906068125175589544 |
| 2018-03-03 | Monoecicoin | 43.171872191158780452155710 | 87.861397441292578234743508 |
| 2018-03-03 | PIVX | 76.627149238067460228012831 | 483.237685927109180291089088 |
| 2018-03-03 | Unitus | 417.884318014156658516900335 | 17.572279488258515646948673 |
| 2018-03-04 | EthereumClassic | 6.149984735880902116929041 | 183.865780532737572914092960 |
| 2018-03-04 | MonetaryUnit | 991.375408524196716113277936 | 173.050146381744823614618364 |
| 2018-03-04 | Monoecicoin | 55.182765717546495670339283 | 108.156341489504475603567055 |
| 2018-03-04 | PIVX | 97.900753468081925255563738 | 594.859878187247831175520575 |
| 2018-03-04 | Unitus | 537.693872720775851357707821 | 21.631268297916659321548234 |
| 2018-03-05 | EthereumClassic | 1.333036491708608119636075 | 39.536837177018665866554894 |
| 2018-03-05 | Litecoin | 1.987285719150308458350157 | 419.517108278403066220501405 |
| 2018-03-05 | MonetaryUnit | 2197.097754699576356874038156 | 431.614072358351689640148239 |
| 2018-03-05 | Monoecicoin | 11.620756781394561304405400 | 23.442059743756040267887858 |
| 2018-03-05 | PIVX | 20.983607491110606315141032 | 126.225214859305439209234961 |
| 2018-03-05 | Unitus | 123.709325509987054701274313 | 5.191874968537772195744678 |
| 2018-03-06 | EthereumClassic | 4.842897514920321189370904 | 121.663975302006834652346218 |
| 2018-03-06 | Litecoin | 2.291089459170888409354722 | 459.970908241248318447826876 |
| 2018-03-06 | MonetaryUnit | 1651.787433576633963526412912 | 305.669610833921940041493243 |
| 2018-03-06 | PIVX | 12.028667952870381664391136 | 66.948513914787450675726589 |
| 2018-03-06 | Verge | 953.222356764858158235086463 | 47.254322728250850276234062 |
| 2018-03-07 | EthereumClassic | 12.994270555298208761090211 | 295.575073901061681586115682 |
| 2018-03-07 | Litecoin | 1.892251026142894086002477 | 354.690088681274017903338915 |
| 2018-03-07 | MonetaryUnit | 358.376127834841244457784716 | 59.115014727228492340016838 |
| 2018-03-07 | PIVX | 12.976781177116079308763282 | 67.560016831086735527887722 |
| 2018-03-07 | Verge | 1526.157541740213319714377624 | 67.560016831086735527887722 |
| 2018-03-08 | EthereumClassic | 12.054345827744918989034287 | 276.697434265413968160052135 |
| 2018-03-08 | Litecoin | 1.859436874990852113184803 | 332.036921011373925013818750 |
| 2018-03-08 | MonetaryUnit | 359.178520480471606133994602 | 55.339486853082793632010448 |
| 2018-03-08 | PIVX | 13.100883291578724177245830 | 63.245127832094621293726166 |
| 2018-03-08 | Verge | 1577.909868376412101244926696 | 63.245127832094621293726166 |
| 2018-03-09 | EthereumClassic | 13.099378637202085839261540 | 281.141632719739242971923676 |
| 2018-03-09 | Litecoin | 1.903484640506060847084529 | 337.369959263687091566308421 |
| 2018-03-09 | MonetaryUnit | 428.775000597384174948856287 | 56.228326543947848594384710 |
| 2018-03-09 | PIVX | 14.393386241706261119952128 | 64.260944621654684107868278 |
| 2018-03-09 | Verge | 1752.607822956628137694858133 | 64.260944621654684107868278 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-03-10 | EthereumClassic | 13.127543848864470053010224 | 281.980854386738056688038178 |
| 2018-03-10 | Litecoin | 1.842118034900722054353471 | 338.377025264085667900012415 |
| 2018-03-10 | MonetaryUnit | 423.339808900291424890464956 | 56.063457799390688998860513 |
| 2018-03-10 | PIVX | 14.107581420269848579523199 | 64.452766712054209503439051 |
| 2018-03-10 | Verge | 1680.907638131608734998950181 | 64.452766716968699100050175 |
| 2018-03-11 | EthereumClassic | 12.910581047044067478650953 | 272.021623684819918162339415 |
| 2018-03-11 | Litecoin | 1.755783636882325148138255 | 326.425948421783901794807232 |
| 2018-03-11 | MonetaryUnit | 427.967075345633693947185300 | 54.404324736963983632467862 |
| 2018-03-11 | PIVX | 13.804651531349459203555473 | 62.176371127958838437106142 |
| 2018-03-11 | Verge | 1632.520138089327218127431792 | 62.176371280098971717732682 |
| 2018-03-12 | EthereumClassic | 13.810393831081711799328186 | 287.258910454418183963149385 |
| 2018-03-12 | Litecoin | 1.879762941778318788586878 | 344.710688374457561441082548 |
| 2018-03-12 | MonetaryUnit | 455.576191626417914559548566 | 56.974147912049242790373517 |
| 2018-03-12 | PIVX | 14.479373742536623582586926 | 65.659179532438442663862548 |
| 2018-03-12 | Verge | 1715.859694552333902313314536 | 65.659179532438442663862548 |
| 2018-03-13 | EthereumClassic | 13.829190563725091532301836 | 277.998858481319789370910452 |
| 2018-03-13 | Litecoin | 1.894547868310123123696534 | 333.598630177583747191065233 |
| 2018-03-13 | MonetaryUnit | 461.413188918750289283173712 | 55.456692140531565385725238 |
| 2018-03-13 | PIVX | 14.251229229663672253584935 | 63.542596298910432956002352 |
| 2018-03-13 | Verge | 1726.558100770342971870929176 | 63.542596293520994086350672 |
| 2018-03-14 | EthereumClassic | 13.584919460042886655697034 | 245.232039282158116210459418 |
| 2018-03-14 | Litecoin | 1.776594502376675776411398 | 294.278447237120435124141234 |
| 2018-03-14 | MonetaryUnit | 426.910847909685505196496092 | 49.046407856431623242091903 |
| 2018-03-14 | PIVX | 13.356097425553276964110288 | 56.053037776987631287613963 |
| 2018-03-14 | Verge | 1680.494836221239281824095246 | 56.053037550207569419533580 |
| 2018-03-15 | EthereumClassic | 13.293455420706237608651072 | 234.646024426399973018553521 |
| 2018-03-15 | Litecoin | 1.748966517255324959559673 | 281.575229311679967622264202 |
| 2018-03-15 | MonetaryUnit | 341.130044389767396667922928 | 46.929205009872210886670625 |
| 2018-03-15 | PIVX | 14.163139535917452087629169 | 53.633377154147681244195010 |
| 2018-03-15 | Verge | 1770.782756315019894563791251 | 53.633377154147681244195010 |
| 2018-03-16 | EthereumClassic | 13.483387805782368953440673 | 241.524266368696667106208390 |
| 2018-03-16 | Litecoin | 1.758250470327237847077512 | 289.829119677869449155758764 |
| 2018-03-16 | MonetaryUnit | 369.205497777178360622801026 | 48.304853272919414900944540 |
| 2018-03-16 | PIVX | 14.102719613088999943058296 | 55.205546604371416768376387 |
| 2018-03-16 | Verge | 1698.409454380491877016374294 | 55.205546597622188458222347 |
| 2018-03-17 | EthereumClassic | 13.028897206706622402954647 | 218.956608426843242167625766 |
| 2018-03-17 | Litecoin | 1.673710529707563735082049 | 262.747930112211887848094239 |
| 2018-03-17 | MonetaryUnit | 368.018606511585723882558144 | 43.535119216188027493611648 |
| 2018-03-17 | PIVX | 13.673286643442625255406011 | 50.043089453662090435141759 |
| 2018-03-17 | Verge | 1631.014192593066005113156239 | 48.877712726324330462133758 |
| 2018-03-18 | EthereumClassic | 12.942408364165262701881760 | 202.515297941872867052331973 |
| 2018-03-18 | Litecoin | 1.651506316549685344625446 | 243.018357530247415311161263 |
| 2018-03-18 | MonetaryUnit | 351.483851436393265489027942 | 40.343643202403520198732815 |
| 2018-03-18 | PIVX | 14.352979663118235807204547 | 46.289207416720054885122866 |

16

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-03-18 | Verge | 1296.6385300685988991050048554 | 35.3234163913420058186599849 |
| 2018-03-19 | EthereumClassic | 12.8412656858243164940553337 | 226.65506217104490274672348484 |
| 2018-03-19 | Litecoin | 1.7337327923699963498402033 | 271.986074893334066936091205 |
| 2018-03-19 | MonetaryUnit | 357.5453862537911256203389255 | 45.33101243420897850678298 |
| 2018-03-19 | PIVX | 14.0015634989920775350049126 | 51.80687135338168949750288 |
| 2018-03-19 | Verge | 1643.1251884954368380165628059 | 49.88402845919224277570212039 |
| 2018-03-20 | EthereumClassic | 11.9479755045644177049101086 | 235.42389802869654574102768691 |
| 2018-03-20 | Litecoin | 1.7191566850887781425556541 | 282.50867678187364472555108 |
| 2018-03-20 | MonetaryUnit | 355.16104028859709474854553 | 47.08477960573930914820554208 |
| 2018-03-20 | PIVX | 13.7915884294137870409199198 | 53.81117669227349616937796 |
| 2018-03-20 | Verge | 1646.44638129084745260783832 | 53.8111766922734961693779 |
| 2018-03-21 | EthereumClassic | 11.910787534624067314619660 | 241.53728559226893548565439 |
| 2018-03-21 | Litecoin | 1.6936100141433901945533450 | 289.84474271239379184708116 |
| 2018-03-21 | MonetaryUnit | 337.6022209140032164754397158 | 47.919294863317526010092284 |
| 2018-03-21 | PIVX | 13.2906225303516890492451188 | 55.2085224210827190252986088 |
| 2018-03-21 | Verge | 1599.5657892865793320302773844 | 55.2085224214083418320326601 |
| 2018-03-22 | EthereumClassic | 11.300948153681289358788773 | 217.725436131677522015849199 |
| 2018-03-22 | Litecoin | 1.5848566482897202553706459 | 261.2705233580130262424919106 |
| 2018-03-22 | MonetaryUnit | 312.725258241810078044167218 | 43.07759071229464607596734 |
| 2018-03-22 | PIVX | 12.7264941290798707289719744 | 49.76581397295474079010265 |
| 2018-03-22 | Verge | 1474.15780887697324044586897 | 49.76581397295474079010265 |
| 2018-03-23 | EthereumClassic | 20.7649005162938025335350087 | 386.33518445552047397799050 |
| 2018-03-23 | Litecoin | 2.8486741896464852521187978 | 463.6022213466245468773247204 |
| 2018-03-23 | MonetaryUnit | 574.96804685845325848529517 | 77.2670077602398308793692666 |
| 2018-03-23 | PIVX | 23.1243515549631048012654244 | 88.305151744511828148717969 |
| 2018-03-23 | Verge | 2358.72386269404061506604777757 | 88.305151743226569156886632 |
| 2018-03-24 | Dash | 0.5108385276542593868853298 | 221.40821539309120060322644424 |
| 2018-03-24 | EthereumClassic | 23.0784946989850919326538624 | 433.19455491199642766455452154 |
| 2018-03-24 | Litecoin | 3.2772362304896104988761501 | 538.15690439054137832276466341 |
| 2018-03-24 | MonetaryUnit | 436.4511433617106070453840434 | 59.097340543712523285157415 |
| 2018-03-24 | PIVX | 16.0217452502794031346305734 | 65.42271764051441420051171743 |
| 2018-03-24 | Verge | 1671.7113800554392497078362924 | 73.057483688552041891481152 |
| 2018-03-25 | Dash | 0.8495540032614319513576175 | 351.84481665275664734600680943 |
| 2018-03-25 | EthereumClassic | 18.6832120657503697204199225 | 339.712233729047183916819476 |
| 2018-03-25 | Litecoin | 2.7355084034611645150071225 | 436.7728761634241905170485994 |
| 2018-03-25 | MonetaryUnit | 191.832639249078897136833843 | 24.18544894128536174245808875 |
| 2018-03-25 | PIVX | 5.97859117211256472797598895 | 24.26515978009273054941463444 |
| 2018-03-25 | Verge | 882.4331635660096904813873866 | 36.39773968028534933117160945 |
| 2018-03-26 | Dash | 0.76282185370425978046347957 | 297.2750929305577040170367146 |
| 2018-03-26 | EthereumClassic | 22.178101156912595496059245 | 366.728145005793293744492673 |
| 2018-03-26 | Litecoin | 2.5715288467913564955159494 | 386.7086723696398895159858603 |
| 2018-03-26 | MonetaryUnit | 564.58620269390290905065606075 | 67.8964872696782710333710375 |
| 2018-03-26 | PIVX | 1.2341198975630864551278536 | 4.9951318409616489428733063 |
| 2018-03-26 | Verge | 628.76910596163843169083521175 | 25.480352260305912496381284 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-03-27 | Dash | 0.4710874464393440574523354 | 172.7107542968546663103784144 |
| 2018-03-27 | EthereumClassic | 9.5403904775119452452401966 | 151.4204655379081234660351711 |
| 2018-03-27 | Litecoin | 1.9234245240803327517773543 | 268.2600242931413419393620144 |
| 2018-03-27 | MonetaryUnit | 527.34033015061049626256249 | 64.827801418279050783865183 |
| 2018-03-27 | Verge | 4521.28043409284627580856621 | 189.4100189912697145039656567 |
| 2018-03-28 | Dash | 0.4106004347987131041684437 | 145.5029032883013195824552311 |
| 2018-03-28 | EthereumClassic | 5.0154112068020022217109712 | 80.834946188266430755736127 |
| 2018-03-28 | Litecoin | 1.8761885669177726221983783 | 250.5883331836259349538852711 |
| 2018-03-28 | MonetaryUnit | 530.463958361925957269153936 | 64.5592450405340579009318688 |
| 2018-03-28 | Verge | 6441.7003888479143889554181844 | 266.75495543957440585432015 |
| 2018-03-29 | Dash | 0.4792723867414263898773327 | 156.5593541481470315129034177 |
| 2018-03-29 | EthereumClassic | 5.7584134492164899831188221 | 86.977418967725533377662221 |
| 2018-03-29 | Litecoin | 2.2703447002897859194957511 | 269.6299987999491534707527500 |
| 2018-03-29 | MonetaryUnit | 650.546455174498358185439493 | 69.5819351770253900884590301 |
| 2018-03-29 | Verge | 7494.7895371206001998297540551 | 287.0254825934942601462852388 |
| 2018-03-30 | Dash | 0.4597467642230061974373188 | 145.7056393853838442208791211 |
| 2018-03-30 | EthereumClassic | 5.60267157843999949977367166 | 80.947577436233936789216373 |
| 2018-03-30 | Litecoin | 2.1213006760372394664862088 | 250.9374900523252040465707324 |
| 2018-03-30 | MonetaryUnit | 706.802517532546793277682136 | 64.7580619489871494313730751 |
| 2018-03-30 | Verge | 7360.222411096814820836109505 | 267.1270055400155310472971055 |
| 2018-03-31 | Dash | 0.4518863258837882404306233 | 142.4328039821036527873209044 |
| 2018-03-31 | EthereumClassic | 5.4759110438853739866602477 | 79.1293355537417319034795544 |
| 2018-03-31 | Litecoin | 2.0574900046288955569933400 | 245.30094021659936898900786566 |
| 2018-03-31 | MonetaryUnit | 667.738470873702557824699488 | 63.3034684429933855227836733 |
| 2018-03-31 | Verge | 6804.870955496293579152468917 | 261.1268073273477152814824844 |
| 2018-04-01 | Dash | 0.4419961571956366619486053 | 131.8798246518803700107608033 |
| 2018-04-01 | EthereumClassic | 5.3415252277679879276177776 | 73.2665687277967817380964184 |
| 2018-04-01 | Litecoin | 1.9833366716776100052495866 | 227.12636466667689038327313544 |
| 2018-04-01 | MonetaryUnit | 640.9557337511262322249543955 | 58.183104770203232969848337 |
| 2018-04-01 | Verge | 5772.5278742311702609358990690 | 241.7305489165330419257302344 |
| 2018-04-02 | Dash | 0.4628454777165269801812800 | 140.3498734854681797923385611 |
| 2018-04-02 | EthereumClassic | 5.5793604617187379921089211 | 77.972151978270600952727194 |
| 2018-04-02 | Litecoin | 2.0308677030062436168346422 | 241.7136711326388629534542411 |
| 2018-04-02 | MonetaryUnit | 674.087453574198362298163557 | 62.37772158261648076218173444 |
| 2018-04-02 | Verge | 5553.4546235511708800026622099 | 257.30810152829298314399996799 |
| 2018-04-03 | Dash | 0.4369743601516614733959345 | 145.8686449575269586081461799 |
| 2018-04-03 | EthereumClassic | 5.4311006396733436710120500 | 81.038136087514977004525667 |
| 2018-04-03 | Litecoin | 1.9619554667026492959831700 | 251.2182218712964287140295555 |
| 2018-04-03 | MonetaryUnit | 646.0765318682533153688425992 | 64.8305089051201714592147911 |
| 2018-04-03 | Verge | 4251.1271839699998251251211729 | 267.42584908879942411493446633 |
| 2018-04-04 | Dash | 0.4596532692537543342448109 | 142.1345573806017580190858200 |
| 2018-04-04 | EthereumClassic | 5.6999796392408358375535581 | 78.963642989223198899492045 |
| 2018-04-04 | Litecoin | 2.0328620873357365954653500 | 244.7872932665919165884256003 |
| 2018-04-04 | MonetaryUnit | 669.705231884509021459924949 | 63.1709143913785591195939695 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-04-04 | Verge | 4248.8005499029895668015097654 | 260.5800218644365563683240064 |
| 2018-04-05 | Dash | 0.3680156707582638177866985 | 110.0060327972836062903560176 |
| 2018-04-05 | EthereumClassic | 4.5057973902702035303790443 | 61.1144623346316627991687765 |
| 2018-04-05 | Litecoin | 1.5977106306002142697570220 | 189.4548332205517922650021885 |
| 2018-04-05 | MonetaryUnit | 530.5470278343373352952900124 | 48.6390051867446705152567640704 |
| 2018-04-05 | Verge | 3663.7951618634946158531697270 | 201.6777267950194713573989999 |
| 2018-04-06 | Dash | 0.44817310841616960870282 | 129.2684520854142631842702524 |
| 2018-04-06 | EthereumClassic | 5.4401940335849364705677600 | 71.8158067688170042726340041 |
| 2018-04-06 | Litecoin | 1.95063202648942249951351900 | 222.6290009833327125912480112 |
| 2018-04-06 | MonetaryUnit | 641.8837461544691197124253460 | 57.2697272778991930332822800 |
| 2018-04-06 | Verge | 4288.1595589358913547824174407 | 236.9921621565928174817464578 |
| 2018-04-07 | Dash | 0.1619952873525045042060850 | 48.798168177222828122171935 |
| 2018-04-07 | EthereumClassic | 1.9970330162645942520615500 | 27.1100934317904600670873302 |
| 2018-04-07 | Litecoin | 0.70721666741099860678010640 | 84.0412896385500426210407201 |
| 2018-04-07 | MonetaryUnit | 230.0264110504588858887210314 | 21.6880747454323680542986200 |
| 2018-04-07 | Verge | 1431.1889700896907116497393140 | 89.4633083249085182239818580 |
| 2018-04-08 | Dash | 0.4260842568849854019161540 | 130.7605892799865033962303690 |
| 2018-04-08 | EthereumClassic | 5.198437594714534104786491000 | 72.6447718222861288336302310 |
| 2018-04-08 | Litecoin | 1.91660341717113388112404320 | 225.1987926490869980000368954 |
| 2018-04-08 | MonetaryUnit | 588.68749518326956060626120386 | 57.7287079467008961063277380 |
| 2018-04-08 | Verge | 3806.2541781106933332367800339 | 239.7277470135442255859150490 |
| 2018-04-09 | Dash | 0.4505709028660915516129280 | 136.6621052073076676772897430 |
| 2018-04-09 | EthereumClassic | 5.5462866824534264318379142000 | 75.9233919851542032140391920 |
| 2018-04-09 | Litecoin | 2.03359195373596801585041000 | 235.3625145260372847959706350 |
| 2018-04-09 | MonetaryUnit | 632.19434060001052798530092400 | 60.50607286906865879435886960 |
| 2018-04-09 | Verge | 3259.60459200078914031198823000 | 221.5763211720503243077607490 |
| 2018-04-10 | Dash | 0.40666896066922952648601600 | 121.1934849114952355046279750 |
| 2018-04-10 | EthereumClassic | 4.95041535949833435116151300 | 67.3297138395618391592268850 |
| 2018-04-10 | Litecoin | 1.8362734985397343827250950 | 208.72211290246565325579231900 |
| 2018-04-10 | MonetaryUnit | 534.1317467821658774888122710 | 53.8637077062445482584012180 |
| 2018-04-10 | Verge | 2749.478698825435934781773547000 | 222.18779428822985976539698100 |
| 2018-04-11 | Dash | 0.4526244505750817767506180 | 137.13159024181555884203666750 |
| 2018-04-11 | EthereumClassic | 5.438951880579686128976301000 | 76.1842167448049009772709140 |
| 2018-04-11 | Litecoin | 2.05773869451402645542570600 | 236.17107194112348745006075500 |
| 2018-04-11 | MonetaryUnit | 588.05904740387603159767441990 | 60.9473734408069150409059140 |
| 2018-04-11 | Verge | 3053.01633171164250333354065000 | 251.4079154433285245437338600 |
| 2018-04-12 | Dash | 0.4274504808947761822939270 | 142.19043544428627465469906240 |
| 2018-04-12 | EthereumClassic | 5.2306524042327735403394410 | 78.9946866107441022245319930 |
| 2018-04-12 | Litecoin | 2.01676913137926134987007700 | 244.88352879245979967198998000 |
| 2018-04-12 | MonetaryUnit | 569.94973495481109906747343000 | 63.19569546841542687979036500 |
| 2018-04-12 | Verge | 2993.908918239750805344551375000 | 260.6822438066344708725176200 |
| 2018-04-13 | Dash | 0.276037805047466032037681000 | 100.80506149512343186926357800 |
| 2018-04-13 | EthereumClassic | 2.28940674914957464296696300 | 37.1101975919803702615551640 |
| 2018-04-13 | Litecoin | 1.6809432337662742485147840 | 216.45446807574152507184008000 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-04-13 | MonetaryUnit | 334.88066394798638316416839 | 39.404359739650521610640107 |
| 2018-04-13 | Verge | 4276.7083919640773150982799499 | 402.4117125224778368000893647 |
| 2018-04-14 | Dash | 0.2433085872854357865171938 | 88.04028913696940274038794 |
| 2018-04-14 | EthereumClassic | 1.4946731967744455176528 03 | 24.01098794623987404473 3862 |
| 2018-04-14 | Litecoin | 1.6374523524729048887886 02 | 208.0952288674122417210267 91 |
| 2018-04-14 | MonetaryUnit | 258.6342706680929625826502 49 | 32.0146505949864987263118 01 |
| 2018-04-14 | Verge | 4948.2990154018583183580662 55 | 448.2051083298109821683653 56 |
| 2018-04-15 | Dash | 0.2485176776962916571418 01 | 93.49241420879423507423290 0 |
| 2018-04-15 | EthereumClassic | 1.5351035401619987667235 28 | 25.497931145319875496161884 |
| 2018-04-15 | Litecoin | 1.6884992410920543001208 28 | 220.9820699480591010845504 30 |
| 2018-04-15 | MonetaryUnit | 263.6229405884834076234064 31 | 33.9972415304706430936048 4 |
| 2018-04-15 | Verge | 5336.6698230704847696613149 10 | 475.9613813793043425950214 29 |
| 2018-04-16 | Dash | 0.2650895111304235994722 91 | 96.0351744824706764168602 97 |
| 2018-04-16 | EthereumClassic | 1.6359499557823628738794 70 | 26.191411222492002659143 741 |
| 2018-04-16 | Litecoin | 1.7700681491572431224283 46 | 226.9922305949306897125788 71 |
| 2018-04-16 | MonetaryUnit | 285.6637296270649465588775 40 | 34.9218816298525662979097 41 |
| 2018-04-16 | Verge | 5688.2986320717221058597243 42 | 488.9063428198507163040160 20 |
| 2018-04-17 | Dash | 0.1934997935338409349225 81 | 71.6943556933368938111403 68 |
| 2018-04-17 | EthereumClassic | 1.1980235141296829872146 13 | 19.6448354944911112842459 46 |
| 2018-04-17 | Litecoin | 1.2311361481186093628743 86 | 167.3110044019935440582476 26 |
| 2018-04-17 | MonetaryUnit | 247.6415936257728492449930 03 | 30.1827143419638738473655 40 |
| 2018-04-17 | Verge | 5560.7213369523974844515940 66 | 487.7580251379623771640254 2 |
| 2018-04-18 | BitcoinCash | 0.2972519032765794276558 92 | 260.9434774437628060717740 95 |
| 2018-04-18 | Dash | 0.0341274541410165521781 1 | 13.4889408557131587667340 35 |
| 2018-04-18 | EthereumClassic | 0.1916805003853751184666 80 | 3.2254462732430449792228 51 |
| 2018-04-18 | Litecoin | 0.0786018561153296656332 22 | 10.7946109108924647073022 15 |
| 2018-04-18 | MonetaryUnit | 88.1978338519311327906176 12 | 10.8064537165373284182535 68 |
| 2018-04-18 | Verge | 6930.6768398857486047012106 97 | 483.5649335494511579496074 11 |
| 2018-04-19 | BitcoinCash | 0.6612099976154016687644 95 | 612.3145152929102947652829 60 |
| 2018-04-19 | Dash | 0.0045532363404437965255 0 | 1.9057138171000824754537 30 |
| 2018-04-19 | Verge | 6204.4818697710468443250948 08 | 426.9864648066097861341538 32 |
| 2018-04-20 | BitcoinCash | 0.4197566415063545743898 32 | 444.7047915975901756245509 77 |
| 2018-04-20 | Verge | 8857.9255873487190642628295 89 | 625.6757592405434823484903 28 |
| 2018-04-21 | BitcoinCash | 0.5072188956946250371635 73 | 568.4999486512832765713105 13 |
| 2018-04-21 | Verge | 6210.7815812580434177750995 331 | 424.0882486136860752220040 929 |
| 2018-04-22 | BitcoinCash | 0.2256468357332719020086 46 | 262.3246892084210447924592 69 |
| 2018-04-22 | Verge | 2058.3996866930976427852439 27 | 141.2517557276113318113242 55 |
| 2018-08-21 | BitcoinCash | 0.4654792877856032020764 70 | 248.9789685234358572252284 801 |
| 2018-08-21 | Litecoin | 2.8795171687230735329483 99 | 162.9298886942527231509377 26 |
| 2018-08-21 | Verge | 9796.2018974820192379237844 178 | 129.9890424187749515058135 06 |
| 2018-08-21 | XRP | 272.3212225246973929950597 96 | 90.5977255531053290915473 05 |
| 2018-08-22 | BitcoinCash | 0.3702723254325525686924 77 | 199.8450255641955341406955 62 |
| 2018-08-22 | Litecoin | 2.7781565798900825078623 21 | 158.3461140360525319880417 41 |
| 2018-08-22 | Verge | 6290.6502745693282541216336 64 | 82.4837018894077871088700 834 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-08-22 | XRP | 1372.10076192337092648416952 | 448.678734707111927259249652 |
| 2018-08-23 | BitcoinCash | 0.17200725660646799170001 20 | 89.987657234761292222380729 |
| 2018-08-23 | Litecoin | 1.60186477120269897434482 9 | 89.987657233730463759061496 |
| 2018-08-23 | Verge | 7136.68920057459633175566 4495 | 89.987657234761292222380729 |
| 2018-08-23 | XRP | 1962.94460744516624774884 8928 | 629.913600643329045556665110 |
| 2018-08-24 | BitcoinCash | 0.16316344411616770976533 5 | 87.401508638891486681443355 |
| 2018-08-24 | Litecoin | 1.51958048438075579777130 5 | 87.401508636123016710273583 |
| 2018-08-24 | Verge | 6668.95084427870934825587 9682 | 87.401508636668828652963879 |
| 2018-08-24 | XRP | 1893.26453943429642951506 0267 | 611.810560452561789841898876 |
| 2018-08-25 | BitcoinCash | 0.15366040691832872129604 4 | 82.833935513703562997112920 |
| 2018-08-25 | Litecoin | 1.42979482860969547263430 9 | 82.833935561434733328951255 |
| 2018-08-25 | Verge | 6113.30602274685378890654 9693 | 82.833935561103889454048174 |
| 2018-08-25 | XRP | 1781.20313169104771606016 7472 | 579.837548927727226178337060 |
| 2018-08-26 | BitcoinCash | 0.16721255258933962792724 7 | 87.599031177155291594010000 |
| 2018-08-26 | Litecoin | 1.53600244511916169685877 6 | 87.599031178527686372295723 |
| 2018-08-26 | Verge | 6468.21113434747256202484 7640 | 87.599031771198141427148054 |
| 2018-08-26 | XRP | 1905.20389833680689143375 584 | 613.193218238590640179527011 |
| 2018-08-27 | BitcoinCash | 0.16077856891387142913623 9 | 85.568222237977076997152540 |
| 2018-08-27 | Litecoin | 1.46661133791438603898482 8 | 85.568221667081022548 64025 |
| 2018-08-27 | Verge | 6038.74783890262632217942 7676 | 85.568222236763791694446844 |
| 2018-08-27 | XRP | 1814.70264266820374913858 2640 | 598.977552213458982528850543 |
| 2018-08-28 | BitcoinCash | 0.16244192162151437004061 1 | 90.202782808070673929332300 |
| 2018-08-28 | Litecoin | 1.46061859307629513468530 6 | 90.202782910261286959970906 |
| 2018-08-28 | Verge | 5832.55898500630714916204 8060 | 90.202782829634264205193829 |
| 2018-08-28 | XRP | 1823.83300632831966573029 5531 | 631.419480039102580520427368 |
| 2018-08-29 | BitcoinCash | 0.16424059817332014822626 6 | 91.693820136354830656611222 |
| 2018-08-29 | Litecoin | 1.47456231363423971876491 7 | 91.693820137629418697727038 |
| 2018-08-29 | Verge | 6033.26516751871164130385 1930 | 91.693820137567409058077678 |
| 2018-08-29 | XRP | 1860.34709712026624942778 8193 | 641.856740962974959044225633 |
| 2018-08-30 | BitcoinCash | 0.14739451945255668775996 3 | 79.302388118775534133131560 |
| 2018-08-30 | Litecoin | 1.31586503379438507395761 0 | 79.302388116146227177068704 |
| 2018-08-30 | Verge | 5540.35629772427990122075 1994 | 79.255802586110932578774821 |
| 2018-08-30 | XRP | 1676.12547633237058306872 2386 | 555.116716995014077742014888 |
| 2018-08-31 | BitcoinCash | 0.15306666640976650429464 | 82.766029305877802433108520 |
| 2018-08-31 | Litecoin | 1.34726115347098978494986 298 | 82.766029317874363854768577 |
| 2018-08-31 | Verge | 5739.03687202258405542155 7573 | 82.239019601971326433665656 |
| 2018-08-31 | XRP | 1739.77722845748875020760 6772 | 579.362205141221555382869978 |
| 2018-09-01 | BitcoinCash | 0.15412365253803005656523 2 | 91.479367914551690972992 45 |
| 2018-09-01 | Litecoin | 1.39502981458494157818403 6 | 91.479367866281932399159832 |
| 2018-09-01 | Verge | 5435.01878529151151676199 6871 | 91.479367911399537077424039 |
| 2018-09-01 | XRP | 1869.52197696276069711137 3302 | 640.355575378969026542365152 |
| 2018-09-02 | BitcoinCash | 0.12449194255507423589316 | 79.825180826897665890100315 |
| 2018-09-02 | Litecoin | 1.47010498356653844375222 0 | 97.042844500461190639722530 |
| 2018-09-02 | Verge | 4248.69545274544960866120 1403 | 79.801518040905809993908541 |

21

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-09-02 | XRP | 1512.7271316517975089827659570 | 516.16117456734694010840416449 |
| 2018-09-03 | BitcoinCash | 0.1433691357736452223347410 | 90.41897029660899207850682 |
| 2018-09-03 | Litecoin | 1.3766109907909026722747753 | 90.41897028405625399163947 |
| 2018-09-03 | Verge | 5012.8574921219627263152290 06 | 90.41897028404675605021622 7 |
| 2018-09-03 | XRP | 1886.41341335654559764641904 | 632.9327919203657527515879385 |
| 2018-09-04 | BitcoinCash | 0.14914814867221565970308 7 | 94.6188368395109404418549 95 |
| 2018-09-04 | Litecoin | 1.3855532092700279851436 43 | 94.3136717184193803445777 41 |
| 2018-09-04 | Verge | 5046.735055863791433023039 333 | 95.0110566960518428152891 03 |
| 2018-09-04 | XRP | 1851.9362355721871151088497 38 | 616.130396609896195379020578 |
| 2018-09-05 | BitcoinCash | 0.14823375771974345461669 0 | 84.10438812760230706461160 5 |
| 2018-09-05 | Litecoin | 1.3421487607287371157211 443 | 84.1043880969120561811417 990 |
| 2018-09-05 | Verge | 5111.7737008023960204921 9859 8 | 84.10438812731384073324780 0 |
| 2018-09-05 | XRP | 1954.4693135720108754469827 49 | 589.57196584743887613834687 5 |
| 2018-09-06 | BitcoinCash | 0.14550875950716538078 9154 | 74.47343549228791711001696 2 |
| 2018-09-06 | Litecoin | 1.3092603306901040962127 36 | 74.4734354925070627986260 36 |
| 2018-09-06 | Verge | 5185.5964037435450182246 2022 | 74.47343549228791711001696 2 |
| 2018-09-06 | XRP | 1802.6927258826067084933939 23 | 521.31404844601541977011860 8 |
| 2018-09-07 | BitcoinCash | 0.17177510016421239414065 9 | 86.68314268657509431169996 1 |
| 2018-09-07 | Litecoin | 1.52391811035260123160960 4 | 86.6831426647154962209073 0 |
| 2018-09-07 | Verge | 6116.721110802316967129558 694 | 86.68234762549798046759704 3 |
| 2018-09-07 | XRP | 2083.869267560875856464966634 | 606.78199880364883320961107 |
| 2018-09-08 | BitcoinCash | 0.18062173037850099466066 5 | 88.4034783099665707672272 94 |
| 2018-09-08 | Litecoin | 1.6013106751706516531564100 | 88.403478310084393507854 2 |
| 2018-09-08 | Verge | 6491.535525866516764374992 409 | 88.40347831002801153733225 6 |
| 2018-09-08 | XRP | 2186.844997368988378718724944 | 618.82434833576264008046928 4 |
| 2018-09-09 | BitcoinCash | 0.20463216555632734166318 9 | 98.28117081076706497155738 5 |
| 2018-09-09 | Litecoin | 1.6057338622834351806768 72 | 98.28117083244801287317822 1 |
| 2018-09-09 | Verge | 7394.03596900603318142363 7353 | 98.28117081071327235807847 3 |
| 2018-09-09 | XRP | 2453.267680613236812863513056 | 687.96819550358578955779899 70 |
| 2018-09-10 | BitcoinCash | 0.16407322242450143010847 76 | 77.68746155390835616017594 4 |
| 2018-09-10 | Litecoin | 1.4104066128043948361194 3 | 77.68746154978273162213667 9 |
| 2018-09-10 | Verge | 5989.4253524509319054992193 11 | 77.6473272585130848502255 16 |
| 2018-09-10 | XRP | 2016.7822768577041259404090 43 | 543.81223087747392126587230 8 |
| 2018-09-11 | BitcoinCash | 0.1695955673128730775124 96 | 76.73292160998268593518593 1 |
| 2018-09-11 | Litecoin | 1.454701949995617177847547 | 76.7329215982000218038833 53 |
| 2018-09-11 | Verge | 6162.042766127087748783216523 | 76.7329215970371807166855 11 |
| 2018-09-11 | XRP | 2051.605919382547135320621503 | 537.13045123260057066761117 |
| 2018-09-12 | BitcoinCash | 0.16933860877409147479560 8 | 72.41885571754335108523221 4 |
| 2018-09-12 | Litecoin | 1.4369291294564706077504 40 | 72.4188557452321806565228 40 |
| 2018-09-12 | Verge | 5902.4005279009047985224961 63 | 72.41885574530579795621789 3 |
| 2018-09-12 | XRP | 1923.2139856674026572092081 01 | 506.9319900228760199269559 558 |
| 2018-09-13 | BitcoinCash | 0.15901048067822349379441 6 | 71.77212963004836256100388 96 |
| 2018-09-13 | Litecoin | 1.5685852434671589859117 96 | 84.63116788552565348351181 5 |
| 2018-09-13 | Verge | 6291.72622378486574081274 3960 | 84.45469825459309896507118 3 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-09-13 | XRP | 1809.194681939151148504403004 | 499.848595773190258352600434 |
| 2018-09-14 | BitcoinCash | 0.1467005679253271054399922 | 66.9297535446523150721700307 |
| 2018-09-14 | Litecoin | 1.237119435902902423758548 | 69.161055688002639618370255 |
| 2018-09-14 | Verge | 5053.706811993618738998265465 | 66.929753396803032497615076 |
| 2018-09-14 | XRP | 1683.757592874342301985196199 | 467.6679674442025345023503370 |
| 2018-09-15 | BitcoinCash | 0.17912638815147520178157 | 81.7843189118249529636911814 |
| 2018-09-15 | Litecoin | 1.4288886111954415930111534 | 81.78431906476147105289478 |
| 2018-09-15 | Verge | 6155.2953071309891648041279141 | 81.78431891188778985691208 7 |
| 2018-09-15 | XRP | 2045.3236268125764355393961 98 | 572.49023238321437196091416 0 |
| 2018-09-16 | BitcoinCash | 0.1848807610998042014076 31 | 81.9898527888962692302081 55 |
| 2018-09-16 | Litecoin | 1.448415537547959030756 02 | 81.98985279074199182724761 1 |
| 2018-09-16 | Verge | 6102.3135988131156571040 61145 | 81.98985279071882572308202 0 |
| 2018-09-16 | XRP | 2058.8717420356514996038 43214 | 573.9289695222738846114570 51 |
| 2018-09-17 | BitcoinCash | 0.1813956810950504576441 46 | 78.674010581674125630222 369 |
| 2018-09-17 | Litecoin | 1.449939349417051047151 998 | 78.674010581674125630222 369 |
| 2018-09-17 | Verge | 5986.459783862083811678 406238 | 78.674010581674125630222 369 |
| 2018-09-17 | XRP | 2001.800482448124558433 782575 | 550.71807407171887941155 6486 |
| 2018-09-18 | BitcoinCash | 0.182113737479476281812 591 | 78.55943926591847948536 4392 |
| 2018-09-18 | Litecoin | 1.475137268984948662482 189 | 78.55943926591847948536 4392 |
| 2018-09-18 | Verge | 6021.164425395198943933 679614 | 78.55943926591847948536 4392 |
| 2018-09-18 | XRP | 1810.943964341889011050 618672 | 549.91607486142935639755 0516 |
| 2018-09-19 | BitcoinCash | 0.089669122673915506847 640 | 38.84207691004494419280 5369 |
| 2018-09-19 | Litecoin | 0.719328939558788566351 278 | 38.84207691004494419280 5369 |
| 2018-09-19 | Verge | 2879.063982401337119166 632206 | 38.84207691004494419280 5369 |
| 2018-09-19 | XRP | 832.868224993897015515 031782 | 271.89453837031460949637 714 |
| 2018-09-20 | BitcoinCash | 0.144552647030280589315 905 | 63.16314412044242650330 0804 |
| 2018-09-20 | Litecoin | 1.151988604145966076892 442 | 63.16314412044242650330 0804 |
| 2018-09-20 | Verge | 4521.681050001950565363 993989 | 63.16314412044242650330 0804 |
| 2018-09-20 | XRP | 1174.228187013749319917 060201 | 442.14200884309698552310 5552 |
| 2018-09-21 | BitcoinCash | 0.073907105146230615543 626 | 35.29685819697055620559 8200 |
| 2018-09-21 | Litecoin | 0.610459871551256186666 949 | 35.37760783783539648379 5026 |
| 2018-09-21 | Verge | 2358.522041765074379257 475614 | 35.45835747870023604479 0984 |
| 2018-09-21 | XRP | 1140.533188222396737745 699070 | 610.70396095434953005429 9066 |
| 2018-09-22 | BitcoinCash | 0.014700149048109093802 528 | 7.073472630361310752279 519 |
| 2018-09-22 | Litecoin | 0.118307990513278681405 444 | 7.073472630361310752279 519 |
| 2018-09-22 | Verge | 470.123499557031725296 857896 | 7.066476754089513392669 849 |
| 2018-09-22 | XRP | 1201.811579299769453081 882734 | 686.12684514504714317103 7093 |
| 2018-09-23 | BitcoinCash | 0.013544217402337780982 946 | 6.637098228943675208244 279 |
| 2018-09-23 | Litecoin | 0.107728492997861380086 697 | 6.637098228943675208244 279 |
| 2018-09-23 | Verge | 432.885394526380010842 323492 | 6.637098228943675208244 279 |
| 2018-09-23 | XRP | 1120.648534279867427739 230478 | 643.79852820753649519969 6848 |
| 2018-09-24 | BitcoinCash | 0.011326992151334204136 490 | 5.303304516303044457230 951 |
| 2018-09-24 | Litecoin | 0.090842578409432570816 643 | 5.303304516303044457230 951 |
| 2018-09-24 | Verge | 363.274036600290756596 030367 | 5.303304516303044457230 951 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-09-24 | XRP | 985.03833063403499576633143 | 514.4205380813951232513998 |
| 2018-09-25 | BitcoinCash | 0.01046740049648266794742 | 4.58885892176877413236620 |
| 2018-09-25 | Litecoin | 0.08080377547291833529660 | 4.58885892176877413236620 |
| 2018-09-25 | Verge | 334.80406425189374062554282 | 4.58885892176877413236620 |
| 2018-09-25 | XRP | 953.63323554630240212390713 | 445.11931541157109083952301 |
| 2018-09-26 | BitcoinCash | 0.01183755956248526951171 | 5.81147148397179687413416 |
| 2018-09-26 | Litecoin | 0.10013638399898172957973 | 5.81147148397179687413416 |
| 2018-09-26 | Verge | 416.56259867546550468744807 | 5.81147148397179687413416 |
| 2018-09-26 | XRP | 1059.46876787984183771386838 | 563.71273394526429679101162 |
| 2018-09-27 | BitcoinCash | 0.01219070223878362898517 | 6.71462344174373071127687 |
| 2018-09-27 | Litecoin | 0.10964879696226572434643 | 6.71462344174373071127687 |
| 2018-09-27 | Verge | 470.17084324602573169521168 | 6.71462344174373071127687 |
| 2018-09-27 | XRP | 1226.63243690364733697329469 | 651.31847384914187899385477 |
| 2018-09-28 | BitcoinCash | 0.05911372447548757802013 | 31.72111252739795958946278 |
| 2018-09-28 | Litecoin | 0.44816399020504878687187 | 27.54436857853740892672010 |
| 2018-09-28 | Verge | 1883.59619885951847312630524 | 27.02451343337010901710054 |
| 2018-09-28 | XRP | 1104.83908940583538594533887 | 590.10649047519682671152623 |
| 2018-09-29 | BitcoinCash | 0.07400046212149342907695 | 39.48100045321651752577667 |
| 2018-09-29 | Litecoin | 0.55795084502131853762449 | 34.03534521829010235771981 |
| 2018-09-29 | Verge | 2304.86082007514375520820135 | 33.35463831392430272892220 |
| 2018-09-29 | XRP | 1026.50195944529545047985659 | 573.83592038037110640430242 |
| 2018-09-30 | BitcoinCash | 0.07643853014779544537899 | 40.82488966252624295462156 |
| 2018-09-30 | Litecoin | 0.57785704594403340066042 | 35.19387039872952008664393 |
| 2018-09-30 | Verge | 2300.92775143522405487241482 | 34.48999299075493294969197 |
| 2018-09-30 | XRP | 1007.32775186767237526395428 | 593.36865492257901801159785 |
| 2018-10-01 | BitcoinCash | 0.07651891599415091060206 | 40.67950964222945683591790 |
| 2018-10-01 | Litecoin | 0.58140776158528907756429 | 35.06854279502539489810592 |
| 2018-10-01 | Verge | 2097.71648668060645400013110 | 34.36717193912488949191362 |
| 2018-10-01 | XRP | 1035.18636373936848602297749 | 591.25563152412813804790684 |
| 2018-10-02 | BitcoinCash | 0.07587186753686179816003 | 40.50120743251911465806684 |
| 2018-10-02 | Litecoin | 0.58485397782657202941909 | 34.91483399355096198146632 |
| 2018-10-02 | Verge | 2215.30628715234182592469361 | 34.21653731367994522268512 |
| 2018-10-02 | XRP | 1073.76805035979323378126272 | 588.66410113126919910073646 |
| 2018-10-03 | BitcoinCash | 0.08161823899298795051105 | 41.88488854106535993256349 |
| 2018-10-03 | Litecoin | 0.62875660254475249791469 | 36.10766253540117431621885 |
| 2018-10-03 | Verge | 2394.23760121181467811467795 | 35.38550928469315255789513 |
| 2018-10-03 | XRP | 1162.77159465579836706150122 | 608.77519034686376403642857 |
| 2018-10-04 | BitcoinCash | 0.07818348841669966364483 | 40.42491953425103533274298 |
| 2018-10-04 | Litecoin | 0.59650173281059211903070 | 34.84906856400951428519879 |
| 2018-10-04 | Verge | 2203.58433467660972356800687 | 34.15208719272932647567001 |
| 2018-10-04 | XRP | 1102.98391576183475520234387 | 587.55529598920030910390494 |
| 2018-10-05 | BitcoinCash | 0.06402731253356554301364 | 32.91166682177524779204807 |
| 2018-10-05 | Litecoin | 0.48985873762467950790725 | 28.37212657049590413797866 |
| 2018-10-05 | Verge | 1805.57115651322841659389331 | 27.80468403908598807117992 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-10-05 | XRP | 926.70038344465410796296566206 | 478.35405397856092763863148 |
| 2018-10-06 | BitcoinCash | 0.08609354188386396035737397 | 44.13377245044483735843166 |
| 2018-10-06 | Litecoin | 0.6583822199131867823721245 | 38.009193782899908205614901 |
| 2018-10-06 | Verge | 2393.71251142803464857908580 | 37.091461541641828073615549 |
| 2018-10-06 | XRP | 1295.430454487176445942918197 | 641.46155475387927118579186 |
| 2018-10-07 | BitcoinCash | 0.08108938893213465068721 9 | 41.57172933883156243666524 8 |
| 2018-10-07 | Litecoin | 0.621872553606710379451011 | 35.8097667504962141414367 52 |
| 2018-10-07 | Verge | 2290.96563898927969456377430 6 | 35.0829593311458191269861 11 |
| 2018-10-07 | XRP | 1271.49783697119554528791201 8 | 604.223583321293224234969508 |
| 2018-10-08 | BitcoinCash | 0.079314035717543762836913 | 41.466558756230204046903254 |
| 2018-10-08 | Litecoin | 0.61015954510814821186397 | 35.7470334105428044554597 |
| 2018-10-08 | Verge | 2194.05475553947453078569094 9 | 35.0320927423324173766649 36 |
| 2018-10-08 | XRP | 1239.04038646183517430367458 3 | 602.694983301759687992935933 |
| 2018-10-09 | BitcoinCash | 0.074223788722843915170046 | 38.412685731048161223752111 |
| 2018-10-09 | Litecoin | 0.565778434792795369773541 | 33.114384250903588137369212 |
| 2018-10-09 | Verge | 2044.02496912287657177179483 5 | 32.3319991381345838177241 80 |
| 2018-10-09 | XRP | 1171.06955295598947160258675 9 | 558.30851847023447854163299 3 |
| 2018-10-10 | BitcoinCash | 0.08485528225315395739702 8 | 42.46015981624631325698163 8 |
| 2018-10-10 | Litecoin | 0.6468950536835640770864 57 | 36.60358604848820220465712 2 |
| 2018-10-10 | Verge | 2280.93833474585643904152165 | 35.8715143275184407614051 55 |
| 2018-10-10 | XRP | 1352.10977092556331131795280 0 | 617.1364607775110683637893 52 |
| 2018-10-11 | BitcoinCash | 0.104191382439290909285309 | 46.378613662173856113538207 |
| 2018-10-11 | Litecoin | 0.7748616127587003269795 06 | 39.98156350187401511549024 1 |
| 2018-10-11 | Verge | 2731.91926619334480360644767 9 | 39.18193223183653765404140 4 |
| 2018-10-11 | XRP | 1681.48263477508367272445963 5 | 674.08916064159587212027812 6 |
| 2018-10-12 | BitcoinCash | 0.1098792342373489348768 80 | 48.42170353732744545501118 |
| 2018-10-12 | Litecoin | 0.79328443843927125654129 9 | 41.74284790839029802057004 1 |
| 2018-10-12 | Verge | 2870.45719796457357007178511 3 | 40.6656178791037699263060 14 |
| 2018-10-12 | XRP | 1678.379897261833795095297343 | 703.78441573546040366145014 1 |
| 2018-10-13 | BitcoinCash | 0.100213963998870706522534 | 44.41374779287081841993142 9 |
| 2018-10-13 | Litecoin | 0.722171935754135903813048 | 38.287713614543810071075976 |
| 2018-10-13 | Verge | 2658.73744801707805449709711 4 | 37.44899135239850783795862 7 |
| 2018-10-13 | XRP | 1556.68190943533049113382612 4 | 645.53085154120861686602472 4 |
| 2018-10-14 | BitcoinCash | 0.11345948279754162236595 5 | 50.01124350994003403584843 0 |
| 2018-10-14 | Litecoin | 0.82277411965327453730975 3 | 43.11314095684485802850144 1 |
| 2018-10-14 | Verge | 2999.87222139437737830223396 0 | 42.0608931041784699078910 66 |
| 2018-10-14 | XRP | 1760.83793637909485000939549 1 | 726.88755653240284019104496 |
| 2018-10-15 | BitcoinCash | 0.10550388473270217308437 0 | 47.14991517151262305442656 1 |
| 2018-10-15 | Litecoin | 0.757760570845802820714350 | 40.64647859613157277496956 9 |
| 2018-10-15 | Verge | 2826.37176798764484550728870 6 | 39.77418469264916070785684 2 |
| 2018-10-15 | XRP | 1584.9467025433489773778143 06 | 685.29962913077829455780662 13 |
| 2018-10-16 | BitcoinCash | 0.110643107535203431832548 | 49.67448253806696388056371 3 |
| 2018-10-16 | Litecoin | 0.799343059150953015926378 | 42.82282977419565982925544 5 |
| 2018-10-16 | Verge | 2993.78991322595319842948074 7 | 41.96637317871174967541542 7 |

25

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-10-16 | XRP | 1598.9872083103002704832662762 | 721.9929099992938800379286323 |
| 2018-10-17 | BitcoinCash | 0.09633797940128702939993935 | 42.75476989943092550040867611 |
| 2018-10-17 | Litecoin | 0.69687079039201957116420812 | 36.81796318781598921788121771 |
| 2018-10-17 | Verge | 2546.58945422593722622568243612 | 35.88876322027663308982905012 |
| 2018-10-17 | XRP | 1340.334944021717260405291256312 | 621.418465952073621053584834121 |
| 2018-10-18 | BitcoinCash | 0.11152765987464665799559512 | 48.67932691919596363173580566 |
| 2018-10-18 | Litecoin | 0.80521796246387353021520712 | 41.96493699930686609006436112 |
| 2018-10-18 | Verge | 2933.12648612557712884218534312 | 41.12563825932073175005118412 |
| 2018-10-18 | XRP | 1549.84170486550084218431540312 | 707.528837808313738424180093121 |
| 2018-10-19 | BitcoinCash | 0.10452176557592022437662912 | 45.36987675912209035346860012 |
| 2018-10-19 | Litecoin | 0.74802217801347759692526912 | 39.11196272338111340730510512 |
| 2018-10-19 | Verge | 2738.86114021085890175549502812 | 38.18747716399052872688972512 |
| 2018-10-19 | XRP | 1467.37254361287656764225026712 | 659.42769151620555143599688312 |
| 2018-10-20 | BitcoinCash | 0.09346106973932751007420612 | 41.27555540066419693965143412 |
| 2018-10-20 | Litecoin | 0.67442872860507016552701512 | 35.58237534540017069262579412 |
| 2018-10-20 | Verge | 2461.98072093375943377115609121 | 34.72115362220261812752028412 |
| 2018-10-20 | XRP | 1314.98887323848297684696393912 | 599.918848323446859356361196121 |
| 2018-10-21 | BitcoinCash | 0.09525405730413207881235712 | 42.63974595283823800070290512 |
| 2018-10-21 | Litecoin | 0.70151872295109539650180612 | 36.75840168348124078157213412 |
| 2018-10-21 | Verge | 2521.041905835290037855175812 | 36.02323364981161857778221912 |
| 2018-10-21 | XRP | 1360.12973337218709369011093912 | 619.74665238349369868257386612 |
| 2018-10-22 | BitcoinCash | 0.09087397375552998131553712 | 40.28815316810631641842299512 |
| 2018-10-22 | Litecoin | 0.67118905435895815003212512 | 34.73116652422958414062692612 |
| 2018-10-22 | Verge | 2425.28405663514776112864052812 | 33.99984652950022583994806212 |
| 2018-10-22 | XRP | 1303.96295862559031405063081121 | 585.56746759851076928748285512 |
| 2018-10-23 | BitcoinCash | 0.09243071258606506106199332612 | 40.490050760530216161081964121 |
| 2018-10-23 | Litecoin | 0.67106852765695040611738312 | 34.90521617287087706982840512 |
| 2018-10-23 | Verge | 2431.51476833141894285449451712 | 34.20698988828922446066364612 |
| 2018-10-23 | XRP | 1314.5020851135436364681293671 | 588.50194467460629675573796551 |
| 2018-10-24 | BitcoinCash | 0.09539235987738861524361 | 42.13439116758499455229026812 |
| 2018-10-24 | Litecoin | 0.69638855284277156731529412 | 36.32275100653878947896370412 |
| 2018-10-24 | Verge | 2457.852565300847869501117233121 | 35.56110533802369763848930112 |
| 2018-10-24 | XRP | 1338.80384724762247071284757312 | 612.401581970243970369356913121 |
| 2018-10-25 | BitcoinCash | 0.09842344010133310349175212 | 43.13432005246419199500837912 |
| 2018-10-25 | Litecoin | 0.71781725722399230949863412 | 37.18475866591740803110033812 |
| 2018-10-25 | Verge | 2545.145880491353442141156246121 | 36.44106349259906251261434912 |
| 2018-10-25 | XRP | 1378.66987291240377775608184712 | 626.93503110736747826726354412 |
| 2018-10-26 | BitcoinCash | 0.09979155196001737180009812 | 43.51343436809311934202804212 |
| 2018-10-26 | Litecoin | 0.72486809213456192101766212 | 37.51158135180441437474753712 |
| 2018-10-26 | Verge | 2546.465739292844527925563851121 | 36.76134972476832875261076912 |
| 2018-10-26 | XRP | 1387.69136911217804092868724871 | 632.44526159142240503537798712 |
| 2018-10-27 | BitcoinCash | 0.10705837267384441229553312 | 46.61386397814000045956350212 |
| 2018-10-27 | Litecoin | 0.77657735923110555890383712 | 40.18436549839655335103360912 |
| 2018-10-27 | Verge | 2692.57368016824019033536347912 | 39.38067818842862513928378212 |

26

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-10-27 | XRP | 1491.878010436004746591031953 | 677.508402302965866656259052 |
| 2018-10-28 | BitcoinCash | 0.101891450997753641936486 | 44.264854924189106707802847 |
| 2018-10-28 | Litecoin | 0.736579005454051889448511 | 38.159357693266472468530646 |
| 2018-10-28 | Verge | 2572.777113906425184552763011 | 37.396170539401145730545486 |
| 2018-10-28 | XRP | 1412.983055808329624277444953 | 643.366770708472704128343553 |
| 2018-10-29 | BitcoinCash | 0.098469300394332053326004 | 41.465665915039510657229154 |
| 2018-10-29 | Litecoin | 0.718648805518226522351810 | 35.719831934129876101739909 |
| 2018-10-29 | Verge | 2500.310091908961797780961 42 | 34.893579864759455648037635 |
| 2018-10-29 | XRP | 1355.972432194809549248992756 | 602.682006316867367948144222 |
| 2018-10-30 | BitcoinCash | 0.093747727852910541163401 | 38.990799765300905700505532 |
| 2018-10-30 | Litecoin | 0.623520187169674961784277 | 30.504951426827721764017014 |
| 2018-10-30 | Verge | 2179.464039904379839871685486 | 29.500150902292153546201683 |
| 2018-10-30 | XRP | 1208.832404560786429629994915 | 534.388775470922882502833472 |
| 2018-10-31 | BitcoinCash | 0.091091320965965505332874 | 38.243592646020312501756356 |
| 2018-10-31 | Litecoin | 0.666459674981675768993073 | 32.911540531603230999916041 |
| 2018-10-31 | Verge | 2358.304476119777205536971127 | 32.073906284164194125454804 |
| 2018-10-31 | XRP | 1250.214387511024103457075831 | 555.850837941295229184417214 |
| 2018-11-01 | BitcoinCash | 0.093737800601988599753193 | 39.642259564899760467568173 |
| 2018-11-01 | Litecoin | 0.683406919017656891842469 | 34.174361693879104898004668 |
| 2018-11-01 | Verge | 2453.141209980506437048999689 | 33.490874460001525228279002 |
| 2018-11-01 | XRP | 1276.093199677309136527181359 | 576.179738158801689154482818 |
| 2018-11-02 | BitcoinCash | 0.090486345480498152516870 | 40.321311547308814095848805 |
| 2018-11-02 | Litecoin | 0.681194580600578800097 1123 | 34.759751333886909555582702 |
| 2018-11-02 | Verge | 2468.105059107015554923021149 | 33.880682761837484186337429 |
| 2018-11-02 | XRP | 1281.256122328351685601535764 | 586.049407489333277444384952 |
| 2018-11-03 | BitcoinCash | 0.083517227229952865616110 | 39.557236567916627989183983 |
| 2018-11-03 | Litecoin | 0.669819699280771902305175 | 34.101066006824680344462527 |
| 2018-11-03 | Verge | 2404.296095884735111032853582 | 33.418207970702683700331696 |
| 2018-11-03 | XRP | 1266.145415853887042752817546 | 574.943972875064091232963430 |
| 2018-11-04 | BitcoinCash | 0.359121978127323196195899 | 200.786418810449347881392757 |
| 2018-11-04 | Litecoin | 0.680538863182150155747684 | 36.200497574984649068527417 |
| 2018-11-04 | Verge | 2583.060861198484836708747978 | 35.807985541929798013837507 |
| 2018-11-04 | XRP | 986.912286696796942477084291 | 451.187285405653050819112081 |
| 2018-11-05 | BitcoinCash | 0.647065444452637629368511 | 360.269779058169092654633806 |
| 2018-11-05 | Litecoin | 0.675564161806244697746311 | 36.026977905816909265463388 |
| 2018-11-05 | Verge | 2656.343402979812011565828241 | 36.026977905816909265463388 |
| 2018-11-05 | XRP | 600.797681394959923571766135 | 288.215823246535274123707064 |
| 2018-11-06 | BitcoinCash | 0.589407291024088607379566 | 349.844141635277286982434986 |
| 2018-11-06 | Litecoin | 0.639894435332748252706799 | 34.984414163527728698243500 |
| 2018-11-06 | Verge | 2568.991752969921590619386455 | 34.984414163527728698243500 |
| 2018-11-06 | XRP | 523.543724827096436943111093 | 279.875313308221829585948009 |
| 2018-11-07 | BitcoinCash | 0.570828790905589699207595 | 351.996773676145012805207596 |
| 2018-11-07 | Litecoin | 0.648335755978609536630822 | 35.199677367614501280520773 |
| 2018-11-07 | Verge | 2555.663822040526162549653428 | 35.199677367614501280520773 |

27

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|---|---|---|---|
| 2018-11-07 | XRP | 529.748480733837646195175565 | 281.597418940916010244166308 |
| 2018-11-08 | BitcoinCash | 0.590663880148421842668191 | 345.935736470884569033725236 |
| 2018-11-08 | Litecoin | 0.654276754147524859010164 | 34.593573647088456903372505 |
| 2018-11-08 | Verge | 2565.220266830912454943219290 | 34.593573647088456903372505 |
| 2018-11-08 | XRP | 546.632262252858619193033755 | 276.748589176707655226980213 |
| 2018-11-09 | BitcoinCash | 0.590787587217065184955472 | 330.821881417514792752734929 |
| 2018-11-09 | Litecoin | 0.644001246602682146037469 | 33.290238217609239758977668 |
| 2018-11-09 | Verge | 2513.418430027328098076770426 | 33.082188141751479275273456 |
| 2018-11-09 | XRP | 531.824684276110140378252346 | 266.321905740873919934460344 |
| 2018-11-10 | BitcoinCash | 0.578094558051502314156384 | 315.973402065850626344608357 |
| 2018-11-10 | Litecoin | 0.608585413015903174241609 | 31.597340206585062635083286 |
| 2018-11-10 | Verge | 2421.773069030854661855018121 | 31.599854863366194846728326 |
| 2018-11-10 | XRP | 502.140450963531395009356248 | 252.661918899203725171017890 |
| 2018-11-11 | BitcoinCash | 0.609878338542107949362811 | 324.398457117527358097088174 |
| 2018-11-11 | Litecoin | 0.637456445901408725947820 | 32.439845711752735809708799 |
| 2018-11-11 | Verge | 2521.535108685504828342526053 | 32.439845711752735809708799 |
| 2018-11-11 | XRP | 517.622590242838093743182174 | 259.518765694021886477670496 |
| 2018-11-12 | BitcoinCash | 0.631742780781062382633827 | 325.201437698260873078615967 |
| 2018-11-12 | Litecoin | 0.646463028512929610694740 | 32.520143769826087307861620 |
| 2018-11-12 | Verge | 2566.449952351944045213860951 | 32.520143769826087307861620 |
| 2018-11-12 | XRP | 508.867307357359195149021948 | 260.161150158608698462892789 |
| 2018-11-13 | BitcoinCash | 0.578527922370439132496180 | 298.100684434388794469519420 |
| 2018-11-13 | Litecoin | 0.394576373419514982583122 | 19.676136257043858394344318 |
| 2018-11-13 | Verge | 1582.080072196451570929887840 | 19.673672912022296121761877 |
| 2018-11-13 | XRP | 552.169588353300443847382946 | 281.676640746693430896330707 |
| 2018-11-14 | BitcoinCash | 0.582574658738633896101186 | 268.158640759788038798439252 |
| 2018-11-14 | Litecoin | 0.165973313541657944325211 | 7.545589458608754132050909 |
| 2018-11-14 | Verge | 686.845624206980127228777830 | 7.545589458608754132050909 |
| 2018-11-14 | XRP | 632.221682923019423512477744 | 297.180138677514015238009345 |
| 2018-11-15 | BitcoinCash | 0.788947840576705579479535 | 225.015699512390114242508840 |
| 2018-11-15 | BitcoinCash | 0.350087371523246613920408 | 149.069647343204828742996723 |
| 2018-11-15 | BitcoinSV | 1.769601317321598760559203 | 161.916660491143492402964841 |
| 2018-11-15 | Litecoin | 0.483765893706221937192982 | 20.509910771119596383766920 |
| 2018-11-15 | Verge | 245.998866006750630503750226 | 2.466270367267610056105844 |
| 2018-11-15 | XRP | 255.841376528269747250404118 | 115.176750253160938303511296 |
| 2018-11-16 | BitcoinCash | 1.018026582786253638547308 | 273.469836577927190615434610 |
| 2018-11-16 | BitcoinSV | 2.484132086831588984691968 | 273.469836577927190615434610 |
| 2018-11-16 | Litecoin | 0.132173025520409063226248 | 5.581017073018922257457830 |
| 2018-11-16 | XRP | 11.971107366935106636291802 | 5.581017073018922257457830 |
| 2018-11-17 | BitcoinCash | 1.031987242510639076737397 | 272.684033711790795078993239 |
| 2018-11-17 | BitcoinSV | 1.967669012091332484032363 | 272.684033711790795078993239 |
| 2018-11-17 | Litecoin | 0.133797453091713160360887 | 5.564980279832465205693730 |
| 2018-11-17 | XRP | 11.598702166826570790866765 | 5.564980279832465205693730 |
| 2018-11-18 | BitcoinCash | 0.891934156357030212604555 | 270.334249317470986233190764 |

28

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2018-11-18 | BitcoinSV | 2.2292149768676720670709759 | 270.3342493174709862331907 64 |
| 2018-11-18 | Litecoin | 0.1320081387829563732053671 | 5.517025496274918086391630 |
| 2018-11-18 | XRP | 10.9136470343706043272345550 | 5.517025496274918086391630 |
| 2018-11-19 | BitcoinCash | 0.9446738288613178272375571 | 231.4801216824161350567234 81 |
| 2018-11-19 | BitcoinSV | 2.7798474010598850662838898 | 231.4801216824161350567234 81 |
| 2018-11-19 | Litecoin | 0.1256807997889250720093658 | 4.7240841159676762256474 20 |
| 2018-11-19 | XRP | 9.8174564782627670780235 2 | 4.7240841159676762256474 20 |
| 2018-11-20 | BitcoinCash | 0.2306410414606549238115 09 | 46.7355147971144194405574 35 |
| 2018-11-20 | BitcoinSV | 0.7977363665310496020348 43 | 46.7355147971144194405574 35 |
| 2018-11-20 | Litecoin | 0.0280195923430315302515 75 | 0.95378601626764121307259 5 |
| 2018-11-20 | XRP | 524.9046955168590492404 89 | 230.93325902103837704781 0868 |
| 2018-11-21 | XRP | 1062.8703090855765585305 09413 | 462.8236908195421061551793 543 |
| 2018-11-22 | XRP | 1234.6628786777165536607 29974 | 526.4309693074588276455924 54 |
| 2018-11-23 | XRP | 1389.5152519636342420913 63625 | 561.3487613517775711129849 8 |
| 2018-11-24 | XRP | 1283.6508567222595597024 23960 | 491.1422577866765874630580 57 |
| 2018-11-25 | XRP | 1110.2799249642888685245 77749 | 388.2250544142666617050800 68 |
| 2018-11-26 | XRP | 1434.3097450634823845480 70996 | 511.2491418374576569879341 89 |
| 2018-11-27 | XRP | 1493.7692253207609289992 24443 | 522.3481796622323945605813 63 |
| 2018-11-28 | XRP | 1559.5030599185828443241 28973 | 593.1402807824548190328854 66 |
| 2018-11-29 | XRP | 1556.9423710530376757373 46805 | 589.8588880405142670937370 11 |
| 2018-11-30 | XRP | 1540.3929787678643456540 7100 | 556.7838122070809051793995 50 |
| 2018-12-01 | XRP | 1589.8900145712017522532 71515 | 584.5452370000171633199098 04 |
| 2018-12-02 | XRP | 1551.3616472604494389943 99470 | 564.4779346432731989714396 13 |
| 2018-12-03 | Litecoin | 0.0085985216191923104204 24 | 0.2623357047222156546084 86 |
| 2018-12-03 | XRP | 1339.6073790610076327867 37994 | 468.6717430989023050549229 80 |
| 2018-12-04 | XRP | 1387.8044213607691025551 39099 | 473.6393305790586240810868 59 |
| 2018-12-05 | XRP | 1144.2977158507935301853 38305 | 390.4590659617648547753488 28 |
| 2018-12-06 | XRP | 1391.7342217842901871122 23701 | 464.0639357705925369431975 35 |
| 2018-12-07 | XRP | 267.8120612783118244134 77576 | 89.7236617667248849392415 91 |
| 2018-12-21 | XRP | 219.3570352036249613329 93791 | 79.0475846764961622709065 0 |
| 2018-12-22 | XRP | 273.6048020465976853477 14188 | 97.3827075581629111696719 38 |
| 2018-12-23 | XRP | 267.7825294061721401448 64979 | 99.5073047124454385314197 69 |
| 2018-12-24 | XRP | 249.9326695798028207762 77940 | 102.9544872705032650502794 001 |
| 2018-12-25 | XRP | 247.0501150040537405856 34937 | 93.1118814151965322886323 40 |
| 2018-12-26 | XRP | 234.5782588439147541262 58020 | 87.0400185208632330865982 16 |
| 2018-12-27 | XRP | 249.2275625635085149622 51782 | 87.8816231914067448124172 07 |
| 2018-12-28 | XRP | 247.5094277658942059207 50391 | 89.0286082314683252997706 13 |
| 2018-12-29 | XRP | 225.4790915099496783613 40667 | 83.3399552811160864183267 59 |
| 2018-12-30 | XRP | 212.8944703252896599413 67323 | 77.3741406902202428787245 05 |
| 2018-12-31 | XRP | 212.7910212322333248908 28793 | 75.1338465575053304464876 37 |
| 2019-01-01 | XRP | 212.5235635649752001509 06716 | 75.3737620826582548675997 69 |
| 2019-01-02 | XRP | 208.9620356298620055769 38772 | 76.7947170225090676935060 30 |
| 2019-01-03 | XRP | 208.7647536085438905490 38133 | 74.9575193434300056165404 37 |
| 2019-01-04 | XRP | 206.9448165202489141264 82126 | 73.5925953894085693448427 67 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2019-01-05 | XRP | 211.1450349980967668836535346 | 75.31088646555225947041118774 |
| 2019-01-06 | XRP | 219.4133825509953831964316 | 79.08428258393041215263359 |
| 2019-01-07 | XRP | 93.66220865393876561815683 | 34.27914870690667548327011 |
| 2019-01-08 | XRP | 56.48916473182534608195107 | 20.57859392923279385433894 |
| 2019-01-09 | XRP | 46.4989720260300185192686 | 17.12913836970499350598327 |
| 2019-01-10 | XRP | 53.2689827855575068146923 | 17.96956284717396913426013 |
| 2019-01-11 | XRP | 71.0811181007465393021955 | 23.5224492345021005174542 |
| 2019-01-12 | XRP | 67.7446047515031401406137 | 22.2723199188126910068329 |
| 2019-01-13 | XRP | 65.6003237490938330541868 | 21.2373017313431603515920 |
| 2019-01-14 | XRP | 52.82166089499700505269093 | 17.27504952530073972931499 |
| 2019-01-15 | XRP | 69.2635904044356417006522 | 22.6766724517571571639179 |
| 2019-01-16 | XRP | 76.3301712818079433856378 | 24.9904927936867391569975 |
| 2019-01-17 | XRP | 76.8453663219633446922161 | 25.0852337855603713441671 |
| 2019-01-18 | XRP | 61.1164015018858563917168 | 19.7742094984384871658825 |
| 2019-01-19 | XRP | 54.3829461372155436019081 | 17.8658839634505682389517 |
| 2019-01-20 | XRP | 55.6553938813048734370865 | 17.7348813873897191842475 |
| 2019-01-21 | XRP | 57.4900556939473657221991 | 18.2571421001885975554331 |
| 2019-01-22 | XRP | 63.4115428366515171397298 | 20.1443792700616128453014 |
| 2019-01-23 | XRP | 63.5165026976183906071792 | 20.0785802991786686964175 |
| 2019-01-24 | XRP | 434.60429264957446302897212 | 137.42256046163026578129802 |
| 2019-01-25 | XRP | 587.2215024610381323052047 | 184.1590332366768685220017 |
| 2019-01-26 | XRP | 549.6880654723754567187698 | 172.5860322024967963820347 |
| 2019-01-27 | XRP | 559.0940874330533614940673 | 171.5628867741375175228565 |
| 2019-01-28 | XRP | 549.1484300069759403790423 | 159.5293841639886195460214 |
| 2019-01-29 | XRP | 541.0520809864928284014634 | 155.8428323369076607099362 |
| 2019-01-30 | XRP | 488.8170117261621913341230 | 151.2419285260403814661716 |
| 2019-01-31 | XRP | 477.1882270612362542077443 | 147.0031145997176709558255 |
| 2019-02-01 | XRP | 489.5290820746973349357772 | 148.5739246470656615562534 |
| 2019-02-02 | XRP | 451.0218285323200040841508 | 137.6976101714473151316499 |
| 2019-02-03 | XRP | 497.9436358489735261478971 | 149.7700022111916940286763 |
| 2019-02-04 | XRP | 532.6051673616193789441580 | 158.3321955536920311048965 |
| 2019-02-05 | XRP | 549.5688108092599615537074 | 161.5974136869778707249850 |
| 2019-02-06 | XRP | 582.4380649579656851805280 | 168.3318070369957288033893 |
| 2019-02-07 | XRP | 653.5481920996388507874234 | 189.3568939030338380525239 |
| 2019-02-08 | XRP | 769.1239696052287646811062 | 232.5169724740612427732575 |
| 2019-02-09 | XRP | 785.1747697215963607172116 | 242.6305763789212277835223 |
| 2019-02-10 | XRP | 796.2747959642426515554844 | 240.9706032126287162179986 |
| 2019-02-11 | XRP | 796.3145600271900455715444 | 239.0360500224646487832650 |
| 2019-02-12 | XRP | 836.0658314689842045018859 | 250.8450220771252138874327 |
| 2019-02-13 | XRP | 914.3644985461675135653921 | 276.3166186291924212184478 |
| 2019-02-14 | XRP | 1153.1764559166786398945421 | 346.9602443793406854464171 |
| 2019-02-15 | XRP | 1341.9945828832638716656036 | 402.2713765760579066325921 |
| 2019-02-16 | XRP | 1378.1242956789948896093323 | 413.0950792523544263768480 |
| 2019-02-17 | XRP | 1353.9058889178517443188372 | 406.1766448356247523585480 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|---|---|---|---|
| 2019-02-18 | XRP | 1490.45303780646956059812909 | 472.091531064370985489249661 |
| 2019-02-19 | XRP | 1586.53364987130714075316730 | 523.381655653735486662948283 |
| 2019-02-20 | XRP | 1630.97305697078104194044537 | 531.426046902622437094218378 |
| 2019-02-21 | XRP | 720.200511875706591405816781 | 231.573274607692187520971023 |
| 2019-03-09 | Dash | 3E-24 | 2.46E-22 |
| 2019-03-09 | Litecoin | 9E-24 | 5.18E-22 |
| 2019-03-09 | Unitus | 4E-24 | 0 |
| 2019-03-09 | Verge | 1.5E-23 | 0 |
| 2019-04-01 | XRP | 57.4915323164946220061745084 | 17.9805043772105881515512894 |
| 2019-04-02 | XRP | 54.8111632858539621629934534 | 19.0050289760863521151320785 |
| 2019-04-03 | XRP | 74.67284917006867567685028276 | 26.7500303230987967711023199 |
| 2019-04-04 | XRP | 74.301777164513964929175773 | 25.1310642269116855885066741 |
| 2019-04-05 | XRP | 68.11517256861163628945809986 | 24.79806246612238440174819951 |
| 2019-04-06 | XRP | 71.4056427163818691293706453 | 25.4970347080936696358529394 |
| 2019-04-07 | Litecoin | 0.00114634500499123100900014 | 0.107409143160580977203271 |
| 2019-04-07 | XRP | 70.8700698507127384041350216 | 25.6775019811921437043633843 |
| 2019-04-08 | XRP | 742.098394525168985829826671671 | 265.565234401189781367573981 |
| 2019-04-09 | BitcoinCash | 0.5882662517027117190830904664 | 175.399504010553936407930949 |
| 2019-04-09 | Litecoin | 0.1127512143859387831943157 | 9.98774868015136239965589192 |
| 2019-04-09 | XRP | 1156.779518438005417986539494 | 409.010198060950550020869639 |
| 2019-04-10 | BitcoinCash | 0.94749410382802455092264348 | 285.781862398229802520899310 |
| 2019-04-10 | XRP | 862.2162951238057120549226376 | 307.126565813865188494511962 |
| 2019-04-11 | BitcoinCash | 0.96020785761164036128214482 | 261.491515307416092082220897 |
| 2019-04-11 | XRP | 850.08276889486971077788638966 | 281.022001927886971534084794 |
| 2019-04-12 | BitcoinCash | 0.90684598627776772638161588 | 251.964195404421912546547290 |
| 2019-04-12 | XRP | 829.13158539107842572027987698 | 270.783097965747999671659399 |
| 2019-04-13 | BitcoinCash | 0.87895496560023540406894834 | 244.302575308365463531787512 |
| 2019-04-13 | XRP | 800.9660695580790077437532540 | 262.549240684093974489358687 |
| 2019-04-14 | BitcoinCash | 0.8721969673513545585052246 | 246.059149969787930904622206 |
| 2019-04-14 | XRP | 807.7003449742280833800599747 | 264.437011793257538795478721 |
| 2019-04-15 | BitcoinCash | 0.78222103587688526675016297 | 239.968226289337460450111831 |
| 2019-04-15 | XRP | 795.0674325527605171363564734 | 257.891164352441473782454347 |
| 2019-04-16 | BitcoinCash | 0.78302577964444925883234338 | 245.987285331821678665675931 |
| 2019-04-16 | XRP | 819.0669563170241958137377298 | 264.359779671957707559925613 |
| 2019-04-17 | BitcoinCash | 0.80985115758880224202192794 | 250.419224643592415156203386 |
| 2019-04-17 | XRP | 811.25520893161572515275700967 | 269.122735197885593951540985 |
| 2019-04-18 | BitcoinCash | 0.84516746298061391146504889 | 259.340801952781975553970250 |
| 2019-04-18 | XRP | 824.5915540691862901479631269 | 278.710654380790556109158563 |
| 2019-04-19 | BitcoinCash | 0.84577559949725622110488196 | 255.690493505222362959447139 |
| 2019-04-19 | XRP | 828.48422718706241146801412149 | 274.894495217814966033712049 |
| 2019-04-20 | BitcoinCash | 0.83002720735794001404004533 | 250.558463336497827673754776 |
| 2019-04-20 | XRP | 813.7656809157349307865328989 | 269.272373461215477096522793 |
| 2019-04-21 | BitcoinCash | 0.79371287362839061899513778 | 230.214326681462997989858758 |
| 2019-04-21 | XRP | 767.087810506824477591595137 | 247.408577719912488348303590 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2019-04-22 | BitcoinCash | 0.8022301214300984484954021 | 234.6643435315186859127293363 |
| 2019-04-22 | XRP | 774.0546316110991240028183361 | 251.9410212849550710351367500 |
| 2019-04-23 | BitcoinCash | 0.7666540907938946464687132 | 228.1330822761928610087539590 |
| 2019-04-23 | XRP | 754.0414852756054038950215000 | 245.1720676744147065360852790 |
| 2019-04-24 | BitcoinCash | 0.8032573542346320338174587 | 222.8111550498323394077795305 |
| 2019-04-24 | XRP | 787.7957220433098215977399190 | 239.4526521074961383296899554 |
| 2019-04-25 | BitcoinCash | 0.8495981340888661814938180 | 234.0554970978254143196948519 |
| 2019-04-25 | XRP | 842.5612088986335515016468260 | 251.5368205325174489100734845 |
| 2019-04-26 | BitcoinCash | 0.8768105264912341143973440 | 227.1172872945029705344828180 |
| 2019-04-26 | XRP | 841.1751842010057700613797340 | 244.0804041878683098436062620 |
| 2019-04-27 | BitcoinCash | 0.8679178563329250073828740 | 224.4315519013909066456231356600 |
| 2019-04-27 | XRP | 825.0784375203163959173330320 | 241.1940744500042222011207773 |
| 2019-04-28 | BitcoinCash | 0.8271236945466934940010500 | 210.1384955459973150767688620 |
| 2019-04-28 | XRP | 774.3893397727197338899563380 | 225.8334869145780016985420690 |
| 2019-04-29 | BitcoinCash | 0.7709516213544579925172550 | 184.5080031737227917436258250 |
| 2019-04-29 | XRP | 685.5399325138252782010112760 | 198.2886839086896166876804560 |
| 2019-04-30 | BitcoinCash | 0.8899663352535800600981198 | 222.4848324352488077758771570 |
| 2019-04-30 | XRP | 795.6840711294327457588850150 | 239.1019568494997288564705060 |
| 2019-05-01 | BitcoinCash | 0.8672685482323401447111890 | 230.8262799091187774382219870 |
| 2019-05-01 | XRP | 825.4898763059301467977756970 | 248.0664169977666246930496750 |
| 2019-05-02 | BitcoinCash | 0.7447655586410344324781810 | 198.7797870617982280400969270 |
| 2019-05-02 | XRP | 717.5970223969641631941299830 | 213.6264101618495236586745060 |
| 2019-05-03 | BitcoinCash | 0.7586498365631040477937100 | 217.4244721528620192947098590 |
| 2019-05-03 | XRP | 770.8493552249218534722544880 | 233.6636443468516870829135460 |
| 2019-05-04 | BitcoinCash | 0.7894158868089171370443090 | 223.5603817110506820272227370 |
| 2019-05-04 | XRP | 800.6902591639212617311178160 | 240.2578376064818259493666100 |
| 2019-05-05 | BitcoinCash | 0.6575392161199860000000000 | 190.0945108385640000000000000 |
| 2019-05-05 | XRP | 686.4313838092910000000000000 | 204.2193005808480000000000000 |
| 2019-05-06 | BitcoinCash | 0.0986269767875724000000000 | 27.7483951789595000000000000 |
| 2019-05-06 | XRP | 101.4532175652780000000000000 | 29.8208894246909000000000000 |
| 2019-05-09 | BitcoinCash | 0.2787090298771235001808238 | 78.0515226204672350062684495 |
| 2019-05-09 | XRP | 286.1699973508143744489779720 | 83.8810969240705874690221760 |
| 2019-05-10 | BitcoinCash | 0.5439079317975088821105220 | 155.8036888874264902455465650 |
| 2019-05-10 | XRP | 973.8677951876421848962032380 | 288.8051878382290480007128060 |
| 2019-05-11 | BitcoinCash | 0.4733033555547802306150140 | 154.4027351027675694559286150 |
| 2019-05-11 | XRP | 1219.6771656449752766011730080 | 387.3612477139607444245227290 |
| 2019-05-12 | BitcoinCash | 0.4102940617797340024772700 | 146.0483917679825935551018569 |
| 2019-05-12 | XRP | 1167.7042043835156410755032630 | 366.4021056635352785571818451 |
| 2019-05-13 | BitcoinCash | 0.4106009667207308318146290 | 154.1462807598619773232320776 |
| 2019-05-13 | XRP | 1179.4149515279289796730806580 | 386.7178622571975922321907220 |
| 2019-05-14 | BitcoinCash | 0.3025360204504480181877376 | 116.5351953063715012208602560 |
| 2019-05-14 | XRP | 725.9374944400797113069719540 | 292.7657128729757096698111104 |
| 2019-05-15 | Binancecoin_ERC20 | 2.9095424119712987152149100 | 90.5493058861054436743606780 |
| 2019-05-15 | BitcoinCash | 0.2822671244889922991669865 | 111.5180593781996983100560920 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2019-05-15 | XRP | 907.5446260741255420900019992 | 398.70771692511066369776494 |
| 2019-05-16 | Binancecoin_ERC20 | 9.89305829869478661208667 | 343.01957330161725353176303 |
| 2019-05-16 | BitcoinCash | 0.1307563535812023298316 51 | 52.995169791980739784396181 |
| 2019-05-16 | XRP | 415.81999536625000420234684 | 179.05054174612495765213520 |
| 2019-05-17 | Binancecoin_ERC20 | 0.0503004890720622789800 025 | 1.3722032019913343818439425 |
| 2019-05-17 | BitcoinCash | 0.50835195336695939025177 8 | 182.73593793818224811047724 0 |
| 2019-05-17 | XRP | 623.878502189550572927613687 | 236.87753179939438197688331 |
| 2019-05-18 | Binancecoin_ERC20 | 0.0020913086664613039874 62 | 0.0584586849551443654836 36 |
| 2019-05-18 | BitcoinCash | 0.762822010515402156297438 | 276.75181073102931380902627 |
| 2019-05-18 | XRP | 761.2195112401018883857205 01 | 287.59363424484741353660631 |
| 2019-05-19 | BitcoinCash | 0.684198117216156685805596 | 280.30354871798743028051600 6 |
| 2019-05-19 | XRP | 715.30724945247174223737547 5 | 291.28451248219665308714220 4 |
| 2019-05-20 | BitcoinCash | 0.7128740798660407230795 57 | 289.61366818729001986314717 7 |
| 2019-05-20 | XRP | 758.9216730718480373864971 29 | 300.95935828122449790254992 29 |
| 2019-05-21 | Binancecoin_ERC20 | 0.756828092093039594764187 | 29.41914745625331208672145 7 |
| 2019-05-21 | BitcoinCash | 0.5777632474840548189980 03 | 239.90444678809814546507465 0 |
| 2019-05-21 | XRP | 628.558819798303896457658428 | 250.46406965935271315739423 5 |
| 2019-05-22 | Binancecoin_ERC20 | 0.885844423731934076512881 | 34.67531938070222574536902 2 |
| 2019-05-22 | BitcoinCash | 0.57342382636054326737444 3 | 230.73028062604587019214607 9 |
| 2019-05-22 | XRP | 624.1596282283446632319988 85 | 241.76749222774729205823896 6 |
| 2019-05-23 | Binancecoin_ERC20 | 0.20192594408143809647660 0 | 13.72953152955528963863736 5 |
| 2019-05-23 | BitcoinCash | 0.694101488743909069782913 | 271.02406063188840564415792 8 |
| 2019-05-23 | XRP | 758.9674538412871292348774 80 | 283.98876512680764998054566 6 |
| 2019-05-24 | Binancecoin_ERC20 | 1.5370788812501932383900 22 | 62.66089343484600711340923 4 |
| 2019-05-24 | BitcoinCash | 0.663512789344448635460401 | 272.35774473165739801911766 1 |
| 2019-05-24 | XRP | 738.3198337627062886852812 03 | 285.38624732702142857488982 8 |
| 2019-05-25 | Binancecoin_ERC20 | 1.299250665451983417890512 | 58.05861663431848455499605 9 |
| 2019-05-25 | BitcoinCash | 0.6220539725000791354113 26 | 252.35378913332489892199472 0 |
| 2019-05-25 | XRP | 677.6554291200109267235604 26 | 264.42538269095548353212723 0 |
| 2019-05-26 | Binancecoin_ERC20 | 1.1158953394946335415975 42 | 59.07220290091333697291767 8 |
| 2019-05-26 | BitcoinCash | 0.624476270873073233334653 | 256.75937696535599013699911 7 |
| 2019-05-26 | XRP | 672.3356845370913173293493 03 | 269.04171618237758379574564 4 |
| 2019-05-27 | Binancecoin_ERC20 | 0.130331992132935522552333 | 62.49085655822356313214437 5 |
| 2019-05-27 | BitcoinCash | 0.631004020704884515470288 | 274.91437019879823019687335 5 |
| 2019-05-27 | XRP | 679.8993938313125290144486 297 | 288.06517150671341281938867 3 |
| 2019-05-28 | Binancecoin_ERC20 | 0.108722741613117700310205 | 57.77943351217548593475673 1 |
| 2019-05-28 | BitcoinCash | 0.596403605160309674855638 | 258.09328876903967458740897 3 |
| 2019-05-28 | XRP | 615.180758335215250778475928 | 270.43943697894817872275307 8 |
| 2019-05-29 | Binancecoin_ERC20 | 0.032522153378707817293959 | 14.09476941652026855079686 6 |
| 2019-05-29 | BitcoinCash | 0.484477515952807605910615 | 217.06764232039152572781469 9 |
| 2019-05-29 | Litecoin | 1.3057968480047337308133900 | 151.66784290333708518111094 5 |
| 2019-05-29 | XRP | 486.75223242952335135907488 4 | 216.32144175005217982747491 2 |
| 2019-05-30 | BitcoinCash | 0.493918542298203003782962 4 | 222.68533238173734037563122 1 |
| 2019-05-30 | Litecoin | 1.9096855889471259454580788 2 | 216.77333240700009598952585 37 |

33

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|---|---|---|---|
| 2019-05-30 | XRP | 483.62169510365944277072529 | 217.4302212930827903208027149 |
| 2019-05-31 | BitcoinCash | 0.408361660078965463605251 | 176.471129805685010789494975 |
| 2019-05-31 | Litecoin | 1.5567047900327944276647133 | 171.786055563056212394572324 |
| 2019-05-31 | XRP | 399.29194331988056915351844 | 172.3066193677927537691882172 |
| 2019-06-01 | BitcoinCash | 0.498153265479834508823352 | 218.327754383361592859439483 |
| 2019-06-01 | Litecoin | 1.8824303541504154772652590 | 212.531442320086515232650399 |
| 2019-06-01 | XRP | 491.74930960567035639786156 | 213.1754769937837562492749360 |
| 2019-06-02 | BitcoinCash | 0.438453744231263459870212 | 194.268350759054458204528873 |
| 2019-06-02 | Litecoin | 1.6595586583920463971569060 | 189.110783924743285825723906 |
| 2019-06-02 | XRP | 430.35722970814992901128535 | 189.6838469063334251386075225 |
| 2019-06-03 | BitcoinCash | 0.427938711525038855141449 | 179.905532802116197945673079 |
| 2019-06-03 | Litecoin | 1.5910328390179501698357777 | 175.129279718874182332769547 |
| 2019-06-03 | XRP | 402.04606963604589421257049 | 175.6599745059010813360104829 |
| 2019-06-04 | BitcoinCash | 0.414778801017248325447203 | 160.575586854705070706471061 |
| 2019-06-04 | Litecoin | 1.5296178062539172068813510 | 156.312518177146535558908381 |
| 2019-06-04 | XRP | 388.58938089924126645295516 | 156.7861924746530469434338041 |
| 2019-06-05 | BitcoinCash | 0.516098531774388649434593 | 204.465849838259792428208481 |
| 2019-06-05 | Litecoin | 1.9342077224773429957059840 | 199.037552939899213268511750 |
| 2019-06-05 | XRP | 495.01306615663779468323569 | 199.6406970397168054172166230 |
| 2019-06-06 | BitcoinCash | 0.435006564044697823572321 | 169.314874190479987120629314 |
| 2019-06-06 | Litecoin | 1.5535975083779536536670040 | 164.819789034980525345244088 |
| 2019-06-06 | XRP | 403.09301458448105402951082 | 165.3192429411471400954723510 |
| 2019-06-07 | BitcoinCash | 0.416446666317115668300392 | 166.288248412105508121919568 |
| 2019-06-07 | Litecoin | 1.3929916338489492026958450 | 161.873516153377050090249178 |
| 2019-06-07 | XRP | 383.57724061744827659941964 | 162.3640419599024420613136510 |
| 2019-06-08 | BitcoinCash | 0.495519843105885253830150 | 195.211787932014931785024289 |
| 2019-06-08 | Litecoin | 1.6264429739672311073138810 | 190.029174093111888464705038 |
| 2019-06-08 | XRP | 460.66627956534121062287364 | 190.6050200752122357039222630 |
| 2019-06-09 | BitcoinCash | 0.484481499754873848987760 | 185.627401503586209852482861 |
| 2019-06-09 | Litecoin | 1.5592291199433668284904820 | 180.699240401721096811828909 |
| 2019-06-09 | XRP | 454.91830424974183117137454 | 181.2468138574838957957758220 |
| 2019-06-10 | BitcoinCash | 0.413292699495984213881402 | 161.326445447741490096300634 |
| 2019-06-10 | Litecoin | 1.2631284475694213462604670 | 157.043442471252784553099578 |
| 2019-06-10 | XRP | 398.28778507419669966760415 | 157.5193316908626482387803170 |
| 2019-06-11 | BitcoinCash | 0.416126212216646897501902 | 162.619324458771564345597414 |
| 2019-06-11 | Litecoin | 1.1848780412182084458314700 | 158.301997260751086972430205 |
| 2019-06-11 | XRP | 405.03007164136315238842484 | 158.7817002827533698105487120 |
| 2019-06-12 | BitcoinCash | 0.610203405829075277879111 | 240.361582817753533628986386 |
| 2019-06-12 | Litecoin | 1.6844611792487149681106960 | 233.980301857990175287981011 |
| 2019-06-12 | XRP | 590.58921135593690403603502 | 234.6893330757416707435812330 |
| 2019-06-13 | BitcoinCash | 0.562424999292130855207320 | 230.885901279924554350549573 |
| 2019-06-13 | Litecoin | 1.6809236362922307492716250 | 224.756187086652230470970163 |
| 2019-06-13 | XRP | 556.94517523192733092062469 | 225.4372664414602772117231620 |
| 2019-06-14 | BitcoinCash | 0.437564332768290534359060 | 181.129998917959165870566139 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2019-06-14 | Litecoin | 1.341959972407293545494818 | 176.321237884739018415818027 |
| 2019-06-14 | XRP | 436.480896185154538040937393 | 176.855544666207932125185612 |
| 2019-06-15 | BitcoinCash | 0.298424357285459357282312 | 126.281449859422848747774473 |
| 2019-06-15 | Litecoin | 0.899298119688904553219548 | 122.928844995898353491709548 |
| 2019-06-15 | XRP | 300.953508057883282358960104 | 123.301356647401081068726722 |
| 2019-06-16 | BitcoinCash | 0.432655814183541613784968 | 186.773608115833358073070011 |
| 2019-06-16 | Litecoin | 1.332735471512739527578717 | 181.815016749926285391917061 |
| 2019-06-16 | XRP | 429.600116252032193451265759 | 182.365971346138191055973698 |
| 2019-06-17 | BitcoinCash | 0.321968388065070127100923 | 139.136312582200810838383634 |
| 2019-06-17 | Litecoin | 1.005070150452511714577008 | 135.442428177363626847844420 |
| 2019-06-17 | XRP | 308.615609791663620072860287 | 135.852859777901098216330849 |
| 2019-06-18 | BitcoinCash | 0.437267590427836830710530 | 181.667656281641601975619440 |
| 2019-06-18 | Litecoin | 1.323173765842712039422072 | 176.844621159120150929403017 |
| 2019-06-18 | XRP | 409.772648794180914143973157 | 177.380513950511431729532183 |
| 2019-06-19 | BitcoinCash | 0.482471676427765950391063 | 200.556010460628373577457446 |
| 2019-06-19 | Litecoin | 1.421968644463964678081199 | 195.231514607691345294889782 |
| 2019-06-19 | XRP | 452.192044621139536586453680 | 195.823125258017691112167275 |
| 2019-06-20 | BitcoinCash | 0.250914203127211517783731 | 104.005277521614531853868790 |
| 2019-06-20 | BNB | 6.510971195224096369470672 | 237.274488385318337788796429 |
| 2019-06-20 | Litecoin | 0.728941609543454917608588 | 99.140779535288904554510953 |
| 2019-06-20 | XRP | 231.495461590092965720439646 | 100.079230816181332516303339 |
| 2019-06-21 | BitcoinCash | 0.173451302366629939010734 | 75.755900597197286935141892 |
| 2019-06-21 | BNB | 8.492871944924603834845001 | 322.503691113782743499290414 |
| 2019-06-21 | Litecoin | 0.510838527718507107679441 | 70.885878415948887995461150 |
| 2019-06-21 | XRP | 161.835276073206473236933038 | 71.968105567337426433227998 |
| 2019-06-22 | BitcoinCash | 0.170259856738256492358672 | 79.896063216428326093208278 |
| 2019-06-22 | BNB | 8.848934519721396389804727 | 340.128954835652024906739127 |
| 2019-06-22 | Litecoin | 0.527531234047916872209856 | 74.759887723943645959731768 |
| 2019-06-22 | XRP | 160.481719907546271809106554 | 75.901260055606913843516933 |
| 2019-06-23 | BitcoinCash | 0.122334959157914403981219 | 59.456843595927829708321358 |
| 2019-06-23 | BNB | 4.114888289525081771394344 | 154.883170763870399686246792 |
| 2019-06-23 | Litecoin | 1.659784928276113524947690 | 227.446401503486536749112199 |
| 2019-06-23 | XRP | 130.555975590390470955583466 | 62.421023619343887607952532 |
| 2019-06-24 | BNB | 0.523359611058310376411532 | 19.338805336313567893472820 |
| 2019-06-24 | Litecoin | 3.022801695527673146954315 | 408.821544863558912030278192 |
| 2019-06-25 | BNB | 0.908411217437026929428591 | 33.073846164072273840063301 |
| 2019-06-25 | Litecoin | 4.022231216681436248738015 | 540.723803935124806164322872 |
| 2019-06-26 | BNB | 0.693339302773350002700777 | 24.950412354303633881948557 |
| 2019-06-26 | Litecoin | 3.237103083394305887521693 | 433.601986317734978540649530 |
| 2019-06-27 | BNB | 0.077368891789698842328142 | 2.710443995615046502721441 |
| 2019-06-27 | Litecoin | 2.866411845163847861499389 | 337.295088313742068977346164 |
| 2019-06-28 | Litecoin | 2.844027125543752153701016 | 335.851837083276025877177402 |
| 2019-06-29 | Litecoin | 2.768973386815391402345284 | 353.983859076002563237126274 |
| 2019-06-30 | BNB | 0.081481607435902092251408 | 2.629373477640238312640011 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2019-06-30 | Litecoin | 2.917835880949261308346021 | 374.007151875930464765102741 |
| 2019-07-01 | BNB | 0.074605073458008175899083 | 2.411725611801319932426013 |
| 2019-07-01 | Litecoin | 3.627551667639236054078597 | 437.435287305202312379681190 |
| 2019-07-02 | BNB | 0.479259722825672562056075 | 15.101959715741926545541254 |
| 2019-07-02 | Litecoin | 4.363790434323654775263876 | 513.266992514295704764658606 |
| 2019-07-03 | BNB | 0.219921873176721317836232 | 7.050631535624072221882734 |
| 2019-07-03 | Litecoin | 4.318420457307596658323756 | 521.020020054460497014755952 |
| 2019-07-04 | BNB | 0.050244963680490018143177 | 1.624700674219154623822451 |
| 2019-07-04 | Litecoin | 4.251410321217674327295230 | 521.341150122544768053400879 |
| 2019-07-05 | Litecoin | 3.086939131398814439491724 | 368.569032343796646926670926 |
| 2019-07-06 | BNB | 0.057633769622901097014762 | 1.895301498582568044711533 |
| 2019-07-06 | Litecoin | 3.623389603014524807958551 | 432.408298224572396279655712 |
| 2019-07-07 | BNB | 4.574952716845578851728877 | 150.613574235699594784796400 |
| 2019-07-07 | Litecoin | 2.347526044078920409377488 | 279.049686685581056329945948 |
| 2019-07-08 | BNB | 11.556278264580795700612595 | 387.695153923814287334803517 |
| 2019-07-09 | BNB | 11.526059580725553763954952 | 378.262222889030814729211600 |
| 2019-07-10 | BNB | 3.912901401530137111571480 | 124.257928514383967895412222 |
| 2019-07-10 | Litecoin | 1.311848851388682952271903 | 140.481927020136304750646746 |
| 2019-07-11 | BitcoinCash | 0.026336864816452826411825 | 9.051514390881510986856768 |
| 2019-07-11 | BNB | 0.628508417809020175844113 | 18.665298113324836651662184 |
| 2019-07-11 | Litecoin | 2.350752473089883502383513 | 240.396495412145942839197188 |
| 2019-07-11 | XRP | 25.563885398017747790402133 | 8.381031843408805917915394 |
| 2019-07-12 | BitcoinCash | 0.036309358525983935254882 | 12.690716777774677095407448 |
| 2019-07-12 | BNB | 0.398166485235741962586064 | 12.690716777774677095407448 |
| 2019-07-12 | Litecoin | 1.892444939899890091958707 | 197.881176423819958740922118 |
| 2019-07-12 | XRP | 34.755029647003621993417787 | 11.750663683124700241178346 |
| 2019-07-13 | BitcoinCash | 0.038499522543350048835913 | 13.191281376878893006894509 |
| 2019-07-13 | BNB | 0.421188391847719947711785 | 13.191281376878893006894509 |
| 2019-07-13 | Litecoin | 2.023300899873544249033561 | 205.686276283926436221842288 |
| 2019-07-13 | XRP | 36.782880044781406840490812 | 12.214149423036011239839196 |
| 2019-07-14 | BitcoinCash | 0.035478700586660074513645 | 10.866695021434143333607018 |
| 2019-07-14 | BNB | 0.371932297225664867542897 | 10.866695021434143333607018 |
| 2019-07-14 | Litecoin | 1.825384448836641563397386 | 169.439948297176822106954034 |
| 2019-07-14 | XRP | 31.940062213008849098387588 | 10.061754649476057980255847 |
| 2019-07-15 | BitcoinCash | 0.050706865837792006175476 | 15.429322988489583595632848 |
| 2019-07-15 | BNB | 0.547110894051194876068609 | 15.429322988489583595632848 |
| 2019-07-15 | Litecoin | 2.654293911765671639385859 | 240.583147339041277246806537 |
| 2019-07-15 | XRP | 45.305750885059073995736015 | 14.286410174527391278261403 |
| 2019-07-16 | BitcoinCash | 0.445499412737563999000348 | 126.950961583571656985418514 |
| 2019-07-16 | BNB | 0.238092863041245983211909 | 6.515712945280421676517609 |
| 2019-07-16 | Litecoin | 1.120078105704533888478559 | 97.892995592758385139311615 |
| 2019-07-16 | XRP | 28.712306398862995865597716 | 8.781094048553993203070001 |
| 2019-07-17 | BitcoinCash | 0.537122088027323930000755 | 157.719993712504741256654750 |
| 2019-07-17 | BNB | 0.088027572288247624645551 | 2.371100666217949235085853 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2019-07-17 | Litecoin | 0.369211033020552158703146 | 32.296933385852105104025292 |
| 2019-07-17 | XRP | 18.51338342039576755081892 | 5.74608017294301217578033 2 |
| 2019-07-18 | BitcoinCash | 0.664465686552207147431181 | 204.967746253470097465922025 |
| 2019-07-18 | BNB | 0.106957777676478695148313 | 3.08996602392165986709969 7 |
| 2019-07-18 | Litecoin | 0.427122873163247679965566 | 41.972038491602549911008655 |
| 2019-07-18 | XRP | 23.31756739558029731827110 9 | 7.46741789114401139313740 5 |
| 2019-07-19 | BitcoinCash | 0.857784737002442619581029 | 262.109311408797264729114032 |
| 2019-07-19 | BNB | 0.135465885029223958601493 | 3.95139665440397900120647 5 |
| 2019-07-19 | Litecoin | 0.545479760536249310202516 | 53.673137888987385759056442 |
| 2019-07-19 | XRP | 29.92245316739563767259560 6 | 9.54920858147628264717855 5 |
| 2019-07-20 | BitcoinCash | 0.823616349938665346936152 | 268.224902729784098837812656 |
| 2019-07-20 | BNB | 0.130544636221700392711221 | 4.04359149843895640300194 0 |
| 2019-07-20 | Litecoin | 0.538463261201281523412974 | 54.925451187129162234379951 |
| 2019-07-20 | XRP | 29.29196244234285218338970 1 | 9.77201278789414470293920 9 |
| 2019-07-21 | BitcoinCash | 0.947199673600892732618844 | 303.911223469610361884799088 |
| 2019-07-21 | BNB | 0.151089112742196780276863 | 4.58157623321020661819896 0 |
| 2019-07-21 | Litecoin | 0.630290176643260504946300 | 62.233077167771987284646011 3 |
| 2019-07-21 | XRP | 33.77124650977299252169129 2 | 11.0721425635913327312942 47 |
| 2019-07-22 | BitcoinCash | 0.721594996251525609234974 | 224.134690480500698885720690 |
| 2019-07-22 | BNB | 0.110322397728106713179872 | 3.37891493186684482306775 7 |
| 2019-07-22 | Litecoin | 0.480168884950127321575236 | 45.896927824524645879250621 |
| 2019-07-22 | XRP | 25.35291178316045808975723 7 | 8.16571108534487504118246 5 |
| 2019-07-23 | BitcoinCash | 0.486391415022768779563157 | 145.080415415349922001845606 |
| 2019-07-23 | BNB | 0.074449249846990560640296 | 2.18714194093492352251021 6 |
| 2019-07-23 | Litecoin | 0.326042332396319207865687 | 29.708678031032713575253782 |
| 2019-07-23 | XRP | 16.95708758935001239534351 7 | 5.28559302392606521312489 4 |
| 2019-07-24 | BitcoinCash | 0.605450648151153296553846 | 181.041137638918692680308632 |
| 2019-07-24 | BNB | 0.191774937634492309893374 | 5.57126893771557086987435 3 |
| 2019-07-24 | Litecoin | 0.605127101459710913713627 | 75.676403070636522085947530 |
| 2019-07-24 | XRP | 18.74935885383212109698271 1 | 5.87985991788009673993630 3 |
| 2019-07-25 | BitcoinCash | 1.022501386742296445161678 | 308.255683023077662753906759 |
| 2019-07-25 | BNB | 0.160116146906674115635103 | 4.64707059833785437224782 3 |
| 2019-07-25 | Litecoin | 0.674206823880942180172859 | 63.122708960755860310660475 |
| 2019-07-25 | XRP | 35.58402740379244039772435 1 | 11.2304206126498148045889 10 |
| 2019-07-26 | BitcoinCash | 0.932358643218774324498034 | 291.751940257130271158572085 |
| 2019-07-26 | BNB | 0.152602230446426199882149 | 4.39827045613764243000909 0 |
| 2019-07-26 | Litecoin | 0.639636799341955606520074 | 59.743173695866647823964478 |
| 2019-07-26 | XRP | 33.36211563456399876844024 4 | 10.6291536023326359405379 96 |
| 2019-07-27 | BitcoinCash | 0.861217501794164157784300 | 264.861574898671702777478495 |
| 2019-07-27 | BNB | 0.142905301283730114064882 | 3.99288806379907103351379 7 |
| 2019-07-27 | Litecoin | 0.602532418357756082590253 | 54.236729533270719243322620 |
| 2019-07-27 | XRP | 30.89316808244589449037305 | 9.64947948751442172589441 7 |
| 2019-07-28 | BitcoinCash | 0.758260320110786470599075 | 231.210323039666324106516724 |
| 2019-07-28 | BNB | 0.126642830728620332464439 | 3.48558275939195475468923 0 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2019-07-28 | Litecoin | 0.52995014313584074530463 | 47.34583248174072256722283 |
| 2019-07-28 | XRP | 27.18350794761906657914454 | 8.423491668530557377579199 |
| 2019-07-29 | BitcoinCash | 0.91260620608613932917255 | 279.3256761729315160802228 |
| 2019-07-29 | BNB | 0.15595208681267943226418 | 4.210939841802987824474121 |
| 2019-07-29 | Litecoin | 0.634904912580525784531892 | 57.19859951782392255592569 |
| 2019-07-29 | XRP | 32.91820369644326487587925 | 10.17643795102388730741074 |
| 2019-07-30 | BitcoinCash | 1.04923405634153835272961 | 332.5749076697911837686356 |
| 2019-07-30 | BNB | 0.18797521683231511502699 | 5.013692075423987867495114 |
| 2019-07-30 | Litecoin | 0.75136292585768392093736 | 68.10265069117584068914820 |
| 2019-07-30 | XRP | 38.33308617332121288414850 | 12.11642251560797075708976 |
| 2019-07-31 | BitcoinCash | 0.99297057640507373785220 | 325.4009473265147242103221 |
| 2019-07-31 | BNB | 0.17820727361911735605673 | 4.895807197223402485817865 |
| 2019-07-31 | Litecoin | 0.69357810223924086959689 | 66.63361107314309795335392 |
| 2019-07-31 | XRP | 37.16059486439262016987113 | 11.85505963878005954795287 |
| 2019-08-01 | BitcoinCash | 1.27664473897016000000000 | 414.0406186259720000000000 |
| 2019-08-01 | BNB | 0.21765264924852400000000 | 6.133638266884280000000000 |
| 2019-08-01 | Litecoin | 0.86352347932816400000000 | 84.78469954275530000000000 |
| 2019-08-01 | XRP | 47.73001261548230000000000 | 15.08439439717740000000000 |
| 2019-08-02 | BitcoinCash | 0.92210051888302300000000 | 303.4998683753700000000000 |
| 2019-08-02 | BNB | 0.16367178465057400000000 | 4.575374900131210000000000 |
| 2019-08-02 | Litecoin | 0.64449015381752000000000 | 62.14884239344900000000000 |
| 2019-08-02 | XRP | 35.13727706293220000000000 | 11.05715600865040000000000 |
| 2019-08-03 | BitcoinCash | 0.93751378204869800000000 | 317.1038111548750000000000 |
| 2019-08-03 | BNB | 0.17302971341174500000000 | 4.780459464646350000000000 |
| 2019-08-03 | Litecoin | 0.67847581566997300000000 | 64.93457439477960000000000 |
| 2019-08-03 | XRP | 36.47754433212370000000000 | 11.55277703956200000000000 |
| 2019-08-04 | BitcoinCash | 0.96846631592693300000000 | 325.0664406880170000000000 |
| 2019-08-04 | BNB | 0.17912537055556000000000 | 4.900499105849500000000000 |
| 2019-08-04 | Litecoin | 0.71384238628757000000000 | 66.56511285445580000000000 |
| 2019-08-04 | XRP | 36.91266907337280000000000 | 11.84287283913630000000000 |
| 2019-08-05 | BitcoinCash | 0.77399587637836100000000 | 269.4301023169340000000000 |
| 2019-08-05 | BNB | 0.14609647120056300000000 | 4.061553261450340000000000 |
| 2019-08-05 | Litecoin | 0.56436309150518400000000 | 55.17224456992490000000000 |
| 2019-08-05 | XRP | 30.24717386824510000000000 | 9.815920813054110000000000 |
| 2019-08-06 | BitcoinCash | 0.60266669154181867857039 | 205.2744752987300841178502 |
| 2019-08-06 | BNB | 0.11221202833239454946895 | 3.094590079880353133368214 |
| 2019-08-06 | Litecoin | 0.44277719110683671803066 | 42.03484858504146678288566 |
| 2019-08-06 | XRP | 23.64087003159742890066566 | 7.478592693044186786691048 |
| 2019-08-07 | BitcoinCash | 0.58171133768649741082222 | 195.7736346736969021165078 |
| 2019-08-07 | BNB | 0.10345898572839066793194 | 2.951361326739149379676652 |
| 2019-08-07 | Litecoin | 0.43532882854675135684605 | 40.08932468820678230510101 |
| 2019-08-07 | XRP | 22.74600051931432808382552 | 7.132456539619611046394541 |
| 2019-08-08 | BitcoinCash | 0.65562948041706805004509 | 217.3618316940177602283217 |
| 2019-08-08 | BNB | 0.90870536282390101837580 | 28.03986863582721126983326 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2019-08-08 | Litecoin | 0.077449214950586080967370 | 7.014171504702586340499205 |
| 2019-08-08 | XRP | 5.179090733575576112108868 | 1.599122043392905986677949 |
| 2019-08-09 | BitcoinCash | 0.484618870281409594137460 | 154.980207010432684066449560 |
| 2019-08-09 | BNB | 2.996469734804180103640719 | 89.384826959819327503119745 |
| 2019-08-09 | Litecoin | 0.001779641467914243166872 | 0.158009837723926669396416 |
| 2019-08-09 | XRP | 0.520861882585485976702762 | 0.158009837723926669396416 |
| 2019-08-10 | BitcoinCash | 0.402608202897783715584007 | 126.725085217478291053294835 |
| 2019-08-10 | BNB | 3.958202269786857507932895 | 116.043277268112291616059548 |
| 2019-08-11 | BitcoinCash | 0.401351109129751180133057 | 131.350608827541119094917340 |
| 2019-08-11 | BNB | 4.029950755905066194184689 | 120.278909999916591907336056 |
| 2019-08-12 | BitcoinCash | 0.422262086333734733050586 | 140.110759467365808788901157 |
| 2019-08-12 | BNB | 4.267621842484355137161937 | 127.969708456108600996108765 |
| 2019-08-12 | Litecoin | 0.001936849202095930576821 | 0.166928259066142686046051 |
| 2019-08-13 | BitcoinCash | 0.407176225943488028689522 | 138.371555742808532281693665 |
| 2019-08-13 | BNB | 4.313117758687979468892835 | 126.708052959889790989720208 |
| 2019-08-14 | BitcoinCash | 0.427146298991814974393531 | 139.575376182874921265795280 |
| 2019-08-14 | BNB | 3.935602984116428467741726 | 109.499861429253619933965507 |
| 2019-08-15 | BitcoinCash | 0.478291493234945586275727 | 146.174784786272368937107275 |
| 2019-08-15 | BNB | 3.245004677112919172755823 | 89.314905862777395626498811 |
| 2019-08-16 | BitcoinCash | 0.397336771446593475287090 | 122.694909671017200223314533 |
| 2019-08-16 | BNB | 4.112054185260399965275717 | 112.352810005261424310743921 |
| 2019-08-17 | BitcoinCash | 0.387447736424195424200517 | 118.719968293041762929249673 |
| 2019-08-17 | BNB | 3.968938294273604861561577 | 108.712921157229801180363719 |
| 2019-08-18 | BitcoinCash | 0.405345000646890987977861 | 127.607517580931656756284847 |
| 2019-08-18 | BNB | 4.241762306604065433345282 | 116.851328359550430999168355 |
| 2019-08-19 | BitcoinCash | 0.415305486789077662059935 | 133.289718252858750222573923 |
| 2019-08-19 | BNB | 4.268236072212637345370869 | 121.880259701397430706348995 |
| 2019-08-20 | BitcoinCash | 0.405557063379655475104152 | 127.666596179219011622998852 |
| 2019-08-20 | BNB | 4.189911464103838281431860 | 116.905427152618162077851530 |
| 2019-08-21 | BitcoinCash | 0.408922768294673191732592 | 122.253062929360166135945669 |
| 2019-08-21 | BNB | 4.188301995803484247964454 | 111.948207050256997617972367 |
| 2019-08-22 | BitcoinCash | 0.402433055708211747909700 | 122.917246691962664627863806 |
| 2019-08-22 | BNB | 4.201394852262236578973335 | 112.556405974632465516389221 |
| 2019-08-23 | BitcoinCash | 0.498031368487370902831152 | 155.581340278964772430837679 |
| 2019-08-23 | BNB | 3.391633660553120158808344 | 91.471529859610149772750317 |
| 2019-08-24 | BitcoinCash | 0.426538352385236879646002 | 130.115358867914181401538454 |
| 2019-08-24 | BNB | 4.546958737479867931057625 | 119.147780725791133382089752 |
| 2019-08-25 | BitcoinCash | 0.562980517345486656878617 | 172.824430427272375337094433 |
| 2019-08-25 | BNB | 1.156895787457219209774145 | 30.062544499121318658192163 |
| 2019-08-25 | Litecoin | 0.004847774753279162151928 | 0.349105729070907139837814 |
| 2019-08-26 | BitcoinCash | 0.694806807227456031065760 | 214.429095874154258308824460 |
| 2019-08-26 | BNB | 1.303868864713547027537774 | 33.256107541639842830150419 |
| 2019-08-27 | BitcoinCash | 0.408655584742609297811625 | 125.278117786492650116195395 |
| 2019-08-27 | BNB | 4.532760534971918398421213 | 114.662950941035073465537168 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|---------------------|
| 2019-08-28 | BitcoinCash | 0.4777364506563235239977741 | 142.9657630627263133951781250 |
| 2019-08-28 | BNB | 5.3775974113019847536490263 | 130.9150090880903645302552299 |
| 2019-08-29 | BitcoinCash | 0.4683583857955502451716428 | 130.7917125155027852528300040 |
| 2019-08-29 | BNB | 5.4941778425474912131342563 | 119.7721234912075176805460046 |
| 2019-08-30 | BitcoinCash | 0.4654562845922891309004411 | 129.9515646272020166505051839 |
| 2019-08-30 | BNB | 5.3814792142213262391411658 | 118.9977928961734805412422682 |
| 2019-08-31 | BitcoinCash | 0.4562697953132130291715352 | 126.3141628281030860815441800 |
| 2019-08-31 | BNB | 5.3459035569618138522234731 | 115.6669920150062610526056467 |
| 2019-09-01 | BitcoinCash | 0.3340904024011677549915061 | 93.1010045362175893287169210 |
| 2019-09-01 | BNB | 3.9799329633233810842202740 | 84.8220750461256020346698000 |
| 2019-09-01 | Litecoin | 0.2174343743150630968995750 | 1.4226070939826936293350806 |
| 2019-09-02 | BitcoinCash | 0.4084308437887427078305210 | 117.3370123519299459883670480 |
| 2019-09-02 | BNB | 4.8926334043463890862999620 | 107.4465362149856471143807380 |
| 2019-09-03 | BitcoinCash | 0.3869511286435012556968770 | 115.5352326991427775068473580 |
| 2019-09-03 | BNB | 4.7235211246411926628356400 | 105.7966307091767075816918090 |
| 2019-09-04 | BitcoinCash | 0.1254522005918731068523410 | 37.2084498333998314270461400 |
| 2019-09-04 | BNB | 1.5567152532939632700786870 | 34.0721054029983091881471750 |
| 2019-09-04 | Dash | 0.5744016575116377830836510 | 46.7105273171143327247428120 |
| 2019-09-04 | Litecoin | 1.6199956225587754375478030 | 109.5119720712279135154427090 |
| 2019-09-05 | Dash | 0.8038831651096136662386140 | 64.8030592561529161385559330 |
| 2019-09-05 | Litecoin | 2.2962134903170980475394290 | 151.9295803965324170185600980 |
| 2019-09-06 | Dash | 0.8402705028837731086014260 | 67.9783086770757079617390510 |
| 2019-09-06 | Litecoin | 2.3807281177921089962428690 | 159.3738942562878584678891070 |
| 2019-09-07 | Dash | 0.8464941401142221031941628 | 70.4423640823949224398207690 |
| 2019-09-07 | Litecoin | 2.4262696208317857521729500 | 165.1508268286248795085751400 |
| 2019-09-08 | Dash | 0.7434419447254233709022010 | 64.7359893868851607031950390 |
| 2019-09-08 | Litecoin | 2.1440780882661806346869775 | 150.9907568038065526557454980 |
| 2019-09-09 | Dash | 0.7823171982947084253952480 | 67.7838403360152160928598100 |
| 2019-09-09 | Litecoin | 2.2597242828823376422912070 | 158.9179686078437754643536180 |
| 2019-09-10 | Dash | 0.8115642783193368316287780 | 68.4420205075088214608480470 |
| 2019-09-10 | Litecoin | 2.2540027110575673963844100 | 160.4610581129220141600830490 |
| 2019-09-11 | Dash | 0.8625267353936956277020620 | 71.7452516410145082333382654 |
| 2019-09-11 | Litecoin | 2.4010723949581089968245670 | 168.2054227436493932565172690 |
| 2019-09-12 | Dash | 0.8492093332689242484470250 | 71.4117015990620801571110999 |
| 2019-09-12 | Litecoin | 2.4067170389147102252952342 | 167.4234280582781414981405000 |
| 2019-09-13 | Dash | 0.7893814738014869646336680 | 71.1224599960895892438058950 |
| 2019-09-13 | Litecoin | 2.4123977360926506640664419840 | 166.7452991881565230322988230 |
| 2019-09-14 | Dash | 0.7704111518816425408870460 | 70.4570071483757133671179060 |
| 2019-09-14 | Litecoin | 2.3561085120764064788156160 | 165.1851572274627873336279990 |
| 2019-09-15 | Dash | 0.7770618095445629707991600 | 69.5313926194865309699138030 |
| 2019-09-15 | Litecoin | 2.3077644435824975989692340 | 163.0150709908363069612344450 |
| 2019-09-16 | Dash | 0.7749843495024394008063440 | 70.1123114445367004939153210 |
| 2019-09-16 | Litecoin | 2.2958124436277549767917539 | 164.3770244903686468118870180 |
| 2019-09-17 | Dash | 0.7670504607255544051155120 | 71.9762014053657623084836070 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2019-09-17 | Litecoin | 2.2680118653709265665556016 | 168.7468802179310959361573452 |
| 2019-09-18 | Dash | 0.7703718821261513246093527 | 74.1866291037270638066672401 |
| 2019-09-18 | Litecoin | 2.2525090916431658034646117 | 173.9291872966978929201944403 |
| 2019-09-19 | Dash | 0.7114762800256800622243907 | 68.9368267294358551161237169 |
| 2019-09-19 | Litecoin | 2.1441843794473446945695726 | 161.6211221984432536660209415 |
| 2019-09-20 | Dash | 0.6659060729573037143564198 | 64.7285059618436313977638661 |
| 2019-09-20 | Litecoin | 2.0198386114774577743999071 | 151.7547915694059260050181677 |
| 2019-09-21 | Dash | 0.7020942888973232703457017 | 65.8167034863679578722815601 |
| 2019-09-21 | Litecoin | 2.0913513634637971560418557 | 154.3060506486419294984742577 |
| 2019-09-22 | Dash | 0.7141407299870271476832757 | 65.3674063191919844842867867 |
| 2019-09-22 | Litecoin | 2.1210916424931013371143147 | 153.2526817048614701860527037 |
| 2019-09-23 | Dash | 0.7468723496370047086675257 | 66.1645266600004300914115681 |
| 2019-09-23 | Litecoin | 2.1731575765505059572040147 | 155.1215156811381288009988373 |
| 2019-09-24 | Dash | 0.6721972403049215040210897 | 54.3501643251126078732537207 |
| 2019-09-24 | Litecoin | 2.1621809272932058543372027 | 136.7429008725289287841841357 |
| 2019-09-25 | Dash | 0.2976673165608837313267927 | 21.2480530479585793242703707 |
| 2019-09-25 | Litecoin | 2.3022949650279043322495487 | 129.7465554659520815728252987 |
| 2019-09-26 | Litecoin | 2.7020050673501002660690557 | 150.0272787103685208971270867 |
| 2019-09-27 | Litecoin | 2.7778633744926900175965257 | 153.5646149716370620728076117 |
| 2019-09-28 | Litecoin | 2.8873650636159488767317767 | 160.1929760524141891271931297 |
| 2019-09-29 | Litecoin | 2.7534090677943189374799307 | 149.4198631338425461368847497 |
| 2019-09-30 | Litecoin | 2.8943991542904256410180647 | 160.9530886540168715489978007 |
| 2019-10-01 | Litecoin | 2.8227371133419630429596537 | 159.3927308234790909501723657 |
| 2019-10-02 | Litecoin | 2.8604127410490234027808977 | 161.4676777272900968718582807 |
| 2019-10-03 | Litecoin | 2.6569143244831832089680457 | 149.1316866271766592439968267 |
| 2019-10-04 | Litecoin | 2.9730920969919810454906557 | 169.2542570549107184778331877 |
| 2019-10-05 | Litecoin | 3.0565492483344441169261607 | 172.9659276337895330851398097 |
| 2019-10-06 | Litecoin | 3.0764733388743751549638997 | 170.3779890563944492993497287 |
| 2019-10-07 | Litecoin | 2.9939639108603137306392907 | 170.9301943507793729826063907 |
| 2019-10-08 | Litecoin | 3.0623406117905043403534347 | 176.3942888433690739023160417 |
| 2019-10-09 | Litecoin | 3.0231281062631774439442537 | 177.6215303003996850658764577 |
| 2019-10-10 | Litecoin | 3.0562557452767908682034857 | 177.9107205904111639437027757 |
| 2019-10-11 | Litecoin | 3.0097453961057513379665467 | 169.7619900063581735156641447 |
| 2019-10-12 | Litecoin | 2.9755618061617576829693337 | 167.1769109227391293640328847 |
| 2019-10-13 | Litecoin | 2.9942381340799230420312747 | 170.3094390349969656810243221 |
| 2019-10-14 | Litecoin | 2.9325210283319901125770597 | 167.0040508929181320319555097 |
| 2019-10-15 | Litecoin | 3.0806265439621568348612257 | 170.7171892796290529567823347 |
| 2019-10-16 | Litecoin | 3.1228629613655047806727517 | 167.1021983845442869594778457 |
| 2019-10-17 | Litecoin | 3.0794946235741108107649477 | 166.5562109354283449845294917 |
| 2019-10-18 | Litecoin | 2.8500301172850302557779647 | 152.4873375186465670923216677 |
| 2019-10-18 | XRP | 44.7779165538650390495587927 | 13.0720960622311235420189297 |
| 2019-10-19 | XRP | 601.5172044963229659577016457 | 175.4972622637692562484733337 |
| 2019-10-20 | XRP | 605.8731937454379972419301797 | 176.2019013684768426705178067 |
| 2019-10-21 | XRP | 615.4035714344436827390720647 | 179.7317637970419828537745287 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2019-10-22 | XRP | 626.7627145986040242589482571 | 184.5860635953468750845556663 |
| 2019-10-23 | Litecoin | 3.286259938726927689658375 | 165.0853733376933519127233900 |
| 2019-10-23 | XRP | 43.08178451480350889305619 | 12.3797366761797293846184618539 |
| 2019-10-24 | Litecoin | 3.187853514263534156601830 | 158.4439108561403335768055282 |
| 2019-10-25 | Litecoin | 3.370744831630268915808711 | 183.7613081446607449772877727 |
| 2019-10-26 | Litecoin | 3.638140499539242989624296 | 206.4703122833878467070496259 |
| 2019-10-27 | Litecoin | 3.773434999994930080936501 | 224.0167017170631302753391 8 |
| 2019-10-28 | Litecoin | 4.318085051239942367426620 | 253.8491325539271728963380 15 |
| 2019-10-29 | Litecoin | 4.336422042301796122029959 | 260.0460445671372928351315 84 |
| 2019-10-30 | Litecoin | 4.681126776657406427262570 | 272.9926924836487842467077 04 |
| 2019-10-31 | Litecoin | 4.434984377871538823747257 | 258.9454525671395159558264 179 |
| 2019-11-01 | Litecoin | 4.792199798227511936241966 | 278.1248106731621392267406 23 |
| 2019-11-02 | Litecoin | 4.692718700516608774060027 | 273.8010528828564867259817 84 |
| 2019-11-03 | Litecoin | 4.875683069418498232568991 | 283.0957749239226368972294 02 |
| 2019-11-04 | Litecoin | 4.368886166868648670743847 | 266.4477412205730721626431 87 |
| 2019-11-05 | Litecoin | 4.230784204922798541773760 | 266.2404382311103506492503 22 |
| 2019-11-06 | Litecoin | 4.306995702126187746176743 | 272.8731380974456213700226 151 |
| 2019-11-07 | Litecoin | 4.500175299825570676148430 | 277.6432112170934067210830 86 |
| 2019-11-08 | Litecoin | 4.974103288562890118940680 | 301.6029323012166850229123 34 |
| 2019-11-09 | Litecoin | 4.953429998547507261067176 | 304.3565932005110295415623 88 |
| 2019-11-10 | Litecoin | 4.877536246363755800651954 | 310.6397548097949871841711 45 |
| 2019-11-11 | Litecoin | 4.993758351046174126999932 | 309.1361372103889179170288 47 |
| 2019-11-12 | Litecoin | 5.229699909582523422517705 | 320.3677812700792713331781 32 |
| 2019-11-13 | Litecoin | 5.043033581810050227779836 | 307.3749341324004437869798 46 |
| 2019-11-14 | Litecoin | 5.086738735220662901492015 | 300.0628940023905921622599 82 |
| 2019-11-15 | Litecoin | 5.056066602139039302363535 | 294.2123274791132360579401 73 |
| 2019-11-16 | Litecoin | 5.189367484380187798379950 | 301.4748292205425556397737 54 |
| 2019-11-17 | Litecoin | 5.235193520325767069867568 | 310.5353560671492536804747 43 |
| 2019-11-18 | Litecoin | 5.190036522428083003669681 | 296.9391198851467904483179 12 |
| 2019-11-19 | Litecoin | 5.302348189846618705938710 | 293.4726982891810332709571 79 |
| 2019-11-20 | Litecoin | 5.240900914275946264404021 | 288.8047747671690448809729 03 |
| 2019-11-21 | Litecoin | 5.388985722810979572791825 | 277.8582428735725826256917 48 |
| 2019-11-22 | Litecoin | 5.380803282983705426549193 | 257.5690966408734238931035 68 |
| 2019-11-23 | Litecoin | 5.419050005329241077831503 | 257.4228060538561028701829 99 |
| 2019-11-24 | Litecoin | 5.699066292550412900508284 | 260.6870325892215300887631 91 |
| 2019-11-25 | Litecoin | 5.604385283164128962355936 | 255.9116724449970010643478 38 |
| 2019-11-26 | Litecoin | 5.421558958521278395294311 | 252.0282156996463001477082 32 |
| 2019-11-27 | Litecoin | 5.738082234125830730654499 | 270.8091299030667474760982 1 |
| 2019-11-28 | Litecoin | 6.047557980053680985766467 | 286.8956862251787878950297 3 |
| 2019-11-29 | Litecoin | 5.729649332622247679675897 | 277.2790446465883516181074 79 |
| 2019-11-30 | Litecoin | 5.135844289741593357205109 | 243.9557944718855993757539 1 |
| 2019-12-01 | Litecoin | 4.682641415494147145953539 | 219.9954276562523388374289 99 |
| 2019-12-02 | Litecoin | 5.645745341944135900914363 | 257.8355094693930716238458 63 |
| 2019-12-03 | Litecoin | 6.325599124989076721979227 | 285.4383012189900078540421 89 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2019-12-04 | Litecoin | 6.3997839020733100000000000 | 288.6557195338780000000000000 |
| 2019-12-05 | Litecoin | 6.2454122280477391431715089 | 278.8699728469886813491597776 |
| 2019-12-06 | Litecoin | 6.1185711521758280780863879 | 274.5289842079944016932190900 |
| 2019-12-07 | Litecoin | 6.0819138193526530382589333 | 275.5888284089092625059585551 |
| 2019-12-08 | Litecoin | 6.1848566733883178336218199 | 282.0808248334731747493489749 |
| 2019-12-09 | Litecoin | 6.3511876653250805093776060 | 284.8037235219427756335288866 |
| 2019-12-10 | Litecoin | 6.2481012130868331655111760 | 275.2848272886681478497310999 |
| 2019-12-11 | Litecoin | 6.2305065812485134546317110 | 271.7453649333436620324490000 |
| 2019-12-12 | Litecoin | 6.5565429078608466894607440 | 284.5907811148306089149138480 |
| 2019-12-13 | Litecoin | 6.4897455739567081814204190 | 286.1280105975505211657206690 |
| 2019-12-14 | Litecoin | 6.4854256508434906653330910 | 283.3244415046024011630723120 |
| 2019-12-15 | Litecoin | 6.4332694092558214660788770 | 279.0339524152216416410295850 |
| 2019-12-16 | Litecoin | 6.9124662137691356402980960 | 287.6737926923804530269880390 |
| 2019-12-17 | Litecoin | 7.0432263468385869919380950 | 271.6463481942472433932865520 |
| 2019-12-18 | Litecoin | 7.0018919451659600246419770 | 273.7820287291562040902897630 |
| 2019-12-19 | Litecoin | 7.1804418623101298117960240 | 285.1687419364132114161045710 |
| 2019-12-20 | Litecoin | 7.4702594691233846989387870 | 298.6623755294804844482720160 |
| 2019-12-21 | Litecoin | 7.2287745551546164862119090 | 288.0176504176758760808269563 |
| 2019-12-22 | Litecoin | 1.2141537101623880292478770 | 48.9918990404044009419123170 |
| 2020-01-07 | Litecoin | 1.2340765860592471684213250 | 57.5508501564196104125924290 |
| 2020-01-08 | Litecoin | 2.1203770210914988155249930 | 98.4545766880763474892412360 |
| 2020-01-09 | Litecoin | 1.9625526588046349307771470 | 88.0709969271838976545202260 |
| 2020-01-10 | Litecoin | 1.9542300768804926429787530 | 92.1632518210786833898769260 |
| 2020-01-11 | Litecoin | 1.9192616353082155300203200 | 95.8833282571717182526959609 |
| 2020-01-12 | Litecoin | 1.9407609194929559081438580 | 98.1726280549704033109861000 |
| 2020-01-13 | Litecoin | 1.9212232791642251141599100 | 96.3676640630463579726132860 |
| 2020-01-14 | Litecoin | 1.8743456135210740784772730 | 105.7019636140191410879573060 |
| 2020-01-15 | Litecoin | 1.9353579619541980757821580 | 111.4186881922981070791954300 |
| 2020-01-16 | Litecoin | 1.9542439163005837017904810 | 111.5458059293295838819852071 |
| 2020-01-17 | Litecoin | 1.9087438465150782083609690 | 115.8344773467809911141122290 |
| 2020-01-18 | Litecoin | 1.9161668508875069894457330 | 115.2975578915578307156096710 |
| 2020-01-19 | Litecoin | 1.9303972888532536905849300 | 111.7513088852166163790115120 |
| 2020-01-20 | Litecoin | 2.0002602203927525282842530 | 114.3745840199827937195381500 |
| 2020-01-21 | Litecoin | 1.9892212667423752019432780 | 114.1149311934248309578640960 |
| 2020-01-22 | Litecoin | 1.9840961771427324880460530 | 114.7563477075857359623733440 |
| 2020-01-23 | Litecoin | 2.0891651570134492069581340 | 114.2263857185324001633660560 |
| 2020-01-24 | Litecoin | 2.1126988846606613858887530 | 112.9701345341588156620945200 |
| 2020-01-25 | Litecoin | 2.1132771448413695150921640 | 112.2614902578627006152370510 |
| 2020-01-26 | Litecoin | 2.0773337860252101907927980 | 114.4550838441737817512256190 |
| 2020-01-27 | Litecoin | 2.0863315920189357255749510 | 122.1093640758801254796795130 |
| 2020-01-28 | Litecoin | 0.4765453133325825623499490 | 28.3658802067623439980419620 |
| 2020-08-11 | BNB | 1.63259E-09 | 3.44E-08 |
| 2021-01-22 | Litecoin | 0.6464260675869657381554290 | 89.6554857406116446552352790 |
| 2021-01-23 | Litecoin | 1.3807348883647896975330590 | 192.4555377228037227551942690 |

43

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2021-01-24 | Litecoin | 1.367601004997797705040744 | 192.946958581326530983687764 |
| 2021-01-25 | Litecoin | 2.310558255972591554884958 | 326.470885709173967086800351 |
| 2021-01-26 | Litecoin | 2.810033394887685459866432 | 377.247198804063470404079530 |
| 2021-01-27 | Litecoin | 2.715243504783326284011840 | 343.222721208754217355791451 |
| 2021-01-28 | Litecoin | 3.179771575879531320046745 | 421.600561330546523993948583 |
| 2021-01-29 | Litecoin | 4.673979332045790657077058 | 646.842807175168870913411576 |
| 2021-01-30 | Litecoin | 4.467022615072239415680488 | 601.258422228330875205824398 |
| 2021-01-31 | Litecoin | 3.944173545624351211910480 | 514.318946808914722325114943 |
| 2021-02-01 | Litecoin | 3.379667092360167597498988 | 448.599101900684778570058994 |
| 2021-02-02 | Litecoin | 3.325260175732842470829771 | 479.035462414805659776028246 |
| 2021-02-03 | Litecoin | 3.185803491701914187593160 | 490.960863741678301114929352 |
| 2021-02-04 | Litecoin | 3.443822620521810303484178 | 512.172154779349150603166499 |
| 2021-02-05 | Litecoin | 3.428503426051658696633706 | 530.802726090915455870816634 |
| 2021-02-06 | Litecoin | 3.551046511946338122652817 | 567.901900592714723408567701 |
| 2021-02-07 | Litecoin | 3.931617660353938362805507 | 596.394327026889338756432088 |
| 2021-02-08 | Litecoin | 4.114036099299682384378614 | 668.692939047044661773995910 |
| 2021-02-09 | Litecoin | 3.763284265780017214189834 | 662.921501245491915856836186 |
| 2021-02-10 | Litecoin | 3.480895784409326680868390 | 640.747620501694142653945980 |
| 2021-02-11 | Litecoin | 3.428036849438101857873962 | 642.228906060761366624110220 |
| 2021-02-12 | Litecoin | 3.718391194559555266528832 | 714.608025284132179242106024 |
| 2021-02-13 | Litecoin | 3.618929515894356998044053 | 778.351501693633259193963281 |
| 2021-02-14 | Litecoin | 3.576425891697470787423559 | 780.773500488979793905707743 |
| 2021-02-15 | Litecoin | 3.524151496660840281596386 | 746.950428650709414199965015 |
| 2021-02-16 | Litecoin | 3.592225494606021660299662 | 760.704171438408670280977814 |
| 2021-02-17 | Litecoin | 3.448199721832355085274139 | 785.911002751118111877060552 |
| 2021-02-18 | Litecoin | 3.184966289513073277683632 | 731.400059259812920166810258 |
| 2021-02-19 | Litecoin | 3.110437841873996563822795 | 738.072842566165420904248573 |
| 2021-02-20 | Litecoin | 3.068919099774573545533705 | 733.284022612418694920250044 |
| 2021-02-21 | Litecoin | 3.077569132111494067585161 | 705.511016252562763267888942 |
| 2021-02-22 | Litecoin | 3.108673354568922964315423 | 649.592518694398929546777067 |
| 2021-02-23 | Litecoin | 3.142097637221118470646630 | 561.120412800918844025782067 |
| 2021-02-24 | Litecoin | 3.409366710726882638797966 | 625.202795042291496261332207 |
| 2021-02-25 | Litecoin | 3.347889322938118114476712 | 630.401917969469281212838747 |
| 2021-02-26 | Litecoin | 2.868725089137440999321998 | 500.925848213478757175550756 |
| 2021-02-27 | Litecoin | 2.620237973854139586906510 | 454.630493935238918700509315 |
| 2021-02-28 | Litecoin | 2.937183608418187729894661 | 481.543890782776760930252565 |
| 2021-03-01 | Litecoin | 3.557010278540054154288940 | 621.415650372271097853905504 |
| 2021-03-02 | Litecoin | 3.567652627524666427999513 | 638.596859301929193002269136 |
| 2021-03-03 | Litecoin | 3.566476910337176795233109 | 687.084365102633367508187731 |
| 2021-03-04 | Litecoin | 3.464215246032503761420913 | 634.541447945225147002624005 |
| 2021-03-05 | Litecoin | 3.431330070010064198520046 | 612.659242876099723711918963 |
| 2021-03-06 | Litecoin | 3.573165319485324876939415 | 657.836876980284083308326118 |
| 2021-03-07 | Litecoin | 3.494951267809794340854601 | 678.037916226106856485336575 |
| 2021-03-08 | Litecoin | 3.623950125081300954629196 | 703.772783163142883534888503 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2021-03-09 | Litecoin | 3.547053308957492117725358 | 711.18569116217153220918030 |
| 2021-03-10 | Litecoin | 3.381032131256582289253321 | 705.13346403201974088194182 |
| 2021-03-11 | Litecoin | 3.445915844090816703636778 | 708.30407098247661399039556 |
| 2021-03-12 | Litecoin | 3.428576134005911392390335 | 730.76287243932422695005279 |
| 2021-03-13 | Litecoin | 3.301929110314364763528846 | 744.19914494602597799301123 |
| 2021-03-14 | Litecoin | 3.184412817637655716422656 | 700.14142411375239165578861 |
| 2021-03-15 | Litecoin | 3.050069775259086958038905 | 625.12659855779681743646050 |
| 2021-03-16 | Litecoin | 3.409673338938169598303365 | 685.28492092091612706850665 |
| 2021-03-17 | Litecoin | 3.323862660723938631258519 | 669.61848301954243934849544 |
| 2021-03-18 | Litecoin | 3.267962569267022410412875 | 661.05195550659855527098355 |
| 2021-03-19 | Litecoin | 3.453779318030619872229332 | 699.90683477981718259564822 |
| 2021-03-20 | Litecoin | 3.644260375359392081338921 | 740.43693979641603604269786 |
| 2021-03-21 | Litecoin | 3.512843577571316858728105 | 690.66215267517153281488075 |
| 2021-03-22 | Litecoin | 3.721781704419094910434320 | 719.41914560234337473996947 |
| 2021-03-23 | Litecoin | 3.652205540994886673962226 | 684.29552106837079211103507 |
| 2021-03-24 | Litecoin | 3.461306507298742979248310 | 656.07765376485715631465737 |
| 2021-03-25 | Litecoin | 3.399781838427434293508988 | 594.44932788009475989127664 |
| 2021-03-26 | Litecoin | 3.491802017388077123637658 | 629.79985817515237995459655 |
| 2021-03-27 | Litecoin | 3.660206466549819210899470 | 672.97902180017524982012457 |
| 2021-03-28 | Litecoin | 3.743843177756752623560588 | 689.73027909395814288975622 |
| 2021-03-29 | Litecoin | 3.742204749979702130694622 | 730.16139836602770157523504 |
| 2021-03-30 | Litecoin | 3.682236330974426802628282 | 721.04553934751379917850652 |
| 2021-03-31 | Litecoin | 3.608834901828929243037258 | 702.40966957238101511426297 |
| 2021-04-01 | Litecoin | 3.752740998563550752630551 | 752.86394586567988612870104 |
| 2021-04-02 | Litecoin | 3.586365802754560879058153 | 745.47927406726561929380973 |
| 2021-04-03 | Litecoin | 3.563245536679166246337719 | 741.96934471435346875536337 |
| 2021-04-04 | Litecoin | 3.722985399834367955948513 | 753.25387587243540146691443 |
| 2021-04-05 | Litecoin | 3.757467301909176568161819 | 797.01634326025513225006832 |
| 2021-04-06 | Litecoin | 3.431062630967437795433833 | 800.29583982111068218379463 |
| 2021-04-07 | Litecoin | 3.258290240374139958963976 | 735.69287286118736027276982 |
| 2021-04-08 | Litecoin | 3.267041473348638164276871 | 735.73925380457821740967817 |
| 2021-04-09 | Litecoin | 3.333919410628025324170200 | 749.48062232123298908805882 |
| 2021-04-10 | Litecoin | 3.362152130456186853569537 | 809.09580741648736430104925 |
| 2021-04-11 | Litecoin | 3.317927478131818101435656 | 842.72089119545938369660223 |
| 2021-04-12 | Litecoin | 3.359183475006262981776797 | 841.00410699964603815912865 |
| 2021-04-13 | Litecoin | 3.341324062496747984600827 | 892.04868375998170081583777 |
| 2021-04-14 | Litecoin | 4.005672538790427703609960 | 1096.75918503920358698185868 |
| 2021-04-15 | Litecoin | 4.280382663712537512005575 | 1206.40789265515852732052507 |
| 2021-04-16 | Litecoin | 5.787677292791860279905312 | 1742.99894031032374619656056 |
| 2021-04-17 | Litecoin | 5.379371274763535578646820 | 1689.45877884430317980882210 |
| 2021-04-18 | Litecoin | 6.300241658101547650250102 | 1622.25185456380669745866980 |
| 2021-04-19 | Litecoin | 7.244902791262749016444404 | 1931.09210824784940049942641 |
| 2021-04-20 | Litecoin | 7.149950559624001506078386 | 1858.05954367623853674531991 |
| 2021-04-21 | Litecoin | 6.299058427170281201906166 | 1669.14926330232543529365649 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2021-04-22 | Litecoin | 5.7106030323746212827755884 | 1530.1892898479836062311656l1 |
| 2021-04-23 | Litecoin | 5.5712737067127885152934503 | 1308.3530686497982393493657173 |
| 2021-04-24 | Litecoin | 5.9419357208538372021154632 | 1369.7412061692891333010894313 |
| 2021-04-25 | Litecoin | 5.9644987583430847088587306 | 1363.8223212639518181969594l5 |
| 2021-04-26 | Litecoin | 5.3722084993626809126250995 | 1313.6796131159192530732951590 |
| 2021-04-27 | Litecoin | 5.0566017188645105992639314 | 1302.9630153016465937987154810 |
| 2021-04-28 | Litecoin | 3.2683725968101610191932863944 | 837.3993117691072978263008510 |
| 2021-04-29 | Litecoin | 2.8359526464389722844462814 | 722.7648300272545031918474400 |
| 2021-04-30 | Litecoin | 2.6650459836205734643025081 | 745.0081994170034800036255794 |
| 2021-05-01 | Litecoin | 2.7318046498168936081830571 | 814.6026951186764270603059490 |
| 2021-05-02 | Litecoin | 3.0896215002895863020200830 | 837.8975176425555476726358435 |
| 2021-05-03 | Dogecoin | 1568.0264303228387315015299311 | 647.0717597260170176266728080 |
| 2021-05-03 | Litecoin | 0.7589488526790355853044791 | 210.6433567490628509435043544 |
| 2021-05-04 | Dogecoin | 1860.8616847642106603350376471 | 978.3493071326958438988928199 |
| 2021-05-04 | Litecoin | 0.00651837094958734318586214 | 1.88493595852214551662605811 |
| 2021-05-05 | Dogecoin | 1823.3981414223684365108149851 | 1176.0354211005057119332322231 |
| 2021-05-06 | Dogecoin | 1889.9191787733006693356827361 | 1117.6381414331065151729357771 |
| 2021-05-07 | Dogecoin | 1814.6729750439892304827949831 | 1149.61474264297893256610625801 |
| 2021-05-08 | Dogecoin | 1711.9168459716296530553754281 | 1175.3039127970318343388671701 |
| 2021-05-09 | Dogecoin | 902.98854731982601488512017541 | 456.6703255474750235745266591 |
| 2021-05-19 | Dogecoin | 41.31291805305728348671375211 | 14.6846766293690601252297971 |
| 2021-05-20 | Dogecoin | 59.1801216525918380346543641 | 23.3250885322512006542882091 |
| 2021-05-20 | XRP | 0.030329377473317990554784 | 0.035856196344633502685701 |
| 2021-05-21 | Dogecoin | 62.9279558914002869571608531 | 23.1946424942414482269492851 |
| 2021-05-22 | Dogecoin | 66.63097924131200856697616941 | 22.8131891231761383595178191 |
| 2021-05-23 | Dogecoin | 63.0903655110500303657295461 | 19.498852893093508267953993 |
| 2021-05-24 | Dogecoin | 63.18679029762768239998996841 | 21.1944695746919209477993351 |
| 2021-05-25 | Dogecoin | 62.74699919446687021799992041 | 21.6268213762147490779736811 |
| 2021-05-25 | Litecoin | 0.0000843608307637475943641 | 0.01469626186128915861238411 |
| 2021-05-26 | Dogecoin | 65.2008629305121209946259391 | 22.6790357240459537317069491 |
| 2021-05-27 | Dogecoin | 65.15678936497367087891985241 | 21.89266193416696361514087101 |
| 2021-05-28 | Dogecoin | 63.6333025302407406116193141 | 20.1165172091364522533703931 |
| 2021-05-29 | Dogecoin | 58.85061309893410193636013641 | 17.6544874679488754895677941 |
| 2021-05-30 | Dogecoin | 59.18622624068784072345000031 | 17.90560858344007847106863641 |
| 2021-05-31 | Dogecoin | 57.5818845691025025330174541 | 18.08007295767944306914944941 |
| 2021-06-01 | Dogecoin | 39.85152577687939471278691941 | 13.58125311789012498634566041 |
| 2021-06-02 | Dogecoin | 58.342393654362625319695316 | 23.836654078735059086848348 |
| 2021-06-03 | Dogecoin | 59.1415336902482229884480001 | 23.9903796586161171931463441 |
| 2021-06-04 | Dogecoin | 58.0393344768809617224659911 | 21.8250334267571082778840721 |
| 2021-06-05 | Dogecoin | 57.982865354033322556803380741 | 21.9046291777420505571807831 |
| 2021-06-06 | Dogecoin | 57.8652652518058804513445281 | 21.5159037982045414203221461 |
| 2021-06-06 | Litecoin | 0.00009232490326194626991941 | 0.0166404303063697838361368941 |
| 2021-06-06 | XRP | 0.0220653361093980616785421 | 0.02119463312187204952624831 |
| 2021-06-07 | Dogecoin | 60.41059310929483373189046341 | 21.6318471165157698772016581 |

46

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2021-06-07 | Litecoin | 0.0004552280049027468427741 | 0.078591686142715795333244 |
| 2021-06-07 | XRP | 0.0079887352133559855557059 | 0.0076366370450502034557813 |
| 2021-06-08 | Dogecoin | 108.39797408351044919587878698 | 35.065465030060415335315452 |
| 2021-06-08 | Litecoin | 0.0002970237968096842810222 | 0.046379581644582287328709 |
| 2021-06-08 | XRP | 0.0969219209684659814744746 | 0.081967211919217858687639 |
| 2021-06-09 | Dogecoin | 136.28570123918421636686989829 | 45.50042493915778571297692 |
| 2021-06-09 | Litecoin | 0.0004612663261605196782243 | 0.078937870579414833028212 |
| 2021-06-09 | XRP | 0.0284179691935686689560441 | 0.025029332641523139703792 |
| 2021-06-10 | Dogecoin | 133.8225226389380772631422775 | 44.232264116487410071124432 |
| 2021-06-10 | Litecoin | 0.0004623778661138044461079 | 0.076669862043378919948846 |
| 2021-06-10 | XRP | 0.0064919713415776176714404 | 0.0055189400035136616969339 |
| 2021-06-11 | Dogecoin | 115.955618395026022194686114 | 37.001272309516597626736953 |
| 2021-06-11 | Litecoin | 0.0002680971682571789911607 | 0.044027517672951210051122 |
| 2021-06-11 | XRP | 0.029796450142975784993146 | 0.025318699901976023329134 |
| 2021-06-12 | Dogecoin | 112.04461678867746876069736 | 34.861724725735522194691981 |
| 2021-06-12 | Litecoin | 0.0031062290524473506073851 | 0.49572158568571817430600678 |
| 2021-06-12 | XRP | 0.0018332643799653838781362 | 0.0015028560871210911955646 |
| 2021-06-13 | Dogecoin | 133.6541362236987743990728 | 42.26801695746359402236338 |
| 2021-06-13 | Litecoin | 0.0005715473702316450244472 | 0.091103776048732945535584 |
| 2021-06-13 | XRP | 0.0339029658954127238827982798 | 0.027866470392302182682828 |
| 2021-06-14 | Dogecoin | 136.5842225958007515866623442 | 44.38153421040221259316844 |
| 2021-06-15 | Dogecoin | 128.96591276159876449323520 | 41.46934870190372767895141 |
| 2021-06-16 | Dogecoin | 126.19628057963409585494367 | 39.30787449541376889083293 |
| 2021-06-17 | Dogecoin | 196.072532493933804175026996 | 60.041477208983755020214732 |
| 2021-06-18 | Dogecoin | 226.05458627591962996917460 | 66.40141092159028044921719 |
| 2021-06-18 | XRP | 0.0757702212636424733354138 | 0.0621904812808570711838402 |
| 2021-06-19 | Dogecoin | 317.912443018386161560224111 | 91.88808565247018555652018 |
| 2021-06-20 | Dogecoin | 295.567874461333937524911375 | 81.234580457978325288112937 |
| 2021-06-21 | Dogecoin | 334.527347590767193674348297 | 73.90398424813334825772948 |
| 2021-06-22 | Dogecoin | 350.698579259935630464725085 | 67.43198140492987013154883 |
| 2021-06-22 | XRP | 0.131288769243535004641454 | 0.073535788337960826777500 |
| 2021-06-23 | Dogecoin | 371.6168269043943563773764688 | 83.472964876601421591357171 |
| 2021-06-24 | Dogecoin | 367.41005596632829490048760 | 90.996402221432663574905163 |
| 2021-06-25 | Dogecoin | 377.0008214633202978617561600 | 94.905316057443785492958764 |
| 2021-06-26 | Dogecoin | 384.7832841694472565110572194 | 92.75229725784188258153173 |
| 2021-06-27 | Dogecoin | 416.34330192632877055308413584135 | 102.9527631011969852075299399 |
| 2021-06-28 | Dogecoin | 428.3321092725812652922271821 | 109.4667103557320208233257403 |
| 2021-06-29 | Dogecoin | 446.79848558994767828664328066 | 117.34873158366585054294955515 |
| 2021-06-30 | Dogecoin | 406.32563926373751217932665 | 101.35773676879644210535357780 |
| 2021-07-01 | Dogecoin | 433.68833242254242401537085900859 | 106.86944170434560444163182398 |
| 2021-07-02 | Dogecoin | 431.49390783341642281079591659916 | 104.31717593838498604772482014201 |
| 2021-07-03 | Dogecoin | 417.131147992430644587947853 | 102.489407225647781660331881890 |
| 2021-07-04 | Dogecoin | 404.7744417884547081339820000002000 | 99.94182550179107221779344409440 |
| 2021-07-05 | Dogecoin | 374.957835025739784281120855 | 88.28281076521056576381550655063815506 |

47

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2021-07-06 | Dogecoin | 410.15929274647608141818227 | 95.867369333352534201090720 |
| 2021-07-07 | Dogecoin | 409.24681399607067646362337 | 93.976687630439927691822670 |
| 2021-07-08 | Dogecoin | 330.61258667815959226711526 | 69.364437619135863200279109 |
| 2021-07-09 | Dogecoin | 425.45978762462672986427873 | 92.655099350846108063723932 |
| 2021-07-10 | Dogecoin | 437.53498332769145765754347 | 93.930477103729411925517831 |
| 2021-07-11 | Dogecoin | 428.85442299025030673136205 | 91.717878572315326115204533 |
| 2021-07-12 | Dogecoin | 412.84491394515077401978571 | 86.720867017924645930769678 |
| 2021-07-13 | Dogecoin | 353.67531888998046110963372 | 70.680811605143311062955328 |
| 2021-07-14 | Dogecoin | 375.32579120640284756758352 | 73.287093104920718521946543 |
| 2021-07-15 | Dogecoin | 338.62109460101748038009077 | 63.678083141225253299775278 |
| 2021-07-16 | Dogecoin | 304.80044396989511780113860 | 54.138993868779877954312602 |
| 2021-07-17 | Dogecoin | 286.36443250785538725771711 | 51.720013375468866702131265 |
| 2021-07-18 | Dogecoin | 441.20475055385858360237111 | 81.650744703070240928036559 |
| 2021-07-19 | Dogecoin | 363.98862675809101174564200 | 63.664646903080756319058325 |
| 2021-07-20 | Dogecoin | 339.55970747732763012331600 | 57.106248887709237092618372 |
| 2021-07-21 | Dogecoin | 349.68449026279284131341531 | 65.250569210809448235308003 |
| 2021-07-22 | Dogecoin | 298.81170441826614898030813 | 57.058602109380633914243257 |
| 2021-07-23 | Dogecoin | 307.78788160350138532953597 | 58.916785335529066755909064 |
| 2021-07-24 | Dogecoin | 268.46094466003728655418261 | 52.190622696473442648476310 |
| 2021-07-25 | Dogecoin | 222.22567509103900838556231 | 44.313905476305116955759901 |
| 2021-07-26 | Dogecoin | 269.69274859975496454518110 | 57.147253312370770823828250 |
| 2021-07-27 | Dogecoin | 370.47121708163870885796490 | 75.087611325577214261066351 |
| 2021-07-28 | Dogecoin | 326.59474095912296772277854 | 67.054551299354829924724257 |
| 2021-07-29 | Dogecoin | 411.56452067050768789944125 | 83.995243355634177399477362 |
| 2021-07-30 | Dogecoin | 288.32707394655443416642954 | 59.251713053171593217424177 |
| 2021-07-31 | Dogecoin | 441.44909300313109104752333 | 91.725774533843630015628590 |
| 2021-08-01 | Dogecoin | 440.63663929272217360701664 | 92.257704280354280246906091 |
| 2021-08-02 | Dogecoin | 448.34037556594146831037424 | 91.452461183404598258851425 |
| 2021-08-03 | Dogecoin | 428.35528152516169428027268 | 84.267405569998371169864680 |
| 2021-08-04 | Dogecoin | 327.18334983815494374439558 | 64.807225247590170057391594 |
| 2021-08-05 | Dogecoin | 355.66115408154674322539436 | 70.678599207164118361788065 |
| 2021-08-06 | Dogecoin | 392.91496757349145278361009 | 79.854721932440109253654010 |
| 2021-08-07 | Dogecoin | 289.06859142958924016358200 | 68.427702154447218863208614 |
| 2021-08-08 | Dogecoin | 262.03017020208135757167544 | 65.661052767876041576946946 |
| 2021-08-09 | Dogecoin | 259.04299547264501146868508 | 64.735039959005988689489162 |
| 2021-08-10 | Dogecoin | 255.70933486934081846513709 | 65.235995625077678335442095 |
| 2021-08-11 | Dogecoin | 254.51243059743110286391653 | 69.409451749255386918855968 |
| 2021-08-12 | Dogecoin | 395.19796351558365713610272 | 105.38082100388237468777920901 |
| 2021-08-13 | Dogecoin | 405.88873254303214324199122 | 112.506176729830296830873027 |
| 2021-08-14 | Dogecoin | 418.09716656036865572990343 | 119.021454406516670284048065 |
| 2021-08-15 | Dogecoin | 395.97188780596382124714211 | 120.570414925238091050466011 |
| 2021-08-16 | Dogecoin | 393.51314662503143807678610 | 130.354018247401033380107746 |
| 2021-08-17 | Dogecoin | 391.49100669396242643003741 | 123.779667244746706422269893 |
| 2021-08-18 | Dogecoin | 407.62400408615592544215994 | 122.593112630694504337772750 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|------|-----------|----------------|----------------------|
| 2021-08-19 | Dogecoin | 464.03469235705452050515419665 | 142.74487473592376520525271 |
| 2021-08-20 | Dogecoin | 536.52364654860203400093437 | 172.54885367036095645719446 |
| 2021-08-21 | Dogecoin | 515.39500238349068545929313 | 165.35629717387836170216715 |
| 2021-08-22 | Dogecoin | 544.8243453305191827268209 | 171.03131795442739342674022 |
| 2021-08-23 | Dogecoin | 538.52037195459048715929718 | 171.36521924720352296158435 |
| 2021-08-24 | Dogecoin | 524.42886149873705806962166 | 157.83553451285697033049341 |
| 2021-08-25 | Dogecoin | 552.13117449221932067842146 | 159.46193843793574543108216 |
| 2021-08-26 | Dogecoin | 538.49565246610843005757716 | 146.89694480844522408828746 |
| 2021-08-27 | Dogecoin | 550.72759457238472582585257 | 154.79669872340584849836327 |
| 2021-08-28 | Dogecoin | 421.01937403336926921115677 | 120.68680135288862008596233 |
| 2021-08-29 | Dogecoin | 386.99657878349661018301346 | 108.78996163899513898228553 |
| 2021-08-30 | Dogecoin | 422.32990873496112643707635 | 116.98218017013785312180825 |
| 2021-08-31 | Dogecoin | 435.09273299492977248785530 | 119.88135191523812027980285 |
| 2021-09-01 | Dogecoin | 462.65961390774751195424411 | 132.36874511914089595043615 |
| 2021-09-02 | Dogecoin | 392.88814959300135789467909 | 116.77020408271052367633667 |
| 2021-09-03 | Dogecoin | 527.20523276657579709287693 | 156.13705396105422296263696 |
| 2021-09-04 | Dogecoin | 518.24504639893546903780514 | 154.57985728859736658693534 |
| 2021-09-05 | Dogecoin | 480.37434164366493203822715 | 146.39242833065794378124273 |
| 2021-09-06 | Dogecoin | 516.99166955802718229563291 | 159.40417077904346928416425 |
| 2021-09-07 | Dogecoin | 453.10027646779235100558709 | 123.20276889374955297003305 |
| 2021-09-08 | Dogecoin | 374.58316938239346675530158 | 94.07363238977828333656027 |
| 2021-09-09 | Dogecoin | 414.01236973592811818919162 | 105.23140805629777601383414 |
| 2021-09-10 | Dogecoin | 404.21233925311247293843102 | 99.09421928994133272746823 |
| 2021-09-11 | Dogecoin | 407.30112196286611997577656 | 98.55941199697584386644332 |
| 2021-09-12 | Dogecoin | 405.67850168207312124625207 | 99.05146042254308537761775 |
| 2021-09-13 | Dogecoin | 174.18098542596294650456440 | 41.16857184315437869766319 |
| 2021-09-14 | Dogecoin | 39.63405750323096370005812 | 9.37540802465251320903501 |
| 2021-11-01 | Dogecoin | 22.36328955760998551392425 | 6.06127154545253431922749 |
| 2021-11-02 | Dogecoin | 28.69476760683142494080892 | 7.83791452208748465878590 |
| 2021-11-03 | Dogecoin | 30.70475064469943462095049 | 8.29496259999192053719354 |
| 2021-11-04 | Dogecoin | 30.10464794837960735728629 | 7.89096027966892848063146 |
| 2021-11-05 | Dogecoin | 28.68992367003148109130546 | 7.48934568596483430320164 |
| 2021-11-06 | Dogecoin | 26.33971624070170594693797 | 6.83324366085434557340089 |
| 2021-11-07 | Dogecoin | 29.67948686734845731130751 | 7.85563394401097440293516 |
| 2021-11-08 | Dogecoin | 28.84345638141597472603039 | 8.08721000853420224213927 |
| 2021-11-09 | Dogecoin | 33.68443832572520118914735 | 9.31857004447432964292870 |
| 2021-11-10 | Dogecoin | 33.18302534614353826749719 | 8.87157080271151324782421 |
| 2021-11-11 | Dogecoin | 32.84965592911486043440854 | 8.60521105783545337731927 |
| 2021-11-12 | Dogecoin | 32.85604542471280690278719 | 8.47456389882848453510468 |
| 2021-11-13 | Dogecoin | 30.43872301840797286541700 | 7.90269178635967063212133 |
| 2021-11-14 | Dogecoin | 29.48593294987559364180518 | 7.74670199810317804810637 |
| 2021-11-15 | Dogecoin | 26.51302434313222732387694 | 6.84575619526927494877552 |
| 2021-11-16 | Dogecoin | 31.85648257004731860856928 | 7.67570817301877399570137 |
| 2021-11-17 | Dogecoin | 31.38780155937706969989683 | 7.46410638527796612268275 |

| Date | Coin Name | Balance Earned | USD Equivalent Value |
|---|---|---|---|
| 2021-11-18 | Dogecoin | 30.373000286195096232857288 | 6.899817017003299082992278 |
| 2021-11-19 | Dogecoin | 13.131169256449363255460465 | 2.976994067975231899199638 |

# Quasar Account Payouts

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2017-09-28 05:24:17-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.73975543 | | baf28654219ec790efdc5b18736d5916b3 b8d3298e91fa103885d04be282a0a3 |
| 2017-09-29 05:25:12-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.9985994 | | 3ea51e5983b437461a4923aa40473bbe2f f0f05ac02e8b8829754173c6ef75a0 |
| 2017-09-30 06:24:34-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 15.56125805 | | a40411074e88977c4bbce96496c38aa1e8 212322f0cb7e8fc5e88b034d37b79b |
| 2017-10-01 06:25:15-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 18.33483435 | | 2556cfc6e0af458c655abef3ec4a29e369 2c29da1a3f718382517c66a59af89e |
| 2017-10-02 06:21:35-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 17.7577505 | | 1543b6eff3b92a72f5e0b073ab9aa55677 730d74090874187824d43281f87aed7 |
| 2017-10-03 16:19:23-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 18.27391242 | | e9178a812f38c9001d67799c05abc93b22 ca20c7f1872b7b21bc26d690abfee8 |
| 2017-10-04 06:25:18-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 20.34538247 | | d3d10244812d9b44a4996ccdc5fe226de3 561155a6522f3215457e404e10f3a7 |
| 2017-10-05 06:22:26-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 18.34943822 | | c02821e4186df61dc1d64fc35e8cd67584 19d94d4578abf6f583cbf020b244c5 |
| 2017-10-06 06:21:14-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 15.31593784 | | e273b8f6a0c755a72fd38859a419e4e450 34836641046cad5f090da00329a7a1 |
| 2017-10-07 06:22:30-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 16.05321405 | | 7e74ae631c65478ef8d487801a9a295b45 1947241f1d7d7eaf673abfd7377fa7 |
| 2017-10-08 06:22:54-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 16.04431861 | | 01f69c7b3119ef01a7688a03df39d342ce 7c15e59d9f90e5ddd67ee2a2c02dc5 |
| 2017-10-09 06:22:23-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 14.50363397 | | cb507d15933e454c3a2ee0d656ab312356 60d2edfc618b10b909c5288818e4d8 |
| 2017-10-10 06:20:22-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 2.24754256 | | 0ca2eae9267b0ed5c81e47b1dab47b7d9f 78856f0ec757fcadab91a6ad2ea959 |
| 2017-10-10 06:21:18-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.510226 | | 6da3efafc064f44e82b365b0a661ca8f5c cba4ea9fecc90be52ee1a81d004a7a |
| 2017-10-11 06:20:47-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 3.20189511 | | 3697829d30d1ebf1039441139c44847602 8dddbf4cc50ae789c913734d297476 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2017-10-11 06:21:46-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.56039984 | | 324cae2823c329d9b694b6810c9a0fb0f0 3382c5574490bcabeea8ba683fdf19 |
| 2017-10-12 06:21:16-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 3.07510228 | | 0d783495b571600d43c4abaf965fadd331 51285de602c3bdd33c76a6f2fe282b |
| 2017-10-12 06:22:31-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.55312233 | | 94741352dc12cd283dd79439ef2037b8a2 fb1e1794052dc56d8d35c0c4cb7890 |
| 2017-10-13 06:20:01-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 3.02856313 | | b65c73b3681f4ea54494f9e78272e5cc03 157146ac0b6898ae9f77d9b82cd4d9 |
| 2017-10-13 06:20:56-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.49819447 | | 590e8d8ad6fe12dc323859b3e931434378 96b9a76082d02a1724afd376c108be |
| 2017-10-14 06:20:07-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 3.17322683 | | 18e3d6d6d6adc6aa07ee7a221a1a8d2692 91eeceb1ec35f188aac0253267d63d |
| 2017-10-14 06:21:15-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.51114782 | | 7b06a1a8e89e008b8c2169980256d00bc2 30dea3eebe087931b572b0e80a0c6a |
| 2017-10-15 06:20:29-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 2.98411998 | | a0157cbd4639ca33c1c0772fcb26d65fd2 432ccff782a945c994b5d51bbc3a90 |
| 2017-10-15 06:21:26-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.46782579 | | f55bce6e7189299774728fceaba1fa6308 6cb4f4af42a634d7a760c269fe1325 |
| 2017-10-16 06:20:01-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.38407705 | | 18de44a96a3b5a33b11c8ebe17046d90b6 e63f09cecad3a2438a5cd29aab6f89 |
| 2017-10-16 06:20:59-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.05539482 | | d8d79191a7fe7b245476e6ad4676487048 5817d36dc97a27897ccb197530cc42 |
| 2017-10-17 06:20:04-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 1.3450336 | | 648c333a56bb94cd94f4b14ff1df322fdb 82bf0e10c5e54873d827cc9a75f8fa |
| 2017-10-17 06:21:03-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.19712559 | | 9c83fd005958ba01fb3e07f6f84167270f a777283e8ad9adf77f3708e6825794 |
| 2017-10-18 06:18:12-04 | BitConnectc oin | 8Po2TCLQF3HtBW9aSHqFP zfiHDSUCZK6a1 | | 0.01323602 | | 07fd82d09853579f24bf1b9b54aaa6f68ec 3e4dcaf05bc6492de7469104713b84 |
| 2017-10-18 06:19:54-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.1139042 | | fdcd1eaa53db1031ac400c9cf6eb2af735 0040504f5cffe889611066d2fad68e |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2017-10-18 10:09:23-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 2.17604291 | | 129d6084b6b8f5a8a20ed29e3ab535af2c 6dceb4e4bc1855ade3e27d8f90eae4 |
| 2017-10-19 06:18:24-04 | BitConnectc oin | 8Po2TCLQF3HtBW9aSHqFP zfiHDSUCZK6a1 | | 0.02263993 | | 8572a7ef15dc0afcd6cc60527ba6f477b6 a166e99467f539a26d581f9d2e20a2 |
| 2017-10-19 06:19:26-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 1.51534274 | | a3268fe6a0d68cef9c71b9852cde1239d8 1860c5394a180c392409fb00639c0b |
| 2017-10-19 06:20:28-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 7.95003239 | | b13f4a881ad4514ebcf2d4a400a1fc22ec 3479b04be0e46215dce72b9ae1af6d |
| 2017-10-20 06:19:38-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.46470988 | | 42ebe2ad948fd7299751882d5d77999772 02e44911068173c2243a8c444059f8 |
| 2017-10-20 06:20:35-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 12.93898604 | | 580e1b3ac152f1785b8002800a9640675c 94540fc97be4e3ddfc4f991552a9cc |
| 2017-10-21 06:19:45-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.46542415 | | 2da2f4843ef5987435e8ad4213e8e44b3e 0a87f03290d89135616418eb22767d |
| 2017-10-21 06:20:29-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 12.80834753 | | 1386b9ec43caedfad43b1a3300d262ab0a d39b938317e100dac659d31be74aec |
| 2017-10-22 06:23:34-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.44455188 | | d3f92bbf41f2e150bfa256dffd8609e607 a5345a4614f8689cd9fa00858dbeab |
| 2017-10-22 06:24:40-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 12.21560727 | | dfbf7dccfab960036811b982d909a0c705 4f782be5480a4dca469796ff600282 |
| 2017-10-23 06:21:44-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.39819943 | | 0564461570ef3a23a9d1381290ac8a2757 9abf9d09888dc2f0cb0c6ff7c09617 |
| 2017-10-23 06:22:35-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 10.9355019 | | de09ae7bea533f13eb5c0d01d90778954d 6808a547bb8f20b16ff13f368a0f78 |
| 2017-10-24 10:12:09-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.4464091 | | a77b55132824e838452e5d6c33859fa768 1c4f995eb3eca1f973e3e2791025cc |
| 2017-10-24 10:12:51-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 12.6861522 | | 2002a9f8a5640390d1ba567cd25bdf5e4f 469c999a7917e92d928c341afcce54 |
| 2017-10-25 06:21:22-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.4002204 | | 1dda3b703fbca3be3f9ec2b46545e75ce7 88193c16b5841d4663afd14741a913 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2017-10-25 06:22:23-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 11.66612668 | | e7b5787d0c569387dac2950497d03c59c7 7174b812149279a1acda7fa3bb4600 |
| 2017-10-26 06:21:40-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.42633383 | | dbde9f34ce45e071bbb51fc33e80f70384 125163458645121d22841da6a44ffe |
| 2017-10-26 06:22:56-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 12.62308464 | | 3b26f2287aa49fccc48ff1fb868e9c9459 d4831df7765104416e655d9dcdbade |
| 2017-10-27 06:21:51-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.22749044 | | 22906c43e4400de1b4c73118adf6fbbb0c 0855cf283ce6bc2177689c23269714 |
| 2017-10-27 06:22:53-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 13.32967362 | | ef2bd572c31648ccdd2b2083270cb5e25c 90d45fda7f83d377e44dd17008c4f3 |
| 2017-10-28 06:19:11-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 14.47377918 | | 09d4c7a4e8afaf4a21e40a2a25987e99d1 8485c2fcb93af52515aa42c074d927 |
| 2017-10-28 06:21:45-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.07122855 | | 9c2ed49beb09789cc9b20d8545625d7eef 3467866776da1ffe7c45710ae58a2b |
| 2017-10-29 06:19:41-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 13.31957089 | | 0918676fe55062d90aad5a07fe81ffe043 fa24ee42c3d6a07476aca2e559fd0e |
| 2017-10-30 06:19:27-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 13.87126413 | | 9bf3bfec830400339f418d6a65e06d0b07 cf3d9733b315cd5b0f5e3fb74837a9 |
| 2017-10-31 06:19:41-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 11.57959525 | | 257277c25378c54224b7a2669c4b747a04 c1b450fe67ee835c4c2fac279b9d2d |
| 2017-11-01 06:19:36-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 8.53716175 | | a4b46d557086df6a41a61a621cff881271 3abd9f4865cdcba35cdbd483eba15f |
| 2017-11-02 06:19:23-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 9.14209472 | | a0dfd6a01c058a4ee92aed1cea1bb0384b 8decac3693f9aed16c99eb7065aa5f |
| 2017-11-03 06:19:18-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.2341424 | | 87969a30634a8d10670adf2e48e5a8ab3d a037b7a6b0d5f448608707bc3292dd |
| 2017-11-04 06:30:59-04 | BitConnectc oin | 8Po2TCLQF3HtBW9aSHqFP zfiHDSUCZK6a1 | | 0.20640525 | | c3db441d15a37ab8f7c5fb49a84584ce78 bfe819eabb1d5951bdaa8fdcfd72b2 |
| 2017-11-05 06:19:20-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.41595359 | | 689e05111bb32d43cf0c04dc9570aac8e1 945a3bc9b111e48b7d42c346226395 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2017-11-05 06:24:23-05 | BitConnectc oin | 8Po2TCLQF3HtBW9aSHqFP zfiHDSUCZK6a1 | | 2.85500305 | | 3f9627e8d3d8e926e76cb330e57501a04e d1e87066ff2e968ecae7f173e1c261 |
| 2017-11-06 06:19:22-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.24412012 | | 650b60705633c8201c31920e151a0d1590 424c3ea6020cc395a260fe31fbeff5 |
| 2017-11-06 06:24:23-05 | BitConnectc oin | 8Po2TCLQF3HtBW9aSHqFP zfiHDSUCZK6a1 | | 2.95587858 | | 85f78404f31bff3f0cf59ed9cda527b6ed 94fede1ce120c1a3962a2da0bcef7f |
| 2017-11-07 06:19:11-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.25397796 | | 6aa5cc30fb3064378767dada05d8927667 3253b1f785d392b315f2e49c3ae47d |
| 2017-11-07 06:24:42-05 | BitConnectc oin | 8Po2TCLQF3HtBW9aSHqFP zfiHDSUCZK6a1 | | 2.91012041 | | 7b5007358b75e35ebe6d830ca466dbe1d0 2889e5a1fc755542b4abf233c7a252 |
| 2017-11-08 06:24:47-05 | BitConnectc oin | 8Po2TCLQF3HtBW9aSHqFP zfiHDSUCZK6a1 | | 3.10707999 | | 4e11e3d0db00d4f0a2272acf2a1e218b93 503073ebdcdad179007a85c3ca84f5 |
| 2017-11-09 06:19:01-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.37137424 | | 2ad5f0572a205b1522dd373420843ca720 13beddcc2f6fa4f850b2dfa17cdb8e |
| 2017-11-09 06:23:14-05 | BitConnectc oin | 8Po2TCLQF3HtBW9aSHqFP zfiHDSUCZK6a1 | | 1.51981946 | | 1e9c1e3a256d71846a687dd942fed282d6 518730cb254de68c904c557c9308f4 |
| 2017-11-10 06:17:01-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.03109278 | | 345ceed8aad8bc27c2ed3228e9f2f8da95 01565a5a7e70ea48e344179db8f130 |
| 2017-11-10 06:20:10-05 | BitConnectc oin | 8Po2TCLQF3HtBW9aSHqFP zfiHDSUCZK6a1 | | 1.6022882 | | d01b63850cb4710df07e90db4d26b23755 f12b230a2c4f5002cf2cea54eac356 |
| 2017-11-11 05:20:13-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.18315452 | | a206d317c82b1705ffd2b02eea6e9d4914 0f06279efd24f867f575cd36f18df0 |
| 2017-11-11 05:24:00-05 | BitConnectc oin | 8Po2TCLQF3HtBW9aSHqFP zfiHDSUCZK6a1 | | 3.12971729 | | d6aa56f1e55b05d14cd7f27c9de3d00301 0904caeca16215b778db85028eacbb |
| 2017-11-12 05:20:37-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.32638339 | | 0c6e9e296aa67027a550388deb0df94a6b 1b7ba041d52e5c7ca6582f07c55d4a |
| 2017-11-12 05:25:43-05 | BitConnectc oin | 8Po2TCLQF3HtBW9aSHqFP zfiHDSUCZK6a1 | | 3.07167344 | | adc6cff0f2d0d25939a39f6c0ef0bfade3 5df6a0ef67422bc0138cdf0cab1337 |
| 2017-11-13 05:18:35-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.39845966 | | feed93f7c05ca50f704c55332fcf526919 12b5ab1500b1ee819cfe41d1681f1f |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2017-11-13 05:22:35-05 | BitConnectcoin | 8Po2TCLQF3HtBW9aSHqFPzfiHDSUCZK6a1 | | 3.19360037 | | 86bba79207c98cf7c03b63c23cc63e6159e4592180ce015db4a17a94cabcc0ba |
| 2017-11-14 05:22:14-05 | BitConnectcoin | 8Po2TCLQF3HtBW9aSHqFPzfiHDSUCZK6a1 | | 2.20575054 | | 087e155d873458a63fc4a1dbd2ee5e462235cd8d1d8076f48336bb3772260df6 |
| 2017-11-14 16:21:15-05 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 0.02393447 | | eccd0aa9980b0b29c9a729883089f42233e47271f7835ac3e159e0a2cb915816 |
| 2017-11-15 05:19:53-05 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.44664748 | | bb9fb070c9177b89c64304e35e22c4af80350bc02066b75626c6531834e40221 |
| 2017-11-15 05:21:48-05 | BitConnectcoin | 8Po2TCLQF3HtBW9aSHqFPzfiHDSUCZK6a1 | | 0.51523519 | | a080c4bee318fc1815b82f8e49a1dad72952d962e14161a6d96427cd7b130d47 |
| 2017-11-15 05:21:59-05 | BitcoinCash | 18orMy7vDsu2czudiCTYxgZyDFmMUZoSn5 | | 0.31020928 | | ca46520a15684dc48152f3d96d1dc5ae12fe5aadcbe26ef26c861e726a09fe4a |
| 2017-11-16 05:20:29-05 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.09992191 | | 1f9deeee161566a4026bb066c7aa092065d8ab3f729cb43ebd14dc33fa6fa986 |
| 2017-11-16 05:23:13-05 | BitcoinCash | 18orMy7vDsu2czudiCTYxgZyDFmMUZoSn5 | | 0.57784366 | | f91c9e15c5c3566351928888fc693954f7bca10a5eb96bba2e5bd18775c8333b |
| 2017-11-17 00:03:32-05 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.01323931 | | cd43ab3f539007e6d0098ac27ffae70118f7b5e3e07d83ddd6211f372a8881fd |
| 2017-11-17 00:05:50-05 | BitcoinCash | 18orMy7vDsu2czudiCTYxgZyDFmMUZoSn5 | | 0.53579449 | | e19535d4664203f09c8f678ef7c9badeeebc0b6ee9d29594bbb56481ebbbd899 |
| 2017-11-17 05:19:11-05 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.00743523 | | 503520baacfc39bd3520ae2a8b8f8b18f9fb1b9032561691e354458081295805 |
| 2017-11-17 05:21:22-05 | BitcoinCash | 18orMy7vDsu2czudiCTYxgZyDFmMUZoSn5 | | 0.30442523 | | 66d5ee8528b4e3339b483e9c20ef12f5bf44a8e463b633417395a93ede9535ae |
| 2017-11-18 05:20:35-05 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.14161649 | | afd3dddc3c6185fbe847f3d26dbbe28d773db4cca037f003f3dffa5ce0ac2831 |
| 2017-11-18 05:23:25-05 | BitcoinCash | 18orMy7vDsu2czudiCTYxgZyDFmMUZoSn5 | | 0.73943822 | | ec57b23ae9f16821332e6229978ff72191c29aee3693f0fbe4034be4b960eea6 |
| 2017-11-19 05:20:51-05 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.18275201 | | 47fc9bf47f71a4f3a995582ede3a6eeff6360bc95ec46c3f709d6b07a932be67 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2017-11-19 05:23:56-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.58873362 | | 0bded90dd5e888770a945b35453385c98d 1abb661fbe13e10dbed989a8dc22dd |
| 2017-11-20 05:19:55-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.08583848 | | 0e811bb3c00153a234cddf73fb61cc3b6f 6b2c446d996b25c8b049c6652f4241 |
| 2017-11-20 05:22:27-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.28913619 | | 90561cba4621f4e3263243d9429f3fc6cd cc2f759c4ae662915c1b1ffd33396a |
| 2017-11-20 05:49:46-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.72923135 | | d80c4947bdfb70e8ea2501850b861b9f68 9ea410ac5e866cb071fd4b835b791c |
| 2017-11-21 16:06:02-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.42293053 | | b91e702538c2edf687c998fb113fb6704b d722a1356584f293c965fd5e5654d3 |
| 2017-11-21 17:18:27-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.70666423 | | b1e93f53d34b974a1e1d2f647eaf3759d3 0aff09322e1e2bb3192d6e8e3c2ebd |
| 2017-11-22 05:23:37-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.51460277 | | 96836e3f20c7bd3ea4f3a256cb61465f47 aef7f0fe72de411594679b81469e64 |
| 2017-11-22 11:39:57-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.9618047 | | 25a7d66d1946e0aad0dd14cc6739ff95a5 97683e790cae82029b3b1924aa4b26 |
| 2017-11-23 05:21:58-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.75127686 | | 4d2047f73bc0c176b1969ca870a6c4d93c 722da86ade7c1a4b184158014c8f7b |
| 2017-11-23 05:24:38-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.12718946 | | d247b2a3704d7670bea31155e53bbbd23e 5c8348fca7b98eb02ba168c2679b9e |
| 2017-11-23 15:17:25-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.53926466 | | 68a13017f56390c9d3d71ff506a4c6f1e9 a1936ff833ae35c33f4cbe202f8a39 |
| 2017-11-24 07:17:45-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 1.40380606 | | 1c69f2e1ae62781293f8150ea7152c39c8 4ee24f60662f9aba7e805a13c190f3 |
| 2017-11-24 15:35:08-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.60321773 | | 5a79bce60e047357bdd1d0609616290d1c b7934a2ebb58f5f57818acdbc6f51e |
| 2017-11-25 15:28:23-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.08187356 | | dde404eba2f31fec8b3436e6398692e7b1 80adbd8e863a8022967ea661a771bc |
| 2017-11-25 15:31:29-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 1.17451469 | | 9da5439a93da744633bd225adc70074c0a 79da1fe1f5ffd453fbfedda047943a |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2017-11-25 15:42:43-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.76147079 | | 7472f6728296213a9b84ddb9014acb638d d3ce5718f1f02aeb795380beefcecc |
| 2017-11-26 05:20:17-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.15873861 | | 176aacbe61b6984a4fc3bd607776d20ff5 8a505547c883483be5f55833cee7e6 |
| 2017-11-26 05:23:09-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.43263057 | | b028e34eaaacd9a3bd64cfbb1e5fb5c72c 8426bd773c61c29557ca54b030c82e |
| 2017-11-27 05:20:23-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.22934318 | | ed3e2aecfc23b22e459adf962a84aeb3fa d14094b14801f823300f0b122b15ef |
| 2017-11-27 05:23:31-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.62507018 | | fb445dba034b7214d0b5056e1fc8089e2a 28f5bdfffda0204963e5010d008436 |
| 2017-11-27 05:25:10-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.44591065 | | d8c2bb4f7355e697d19dc99be33b5f5dec 40f47a2ff05c893465ca3c055d52bb |
| 2017-11-27 15:28:12-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.062333 | | 89d259b6f700f03dfcfae5355d3fbc7669 d58320de6cb8ae715fca922c56b5b6 |
| 2017-11-28 05:20:48-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.2240153 | | 66b59b26a6422864b641a3b26330d21dc1 44f2243320bbd67ceb7d766a545ce6 |
| 2017-11-28 05:24:16-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.61045237 | | 288411a978431efed849959a0d3a32bd17 1699e634d70dc7c44838885eb4577c |
| 2017-11-28 05:26:00-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.34687758 | | 6402782988b52195a953a062292773a223 469f0032e586e6353f256bdba39831 |
| 2017-11-29 05:20:39-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.22960599 | | 931796a2a6d302755f135b9faa2b75c71d d48a187d28fb3db36f9df68b9af112 |
| 2017-11-29 05:23:29-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.59802894 | | 950b02d547da54e23af71749353c249b25 e229eb674083c70862168352e59bda |
| 2017-11-29 05:25:31-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.26133175 | | d04ca0e6b9d8fd4dd823a167eb6638d471 b725fe2153d080f6fca87b3c4d3f85 |
| 2017-11-30 05:20:54-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.37059003 | | abc08aa58b38d0eba7c17be9aefcdc37cb 3686b85bd2ae735a55c2e99e7d3e78 |
| 2017-11-30 05:23:52-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.31674794 | | 7a82a248354cebdc1311300cad70fe3e32 6759c83b7aa0b8b9c61b1b464bda51 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2017-11-30 15:06:13-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.63814801 | | 372be0f4af26a77ed7c75d7c55a8ef92b9 59c0e2e6a41316caa640c08580309f |
| 2017-12-01 05:20:22-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.55192108 | | b81339544b85596c4ad2887c90d11f77f1 1329657456efe9f8975a83f8796029 |
| 2017-12-01 05:23:41-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.04013333 | | d5dae4f80d8c7c404de0a34f5660154628 7c2556a7351ddad83ca86ec77563c1 |
| 2017-12-02 05:20:14-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.58207229 | | 27e712a7c493eba8b60677e3891d170178 ad16d41988c7355d2bdd3afc4a3633 |
| 2017-12-02 05:23:12-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.043593 | | 8d3bf97f31a15881195cc3d9845b4496d5 8b83cc8279cf99e02df9479ee7423b |
| 2017-12-03 07:19:09-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.52480824 | | e7022cdf21b01aa859854b0ae54985fae5 2250f162f3553b374ac2acb9812750 |
| 2017-12-03 16:25:00-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.05680102 | | 059a703963deebe34a9971291ad55e7c59 3a2cc0b7daa363236624ee17b26c72 |
| 2017-12-03 16:43:50-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.96466048 | | 825a2d2d985520b3d09ed28054a9afafc2 6527ee33ce866d7826d06e72a4183f |
| 2017-12-04 05:21:44-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.03925994 | | d5308ecc063fefe69c63f0955b546e45d6 0e94698f279f14943b4cfd4ac2afd4 |
| 2017-12-04 05:25:01-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.12421798 | | 481513775d88c2fde74a1185340461228b b7a475c47acd330654cfb5461614fb |
| 2017-12-04 14:57:41-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 7.07369903 | | 58658c852f3d7e996977f2ee8b36ed52e1 e9510b22bcd24ea225fe0967ab3889 |
| 2017-12-05 05:20:14-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.05035719 | | fa488de7fa3d295656c6af597fa4a7165b 49612d9770fe9226e904bef8136573 |
| 2017-12-05 05:23:18-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.15831759 | | 9b71980d5edfae1ea44e8ea12d5df21aaf a66098383ad50b5d7fed0fa73e1b50 |
| 2017-12-05 05:24:35-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 8.94024259 | | 9e0c81f0453479dd29ec41df8cdfc11c7a 51fa7073e87e7fb8950707e6e40857 |
| 2017-12-06 05:23:51-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.09627204 | | 0267640f3b129a60c7f105b2c736511a16 e7407d8963382006f5361912ee5022 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2017-12-06 05:24:15-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyoPpzeinLJCjAVe | | 1051.33124236 | | 51ce31345c2c093f1bc30633fb680e3825db4c1f4d783d272046439d463fb89f |
| 2017-12-06 05:25:12-05 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 5.3640159 | | 7a7f417a4e4db8974a8e4c054f5500b94def09ecef7811297307eff1dd11a13c |
| 2017-12-06 05:25:17-05 | Einsteinium | ELa8dy2uVohJKGHVGVM5BWzQZbNDjuo3KN | | 93.40109291 | | 37c31a597201a9423870a8971f7c6f554c88cb47e119d86e8e0020a52eef6d7b |
| 2017-12-07 05:24:51-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyoPpzeinLJCjAVe | | 3686.0876783 | | 8eb5f0c4fda0a339f42c68965c339bee7805339a7a3d093a8a22bf6ebffb5a69 |
| 2017-12-08 05:23:12-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyoPpzeinLJCjAVe | | 1594.02385335 | | b5c84afea1f77567eb28ef2e396011f11af77489d60b85d4c1142b746552b7de |
| 2017-12-08 13:18:09-05 | Einsteinium | ELa8dy2uVohJKGHVGVM5BWzQZbNDjuo3KN | | 450.93698388 | | 52d3d6920ae974c45331c96d0176949654 3f2c4c7e25b240c1adf9284fc60b30 |
| 2017-12-09 05:25:34-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyoPpzeinLJCjAVe | | 1263.18005382 | | d10abfff29ae259c1277a8811a235b79dec438db72b412c5bd128c6f67b7365e |
| 2017-12-09 05:26:55-05 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 1.79540692 | | 3246ffdc6e8e81aef73780ae3b923952a66e75a797e93a2378c1908550e55bc4 |
| 2017-12-09 09:18:01-05 | Einsteinium | ELa8dy2uVohJKGHVGVM5BWzQZbNDjuo3KN | | 185.68425009 | | b9edb40822e67f4387cdeb3ad2e6969e52470037b957bb9dbdbc5a757f1af6e6 |
| 2017-12-10 14:50:52-05 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 4.1298313 | | 0a0b41abb3d66d915686654b06fe009b5bfe9ee6c4686cc3a56bd91cc7096b80 |
| 2017-12-11 05:25:37-05 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 4.22192523 | | 2eb5f7e1fa58fc04a540f89b88857ef7368f4f59ce609243bac8abe84212af2d |
| 2017-12-11 05:25:42-05 | Einsteinium | ELa8dy2uVohJKGHVGVM5BWzQZbNDjuo3KN | | 25.10168516 | | fa6eb276e84e871a97ed3cab1d774b0dfb34c9b9293e29dd3ae2fd5853ebe7ec |
| 2017-12-12 05:26:28-05 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 4.19155376 | | fb1b1540f6b5b76a7a8d2c1ad1e352a4f4d2ca4608081e79158f669fae659485 |
| 2017-12-13 05:31:08-05 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 6.06504443 | | b2e68414e50ea3252c857a451e48d353ddecc9daf267bbed9f1d9b9e3b44a5da |
| 2017-12-14 05:20:38-05 | BitcoinCash | 18orMy7vDsu2czudiCTYxgZyDFmMUZoSn5 | | 0.0305759 | | ba4684ad236576d163aab4164c558db1108ae891a811e691aba23b934232bc9c |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2017-12-14 05:26:55-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.85551473 | | 67724e3124c8e48ae84569cf825bb94831 52b0c9c656ff7fd8aeacdff1db0101 |
| 2017-12-15 05:28:32-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.68082672 | | 77ab39139ce560f2f05045fffd3a41430a 27be1f41361126a3d11dab3957ccd6 |
| 2017-12-16 05:29:29-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.3592583 | | 7012852872d2c114b18f10ca0fba17de67 601a77d5c791b97aa3624fe0a40f64 |
| 2017-12-16 07:18:25-05 | Einsteinium | ELa8dy2uVohJKGHVGVM5B WzQZbNDjuo3KN | | 59.99796935 | | 59ee8cfb4a8b398988c18e9867dda2b6df f3f51a9ca108cc1b311de335152af6 |
| 2017-12-17 17:57:17-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.49899137 | | 4d36aa4ae3ca834a865a7acd47d8720543 243fb05e084a2861e9ed6812e03dba |
| 2017-12-18 06:19:48-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.54409378 | | d24b2065b88b884773523354eba1d3ede3 9b3de4c480b3469054b9c2dbf4fee5 |
| 2017-12-19 05:36:18-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.66447902 | | 5f0b236fec73113d825f176044fedc49fa b8b6e67a8e86b42b44d0600d45d68b |
| 2017-12-20 05:57:33-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.89590078 | | 4c8b5f204304faf6b6e3b107d96f324276 2d9413b019a3250daad66b2a9c0155 |
| 2017-12-21 05:29:46-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.15836594 | | 53ebeaab93c8709f20bbe67c376ac35578 948935f2e822957e5c072acf06092b |
| 2017-12-22 10:19:30-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.92904704 | | d7ed94fe040781a1574a33f5c53c2d9c68 9a3b4abeb36d8352372e86e4d4d108 |
| 2017-12-23 16:52:57-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.47863093 | | 5ae17efecb610c9e20baf8f87904d4cd96 adbf0fab46610158ccd8f16c348dd0 |
| 2017-12-24 00:53:41-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.01117018 | | 321242434a0ea52118a84745264b3be839 9c75093c2594da645bf99911212194 |
| 2017-12-24 00:58:19-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.13600535 | | 1ca33df958882733ee13d837550b298ba4 df2e40b4a448bca12e97617870379a |
| 2017-12-24 00:58:50-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 592.52093417 | | 87f7729ddce802a363dbf4123aefb9664f 5f4b79f5566df5702bb013934913f5 |
| 2017-12-24 05:20:49-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.27213885 | | f68583637667cc4e108f567ced336ad7c9 c6c4272248178941cc31e5bad57506 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2017-12-25 05:22:21-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.0817887 | | 4b7f94e78138eb86c6e758c3f9aa917e99 7127749f4ef8f4b3f2409c5e7bdd02 |
| 2017-12-25 05:26:26-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 1.17037715 | | 6306b67a560b2efb982f31ec388393ada5 8d501b2be7d8c084306e5a1367ec61 |
| 2017-12-25 05:27:01-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 2331.02403318 | | 23f6bddb49fa36428c59787294e6f6b21e 5087447a7891687d923493b03e88e5 |
| 2017-12-25 05:28:07-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.19776706 | | b43880dfa37f7fe1776df0b1c378a6dd8b fa1ed6d253efb08625f3a52a65fa40 |
| 2017-12-26 05:17:59-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 347.47569451 | | bcbe373ace629944c620ce7e4691bab55d d6436ee2974d174c75be95171cd393 |
| 2017-12-26 05:21:52-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.03988749 | | 07a91160a0c16016c7d87b13769a2f64be e97161c51654f6f8a82fff38b45f37 |
| 2017-12-26 05:26:08-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.59557712 | | 188f301d9304d236f9d7d6151fbee6e61a 8774ef94f64463ebe729a212fda4ff |
| 2017-12-26 05:26:43-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 1849.63234067 | | e0d55b2c422c11f7aabe5616e2709b2c9c 4756c16612b6f6be895ce842204221 |
| 2017-12-26 05:27:33-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.13924115 | | 2fa4e65cb59bce856372eec0862c4a9497 d6574ac6982dc4df0a5932fc45ecd3 |
| 2017-12-27 05:18:03-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 4635.28630488 | | 47c0281dfc26220db0c623d84623e86551 99b0940e766e21f03ad55fae1ba486 |
| 2017-12-27 05:29:11-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.42972995 | | dd1023b95669dbad760075e3c83ce101c9 2a7558f44fd6605cea9ec9ceef71e3 |
| 2017-12-27 05:29:44-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 9181.2898087 | | 0dd770b03c4ef0a38357295a15d7ab7b6d 3fdb0b565721b2b95a6fd8e93ae9c2 |
| 2017-12-27 05:31:11-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.35932511 | | a109d08c5e99011d258bbf3af9fd2a2cbb ad95644c4501596ad05cc6598335cf |
| 2017-12-28 05:18:01-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 4368.71129617 | | 9a032190b3c1fc6b78270911c2a6400a6 683ee0906591ddfcde3900e94bfead |
| 2017-12-28 05:26:42-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.39850256 | | 8f1c72988972f9330631d594bfce39654e fc8613bf6f702c2c4537a48e894694 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2017-12-28 05:27:20-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyoPpzeinLJCjAVe | | 7508.42966861 | | 9591c91ef15b61578159ae8ddda7ba0820356e9f6f5ebeba3eed66d73976daaa |
| 2017-12-28 05:28:33-05 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 0.44786116 | | 66d88c56e8275a6985acc9a2a5c812dec1f52c40dc959d1faa51da59f4b719e1 |
| 2017-12-29 05:17:41-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 5214.76479504 | | cf0bd83edd4589c8e61134e71ddc13cf2ad8b2a54f868c15456cc900de54a24b |
| 2017-12-29 05:27:52-05 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.27436146 | | 7149285050b6542c0ec2edc666d2b4c3e311c44e6f93b845b935247abad76ffa |
| 2017-12-29 05:28:38-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyoPpzeinLJCjAVe | | 7809.08544829 | | 07f34b84f9a871b1c71ed83d5f6513a6820ca1839bcce9018fb8ef782524bf56 |
| 2017-12-30 14:45:54-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 4893.92619588 | | 4b5531c6b750acdd4f706b152a0eed2395c7139bba0d1dff8a642e01dbec1412 |
| 2017-12-30 14:58:57-05 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.26607646 | | a1e51febd30a2d5afc926a68a5d2130758f6221b0f37f89d4c486970ebee80b2 |
| 2017-12-30 15:00:08-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyoPpzeinLJCjAVe | | 5679.09883038 | | e7c201299cb800e806cd700c3d121ae1345e007cde4c257f3f5919d92979a709 |
| 2017-12-31 05:19:49-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 2655.71589222 | | f59ea8e13f1eba2aa2cb63208b1d77681ec1591476f9857f3fa7fb9220063453 |
| 2017-12-31 05:30:38-05 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.12287862 | | 1db488cba05a2bc2598285da5337245067e1624dc1e08fb8662a8fcb8b4da554 |
| 2017-12-31 05:31:14-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyoPpzeinLJCjAVe | | 2133.96922855 | | 0fecdc05872f4d5f951ff5d17ac6a874ee69835df4fe7791a211ce883b5a4775 |
| 2018-01-01 05:20:19-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 1562.64216995 | | 6e25ea663c15a65d6b9ea1519fda2cb333d0608ffe7c4b2fdc2988312c2519e6 |
| 2018-01-01 05:30:57-05 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.2097043 | | a1df730a9d2a9fe3f98414c98eb262480b85d3b61762e70bc07830b397b33e43 |
| 2018-01-01 05:31:39-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyoPpzeinLJCjAVe | | 503.748931 | | fefeab88e6bc29b58ad58e7c1d5a3988acde0cf2eb6a61df13f42e3e93a45217 |
| 2018-01-02 06:20:19-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 1191.35106132 | | 07f7d8305e43eae12686418f855a5b27f16d05079ec1dfd165f71f5f984cbb05 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-01-02 06:32:39-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.0621496 | | 011a08cf0b875d853fe214227d9ac00634 d2d705b38eb38fa2e60d33ac26cb06 |
| 2018-01-02 06:33:19-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 542.47001455 | | f7062d544bf36a9f92ebd782286d70a01d abd232e5ed9f51214a76ec34db1281 |
| 2018-01-02 06:34:55-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.46043906 | | b2f59d54eb3bf7e22978111672fd80ed8c 0fad80328c7590379edb212c4b00f4 |
| 2018-01-10 05:20:02-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 6820.87583623 | | 76a57af2c3a98aa353e328a6081c6cc968 6c71710522e491ba8c4b1ec9d13e18 |
| 2018-01-10 05:20:06-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 6820.87583623 | | 76a57af2c3a98aa353e328a6081c6cc968 6c71710522e491ba8c4b1ec9d13e18 |
| 2018-01-10 05:32:35-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.92517188 | | 13a1431edfc0b8d589efad2809fa93520e 7492c6001f9c3ffb11f4b9cd9d3ca4 |
| 2018-01-10 05:33:15-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 5585.75783799 | | ecd013101540a30f31e2143cd0a9cd2ae3 5f77b55519858e6258c062547de78b |
| 2018-01-10 05:35:15-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.12353246 | | 653347bbe68ca7e43497eeee73d47d0273 8b5b0be04b5eff1e45be787dca96d1 |
| 2018-01-10 05:36:34-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 35960.67551899 | | 3858c674c1960ecbcaea42f200d53cd4fa d93950a15f175534120f142127b52d |
| 2018-01-11 05:18:42-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 2383.38332769 | | ea3983ef750175c9e869cb0306b3adc837 0efe7573baac2ee435bc299460ff09 |
| 2018-01-11 05:33:53-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.1660353 | | 301b23461906342e74d73a68ac2b87a6d7 354a1dc719e38dffede42c5810d3c5 |
| 2018-01-11 05:34:48-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 796.19989459 | | 55d7f98715ab8dec80477c60a8624b6d51 6f9dbf35e003d470986b2d66ea78ac |
| 2018-01-11 05:37:35-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.48732407 | | 6b4f804011b86b75425c296b8f7ee06f08 c352e8ce706dc44d8b1c51f05d3eb5 |
| 2018-01-11 05:40:01-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 8874.28412378 | | 02a43ed2a899e3baf3276a66915b8fc61f 8daa70e9b64fbf7c6b51b12e45dc05 |
| 2018-01-12 05:18:24-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 2438.14254457 | | be769f0c3a4c2cc8df4d09f6412f7e272e c7a2f878c8a289844225d7dcaf2f2d |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-01-12 09:30:08-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.1720288 | | 306052109245c8c5d75c52731655d4c461 b7b36ef0259f99ba62f025dacca60b |
| 2018-01-12 09:30:59-05 | Cannabiscoi n | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 890.19607454 | | 6201ba244b054ff056bb1d46a25809e636 9095e2d5aba1b97a3178b5493afcb1 |
| 2018-01-12 09:33:15-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.5021436 | | 2459ddb37d52fc6166d6ef34ce8fa8103 fb94d97fbc90ce9d80a8069cbfddeb |
| 2018-01-12 09:35:14-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 9770.8869835 | | 1459bf17bea78223042d0eff3280ae5c70 1d373e725ea4160f0f07e14dc7eadc |
| 2018-01-13 05:18:58-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 2373.82575044 | | 9cd3d7bd879e66556a5b404e3db83a6fe9 f70ae9deb2139dc6b61213030b4a3a |
| 2018-01-13 05:32:18-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.16843353 | | f3f0deaf0ea011dd86a8265246a5490787 4bfb6a2063b6edbbf0fa7a37504fcb |
| 2018-01-13 05:32:56-05 | Cannabiscoi n | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 875.97256766 | | 0d14385b3144ee98a672997f93b65134ca cade9a751fc55de2edd1dc415fc452 |
| 2018-01-13 05:35:02-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.49543558 | | bc5af97892d8b69a1dab0186a9e90b8dea 73d0716d107eff78bab0a46ab0b34b |
| 2018-01-13 05:36:50-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 9269.09259825 | | 324ad9116df258ed3f230c7abc6eb8a8a8 8201708729227cf2117bc7c37e0711 |
| 2018-01-14 05:22:32-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 2349.40607321 | | ea6c52979b5cd0bcbe5104f0068d5241e7 6f516b004dbea1ccf32d6e1a0daacf |
| 2018-01-14 05:37:19-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.16115582 | | 3bac23896117da7ad675766f114f89b11a 4df98b4bf8acc4edd34eda75ef9838 |
| 2018-01-14 05:38:10-05 | Cannabiscoi n | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 804.13732786 | | b23653f62d4dd1e48d860f971144d13f4d bdac3326295357ca374af14260b3e1 |
| 2018-01-14 05:40:53-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.47034373 | | a74a3e5c0033ab11624b59acf9b2f73cbe d18c736930170b4b4de162193b22eb |
| 2018-01-14 05:42:45-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 9403.57000255 | | 14d0377b351ddbb4508675b32339deb62a 11e6c786d0e8f5aae90ff16886e3c4 |
| 2018-01-15 05:19:33-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 2356.84895627 | | 6a4463499c53b742dfa7e79c72a6eae170 68dac281598c450e3d1cb5f2a11355 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-01-15 05:39:58-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.16496774 | | 38c5276737a22dcd71c9ebb1678829bf8a b4a2a871c8bf770ab41bf518a13ca1 |
| 2018-01-15 05:40:59-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 845.1983385 | | aa3bc2c22ba73db1deea6b6dcdaec46a9d 5e5b6e43b05d32db2112db5cea6e58 |
| 2018-01-15 05:45:16-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.46426038 | | 3b14ea6243fa6a6b70e6b836d94375d355 14423a95218e7e5637a3f9a29ce32a |
| 2018-01-16 05:19:33-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1893.65658909 | | 0543030f6817520094ec16acd8a807ca20 da5ca23f8a71998b0a63898cea31c9 |
| 2018-01-16 05:26:33-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 49.37003834 | | 70e0809d7b967e8bb756bf8b75d6bf4511 e43d4b0a9c665f2df3b8492ba10a7b |
| 2018-01-16 05:38:20-05 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.06484879 | | d143b1e8b3993c2540900c36e3f16720d0 7e460bced1c83f6c0c58fe698c86ef |
| 2018-01-16 05:38:53-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 7.48679098 | | 0x74707acb8bd24bbaf2d9b5908eca14bf 15896785f7e1df8bc347bd68a30bdc3e |
| 2018-01-16 05:39:16-05 | Cannabiscoin | CdpDTVbNHMVVywMkwctyo PpzeinLJCjAVe | | 268.04136158 | | 0a887b79e5ef606a5d33f0ed080606cc1a 113d2638f59f5e07bec8a5cc08c20e |
| 2018-01-16 05:39:56-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 7230.15703249 | | 19f9cc08ec164ba8de3453d4b897445211 aa75bf941f27f4f122490dd2151ea6 |
| 2018-01-16 05:42:49-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.20763115 | | 38b4d71545567e9d8a5a82b1ceba055c44 35e1e64546e5e1619a84851da9a765 |
| 2018-01-17 05:18:54-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 660.9520205 | | 63947ffff845c142c8cf0a0a01437f6099 32f04d93dd0dabc682d110fd1b2540 |
| 2018-01-17 05:23:25-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 94.61945864 | | 1dfdd56086f9343d91aa32d07ec3a03209 588effff9008d206372e9d6545cf8b |
| 2018-01-17 05:27:09-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 64.28006391 | | a89023eae27cc16dc5f3fd74f0d23509c9 937cbbe755e4581f1f9e082b2fb682 |
| 2018-01-17 05:32:41-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 5.71443294 | | 0x17dd95858f8b966ec414379ee7791163 9946ce8c4934ff063b608d3ead068cee |
| 2018-01-17 05:33:19-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2575.42213882 | | 563f1057d23a36f06a2bdb91829194a099 b90541d5170916fcda5db2a526c1a4 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-01-17 19:29:07-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 11496.90125533 | | 036a966c4a21642a70795b036e79a090bd 0fde9ce8238e859d68bccbaae3d718 |
| 2018-01-18 05:21:59-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 367.65362428 | | 9c4adddd1522b715e8d8b38f5bffa91b4e acefd6da75e7e678e5b4d12e151be7 |
| 2018-01-18 05:59:46-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 107.27842744 | | bc31590df1eaf269a023dccef03ec55d30 1de6481eff724cd7525dc969e052fe |
| 2018-01-18 06:24:29-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 91.36024169 | | 66077dbed3f9ceee1d1da3d51a5471b748 05ea2f739ed4f8991ca87227394cf5 |
| 2018-01-18 07:03:35-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 3.3444974 | | 0x49bd5b0a840a1c75cd1ef92d9fcd533a 5c9f4ee47a2d5520cbb948bc0ec1b2ab |
| 2018-01-18 07:10:51-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 567.45407079 | | c276aa482efcb21daf1b6edb5f786e4714 c044f960b29f66484070e63b42f0da |
| 2018-01-19 05:19:42-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 356.26228812 | | b20bd2fcd9ea347454f8e5d3479f4e2d0a c39dff84f3aa8caa2962a7714cec43 |
| 2018-01-19 05:28:08-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 112.71789458 | | 8833aaf0b9f4d852b53ddcba4b3f9ca7a4 f637f349e3f9ce5d8bf972a8dfecc8 |
| 2018-01-19 05:34:19-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 93.86490371 | | 94c5a15a1949c0b7dbcf4662716090c35b 1b69e79e95edaa7c1acf0788eca37d |
| 2018-01-19 05:44:13-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 3.24632783 | | 0x1f06eb2df75aec70b7a826ffd7d6c687 778df8dfe342bf74bea4aba679bd44b8 |
| 2018-01-19 05:45:28-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 583.85194116 | | 262a310a822afcfc09492f755984dedc68 7cd00e6ee47fed5edeb862efbf1838 |
| 2018-01-20 05:18:59-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 367.91706081 | | 90fc0304162e716db3c292483cec828686 9eed367adb1c767471dd12cdcfda85 |
| 2018-01-20 05:28:59-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 111.6159267 | | 2ddecee16fa10db863894b48c1bff31de5 a0ef8741346cceb5cdc3c6bf579e49 |
| 2018-01-20 05:35:42-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 97.37129725 | | 3ef7b5dd8c65e0596135cd7bb74eced29b af4dd86718a9f90eabf9e85f7d3661 |
| 2018-01-20 05:44:56-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 3.23717599 | | 0x08122dc93222a698b79beee810466c8c b68a79f2f8221c9c79628deab2099c9d |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-01-20 05:46:04-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 676.33690366 | | 4150fa3a1c92666ddbca4617c95f757231 ccf7caabb4032c712c9e8434b06767 |
| 2018-01-21 05:18:40-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 362.82740802 | | 3dfcb3b8543508bdbfb5ec85ced4cbd0fd f6066b97d8c574f6ab845e086e28f2 |
| 2018-01-21 05:28:06-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 111.28073402 | | acd75878661faf350c3a3c3a647f434d72 c916d15fdd10850a3b443773c588b5 |
| 2018-01-21 05:34:22-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 98.4157037 | | ffd7e5f93dae16688f78ef437c9db50a31 a38be5a12ffa9dc7caa6a49c300fa4 |
| 2018-01-21 05:44:38-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 3.24988432 | | 0x8d138abe90ba227ff8817d07c522516f b250527a3c5813682037e321ab9ca27b |
| 2018-01-21 05:46:08-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 707.7290237 | | 2c5fdcef9ac95e2160d7c06e129fe9ad78 409d872bb83203063ae96d8fa14027 |
| 2018-01-22 05:18:42-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 369.11896279 | | 0712f33cb6e001abc4ebe4bd11597e927a 97357cff88951e8fade06d864da89c |
| 2018-01-22 05:30:38-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 109.86783748 | | 7afe821ec8315a6514e797904940102934 0f8818b7bcb3ffee53b5cc4e5000de |
| 2018-01-22 05:38:38-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 102.96835576 | | 7973b8f618ff2415e43cbaf8d2c18e8ac3 a6c2fdb4e0c68f35022206f69246a9 |
| 2018-01-22 09:59:39-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 3.26301945 | | 0xf6ae755aa8c54e2691540da7a6568314 b1ccdbf116c88c14e5c346890c66d04a |
| 2018-01-22 10:00:23-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 696.37310407 | | 359f5089324b3a1fa88deb66b45244ed4a e5a3419201d513ec20ace8bdf64291 |
| 2018-01-23 05:18:50-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 422.76858155 | | 9ce820181f62b8fc3ae2bfac02eb5a138e 5413f2c0310f1f61f75f2d1516c688 |
| 2018-01-23 05:23:03-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 135.27633794 | | eac1bff1b89b52ff4c8f254baa78283ce9 47fee34b48164251e78c3510a75c12 |
| 2018-01-23 05:26:16-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 104.98266619 | | 42d0ef3fd1b894f812d425e5654c8099b3 b746522b559500e0d7ee7c43b16263 |
| 2018-01-23 05:31:08-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 3.66308805 | | 0x215914ca8b79cee26a58312ee89ce3dd 9483ec4008be4ebfd6da8f718ca5ddf0 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-01-23 05:31:45-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 802.95454791 | | 86f56de438d13f3688af9e10200810a56d b4ca565e3b4149d640c7272bf62ef1 |
| 2018-01-24 05:18:49-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 449.96832623 | | b6903222fb9b2237b40e7590d21f348e56 74fa817a7a0aa9323abdca24a5bce6 |
| 2018-01-24 05:24:17-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 144.39708032 | | 7e7451f65fb85969ba2b71f09bd2919a0b ce39b45c45fb6d7ed475d71ec7312b |
| 2018-01-24 05:28:14-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 82.13502993 | | 0faf2d637575cbb7b0d3807fa611e68315 884ca258371fbeb81c4eca47d64f85 |
| 2018-01-24 05:35:27-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 3.86394529 | | 0x7705a8cbd3dc7a7fa00e49b3af9358ea f7db964296c641be00d468e9f0bf3a49 |
| 2018-01-24 05:36:21-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 694.95398875 | | 7a34745f6b8b5e3043e4737a862824f907 7668d3af24ce48daabdcc1f5ed7609 |
| 2018-01-25 05:18:36-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 385.80834277 | | f67967d24fa700dfcec2cfbf1e7be458ba eceddbfe3c685dd4f03c8a5aa1cfde |
| 2018-01-25 05:23:02-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 123.19203919 | | ea5b1a31c9df5fd524da2b304d3f5962c5 8cbd753e9c51eeb2058477c21c202f |
| 2018-01-25 05:26:13-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 80.08754652 | | 0331f0b73eb33a36fb30569daecef4825c 05d18e9821d5e75dbf632fe742a528 |
| 2018-01-25 05:30:39-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 3.3224389 | | 0xb78ee832aaf34ca64fa59419e455ac3b 448ba84fc9b18b9755ae5bb0edaa192a |
| 2018-01-25 05:31:21-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 615.74722326 | | 446e35e6a9f3491c70a6e1a9511923f9d4 efab58b5944979dd11bd9f5e5cff6d |
| 2018-01-26 05:18:43-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 386.59366978 | | bb296e019ade8651be69c67434744a61ec 30b09d0e3ea285fa90003f8c6c2adf |
| 2018-01-26 05:23:38-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 125.22436792 | | f9eaaec339689ef2fb886a07faf022fe42 42f3c93ad07fbd728c7f3cafc46e37 |
| 2018-01-26 05:27:05-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 85.36350482 | | 67e3e2bd036425a13f35accbfd8c81d36c e72efdf619f7e1d1ae1843a4add58e |
| 2018-01-26 05:32:26-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 3.33962345 | | 0x10943197b923b4eef3774a7ba5742545 8f752e832592147dbd7bbbe302081789 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-01-26 05:33:04-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 438.85807615 | | 10d2aca786ec2c4c0b55a4231af9b71af4 306100c79dd625ac69d08b1f757d96 |
| 2018-01-27 05:18:33-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 385.49972629 | | 487c960760a50b82823de03b0d8cdbd85c 125a22140943f593b3f28478365e01 |
| 2018-01-27 05:22:42-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 129.94231189 | | 2bc0eaea0d4308bffd1b131442a69648aa 70b6affc3a25219b8c2841bbe033ab |
| 2018-01-27 05:25:26-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 87.82169849 | | 5789d01d2cc9b60815b25f67d097b1f22b 96249b25300bce85798453751be259 |
| 2018-01-27 05:30:22-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 3.35739142 | | 0xe85481fc2984fa43bd756a25eec1a19f b83fc85c50a732411a46506adff45c6b |
| 2018-01-27 05:31:05-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 505.42462109 | | abd8302528ada9d041d0bae9b5684dfd27 8e8e8c96720127056202847ccd1287 |
| 2018-01-28 05:18:31-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 391.71117243 | | 6141b42ab43af1636572d857a2eea1c615 6c51db27dabf8c00b48b0df9272821 |
| 2018-01-28 05:22:28-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 141.71634635 | | 76e217205f37a143eebf522a4069f47a32 2e999d4b1a0195c35984c1665b7e8f |
| 2018-01-28 05:24:56-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 90.8967087 | | 6f9073693afee8bc3b9a1c995f979cde85 5b042011a09e29ef5ab3ab8ab475c5 |
| 2018-01-28 05:29:31-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 3.44986264 | | 0xd0abdff1de51769ce37c4026516bb319 180d01e5392a265bdb7a2c6c5e960d41 |
| 2018-01-28 05:30:07-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 441.53309744 | | f3a6dfae438347ca315038728d5f291e12 2e72e02617c80ed7b81a0c67ac7d21 |
| 2018-01-29 05:21:11-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 580.10019313 | | 9706d860ba93de06005d0069535e2ca2d2 fe3170a8288202211aafa5a5d1d2c3 |
| 2018-01-29 05:25:44-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 104.77550445 | | 217b4fb82126bf94ef3869cf12aceabcdb 519b04f4feac009a160aa415533ee2 |
| 2018-01-29 05:28:26-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 95.4009763 | | 012bcdd099e0cdacabe37bc514544df93d 848d188bd8b3c06dbe6f89a8ed74d5 |
| 2018-01-29 05:33:16-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 5.18216961 | | 0xa1139b4cbc5a9cfd0d9bf118315c2e2e a98cb93fcdd11c41aa731d9512255c39 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-01-29 05:33:57-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 1186.07584077 | | c25e602ae2c9e71d519d9c90d1c661197b 7a8c1930788802a28bab5dad52d014 |
| 2018-01-30 05:21:11-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 957.72515302 | | bbe70500fc7261df33356b0774d8d547c3 73d0a797f7de6907878d365663beb5 |
| 2018-01-30 05:26:33-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 30.65238454 | | bce0876b15cd32d22b4a123829d2ca4307 ebaf84abd804611b09c332331dd22c |
| 2018-01-30 05:29:40-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 101.39268577 | | 09740e26584335bb55ed87c3f30f2b1540 afa20f02fd630f3c6055d262f13e21 |
| 2018-01-30 05:35:09-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 8.09981515 | | 0x4136c467b0ba8e567dc5a33ab43f1297 2b1e5d858f9b5ed420a591fd99deef19 |
| 2018-01-31 05:20:24-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1115.56145704 | | 508f3de61641efd51a86ac4aadb6294d34 33cba63cee002fe4e809bf969ff2c1 |
| 2018-01-31 05:25:27-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 33.75842599 | | b266a94f8f5e5bdff4062c0111b676db75 9330a77bd1b2a489bb672ad8f85705 |
| 2018-01-31 05:28:34-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 114.83318787 | | f4aec596f61f20913605de9ce2545a7dd9 986ada83bd3a74a530dde10f375ce1 |
| 2018-01-31 05:34:39-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 9.15896288 | | 0x82b9f26d42fac740f19184102e2b5b0b 15fb9cab53d3d0b34fa7a6ef2a7b36ac |
| 2018-02-01 05:21:00-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1162.34362089 | | da362a10ad134d138c536d75c7271bbd06 68c75fc2a8ed526754503cf23f9ee7 |
| 2018-02-01 05:25:42-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 29.72913092 | | a1ebcfb3fe8aa0854f690348e8d358c975 a906814e08181fd345ecd07392ba8a |
| 2018-02-01 05:28:08-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 118.68230546 | | 38b922f170fb5384e27febd2c2a68d253d 98d3a41c11e9726a4c1b0d803bf029 |
| 2018-02-01 05:35:24-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 9.21655761 | | 0x13002d9644d46afbf9d4695df3b3febc dba80ca7343f36934d13af406f2172d4 |
| 2018-02-02 05:19:25-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1143.09383667 | | fd3742ade89155d50b6b3120bedba09171 55b41ce7a9b2fa162e21e7b6299882 |
| 2018-02-02 05:23:24-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 30.49110062 | | 45d25568e1bc876029a3dc808c2538ac29 75d191a474df760e5a44eef025baa8 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-02-02 05:25:54-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 123.29294677 | | d8e4199a8bb93c6b4b52511265b8b9f64b 6d6a9f4666f7aec97449e71b3e5b82 |
| 2018-02-02 05:30:39-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 8.82935471 | | 0x2d18b43682bbe92ec6fed23f5c95fcbf 4d141078757dcb89d47daba8fe5eda17 |
| 2018-02-02 05:31:28-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 1999.14823667 | | 492fbaf00b9d5aa2abdda5104ba61a3ef6 70b230dc66e1ad48852bc48203b377 |
| 2018-02-03 05:18:44-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1017.14877858 | | deaa051763deab428e83c2c8a4597811d8 a749446f24824b2d3863b37ef97de1 |
| 2018-02-03 05:23:12-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 27.71565331 | | 9c3c7e01f105a7dfa7e7766864dcf9d7d9 f0b51f8b31d4856e6e5dca3391e851 |
| 2018-02-03 05:25:54-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 117.13953108 | | f4414f2329b1ed508086c243b7b2bb9ebb bb4e04a42e705dc5532d9cff20ee65 |
| 2018-02-03 05:31:34-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 7.85030817 | | 0x93cc617dc3237d14aaeeccefbd592eb3 210d008f371331770dd14b8d5ec63a96 |
| 2018-02-03 05:32:14-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2238.58445221 | | 50c62723cf423d46dfe205dece2bb03921 a1e52f5c8419d8e2e6273166c21e79 |
| 2018-02-04 05:17:32-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1033.11111729 | | 14f914f22946f24c5db5c8493d8fc93025 5e4e98528ebf888838208a037dd875 |
| 2018-02-04 05:22:33-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 27.76199614 | | 7d302726d77852f7912dae02d4b3c04b2d 016987eb71a0ff56cd86ba109febc4 |
| 2018-02-04 05:25:28-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 108.58843816 | | e1e9c13acada5f2116f248779becb259ab 480efc5f3ef273db296b053e97943e |
| 2018-02-04 05:31:01-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 8.02088375 | | 0xa864a5a277f1a06b5bdce3ae2826781c f633c1f90181fc506f27547e010d0f0e |
| 2018-02-04 05:31:43-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2504.42574315 | | e6df49ef30eacc527c3970b0b8a48a169e 03fe4d05189477ab2b66b145c83362 |
| 2018-02-05 05:18:49-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1098.25757788 | | 27af44224fe7484abc097fddfae9c80c2e4 f722c668760fedea33ae72474ea107 |
| 2018-02-05 05:22:45-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 30.81872218 | | 82d11fe8fec3c466774a15a4d6a1060ec7 d097ab9d28bcdc15912ef0503a89cf |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-02-05 05:25:40-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 118.52833526 | | 6e24a565bafd55ec3aa63e9608b7794f75 437bd0606bcff34f89c9e69a7c0407 |
| 2018-02-05 05:34:05-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 8.56490122 | | 0x67a0a6cf8e4281a35d0694e26c5255d9 b20978858f3eb343b452185298775d54 |
| 2018-02-05 05:34:55-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2725.13044113 | | 3aba4bcf3bcbaee900cce58901dd7bd0c9 70ef94c907fa9083085cdad4f2e652 |
| 2018-02-06 05:17:34-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1186.30902751 | | 2533539c564a7c5388e92848206aa62e6c 1830f2f5ef6fea17c2b6ac42dfb481 |
| 2018-02-06 05:21:19-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 34.91300382 | | 35e1f21f563c690b3f8506f7347fab9dcc c72f462b833cc07ba9b5032af0d678 |
| 2018-02-06 05:23:49-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 118.55896252 | | 0a52f83aaa1431cd92d444ecafb39ea4b5 3bb8512b45a32cb5cb79ad7b049e07 |
| 2018-02-06 05:27:47-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 8.92079269 | | 0xe9436db4e1cba345bdbb110433ffc3aa fad51b9e5d4863fba10607075c91dac4 |
| 2018-02-06 05:28:28-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2855.73197858 | | f6efff4843412bfbda92fa2c99f55be48 1b0660a975e7b2a9a6a028c5d71113 |
| 2018-02-07 05:18:23-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1224.20914168 | | d7166af9881f10a2e73847a6f30ca6b835 800ac3d8fe7723b7cca5f5cf0c5a2f |
| 2018-02-07 05:21:45-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 33.46631855 | | c2e59eeb4d7537f14a85301c51f88de3da 3d833094de750161bf256a4bbd9a56 |
| 2018-02-07 05:24:04-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 121.62668751 | | 32354c5d5683bc10e3107fedff7a1b4c69 e72759246df51a512c904f5eb3fcd3 |
| 2018-02-07 05:28:54-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 8.88308069 | | 0xad85ca5a39a7bc87bc68f77ed960aac3 4fdd5f1e7d16009acf9d5e74ab4fcc90 |
| 2018-02-07 05:29:39-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2945.57759238 | | 416d038e942d79f33841c847bc49cb7487 66292dce49610239f02fdc89252431 |
| 2018-02-08 05:18:04-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1222.98330595 | | 84144cebc1cffbfac426d2ac61cb9597eb d0d0fc57be43ac98d058b6d48219f6 |
| 2018-02-08 05:21:15-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 31.60387795 | | d99008060b17d1d85d5df9a308658a4e27 41acea00cffb710e1dbf9a27a3e54d |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-02-08 05:23:32-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 124.21743295 | | 77f78305c96df0461a5259c6cea66900ba 044b2b1e7c11309b5949bbd32789be |
| 2018-02-08 05:28:26-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 9.19788383 | | 0xde250e496dbdcda753ba10a70b39a8c9 5a686c0a518f3731ffe29ca14a2c849c |
| 2018-02-08 05:29:19-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2544.37702198 | | 18edd585cc21885e22870f0430b96df3c1 278c2312de6b92e93339165c473b2e |
| 2018-02-09 05:18:37-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1156.29218695 | | a3bbf8e929748e379502263f4c8e61db1c 98971e14c7c114891b7cbfbf844206 |
| 2018-02-09 05:22:00-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 29.73981505 | | 427a6ae36c0d10515d57303d9c59217839 b9d97458e1cb4557da9ca2231c1a73 |
| 2018-02-09 05:24:56-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 122.18625681 | | 5f2190f3619388cf2acf346bb4047d2a54 a808ed7fb39c95464a5fa25c35c482 |
| 2018-02-09 05:29:30-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 8.34157001 | | 0xb73ef106b52d1c5a3250ce01b38c155e 7246edb1445657899a6335d14ce1e6d5 |
| 2018-02-09 05:30:03-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2298.6298712 | | a2ed165efbb12e5d142e231e1c0aa9d4e4 17b87c9c62305c944d8792f086a853 |
| 2018-02-10 05:18:12-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1219.39951353 | | 06b775e90ed96d5677c6aef01d5ed66e2c 8d43f081924ae2f549f7c9614bceb1 |
| 2018-02-10 05:23:59-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 31.92409249 | | fef103214efb06735662f998562d9d0ce7 5bf2d7738d222a44dbcf8ad025421e |
| 2018-02-10 05:28:33-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 120.59502598 | | 09833c0480d8600608e5ff1cc36fbc0025 7554ad12a5cfb3ee4b73d84c4d4b51 |
| 2018-02-10 05:36:08-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 7.49349317 | | 0xf9831975be5285db1bb3cfa81eae9f9a 5adde26ca86d1c3b01ff845662624582 |
| 2018-02-10 05:37:07-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2436.20342345 | | e947efa7312fd2ec65f598ed498b99a4e7 9077cef70ed8e0facb6df7c8796364 |
| 2018-02-11 05:18:16-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1162.87008199 | | 6bc130b6c823c03db96249d6e2b4c9905a 06fde4971c7a1fdb7b01363eae6835 |
| 2018-02-11 05:24:23-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 32.5393728 | | eeff77a9d80840d435add495e1e36f375e 0efa3e6eb544823cba6229f943f7b6 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-02-11 05:28:47-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 119.59731134 | | 1c71fff7fe5b2035aeead329dff471d530 5bbac7938fd9f3a3bd9f63ea63a386 |
| 2018-02-11 05:35:17-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 7.54300876 | | 0x998c442075144c7251157b032852aade 8646f31cdfedf0aeb34d52b78a64363e |
| 2018-02-11 05:36:20-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2444.38653269 | | 6dce0e7a5848a57420af2d827c83b6d0bb c6b6f915d977c62d06994e5c6d5747 |
| 2018-02-12 05:17:46-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1226.43981848 | | 17989da3879696cf64fc765daba990e7fd bba66aab90c4c9d8bfe5fcac1ea9e0 |
| 2018-02-12 05:23:42-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 33.02095158 | | 8224e4b5dafb90c7ca37b7c8184ed749df 4a6d880f197f174c1d5e8552012a7d |
| 2018-02-12 05:27:47-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 120.45072633 | | ed033844b90eac94bbdd7eb9298461b3cd 6af020a4948b204f35c7226dcca6cb |
| 2018-02-12 05:34:13-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 7.21726926 | | 0xd6cbc89fe5489d6acaf68fd167ddd1b7 dcae6e218f87c940120eb74be3b489e8 |
| 2018-02-12 05:35:09-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2751.07094199 | | 562ed7c5702d2e406d38f5aa8935de1968 ca261d0b02b6947752ebc1444747e1 |
| 2018-02-13 05:18:38-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1148.06518353 | | f7db6bed9539a630823ee6f9f81a7806e1 81976855f92c1d5148c3420873a7ff |
| 2018-02-13 05:25:05-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 34.90904602 | | e20dbae13cfbb5aaeb61202611d67487d9 03a5c1d1e466fd25094ee525ecaf0c |
| 2018-02-13 05:29:11-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 122.32538338 | | fa02a06f352d003f387e6882c7578b99d0 8e1bbbee20a249c2757e54099bac59 |
| 2018-02-13 05:35:12-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 6.84029508 | | 0x2655d540e19f0115c4d576fa632ca0ba d150a72058920ecdcc99c11ce1023ffb |
| 2018-02-13 05:36:15-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 2990.43444146 | | dedd072de20b5e3380cba9a1b93ea79071 4dca831b8a7d6c436a66deffd083e8 |
| 2018-02-14 05:20:51-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1243.22238277 | | 1d60e9777b363e571144e4f831579925aa 9167fc054a760a6b51f5b381b8c9ac |
| 2018-02-14 05:28:25-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 36.40562747 | | 399a9808f28a5c4df89afda34d46ff99ef db9ddbdbd0a899e99c38d5201cd3b8 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-02-14 05:32:48-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 125.51740964 | | f4990ea64b2bf983c8959240771446dc01 a8b8564e5fc1381db070653feb0d8f |
| 2018-02-14 06:27:48-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 5.80838197 | | 0x9e89bccca9f6416add067b7102cc1ce9 6efb43ceea04a79bba52b8276d4b0570 |
| 2018-02-15 05:19:48-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1500.9497956 | | 23a4acd0f7215e9cfdcb8ef818d7c3f1e3 be0f11cfc290e94acb27d399c24e2b |
| 2018-02-15 05:27:04-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 45.51194064 | | d16433f36621e615d693e52f01811e4ea4 82fe8a021502a0c9df972a47406d11 |
| 2018-02-15 05:31:57-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 160.49548838 | | 7b5dd516437ac4e4888396d83b159c04e4 6e7e9b63b52b6e9a290acc872b31a1 |
| 2018-02-15 06:24:47-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 7.27243854 | | 0x1625d672d3cdbe09794995043f6dc5cf 1c5a9597cb1562b029f42f3d0ef5855d |
| 2018-02-16 05:18:41-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1708.38413878 | | d483ce32d264b957c32ea8d4d4dbe59959 1675092e283d52d2168d9e29007241 |
| 2018-02-16 05:25:04-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 59.05499085 | | ce98f5cd23a766d38dc128ba93fcb34fa9 f8b8482ec6b7288c8d44e2acbb5510 |
| 2018-02-16 05:29:00-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 174.75618784 | | 9816f019ea75e48d6c01046e5c3e515d59 e11637172a3c05cee96ebe2a7fa49f |
| 2018-02-16 05:35:28-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 9.04802789 | | 0x30609f951231cda990410728f370488b bbfe2d621a7d3d5b38d21abfc608e3c7 |
| 2018-02-17 05:18:14-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1821.52640559 | | d3a4745bc8a8110b335d62a2c75900c0d9 8219a47f9bb0493e497e5ba373de04 |
| 2018-02-17 05:24:52-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 69.6072943 | | 27f47d2712a69d78d5e77082abcc659b73 c65e937571d7cf3a71c73773f97985 |
| 2018-02-17 05:34:43-05 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 9.70000853 | | 0xe313e51a05d7196b3ae083fbf71173ec 15c6354888517b542e4f748aecd5169b |
| 2018-02-17 15:22:04-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 174.03317153 | | a9c5c2dc95f6ba2f89a5df0e4c5af712a4 7322790340cf26ed4f48e1d908e49c |
| 2018-02-18 05:18:06-05 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1835.88704843 | | 85663459cb45abab6208938ac1b4565483 065a0842070d156c4a9dc12d282f7f |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-02-18 05:24:45-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc7aiGuDsKfQWYR | | 65.78629055 | | 97e1f0d118d956cfa443e48cd6daf7acb3 9d5d79ede507eff3e884aa619fc537 |
| 2018-02-18 05:28:54-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 169.64434832 | | e4d86b5dac7226d8f4810d6d4957e1b830 f00c06f5ea0c5a71a22a51de791aee |
| 2018-02-18 05:34:32-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 9.70722301 | | 0x594eff7d10ccb955a52c31bf151745ea b18341e15e03f77a094d3549d63cfb73 |
| 2018-02-18 05:35:42-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 1845.42762244 | | 4073dbf5b65561108faeb3461b45e86bbe 1c047f71c2abecd55cb9d6954499b0 |
| 2018-02-19 05:18:42-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1791.06452593 | | 008603c45b36943c9cf864cf71b3062fd0 f7e81ceb0513b4b97491015016b35c |
| 2018-02-19 05:24:51-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc7aiGuDsKfQWYR | | 62.37281314 | | 9de13912e23cb140467c4821bbcc839198 47852651d721f11e685ba3a791101d9 |
| 2018-02-19 05:29:21-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 166.35065946 | | 39a644126078be0177efd8adc965577f37 40203370878170c0e84c7026fa2765 |
| 2018-02-19 05:35:16-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 9.11647194 | | 0xf0595a426b33ea190e6688afcfd5b98b 6931e87eb11ebaed5a8948ecfe0f70f5 |
| 2018-02-19 05:36:03-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 765.15605427 | | 294e4e671b985190f9b4ac12e858dcd3f7 8fa4a29384964e0c4be7e3d8c2dc46 |
| 2018-02-20 05:18:00-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1668.11914961 | | 3390e587d6aa35c4d055647fd0bb92db3c 60be0b306145db0b7d100dd8886491 |
| 2018-02-20 05:24:38-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc7aiGuDsKfQWYR | | 58.01291938 | | 3f6e1cab0bc65974409488d90d6f3b1dd8 976f390ef72eecca80ac7d24a1f51d |
| 2018-02-20 05:28:38-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 163.59285059 | | d132ff6e1902f688b951fef73b8c6e163a d9271d8eaa073819bc77dddb74e121 |
| 2018-02-20 05:35:55-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 7.87207869 | | 0x40c90559b6818c65965714601b709a0f 8a605f9a74e7edba779b523e2dd08826 |
| 2018-02-20 05:36:48-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 766.79890643 | | b542c1fbad40346455e83ace86454d1b82 d7883985057b6165d1a03da9272358 |
| 2018-02-21 05:18:35-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1886.354015 | | d85333913a47e27765227f60b7bcb25b9c fd5954b241fb8cc5d139a76a9dcbf9 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-02-21 05:25:14-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 57.14808932 | | c4d1c71b272850d44f6343e8450e083eac 9073e37ce8dee398f40a042f3444f2 |
| 2018-02-21 05:37:13-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 7.93168705 | | 0x22f13efdc933f2a6004c2bd4f461e502 11804b9868158603f6f78bf5ac3d0103 |
| 2018-02-21 06:25:44-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 770.36173521 | | 3218075e773ce5bd41308fea2e184c0e15 6fc44743613f10d0e20a72937d0b8d |
| 2018-02-21 13:21:15-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 174.01081294 | | 8ff2bbac2c53c128fcb7b27e9e34412a9e 48b4f16cc9187fc40d3bbd27d0f785 |
| 2018-02-22 05:18:00-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1901.74949557 | | e8ee4506b364438a2255a84dde7b2b5171 058bc45a9f060fb09f8c0155ff505e |
| 2018-02-22 05:24:51-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 56.17245745 | | fb53256b5c98778469fa5a281eac0587c6 7df9a1688be56b4dd53219706447f5 |
| 2018-02-22 05:28:35-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 172.47830948 | | e757b4542f1abca6f90fa45a2b38d74562 dd89b5f297c562ff21b34d4524f2a6 |
| 2018-02-22 05:36:02-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 7.96649005 | | 0x96e7badcdfdf56f492633519e183127b 0f0f6c1e3723980d95f8e387f49487ba |
| 2018-02-22 05:37:03-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 820.56154148 | | 3db235b28d825b46232dffd9acc7f7ec0e f6c43bdedd1b3bd95dd7e84116e41c |
| 2018-02-23 05:20:22-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1851.35844745 | | 21fb217c80b017c013c1ad3faa9c24d5a6 1b3c1576db45e0be66646dbbdeea89 |
| 2018-02-23 05:27:03-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 32.02811595 | | 9b102dfbd962e564f33963c603579dadf0 e6a156d709aa234f356e587ccf69ee |
| 2018-02-23 05:31:01-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 175.1598419 | | c7c4eb70f503635250fb31a79e0067b8a2 6a4bf11130ff2828be385ce760a188 |
| 2018-02-23 06:25:06-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 8.27838124 | | 0xba66f59dc850f604ac23c7659b9270da ebab00fc1f451b50f81ea4db76c4ae3e |
| 2018-02-23 06:26:07-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 407.2390918 | | 9beffb253514e1ef96642dff3e4d6f4f40 76d511a6d39c0cb3455d22d23399d4 |
| 2018-02-24 05:18:23-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1803.46711536 | | af91230aa2ce726d203a217c45f0a0e62c c4badf3c2afcb98fac3a483d0a37cc |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-02-24 05:36:26-05 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 8.17849587 | | 0x6a8d8bb1759a82a521196e6477595686c0a4b642d6fafb8a8327dd8412ac9edf |
| 2018-02-24 06:24:52-05 | Unitus | UXBmU3bNaTzPrfCdHqL4YtbqN7jacFmT1K | | 692.80950327 | | ece6bfc096fb9be82b2b0d4ee97ffe541d847dca0fbf41fe3639970d9ba0e990 |
| 2018-02-24 21:21:45-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJGQTAqKdYNeYbZh | | 181.74434995 | | 896fe3f318e79cff56cdaea9d10146194a4f18b0a6cb12aec6a5b3fe9c562626 |
| 2018-02-25 05:18:38-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 1847.05973633 | | 5856d78e79e21240812828f4fff44ca57061d3d89dd91bd892ebf8b18118cf51 |
| 2018-02-25 05:26:20-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc7aiGuDsKfQWYR | | 18.73725832 | | de006a04d58f4c7f5acf296566743bf96a2910204f635ebf559e91f0822037ef |
| 2018-02-25 05:30:41-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJGQTAqKdYNeYbZh | | 174.76245622 | | 359041a5440423950e91b0c8bc048af77d621a1b8eef7e3ae01e97018fd6d235 |
| 2018-02-25 06:25:12-05 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 7.4762982 | | 0x89397af820e349a770b44dd2cf31144d234e93c228b34853d9cb982c1d03f309 |
| 2018-02-25 06:26:14-05 | Unitus | UXBmU3bNaTzPrfCdHqL4YtbqN7jacFmT1K | | 839.79226969 | | 7dfaf60dd00365484d1d4d3f81befb3341464f802f5701f278300ba71fc58b36 |
| 2018-02-26 05:18:53-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 1939.93331634 | | cc4b99158f1a1bcd0f3e30635e1caaa799c6fc25deaaff95525203e2d50ac53f |
| 2018-02-26 05:26:10-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc7aiGuDsKfQWYR | | 16.36443627 | | fe1832bc6b1bde396c43553bb7eee69d7b5d6be31a719482bec624cceaca6c84a |
| 2018-02-26 05:31:35-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJGQTAqKdYNeYbZh | | 174.7170618 | | a41ff8613fe03f47c1686cc1a2a5fa488ea95470cbbf41ac87d6c7cb2672d0f1 |
| 2018-02-26 06:26:35-05 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 8.07552105 | | 0xa2be22370cf8cd3fba09af66127c3c4ee7699f58cdfef9cf119c75cec1e39981 |
| 2018-02-26 06:27:45-05 | Unitus | UXBmU3bNaTzPrfCdHqL4YtbqN7jacFmT1K | | 970.73352213 | | ed1ad9a9450dcaaf8de167e5da6919f2bd431db42854addd9f956d04a0918bac |
| 2018-02-27 05:18:47-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 488.06820347 | | 4fbea6b7f21bb0becfe99acb55447d0c0cde6ee20bc344632a26ac942196416a |
| 2018-02-27 05:25:38-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc7aiGuDsKfQWYR | | 16.98945253 | | e057d843db5472182160eb7f26f58e9d799ff06d61b229f1e711ed4658fa57ea |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-02-27 05:29:50-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 45.53761853 | | 1aceb2861291a1232277a385aeda062891 261ca22ebd7b606780dcdc3e9d9365 |
| 2018-02-27 05:36:49-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 2.09362184 | | 0x713de0e3534c47c7124419ad8e43b3a8 852c7c4657743d4f69d65bd12ae839d8 |
| 2018-02-27 06:27:34-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 254.0370124 | | e70d3aafc9e75443f6c042a4519b5274b3 02919497c525e8c867acaa609b1914 |
| 2018-03-02 05:18:32-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 14.40249552 | | ea880e6865a106b4acd07ee6b1f8eef00e e3d31b29dad74f4134f53040c77198 |
| 2018-03-02 05:23:51-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 0.59449631 | | 853ccd6e43736a1c6522b315f0c20350ff f0096d699112a07859feeed8ec38fa |
| 2018-03-03 05:17:52-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 172.86870404 | | 781c4cc76440d93d70dec344f14a088334 eaaf4f008f64e8891ceff6e49c0667 |
| 2018-03-03 05:25:07-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 9.08978416 | | 4c79dc3b2214f89cfe203f362cb2c7feea 90c445953b5279b0c9e660be8b5b6a |
| 2018-03-03 05:30:03-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 18.59439121 | | 24cd42a0e80a2251fa4222612a0a0b97c7 fbf301e903f2a66bc2ef4585045a5d |
| 2018-03-03 05:36:00-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 1.09074051 | | 0x04bdf644cc6f613e1b898d6b281b686a 8697ac1a68fd34518eddaefdaa388901 |
| 2018-03-03 05:36:59-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 98.2138831 | | d6c4e751fd723e77b284912265adfc1b45 edc6db31c223a27fa84b488ad05e9c |
| 2018-03-04 05:18:42-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 817.85517298 | | 6a5b6b811afff8cb79b669c1f5347ff22b 8536c3f1dc8c27b232380c6d4091c8 |
| 2018-03-04 05:23:59-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 43.17187219 | | 09458c6939f5c73b74cdf8ce4c573ee914 bc057e56eb223c2d67a548154e053d |
| 2018-03-04 05:28:21-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 76.62714923 | | 57aef346ce0ca385e97a0cd66b190dcd6d 7e9bbb149b7c5a9c25c8815ba62894 |
| 2018-03-04 05:35:48-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 5.06495614 | | 0xa09d9b465da893235b02ad7c018ffdef a5f958ea4ad38f886c4c578facff025b |
| 2018-03-04 05:36:48-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 417.88431801 | | a97cd638af078c352b480057339f911fd8 bc2de2a424a1a004825386e8613d81 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-03-05 05:18:21-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 991.37540852 | | 019f37e9296229eec8b91af5ffaf9b4d40 03ce8ee03394e3d6463dc263aa758c |
| 2018-03-05 06:32:49-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 55.18276572 | | bb8e8df1b67c990fa9e1836e21908f8ab1 ffbf36cb024c01402ae8b9ca819d8e |
| 2018-03-05 06:37:34-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 97.90075347 | | 7552c4e2ef5ca32a8237ccd144ce10d28f 80f2baca88926b6407c03ea0a24904 |
| 2018-03-05 06:45:14-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 6.14998473 | | 0x8a37a53f7d32824cd3214c100baf867f d34233c2f4278ea99ca1439b031d3aca |
| 2018-03-05 06:46:18-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 537.69387272 | | cb542fd40cc7b700171ffc7476ecc953be 0fa8075aa85b37eee1aee4374f1342 |
| 2018-03-06 05:19:59-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 2197.0977547 | | d42e7426c9926e3a1342f3ee596d0858a4 8b24a37ab335f904034700c6a8acab |
| 2018-03-06 05:26:27-05 | Monoecicoin | M99Fc4cLXnGbv252g17Vc 7aiGuDsKfQWYR | | 11.62075678 | | 005ab9b2509ce088f290f2aa60c63892a9 cee1edc10fc895218563f2bf8df692 |
| 2018-03-06 05:30:57-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 20.98360749 | | d2cff6bd3e88782f555220f70aabbe12bb 9f2a4f650d0dc7cea16e12fcae6f9c |
| 2018-03-06 05:38:30-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 1.3330365 | | 0xca78e01dfcde71b0e0f21e41e2b4d885 3545c91695a00600dc3fb08398d4103b |
| 2018-03-06 05:39:36-05 | Unitus | UXBmU3bNaTzPrfCdHqL4Y tbqN7jacFmT1K | | 123.70932551 | | ab3622b2d83f7a8541940feb7b8e613d04 cea6140588a819752f2719fbb3b62e |
| 2018-03-06 05:42:18-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.98728572 | | 2383cf854e9240da2c610739131b18fd1d 0465e399c0395c994c9ee46787336e |
| 2018-03-07 05:18:25-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 1651.78743358 | | d946b8f8814614293925ccf6e83ea7bf93 c9e11c54537416019d7aa06c288461 |
| 2018-03-07 05:28:12-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 12.02866796 | | 82eb5fc2a25ba7ad2deecbd514bf9aea8b 4afab10521e415757d1ed2da1a3486 |
| 2018-03-07 05:36:24-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 4.84289751 | | 0xfa67b51b1480d313f63e8c99c27313ae 00dcc64e5f3ea1b03e1df3fe5b1a919f |
| 2018-03-07 05:39:39-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.29108946 | | 26a7785eacc49feabc4dbc4e0219f09de1 1f6596fa2f67b4119c5a0bf014b008 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-03-07 07:23:09-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 953.22235676 | | ce783c4ce7c6676203bfb3419bed68b7f3 8d476d2840b9083cce98d05ae0e6f7 |
| 2018-03-08 05:18:39-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 358.37612783 | | 521730a4a5368eb9680c8307ac768f25e2 8f902a817daf99a25cb2e4793e4a42 |
| 2018-03-08 05:27:50-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 12.97678117 | | 5c213a60040deb19da610c5a1e4b3df894 0f3fdc77ccbe5588f7e7d960dc2499 |
| 2018-03-08 05:35:44-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 12.99427056 | | 0xbaa3bbef19339b960337d39044483ee3 db4f4432ad543d56c6b7ae08b36f9935 |
| 2018-03-08 14:35:15-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.89225102 | | 212332a0d081073fd4ca2df75e3c1d53b0 aefc0284424cd762c53f76231e5272 |
| 2018-03-08 14:36:55-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1526.15754174 | | c1791d34ebb7ab16010bb7ed95ef137c48 58193a1adbfb1288a25124112d0632 |
| 2018-03-09 05:18:13-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 359.17852048 | | 226816f831106579383ecbef9088a6042b 8e1e8b69016e706dc13f6cef5e3721 |
| 2018-03-09 05:28:11-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 13.10088329 | | cbe8addead5d57303b6e9ad1de29485e73 855de03a8e40cb5224d5e63730b0c4 |
| 2018-03-09 05:35:03-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 12.05434582 | | 0xdcc0336ce1bd4326e18d1714003aab90 e9eff7d482dd66a628dc8fc8272ef17f |
| 2018-03-09 05:38:16-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.85943688 | | c18f1f2b3ef0f28bd6842ae0ffbbda5063 00d4b0ca3b1fc8f2a518d4d351d281 |
| 2018-03-09 05:39:47-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1577.90986838 | | 4896e19044bafdd15dd141f9cd26e65c2f edf67bf43dcce3646145f3e84a730b |
| 2018-03-10 05:18:25-05 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 428.7750006 | | b98fe5c117242d1e908bcd9d245f1ca24c d261c7541b0f6d14fdb94cce03fe38 |
| 2018-03-10 05:29:37-05 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 14.39338625 | | 41ba947c65974364f2e9f8b351f5dc7189 0a2745d140fc8296143509e13611a4 |
| 2018-03-10 05:35:31-05 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 13.09937864 | | 0xadf5f5ed68e5f106944c13bea9e02aa9 d954262c800db52b773cd6cca490104d |
| 2018-03-10 05:39:05-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.90348464 | | 0b256d427f1faf431e0531cad46d9ec716 a8af1b8d638576eebc4c706e476422 |

83

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-03-10 05:40:57-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1752.60782296 | | db5f404f7831808d091bfd9ab4f6fe10e5 36c35b9d6e8309b68baf570dce467f |
| 2018-03-11 05:18:21-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 423.3398089 | | fd24bf9d383aaad3384ad94afbf458c8ff 500959b36f665388eeb05b6f9b51f8 |
| 2018-03-11 05:30:34-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 14.10758142 | | 9a29684f4524d48346c0fa835662f66729 0880383b54ccab57f8e627b421f3c4 |
| 2018-03-11 05:38:14-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 13.12754385 | | 0x5a5ec664a661b6a138237771c8f14347 a9ee2f9ee2c3c6e18ede2dfddf8cbae3 |
| 2018-03-11 05:41:52-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.84211803 | | 86f8131c85f5daf1e148b6ae0d89231c2a 726dc0627e9513ff7f2dbf8e658b5b |
| 2018-03-11 05:43:47-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1680.90763813 | | bcd6d96fda126a8140b9263841830128df cd61479be1d9ce11c3447b0d1c1f46 |
| 2018-03-12 05:18:29-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 427.96707535 | | 7b36b3dff764681328e526da5969f7db26 9e3c8e7f964b434ac26eea7c975b1e |
| 2018-03-12 05:29:15-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 13.80465153 | | 601c8aef848cb2edb8889560b55f73aa46 74975db56d8909f5ae6a4dc0f1e5c1 |
| 2018-03-12 05:36:26-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 12.91058105 | | 0x937b4944b628691da9ced25f8e954c22 0b6edb540d9d3a69d9884ec1ccedbd40 |
| 2018-03-12 05:40:16-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.75578364 | | 63ffc2a8baa1ca08a5f55da2e76be75a77 34ed5335f0a5728fe18ff4da509d6a |
| 2018-03-12 05:41:46-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1632.52013809 | | ef79daa6c3d321ff73ac671baac58d3569 7c0206efd36ed302e6d27b2e50d19c |
| 2018-03-13 05:19:01-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 455.57619162 | | b4edb545a6f0923eec2257e1a1edda706d a26f7a6b79dce3c1abf8e2720d0754 |
| 2018-03-13 05:32:30-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 14.47973734 | | 2328c2a72e3baad2e3736742905352e4c8 d00332f3ede25ba18696d53e68a40d |
| 2018-03-13 05:43:12-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 13.81039383 | | 0x9156f92c7595c81dd3e8af5071cbc663 5add74e58181ec7df54e74a026dcae39 |
| 2018-03-13 05:50:04-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.87976294 | | fd5f1000070d6436cdf602eef15a7a6779 280bb6f2d3d26c3dbdfc9520600d09 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-03-13 05:52:47-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1715.85969455 | | aeb5016a4cdc1540381c5e6eeae1007bad 7dba08b70fa1b7fe1b549f32e1f180 |
| 2018-03-14 05:18:35-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 461.41318892 | | ef96a8f2bfa7a6fc2a32a14ed725ae6729 9c100bd3f23f7361fd9d14146216e5 |
| 2018-03-14 05:30:46-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 14.25122923 | | 0e387232a130b4b4d36e81cb08aa24eae6 30ab4847570da1720bef3c1285b537 |
| 2018-03-14 05:37:36-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 13.82919056 | | 0x52e805971417704e338bceb2d19fe5a5 ab9b68a46a66a7e6f7d5f031116cd707 |
| 2018-03-14 05:42:00-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.89454787 | | fd1dc9b043dd5a98375ca88d932219a342 16eb07a01183cee68361b7407799a9 |
| 2018-03-14 05:43:29-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1726.55810077 | | 45495870c01476fcbb6af08c1329dca19b 3c26cfe32551dee32cd488e6504372 |
| 2018-03-15 05:18:43-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 426.91084791 | | baf47d55648ed56926bc248c5ce8df15fc 3917e0b9b052355e9af45fff76bd0a |
| 2018-03-15 05:29:50-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 13.35609743 | | 302bbbc0fac9ad3d7589d90492e44afae1 f99294a9096951db4cfbe308b72013 |
| 2018-03-15 05:37:31-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 13.58491946 | | 0x5cdddf8845422b050dc248a7b17d2349 98f25b9c94b6c0ca2c0ac32eb79beb87 |
| 2018-03-15 05:40:57-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.7765945 | | 884a0a2fb4da2f04527a47888d9c7cadfa 222d747edfb47fae2c7da78cd1f098 |
| 2018-03-15 05:42:52-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1680.49483622 | | 992a319c26c50516b0a289da04aa6d4e83 0f372b56505f23d90f810e948c6052 |
| 2018-03-16 05:19:00-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 341.13004439 | | 68b2b0689f937be278457b972236d20369 6b0aad350fa21d4cbfc3273276e6fc |
| 2018-03-16 05:30:22-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 14.16313953 | | 34a236f81c227cbf0305396b0224a96364 1dc4d9059e6b1bf89eb3549d1b3b50 |
| 2018-03-16 05:38:29-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 13.29345542 | | 0x8424cfcf3f9e83dcf4e6236558346bc9 ad8423f8101214f43c3ebfa6017c0b30 |
| 2018-03-16 05:42:24-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.74896652 | | 3eca172005932bc6612a5255bce8622164 11cc882eef15184541d9fb50d95177 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-03-16 05:44:28-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1770.78275632 | | d18124891b3dbb32a0a58253c0a1db80c4 4216e7d2f7d57c504bae9b787404e0 |
| 2018-03-17 05:18:55-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 369.20549778 | | 05a4f25a5c0f7b8d61683613aee3337fa9 47498671a26fc71c958f59cebb17d2 |
| 2018-03-17 05:31:14-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 14.10271961 | | 79140478a4a385e5eb5bd396e530131be4 10f9951da6ce72cd60757c9625c8ac |
| 2018-03-17 05:37:46-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 13.48338781 | | 0xa8ba3a8df636e53b51d1a4ecbbb40be3 3bcad34f1acf5883ff965d7ec4804452 |
| 2018-03-17 05:41:21-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.75825047 | | 9d76e030c5d50958ac1e59de6fec4aa48c 7032d8545dba6c7d673c183587fb98 |
| 2018-03-17 05:42:45-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1698.40945438 | | 4d27da9a15e825d06933052713865ba41b 118c5b32fc11ec00dc8f8d9600879 |
| 2018-03-18 05:19:17-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 368.01860651 | | 787a8370a0c8b903b5fa820dd8f5f38d8a 86c96cf51fb28aa3de42a8571f4035 |
| 2018-03-18 05:32:31-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 13.67328665 | | f2eb2e135861c7b709abe5954493f03280 0c84657f6b0722de8150a86f4a7267 |
| 2018-03-18 05:42:09-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 13.02889721 | | 0x5b1fbb8a74efe471618477d3f03c7120 c2ff845e1f4c263faa09c4d50980aeba |
| 2018-03-18 05:46:32-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.67371053 | | 4008c591dced86dfedbc5d8dcf541ac7db d01d707cedb08d92651ced4e244efc |
| 2018-03-18 05:48:48-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1631.01419259 | | 626efe3961a096a1c0260a73f7b16e28e5 e3ef80d6668b6a3469d5d2f1c1a9ad |
| 2018-03-19 06:20:15-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 351.48385144 | | 4d4f88af03f799c546ccb5f7695605fc10 ce11867b76813f998a9e1bae8f16fe |
| 2018-03-19 06:34:21-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 14.35297966 | | 0716187ad94a26fee00249565a3850855b 381e32fa486e7d0a88a289e1798c73 |
| 2018-03-19 06:41:14-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 12.94240836 | | 0x89e5047b4b72c89987f133c4ce75e07e deb3507cdbd9ac7d0c9dc079ae4df77d |
| 2018-03-19 06:45:39-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.65150632 | | 876af547bc837a24629078c946767cac7c d16234be1db859804aaf27258ee991 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-03-19 06:47:47-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1296.63853007 | | 299185a1611d3558f57ec05b27bae48d47 dedd458a12c6c2c9ae4aab30bb87b8 |
| 2018-03-20 05:18:44-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 357.54538625 | | ea76f08034ce4d91c1bc98d13b15689021 91ff6ddaa4a679dd9b43ac47accda8 |
| 2018-03-20 05:30:39-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 14.0015635 | | 5c17e13729824ba56bd5a6782770bd5bdc 388f14106fc7bc0b6c7c6228e212ea |
| 2018-03-20 05:40:07-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 12.84126569 | | 0x66eb9ef71c8ce2bb6f910b535cbf16fb e86767df23ba2c52bb1e4dd19949061f |
| 2018-03-20 05:43:36-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.73373279 | | fe0d7aae56ecc6e3e8191690c7d8d0c416 53038783551986936164bf9235a520 |
| 2018-03-20 05:46:10-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1643.12518849 | | 69d9cfb320d320cd47d3de88f3c06521ac dbbab7e551e9661657741910a67d88 |
| 2018-03-21 05:19:04-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 355.16104029 | | 03c9cdc447b7aec16b672a9f3a856e46bb d0475668f790be4df3f9446ff8d686 |
| 2018-03-21 05:32:40-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 13.79158843 | | c7223f8fa0a70cca8f77f7fd6a93fe29cf 982a406491404f4f243f725bae7eb5 |
| 2018-03-21 05:41:34-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 11.9479755 | | 0xbbbaa180b1d42b197e89c8bb0fc21bd0 4fd9e330a326b6af367d2e93c540be23 |
| 2018-03-21 05:45:30-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.71915668 | | 3bc7dfacfa85f2b6a73830f65d864ff5df cae65553d9b3c0b3de8725d3e03525 |
| 2018-03-21 05:47:24-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1646.4463813 | | d322deaee50496bc9151ec9f8a975c3a00 b440a5355392e90d7f746656ef8020 |
| 2018-03-22 05:18:24-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 337.60222091 | | e08eca38fb554392f9b85626c46081ee0e 46277344862a4ce907fb4b99d2f9ad |
| 2018-03-22 05:31:01-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 13.29062253 | | 82f2ce8ac6708f2220ead1cd624f6b2278 27665ec4e9ab01cac6b3089b7a58ec |
| 2018-03-22 05:39:47-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 11.91078753 | | 0x50420e77a31288548abede32f94c193f 3c9ed53babd9926e02fd824678e5a017 |
| 2018-03-22 05:43:52-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.69361002 | | f3bd8ea0a94fcb65e093a0d56052af37a1 0b3ecf0657d659136c8c5d5fbbcf4a |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-03-22 05:46:19-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1599.56578928 | | 9a1311c2f0364e18aa9e2fbb88214e5778 ab26493da0f516b701c06faab9651f |
| 2018-03-23 05:24:16-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 312.72525824 | | 4e70aeb471dd83a798c6d0cc40948ccf10 98959b680fe9828c7a81180740acc2 |
| 2018-03-23 05:41:30-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 12.72649413 | | bd04c95572ad6444089df37bca14ab8d59 66d6b7dffbf34fc99aaeb37967d844 |
| 2018-03-23 05:49:41-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 11.30094816 | | 0x166873f8588fb4e3380b32a61c9736b9 e2f95a9b2e469d4a9309ad61f3081ecb |
| 2018-03-23 05:54:10-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.58485665 | | eeb4dfa74e04062c5776003900ca48c9d0 0ade6e2638d76141e026e6f7870ffa |
| 2018-03-23 05:57:01-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1474.15780888 | | 71f3ba72e90ae843ad8811abd10f1e0982 b5dc1e689944f32d45981f44648fe0 |
| 2018-03-24 05:18:31-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 574.96804686 | | 1480f78c687f3f9d0118811bb7b29d939c 51a42c9f3091c5c90e050af4fb9845 |
| 2018-03-24 05:32:36-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 23.12435155 | | d56c02e876c5ad806504b8420b43cff87d d67bf27d460e97bb338faeecd747b5 |
| 2018-03-24 05:42:50-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 20.76490051 | | 0x37598b9d756e9be1161b7b71d3c03f4b d8191c4b8a8ca53f749b603bd3dcf1bb |
| 2018-03-24 05:47:22-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.84867419 | | 0cf8d15d4c67c1d4666660bb77cc4302b5 e41fbfe888b66e72174aaca26bf5e3 |
| 2018-03-24 05:49:40-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2358.72386269 | | 3549837ff4d3aff5a9a10a4a1c08050765 7fee6d4b985f8560b9195d2dbf9248 |
| 2018-03-25 05:19:21-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 436.45114336 | | d136dbf98a659f099013cbda6976f7f09d e1446d1122269c20024aa8a5069cca |
| 2018-03-25 05:33:54-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 16.02174525 | | 000c2889ff8007a433f8825659b7837740 48622fee455bab478812bbcd1a4531 |
| 2018-03-25 05:40:50-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.51083853 | | 574f8f2496677932749b283056a4cb3fbd 3055b9e091338af7149dc5e3076c61 |
| 2018-03-25 05:42:28-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 23.0784947 | | 0x76fa4c9a586d164cf4e46b97aed0f314 4507ed508236e64a634e1668efe1ef93 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-03-25 05:47:12-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.27723623 | | d04b66ca4cfcddc551c8212fe386a4a76a f2ff1a0140c597a302809f8f69d58e |
| 2018-03-25 05:50:05-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1671.71138006 | | 3a53cd62114124aa2aeefc7edbf3e76a42 1ae9705b53036333662666802897b8 |
| 2018-03-26 05:18:40-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 191.83263925 | | 81e035d2a14d0f3a88bf8d94f69a367961 36a5645600d75b239c423463604ca7 |
| 2018-03-26 05:32:35-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 5.97859118 | | 2696ce7da167308b5e6a3db4171e59dac0 104639d4285b7cb941acc47131918a |
| 2018-03-26 05:39:49-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.849554 | | 9e1b106264895fb364bc14558677da2d4e c62e3a19e1cf65ada0555f39f60e47 |
| 2018-03-26 05:41:23-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 18.68321207 | | 0x650355402a7d56eea3b4a473100442c4 4a6357adc4e365a0f7a23678f5d64903 |
| 2018-03-26 05:46:23-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.7355084 | | ab2bb73eb7ef42d086465ddbed0471e4aa e4f128568f175100a3de0f6dd358a0 |
| 2018-03-26 05:49:14-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 882.43316356 | | 4253ff313e5b2576978be170686d3d6f77 adc1d78a30b9835e6021bead3296a3 |
| 2018-03-27 05:20:29-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 564.5862027 | | 9409b2ff57d6b36ae6dd5887be8b578e92 0ba1defcc3fa679680f2388f756c47 |
| 2018-03-27 05:43:56-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.76282186 | | c065979b78d76417e67a299c3c95b89190 0b6f776edd3598b8626a48c9142fd2 |
| 2018-03-27 05:45:28-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 22.17810116 | | 0x7ecba41f85de7c595d3308ffa758888c 118db34289a29527cfe2da5ef75dd044 |
| 2018-03-27 05:50:45-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.57152885 | | 48b1f43e5bc521799d244a436019bcb5fa f01a7e3145c31f26b4d657e21097c7 |
| 2018-03-27 05:53:14-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 628.76910597 | | fd9f5441cb392639dabca850886a0faea1 63afc3ec8a968d2e6eaeca8207adb4 |
| 2018-03-28 05:20:12-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 527.34033015 | | 4ba614369ca1103fed825728c2ae350cf1 9c2808f60ba7a62ee74ae343fc4d1a |
| 2018-03-28 05:43:51-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.47108744 | | 1ea374d45b354a9751c4dd0f6122153c7a 7232cbf01b8f8e74ee81a5944d987b |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-03-28 05:45:06-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 9.54039047 | | 0xaef4a66cbb0bdba4ea28db8776499696 52aee0df072ebaa899973dc83c5214b3 |
| 2018-03-28 05:50:22-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 1.92342452 | | cb590d01c7b6588ae43b22edb36622ffb7 60a74bd3ad29b66f5cb8250003813e |
| 2018-03-28 05:52:39-04 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 4521.28043409 | | d3513c250f437f05c33ba5681b285a347e 03d7c1c1826ce64042919a18e0b7cf |
| 2018-03-29 05:19:35-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 530.46395836 | | 91881ff4ddab1d399a2e01f0f7cf49dcec 6c56679ef7c8200b23550a18fc74ef |
| 2018-03-29 05:43:56-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.41060044 | | 1e85e1e4beb4c5162517a2287dd8bb4dfa a5288629d2cd0fbb6bfa21d7fec8dd |
| 2018-03-29 05:45:22-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 5.01541121 | | 0xf8a06ccea084d5b85dd3e13cf60bbe39 9dd7f004920c9364f432d20f5b07af20 |
| 2018-03-29 05:50:46-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 1.87618857 | | b6c2fa8c89c7ca9ed55ec39cdb7af293b3 f74063d166dea597bcaa47596ad4a5 |
| 2018-03-29 05:52:53-04 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 6441.70038885 | | bf12bd7ac1fb430219b936b68a60bd5d7a 7aefee16669cc62fc13531166f8ce4 |
| 2018-03-30 12:19:29-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 650.54645517 | | 7add07f1f9f0e61c1e9bc4626e9bbee6dc ece80d2380df740968b3cdd97ce116 |
| 2018-03-30 12:41:28-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.47927238 | | fba5f0780ed71bbcf4fa2625932f66941b b957a74fc4ccef99a4bf35d3a48cb5 |
| 2018-03-30 12:42:47-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 5.75841345 | | 0xad495451f220745d86e233f7a43bbd15 206116196ea15ea50a85f651e7048119 |
| 2018-03-30 12:47:44-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.2703447 | | f99af86ad5c4a3f2ea3d182d8daf7eb2f0 01fc5932521b7c5f166eb4244e85bc |
| 2018-03-30 12:49:42-04 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 7494.78953712 | | 172ecb48bada1ab903a70e7a856b38688c 0f3b96ba895fdceff6f68929effa00 |
| 2018-03-31 05:19:46-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 706.80251754 | | 7e7334615579e7c5ae0bcc01163bef78ca 1f2677dcd1c2b05d1aaac65ee211bc |
| 2018-03-31 05:41:16-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.45974677 | | 5bc50c6d2dd5f7efbf3d57c69e761b5e42 f6fe312113a7249808e2be13e4add1 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|-------------------|
| 2018-03-31 05:42:41-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 5.60267158 | | 0x039c356a09197f93961491a7989f2825e856a67ec45f2d1159d20d13337d1217 |
| 2018-03-31 05:47:49-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.12130067 | | 1e658d3e6093e442bd2b47d8366c23e6773c8c5326509726e6693b2ff91cdfe8 |
| 2018-03-31 05:50:09-04 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 7360.22241109 | | 3d1e28e2c41a60d92a46f493e8c9008f1bed4c4df393dd7e5dc4ee6b51be2e1e |
| 2018-04-01 14:11:09-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 667.73847087 | | 8cbc50f77c0e94048ec590ccee398d476d119f6a9d2c91c7e96c0cef8570cfe4 |
| 2018-04-01 14:33:42-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.45188632 | | 0acd0ad8b8ca72f5780f993112e88ce3f1956170b3f2ad915624a447955d015c |
| 2018-04-01 14:35:03-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 5.47591104 | | 0xfc2c30c16882ff4d51b6d586b22a43fd7e613b53060caa48235d818ad259f8dc |
| 2018-04-01 14:39:54-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.05749001 | | 548e01939639c833929aaf7fd22ffe7f98cb45a63f116a4d7322497b58472b12 |
| 2018-04-01 14:42:07-04 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 6804.8709555 | | c5b616d8fbee1122a96c5a6871d3afa01425d089e2381c2836a711c9e77a0db3 |
| 2018-04-02 05:20:09-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 640.95573375 | | 052b0fa5fc28956f985eaf57eb9dc8fffe233e9a182deeed0a9e0be90b2b298c |
| 2018-04-02 05:43:16-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.44199616 | | cd38c89dfe3cd13d03709ac87245aaa62e9aa10f14960125c861c48a76c4c3a9 |
| 2018-04-02 05:44:21-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 5.34152523 | | 0xada02152c782111120d78902837a0ca36c8eb4897324544e479c984ca350c231 |
| 2018-04-02 05:49:44-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 1.98333667 | | 543e4f824937bdd474194a5255d5b71e2ae37a9281a15aa8327761860e31dc45 |
| 2018-04-02 05:52:23-04 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 5772.52787423 | | 17a716649bdaca55729d7eef244d9c9ad6a1354dc243f751a45852c519d4b24e |
| 2018-04-03 05:19:02-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 674.08745358 | | fd3009eddcf7f122dae7cc8be62734dc383ae98f5d388992f160b195dc55f4de |
| 2018-04-03 05:40:54-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.46284548 | | 5dc5b0ff33f0f389f688b986d4120831abe3311b0b95dbb5d88287a35e21acb7 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-04-03 05:42:16-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 5.57936046 | | 0x5540b60939a51effdb7955f2217cab1fe4019612f3165d832da5bbb1729eade1 |
| 2018-04-03 05:47:14-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.0308677 | | 7be2c99b1885d254b71daee5c1ace7d4aefe09b3f069496fd835aac6bcd8d20d |
| 2018-04-03 05:49:33-04 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 5553.45462355 | | ecf098de3db0a17c6c13bdf5c2a24c0fac7cc70ae765daf2e151412997d3591d |
| 2018-04-04 16:26:35-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 646.07653186 | | a09c84e3e88eb266034fcef20d899d701ea7f9dec40382194334a43cde98aa4a |
| 2018-04-04 16:48:39-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.43697436 | | adc8f5f71c11fd10ed5b1c3cdefda0433b706ec2a034c0b98bb1f8818c290947 |
| 2018-04-04 16:49:51-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 5.43110064 | | 0x2ba32a4db920b8fda9da91aab3303252746f3146e8e0c02ca039d7dd44b90f6 |
| 2018-04-04 16:55:03-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 1.96195547 | | cf736097a5407234a298b9beec7657d9fa59b6570075a27da3cb8f35038ae179 |
| 2018-04-04 16:57:27-04 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 4251.12718397 | | e8ba6d91065456cce43ab3b82a450a50fcccb9d13fa727a82968c70276691c81 |
| 2018-04-05 18:27:31-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 669.70523189 | | 15b06d35d42b6f6a8f487a7b2ac26ef46dde8cc537fa02869b83c8a169cb7ebb |
| 2018-04-05 18:47:47-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.45965327 | | 4c99414b7a9585f710dd2ff7d6bcb83908 9310dbb0ae12dc349f84975fc375e2 |
| 2018-04-05 18:49:03-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 5.69997964 | | 0x5cb67047412cc96c56bb5f4478a91ed6180beefe53f1adbe9648175d6f91c0fc |
| 2018-04-05 18:54:44-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.03286209 | | a27a2d99f88ec2f15e52851fbb61eb8031fa3c3c1d4c987e9986b98fc69f73ec |
| 2018-04-05 18:56:57-04 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 4248.80054991 | | 36e65c85061a131334caf790ef076e4b67d294328ab2074afdc533f33fe56eef |
| 2018-04-06 05:20:40-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 530.54702783 | | d5db306281d0428abd3a1405c66d8abeecc889abfb8481a2fb672a61e0083eb0 |
| 2018-04-06 05:41:58-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.36801567 | | e64a7cbacbcbb8b3c6d2c73ba7dfdc3949ce3fb5a8ea3b9c5f7701b61df7ae24 |

92

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-04-06 05:43:16-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 4.50579739 | | 0x1eaf1d27a43f1b90c47fd29c64ccc8c82b4ade05945ece0c419bb9ca31b9ef21 |
| 2018-04-06 05:47:29-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 1.59771063 | | ae3cfbb8a5997a22ddfb91ae01b937818f00143eb5f6cb18bf18670e6a9d3af2 |
| 2018-04-06 05:49:35-04 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 3663.79516186 | | c92eb1845cdcf416e2f3895ca468bc1d2056cbc65b98f802ccf11284e10efc52 |
| 2018-04-07 05:21:22-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 641.88374616 | | e97d89299ecf03363106cc4612c95fb5d4211272532919788edbf9ccd132822e |
| 2018-04-07 05:41:55-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.44817311 | | 9c87085f0d3c4a3a1fa5f000861a8314e37908b58cb55fb2ca980ca5ed63f728 |
| 2018-04-07 05:47:54-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 1.95063202 | | b6b0597a85daaa4d4386f02af65afc2c8d4be04ae6b93ef5950ba29a081b2a5f |
| 2018-04-08 05:18:08-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 230.02641105 | | 9ffd457c8cf475ad7a4914623dcf5a2297833da6d9c50c123544122975cf23c7 |
| 2018-04-08 05:35:34-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.16199529 | | 86918bd3ea85cb226acb611d8f6bc01b5527cbb839e5f6ce93c096970f62b0e0 |
| 2018-04-08 05:40:54-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 0.70721667 | | 84f20b9be46569e5e0171f0ecda47a67d19d90a2c3da9b3488fc5fe987f6ccf6 |
| 2018-04-08 23:26:21-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 7.43722705 | | 0x3764631a5c59b8f22ccdb55c75849b176d1dd3a35e5c306b6b53ff67afc6240a |
| 2018-04-09 05:53:47-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 588.68749518 | | 331c28461bf4ccfda228cd91ce85c5c7489bdc2f5923a6a86c1f26983400659c |
| 2018-04-09 06:20:35-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.42608425 | | 015eb68cde2dbc72c22b1254d9241af83cc6a6bda6f457a0f30ce4f2378c644a |
| 2018-04-09 06:22:18-04 | EthereumClassic | 0x5ac8052df39dfd956d8e5c81cdf7fae28f3da810 | | 5.1984376 | | 0x6e3c51ffa713bb9bc645c96b6391d7b4dba3bb2ef695996a9833b8b7f5695020 |
| 2018-04-09 06:27:33-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 1.91660347 | | faeb7b11d4441f2a44670199e3f4ef22ce666d9cf9f904f079748953db9f9c80 |
| 2018-04-10 05:18:31-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7WGEf7zigjKSgy | | 632.1943406 | | 2e11dec847a081635e6285862408a5aa24883520135d57375f3c8c035f95ad3a |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-04-10 05:39:30-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.45057091 | | 957e36d99ec6fd68814b51d2a16d4385aa 0d03d0e935e41705fba3277d80b8a6 |
| 2018-04-10 05:40:47-04 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 5.54628668 | | 0x809bc5dea1368f6f1bc4241697824195 8643ebf913318d6d0d2072d1f6a0a8d1 |
| 2018-04-10 05:45:44-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.03359196 | | cc79d00156c95755f395126702b0600926 f4ef1aeed54917655f485cba775d96 |
| 2018-04-10 22:26:11-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 12785.20729914 | | 5c67790ee3d838d040fc05bd66d1209d78 528a34b0cf8362ab127534af4d9e99 |
| 2018-04-11 05:19:08-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 534.13174678 | | 30507090c04b85950730dee3e912276fa2 cdeb09cf0833457cab6390ce4829c8 |
| 2018-04-11 05:39:06-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.40666896 | | d5a0708fc70493e20e07346adf73d732be 46f1562e0290e967356eb037de51122 |
| 2018-04-11 05:40:17-04 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 4.95041536 | | 0xb7a942fae9ff002abc46c183e02150fc a2503eade535c345a6f2f1e4ec46d52d |
| 2018-04-11 05:45:15-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.8362735 | | a8b5f1a580b5fb626c67f5363d0a9198e4 c87081f5df4b1bd7fe86646dd8bb7b |
| 2018-04-11 05:47:26-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2749.47869882 | | 79c17dcd1d8e7ea146c7de2f5305469631 ea388d5f6f8184d4ce09023c55d33f |
| 2018-04-12 05:19:54-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 588.05904741 | | 7379b24c7ecb0a9a0bc9d9dbc81ea35b9e 6f27232cefb5fea7c755ebea7f3522 |
| 2018-04-12 05:40:18-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.45262445 | | e96611d6aa687e2ac341a477ce8bd33947 c9f13f60b74c81d0d90926c8048ff6 |
| 2018-04-12 05:42:05-04 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 5.43895188 | | 0x98c7446f27c19f8af01a54ddf8483d7e 8d8819461cc90e63d839f7807de2f195 |
| 2018-04-12 05:46:56-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.05773869 | | 695ef811d0cf53855998b1d898f036eb19 07270d1936c1a8762c005849446dac |
| 2018-04-12 05:49:09-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 3053.01633171 | | f0cade2cee5a1da17ef3a8a00d4beec68a 11b9d70e677fcb07a3ba5b7ca2fd98 |
| 2018-04-13 05:18:36-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 569.94973495 | | c3a21c8562e550028796f2db58ff55229d a89460486cf1b07c7526ce8173ee5f |

94

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-04-13 05:40:42-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.42745048 | | 429d1cd21bf6105936d56f181e1e9bd63f c80d3af5218ec1480adf34517350ca |
| 2018-04-13 05:41:51-04 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 5.2306524 | | 0xfe51a1bb0532ae9a80c049cf2b82a7b7 8289a02526ea257175903e3316714e89 |
| 2018-04-13 05:47:23-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.01676913 | | 63225f831af9921cc1306e6889030769a4 945841cb312800db2224d932746645 |
| 2018-04-13 05:49:40-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2993.90891824 | | 866ff9724246b94a92c55e0858949b53e9 bb68f3a88b1d40e70b0be77a274b35 |
| 2018-04-14 05:18:35-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 334.88066395 | | 5aaa39700df76b78bc61d310d8db377f8c 3c99cb12d6ee51be7954f2419df0da |
| 2018-04-14 06:30:41-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.2760378 | | 3f8b2ce68abdab715d33fe049e96bf5b51 0ac9788974f65d63a57f47abd0fa78 |
| 2018-04-14 06:31:46-04 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 2.28940675 | | 0x463ea5c6917300cc56427222ceba33f7 6d274a9ecd0082b298423557d74927ec |
| 2018-04-14 06:36:48-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.68094324 | | 6497761f98bccc56223604d1329d489c4c 1fd93c2ea87c4cf0080d4b5499231e |
| 2018-04-14 06:39:08-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 4276.70839197 | | c06231b45d4bc56d587018ba5514141570 74792d73dd4fb6292aabdb1fb7123a |
| 2018-04-15 05:19:34-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 258.63427067 | | 1ce93a4184bd08048b60faefd47c48c7b0 566b57d87b3113ddd5f7735757e57a |
| 2018-04-15 05:42:58-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.24330859 | | ccdc5adaa6acc28957e774c05fa49fecaa 13645cd5904a6c2c8e22e6b96cb298 |
| 2018-04-15 05:44:33-04 | EthereumClassic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 1.4946732 | | 0xc2f1eb226216969327994865e64bd86a ed0a36d94e5b9a694fed48626b658d1e |
| 2018-04-15 05:50:11-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.63745235 | | 28b48dd8fa516b9bfb8a46ed0d2b350384 9dfba0e4f1e8f0f87f69bf7f375f79 |
| 2018-04-15 05:52:27-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 4948.2990154 | | adbca16289838fc0cd9c767031bba7b6fa aea3b46b9d20445397bcd89c1c1368 |
| 2018-04-16 05:19:19-04 | MonetaryUnit | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 263.62294059 | | dd59e1c11722e3027c334b7bcd17870fd4 801843bc4d4627a21976c96a5ff352 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-04-16 05:39:10-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.24851768 | | 7d885f2078e3b222d1279d4eb15664d2c0 9485bf65d814cad6380f418320c979 |
| 2018-04-16 05:40:16-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 1.53510354 | | 0xbba460bbb1507712fc1a9ed59885fbbb 0215213a02b8df9e5d0969c1c1e6a9a7 |
| 2018-04-16 05:45:59-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.68849924 | | 2ac5887f341c9f99d9af8472358179747e c113d189e8bf88c4871b81cd3d8759 |
| 2018-04-16 05:48:05-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5336.66982307 | | 862d057443003eefe6ea2f38a21d4b4d7f 43f5b0bf889874bd75e0ae1df85137 |
| 2018-04-17 05:18:54-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 285.66372962 | | 96e9f023687c90045493e3ee9e68cd7080 cae7a7758a6b1e894efe941bb41b29 |
| 2018-04-17 06:30:28-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.26508951 | | 4cff8dbc78c3975397c028a704e68ca580 83fad783c1b90d394c9dca5c834758 |
| 2018-04-17 06:31:30-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 1.63594995 | | 0xfe0185813afda6bbe8565e16139ebdbd 13d782b434cd43d26531d5122ba59c27 |
| 2018-04-17 06:39:08-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5688.29863207 | | dd98110ad6d0d1c1413151cbf40c5771ff 76cd5f0fa25af559f1566ffafd4703 |
| 2018-04-17 14:30:19-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.77006815 | | 5cc2b7aea0fcfda052ff6ed58fdeb44703 70744da3b7de756399d58e3db99145 |
| 2018-04-18 05:20:35-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 247.64159363 | | 9cfd59875d6bbeae112b1afebd8e5c9a41 d0c3268e4c835f2bcdcd55c57e5484 |
| 2018-04-18 05:43:16-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.19349979 | | f3123e45004cf7df8f788cee35da9a3cd4 238f107ea012571433bfefa001913e |
| 2018-04-18 05:44:34-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 1.19802352 | | 0x7603329a3bbfa15ad3fc49a2e2813e70 9b74a050b1ad64750037e354102b3ed8 |
| 2018-04-18 05:50:40-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.23113615 | | 95eba0771eb9176eb549afa02b6c061ae5 53a2e1ff464904cd5e41cef806a666 |
| 2018-04-18 14:27:55-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5560.72133695 | | 75b09756d11ebb660c96f9ce76ce10b933 0984097a2768a4ff0c25d45e33291c |
| 2018-04-19 05:18:38-04 | MonetaryUni t | 7SyhRczXHurgYsFedJkw7 WGEf7zigjKSgy | | 88.19783385 | | 10f55db918601cb677309fc5c1f7a34960 adce70087778d76ce982ef9d7868eb |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-04-19 05:29:14-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.2972519 | | c85e36357c2358e44e284cf9a43f31d5f4 ef43e606a5b1dfb1d64482603e44a2 |
| 2018-04-19 05:43:23-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.03412746 | | 422106c664b35329a2b01d46ac813f540a 92a989060feaccfa37d90fe282a005 |
| 2018-04-19 05:53:00-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6930.67683989 | | 3300fbd67897b4ae07e9f9e0a194867a27 9585ccd4e0c0f3103003502a98ed9c |
| 2018-04-19 14:32:47-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7Rnf2NcD | | 0.07860185 | | 0c84e4dbf074769ff42c9ff2720051f0d4 6598fb3b3d9afd7be98f787abbf967 |
| 2018-04-20 05:27:57-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.66121 | | 4ad59bfe238975888c61cc1dbf48c31ff5 a186a2b3d601cf5c7655cdcbaf0e77 |
| 2018-04-20 07:30:17-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.00455323 | | d1c5c541fc2386bbb227ff25cb252de1f4 de2be31eaab82e5f8839782b36c1a6 |
| 2018-04-20 07:40:34-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6204.48186977 | | c3658a5a15191a5befe28e1f11177ee64e 02509c41fca06a940477ed7cbd6785 |
| 2018-04-21 05:33:08-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.41975664 | | 6fadea600ddd6cd67b53ebc6044f7f2dbb 8226f4375a2cdca4967451ea8c6aa7 |
| 2018-04-21 12:32:57-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 8857.92558735 | | a58d11aaca99a208efb79a6fd960ab1231 9b8fa3621c57bc2acf8d30b71dee2d |
| 2018-04-22 05:57:39-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6210.78158126 | | 13b39d1649a598cff5b7d7d6ed9464e3fd b8ef0c886384270185cb64ce5b5528 |
| 2018-04-22 14:23:54-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.50721889 | | dd122c5ea07d984cb5a4674f87703f1dc5 b09131ce26c6cc17cb990d012ae775 |
| 2018-04-23 05:32:31-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.22564684 | | 810e750f15459ebc8584998fad1063003e 38a48cecc8d3bc1342df59ad68bc68 |
| 2018-04-23 11:31:05-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2058.39968669 | | d871fbacac5101e59307115700668feb6e 49870fad07e55b3eaf7f2c0ac51bae |
| 2018-05-22 02:25:07-04 | PIVX | DJqtdQKaV7ARrnGHJ4QJG QTAqKdYNeYbZh | | 1.23411989 | | e7f068aaa8c4d9abd9132d91fe30235144 4ef36997d1c93f82dce07e5ca354bf |
| 2018-07-17 03:42:26-04 | EthereumCla ssic | 0x5ac8052df39dfd956d8 e5c81cdf7fae28f3da810 | | 0.1912605 | 0.00042 | 0x66cd3ff1f6ddf9625bef2287416b924b a0274758b76b97b64acc58823f99b3bb |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-08-22 02:41:51-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 272.321222 | | 95F78B76A346A90A8FB7E84979196D633E E07161470808EE1428149E65AF3865 |
| 2018-08-22 02:46:32-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.46547929 | | 30348d23242df0e3819fb92889208c2b3d b44093e32dd35d49232f4c5cc9afac |
| 2018-08-22 02:57:41-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 9796.201897 | | 3e5943ec20c5610796ea3c762142c0c0f3 74abe6325309130c67f5c4c7da2b3e |
| 2018-08-22 03:03:41-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.87951717 | | 1f6a45469ef6a22bf38893f24a1cb4471b 45bf125aefc47794584038ff284a54 |
| 2018-08-23 02:53:12-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.37027232 | | d544eebd74f23b95927b70c4d7a55bbee9 e08896a3de2710cd356f70fd156306 |
| 2018-08-23 03:08:37-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6290.650275 | | 1199e000fd7ac09794370445553402d000 6780b96c0851f8f9b68b7ed9577b0b |
| 2018-08-23 03:16:33-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.77815658 | | 42de154738ce1342797e19c7af70bf36c8 0bd400ad9070d6dad19263f9a595e9 |
| 2018-08-23 03:20:34-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1372.100762 | | 0B05168F37C75D9BCFEF6F6379E33E0C57 DC826DBD60AD5A5FDC4FBBCBA8A56B |
| 2018-08-24 02:44:15-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.17200726 | | 2de3e9d05220fb202669f9bcdf53ebed8a 1414c4bea1206de13b405ca29edc9b |
| 2018-08-24 02:55:22-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 7136.6892 | | 544d7e1c1753bcdb2983cb14185e798434 669ebef161c19116374cf41cb0d28f |
| 2018-08-24 03:01:58-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.60186477 | | 05893c3df60c1ce5aad3531905ea60bc4d be029a3c84389eebef84a04dd51870 |
| 2018-08-24 03:21:01-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1962.944607 | | DA1CF1A2D796CC0EAB86FDFD40B8AB42A5 3A247319AA14BE02A72705A9343BDF |
| 2018-08-25 02:44:50-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.16316344 | | 259d07980a3fb8f79490c3a1d6551d8a09 344a718bfd5261938275846c616801 |
| 2018-08-25 02:57:15-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6668.950844 | | 1945d7b1f1e8fc04c5b75ae1f98811551c bfbe43bd7b21398126d6f704f83967 |
| 2018-08-25 03:03:31-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.51958049 | | 1182f2f5c9c9704c4de3f1e858b14ae541 4a9f22c3302d4f0dc074efada22178 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-08-25 06:19:37-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1893.26454 | | 9759DD2FD8D56C862D591D2CC09B64E69F D49952B6854089FA8C11A2C1060791 |
| 2018-08-26 02:46:24-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.15366041 | | 4077fcc90565b36206e47f748d7a4cec17 0341a8d36e356ba2500857a58e9a88 |
| 2018-08-26 02:56:38-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6113.306023 | | d5b581a795b97f8f54e6f7eba020ed7d4e c3f44c8384eea7708c30a5bfe22a94 |
| 2018-08-26 03:02:18-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.42979483 | | 0556a26575df6d111210cd85caabdb66d0 cc7df920b23bedc10c9be4f1a10480 |
| 2018-08-26 05:22:08-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1781.203132 | | D9DF298358949DCB8D8C3991F14E4175B 77D3690D02A9C8E408A77895441F8C |
| 2018-08-27 02:37:44-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1905.203898 | | 7F399E0E91DF3C04D77EA744592B6FA1B0 0FEA8BB0287B28F7B68F53D49D3EEF |
| 2018-08-27 02:41:55-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.16721255 | | 8bcae44b4f1f153abd12cae523326b79ff 6dfce3a9ac5711b0d78eca5c3abfe0 |
| 2018-08-27 02:54:10-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6468.211135 | | 294cb8b8a2891abb913fc950bc9a4844d8 c6adbe8c7bad3b77465dc6e48d1204 |
| 2018-08-27 02:59:35-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.53600244 | | 9e06565e91ede8f7708e43a4d6bc50c07c 3670536a8f7ae4ccf195fe1411995b |
| 2018-08-28 02:43:37-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.16077857 | | c23b7663ff6a1226027e4adb7e210df91e 89f32b1e69d546a9d01796a9763ca0 |
| 2018-08-28 02:52:49-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6038.747838 | | d3fb62a0e7132c6f78cd92856713c56daf 625c7043deff230c84d2883ada9b59 |
| 2018-08-28 02:58:18-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.46661134 | | 338ec280814b677c452be4f321d5961ed5 18c1f936986d5a46084b522d1ea98f |
| 2018-08-28 04:22:46-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1814.702643 | | 550CA0F1D47ECBBAB3C3C048E5CE6499F6 1B542B1CE3A033EA586BB1BEC5A24E |
| 2018-08-29 02:41:50-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.16244192 | | 88485a16077fe1ccc88b814cf75645e24d fab8ad7810f1adb8ee1afdd84af83e |
| 2018-08-29 02:50:29-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5832.558985 | | f5470872edf1955cc1b125dd27f5f9b32d f6c1e7553fd0cc9f8ea70ba8b07cb7 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-08-29 02:56:03-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.46061859 | | e73c72197fe1b6d06670ca0ba9db8e513b 5d2fa3662221d705a4bbfcea479b0e |
| 2018-08-29 14:19:51-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1823.833006 | | BCB6DFDE784FFE43DCF02340211A90675C 72F93127213251B4C120DEF576C793 |
| 2018-08-30 02:46:13-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.1642406 | | 9feea3ba4ec9f44a56964ead72cefe88de db4142031ea267a5ac3ebd0d6d9371 |
| 2018-08-30 03:00:11-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6033.265168 | | b847bf11d5be2c304af5b92e229bf50b3f 7a7d31a81fd78505115fe339bf5bb4 |
| 2018-08-30 03:05:57-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.47456231 | | 81adda100d2697c8459b5b4e10c1567b7a ca693178014f023d511728159851d7 |
| 2018-08-31 02:44:38-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.14739452 | | dfeca4b56dd33b3b2f06dc8aef0fd936af f7233d5f721c17787a0f0a05072221 |
| 2018-08-31 02:53:50-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5540.356298 | | cf2619a4be5d35b036402f7dd9bec62864 a5ccc6d4034b473e2d5c6548da3b8f |
| 2018-08-31 03:00:42-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.31586504 | | 4b15a959314edbbf3db3f5f11dcd17c784 c59a4f895b32752020ba7e9d064548 |
| 2018-09-01 02:55:23-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5739.036872 | | 49f3875d2684748f1dfb0bd22386f25dcc 7402acbf7ebb0380ddb289d8e508a5 |
| 2018-09-01 03:01:47-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.34726115 | | 50ca4dd3c568f140535230ff09e26bfa64 9dc87830ebb184f509336253ed979d |
| 2018-09-01 14:22:22-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.15306667 | | 5ee8caa7bcd61819dfa665dd2dd9cb34de bc955efb6747e3f217c97b1a4c6631 |
| 2018-09-02 02:50:21-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5435.018785 | | 34069587ecdb9b93d1b53377e6a643bb18 35089d7d3da994efc3802dc259366c |
| 2018-09-02 02:56:00-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.39502982 | | 882f5409b86a9ca34d80abf5fa261c0c95 42ef5a88af69b89c1dd3b17fc517d0 |
| 2018-09-02 05:20:23-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.15412365 | | 6fa238c9fc1194a4311760b9f06873cc31 ba65449314b2371a7f01ea8ef474ca |
| 2018-09-03 02:51:09-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 4248.695453 | | a1d4ec8023c64afce362ab5f84b95a9e79 072c3b2fc506df6e4510a26f588c55 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-09-03 02:57:09-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.47010498 | | 404189c2eaefb7e49240bd6a0ce6b94f47 358bc6b484c6b5308494aa7116a72d |
| 2018-09-03 14:19:21-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.12449194 | | 4735276ebd2c2dcd6abeb0884e3226dd0a fbea53a041819dbcee99712d828349 |
| 2018-09-04 02:45:57-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.14336914 | | f9b8771f7dab893e9e50f0633fcc6fa5c7 ce6c6599a051c73b830280b42a97c6 |
| 2018-09-04 02:54:37-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5012.857492 | | 50125ba200048e4af114d5b5f86d292dea fd59a75ccb4cefbfe54e9d699929bd |
| 2018-09-04 02:59:33-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.37661099 | | 04054f8e6a095e8236716bce86890649e6 98bcbedd26a2bf9ae90da208c37e72 |
| 2018-09-05 02:54:53-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5046.735056 | | 4d821e4220464fab1ae5d23e3ae68f80d4 de61b47b0f1247b2c6a3112d6fef7f |
| 2018-09-05 03:00:36-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.38555321 | | 27c58e0ba18f33d46ebbdbd6a7bf94bfce 33cbe1cfa0ed9ed147c54e19e2eea0 |
| 2018-09-05 15:22:38-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.14914815 | | d2691bd1479ddf85aeb6b3a0345395d26c f339e436be309d6b8f4ec5a0b4218a |
| 2018-09-06 02:47:02-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5111.773701 | | 5039329d02ed08aaf783aefcd20b43816e 48368b5763e7e76238d6ee590d3247 |
| 2018-09-06 02:52:34-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.34214876 | | 8baf163cb36a2b7a7c0991f65f5f5c48e8 0bab74cb9651e181c58d8320ceebc0 |
| 2018-09-06 12:20:14-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.14823376 | | 7be5cfb0774c82fe6e0c6a30d2a67beabb 9c2160352e515a434f9a6b809134c5 |
| 2018-09-07 02:36:32-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.14550876 | | f4f878cb6e936000077b2c9686e9718268 9129ea45779d2009ae579e44fdd016 |
| 2018-09-07 02:42:21-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5185.596403 | | 097801e649d4aa63475eba5dd87dd40429 24ee94424507526da42424967dff6f |
| 2018-09-07 02:46:29-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.30926033 | | 2fe3b9f59f9ccc65da29f1a32a285dc264 82bce67577dc363a5c1536f42f1f57 |
| 2018-09-08 02:36:20-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.1717751 | | 5672678fab97b4ff21347f5a6b9fb16469 432c5cdc0610856f19c97a4ade8c1d |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-09-08 02:42:58-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6116.721111 | | 46b40e7fc6aee39a38fc790a10b78048b1 4b747c55005677c28b8c177d2ab1ea |
| 2018-09-08 02:48:21-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.52391811 | | 6ed68c46ddc3af3efbcf5a4315a8f32ea5 abd3a150fe62491435b96091fb8ae9 |
| 2018-09-09 02:36:32-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.18062173 | | ad7dd837a672c1e5cdac823415199785b5 6f04929474d425ada248ef9a6721c5 |
| 2018-09-09 02:43:04-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6491.535526 | | 4e8546de65b49c1c884e94a7612925ce33 7ba9d33f996c918487e88d9eae4f24 |
| 2018-09-09 02:46:53-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.60131068 | | 5fa6b9c8f3b604088da7f59e7a935f2bc9 843c6d8d6cb82fbb17a73ac323c97a |
| 2018-09-10 02:47:39-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.20463216 | | 8f2100eaa3dd976c03e95695f63a0dcd27 dc7711174fe68b4a754f1f945e70c8 |
| 2018-09-10 03:01:56-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 7394.035969 | | 60c486da5e9c1a45a26f84237b70354165 23da6dc072b9d1e7dd02bd317cdc28 |
| 2018-09-10 03:07:36-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.60573386 | | 9d2b28b1545e4fc884452b3087c642abae 7630833917048fe03fda26bba4273f |
| 2018-09-11 02:48:34-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.16407323 | | 88f26f1e28e54bc16ec123b77187835ee4 aab1b4b4c00c280c46f46ff06b8618 |
| 2018-09-11 02:59:11-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5989.425352 | | 6393a3468f6672829ed01331a70d64f6e1 b5519d44595a3c08e70a6385814348 |
| 2018-09-11 03:06:46-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.41040661 | | d788d6e82e54eab80b010833ee8f449655 fb349ef7ff04a2c87eb990ea9e0627 |
| 2018-09-12 02:42:20-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.16959556 | | 2442be402c028aefb8c138787cb1cffb5a 2e691562ed509d75f6823d9cc1a841 |
| 2018-09-12 02:53:13-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6162.042767 | | 8e7c4b0360daa67ec5f42a9f593aa08be6 1732060fbbea7fff971c54524f4b85 |
| 2018-09-12 03:00:13-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.45470195 | | 420a400badf3a043b1ca90a94302d2bbec 54005f98f9b37231f3ba9e39895c91 |
| 2018-09-13 02:58:18-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5902.400527 | | b92ee304a926bddc032f73b070c47af8c7 c2c464f015f47c9dbeb30cbf49302d |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-09-13 03:05:07-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.43692913 | | beaad5866d41f98a13230301c8efed4cbe bad47c9431810c8332f9649035d4d3 |
| 2018-09-14 02:55:13-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6291.726224 | | dda7ef0c3bb8fe7b8a1d491b0f7ab61dc5 4f60e4b58e432090aefabacf93109a |
| 2018-09-14 03:02:49-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.56858525 | | ebe5080e5a00f5de03f2b48a33d11b1cbb 7ef5660c29d4e6ce1b0a8a21751e1f |
| 2018-09-14 17:21:43-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.32834909 | | 54c77385223758469f74867fd28140597b 1f4b944a249791d67b0776b09c0094 |
| 2018-09-15 02:50:21-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.14670057 | | bafc2b68c32a341da681e1a026a1dee53c 6fe76fcb6c5ec31d7680a74b80f92e |
| 2018-09-15 03:04:40-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5053.706812 | | ad73d9315715c406b051c25b9c69d045c6 767f82225830aaf847304eee054c2d |
| 2018-09-15 03:13:20-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.23711943 | | 2d7fc080e6712a9b1f0f063dcbe659ec36 9492e4fdab11cb6f027853e5fc7bce |
| 2018-09-16 02:51:04-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.17912639 | | 743fe4a2109d2e7656380e206cf4793798 0091e9a098430a39a436cfdcbfc20c |
| 2018-09-16 03:07:21-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6155.295307 | | 6a249911d286c079dac0767c906ddfbf0f 499c558deb712ece45d527c8617ce2 |
| 2018-09-16 03:15:40-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.42888861 | | 4a36a998022894e2533e93f6a013ac389f a2f6d4198c594a23133d106f677464 |
| 2018-09-17 02:47:21-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.18488076 | | 9eb8a865158c0b5c6ddd1a53203caee5b0 aad7042ef039be12adcea00172d9f2 |
| 2018-09-17 02:57:45-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6102.313599 | | 309b92be44670e66d3676317010bcd87ae ff0433fb12819419b1bdbdb0895ce4 |
| 2018-09-17 03:04:40-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.44841554 | | 772dff9f6f53f7a3073245dc4856b28819 f00785ca47f23903775ab77faf3573 |
| 2018-09-17 14:53:18-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1000 | | 0E17D2C88BBBF621B589110CC768936179 ECABF35F6C64ED86FBF618D0A13A7D |
| 2018-09-17 14:55:08-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 2500 | | E48B99C0486ECA82359435E1FDB336B5FE BB2B1A7AA946DE1D1BA4F4F97AB1E8 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-09-17 15:00:15-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 4000 | | BC1C0CB2B12E61DCDAA8A8840B40E5B053 8053CFDAC957F757286CAD56027584 |
| 2018-09-17 18:19:46-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 4000 | | B356F4DDED93A425CB022579135992E25F 487B6663640B63068B2D2399A9183B |
| 2018-09-17 19:19:54-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 4000 | | 95C7FFF138AE336F8AAEA5DF00861BFB50 80B1CC6E67BB247AE0FB06DFE48D2A |
| 2018-09-17 21:19:50-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 4000 | | F6CA6BD236E1E23333EC1A953CE1F3679D B8B9068297C90F3674B484CA9E221F |
| 2018-09-17 22:20:05-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 4000 | | F3A4454357DF2B30C2B44878D9FF921A25 9749819E7F9F38D774ED362BD2E967 |
| 2018-09-18 02:39:47-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 4000 | | 9434E64814C79A429F8C62060CCBB2E57E 35C04F8996DAAB461AE1AEF8D9150B |
| 2018-09-18 02:44:15-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.18139568 | | 015e90ded3a3a7e4d2116c413af54c5a20 9dc85d7d73e8be32c69df3de607fd7 |
| 2018-09-18 02:55:35-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 5986.459784 | | c2c2bfd25672e05a06027e50c0aa5e3195 1fbddf6a1a26254ed66f07631e51db |
| 2018-09-18 03:01:21-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.44993935 | | 0ef1ae81b5deb5c44624ad3ae001e79f58 6fe12a2585d1e35773fb1ffb6c278a |
| 2018-09-18 03:21:25-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 4000 | | 5B9A05421A29573D474CB68ABF38E230DA E44837C6C8B32E5307BF895751D484 |
| 2018-09-18 04:20:52-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 4000 | | 4A476C630E724B32E5FD21FAAA144D610A 283B9FD64523C2D66092C235B0E6A1 |
| 2018-09-18 05:20:24-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 2968.542852 | | EE80D12263DF8ECE92669729A287B08946 1C2AEA44213630D32038E1E8DACA93 |
| 2018-09-19 02:41:53-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1810.943965 | | 38D642C941EC85A790B9F2272A8884BFC1 4AF0CD2204929A394100649FD185AA |
| 2018-09-19 02:46:54-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.18211374 | | f1cd2141f165aac87f773a5d2acc47cb5b 0472cb600a9a81f08e63bee3540768 |
| 2018-09-19 03:00:00-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 6021.164425 | | 3bbb8e2bf8120baf9353e1a29cdcbfa60c d88a5258bcca273d4ce97e84999dd3 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-09-19 03:05:50-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.47513727 | | 87c76b2021bbf4f860cf7da84ed902659c 71116b1fbac2ee341cf056f52ec9ad |
| 2018-09-20 02:41:01-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 832.868225 | | 96DF14CEE0D6399D460DD47AD0AAF8748C CA2CB8D5EBF098C29B194DC12F967E |
| 2018-09-20 02:44:57-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.08966912 | | 7a9400d6b99aeaece25c432e127923da1b e1f0f22c28782fcb91c089f53f0f39 |
| 2018-09-20 02:56:17-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2879.063983 | | 2bcec09303b37a850bce49eca1bd30ec89 89d018522a4b9e28d0a7a1ad3646c0 |
| 2018-09-20 03:03:32-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.71932894 | | deb3d8615419e7657f1e7fa208f51ddcb3 43a19ed8df3f3a12204f6eac84bfab |
| 2018-09-21 02:45:09-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.14455265 | | 1469790e4a265dab613fdc7e9c8de4b484 d7e825c74121adb0f5cc6c7ef8fbe9 |
| 2018-09-21 02:56:44-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 4521.68105 | | 2a8a89ff285b0cda22f7209ea002a8df19 c0751b44702ea447516e35650e15ff |
| 2018-09-21 03:03:24-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.1519886 | | 52a5bb90e3dc3fbb76e8e6e8c283069b5c d55304d2da7bc016f2ffc528c1ae0d |
| 2018-09-22 02:44:31-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.0739071 | | bf0cc96d3f0e32c4882f581b23a95a82ab 1f3ee44e212d6356a7cda060b5eb58 |
| 2018-09-22 02:57:38-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2358.522042 | | 30c2a9cce698d8d47a54068092ef596b7e a37c056b3de731941491f3d81c6030 |
| 2018-09-22 03:04:15-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.61045987 | | d0bf7296e7cff1ed362453f38efa6d952a bb0a4ad4cfc15042270af819891048 |
| 2018-09-23 02:46:47-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.01470015 | | 7bbc977b164f962f34135f6b3a13760077 5ad101adfdd2b704b764f33e44b50d |
| 2018-09-23 02:57:44-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 470.123499 | | 89b77564424e937719658609510ed9ed98 c81de7132615437d7578cd49be8fa9 |
| 2018-09-23 03:04:50-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.11830799 | | 9176d2b3a40a344d8d92666052192cb29f 31fb89f0b8d14cef5a8539bf230ff1 |
| 2018-09-23 16:22:38-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 3516.572954 | | 52D9967057CA9BAF87B64D737F07825E2F 9CE08AB0687BD4F85BB4C7A5BA5F10 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-09-24 02:47:42-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1120.648534 | | B5A24FE9EA41C0F98CAAA9DEAA76600814 748D26F2EB212A16193785882C2D66 |
| 2018-09-24 02:52:27-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.01354422 | | 5f7ebbd9f03671e0335efebfbbde1cb732 1542d7763c961f97443171e5957d9a |
| 2018-09-24 03:06:18-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 432.885395 | | 71fa7b2e863539699db07100a3411a9423 c630dafe7756a53770931ea099ecf9 |
| 2018-09-24 03:15:02-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.1077285 | | 6dfe63ed080aa47e960fcd38e9bb377812 a61679ff32afcf136909bab03e65c3 |
| 2018-09-25 02:48:31-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.01132699 | | cbec4dde755833eeacee161f50ce4b844f 8d72d8ee3955ff6410950fb073ebd5 |
| 2018-09-25 02:59:40-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 363.274036 | | 66dddc916bf78a7733afc57508703cada2 8b0a6524607669d45b644e627ac8d8 |
| 2018-09-25 03:07:37-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.09084258 | | a920eae669e944833f4359fbc939fb955e 43b7fd3af3cd2615a92b0d16af45b4 |
| 2018-09-26 02:50:44-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.0104674 | | 3f1810ae4262d73ec1334bf4e16adf8d08 19468eb63efca938ddab009c8e7822 |
| 2018-09-26 03:00:41-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 334.804064 | | eb1f5ce1a51081ac8ccc6378b6f2de2513 31e707d811ca83227442dc985f62b9 |
| 2018-09-26 03:07:18-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.08080377 | | 52de1d347b1b726acf7083600ec67f13a1 443bb1e887dcf84c62c48189bb5b49 |
| 2018-09-27 02:46:02-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.01183756 | | 08626de48967a6eafecd20a2ef1c49df65 a735cabc1c5ab6f346c2d1245b3366 |
| 2018-09-27 02:56:35-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 416.562599 | | 270ed52f1b51ddafeac70b0e30afff37d8 646321f1b757dd272b670c6e4b58be |
| 2018-09-27 03:02:38-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.10013639 | | a07b8ff229c9ed68bb8c19610b4e240393 8bb669e537581ff51c7514589be2a7 |
| 2018-09-27 19:20:12-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 2998.140335 | | 2630639941EC989BE45F6E764F1F685572 239E248F42976E296A20C7EF68CF09 |
| 2018-09-28 02:46:14-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.0121907 | | a916dfd7f1fda8d6e0347dd4ada9319f0e f48e3b8a4137edfabeeb4851944769 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-09-28 02:56:06-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 470.170843 | | 35dc2eac1552d30924509045557f6f03e3 224d7d81103ee6b2f6b66382dabb8f |
| 2018-09-28 03:02:06-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.10964879 | | d104303cd9ebfaa4db4731bacf65279434 41a9d0f6132c8abb8686d21912dc61 |
| 2018-09-28 16:21:00-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1226.632436 | | E30A7757D84A1885CBF1D8F7F6233DC9C4 512E8418BF9C81BCBC84540C924DD1 |
| 2018-09-29 02:43:02-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1104.83909 | | 8CF629E4BA628905444CE7ECA750199302 1D9FBDF01EFE31A787BB0B78480BF1 |
| 2018-09-29 02:48:03-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.05911373 | | 73bdad0ba0681d84e1b6424c0c627f9707 e1692d9a46c30184eab7e5e35a0abb |
| 2018-09-29 02:59:57-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1883.596199 | | c4c5ae80e7f83a3758e58c678288320b5e 6f589f7081939ea491b51c789636b4 |
| 2018-09-29 03:06:07-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.44816399 | | 0aea978688ed0dfcc82d0b85f32e826bd9 56dac311ec9777ed81971e85e3b84a |
| 2018-09-30 02:42:03-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1026.501959 | | 8BED1779466E3187245817A4D50F7F14BB E4546C1B42A70C94573DB8BABC01F0 |
| 2018-09-30 02:47:36-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.07400046 | | 1c17b4b7133ab42fc69810a5a361de2782 24b5cf909214e8ef03c9e93ed48ca3 |
| 2018-09-30 03:01:55-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2304.86082 | | 2e898b745a0d356f2e61af94e639eba8fd 7525dba86734989d1b456d80a646ca |
| 2018-09-30 03:09:02-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.55795085 | | 7f648cedb7ec23aa57ff99065214e524f5 385029c4e2475c2cd9c29da5d37ac7 |
| 2018-10-01 02:48:06-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.07643853 | | 6ddfa5f72577e2b4e2313b222e65ef4ff4 1ffe518f63c9f58b97f1cbdd3ed2d7 |
| 2018-10-01 03:01:36-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2300.927752 | | 9b048398f1f8c41b96b728198168b6bff8 6ee10c5b1edc0e61cebf5100fc5c43 |
| 2018-10-01 03:07:55-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.57785704 | | 05a0e69cac45ca448f375c9893f388aee3 e0ba3e886a75b4330fdf4779889f27 |
| 2018-10-01 04:21:17-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1007.327752 | | C6F43517E6C5C0FF07BC62D6BED3F10B88 2A1A8E34771FF0DD6E06318E5ACEA6 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-10-02 02:42:30-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1035.186364 | | 793A0951DF2768F2B4FF15D6E40C15B265 ED5500AA639B299E1818B173539096 |
| 2018-10-02 02:47:14-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.07651892 | | f60979a72508e2ca9ccb7a76c92999b9b4 4bdbe77c3932dd0f1cc8a8bcf7f3a7 |
| 2018-10-02 03:00:55-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2097.716486 | | b9a512b10d57b5fea687ef786997f7a2d2 5a92732ec56ae94c47992ae7a58f08 |
| 2018-10-02 03:07:56-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.58140776 | | e2d04e7ab76fd1f57e693138d84b58e2fb dd2005f15094386882f97cbc4ff692 |
| 2018-10-03 02:46:54-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.07587186 | | edf91ff369502834b8d8925b3e2db00df6 c1ed7c562306e80fc848a26ff7059c |
| 2018-10-03 02:58:55-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2215.306288 | | 4c84161ec170360851ec54ebbdb94b839b 552514b93a195dc8d8d07d90b356b4 |
| 2018-10-03 03:05:15-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.58485398 | | 3b289bc1669f7dfdba632f44ec430d070c 47709de23b6a82219ceff6118423ca |
| 2018-10-03 04:21:08-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1073.76805 | | 8D1BFEF4D48E64BFCC15F5205D8F5EFAA7 CCAA38F8080CE88724C7D25D3DDFDF |
| 2018-10-04 02:46:58-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.08161824 | | c52f7d19b63f0c3d5e4cb8ca9366113961 e8074c445488a08651b514863e6faa |
| 2018-10-04 02:59:08-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2394.237601 | | f253a6ec731f51d9a5ab94d7a26b96c9a5 410c53719f41e06c612e3c2f9969a6 |
| 2018-10-04 03:06:32-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.62875661 | | cf14146476a0af6292b122049b81abca82 3e79ace4b4a864f13ec8e3e832faea |
| 2018-10-04 04:21:43-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1162.771595 | | 1649DA1B7206DA30E879C5DB7443697D78 6CEC8A90A044562649F98291933024 |
| 2018-10-05 02:46:33-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.07818349 | | a3498ab34b010c0ea46aff3720dad0dbba be8d858b9a4a02819aed35c51b4e84 |
| 2018-10-05 02:59:06-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2203.584334 | | b02958b5b739d7e7d4f7bb34769134bf6e 767b52235a5a1d0725529b3fcad29e |
| 2018-10-05 03:05:34-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.59650173 | | 8959edba4a3cd6c2fe11d8bb056d22c130 79fe6ba10a66d37233b6f39eaab920 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-10-05 04:21:56-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1102.983916 | | 534FBEB3CFD397D399B61FFF57A220CE96 47635F0ABC864205037010B009AD61 |
| 2018-10-06 02:44:58-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 926.700383 | | F361FEA6CD8D4335614EEBBF69A3330123 A3868326127B38AEEF9279909922EB |
| 2018-10-06 02:50:16-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.06402731 | | a416432346e8ff9a2fa308ea25eec8f1c7 cfb5e5c0a73d393c0cdda52479cbc6 |
| 2018-10-06 03:03:53-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 1805.571157 | | 3a47bfee9b95adc1a99a624732e0c398e3 dff7b44bd05b4982c0ca7f851dcfe7 |
| 2018-10-06 03:10:24-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.48985837 | | 64fb7ea483292f3583f39aae873713439f b4dcd9bd4e9eaaf9b6a938ac2bbda4 |
| 2018-10-07 02:49:35-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.08609355 | | 703cce7002a16a83c876613ac015153a75 2d836b5a06e3b07581cb874a8aea34 |
| 2018-10-07 03:04:04-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2393.712511 | | 1cc8352c463a399bd610c9f33a89af1af5 8c50c3ea149d852304bc818ac3f785 |
| 2018-10-07 03:10:22-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.65838222 | | 874a690255dec52a00ad805035baed84cb e1547b07d6b8c9ad37e613e3173e28 |
| 2018-10-07 15:20:31-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1295.430455 | | BE944E5697E6C0957C1640653D8810C9B6 CE0DB2259F6E3833910A0C062F62AC |
| 2018-10-08 02:43:24-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1271.497837 | | 6247C60F1F65E4A96406FD427C9F4803E1 511AA8D1F5FA490ED6A0839C394C0F |
| 2018-10-08 02:48:25-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.08108939 | | 63bcd1763f8f8cc75c3437cc9b8c8e3c6b 0e9f40114ebd30c0e5e47d672ef6a5 |
| 2018-10-08 03:02:42-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2290.965639 | | 495c2985d39097f87974e098c3e1d35b6d 78af498911b23ea85eb0e86c03df79 |
| 2018-10-08 03:09:20-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.62187256 | | 6ab19f23bf8010567630b8b4c513639ee4 4a9c6ce3922146503eab0b6a2da544 |
| 2018-10-09 02:50:42-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.07931403 | | 9e855c0f49226cef510c61c08307cf6ab6 cae738cec30a9f5a9873c61ca908b4 |
| 2018-10-09 03:05:47-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2194.054756 | | 80025400d3bb929e02cb4f4fbf89b822e8 ecaa662d0e98ef7bacbe9ab268833d |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-10-09 03:11:54-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.61015954 | | fce38250e245039f7b40aeebfc8c7d9d58 ed77adf51860f2f0622635cd317b77 |
| 2018-10-09 04:21:00-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1239.040386 | | D556A606A5D130FC6631A3F53B2BD3DF41 38A6CD519CA7B7029842E68B848C9D |
| 2018-10-10 02:52:53-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1171.069553 | | 7A079C77C8160B84CEBCD8C2B3FC31A4C7 71107F2BC049B9D8CAA318B2C92A32 |
| 2018-10-10 02:58:08-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.07422379 | | 04895b90b87f422cb58407635cc8b13435 8946ef568c6925ffd917f3dd259c4c |
| 2018-10-10 03:16:50-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.56577843 | | 4745cf87ba47bf33755648817d047e3844 b25879a2c521ccf7dba5c79397b449 |
| 2018-10-11 02:51:49-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.08485528 | | 3f05e65b21d647e30d728126749bbffdfe c8f1df2a7d53cfe9929d06d1fc8919 |
| 2018-10-11 03:12:45-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.64689506 | | f1bea3b3ea3fa5dfeb16ed8c4fa08da446 d9f50ecc96204a7d48cc3b7c3887bb |
| 2018-10-11 04:23:10-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1352.109771 | | 404FF7521E1A4191E0208DA7A46FE4BDEA A179FC767551C489D57CB9B12DB15A |
| 2018-10-12 02:46:59-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.10419138 | | 7f28885b691c0723a73aec81651cd7c3cb af0525fad1f723e9dbfb722df6ba06 |
| 2018-10-12 03:07:37-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.77486161 | | 137512ba049b19df7fa752961493c88a7e 01852cfa8aa5502bcb0d81eb9dcd23 |
| 2018-10-12 15:23:59-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1681.482635 | | 94BAEE6E1E7891B93969856B4501FC9E94 EB03383455C3D12C4FD9C7A8F1A5E4 |
| 2018-10-13 02:53:05-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.10987924 | | f57426039a19b0deeb5123522ce69048c5 710e1671f0b43ec366546a2bee8d5d |
| 2018-10-13 03:16:01-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.79328444 | | 8b0cfc3fc358c8d205b72d13384a51ae99 3f56088ae72e98305edf718aecfada |
| 2018-10-13 04:26:14-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1678.379897 | | 21541D0693876613D77E58EDE182DE81BE 151943D0E55E753C18309AB42766D1 |
| 2018-10-13 16:33:51-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 9927.339768 | | 587d8a490fa5e61916df6cad976bc90245 c51a84d20480ecf686e2469bb1f202 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-10-14 02:47:10-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.10021396 | | 19284e22c15387db2c1ac36a30c9cf2d6f ec3f89c21aed95be33fcce8c3436d3 |
| 2018-10-14 02:59:47-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2658.737448 | | 62aedd728b916d75d522fc4b31f3ee4fb8 2f74680b31dc6621387bf355b36e36 |
| 2018-10-14 03:04:52-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.72217194 | | 83ce240f15ed995680c3de50a383d464eb 0daf78c6e06b7ce5e3335ed3adbeef |
| 2018-10-14 04:25:57-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1556.681909 | | 7C72306288841E70BB031D4BC222228448 077138115B8529D60236F80E05AE2B |
| 2018-10-15 02:49:26-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.11345949 | | f239a0badb1a55492ded993f6562b8f451 ac2c42cd904a51ca7274903fd6a8fb |
| 2018-10-15 03:02:03-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2999.872221 | | 2d6f843f8b0cb27a41d231c34ca8446c5e d886e4e9e641c4b8507ea79239bc6b |
| 2018-10-15 03:07:58-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.82277411 | | d4e6c10f7978c823a4f2a4557fc3b62e42 f7948e502d5008a0de84c1be8ba22b |
| 2018-10-15 15:23:18-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1760.837937 | | B7F14B6A5BFD05DB7F58D0ADD7FC180FC7 F8B6A6F53B6809B434C071B900ED61 |
| 2018-10-16 02:39:35-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1584.946702 | | 0E067D3687C5FF30BACA273D65932424AC 81E5A966274DE0341C2727390EE077 |
| 2018-10-16 02:44:35-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.10550388 | | 5dc34603f3479d06d999c4355a17bc63b3 3244d8c5e060ae1185e8f1f1bc14d4 |
| 2018-10-16 02:55:52-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2826.371768 | | efd3d71d48e7ec9dbab8851397c769f62c 66ac3e7dd4ae26d592f6e6f37a8896 |
| 2018-10-16 03:01:49-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.75776058 | | 1e65f4aff1ce3656aca2a4e6708e421cd7 c2e593390be0d292bed8cdd05e8d67 |
| 2018-10-17 02:41:54-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1598.987209 | | 563F895D80D7A5CC5928B8C080FAACC205 CB93BEED8EA04C50643BDECAA86812 |
| 2018-10-17 02:46:44-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.11064311 | | cfebf79a9da47777061c8184b8f6e21e80 75e0282499d0bb246cc4af13acb9b7 |
| 2018-10-17 02:58:08-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2993.789914 | | 0d83af26adaeb13f2865c89d77832471fa ec3abd5b63411fce70c95269ea5d0c |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-10-17 03:04:21-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.79934305 | | 521664e099dd827abe66955ad4ab1ce805 873a0241cfa116164b685bf79f1f6a |
| 2018-10-18 02:40:15-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1340.334944 | | 546FD507298EDDF093D6A312CD7B9B23A3 CE343AF10C18064B4E7056B4546045 |
| 2018-10-18 02:44:18-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.09633798 | | 25c52ca2fb0d2c8641c7239610165a5165 09a37bfdd1e03391b5cfcd08f0c013 |
| 2018-10-18 02:54:16-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2546.589454 | | f85b7e2f340c5f2e52c7744738b00f6227 78f6cdd88735fc858532aff16c79e0 |
| 2018-10-18 03:00:20-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.6968708 | | 31562eaaae892ba312d2e6d3117d36c187 7ccb066423ae93e3feb3963e19077c |
| 2018-10-19 02:44:08-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.11152766 | | e2adbcadd5113b6e067d71c78e44e78d81 70cc622f40445eb48b5529151dc305 |
| 2018-10-19 02:54:34-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2933.126486 | | ca0592590a22885af1c233c0febc296d6e 949d992c5b34f5a78181b191159099 |
| 2018-10-19 03:00:08-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.80521796 | | e7e2bb14e79932aefeba3a13c37809c403 80ff81d125e375b1d0c2f4c2910c8a |
| 2018-10-19 04:22:42-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1549.841705 | | 09B3C4687DDB5EA1764E4860E365F9DCA0 3C409DADD8C0ADD84851D4452E20A8 |
| 2018-10-20 02:38:05-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1467.372543 | | 0696458B62AFCD9C4C9F42A40EDD77CBBA 0132C4CD7D690486E84825E844A572 |
| 2018-10-20 02:42:46-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.10452176 | | c748944e6c94766c9473b5f526060cad59 e44f46c45a0a9b661857f6a9a6153e |
| 2018-10-20 02:53:42-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2738.86114 | | 983940b67c763ded46e19d917086c2a736 826dfc559a85994ed7d8b5344c6591 |
| 2018-10-20 02:59:02-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.74802218 | | a07d15238fbb28f8cfb492798c28978bd3 5b402d82e5187e0839052d038dbfbe |
| 2018-10-21 02:49:24-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.09346107 | | 0948bf156d4703e366da783616fdf44c7f 2e047b643acc4a5dccf9d5c6b52ace |
| 2018-10-21 03:00:38-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2461.980721 | | d3b51e34243f44798634d437aa825b4884 077881962ba93b8fb8f99aee6ac758 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-10-21 03:05:34-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.67442872 | | 9385c838751f2121beff05b81c24945716 b493a7238a3a8e4048aad9ffe4bf20 |
| 2018-10-21 04:23:42-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1314.988873 | | A6680F46BAACD618C88FEBCFEC067CAC37 1B87E179F78DE030325D26CC931D1B |
| 2018-10-22 02:42:06-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1360.129734 | | DB6ACB8759AAE9D2DC0516A01BBF06220B A1029A542CA5234B4540E64EE41D47 |
| 2018-10-22 02:47:04-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.09525406 | | e3788faf382ba295a142c6914c06be23c0 22c50566eb97fcf16bcd0cfbfca924 |
| 2018-10-22 02:58:46-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2521.041906 | | 670d03f3e89d9c28f27df9e40d6560009a 5c4e111db9dcdbce84a6df744a87ac |
| 2018-10-22 03:05:10-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.70151873 | | 9afc2db1b240d3b75ed7064693492efebb 7086d7c6287a5aff75c3db1541cec2 |
| 2018-10-23 02:41:48-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1303.962958 | | C4BD65A1F0EC002B3DBE794EF768602B00 55036F56A5367925B7409D703B1045 |
| 2018-10-23 02:46:39-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.09087397 | | e1044d7794df6d88bcd3dc2c536df2d52e 7d207b780458debebdfac982ce60ec |
| 2018-10-23 02:57:49-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2425.284057 | | d13887e6fc90e01c2c1cb503021f284292 cf1fc28857626f899986b2242f4bc9 |
| 2018-10-23 03:03:25-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.67118905 | | 6de22c96e9ffdbc3e02420ddf3075b7911 ae0c19f9aa51e2453ed90f5232a298 |
| 2018-10-24 02:51:03-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.09243072 | | f93c7fd492fc4608873b7390e081297506 e26060f1da63019c587c1404805c0b |
| 2018-10-24 03:02:34-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2431.514768 | | 314110b8c265177a859f8f5832265872dd 038af84a300264471c6b6b4cd19d08 |
| 2018-10-24 03:10:08-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.67106853 | | 2f94d4912521b58faea6089fab89310301 16d7f9c360ad91130fcf681f612044 |
| 2018-10-25 02:48:44-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.09539236 | | 250fc7c241123ce9a1d9f5e640865778b6 79413e6ee3b5041b80b5a58e31c49a |
| 2018-10-25 03:00:01-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2457.852565 | | fdb578bdcd89c939bc371703c6732129d7 07b29ee374bfc29e8949054d92442f |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-10-25 03:06:11-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.69638855 | | 35005b7fc938b83de74b223d4e2a80cd96 8e58ed24b45c6baaf10646037cedec |
| 2018-10-26 02:43:32-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.09842344 | | 27f450740a98a0484e4d3d3ba5e6458d19 6ac5f38cf965b2d04ffea1b4cc3858 |
| 2018-10-26 02:54:11-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2545.145881 | | 3a0e6d71248f1b1c1db4bfcdebe230f207 fbb6c9954aea393d3da455d2ca4cb6 |
| 2018-10-26 03:00:27-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.71781726 | | 96fc03ee6cad2f2417c3114bc61cbf566e ed3e223e58a8f7d1155cc499fdfc61 |
| 2018-10-26 13:51:35-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 4000 | | 57E23E82640FF014CFBA2244A558D8BD43 9F3E6DAF39946625741E2130748376 |
| 2018-10-26 14:21:55-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 31.975806 | | 65D2B1672A812F8DAD0C0BCA79630DACBB 33C0270076050E1FFEDF798C55D67B |
| 2018-10-27 02:39:16-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1387.691369 | | 0F7F1FE78C86F7E7F14F577F0FEB6C8E57 6FE2710F7A2D696CA7243C3E0AB765 |
| 2018-10-27 02:43:57-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.09979155 | | 996779710ef9bc32e073e615d13c944e00 643110f8697d383db97828e4fe54a3 |
| 2018-10-27 02:53:55-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2546.465739 | | 679608143323ff57d36f68f91991582869 fad18cab5d7ab6ba57767ef9ed8045 |
| 2018-10-27 02:59:49-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.72486809 | | 10f33a23c2ea48a61ef9739a8860526f68 838b1c8a678308d4936efb23356bbf |
| 2018-10-28 02:41:31-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1491.87801 | | 13C4AAD1BCE82DFC151D82F906162C82A0 E587DCC80CEE2691EBEC80A984A374 |
| 2018-10-28 02:46:23-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.10705837 | | 1854bdd5a4072f2e156d6252ef5a33cffb 661a5ec4be928b11dad63e09a46497 |
| 2018-10-28 02:56:53-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2692.57368 | | 1d080718cabc1493812c862244f8e8ab03 c82082684336778a6eb829d244f614 |
| 2018-10-28 03:02:50-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.77657736 | | 82e6f5504f8d78c0d0de90bde8066a2f8c 220af57e8ac0e8ee94a8f1b624268f |
| 2018-10-29 02:43:30-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.10189145 | | 26d94b9ddd94ae6ca037fb8ee97360c538 3bf08b00b800b5ae2f91fb80c49268 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-10-29 02:54:34-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2572.777114 | | 89de478627c8fa1cbf57b97af1823ea189 ce773943659926acf783835157008d |
| 2018-10-29 03:01:10-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.73657901 | | dc8eafc442f11e8cd4b7256b8feb862ea5 e0a3a4db22865e70430b18106164a6 |
| 2018-10-29 04:24:00-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1412.983056 | | FD9C2FB58506A21B2C2E1E87BF6A75FD12 E66F383CA8F909F33C4B55211A99E8 |
| 2018-10-30 02:39:42-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1355.972432 | | 106DCD147796A2D7BE56E82518134BA904 8211AEF323109C71A5AE880FB13C8D |
| 2018-10-30 02:44:24-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.0984693 | | 1faa76be15680955a48c11c6fc10e94735 38726c6dec5173f101d94bbaaa71fb |
| 2018-10-30 02:54:43-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2500.310099 | | 07f6ee0cdec42a74ce9701cfa8d1a6b164 4db0c662cf7b89845c193feda230d0 |
| 2018-10-30 03:00:13-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.7186488 | | 635417df4202eca87b1c83511bdb15360c 838fa9ac7b3e05a9f69c3fa610ad1e |
| 2018-10-31 02:43:19-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1208.832405 | | E405840F732213B26F3B2970EAEBC29742 424974EC36F8636B645CDD77FD2CA7 |
| 2018-10-31 02:48:13-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.09374773 | | 06ee8fe40537346ce2c723e9742dc29784 d7c454a0494937d75c33ebbcda2774 |
| 2018-10-31 02:59:42-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2179.46404 | | e2354ce9e9335c9fbfe46b08e82c8ddf65 f265a3c5b8db22530f33f7b938baf8 |
| 2018-10-31 03:06:08-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.62352019 | | 3cafd55b9ef62d743ddb6eb96b5b00e232 c7cdf3227719cf59e701d9eb911c67 |
| 2018-11-01 02:51:00-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.09109132 | | 5391755641eaafbc0155ea157810b906ef 3bfa75fe3e96ea7d930e2bebaa77f4 |
| 2018-11-01 03:01:30-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2358.304476 | | 8372b0a7607f035cb6e4fe145d1cedb833 b3f54b81763cd65e7eb64b1a261309 |
| 2018-11-01 03:07:34-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.66645967 | | 100edb58e1b934f2d5201c42ff32767595 d1ef609035b69649257c5a49385d5b |
| 2018-11-01 04:23:28-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1250.214387 | | 10F3192FE0128A9C883AEECD3911BFF768 5B6C1DF2AFD2214D0CBA5E9240887F |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-11-02 02:43:55-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.0937378 | | 39e12c018df69cc4bd7c78862065a11d79 c1e2c2025a314b02b7c32cdbc106c8 |
| 2018-11-02 02:52:51-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2453.14121 | | 9be2ae8485325b3fc70c396d2d19aab470 918d39b6317bed351a7505e9591406 |
| 2018-11-02 02:59:33-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.68340692 | | 3150259244351256cb6f195175128cc999 17d41bee877c0b9b5dcc3662c78a62 |
| 2018-11-02 04:23:48-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1276.0932 | | CD6379D17C2E78DAF0526C30A5044797B7 23B98875BD00199E753AD39B292FA8 |
| 2018-11-03 02:37:58-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1281.256122 | | 62B8E8A74F7196803A95563C1A4C2E140B DB83E491DCFB68474E47E0FD4C2C18 |
| 2018-11-03 02:43:14-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.09048635 | | 81e719b94866fef5108225b0c12ff7bb6e 16b67b2cd1cf2ee3cc57a420803eb5 |
| 2018-11-03 02:52:39-04 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2468.105059 | | 80e10be5381f2cd361640c6a08e31f737d b71b59c6729bcf8bf19c72631da84a |
| 2018-11-03 02:58:22-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.68119458 | | 8b68991bbcf5a7882afca1603e435fed9f 131460882a311580a744befbda4e4e |
| 2018-11-04 02:43:55-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.08351722 | | 476a57adf60430a1d5486ee5b0f2d206c7 c429e74124b87ee18c3f9422073cee |
| 2018-11-04 02:54:02-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2404.296096 | | a6ecc701cc5a3c0c86e73833823e7b222d e425f7bcaf9a1cc8480641da11ff15 |
| 2018-11-04 03:00:04-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.6698197 | | 00a9eaa9205ad93373e265b6ed7c811875 afc7963acb9d2039cc4633bbf657d3 |
| 2018-11-04 04:20:55-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1266.145416 | | F622079B852E476A5CE7C8BAA3D9FB85FE 0664AC7B1F6AE244C0705F157C73BE |
| 2018-11-05 02:41:04-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.35912198 | | 31748f888a21fa33adde7f589769a1fc29 7ae8f2721f776ffcde54732ad80f93 |
| 2018-11-05 02:48:35-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2583.060862 | | c2cf489e2272328f4436add5027f8e5dac 379058fe7448e640ed2412593bdb45 |
| 2018-11-05 02:53:20-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.68053887 | | 3a1d2639840bd0451e84eaccf8463b7477 bce7f0686dd6c56dd1c646f8ee8f04 |

116

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-11-05 04:21:32-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 986.912287 | | CD1114A7C9AB00F791E48B91CB94CBD893 B178A8FA8A186F0167033C76520565 |
| 2018-11-06 02:42:17-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.64706545 | | 50e38f6e5f0145dac8fc9dbc87aada06ab f009a2581dfde1a7167a5b5874f486 |
| 2018-11-06 02:50:27-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2656.343402 | | af0f1ebf8a839c1305479dee4b51aa4d8d c98d5468d392109ebb2eb38bf4befb |
| 2018-11-06 02:55:04-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.67556416 | | 51a6d741b16f463e8e2dd62847a6231292 9f5ca857b349f28c7fa11100f8ceb4 |
| 2018-11-06 04:21:19-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 600.797681 | | 64B39F8D7DF9DA0049E9FD38C27296FF13 6EEEA7B3D9A8CB471C1A233D206A85 |
| 2018-11-07 02:38:35-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 523.543725 | | F2BC2815EB2A3EE7B32E68967E53CE8CE7 77E32F5F84AC77E75D674A6A389BA8 |
| 2018-11-07 02:43:13-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.58940729 | | 30e91f2fb00b98515e17396fdfab01d4a2 6645e0cec2c6dc9f67f20d4d1eaad2 |
| 2018-11-07 02:52:23-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2568.991753 | | 8b6fcbc967994f5ce1520e786d9082d0555 945f448168d94d4b0fcbc322fed7c7 |
| 2018-11-07 02:57:17-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.63989443 | | a724e357ce47b5269506072655cb0db99d c4e5726b993da0503897e266e522f6 |
| 2018-11-08 02:41:12-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.57082879 | | a4a322c0fd4baef9120131f9d04bcf6567 b85165c037e0adb7c993a94697d0a6 |
| 2018-11-08 02:50:14-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2555.663823 | | d88eeca7b88f9c46af306a027e29d694d5 25040c7420c7f8f4abb0eb3d4c76bc |
| 2018-11-08 02:54:52-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.64833576 | | d6f6025e224aa46f825b9decb20915762d 0dfa2c51ccb4ca7bd73b47057ce1c4 |
| 2018-11-08 04:19:46-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 529.748481 | | E630CA9B79DCC91CC8FAEFF35A87C4E0F7 CB61F8225C72FD8C8DBF72ACBEB2B9 |
| 2018-11-09 02:42:31-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.59066388 | | a98e901d81c5f459a775e5bb57991c7f56 26526bf864bd07adeee2c11129a843 |
| 2018-11-09 02:51:54-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2565.220266 | | 7a811df5181f64381cb7146441022646db bacde5d396d1c16bcfd316ff4ed906 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-11-09 02:57:42-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.65427675 | | 4aead1f19baa8663c391a75aef9260fade 23eee77578ef1fae9ed05d3caee64a |
| 2018-11-09 05:19:50-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 546.632262 | | D460A754CA65371727CB668BA859CAC000 859B9EFDC160AF9453CE0A57E3F352 |
| 2018-11-10 02:17:01-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 531.824684 | | D0BD736F941919FF577A31654B1A371960 3DBADA03315F4131EF1B50A1C2DD87 |
| 2018-11-10 02:40:40-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.59078759 | | a55de91be4d1f36dd5c1d9a067cacd42a2 43a0f61c36edcccc8e6c7d89d3efb1 |
| 2018-11-10 02:49:17-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2513.41843 | | a6034d8498448c5e5e42682304dacc4403 dbc902d500951106016c4c879d29e5 |
| 2018-11-10 02:54:08-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.64400125 | | 675de6368431136c05b941d9bc087cee00 c5bf2d422fffe7fcdb6bd4f56de204 |
| 2018-11-11 02:41:00-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.57809455 | | e416e082b4344b5c3aaf79e94f66334a7e b07ff23ff1e1df8bf671f24725d355 |
| 2018-11-11 02:49:11-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2421.773069 | | 3bbe1c7755869a63f19b02c78e4226a4f7 f1524500e6e71d548cc24cb6dd9649 |
| 2018-11-11 02:55:02-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.60858541 | | d177443c249684498fcaff4d645c3c8f80 7d7940892796e4e187a4f17ce3a0f3 |
| 2018-11-11 18:23:53-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1033.965135 | | 23CC02F505E3BB29E372825D970DBF1D09 735A4E830100EB535633F93C391F5A |
| 2018-11-12 02:37:14-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 517.622591 | | 535B24374407B66910940C1BF9ECFA9FD9 F1DE24FC8097CCAE8406EB6B37BB01 |
| 2018-11-12 02:41:20-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.60987834 | | 2d7a8200d209de660649161bfbcea51437 216bc1a779feaa07e39b2de73055a7 |
| 2018-11-12 02:49:31-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 2521.535109 | | cd63417e5cdcc921c38b2800a1474c201f 4d0f70171264c8330a660371ed2632 |
| 2018-11-12 02:55:05-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.63745645 | | ca039453b8ca7b6f9e88daa2ad4a4808ca 1ed8803b960bb8b2acd4d1ae67bc4a |
| 2018-11-13 02:34:35-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 508.867307 | | E4B6839FC62BE4DC6E4468C9B1176FD7B8 F054200F4EF52ED9651DABB4754D56 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-11-13 02:37:56-05 | BitcoinCash | 18orMy7vDsu2czudiCTYxgZyDFmMUZoSn5 | | 0.63174278 | | 2b8a4126872c3bcbe3745b70896c99ccc8c62ef6f47a724c7768691b886149b4 |
| 2018-11-13 02:45:22-05 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 2566.449952 | | c7eb052327720e77a5a5dca780c4b497387568dd00d1e5970c931b3a59e6061d |
| 2018-11-13 02:51:00-05 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 0.64646303 | | e3694a2f8d7f2eea6525ad1d1734b4f26fd8567d29b7fc65af66f5523b2698e2 |
| 2018-11-14 02:35:38-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 552.169588 | | 81CC923B1009455A88C4F7D42EE11A811D6421A4B0C7380BC52F7FD401F44552 |
| 2018-11-14 02:39:15-05 | BitcoinCash | 18orMy7vDsu2czudiCTYxgZyDFmMUZoSn5 | | 0.57852793 | | c58670a77709ad58db2dc793840e975e2880927f84212fac4a7786e6d4e55777 |
| 2018-11-14 02:47:52-05 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 1582.080073 | | c0321fb0d2b29d76519043ad07dfeb6c84a7e496a2aca2601a38cd21dbecda15 |
| 2018-11-14 02:54:02-05 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 0.39457637 | | c590c091fa49bc252a49c4f0410fd1c83c36f8da153a74cb24c9175250bf3a6c |
| 2018-11-15 02:37:00-05 | BitcoinCash | 18orMy7vDsu2czudiCTYxgZyDFmMUZoSn5 | | 0.58257465 | | 16656831080deab833396418273e6205bda16793b9609b53ba76a0fa9b721dbe |
| 2018-11-15 02:44:15-05 | Verge | DDHKwGwe5tpBkH7yTtkV47Z7GNB1dVjBLp | | 686.845624 | | 322e0a0d0a43024ab896b0b64a5d9f5a08633e9329690c3b73baca731f221d76 |
| 2018-11-15 02:49:30-05 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 0.16597331 | | 18ee6b5d3f5d573d7808587ce6f5bb5db8e0d915ca0929b5c8a02ba753888175 |
| 2018-11-15 03:20:53-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 632.221683 | | AC35D0C9D2C7B184802CC61E29F18485AA37093D16097FB7E2C9C0FD6663885A |
| 2018-11-15 08:13:48-05 | Einsteinium | NULL | | 0 | | NULL |
| 2018-11-15 08:13:48-05 | Cannabiscoin | NULL | | 0.00000001 | | NULL |
| 2018-11-15 08:13:48-05 | BitConnectcoin | NULL | | 0.00000001 | | NULL |
| 2018-11-15 08:13:48-05 | Unitus | NULL | | 0.00000001 | | NULL |

119

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-11-15 12:49:27-05 | BitcoinCash | Split into BCHABC and BCHSV | | 0.35008738 | | NULL |
| 2018-11-16 02:46:40-05 | Verge | DDHKwGwe5tpBkH7yTtkV4 7Z7GNB1dVjBLp | | 245.998866 | | 2bc4619d7406a10959922c20c6a541397c 4ee74e8978d68e8bb3e1f63924434b |
| 2018-11-16 02:51:08-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.4837659 | | 1d54909c1ffb569c35c8e7aeff0e8868eb 39ea7a6deb7981d5f86c0d07c912c0 |
| 2018-11-16 03:22:22-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 255.841377 | | 82FF607AAD2F381F6211B156EB4307EB72 2E927B975B074378CFB276167C80BF |
| 2018-11-16 08:21:50-05 | BitcoinSV | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 1.76960131 | | 761db3c009f0db3aa12c90f219067121a8 4d227461346204241d0f17659fd144 |
| 2018-11-16 08:21:51-05 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 1.76960131 | | 761db3c009f0db3aa12c90f219067121a8 4d227461346204241d0f17659fd144 |
| 2018-11-17 02:49:44-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.13217302 | | d30519a6b7f8ce13a47730d0ea2fa24e02 1ae68fb58d013cecc0a37dc886089f |
| 2018-11-17 04:20:01-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 11.971107 | | 7892E4526DA7212F58BB63FB2577A49510 99A8C43A121E4164683D482A1D735A |
| 2018-11-18 02:33:20-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 11.598702 | | 34B65A54F24202F5338E337713A63DAD3D 15AD86D81DACF4F02ACB7C75F81E74 |
| 2018-11-18 02:49:35-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.13379746 | | e3e7560b728cd2adcc18f4bb3408b5a563 ba5d3aba641a4b13fa1f9c7daddcc7 |
| 2018-11-19 02:52:40-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.13200814 | | 622070befb5a42512477adbe8de38042be faf3cefcc8faf7fdf034a948af596d |
| 2018-11-19 04:24:24-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 10.913647 | | DAB0696FC20D46170EE93CFBF67BCC91F9 A732BC226D97F373B9DE94BAEC5CD9 |
| 2018-11-20 02:51:23-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.12568079 | | 4aeae40d78389fb0e9c1904c822812ec02 3b4ea3fcb4c255ff518d528c8cbd5b |
| 2018-11-22 03:20:33-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1597.592461 | | 26C22DBB37D43BA3CA7AE6A0ADA2DBAE41 AF9C0452020B71495692BF08A78A18 |
| 2018-11-22 12:17:57-05 | BitcoinSV | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 10.25859985 | | da65bfdf6e276045dd8b953b4acfb698fc 0f2738167bdd1378877241fba3c118 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2018-11-22 12:22:43-05 | BitcoinCash | 18orMy7vDsu2czudiCTYxgZyDFmMUZoSn5 | | 3.13660938 | | a3468d6bfe5491da4d06e077d9c06aacf7c6fd218d1627bcb3243c103ad307ca |
| 2018-11-23 02:28:04-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1234.662879 | | 4F8DD9E079165DD768C94D82DA5DA605AAA92F11D5B222517705BBA8D78C8C6A |
| 2018-11-24 02:28:16-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1389.515252 | | C6D322AEB3D195FCB5F708D9BF988EA5075CDB08E4EB4613D4B48C0A1EA6ACD6 |
| 2018-11-25 03:17:01-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1283.650857 | | 5DEC380A7A7AB6E650C1F05C5DD969AD8C9E57B829C6E4D16AD3FC236E7C333D |
| 2018-11-25 07:19:57-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1283.650857 | | C6B1615932A6014C880D1A0FBCA47F6C0F962AF2F677859DE583388D30453270 |
| 2018-11-26 04:19:45-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1110.279925 | | 7B339FE6B63FD798783E2EBA6A18177B54548F8EB29D328729BA4460A653E560 |
| 2018-11-27 02:28:37-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1434.309745 | | 828EA9CD2AF04BBEF04F29E540EE51E82EE9F5145716002AC02E93847E985609 |
| 2018-11-28 02:30:12-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1493.769225 | | D580E0AC4076E40AFB835E7725B74658ACA44EA7327E84E2AC988417894ECFC5 |
| 2018-11-29 03:20:47-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1559.50306 | | 7D7A32652B74D5A1EED32CC0D9272DC8B9F0E4C7FA2564EAAD6C94646BAB57C4 |
| 2018-11-30 15:20:30-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1556.942371 | | A73CA069CA980A68F0DB9E3DBB2FB1ED94370C24DC7C5656AE367575C41E83BB |
| 2018-12-01 03:20:37-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1540.392979 | | 82908C761C0C3030A6D7B5FF50258CBE45DEF826EADC316E77DB16DDE887744A |
| 2018-12-02 02:27:34-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1589.890014 | | 3309E8D9EFA560E347206860F7218DAF4F6C024F582BD768BAE039C404F4D2AA |
| 2018-12-03 04:19:20-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1551.361648 | | D58EF6A18BF646B2333D7248389692FE84C89B0E0811032ABCF9E628B6EAA2E5 |
| 2018-12-04 03:19:49-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1339.607379 | | 4E1AE44459B34F0BCE47C042EFCF01CAFD38EBC2098A8F4ECBDC27C850DC36AE |
| 2018-12-05 03:20:03-05 | XRP | rPVMhWBsfF9iMXYj3aAzJVkPDTFNSyWdKy | 434188195 | 1387.804421 | | 60A7015F213491DC588B11602F0EFE32DD069FF17C6238E783B4AA107E624F0E |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2018-12-06 05:19:23-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1144.297716 | | 9382FF01C4AF3837FFF5B2BB2F2BED4BAF 4C378B2F4614315FD9B3BFFFF4178F |
| 2018-12-07 04:19:13-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1391.734222 | | FA692B2F8F6E153C6B452591DC69C026F3 DFBC8A2E7472526C1A1FB72F9B141D |
| 2018-12-08 02:27:04-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 267.812061 | | C4C1950813F609E36E73181073BAC6FAE0 CEEBF23AF139D97C17671C59D78EE0 |
| 2018-12-22 23:20:31-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 219.357035 | | A91C6F86E87AD189956C5631755581CE0B F2CE3E182CF79BF425099333069FB0 |
| 2018-12-23 03:19:43-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 273.604802 | | A3664A5BBB444B35BE9F6AFB4F9C4D5B0E 83F7EB87F9E754A2529A8469E022B8 |
| 2018-12-24 02:29:26-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 267.78253 | | C0168E431ADD375EF49BB4DC7B261AEC9E 1FF826A7F954C563A1931FC1D7A0F5 |
| 2018-12-25 03:19:32-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 249.932669 | | 44AC54C8456EFDD00695CC535698403DD3 F9692D29F5E547B89FBBC28956385D |
| 2018-12-26 04:19:45-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 247.050115 | | C1A13A2B5B79178229A07EF6B00ED8B3A0 CC35259D427D09FCF4EFA3C390ABC2 |
| 2018-12-27 03:20:28-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 234.578259 | | FE81123952944BD468DEB1F5264B166F85 0A2358E6EA7097A69176B02F728DCE |
| 2018-12-28 02:30:47-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 249.227563 | | B31B38B9D05742FD27DA379CC5CA336883 75B532DA817354D37278F6447D7BA8 |
| 2018-12-29 02:28:21-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 247.509427 | | F1712C61777D4D9A770324A85DBB1ED512 091D8A6DAEA36F1DDEA63831249C8A |
| 2018-12-30 03:23:44-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 225.479092 | | 03F5902C48A417039B58019E4015FF72D1 CF5408A3B540D8FF88CF4F52A91C1F |
| 2018-12-31 03:23:07-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 212.89447 | | BF9ECD6F7DF2FE2CECCD1A87837F6A71DE 12CE6AC4294A4E945AE57646062037 |
| 2019-01-01 02:30:14-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 212.791021 | | FAF1DA67380DCF044DD09CA095AC3E89FE 21A3045BC74DE90DA8385C4EDF8E10 |
| 2019-01-02 04:22:51-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 212.523564 | | ECB4ED60FB8EACC42D3D25C689769B06E7 41892975BD93BCF784451D7F22946D |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-01-03 04:21:45-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 208.962036 | | B4F3A4EDF0CDFF7BA98C534F0DA167A69B DC100E60E3B5F4D0816B9E139B79B8 |
| 2019-01-04 02:30:25-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 208.764753 | | 7D0911394E303E3BB2431FF6AB7638CFEA 6A0E1AC8A928686CD8F38E1526C28D |
| 2019-01-05 03:21:46-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 206.944817 | | 1E10E76CCDA1373CBE6D18D0A24D18E3FA F7CEC7B387FD278932702E0A6383A7 |
| 2019-01-06 02:37:42-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 211.145035 | | 031D94569D6B1E8ACB6B3AC01E4653D1E1 49679544BE883339D8564A6B14C36F |
| 2019-01-07 03:19:16-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 219.413382 | | 2FD38212C52A5472F3E760AE0ACA3EC40F B232C4A5484FF8DDB79E1A9BB448F2 |
| 2019-01-08 02:27:12-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 93.662221 | | 2EF6F924782161B5FE6E2836F1256BB585 86E1012E5C3328482628D5483EE753 |
| 2019-01-09 04:19:48-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 56.489165 | | F8F1BB712AEB95509850CFC2B27AAE7408 C8FBBF12C671FB173DA9C0D1C851CF |
| 2019-01-10 05:21:04-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 46.498972 | | AD301E1673F356B529EF2CD6C94135F745 81B8754722CB878C7CD89CEFCA3550 |
| 2019-01-11 02:35:29-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 53.268983 | | 365630CB143E464F468B8C4011640BF8AA 363B26ADE2FC7F3171C0A971840146 |
| 2019-01-12 02:27:40-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 71.081118 | | 9223E9B8C99D5C92492AF123D5E861F034 C1C72F8DD4BBBD626439E1D0179EBD |
| 2019-01-13 02:32:27-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 67.744605 | | 73D1E1DDE80211388A2529DE370420D930 BAB6F66F6CF3D6AF64A25344B21F3C |
| 2019-01-14 03:21:47-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 65.600323 | | B68CE8330B1E0AE091C67A11B76DF1BE66 58BA4B28D7CAD84651CE9FC02AD648 |
| 2019-01-15 03:21:20-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 52.821661 | | 9EB99D297992A83A4A8AB8A395137515FE C176AAE3ACF17A286A0D0763A44E3C |
| 2019-01-16 02:27:12-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 69.263591 | | 9C3F2C8B326F2E73502A6A95FF17BC5A18 E6BA7F11D7DA7913739E2878F4163C |
| 2019-01-17 03:21:50-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 76.330171 | | 91C8DA7A18C700AF5FCF06E5615DD9D6F4 4634EB0C88BEC2F7B889707C019037 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|-------------------|
| 2019-01-18 02:27:53-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 76.845366 | | A390B5E572FC2703728D6C33EEB363FE38 6CE4CB36D042BF443E6B39314E7070 |
| 2019-01-19 04:20:11-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 61.116402 | | FD072823668AC836410CCBB9349B137F78 F568E2C655066D0C97226D5A129F32 |
| 2019-01-20 02:26:27-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 54.382946 | | 79976FD62B7A20E9FA48EA2110716402E3 4DCA13BD181B691FDA7DC205B56CDF |
| 2019-01-21 02:27:26-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 55.655394 | | 54EEDC99A143A22FFDB053CD21E3E6F36E D484D9781641470DF549A7751DE648 |
| 2019-01-22 02:27:30-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 57.490055 | | 29C3F2AE9143E2E404DEBB8559784F0DA9 CA1C2EDA75352EF8FFC14BB180BCB9 |
| 2019-01-23 02:28:43-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 63.411543 | | 53A95F82621A245B159CC9797FCB76DD85 6042F015C69A687C429B0444121034 |
| 2019-01-24 02:25:39-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 63.516503 | | 18212C6210C7A39F44C2082C2493B920B4 CBC0C1F2C7937F54FA8CC64691EC7B |
| 2019-01-25 04:23:23-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 434.604293 | | 44475020437BB70BC52D5EE9D828E8C509 9411A625580BD10417BB47648CD78A |
| 2019-01-26 04:20:06-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 587.221502 | | EA4241D8D3E924E1BE8DF1E71A80A8407B 3105E3A9DB2E2C5454EF4EDC7D982C |
| 2019-01-27 02:31:51-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 549.688066 | | BC2B2BA075956A4B975DE9A4F05C2958B2 19EA5B1DD1E8C3FC460F05AC4B90A0 |
| 2019-01-28 02:29:24-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 559.094087 | | C1AF645EF5048EB766F212EF86CB7CBCBE 06C3CCF8A635753CB911F257DC8DA4 |
| 2019-01-29 12:43:59-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 549.14843 | | 7D2E356BC75085B7C13DE2B31B455F7F15 7EC918846672AA978B0137F5FE48FE |
| 2019-01-30 03:55:20-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 541.052081 | | 2A8849EE3262BC56F1BAD4FC4416A35058 1E53C7F16B24088C844FACDEAEEE94 |
| 2019-01-31 03:18:04-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 488.817012 | | 2826A2C936330B300F4FBCD6D750C03112 9BBFCAFF0C42DFD807FDC2BA54A11C |
| 2019-02-01 04:19:53-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 477.188227 | | AE261EC2BAF9E4B9AE17083B2A668FF0A3 4BC667AB5E2BA732B45528E578D3BC |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-02-02 02:24:05-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 489.529082 | | C7924F2DAA42320D05D4D1A445C4B68B86 FCFFB805A953D85256052F2E0B47A7 |
| 2019-02-03 04:22:16-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 451.021828 | | 76D2C5A2DF5489DBDCF0E69F376B3AF61D 4EB37A75681BE439993977DB86D18C |
| 2019-02-04 03:21:08-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 497.943636 | | D50274C0B3B69E500E831FCB717BD4CCE5 082A6391C43320D8ECBA167D3EDB96 |
| 2019-02-05 02:22:55-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 532.605168 | | 2D7EF056D91F91CFA3FABA945D9B9F0F5D 5CE931172F748034F646EFE1A1BED4 |
| 2019-02-06 02:25:29-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 549.56881 | | 52A3A1AD71D0A751E71ED8A87AD9069945 03267F8C6A7F7E33FAA87001BF64EC |
| 2019-02-07 02:25:11-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 582.438065 | | CC4DADA07EC02AC46CA8D380F8E4B1C9AD C21251AF24E9F87ABFA8A5506D51BC |
| 2019-02-08 03:21:13-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 653.548192 | | B99D5D95DAC32805EEB29BB0B39B596852 163D1992CEB70283A4B19CC2F32457 |
| 2019-02-09 04:23:31-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 769.12397 | | 8FED6AAB21ADB6B3DD6504F2953B4D219E A0B262BD1A9036D14045A03762CB5A |
| 2019-02-10 02:26:48-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 785.17477 | | 6A67AA2AD83847D3144295BE754BA329DE FA81D684764FBDDAE7E2B927A1E2AB |
| 2019-02-11 02:24:42-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 796.274796 | | 340DD8EBDB8AD811E8EDA74C3FE2AC9F07 F2C44F0AC22B7B58A0E2D8A07F8601 |
| 2019-02-12 03:21:27-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 796.31456 | | 0DD55E630F613437A70DE75587BF13EC63 9BE6A5BEC4B6945345F4ACB1121E1C |
| 2019-02-13 03:22:31-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 836.065831 | | FA8828CCC87327E545A9DAD1B9AEB18ECC 66E2141B2C6963E6C71A2B77E0BFB5 |
| 2019-02-14 02:22:49-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 914.364499 | | 4975F6C04D1E37FB796B7656CAE25CAC78 D1659FB5D56389F9E6878CF110971D |
| 2019-02-15 03:21:34-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1153.176456 | | 30B40470BA239D7CD7CA01A7D9925CE214 970E98E246E12C9E09DB06470C89D0 |
| 2019-02-16 02:24:14-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1341.994583 | | DF68CF4F1D4CD4350F48CDC1B6623A6119 D61808CA1046DC723A3071B2E3BC8F |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-02-17 02:26:46-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1378.124295 | | 724D2F5E5F697900486508E6ED614CD8F6 FDDEF380D73E4304FE80C6DEEED41D |
| 2019-02-18 02:26:05-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1353.905889 | | 92D2D89242AAECF98D4ED1A3CD366AAD10 450A714A532609A68973C6A0674529 |
| 2019-02-19 02:27:53-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1490.453038 | | 34D6CBBBEE089AF58D21E35285F5F8D917 C84C21443CDC3F7DA96BA036ED130C |
| 2019-02-20 03:25:51-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1586.53365 | | EEE2EA125850818CCAD23B8A7BEF9C78B7 FA8594D983855020F4C02AD3FF6266 |
| 2019-02-21 02:28:50-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1630.973057 | | 84EB8082656C4060755AC50624421511C2 99089DBEB20E455468488A4FBD0E6B |
| 2019-02-22 02:29:45-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 720.200512 | | 06721250822EC00DC831CD561ABC35A584 073E426CF51DDB10B3766E8EE18A42 |
| 2019-03-03 02:26:59-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.03658391 | 0.000033923 076923 | 5898cb92faab510aef60c442d1204692aa d710a5c0d9093b063f2bd5bdcadb7d |
| 2019-04-02 02:24:49-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 57.491532 | | 1C291CB6CF2D5340DFEE0FBE9CD7A02E7D A1FF5774019F22C6E15CA26ACE3AEC |
| 2019-04-03 02:25:08-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 45.675969 | | E61F767ABB567C4B9E81D76E5E0E61617C C830AA91221065F0738A372B465EF6 |
| 2019-04-04 03:21:34-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 83.808043 | | 37F92B5CF4F8780EDEAAF30B1FA60B619C 74F3B1838DC9B4D77DB2D8E815CA29 |
| 2019-04-05 03:21:16-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 74.301778 | | 3A368ED67BC1879E53FEFCBB5619AFD49C C6F37D0225964BBB3ECBF0D342AA2D |
| 2019-04-06 04:21:22-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 67.020868 | | F85524AE54F47E562394765D6DB2614156 6EE6862B0B7407F02962ACD0E5E838 |
| 2019-04-07 02:21:46-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 72.499947 | | 60956A53EEDAF18D804485CFF521E128A2 C8EBD18D219471AD7C0C829BF215E4 |
| 2019-04-08 02:21:28-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 70.87007 | | 8C6272E107AEC9418743EB92C9F9F5A7DA 2A44B9BAAC6138BC5789011A4E899C |
| 2019-04-09 05:17:41-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 742.098394 | | EAE2DDA026CD5A14E8EA51BFFEC9EE77B2 93E007D6E2BDE0759C06DD6267C515 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-04-10 02:21:00-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.58826625 | | 4bf74cac03574f1c123e3ca07a27b4a257 7a86eb52bc344ad0920d278b4691d4 |
| 2019-04-10 02:27:04-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.11389785 | | e221e029bca527ed46cb89d8d2d891271b 4262979174dcece3a80c6d2121d824 |
| 2019-04-10 03:17:47-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1156.779519 | | D16C68E788EB7F9B216455CC8DA5D1B91C DBC488C90EBAF366B984C5B90A957E |
| 2019-04-11 02:20:40-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.9474941 | | 635836532d047dac9b09d66f7d842bc150 90793400fd4fde4550da0dae5dced7 |
| 2019-04-11 02:21:29-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 862.216295 | | 12373455637DB2DA891A187FD74BEBEAF4 183D98F9316C56BC7D268F2C72379D |
| 2019-04-12 02:20:05-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.96020786 | | 5a3d34ccc810d2fe2c6a41d0e6db95ab3b 18a7ff0a4f7ed4877b4502d9c5f522 |
| 2019-04-12 02:21:02-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 850.082769 | | 791159ECBE972427FC5179D9D23E545253 1B7E6D0D52295985223BFC044EB24F |
| 2019-04-13 02:20:57-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.90684599 | | 8777d79a26c3df3bb4a6804cc6deadf5b6 79b22f8a192571c5a5149a2a2ecff1 |
| 2019-04-13 02:21:49-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 829.131585 | | 0EE9F6FF893AC1CC9D7A5EECB87D2BD58B 9C67F9709E569FA13A2E798C2662D0 |
| 2019-04-14 02:20:08-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.87895496 | | 8c0c00ec67830eb02e74425f8d87b7d825 54b2f8e3dab7e8c529cc696322b6fd |
| 2019-04-14 02:20:56-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 800.96607 | | AAF83DF8CCCE08BEB37854E85286F1EE4B CF19840A76A381559160FC6CC37C9D |
| 2019-04-15 02:20:09-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.86284928 | | b57353a4bac7dfa8aa5150d052fabbf782 256d58bef87e2b20dd29c28aecfae4 |
| 2019-04-15 03:17:59-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 798.7526 | | A0947DA31E2B2B3FE5C3A0346D9D77D174 2F4AC84935BCD8308C3EFA0575A094 |
| 2019-04-16 02:20:06-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.79156873 | | 7a14169cfe9caa86d3d00f4f53240b390e e4b2d99f472831adb67a973c1b531b |
| 2019-04-16 02:20:55-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 804.015177 | | 99245C415E46477E0339AC2F1C3552095E 42631B75E5E76BF850C1176505688E |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-04-17 02:20:37-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.78302578 | | 2eed6107cc6d7c0505a0847f71e2be1716 23ee4d02e8b25951eebe7086f4d6d9 |
| 2019-04-17 04:18:06-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 819.066957 | | 577256B76FC1CD58DB23EF8046F27F4A05 AB4CE15D826E1DB59CF97A7721A6BF |
| 2019-04-18 02:23:15-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.80985115 | | 2df7e308a1bc434149a689f728dd6402bd 2d4662076d7043503889770cfc27e6 |
| 2019-04-18 02:24:13-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 811.255208 | | A2E4CBCD8A98985240B29BF784E7F83AAA 371AE238147C7DB5230ADEDBA662FB |
| 2019-04-19 02:22:54-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.84516747 | | f2f6559860b2e81276708886a2dbaded6d 0177b04881607f7e8f0abc6df9b3a9 |
| 2019-04-19 03:19:53-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 824.591555 | | C68A51BAB3846375AACB4CE176FDF7A696 234B565E1C81DBD0611FE544AE3044 |
| 2019-04-20 02:22:26-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.8457756 | | dd681f448bee918cc1d7464bd2d220fc13 0e608c6416a552e24ad24b430fbcfb |
| 2019-04-20 04:19:36-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 828.484227 | | 131FB848E8F1262060734E2AD1551A6225 6F50D4283871F140E297838C29A4AC |
| 2019-04-21 02:22:15-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.8300272 | | 62f2709140f630405c0feed6aa31756cb1 99e679fb6d0cc67ed4f447aae2b9d4 |
| 2019-04-21 08:19:39-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 813.765681 | | 3C90AA6AE6576ECEE86C6410651BFD6AE7 5DB88B1EC77447B71F1B4DEF85DC26 |
| 2019-04-22 02:21:07-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.79371288 | | a08122a3bdfdda4429effdeeeb410ba78c e2534e81a36cbddaf4730eeedc1f63 |
| 2019-04-23 02:21:27-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.80223012 | | 7b9e782d670f2f17a042466058aa3130d1 7f970dc28bf28184c71068f6ba91dd |
| 2019-04-23 05:18:13-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1541.142442 | | FA1DDB579C19E4A8CB12DFFA690E017AB8 EAC7B7DA91BFB77FC964721798B89B |
| 2019-04-24 02:20:55-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.76665409 | | caecd073da31bc86089a2035689334fc27 4cff01795263dc29098e93ef2d82f4 |
| 2019-04-24 03:18:11-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 754.041485 | | 0A1B39BA73EA29E8BA13ED9CE99CB68552 3BE6450B8D06DA9D8D3B7180F0E4F7 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-04-25 02:22:05-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.80325735 | | aa542e9e9e5eb215970547601902a3d746 7ca516769d4c4e4c5e212cc4d6f33a |
| 2019-04-25 03:18:14-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 787.795722 | | 5A8530D1689810120A98260DE0B6B2594D E80E8E5D4E3822C42654874BAC81A2 |
| 2019-04-26 02:21:58-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.84959814 | | 332b18e0717f4b3915d0b79cba862558ba 339d4f52a9bbe492c6de405809d9ac |
| 2019-04-26 03:18:00-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 842.561209 | | 0F10AEF39B55B0C380EFE395C82A57A4E4 603AC7E355D7BC86BFCE06741A4B76 |
| 2019-04-27 02:22:14-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.87681052 | | c01ddefcb367455af2e2c139aca40ebd8e 440089830780156c4b8d78fda9926e |
| 2019-04-27 03:18:29-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 841.175184 | | 22D8F18EBE0D2A1C33BB258CED99214BDE 9C114A05F116E6C3CDF13F160A2630 |
| 2019-04-28 02:22:51-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.86791786 | | 063e1652b019b1c21f6dcafed761ed3e02 f2dee383f158cc63f12806fcc80011 |
| 2019-04-28 02:23:33-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 825.078438 | | B0F7FAE4182AB3E8346B6649B2F44347D0 AA67E9C3085B7EA09B5658E7E10F41 |
| 2019-04-29 02:22:54-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.82712369 | | fd3883279fc78ce14851612500db835b91 146ae97f01ca1d1e892382ffdb0dc8 |
| 2019-04-29 02:23:43-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 774.389339 | | F4CE47A3096E68E3CAC4DFD5E8FC610BB5 B567679F3DC1B6539268B355503874 |
| 2019-04-30 02:22:44-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.77095163 | | d45cc6357498da38005aa4affc983b07d4 3c7c0c73a98a36e88c63358111209f |
| 2019-04-30 06:17:55-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 685.539933 | | B3C43030EBC3782570A8B9F96A887710C5 3ACAD9D5B9C9676D9FF6B00F5DB321 |
| 2019-05-01 02:23:11-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.88996633 | | 4ef75ae0cf8aef47286183aa15c5204c19 c6e408f3a52796e9ce875fdb56d0a4 |
| 2019-05-01 02:23:56-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 795.684071 | | BAB42FBDC6A75F5E8ED9DED14724A9A8A4 58852F131C0BACAAA346AF574AB742 |
| 2019-05-02 02:22:23-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.86726855 | | 76d4c0052bc74cf3b73fc394407f712de1 e7d253d6d4f4ca00b4477639c75912 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-05-02 02:23:03-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 825.489876 | | 91DE5EDED2EB1C5C7B223288D4704A7952 4A915012D349C2CF7A763431620E40 |
| 2019-05-03 02:25:51-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.74476556 | | 8132dafdaa0f25cb1e1d3bd782f853d100 6c9d2427e30a2becbee246aeb96404 |
| 2019-05-03 03:22:19-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 717.597023 | | A67DCE065E3940C888ABF069D40F21E6B2 91166D548E1B3EAE21A15A8A6DEAB2 |
| 2019-05-04 02:23:58-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.75864983 | | 48d2b30acec83f988c64c27f82dcbd3d05 48fe23f97ce1c8a47cc62898b2c5e6 |
| 2019-05-04 02:24:32-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 770.849355 | | 86613AB870FCA981305B44A6703C67F3A5 F361965DAEDD5E3A8202C45C8CF79A |
| 2019-05-05 02:25:49-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.78941589 | | 442b0819d17feea03b6d1bcfa643e52c64 6a2a8efc579e7ac43a2682b6710a4c |
| 2019-05-05 02:26:32-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 800.690259 | | BAD6CAF82F529FADAF0C0A191EFD98CA04 DA9D9366BE5EA408C48A9CFC3570A3 |
| 2019-05-06 02:25:08-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.63486545 | | b83398b559249e42af4a35f313fb11b9bc 08fd7b1a8b2b46f0abdf3d7b44fd39 |
| 2019-05-06 02:25:50-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 662.761336 | | A8D321BB8E5B5DC1859F03752D08447427 1E0B5C51FF749D9369D40468355CAA |
| 2019-05-07 02:21:28-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.08629861 | | 34b9b2daa85d18ef67f99ccc779f532f870 b27cf0e2a187865477848f10c75f62 |
| 2019-05-07 04:18:16-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 88.771566 | | B5236828C21C6A57EC451E0C071C7586BD FE3D4E8FBEF22D77A5CE9E7C730D8B |
| 2019-05-08 06:21:15-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.03500213 | | f31c0ba30e325672012521b91af8316c5b cfc21225dad998f7ffef4b8d9b5fdb |
| 2019-05-08 06:22:03-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 36.3517 | | 521B0B4778A2EDEE2E67635C06D6965D2C B2B1DFF40CE78CFA7160AFF66D9A74 |
| 2019-05-10 02:24:39-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.27870903 | | 7ff2874bae02fa69e216871a159b6e852e 405f92a59c7c2e9712339fc98c0c90 |
| 2019-05-10 02:25:22-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 286.169997 | | 4BDD35FA96FA935E419EDA93917C54C618 6AF9E98757D1A2829E1F02E6C67005 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-05-11 02:21:32-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.54390794 | | da977ca4b090c4b6096c632eba1e044afe 1347f494ea801ac440fb70e686c679 |
| 2019-05-11 02:22:28-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 973.867795 | | 5DCA5CAAE7C622C72E2E333A5CF04DCA68 4434E278F6046BC0A6BD2F62058AFA |
| 2019-05-12 02:21:37-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.47330335 | | bf7e9ba8c94f49bf243edde752fa907039 847e0ef54876c0ccd33583c85d5f85 |
| 2019-05-12 03:18:02-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1219.677166 | | 3621A9EF5C9214A46A4D12EAA2807DA2AC 1692B4EB17734F5D99B78906751855 |
| 2019-05-13 02:20:40-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.41029406 | | 20b91a944c24ddee7c6c9129509822f3f5 fdd0390fe86d710c26321c53030e89 |
| 2019-05-13 02:21:15-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1167.704204 | | 67A89DBA555094 59E5CB3136750F6F8864 8276604B0B9A88216F63E70A06CCAB |
| 2019-05-14 02:21:12-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.41060097 | | 9ba79873ac43c697ba032aee7fee16367a 60deb4b7320245d8f768c9905f3fb4 |
| 2019-05-14 02:21:48-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1179.414952 | | DBFCFA99512E8A487BDD67FBC2A7CAC944 F07BE8BB1341CD251F5127DC4C9CC3 |
| 2019-05-15 02:20:39-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.30253602 | | 80b1c0371cd734012f68568604493ded5e 3151d2f7faa3f6ef3506c6a4c46711 |
| 2019-05-15 02:21:25-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 725.937494 | | F6F820609465524160D91B76C3415C4E17 101FDDED329B9FEC4EBE0F20F630F7 |
| 2019-05-17 02:23:59-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.41302348 | | 7b1d78d1967d97003e175d83552a3bc1e2 9fd250188930d20dd5b6b1e6f1c783 |
| 2019-05-17 02:24:25-04 | Binancecoin _ERC20 | 0xbf40a2B90e284AdD3D1 C7541FC16ad5b3629349a | | 12.80260071 | | 0xc8d825e190e2ddb22ba4ccbc79bf67e6 325e99e12bf334aa57ebe6d71d841f2c |
| 2019-05-17 02:24:42-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1323.364622 | | 588B6F9FD6AE63A2A304E4DED32B2EC272 E4944195170B4E4138CACF93FDD713 |
| 2019-05-18 02:24:32-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.50835195 | | 7099ccfd6a93ef19b1644398a0f9cbe162 8a0fa0a61e4079de78789fa204f814 |
| 2019-05-18 02:25:06-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 623.878502 | | 6A082F8BE69975B9278829B23504708D4E DDA8D9E25D95C7648468D5BBF06C38 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-05-19 02:23:32-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.76282201 | | 0d7e60cea63e0cf644daefc3edf40ede6d e9dd0986c570cf364ec82ae0d48f5f |
| 2019-05-19 02:24:09-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 761.219511 | | 58F66479CE5AA756CD2ADD8EC3E1A77DA1 C41AD1B78B79A09ED68BE988E3664B |
| 2019-05-20 02:23:48-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.68419812 | | 167328659d4a83ae13c1d7be079f1b0bab e1ead6c672880f2e6059773ac313b7 |
| 2019-05-20 03:17:01-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 715.307249 | | 5F261FAF40A50A01DF1EBE8F8C600643E6 15B8C19B05D4DE0015A5EE4C53EC82 |
| 2019-05-20 06:17:44-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 715.307249 | | 48FC99C81E266FF8CE71F02FF58D52274C C7621B625F8561467BC66CBA635C1A |
| 2019-05-21 04:17:50-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 758.921673 | | F29CF7839551A09AB78AB32862F36BDDE8 7C4106C887B42600E3BBF7A307A525 |
| 2019-05-21 12:17:42-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.71287408 | | 167e48d85a94c93735aa750fea6663209a 433d0aa20336cb21ac227d1600b149 |
| 2019-05-22 02:26:59-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.57776325 | | aa97eba21cf21e583abc7e7937c0701395 75aaf1f0f9c16ca3f2596496d51a33 |
| 2019-05-22 02:27:22-04 | Binancecoin _ERC20 | 0xbf40a2B90e284AdD3D1 C7541FC16ad5b3629349a | | 0.80921989 | | 0xaba85fa7455cf77ef3431fa83b8dafd5 03263d7e1f6a1c1d5bebaac7d4c96804 |
| 2019-05-22 03:18:39-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 628.55882 | | 98ABE4FBB8B6C8CDD609CA5ABA2C1E3CE4 465A4AA37E2FE3EEA23DF3DC7D0750 |
| 2019-05-23 02:23:31-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.57342382 | | 1942c987ee53cdb6be723299f335dbab9b 4d5a6df38b068f7cf438713278e313 |
| 2019-05-23 02:23:48-04 | Binancecoin _ERC20 | 0xbf40a2B90e284AdD3D1 C7541FC16ad5b3629349a | | 0.88584442 | | 0x2e8c796c34bd0e4905ba8606ae602a51 9542baab6ff554a0286f18ee87d8933f |
| 2019-05-23 04:18:23-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 624.159629 | | A90D08FB60DBDA0C84C84FFB23762B7EFA 71ED01F55E95A00FCB22BC0616208A |
| 2019-05-24 02:23:45-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.69410149 | | 59f02da8667f290bfb1f754bc6dd43a1af 7e6fac349a6196757126248aec01fd |
| 2019-05-24 03:18:00-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 758.967453 | | B16167FEA8A8DFE5392BFD57AAAF32DAC1 3F25349B6A6DAFC96FDCC80D672E82 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-05-24 13:17:51-04 | Binancecoin _ERC20 | 0xbf40a2B90e284AdD3D1 C7541FC16ad5b3629349a | | 0.20192595 | | 0xd3cd88b76ea7c983ae111b5f477814ca 124b7b1c87ffb8a19dcee9b346729ad2 |
| 2019-05-25 02:35:55-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.66351279 | | 0bd7db311f96ed037d8b89a978f1228e45 956d8aec4ce93c1eed44a13e06ddc0 |
| 2019-05-25 02:36:22-04 | Binancecoin _ERC20 | 0xbf40a2B90e284AdD3D1 C7541FC16ad5b3629349a | | 1.53707888 | | 0x03807fda36940e035d26dda4a26f5287 299e60bf39409ac59eb01c4ce9992a8f |
| 2019-05-25 02:36:45-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 738.319834 | | B1DA915ECA4B72DA4645BB95DCE99B5B6A D574FA4F3EF9B49FFD68ADFDD157D6 |
| 2019-05-26 02:25:43-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.62205397 | | ba6d38e4baa90d4a2aa9215015cda643fc 157b2fda831854913a36f79ab0866c |
| 2019-05-26 02:26:25-04 | Binancecoin _ERC20 | 0xbf40a2B90e284AdD3D1 C7541FC16ad5b3629349a | | 1.29925067 | | 0x1676c6ca723e7fd3b1d4728c5cce82b3 2aec2118d7e7ff5fb2a72a53e902ee37 |
| 2019-05-26 05:18:01-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 677.655429 | | 795D02C8AB7D1FCE23F349AE4C42E13638 075118900A7C97E6CCD06877882BD3 |
| 2019-05-27 02:22:57-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.62447627 | | dc282f94ca129b102413d4eeaaf3def04c bc537d8b8b63013dc33027a3df273b |
| 2019-05-27 02:23:23-04 | Binancecoin _ERC20 | 0xbf40a2B90e284AdD3D1 C7541FC16ad5b3629349a | | 1.11589533 | | 0xee6f49c7735c821939e54470abfbbeff 124cf33ea03e41059fa73ed149053de0 |
| 2019-05-27 02:23:43-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 672.335685 | | 2C48AF43252A75FA8247A10D2EF075FB7C 115C13516D31E41B8198CA8A69B041 |
| 2019-05-28 02:22:45-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.63100403 | | 5eecd5eddf3f5ad126acb553a03150fc6b 9527a676fa401157223233e6210ed0 |
| 2019-05-28 02:23:09-04 | Binancecoin _ERC20 | 0xbf40a2B90e284AdD3D1 C7541FC16ad5b3629349a | | 0.130332 | | 0xf5a4c884c378ce8608146bd0035335f8 2c2d0d334f7686e1250b429b73aa1722 |
| 2019-05-28 02:23:28-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 679.899394 | | BC41F27CC4EF12B3A911F6DF875B5E7570 643FACD28E6BBEE1CF180A96BD7D5E |
| 2019-05-29 02:24:46-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.5964036 | | f835533c839230cb38bd661385a89a9d00 ffe722874e1a5c2bdf0611105f4bbf |
| 2019-05-29 02:25:08-04 | Binancecoin _ERC20 | 0xbf40a2B90e284AdD3D1 C7541FC16ad5b3629349a | | 0.10872274 | | 0x3e708b56e7e9b99b54a99c263b976882 b46c604f5b5399827b425a64559b25b2 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-05-29 02:25:33-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 615.180758 | | E9D5C71925ADF70BDBF55CC56C4012181E ABCBF5D5D22FB3ED91D06A2E88FECF |
| 2019-05-30 02:23:42-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 486.752232 | | 2C8A9AF69AFF5FAAF349EBE3DBA4E31C36 DBBE49B8C14A782E45D72F61F6E373 |
| 2019-05-30 03:18:15-04 | Binancecoin _ERC20 | 0xbf40a2B90e284AdD3D1 C7541FC16ad5b3629349a | | 0.03252215 | | 0x4c86cbd5c4afa004afef399615d70f12 b874fdfda5310cf115ed1c83680688ec |
| 2019-05-30 07:18:57-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.30579684 | | 55fd9dbb5150294c5e5b840f956fa7ca99 c9d846217d9d29c6a3d63120ab4f9b |
| 2019-05-30 11:17:58-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.48447752 | | 1f84cec540816a6f05d88692539c8823f2 7a96fd7e0eb9b6b11cf4880c3ab290 |
| 2019-05-31 02:23:46-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.49391854 | | 44752f817f913f8081e41cda55f52d7ae0 2dc9553b3381dfc25ea8aa4afde57d |
| 2019-05-31 10:19:20-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.90968559 | | 07fc374de3888bf6b50e7eb7541cef4bd9 79e156ea845a5445f4ec70db52fbb6 |
| 2019-06-01 02:25:12-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.40836166 | | e1c6576d5d9b5007db514ec175bc09d317 8213505a2fa319e4ecfca7e8a0a6da |
| 2019-06-01 04:18:42-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 882.913639 | | 29F99FB0DB693A90F961493F47160CF531 B027652C4CCA7F6387FC40BE01E2D0 |
| 2019-06-01 05:19:17-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.55670479 | | 08507e6c2714e6872ba42fc20f6b455e6f dfb7a3220e1e5f4ebea1b4e2fa9c93 |
| 2019-06-02 02:26:25-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.49815326 | | 7819e09a50d718ab69a82e502012771d1a c5fa27bc453cb6246b02463a528a3e |
| 2019-06-02 04:18:23-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 491.749309 | | C45DDE6597FF6AC6F50B64FDAE793B7553 E3B368D238D4AB90A9FD301D1D2358 |
| 2019-06-02 05:19:09-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.88243036 | | 07c473dc7937a6f696912d98c612f4a3e1 e0e5be7a94f59900db92448e176d0e |
| 2019-06-03 02:26:15-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.43845375 | | 0d6e76ecbfcf7372149619dbc2d2348da4 66bf260f35a6e12e72ba23b4232ec2 |
| 2019-06-03 03:18:20-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 430.35723 | | A7AB98D2B3304E277E592E5BA31D34E9B8 08BD0CBC50394590494C6B95B717F8 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-06-03 06:18:49-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.65955865 | | a59f9eb392a25dd3b9d65eb4dcb35ba2e9 090b60ce002aacf7c2ce37fdf0e5e8 |
| 2019-06-04 02:25:25-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.42793871 | | bc0fd272c61165418ccdb3df2124b8f792 121f80a0d5a24aab2f87faf7feff4b |
| 2019-06-04 04:18:23-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 402.04607 | | 7CB895AE36EF106C6114BAFB0A6A4A950F 69AD9AD35EFF7D8517A68D6AEEB4FD |
| 2019-06-04 08:18:52-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.59103284 | | 886c3a9a76581b171985bd0697fd56aaff 22fed84aa1beeb4b62947d82401b4d |
| 2019-06-05 02:25:30-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.4147788 | | 32d3e24a4cf58fe8a1d5c388486ad711033 853653d7d8b7b1fd49db576c6c817b |
| 2019-06-05 03:18:36-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 388.589381 | | A8A66D0868051C5C2AAF8F8B31F79C4EAC 60ED88088A6A12634C13D511D26837 |
| 2019-06-05 10:18:55-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.52961781 | | 0f5b9052fd50f59a6bd34c147b4521bf86 5935c8bfe22c95473f1969757f56d7 |
| 2019-06-06 12:19:27-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.51609853 | | 997b373ace183ca3b1e90e9c1ea627b862 b61701010b13aae0e4ee658862ebe0 |
| 2019-06-06 12:20:14-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 495.013066 | | 83E77E7758CE3F49E7E06DC510ADA395E0 E0A3C0FADE612483106EDF07ABF843 |
| 2019-06-06 12:23:40-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.93420772 | | 7ecb0bb092a6190cd968b51ea390726c99 328e1417797582393fd7c579892477 |
| 2019-06-07 02:25:54-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.43500657 | | 71c8a39f07393aa0067408cda9db97c035 f7a848fb5815b6d701483bf3d5dea6 |
| 2019-06-07 02:26:47-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 403.093014 | | 577B08AED76965253CC7F4561DC60F339A 37E913ED3B6C5177707F95E18DE6B2 |
| 2019-06-07 07:11:31-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.55359751 | | cacaf57eac9ef8784c9f44085fd789465d b274dadbae72810511ca1213882371 |
| 2019-06-08 02:27:08-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.41644666 | | 90379022dc23a559303a1fb64300dec849 5ed799bc26a668bac672e01f67732e |
| 2019-06-08 06:22:05-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 383.577241 | | E9095705520052AE626986F52F14E921AC 3E9D898D3C5BF8E083596083D9A021 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-06-08 07:22:56-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.39299163 | | ece70a94c35aee25e52c4b9849a2698db7 ff91d255ddfe9f38ad5331ffe3d769 |
| 2019-06-09 02:22:27-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.49551985 | | a0d4df005a2a33b9288116a6747977a48e 1a7cd6436e5e216d2b7f69cdefc34c |
| 2019-06-09 03:18:22-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 460.66628 | | FFD3A1EA85182557B3B15486B93837D28A 0C941E7C0022EC7F0A72A27C3C2532 |
| 2019-06-09 14:23:24-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.62644298 | | b598ce5eaa7123a02ceb058fa00a042094 9e462704b25f445e8a0fd11c1073f0 |
| 2019-06-10 02:26:22-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.4844815 | | 287708c837826e0ed613eeb7f9d05bd756 a20340ca715b04e9fa5536b49eb2fc |
| 2019-06-10 02:27:09-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 454.918304 | | 5A1754D596F4DE634536231EC09E75C24F CDB7F65F69F5E683665CEFB692CFAF |
| 2019-06-10 06:18:48-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.55922912 | | 263ac84e243051184910c44f3d8f89beb9 dc66ca47d6f8aeff838e590a6bebc6 |
| 2019-06-11 02:29:16-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.4132927 | | ba0b368943e1e5ecb67d54249e1617cf2f 92602db57936046ee61cc549097e80 |
| 2019-06-11 06:18:36-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.26312845 | | f61e63cf6ffea920e271d779f168849d04 9a0f27895d97e7ae71f92b9c2b981b |
| 2019-06-11 07:17:52-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 398.287785 | | 366F612C11C22AABF8E8554D7D80AB16E FBE4C3150957D7ABFEAB9CF70497A9 |
| 2019-06-12 02:26:29-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.41612621 | | 52334d12c73453df47ebc603212b094a84 40af554f2d763280d2fdc1e4c9eadf |
| 2019-06-12 04:17:49-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 405.030072 | | 4E5F863D8FD2649D7711BAD738DDE04738 89D0317F5F0D065542A4776AC057F5 |
| 2019-06-12 09:18:21-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.18487804 | | d1bf53a335e1e684e94087c5c20e7fcded ac265ec67e74614afa3d5469ab5cc4 |
| 2019-06-13 02:28:47-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.6102034 | | aa2b80681bd398fdf0adfcd3637d2c70ef 9006e3271b426b5ad5ec8291d88cde |
| 2019-06-13 02:29:19-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 590.589211 | | 00EABA480A31DD3731E53663AE1271E22D B4D091E47E58CA6F7CAFE18461A6B4 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-06-13 11:18:20-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.68446118 | | daf6e3c8637af2aaa7a742b14c9203b160 94bc2b6788a0940a6e6285bdfe2a68 |
| 2019-06-14 02:26:49-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.562425 | | c0395d8081aa58dcf46d2d1f66d87e2308 ac1005ecb6afdf5de7eeebb2f1ea7f |
| 2019-06-14 02:27:23-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 556.945175 | | 6C216967563B521E7D0767D74FC3747FA1 86D831515B508416B33290D76E0D05 |
| 2019-06-14 11:18:37-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.68092363 | | 5af9b62622d4381796614eddfa395edfd7 d94c12435c0c6c54435e92b66df741 |
| 2019-06-15 02:29:23-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.43756434 | | 2ba7caa0947be3187b0f7b8f05e15ebc14 ee9cafa5e8279732a7fa78ddcab840 |
| 2019-06-15 04:18:10-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 436.480896 | | 8179CCA6E258E9C8A429EAE034F32D13C1 2FF38DAE210A495EEFE9684272EF5F |
| 2019-06-15 10:02:58-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.34195998 | | 9a169f753a1920a7f0277216ec2c1fcdd1 9afc0481ce723e9976e2f1e22e4893 |
| 2019-06-16 02:27:44-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.29842435 | | 58bd0cd7e07762e0a580832bbfe21f8773 1d07a15f4a37f30e47f77b44b9b85c |
| 2019-06-16 02:28:23-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 300.953508 | | 8818D94DED45F9F1773E2B46FF607F802D F7E7CB7A25F1820AE0D124DC4DED97 |
| 2019-06-16 02:33:24-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.89929812 | | 7909f77bfa22537830add1a9bdf30f8156b 94eba1453a355548b8368ce5d169cf |
| 2019-06-17 02:31:28-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.43265582 | | 400ad4283745ea013683a9ead8f22a461b 81391c8776981bba309bfcaf1aa57b |
| 2019-06-17 02:35:14-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.33273547 | | 9b1537e42f8d2dc8ee64cdd3c451c65a44 7563f9996ad6b714286adc932d3d8f |
| 2019-06-17 07:21:02-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 429.600117 | | 27CBC1436A425277174E50429EEBE7CAC7 B2FC74F481CA68FF38D41645FB5FD8 |
| 2019-06-18 02:27:46-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.31974506 | | b274312751fa56fc0b5e23a55fe36b2cc1 d7047a79cd61c16837de8601cf525b |
| 2019-06-18 02:31:24-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.99817768 | | 8c6503c58e67919d4dd33a6397138df4cc c38983afb12ddb954f593d97cfcccf |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-06-18 04:19:28-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 306.564032 | | C4BDDFE83992DBB535AA24A1545134109B A3C14C8F2C5776C925A81CA11C44E1 |
| 2019-06-19 02:30:43-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.43949092 | | faac20e5b184f9588af997a829d7355f1b c49294cf16398f490a152673cd5fae |
| 2019-06-19 02:35:09-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.33006623 | | 699c7e6bfc769404756d76f85f97b6b2fb 55cf9313840324b724d8c4ca882479 |
| 2019-06-19 04:19:25-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 411.824226 | | E2CE73C8ABE120929C2B7092CD88FE090F 6DDDF3D1B96C2956415C4CC8A522D8 |
| 2019-06-20 02:29:31-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.48247167 | | 3ea1a4a7188f60b21cb3e60b4dad18132f d3f6fca90aed1e40e3902f6fb18e8a |
| 2019-06-20 02:33:26-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.42196865 | | 31f8a85a11bfcfe282beddcb2b4b82e96e f38210bf82880bc5472cc8ae542079 |
| 2019-06-20 04:19:30-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 452.192045 | | 0E7A81B7F0194AAEB4070FCC7AFC91B4A8 F091313CD351E73B6C2DF91B699702 |
| 2019-06-21 02:28:56-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.2509142 | | e105e45336c2a702681f848bb57dd18b4e 3f1e50e0cc24f12995521d7c1c39cf |
| 2019-06-21 05:26:26-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.72894161 | | 4bbad2e7bf949a7abc517de40804a5015b 74b293eb55be94de364e8f6f4178f5 |
| 2019-06-21 06:25:18-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 231.495461 | | 1C3F5AF06478FD4F5F6588D4055DB5E4F8 B6E3E6EDD81C78BE4FE002930EB482 |
| 2019-06-21 14:26:01-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 6.51097119 | | E075C446BFF9E37FD406005DA2B537A10E 9D3D13041D8D4BD1569614E5D28A0A |
| 2019-06-22 02:32:39-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.17345131 | | 70bf06d2bdd749d47416c849b58d4bac10 1102da9619d9d303ff559d5dd12e1b |
| 2019-06-22 02:35:36-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 8.49287195 | | 8729F3C8539AB4583FCB9F4821F7584A16 7B54440D6AFF982BE49C95A0E89947 |
| 2019-06-22 04:29:26-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 161.835276 | | 00DE7378B473E7A055DBFA9178796EBE97 6BBBCC8B9F248663A17BFF56F5140D |
| 2019-06-22 04:30:06-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.51083852 | | 1abca090eb0bd5cf3708a36880a52650d8 59b4f64c41f20f0c4e0aba2ffc6acf |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-06-23 02:30:13-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.17025985 | | c246ea540816ebbab1b7412bad508845c7 f4a81cc460aec6de9e4efbb56fc255 |
| 2019-06-23 02:30:59-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 160.48172 | | 79CF1F406471E26C4589CF38B6091E6111 C494AF30E98B3C5FC6E7414FC555D8 |
| 2019-06-23 04:43:28-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 8.84893451 | | D4345AB488FB0DF1BBC2CAAD11D7E5FCB4 C5B00B45B0FABA2137CAF86C8C6EE4 |
| 2019-06-23 13:37:22-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.52753124 | | f5092e9175a1f141eba1e669b7cce31f32 22e435b52f6f6cb2e335b6e9db448e |
| 2019-06-24 02:30:24-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.12233496 | | 8bb3566bcfe2dbeca0125f14380428f024 1b725e9668db0ae0c841f955300fdc |
| 2019-06-24 06:18:29-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 130.555976 | | 07C022ABBCB72E8D03819C92A2C3FF729D 01A140E31264C765F70BE996261AF4 |
| 2019-06-24 08:19:10-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.65978493 | | 0deb6a6c7fffbf505ae9e7700855564052 e047c467a2ec4132306306004be112 |
| 2019-06-24 14:18:47-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.11488829 | | 44E27A88854ADFB35667D23FFC1F316CD7 9E01487C33E25D85010B958AD2E8D0 |
| 2019-06-25 02:46:48-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.52335962 | | 9F88F7EB247F56BF69937205A1F264D7B6 2CF31D5B557F1E2EC6B6AC0C968D43 |
| 2019-06-25 14:19:14-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.02280169 | | 45d26337bd1f0befdfd4397ccc21f26f77 dd2fc8cfd455e7a837a4275a9d45f6 |
| 2019-06-26 02:25:05-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.90841121 | | 91B157EF4BB9968BFFF9B600A6A16EE7DC AC0CBC3D3783FE2E72B8A01B73A8EF |
| 2019-06-26 07:23:08-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.02223122 | | e1352279265bc5abba9df2aed1dd840479 aed612483faf5037fdd2c6aa575a5b |
| 2019-06-27 02:24:04-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.69333931 | | 84BFFAC1117E91590DDB605C6C5CB4BAB1 9EBE910F39A61BBE3A9E910C520A2D |
| 2019-06-27 05:18:55-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.23710308 | | 588bcaf8f73729435b03c61e8561a35421 6e4bd52deffba7eb033bbc09a0ec41 |
| 2019-06-28 02:24:50-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.86641185 | | 42dde2aae5dd255c305c4d8fa99af68e92 57037863b033596930fc4012861027 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-06-29 07:44:30-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.84402712 | | 77bb4ce71ccae2f888925bd904a2cf2029 b9f769f1b6f4b337a9d08395ef3f2e |
| 2019-06-30 03:18:39-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.76897339 | | a96baea60ce1900acdca4fb48cab5a8bbe df3dbf74e811906a351407c4597652 |
| 2019-07-01 03:24:22-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.15822549 | 0.000625 | DADDBE027179EEA16C71442CD319B937D7 92B3FD0E21D3EEC195725DCB2DC43C |
| 2019-07-01 10:23:45-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.91783588 | | 2d568a6145fc47c89dc75ccc98c3b745d7 a66acdfbd8f1a3091205705745ea3b |
| 2019-07-02 15:24:04-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.62755167 | | cd4684f019d11c116c900fbf0a7185752f dd6fd732dc098d86c280814bce9e53 |
| 2019-07-03 02:44:55-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.5538648 | | 2780B7B885EDB66B62C0CB998F9DBCBC67 8239E910BF5382D7CE587496F1D7EB |
| 2019-07-03 11:23:46-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.36379043 | | e96b9b3baf7715c7e303fb9d75648f545f 9f041d8f671d57ced1af0c5282f53c |
| 2019-07-04 02:31:01-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.21929687 | 0.000625 | 77ACE9BFC8409A37712ACD88AE8DE1FBF4 9D2D15280C9B3BAD3689104374A370 |
| 2019-07-04 13:24:23-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.31842046 | | b27bfecd941da50fb4bb2e384a874b8d75 2b324b397a59cdf8791600240cd674 |
| 2019-07-05 15:24:03-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.25141032 | | c4d0b2fd2f70b05f99989d3beb5c6d4915 694637a46b649c3cf202611bb6e160 |
| 2019-07-06 11:23:53-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.08693913 | | 96359e5ce5c12e68ab39ba3601b3d10c12 3503ab3be21d84e5bb01958084de84 |
| 2019-07-07 04:24:18-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.62338961 | | 506b8754a3cbf4b55afccc43411dde86bf 8a601a889168d313e0ede3fe7fd1d3 |
| 2019-07-08 02:33:49-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.68283145 | | CEBDC89EAFFB7C7B94997A1E076909A4C5 3B7DA38AC960E7D583CFC33106E931 |
| 2019-07-08 03:20:25-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.34752604 | | 863a36d41712eb19947397eeee8f1557c3 1e36776c4c543ee4f2acd80cdd3604 |
| 2019-07-09 02:39:28-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 11.55627827 | | 91E628080CFA0AB301B739C3E5122E6877 A550F2544E1B5E8DCA844D29AC5149 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-07-10 02:38:05-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 11.52605958 | | 30CB437EE4FD04A2D6B0EF1D4EBE602795 C291A7FF80657B5121A492286D2FD5 |
| 2019-07-11 02:35:38-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 3.9098727 | | 1EDEB9808E84ED5E84F34FAA40DA698424 4136D25A50D5F42D6CAA51EB1C93ED |
| 2019-07-11 11:18:38-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.30270397 | | 1754042bbdf61c68b7a7454cb8dcdbf089 70aea7f34d1e1c0aa9381da26493d0 |
| 2019-07-12 02:34:53-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.02633687 | | 50c2595348b019d300fca4819b843d3ef8 dbec51aeb4c132c0fa3d16b94db436 |
| 2019-07-12 02:35:27-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 25.563885 | | 13EC978278293EC4DA0D8635616AC6DE0E 61BDF0F8DCADE07729A41768E0C40B |
| 2019-07-12 02:39:04-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.63153712 | | 2BFC55C7BDC9B120199A0574BBB6CBA6AE 255463F5D37DDDA148AC6FF38066E1 |
| 2019-07-12 14:18:30-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.35989735 | | 71034b1b292e08feb1a3a0421629d01fd9 85181abf259032e6caf3072983a38d |
| 2019-07-13 02:38:47-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.03630936 | | 376ed1cd0a5db8a911b100e3410325af75 fa3de831fd46f5bb5ac2fd456764f9 |
| 2019-07-13 02:41:19-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.39816648 | | 8C18B95AF4444B440E1BE857F1DAEE0FB0 E1D1B9099C38EA6D153860CCCC7821 |
| 2019-07-13 04:19:32-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 34.75503 | | 750891C80AC2EA959F418E5196BD398CCC 304A31A71948D819D3D5CFE87C919D |
| 2019-07-13 06:18:18-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.89244494 | | 4450f075ec0c8424d4faba745a5308cd72 c71f4351892f34d083f5c5585a08db |
| 2019-07-14 02:35:59-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.03849952 | | c1c903e4be64797f4d43e4e6586952f015 d91ec9144c61d90a10e8692a47c92e |
| 2019-07-14 02:39:33-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.4211884 | | 56820814DA77B911E8DB047649A9A61C50 D2B124CDE045B863BE7C2BA054F161 |
| 2019-07-14 06:17:58-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 36.78288 | | 36DBC8648FE38C22BD483EEA25BEA45640 BA36E95FE80C2C7B7ED073FCE04B96 |
| 2019-07-14 15:18:32-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.0233009 | | d55a8549dc83b9c8f007a750b1ec1bc80e fb4ef6aad8297e46025ca989f6c410 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-07-15 02:40:51-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.0354787 | | 1790f9a6a8975c07ee4af5d5a341fad982 457056ce4e1f8b38b530d56685f6c6 |
| 2019-07-15 02:41:37-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 31.940062 | | 17D427CEFDBCB4B87FD7BA9D0FDF846999 33E1D77A22657E797B813687BA5F09 |
| 2019-07-15 02:44:59-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.37193229 | | 5BE4EB981DB3C84BA4466F69F771CC1FA1 37230B7B0E6E64E6DCD3A1E0F5A02A |
| 2019-07-15 07:23:48-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.82538445 | | f0a3dae8cc3f1eba8b1e97fa56b6fc0f00 91687d7fca037ed89d4fbb2959d8ed |
| 2019-07-16 02:39:26-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.05070686 | | e8808df4795df5552c5e8c2871484160d1 8672d04daddbc009b04e42c2a69f30 |
| 2019-07-16 02:43:20-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.5471109 | | 3824A3D2409CEC801B545C1D0CBC11B5A6 D0C0BF866F649B847AE8423CC5524A |
| 2019-07-16 04:23:23-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 45.305751 | | 394C56CCF1CF6297A88160FF04D312576D E1DA014E4EEEFE66FBA0D1725CE986 |
| 2019-07-16 17:23:16-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.65429391 | | 56d0034a90909c47d0c8f2e8c5926ca905 bcd76d179d4ade017a6376ee86feef |
| 2019-07-17 02:43:15-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.44549942 | | 3a25572f0a3e56566590cb30db8406b94b 61e026c01f583b6074194f31eca047 |
| 2019-07-17 02:43:49-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 28.712307 | | 1DE61841E14A38D6439E60D3014E2B2959 F985D7A2A6DE2EB7A6C5AEA3B9CF34 |
| 2019-07-17 02:46:25-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.23746786 | 0.000625 | 42DA2C639B939DBC7E72579CA8A2E64D74 95BEF4F2D309CB8B092B5D5B19E6D2 |
| 2019-07-17 12:23:28-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.12007811 | | 11983c1b634c28ac21830e2d7efc70211b 742b6e32b547d3e0c8c81d5399cbdf |
| 2019-07-18 02:38:17-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.53712208 | | 80eb3aca9771933199aa69c60a2768ee13 85fee8113a6fa351f0d7724b83c4ad |
| 2019-07-18 04:23:28-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 18.513383 | | 291544A1A3C28A5BB88BADA8002EDA7478 98F4DEA9F6B6F32CC4EE709A859033 |
| 2019-07-18 04:23:46-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.36921103 | | 5baeeb5e7a4a5156861d6fa48e064b6f1e c26b139247e325b5519a04a5ba5c75 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-07-19 02:41:00-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.66446569 | | 725b53b8a0ba7fa1d31dd2580bf3ae5bd1 60a3285cb1b1dfeb273faa27c49002 |
| 2019-07-19 02:41:30-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 23.317567 | | 338A5BD26A31D6BA988662412D647D58D4 9C7DD6A8D5D5EDBB92FDF57B2BDED8 |
| 2019-07-19 02:44:20-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.19436035 | 0.000625 | 8D6E503AA19D57065F3FC2BBC5909F569B 6C37F7D961BAAB4EADBA84BB7868BD |
| 2019-07-19 07:23:29-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.42712288 | | ae86dd2b992ea1c61083e5446605f4a187 9389ab7d37cf01d6ff7775c471cbbd |
| 2019-07-20 02:38:23-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.85778474 | | ce39f954abfe9438bbaf8f103d867254c1 8fcd7c1270e3929c305f9f085a9088 |
| 2019-07-20 02:38:56-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 29.922454 | | C6D9CB5D93E8A2E8B47892454BD635A5EA 96513AA1DFF37FB95B155239ACA4AC |
| 2019-07-20 13:26:13-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.54547976 | | 2225232c5c0723145b30d3175a14eb9397 b09dc30c6b9356453b0c68077b14a8 |
| 2019-07-21 02:46:30-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.82361635 | | 9c15a13de9fd38cd89b683dca32f936964 fe966f642d3ce44cc6e7cda601bcffc |
| 2019-07-21 02:48:51-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.26601052 | | 916B737A4C8E84428B163F9CB59B40227D 4BD43F23C691E48CE8471C7C02E82D |
| 2019-07-21 07:18:08-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 29.291962 | | C7CA7EF4048464763FF6AC6204F00FCB9F 70668A2116B608EFAFAAD210AD9FCE |
| 2019-07-21 09:18:23-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.53846326 | | c755c020f8140aff6d89de0532e1c10c40 9c30c9a7df54720cb80f2eee0436ba |
| 2019-07-22 02:38:36-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.94719967 | | 491826272a0e0aef3f8db06061789f9342 36cf095defe19e61592b88cfa64f3e |
| 2019-07-22 02:41:22-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.15108911 | | 767494339A0E06BF824FEC50DFBC581E1A BD6EE4D54EFEAEC60180BD4A6F9D7F |
| 2019-07-22 05:17:52-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 33.771247 | | A5A7DEAD13ABE1B5AFC3F37B823037A059 3FB90C2B8743FE968AF7665530766C |
| 2019-07-22 19:18:14-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.63029018 | | 138a3ac14eea6bc694ad3cc15806adbb18 9972185ffd3550d63e9e6f35294034 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-07-23 02:30:36-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.721595 | | d36cf8242aaead0266a16b408b8992dc03 b58f4b63103d5bfc775a4151eefdf9 |
| 2019-07-23 03:19:05-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 25.352911 | | 36FF50973E4FD5C09F1B5E6F19F0413DFF 77F1D21A37F3410E6061AEA1CCFFD1 |
| 2019-07-23 14:18:14-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.48016888 | | 4f2a74d8e9eead1320291e38e5ba35b4b3 75016692ea28ed3589c83b1ff2202e |
| 2019-07-24 02:35:16-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.48639141 | | db185b122f85f8899872df67b15ca51dcd 186023e93549f13e9c624430ab6398 |
| 2019-07-24 02:35:57-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 16.957088 | | C4528326807601C765EA743F45D87D6043 87272A0A7EEAEBE28AFD85E78B1402 |
| 2019-07-24 02:38:22-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.18477165 | | B324B17F39A83093D03B04EB85A24162E6 21977FD3FCDD4F2507316B93FC3F54 |
| 2019-07-24 03:20:53-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.32604233 | | a18f767b3cbf686551f57970dda40e2f10 c6b3b6be4d26f5be73b5eeb224737d |
| 2019-07-25 02:35:40-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.60545065 | | 39b7ee46d83cce0619da0258c4b0389972 63683111dd033121a9b859fcccda06 |
| 2019-07-25 02:38:01-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.19177494 | | 813952ECA00246B4A5B686068395B9A2C2 08BC27E15472E1CD75E258A9A0394A |
| 2019-07-25 03:17:46-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 18.749359 | | 580E2836C00F3AC30135454DD511592801 219C80F08856902BF36EFD484ACD33 |
| 2019-07-25 13:17:56-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.6051271 | | 6378086d03d91e7a2444f1ef340af48ed2 228400bd5f808e21ec764dea0fb6ff |
| 2019-07-26 02:39:59-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 1.02250139 | | f192a2eed4547cab3b721accf32f6296d9 9a1043f795a1decff176c5206741c6 |
| 2019-07-26 02:42:43-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.16011615 | | 1B8084A8367BFF61FA5D37F77510F848B4 67AB45D13E01994DD63D7309DD75FD |
| 2019-07-26 04:21:04-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.67420683 | | b016af9cafb6e3324a2df8cf6e64b6de01 b962dd22d3d223def06f2af3786b21 |
| 2019-07-26 05:19:58-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 35.584027 | | EE555146F53FC6E94E59ADD9E4035FB8D5 0D3D595A661C289CF4165785A1FACE |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-07-27 02:33:59-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.93235864 | | ddaf5620a600489f43aada0d78e4a20f3a ed2f3cbd5bc261adbef9293b46b5dc |
| 2019-07-27 02:36:27-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.15260223 | | 4745B9EA3D9AF86FB0E97D9D71F572ADE9 051732ACE6198711F28FB412E6B917 |
| 2019-07-27 03:19:35-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 33.362116 | | 001F32CD52758D8EE2946F22B77DAA6A89 2453401222C8ECA28AFEC7CF48CD5C |
| 2019-07-27 04:18:22-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.6396368 | | 77ad4c69281ad2e8b8e2bc56fd63eacaed 8aed630b67783b1bbcbad898580bc2 |
| 2019-07-28 02:33:38-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.8612175 | | a5b94055fea4bd6f8983ae9d3753f01ec6 0dd63e14fe94dbbe845255cb17755f |
| 2019-07-28 02:34:02-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 30.893168 | | BB8E946DC04E8FCD46C23E0A53DC0601CB 2DB2DA7B6853C5021016B7F6D25A82 |
| 2019-07-28 02:35:33-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.1429053 | | 8F795FC1BE75135201BD6FB32B5AAF05EE D3B3FCF54A29443671A0B2BA2939F3 |
| 2019-07-28 11:17:56-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.60253242 | | 21c30cbd349ff3cf198bbb536f0b858777 94e2845a14bcfb151a4a51eb259dc2 |
| 2019-07-29 02:28:53-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.75826032 | | 7ce766d1150d136d729df4c27d997e534d 162518667e8f503a43f1c3f1111afc |
| 2019-07-29 02:29:18-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 27.183508 | | FD000E4E25EE7F4593BD381EB33346038C 6C6C78640815E946BEE8F7D149540C |
| 2019-07-29 04:18:34-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.52995014 | | 2ca636a8d4a8e6ec0e1f2e1316d068a3d5 d672998ddbbe8b9a75d7eae721af25 |
| 2019-07-30 02:31:10-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.90374973 | | edd0e18190f8447e776faa4687eb530e03 bac7a276c40bb25b1836b700d077c2 |
| 2019-07-30 02:35:05-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.28104972 | | 324DC2D9A7B58F5DD0484984664E291686 97AFD56941D81CC23CD069B794173E |
| 2019-07-30 04:17:43-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 32.597301 | | CCD1AA8E7BB49CBDCA83DEF729058EDECD F182646EDDFCFA513330A0751F5FC2 |
| 2019-07-30 20:18:07-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.62866163 | | c669f1b030e992fcabcb55008d780d92d2 917b528bbf16da778efc0559be3bf0 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-07-31 02:38:11-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 1.05809054 | | 19f9c7102d6fee94fe6935b17ee0d453c5 847652d6e05f23da229cf0c89f9e47 |
| 2019-07-31 02:41:35-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.18952041 | | 59A1E5768A66AE4D4A1108AD28D4807CA6 A9446C6A1D236F7FBCF41EE4C53D45 |
| 2019-07-31 05:17:40-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 38.653989 | | EA77AB1E3381B24A88435DF27F45845B2B AD0C238B0830492B3ED4477EC36293 |
| 2019-07-31 15:18:06-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.75760621 | | 013694adcb5938626d226ac59987db6458 0d17806b12a15ed24e769e41c3c701 |
| 2019-08-01 02:31:28-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.99297057 | | 0a0dbafdeb13ceeac57f2651af3e13238a d9d646dd999042098c791b2ba0f84c |
| 2019-08-01 02:31:59-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 37.160595 | | 2704C01B12258E6B3453DFCDEADB9CBFAF 88F3F5D3864DE50670F076EB141B3B |
| 2019-08-01 02:33:53-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.17820728 | | 3C252A996207A8A9ADEECD5127CFA34C4C A481B6F35F28FB13F44BE60877AD1D |
| 2019-08-01 05:18:25-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.6935781 | | 9c7b3470e67d6c02bbce5a2842c3316ed6 c664abf30b9e3fc16f418bd7704627 |
| 2019-08-02 02:34:51-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 1.09284042 | | 3a061a684795ac7df6436700e1d17d856a f6488756cf01aa62712fe03b48cd00 |
| 2019-08-02 02:35:17-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 40.858106 | | C722DD9B810D3FDF60797F6DBD23E93270 9E505EBF834DFBDBA98398588BFA4 |
| 2019-08-02 02:37:22-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.18631621 | | 7AE413149E7F311262B59697868824AEF2 F5730E2A15C2402902FCF6C4A1C767 |
| 2019-08-02 02:38:46-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.73919809 | | 966158f7a2b6b94fc57869490e6e7f6810 1de789c9ffaeabce078188d3872dc3 |
| 2019-08-03 02:38:12-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.88062214 | | 4e3884a0a72224f7bec4329220324c9461 8934cafc4baec269d137e6340f007b |
| 2019-08-03 02:38:37-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 33.556715 | | FCF65D5E3C4909B7961E365BB72C512D66 0501874E41CB6146BCF5B72EE15674 |
| 2019-08-03 02:47:18-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.15630942 | | EFFB485F5FABB86C242488B355B2E0B651 B14B5F612D37B8082DBFFB38750EDF |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-08-03 02:48:30-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.61549938 | | 85ad19b2c3e753c6505964ae965d1af729 88fbc8ca485d1146a493f759fa8446 |
| 2019-08-04 02:39:57-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.89416192 | | 10b723b407454b530b4711cb914f85717d 9f1098e7c496735605f1e828fbb073 |
| 2019-08-04 02:40:30-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 34.790775 | | CA78766EADE55E91216470D8D5195AD960 254D87FF0553B7E8BC4D7B51F31F99 |
| 2019-08-04 02:42:17-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.16502859 | | C9CC5ABBE590D8CCC6D38F8031DAF63FCF 8758D16164843FE09A97F1DBD5BB8A |
| 2019-08-04 04:18:14-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.64710221 | | 51a29d9cc0eb372520754a01294454f0b8 bd1084f9b3431ce24ada616d20ac47 |
| 2019-08-05 02:36:59-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.93381787 | | 18351e0fc58468b9de1b94cb61db919804 a4ce560c62c6284381bc823f3c1086 |
| 2019-08-05 02:38:48-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.17271687 | | 9146B0DF8FCEA206F6CFFFEFC41458BA57 896F5068886C19DF83A21BBA1F7621 |
| 2019-08-05 02:39:39-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.68830353 | | 2a16e2cf141a1672953d17ee60b4f6de7c 512460f80e3f29426975a7601ba054 |
| 2019-08-05 05:18:03-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 35.592059 | | 34E6B247441FBCFC82787B6ABD7B93B420 1B0188ADF94C6C7A7107939DF544DF |
| 2019-08-06 05:38:29-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 1.07727888 | | 05c1c699697c2e69ceef239906ec38ac34 aa53fe6624f996c8955e45e0784666 |
| 2019-08-06 05:38:52-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 41.707021 | | 37F92AFE04AEAB410B2F25E3AB44A1C60B 2F3BEB547DCD394E690E1630D5C85B |
| 2019-08-06 05:40:41-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.1992049 | | 388F1F46DE801BE0BAE8DB4B6D73D651A7 48D4EB23ABC99A0BF57F81D1DA926E |
| 2019-08-06 14:24:53-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.77459172 | | 479a4b0d2c35f3e559ee5a644740c145de 43fbc0eda7d1fdcccf9310f11895f8 |
| 2019-08-07 02:36:16-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.6026667 | | c333cbade02d9778d8a160435924d3de5e 0380dea449ede0b48ae2c2814106f3 |
| 2019-08-07 02:36:41-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 23.640871 | | 09E7C54B50FE3FCD2ECC6E9F9DD50769A0 698DBBF74050CA19008E09B5B16BD5 |

147

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-08-07 07:18:03-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.44277719 | | 459bf7f6fc3c4067cee85be346efb5071c 605fe87c0ebc0975099297513e436a |
| 2019-08-08 02:34:40-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.58171133 | | 8aa4d78e11e9eb666e881410fe6fc9c8fd d2c3665457458f95f1cc18c8aab7bd |
| 2019-08-08 02:36:31-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.21567101 | | 4788A0394C6A827854DD7ADD040E59C70E 2D989F166B51A14D201CC65019E9E0 |
| 2019-08-08 05:18:10-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 22.746 | | 9A8C1F86608FCA5885E9E8F18B67839FFC B08D67FA2AF6246BFAE4D3CEDCE6BC |
| 2019-08-08 05:18:28-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.43532883 | | a099b4a54dd84ddada89bf5682986e6026 fa586357ca382047d66dd184d0816b |
| 2019-08-09 02:17:01-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 5.179091 | | 5CAD405AAAFF25CB2DE5E96BAF99E48ACE 1B41AF1226A272477A2D9B9254460A |
| 2019-08-09 02:35:47-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.65562948 | | 23337cd76075ed075b8257d7565f2d5fcf 99b989a09f0a075c4f990d3e0fdf28 |
| 2019-08-09 02:37:42-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 0.90870536 | | 9BBD083A876152F23AB7BEB5E197AACC38 8E72BBF4AE699E4019509FC73D24F9 |
| 2019-08-09 07:18:27-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.07744921 | | d36686034e22fd91b66071b7d7aa51de24 4978a665ecef81484a0dbda3dc5374 |
| 2019-08-10 02:32:48-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.48461887 | | 51c0ed32a38588642969f2a391edd100c7 53e71a8981068753caf3c252fd38e0 |
| 2019-08-10 02:33:20-04 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 5.699953 | | 67AEA99407C08AAAC089521586D4C6BE6A 5BBE64BDE6E7F2E9DC67B890D0554F |
| 2019-08-10 02:35:11-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 2.99646974 | | A38B99CD2B13DBCC06B1476D93F1A4700A 7B486E7DC48D96A367E36A0DF143BC |
| 2019-08-11 02:33:14-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.40260821 | | 49ccfa0dc0d5dba94d90fc8e6a13caf4de 9e6691e23d31047a99a1c0028188d5 |
| 2019-08-11 02:35:50-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 3.95820227 | | 9EB3C526D52233F8F2EF89577B95BEC20A 18CC59298DBCE83501850EBB43AB90 |
| 2019-08-12 02:32:11-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.40135111 | | 5e73aae18282a83249f50fd84a19cfd7f2 128ba2263d491fdaa97f55e6c93a55 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-08-12 02:34:57-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.02995075 | | 03B06C3C4147C314C6FA5DA49F062941BF 71B2C95EA080DE6803E121E0AD7241 |
| 2019-08-13 02:33:08-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.42226208 | | a6cbc49dc2b1e316e4f4339a130ce722a2 56e5be59b34ca6f3db6294a1c79591 |
| 2019-08-13 02:35:00-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.26762185 | | 54E0B31E2C0229705B0F5DD5562A3F989C AC29543C094A4EBC51F770E16F70BA |
| 2019-08-14 02:30:04-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.40717623 | | ceb8eb83299798ea68ac86709e579bbe2c 9d14a8ea40f569bb159040fece7910 |
| 2019-08-14 02:32:29-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.31311775 | | 94A74F379B8A9E108F77BD39B35B54DDF3 ADB4E1709C4AA94179AD5C2DDEDA9C |
| 2019-08-15 02:31:02-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.4271463 | | 19cec60ee521e6da5a6982fe44b65795d7 65584fd305abd694a01494cd0a2ae9 |
| 2019-08-15 02:33:36-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 3.93560299 | | 6325558A161F73610E37470DBF15640872 EE50E494EAD92F22B92B12735245E4 |
| 2019-08-16 02:36:13-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 3.24500468 | | BCC43B799B47CF91B587309D5F36A3EB0C 1459A492D2DC0BD325EB4EC280B508 |
| 2019-08-17 02:34:15-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.11205418 | | 5E9720F5C1D4C5F45468A4D3CFBCD4246D 3390EC652886C5D1DF081D44A15848 |
| 2019-08-17 16:17:36-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.87562826 | | 04bfe693312d7fdbf3a5f9b8a9c295241f 2ce14cb9d5d3c854a2805b148cf280 |
| 2019-08-18 02:32:41-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.38744774 | | 29aae7f0add11de6973accf41051274b86 56ce7b94366e87cd46a910c34a1369 |
| 2019-08-18 02:34:55-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 3.96893829 | | 2CE7C41F0DA04FAB9AA2F6A4268FFEFD15 7721C7162710001F7EEAC433F0396B |
| 2019-08-19 02:35:54-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.405345 | | a36dda55e672035ad5353f5f19bf960ca3 940d66e7648fe89cec211deaadb223 |
| 2019-08-19 02:37:48-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.24176231 | | D0C083A37A504D755073924332A9BC3736 B0ABF7C9FC07DE19E2651D6695B2B4 |
| 2019-08-20 02:34:23-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.41530549 | | 634a02cd68781d79f03b6c2eb5743d3abb 897cadfa30b03e7140998db013eb6e |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-08-20 02:36:24-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.26823607 | | DC41B55F3D4A9F6CD22F03461AB4F455F7 254CD6D45F308B3AC0279036A5627F |
| 2019-08-21 02:31:40-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.40555706 | | 7c0329171e7aee60ed5bd31aa7fee9cb68 f3ed7a94bfc6f2ece4544e6956e94d |
| 2019-08-21 02:33:16-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.18991147 | | 29E48839A954981E4B5AD0BF6FC2211D69 5A283427DEADD220EC722157E40ED1 |
| 2019-08-22 02:33:42-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.40892277 | | 8bb9aac392090cffce95841f7ae7fc83de 00e6eafd4f3f0e2f134464eb10aece |
| 2019-08-22 02:35:39-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.18830199 | | ACEE4AC937B62F677A3A74332E97BBAE6E A8485BA4D3DC9A19E391F1072FECB5 |
| 2019-08-23 02:27:55-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.40243305 | | 968a4827b04f638716f4df4c37908fb461 5efd4a2c806e399938568a5a10813c |
| 2019-08-23 02:29:34-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.20139486 | | D32684B1BDC2F0A62FE90F2C7604B5A467 605E152A4385491585813058AB98D8 |
| 2019-08-24 02:34:37-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.49803137 | | aeeba783332023e061bc6ad6c38a0a003f f2156628cc06b033b4a2665a0953dd |
| 2019-08-24 02:36:26-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 3.39163366 | | 0F9621DDE085F8351A895AE2B86BDCEBDA C3A88FF93938AFE5F4E6447AB8905B |
| 2019-08-25 02:30:36-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.42653835 | | 8f952a23d06c4a0ca0355257f83ab29988 4664b358cfae549b5694ff4f620634 |
| 2019-08-25 02:32:57-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.54695873 | | 3346995274BB4D2AF11A48E11775DAC4AD EBF1A8007DD393E45D48B5D2FCB8C5 |
| 2019-08-26 02:36:14-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.56298052 | | 7831fbe49a6ef0986d1c8ad36261e0b912 97427b303484334f888d11246d2909 |
| 2019-08-26 02:38:00-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 1.15689579 | | EDA564414620430CD699BC4E34C8F261CC 7B40A1420D6498D38777DDE49898CF |
| 2019-08-27 02:35:49-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.69480681 | | df8bf287af22be8ada60224f83982e33cb 0ecbfacbe0406950ce63c6e75029e3 |
| 2019-08-27 02:37:58-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 1.30386887 | | 7AAA727DBD5DF835A4E186DC38E23601B7 C172FEFAEA3337FF8CB6BDBA91E9F7 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-08-28 02:38:42-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.40865558 | | 3e4e58b9e7a18e4aa4ff3da198afb51101 ec750716e5c286101fd2e7145ddff3 |
| 2019-08-28 02:41:14-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.53276053 | | 13CA79233E46AD71ADC16F09D367948AF7 495269475513267268F549136EFBDC |
| 2019-08-29 02:39:44-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 5.37759741 | | 2FB133577E9A94398A129658268F48FDBA 49693CEC89F9A256E9CD5200EF3F26 |
| 2019-08-29 06:17:58-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.47773645 | | 2d53bff5697d5a79b80d55b9dab9ff6334 3e8a8ae1d95b0f26afb7b9a8c5a872 |
| 2019-08-30 02:36:26-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.46835839 | | 9ba3e5bc8b527e0301a111c1d6353fb8df 80fdaec8ccbff07a955705c6d6a894 |
| 2019-08-30 02:39:00-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 5.49417784 | | D1355957079EE7D14ED14D174EA3E7A3D2 543F0CEFFA1C081C62EF5AB7CDD677 |
| 2019-08-31 02:34:33-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.46545628 | | 276d8e709485d111f3694deb687b3fdee0 e79ef40b11a99ab6a37c8d2935859f |
| 2019-08-31 02:39:11-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 5.38147922 | | B8D0B087436C4E5A77EE7577EBC0CFA085 DFB295760E3A217E440A1281096655 |
| 2019-09-01 02:21:29-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.4562698 | | 84342b6a2830e447594ac83d1b15028b3b ea390824097a9eb74cd19c024155bc |
| 2019-09-01 02:24:23-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 5.34590356 | | 619DE28AE5BA6BC5D18B52F77119328256 3FCE3EE63C59A49325E13CC561EC57 |
| 2019-09-02 05:22:44-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.33162595 | | 37891944b94a7c833c54ce04eb6043aafc 254e4f6292126384805e1c45833d62 |
| 2019-09-02 05:25:41-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 3.94992214 | | E7D1FF5EA2319A3FCDDE36348FFE760D27 6DEDC178B9E10AFCCC733B67425A8D |
| 2019-09-03 02:23:19-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.41089892 | | 51ca931a3247e92ae681dfbad05c131853 b7fba40438ddeb666d58f9388c26d5 |
| 2019-09-03 02:26:16-04 | BNB | bnb136ns6lfw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.92264422 | | 3ADB341C4C18F1BB1666FF2B39E70E6228 70B761475AED11B113DD2B07220207 |
| 2019-09-03 02:28:09-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.0303077 | | 46d5652b22c1c2fecb347f3cd468faf08e 6c31fbcd31bd91ea60aeef25237370 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-09-04 02:28:46-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.38695113 | | 7b2ee8f0e5bb5a696d0ee32bec01e2259a c4126fcf73debe049235a1a3a8924f |
| 2019-09-04 02:31:15-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 4.72352113 | | 2C7B58CCDA9BB771019106A4F9AA51420F 2D6CD10EE1289A2123368627848391 |
| 2019-09-05 02:36:23-04 | BitcoinCash | 18orMy7vDsu2czudiCTYx gZyDFmMUZoSn5 | | 0.1254522 | | 9f5b901f153eb776a7d246b2ba16086849 8ba0c605b6384fa016e75172a5328b |
| 2019-09-05 02:38:07-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.57440166 | | d3b4e7c4806064c0f43c9c5d4561105da3 2865253148da5086a1f0b260b8c84 |
| 2019-09-05 02:38:56-04 | BNB | bnb136ns61fw4zs5hg4n8 5vdthaad7hq5m4gtkgf23 | 106815503 | 1.55671525 | | C66936093C563DCE762AB893A7B51820C5 DB073F476C9459360D76632C5A8AFF |
| 2019-09-05 02:39:56-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.61999563 | | 0fb71599c3ccadc178f3393cd354b04f50 8789e6426a13abeb18121180272dcb |
| 2019-09-06 02:35:21-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.80388317 | | 8761b8e8a0f3578fd6e6a9304265e06413 99a6453ee4f4c7002248682679131c |
| 2019-09-06 14:18:21-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.29621349 | | bea749d6a4763d372a698fdf8c25dbb8b5 e7241ad5b6f2755f3ad5a9ba051218 |
| 2019-09-07 02:37:19-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.8402705 | | d7d29ac5899de95784fb808f3ff4303333 f12e1f84da7db46ed40b2b46fef237 |
| 2019-09-07 02:38:43-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.38072811 | | 207010b167d9e5b4ff2ee74bb2f1b3e281 d999cf9cec9f55cb5e2c0c5d8e55e5 |
| 2019-09-08 02:33:56-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.84649414 | | 79e92868136c9a4869a675130b99af1c0d 0eb5e2942d4a02814c5dddd13fdf55 |
| 2019-09-08 02:35:20-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.42626962 | | a771fc280c95b9510e5709ba02ea2d4f69 9ec9257dad94616dcbdf4cabd87870 |
| 2019-09-09 02:37:52-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.74344194 | | 2c951f6b0af4db4e6ce685e079e396c15c 545006bb1e87819b9ad5508d0deb89 |
| 2019-09-09 02:39:42-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.14407809 | | cfccc6d39e2067dfa1a6b77094366e6681 49a4ec1a5a28c9bf901b214f4768de |
| 2019-09-10 02:37:30-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.25972429 | | aba989b154db484270e28065a9d178f96c c62a2b90b2db9b1176d3f049123928 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-09-11 03:01:55-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.25400271 | | fa938dfdb10b9cc2ba1f7ef59c22120574 311012bce66d4f40fdc66d9cd1ba37 |
| 2019-09-11 06:18:12-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 1.59388148 | | cdab7afd306d83d7dea76684acdfcb5cb3 f2f38243d3cf8416f82c2d93c3d0a7 |
| 2019-09-12 02:32:41-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.86252674 | | 18a7c8976581528b9ad07c24457d337251 e7fc2f288c1613315eda3027f13cf2 |
| 2019-09-12 02:34:18-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.40107239 | | 3e197323720f5527e82651dccbd25ac965 f797fa4eac328ee94c0e713bfdbe36 |
| 2019-09-13 02:36:31-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.84920933 | | a9b6ee8c8ab8f059ba1e475ba31cdec4cb c410265aab3175dfbaa7aaeaf36bbd |
| 2019-09-13 02:38:21-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.40671704 | | 2452fc48f0657c138d0ef778d63ce81644 3c31ef99005cba2df1b154b3728df9 |
| 2019-09-14 02:29:39-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.77889394 | | 765b0ffa9a8b80eb7bbb9735b08ebbbb35 802bb12ecbe28e46b28e5cf2b1b142 |
| 2019-09-14 02:30:53-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.37996162 | | 745ac391f9aafcb83781afb9fc5f7719ba 3da4178c6169b10b5d2f153d814a0f |
| 2019-09-15 02:33:40-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.78089868 | | 87724be0fc288c4980029346b9f91620c3 916c2736bdeabda1ac65557744c0d7 |
| 2019-09-15 02:35:21-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.38854463 | | eb5a215d97b7aaa0712e8f233cc719522d 3c56ba0db5354a4ea9abfef0f387ee |
| 2019-09-16 02:33:46-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.77706181 | | 1d005cdecc59d9e6110dd95e6dda4fa1b9 08d62a32f6b36794e10dabd6e7c4f4 |
| 2019-09-16 02:35:48-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.30776444 | | d8a5c29c747ec9b91c092974afe77e6d69 89e585f15e887fce14ef9533d0c7ec |
| 2019-09-17 02:32:49-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.77498435 | | 7b7b6150e2d32c5c9b46c2a7afd1d3658b bf66b365a8f32267d684138dc840ea |
| 2019-09-17 02:34:21-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.29581245 | | 6c78c8c544622997cbf74f7a1cf1a2f0c1 89fdc65ea731cdfdcf54b06211f3a8 |
| 2019-09-18 02:31:26-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.76705046 | | 0badafc7f2121e92f446422bec49d6e8f2 0a2e07f3daddb8c5c9d0b8896b4ac5 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-09-18 02:32:55-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.26801186 | | 19fa9188b7b44705dc09234222d516d9c5 f17309d780c8d81f66b20af3cc5c0b |
| 2019-09-19 02:33:58-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.77037189 | | 72dc06decd1931903fd0f72e9bc2979f4c 5eaf0840770e15ba49de7a55233fba |
| 2019-09-19 02:35:56-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.25250909 | | f12a29643c919f8caf3d822d0363e4b870 854143b5d8c1ddbe00e8b6e12998a7 |
| 2019-09-20 02:33:14-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.71147628 | | f56c1ab674a2790be7e18ef225746d6052 41ac4e0c176c27fd0a8925b822a7ce |
| 2019-09-20 02:34:45-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.14418438 | | 8f2208429529a4cf987cacb79774c89615 82ecd8017fb8c78af7fbb3ce3d1904 |
| 2019-09-21 02:34:42-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.64915067 | | 2ffb8d197939268662b4a23285a7954edd 6e2cc581017564cb0ebe01ed5145b0 |
| 2019-09-21 02:36:19-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.96974181 | | dc4d4a56cf08a93a464b5bfdc67c265276 a60590886be25d5b581c86c42ad177 |
| 2019-09-22 02:37:48-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.71884969 | | eb1dc7075fd5d763c84cdf68f30ef3d2c7 e60934216f709ca3a4c9753ff2bc49 |
| 2019-09-22 02:39:21-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.14144817 | | 9638c43dd9abd6ead2050036461ed32896 7c8fdf078983a0bfd47c36dfb727c8 |
| 2019-09-23 02:31:08-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.71414073 | | 528aa146b5040caf6b9c36906f203a45c1 7711c3dee5d34a6c7adad5c36be3df |
| 2019-09-23 02:32:51-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.12109164 | | 5d7e9d333fdc6439a3911e9ccdcf224409 8a9ef0056220a7c6f7027df4c09ac6 |
| 2019-09-24 02:37:53-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.74687235 | | 07ce9e5a17997d28f521b14c6c8f727dc5 c5d788be86789928a3d97d37eaa8ed |
| 2019-09-24 02:39:23-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.17315758 | | 6d4b3d81b68d7da49b1596c0a96f351e29 a800bdf5feefaef80d37bb23ad6b8a |
| 2019-09-25 02:36:08-04 | Dash | Xhvgu6nGicZkqoHTAuRdU hgyjpvXpg3J9U | | 0.67219724 | | 72c9b215384e0ffa7091f15fd981fa9bc3 1357d0095f29989fb35b1395c4b7dc |
| 2019-09-25 02:37:38-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.16218092 | | 72f0d3a5cf183ee5014d7ab1cd6d39f4f5 981195b4caf65168114dfcbdc67738 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-09-26 02:35:13-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.30229497 | | da620fcd45b8abd717c8b5a59cde33a76c69d24f84dc631adc06b869236c304b |
| 2019-09-27 02:36:01-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.70200507 | | be08de3e9764057eae534fe440829b43ca46c45d0305217c9b9e5d0e47ac658b |
| 2019-09-27 06:20:22-04 | Dash | Xhvgu6nGicZkqoHTAuRdUhgyjpvXpg3J9U | | 0.29766731 | | 72486edb9fc34e22d8ace1b905f3f296658f0f1f07a2d62e2f7b9b7361b2ba5a |
| 2019-09-28 02:42:51-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.77786337 | | 650b9accc4d764acccd5c6b519f4cccbc5101e257477ebe09b384983587ed259 |
| 2019-09-29 02:35:47-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.88736506 | | 86ceff227ef9e78e0bd666956fde5c2e498f11405038da8c8008dab283336416 |
| 2019-09-30 02:40:33-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.75340907 | | 84a35464bb31fb8f24882e731a3e310f818bdec941e29c952ce23fb55ad23186 |
| 2019-10-01 02:36:49-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.89439916 | | 260634c60e5e6a6f32f54268f7a6fc4c0c330c8f3338ddb5382eed5babee8800 |
| 2019-10-02 02:40:42-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.82273711 | | b5bf02b15ed1398bd1d30ae88a3fdbd302fd58373c61ec0588c18e0c2980084f |
| 2019-10-03 02:44:50-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.86041274 | | c81d5c93e2eac2ca70104725c59eb071d4421587c31dcf81452a12c7fadeed9d |
| 2019-10-04 10:36:15-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.65691433 | | 0d80b3c77939d4649a04e350a81c4261b0dbb657bab8315ed5068482eca024c1 |
| 2019-10-05 02:45:52-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.94790621 | | 38bd023cb18dc16b73d5747290354328af9d0817724401baa6ef63f5b79e9dff |
| 2019-10-06 02:41:23-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 3.08173513 | | a2fc798a02f5af8187f49c9279449fb652c4940383cf1bd06c7a8974eff6571a |
| 2019-10-07 02:45:06-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 3.07647334 | | 3ca9d98ad3a5f10fee88c18bdd42c2ae18396010725355aff949b2491c4d5d78 |
| 2019-10-08 02:42:35-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 2.99396391 | | 5473ae961fc86b3a222e426f5c08751015809c89cfc6672427b2a5e8230e2944 |
| 2019-10-09 02:29:28-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 3.06234061 | | 9b4d2c676c3e3c5052539b510144b7dba2bbfc782020e77811a3a74529e130b6 |

155

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-10-10 02:28:57-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.02312811 | | a62111fcdb1c078fcef9bfbff6ac62eb6a 01eccc4023526261e176b56fc3fdcd |
| 2019-10-11 02:27:34-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.05625574 | | 4f9a93b03889e6e791064250a75b6ab977 7676a49b49b15b2bbe4cbd7ad678a2 |
| 2019-10-12 02:26:47-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.0097454 | | 088312404b009ee77a896da37c9d42ff11 22a824a0f9d6fde86be11ab12a87bb |
| 2019-10-13 02:26:40-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.97556181 | | 839d12e774a95bc36162298f44aba139d5 f2d92e99f42f19498055af6febb6cc |
| 2019-10-14 22:18:36-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.99423813 | | 64a08d44c056fdec032bdbd751fd217c62 12d8dddeb533de7458b049a7035521 |
| 2019-10-15 02:28:15-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.93252103 | | c055255a20daa5a06bebba07d2c492a0ff e92b5251dbdd1cd3364dc8074c2ccf |
| 2019-10-16 02:27:37-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.08062654 | | 910f0f45b73c4242d682087b478165525f ac18d30cb6a495541577157212c218 |
| 2019-10-17 02:27:38-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.12286296 | | d0c2c19148dc8abdbe0c53f45f327b328e 8f32b91c3b647a481fdff6d14f1baf |
| 2019-10-18 02:25:17-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.07949463 | | 1e45f7314840c3b74545ff62c7c683d378 a73872f1bdb8066c72a034a5e70208 |
| 2019-10-19 02:30:48-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.85003011 | | 50e850cd95aac174f6de9a21281d00f7b2 7170542e6aa50954fef1e55ca1dae5 |
| 2019-10-24 02:29:57-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.28625994 | | 57eabac7d57dbb83ffbb21b3a48242e29d f02d264f42668051ce6d924198a142 |
| 2019-10-25 02:27:06-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.18785352 | | 4f0760ec51eaa756d1c1b6f2a3367cb71a f5d7657ade7d5ad12442d92e144da8 |
| 2019-10-26 02:29:27-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.37074483 | | a09201a5600c7348fe17e190294238499e 89966c02337a55dfdf772b2526b33e |
| 2019-10-27 02:26:24-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.6381405 | | 2b6cadfa8b2c58dbc3a593c2aa5fd454a4 1e18b3780cdc00b35eaa8699f83fb3 |
| 2019-10-28 02:26:11-04 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.773435 | | 5f7661e0ca2fbc1749a9229e43fbad9da6 342562f992015d24f2d8908b978189 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-10-28 05:51:26-04 | Dash | NULL | | 0.00000001 | | NULL |
| 2019-10-28 05:51:26-04 | Verge | NULL | | 0.00000034 | | NULL |
| 2019-10-28 05:51:26-04 | Monoecicoin | NULL | | 0.00000001 | | NULL |
| 2019-10-28 05:51:26-04 | EthereumClassic | NULL | | 0 | | NULL |
| 2019-10-28 05:51:26-04 | BNB | NULL | | 0.00000001 | | NULL |
| 2019-10-28 05:51:26-04 | PIVX | NULL | | 0.00000001 | | NULL |
| 2019-10-28 05:51:26-04 | BitcoinCash | NULL | | 0 | | NULL |
| 2019-10-28 05:51:26-04 | BitcoinSV | NULL | | 0 | | NULL |
| 2019-10-28 05:51:26-04 | MonetaryUnit | NULL | | 0.00000001 | | NULL |
| 2019-10-28 05:51:26-04 | Binancecoin_ERC20 | NULL | | 0 | | NULL |
| 2019-10-29 02:28:09-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 4.31808505 | | f9c92cec265f74c472cf5384c0c990e1886d554bbe8a3d80c9ab10a5d226969a |
| 2019-10-30 02:27:25-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 4.33642204 | | 41ddda219c96fb8607e6e30c3437ab44b7f4b7789c8d68d0dbf7c2e3751fb3fd |
| 2019-10-31 02:24:47-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 4.68112678 | | 3cd454c232f0dfe6d104f34ad8e5130f43601ab31bd8ac75afc6dbbb18d62415 |
| 2019-11-01 02:25:58-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 4.43498438 | | 8974a19bbbc963bcc5c6e537df02196807f27ffe2e05c74a073d0912d09b3dac |
| 2019-11-02 02:26:55-04 | Litecoin | Li74ajBbdDC5Q5Gikx5brRFzyf7RnfZNcD | | 4.7921998 | | b095819117c4fa3cb9c363c4532e7185d5aa5e18cf5b7baef413fa6cb0c21687 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-11-03 02:27:37-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.6927187 | | a28d29a04e1355e5811d91357529cabe76 b9d593699b533b5fbd0d51559b7d9f |
| 2019-11-04 02:25:59-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.87568307 | | 8ed184980e50d58c4120f52acb6f801ba9 58bfc9be2d35f1e62aea94b55db6c2 |
| 2019-11-05 02:27:22-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.36888616 | | 032967cd68c2aa5233b69479130679f1ce 296514cf36bd408de4365a368404bd |
| 2019-11-06 02:26:35-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.23078421 | | fb2d7eca0459144462e6265ddde2b2aac9 bf59fcd0406a56a4b67cf2cb9419d4 |
| 2019-11-07 02:32:01-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.3069957 | | 2802f7598c067a49a914f3f8b88fc5c0ed c7b5749c125327067312dcb3dc5c95 |
| 2019-11-08 02:37:35-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.5001753 | | 671afd7edea0d8c1348179a68240aa7975 0ff3190254b60cb0aed568648e7960 |
| 2019-11-09 02:27:27-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.97410329 | | 5225e209a5a6f94f53674771d0b9cf462a 03e84229277f15148fa9955998385c |
| 2019-11-10 02:27:42-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.95343 | | 712c3b133d16480723e5418c1026582fad 66cb77cdf61715ddc69a1b62826536 |
| 2019-11-11 02:27:09-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.87753624 | | 8c499586f8e9e7a706a60d5e9c7537bb18 b598886cc74d98ae22ea8c23a0057f |
| 2019-11-12 02:26:16-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.99375835 | | e97aece3d31bbc9f37dedb5655eeb2ee63 58515cce61719a7f25b35c2496ab56 |
| 2019-11-13 14:18:35-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.22969991 | | 64f98a7a386f6a8b8edeb9f7250d074cbe 38d00f9a17c3ba34b3b45d54b49d7a |
| 2019-11-14 02:28:59-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.04303358 | | a0ff7cde22fb6952251497c047338f7391 6b62696a3b73d2d256d782fe17f937 |
| 2019-11-15 02:40:05-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.08673874 | | 33c916ef9acef433c624e7d8f4954847f5 14a0037ec7159b8be11d8929d4e2a8 |
| 2019-11-16 02:30:49-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.0560666 | | 4beae31ffb7f7c70a721d174e5056e3102 ac6cfc65c1619e88e231f861f1dd91 |
| 2019-11-17 02:28:07-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.18936749 | | 6087d71f8a7a1fba301347262d4662fed5 1a6f89abf4fe738d140860ea1e917e |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-11-18 02:30:09-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.23519352 | | c10d23428b0a678e7bdfb20d6f71090ae8 6c789fe374fa150777db9e82704557 |
| 2019-11-19 02:33:44-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.19003652 | | 2e98cd22b380da3aa53ea9a1d3473e8acc 0124d1c3b20fff010f02086a550ddb |
| 2019-11-20 05:48:39-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.30234819 | | d05c0e63eaa97a03847f3301dd169e6c02 844282f1a3335591297a6431264059 |
| 2019-11-21 02:28:55-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.24090091 | | f1d4f26f9b84fd85b658dee59590fe9dc4 d67b024957c509e916a1f8a9112ec0 |
| 2019-11-22 02:33:43-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.38898573 | | 034b99e5800d2b9de8430fe78902ff8691 137bfac57c36a17dec873e4531d118 |
| 2019-11-23 02:35:14-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.38080328 | | 694e2e8f3df21320fe9239953255825bb4 7461de12b8ba736159c6c1bb86de3e |
| 2019-11-24 02:32:41-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.41905 | | 2883bfb3741ddbc3c157d89d38975b06da 9c445dab8464ea4126d01df7f77b67 |
| 2019-11-25 02:33:57-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.6990663 | | ec7653cf0a618fffebf89f957e1e8cc5de 75d6900659f382053485f5a4da9199 |
| 2019-11-26 02:41:53-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.60438528 | | 6f890727896a9612752e4d85cedb725000 ea546156defb9a3db74fe404f54818 |
| 2019-11-27 02:37:24-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.42155896 | | 8da91d55fbe3967d145b7c17eaff5ffb29 33d92c0b03c74e03b9ae5c444af0d4 |
| 2019-11-28 02:33:20-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.73808223 | | 2b9aaec208c456eae715d21b0f4cb914a4 7e82da0ed4ba5ef0b62d34f19805b8 |
| 2019-11-29 02:31:41-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.04755799 | | 3f818de0d81faae41dd29631cef4739a4e 8c98a056f9a175899fd521927803fc |
| 2019-11-30 02:43:58-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.72964933 | | d9e177bd330633697d4b40867d12d280aa f0853e119dff6fb27389e2972665ae |
| 2019-12-01 02:37:47-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.13584429 | | 4fc9699e4d7d9849a45d6fbe8850a0aaf7 705a6dac634c7bcbdca58f434263f4 |
| 2019-12-02 02:40:28-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.68264142 | | f08fd006793dbcc1ce2b0599dbcb724f25 d494d0031098dedc040a953bb7558c |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2019-12-03 02:35:46-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 5.64574534 | | 4ad7b2f23477af8c69c21839936ff4dae4 32a0adccb8b70dc37a6186753d85cc |
| 2019-12-04 02:47:28-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.32559913 | | ff8c86fd50fd3c7573766bc4fdf5332625 28dadb402608fadf0ca47d2e3e0ce5 |
| 2019-12-05 02:36:53-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.17771132 | | c39b718a1793109d663c79a2b8fd5641d1 9752aff769d2dd550dfb089b8ef2e0 |
| 2019-12-06 02:41:24-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.24541223 | | 7df0d6a2373c7061eadf754b1d3bd0a616 ab228681147cf3522fb2a6ee1284dd |
| 2019-12-07 02:42:53-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 9.34064373 | | d50de14b738b18313bd8fbb097039e5322 96efe6dc4ba56e69a1fd937fa52513 |
| 2019-12-08 02:39:22-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.08191382 | | 96d4e7f5297585795ab4b1f2e08b5b3bda 3df3f7f2620ee1578d058dd5d7651d |
| 2019-12-09 02:38:02-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.13946249 | | 4e7d45ce27822d3d84b3eeb7f8f98e46aa d6fbb4453e3c080981a6baf26312e4 |
| 2019-12-10 02:39:14-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.39658185 | | c2e82d0a9adb65023b66dc1d7fd502077b 73e65be79061de5075f2d70688e4e7 |
| 2019-12-11 02:50:34-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.24810121 | | 2d3cde74d08d226ec0750b3dba0050b81b 14081a021279727dfbfd6aa772fbbf |
| 2019-12-12 02:36:33-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.23050658 | | 4b1dc6e79948eb82f4c99f1594fb28a683 1b1caaf67e5012774199e5d0be39d0 |
| 2019-12-13 02:36:46-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.55654291 | | 5858cc67213c69be701cbe48de7f2e5d8e a39545c35dad5d2ae2eab322740d89 |
| 2019-12-14 02:41:19-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.48974557 | | 407f92bc3745f2578e6deb2de4f15ea562 f4a738f02f8973306ae8fe2e4a821b |
| 2019-12-15 02:34:27-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.48542565 | | 42a8568683e3a25b5ac2804bd7801e8ddd 78908614ca4c27b6a338f043a2d054 |
| 2019-12-16 02:37:41-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.43326941 | | 6b7d1e28f3c035340695a73acd4113cb61 1817edd0d496425037a1fd48e9733a |
| 2019-12-17 12:03:15-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 6.91246622 | | e38562fa26e26b2945bf75766cedb4da15 dc9424c4bc29c782a351d061481d02 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2019-12-18 02:35:30-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 7.04322634 | | d6634dd7c01175c071c85e890342288294 ff5f1803526f9b0d3dec9cdbdccca1 |
| 2019-12-19 02:43:22-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 7.00189195 | | 5f1d4fe49367aea3a72df2fbe93ae19905 ea9fb66c0ac78b16a494552ad062e2 |
| 2019-12-20 02:38:01-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 7.18044186 | | 58238f0e2f3f2696fd3b2028bc0a61b885 32ad5d50654d54c19cf69d0ebe4b85 |
| 2019-12-21 02:40:42-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 7.47025947 | | 07324b5b7a87291d5ff50f8b49cfb45855 17dd2a3a6dbd136d769bb0aa8311dd |
| 2019-12-22 02:35:13-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 7.22877455 | | 637fd73f08108a11e4baa7a64b39aaf8ba f1a90eef819bfb8f2c5ab9f773d035 |
| 2019-12-23 02:36:42-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.21415371 | | 22fcc2d61b6db1ed2c51bcd0bac49d6833 aa35d416c0cecc7c8725a0e928101c |
| 2020-01-08 02:44:01-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.23407659 | | 0c13a9dc5bb85cafaa097bdca0522c3965 40a70f372bae3a274269d0b78ba255 |
| 2020-01-09 02:39:59-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.12037702 | | 806e8183d30f1381daafbe0fc888234ddd c1f4e7da5e74b0b8abb55b30ad78aa |
| 2020-01-10 02:42:51-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.96255266 | | f56ac88a505f5654101c0a9793cf5e5d86 2936df6ea94f532d2cac74e4f471aa |
| 2020-01-11 02:37:49-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.95423008 | | 04808fc987e3cbe12413e3b6885c55a771 0f00754edb36a4278cb08e14a76488 |
| 2020-01-12 02:40:18-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.91926163 | | 1a6d05ff0222e4289d02559d358487b1a6 cabc78af6ee8f18ac106e1a3a58806 |
| 2020-01-13 02:37:59-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.94076092 | | dd85a6736028426d6fcd44fbb055567952 c6d9314ddaf40b8a27a9c99d4e7679 |
| 2020-01-14 02:39:57-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.92122328 | | 6b5770cd553c534290f09256a4fa581ff1 9ea53f008c3a448aba35d146465492 |
| 2020-01-15 02:41:46-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.87434562 | | 5b7b351c8a386aef158b26767d77c15bc3 a1901dd8366bf5c042e5025715f4ff |
| 2020-01-16 02:35:41-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.93535796 | | e433db3a55e1ceda7b4bf733aec27e88cf 48b42bc7723b0b4a744612919e56a1 |

161

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2020-01-17 02:41:50-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.95424391 | | 0cbcc63f178649febff6c8b1ea4c87cb36 e5b158862ab832d12390405d9dec2a |
| 2020-01-18 02:42:36-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.90874385 | | c44995d91cd1dfabd196645efc51d7abc3 60ba58330811f2a6b4bca63e6cfd9a |
| 2020-01-19 02:38:59-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.91616685 | | 831f6ada079225a0a075c721c755201c88 8d60e222a9701cf416c39d723f7924 |
| 2020-01-20 02:40:41-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.93039729 | | ac556a8a14f9524f788a3e174c1000c2c8 202ce96f36817576e83e21c4bc03ff |
| 2020-01-20 23:21:55-05 | XRP | rPVMhWBsfF9iMXYj3aAzJ VkPDTFNSyWdKy | 434188195 | 1.454494 | 0.00001 | 788198B06E125E761D427EB2E2B797E4A1 EE03754C09553C0287E728BC29D87B |
| 2020-01-21 02:40:03-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.00026022 | | 28aa4d48bce7e8a9f346edcbf9ecac256d d160b191823e3a9180828b33c174ca |
| 2020-01-22 02:45:21-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.98922127 | | a3971b60d2c64cc7f2538c61ab1f129b53 c20dcc6fd04d26562cb4a14e5aeb17 |
| 2020-01-23 02:40:37-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.98409617 | | 21acacc50322ef45de20e063c86a2e0d01 144fde29239f72996a4f74fc8dff2a |
| 2020-01-24 02:43:24-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.08916516 | | 913c87af10eae9200e2cf3f61feff41a5a cc09a35e04b30d545615f9ea5be19a |
| 2020-01-25 02:39:10-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.11269889 | | fdc6ae54cc60d550cd340ccb6586f8e354 b47a9fb72d6716a7108aed658cd88a |
| 2020-01-26 02:47:27-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.11327714 | | 8f15bcb93429fb27c916fe2c45a3d14f49 2de9558f04f6beca7f20fb2b5584e9 |
| 2020-01-27 02:40:36-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.07733379 | | 289a4f08e4df7e97a0ca50a488e5f61007 96f52978f6f2c5221c5cc87fe29814 |
| 2020-01-28 02:41:31-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.08633159 | | c119267964b587cbc370ccafc5148da37a 371eb30e544951894e4301f9cc10f0 |
| 2020-01-29 02:47:04-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.47654531 | | 99474cc921e9ff4df5ec83cb9ae7b9f635 7ce507ad9709edee961b5238954675 |
| 2020-08-11 17:47:59-04 | Binancecoin _ERC20 | Converted to BNB | | 0 | | NULL |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2021-01-23 02:29:17-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 0.64642607 | | 111d806366f4cb70a38c04ccf08ee60d1a e2317b1addb88c631524cf6a9c2af5 |
| 2021-01-24 14:35:19-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.38073489 | | e6a0d7487735f41aa108671d72c483ebe1 38db696d144417cde6717f8e4585da |
| 2021-01-25 02:38:27-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.367601 | | 4103ddaed1aab90913b560547891766b9e 34df7406498344a9200d490501837f |
| 2021-01-26 02:35:42-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.31055826 | | 7a753f6a76981760af3ac88809c1dc570a 578a6ff5a5efba9be1c320b7751a54 |
| 2021-01-27 02:31:49-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.81003339 | | 935a18de578d316c49cee97e8772fc2ed8 93fccb364f55fb3cb2d3446b673e00 |
| 2021-01-28 02:34:45-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 2.71524351 | | d2321c719a9f45104206ac9b09030a8f3d 60461d723fedd5ce811812572b4d86 |
| 2021-01-29 02:38:33-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 3.17977157 | | 308dfb514d9193dfa7b9853d8eb06e32ca c9a9da30dcf7b880b6f9aa4e38c94d |
| 2021-01-30 11:12:37-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.67397934 | | 290b011aa86d7c276b7b0c9873ce51da0c c79c54ad3d8a4eab29e06d263ac0f6 |
| 2021-01-31 02:52:10-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 4.46702261 | | 23e949f5d3e98164cab0c76777f489a823 e17b332db4758a9462a843dfb1f747 |
| 2021-02-01 02:33:59-05 | Litecoin | Li74ajBbdDC5Q5Gikx5br RFzyf7RnfZNcD | | 1.84610856 | | f257291d3f24d65831ebf3f29ae7a7f379 86b4a19be1b27d6e65bdd31e9a3fa9 |
| 2021-02-02 02:37:50-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 5.47773208 | | ba0739e160452fddb0bc63643d16741efb 0aa35d1dcd93f43a08c0d67565b355 |
| 2021-02-03 02:33:38-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.32526018 | | 6f23251c19b0800b3e85c1135f6f29c930 9dee91ef9d467b5f1556880bbd2424 |
| 2021-02-04 02:37:13-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.18580349 | | 1fc9bad8d01dc7971bf270194ba3be67ce 9f60974b6a8cc2a37259d43c3f4200 |
| 2021-02-05 02:31:26-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.44382262 | | f3f606d01cd691732308e1366d1fd0842c 7c053967fa43b2af74e904918b79ad |
| 2021-02-06 02:33:53-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.42850342 | | 5a4434241ababc21e3000e7f0b8654dc7c 173e4e104c65d6194452314abb6a1a |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2021-02-07 02:34:21-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.55104652 | | ca4023e3cc5d687a37461b0850476df16e 77185fab13404c22ca543a773c5540 |
| 2021-02-08 02:37:57-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.93161766 | | 3ce85789415b1a24b16c993264db09a9d3 2cf2d9b8f20ef98c23d3b35d134371 |
| 2021-02-09 02:36:56-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 4.1140361 | | 371b1fe5692ec306bf4d07bdb0951798d2 6baf3c39de6be1962954d69204b0fc |
| 2021-02-10 02:33:17-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.76328426 | | 86b28bbce13eacfa44e5f7067d56f00d13 01eb34924764beabd93354c94342fd |
| 2021-02-11 02:32:30-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.48089579 | | 7975016052d5a288267ffda5e19513c3c8 ebeef9e133a1310031d0e6daa13725 |
| 2021-02-12 02:30:52-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.42803684 | | 0d19d95ca5e1b92be65956de9690f00e4d 884a1491969e6a3d55741bd5990199 |
| 2021-02-13 02:37:46-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.7183912 | | c7e8308004dffadb1f814702a153a3dfcf c1e48bb0a73967409da15d9c2b1567 |
| 2021-02-14 02:33:29-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.61892952 | | c70160dc6df10c7dae20835aecc70fb512 3b0c5bfbcf1ed969c4818320801fd5 |
| 2021-02-15 02:38:27-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.57642589 | | 19495ee6873a95ce2d4def7cfecda74d21 4e5fe7bc93c0c58fbc9ea4744a77c5 |
| 2021-02-16 02:37:56-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.52415149 | | 94bf69dcdb2869ab8940f70d92d04b33ab d69e3a8303c7843f972dc22451c2c4 |
| 2021-02-17 02:34:41-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.5922255 | | 70ac5a120576e05a0a884c0c55389624e6 11abaf5f97f3bc338ef8d56490a698 |
| 2021-02-18 02:34:50-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.44819972 | | e75a15ad089f95d103f8f598e419c52b26 3c45a79c81c5a852b3b51f6907fc63 |
| 2021-02-19 02:34:06-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.18496629 | | f0ac02c2e00365e202c939d9aeb16881bf a212fca000bd4d8ea028e4caa3fb81 |
| 2021-02-20 02:37:37-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.11043784 | | ac435d5f80aac8ebaf69a3c01704afcf8f 7e02912f647f3311a8a3a97e0cd332 |
| 2021-02-21 02:48:30-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.0689191 | | 3e13d12d14b93b7e7d2e64f44197ecd886 6fe2a8c3916bb338f547f641ae16b7 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2021-02-22 02:45:13-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.07756913 | | 5eb6bf6983f9689464e6346a2cae83d90d 919066b3f55b6fe19268a53c9dbf4e |
| 2021-02-23 02:36:15-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.10867336 | | 720f9b9fdf871bc88a6c22ee72b5214288 7937c155691e74437c11a457b780ae |
| 2021-02-24 02:36:53-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.14209764 | | dd2160a6459db48e69602edab92f3cbd9a 645382eb032fc31ff16dfc649d6437 |
| 2021-02-25 02:43:06-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.40936671 | | a5347732abe24acca795b78f9e278b24c3 8057a46c041d59f4d9b392bbaa6a8e |
| 2021-02-26 02:35:28-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.34788932 | | a94061de841ed57664b08235c01342cc06 247be59f8dc3a359fd7c952d9e274b |
| 2021-02-27 02:41:33-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 2.86872509 | | 8fd4432c819166dfc72d06808e87aecbe2 0a1a0217e2c60f66827029efcca30f |
| 2021-02-28 02:33:25-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 2.52497564 | | 382c71e6d3539f5a985ee165d41fec90f0 d3d6503cbc3203e90dc87eb77722a2 |
| 2021-03-01 02:39:47-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.03244594 | | 42510dbf17e9226434de7220a0a9199535 4bb5a7426ad2fdcce63619b496acd1 |
| 2021-03-02 02:39:10-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.55701028 | | 850c290acca315a1099f5baa322595d7f7 deaca01ed713135fccf25d63d5e154 |
| 2021-03-03 02:40:28-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.56765263 | | 9954a537e389455ea49488babb4c63773c 24775b53540d81a1cb5b06ce425901 |
| 2021-03-04 02:41:54-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.56647691 | | 6fcdfb7a47d689cddeb009c335218d3f40 3a6c3dab5fc7829c45fd93db192ce0 |
| 2021-03-05 02:40:12-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.46421524 | | b1a29c985e81961f85052e4c02454c5256 eca5bbd53ad685028ce33788ff0e04 |
| 2021-03-06 02:40:44-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.43133007 | | 72a44b2c50817e994bd75e773a1b091b74 18051f15316ca73fe379ef11baf135 |
| 2021-03-07 02:43:08-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.57316532 | | a1048225c780949f5b5db1d794a65b7dad 99b49ad073591d579567ea4e94bbfe |
| 2021-03-08 02:44:27-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.49495127 | | c25d69ae483379f89b0516d95acf6b080d f7d378999d31fb220d7129976085db |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2021-03-09 02:38:06-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.62395012 | | a92346d35b16d719750a025def7417306ff003aaf1f3e2eb46102e532bdcf4f2 |
| 2021-03-10 02:37:34-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.54705331 | | d5b2692f0ea743841eb235a335eb0d47262ea2cfedaad3beeb689c7bc1d014d5 |
| 2021-03-11 02:36:29-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.38103214 | | 9fb9ddece8fde851b5a8ff488b5f98208836c29a13b00464a6fdb2e67061dffc |
| 2021-03-12 03:35:22-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.44591584 | | a300232facf1e5fb1b973cb98d0ce9d8943e0a78dc3e6df08cd456a683d75cac |
| 2021-03-13 02:34:56-05 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.42857613 | | acf2771830db987d7ce43a02d1865daa95d81d78c389c7b8ed29bf678d991086 |
| 2021-03-14 03:22:39-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.30192911 | | 11b087000acac4a5c737dc5b7f599b7a84268480ab6b11ca22345047c632d6ab |
| 2021-03-15 02:42:47-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.18441282 | | f4fc5125b35e8c5d13fec6199cb518386f4a13b83e8e2244901f43fa8ef86b51 |
| 2021-03-16 12:09:06-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.05006978 | | cae13150e7317440633cf4647a1d9eb1cb36b2d5dd3504bfbffab44929ff1f3f |
| 2021-03-17 02:33:35-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.40967334 | | d19f834c7bdd05abf4a56f287caa26e696198584799de8a3a40af34d25e5e094 |
| 2021-03-18 02:36:12-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.32386266 | | 9ead71d1235efec7a74737ffac7c843faaf72130d1c1e8548a802a2976e20230 |
| 2021-03-19 02:34:26-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.26796257 | | dc012ff4102861d69d623c21f319d1d241077fe0a633d9ab1dd817e896f74f70 |
| 2021-03-20 02:35:08-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.45377931 | | 424d28befad7a8b5896c15ca90b59a35615f606a4df98956e452d455abd7b3a7 |
| 2021-03-21 02:40:19-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.64426038 | | c500bc99c3dcb18282315643bd32657932d66d31688f97948cf1d13f6bf5e2d3 |
| 2021-03-22 02:33:03-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.51284358 | | f6b2bc1c3eb018b919783b20e000088120 6459b7d78b7dd4951966541e649c24 |
| 2021-03-23 02:34:59-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB5fh8fA5CUx73d | | 3.7217817 | | 076f28ae26eca8952f8336e4a10704a60ddf80b89142c0cc57048efda9f6a07b |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2021-03-24 02:33:45-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.65220554 | | 729bba90ada7a86b825db9e2a3a1da485a 891f84428f61c84604a9e79c94ba74 |
| 2021-03-25 02:34:04-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.46130651 | | 73a4969778633e51a5b1e48583110dcf0d 3bdc7c025469c7d5e915e61eeead17 |
| 2021-03-26 02:35:40-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.39978184 | | e62615264846ed77e73b0f4ad5161b27ab d64c0d37b01e31b0ac7bbf591f39cb |
| 2021-03-27 02:36:24-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.49180201 | | c358253173b670927cba93ba19876ed5e3 d307886f33a5eeee06d93931790a6a |
| 2021-03-28 02:36:17-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.66020647 | | 0dc97443d84d798847490d9a3d17e45038 e7d2ec1855a0dd3413e6d1071033c5 |
| 2021-03-29 02:40:08-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.74384318 | | b6c19d0d5d0ed25f234ed249581521c87e d03f2e8dcade39d73b402afcfc51db |
| 2021-03-30 02:36:42-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.74220475 | | 23f50e5b8a3953ab999cda973eb9f3d891 66b1ea071df4a950cff2c691e07065 |
| 2021-03-31 02:38:26-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.68223633 | | f2f6932908a66f14247aeb1cb63d1c8a13 1aaf6d5bc26c10effee11771aa643a |
| 2021-04-01 02:33:38-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.6088349 | | 987640a6a6c4294955fce04c0185f2c2e9 82d44ed399fc8f17fd7e52a1a1bca4 |
| 2021-04-02 02:42:14-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.752741 | | 6cb2cdc14c39ba6816f88fc3a026dfb239 78d3c64625958e20cf551bcf79a787 |
| 2021-04-03 02:36:30-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.5863658 | | abb20df75fe24d24a4d6c5991b9dabe01a b7c71f89bb679b1d7601a85d42b19f |
| 2021-04-04 02:35:34-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.56324554 | | 596c38ecd2b91b0d7ec208fed669cf94ff 17f4bd55ad2c9c4e14401ed7c2ead0 |
| 2021-04-05 02:34:20-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.7229854 | | 3c70e20dc756ee2b290239072564f025f3 2be4b92ab25214c8bd54616643e377 |
| 2021-04-06 02:37:07-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.7574673 | | f00470dad3d7bac85cc0571c0cc9f02f58 56586504aabef28643cb1646f56326 |
| 2021-04-07 12:27:01-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.43106263 | | e08f85c61f6ad6ff96d7c9080d956c3d8b 63b5414cca7db3045c2a80ef747604 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2021-04-08 02:37:57-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.25829024 | | 68c002f2727c7ad53e1ef89f2c5b2eee09 98241dbe7b223146f26a0aeeee10ab |
| 2021-04-09 05:19:47-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.26704148 | | ee5b7e0623cd1eaab61b403a759977f6c1 e1b206338032420be72f39cbdaa799 |
| 2021-04-10 02:31:50-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.33391941 | | 9ea7a000a4a6e625ab302ac02771b28fdd 8da6b0374e0af6904b8100e53e3cba |
| 2021-04-11 02:32:25-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.36215213 | | a5379717bba79139c9cbecf851421e54aa 44511e9d04185cb3313c8b9e417b91 |
| 2021-04-12 02:33:09-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.31792748 | | 3d4e4e2707b27e0bd8329423cf4a59dba3 185d440e837c55c5f0d5c66ad22e3f |
| 2021-04-13 02:34:39-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.35918347 | | d37c561e2c54b41153ba56caaaee9463df 976142cd9b2c2641303be69781b856 |
| 2021-04-14 02:38:32-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.34132406 | | f2df6e09e516e7a02aada6b28b88a63422 2990edb3bfe1845626e1a723fb861b |
| 2021-04-15 04:21:28-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 4.00567254 | | 7a2a70797d57c84b432c9174e4b953e9a8 4ad9fd6b2b0af5a312d564e696c10c |
| 2021-04-16 02:33:57-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 4.28038267 | | d0786b83e982a55c2213335ae97f0b3397 4d08b97ac7fd50761133032205137d |
| 2021-04-17 05:21:02-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 5.78767729 | | 37ffc77da0d139d526a849f7e8d560b9dc 8a603a0af471bcdb104c8bfe23d14e |
| 2021-04-18 02:36:19-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 5.37937127 | | 087979f7a2be0854dfc13dd9d2aedb44bc 06441bc1e1518b80ca99b80c22b759 |
| 2021-04-19 02:50:13-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 6.03024166 | | 8f32299da00cbaa342d28e883cdcd2d105 b067546d5ecf1fa8cf1d3532666b04 |
| 2021-04-20 04:21:37-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 7.24490279 | | c5a656e16714a21ba0eb30dea94e82b105 1cb7b28835b952cd57896a66a80c9e |
| 2021-04-21 02:41:17-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 7.14995056 | | 26b322eceb0a756243b1e5e25bfc2a3a19 40ba937ec28935394531e2b57a2e79 |
| 2021-04-22 02:42:14-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 6.29905843 | | 0dac998b91996c518eab73185af4d5bb19 a8a46f4445561512fb038f447477e7 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2021-04-23 02:44:27-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 5.71006032 | | eeb09b1a5ac28dd0bc861ce2b39409b58f eede9894611a45dcc03b6a73059463 |
| 2021-04-24 02:39:38-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 5.57127371 | | faffcff954d92411cc478cdea4c2c8d28e 0b86cfb2aedd4e1bf768d98b206902 |
| 2021-04-25 02:41:00-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 5.94193572 | | 00bf68c01bd7645b6dc10e6f4ec8cafcaa ed62531fe964ce52e242031015faf2 |
| 2021-04-26 02:43:24-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 5.96449876 | | 165067686788cbc613c4daaf2fa126086e 83d9423e57620f1dcdb8825ca0d8a6 |
| 2021-04-27 02:40:54-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 5.3722085 | | 9b0225dbf1b14e81f4de6ca178515331c7 f60e896413f82754e7b569d8757ff2 |
| 2021-04-28 02:39:58-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 5.05660172 | | a0c1c50188f0a1b6af6a5cc88fdb84ee79 964ffe3886d3a94fd27171499e50cc |
| 2021-04-29 02:37:11-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.26837259 | | a8178d2568af4e625b1437f241c87bca1e e71a5885cf2ef671014216229e9578 |
| 2021-04-30 02:38:57-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 2.82426732 | | 2d1f0454f7957f21f8d5fea651e29953e8 61a24c93cae09300c7d6b66ce9cf8a |
| 2021-05-01 02:39:55-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 2.67673131 | | bda23f265da7c7013e1d817f7d2c20766b d0b7996b2b33cd865169140dcb4189 |
| 2021-05-02 02:39:08-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 2.73180465 | | 5cf5c2c6c2520fd8f4815ee023e7fe1987 35a5970cc8f1a49d936fdfd97765e9 |
| 2021-05-03 02:42:40-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 3.0896215 | | d3b6fdabdd8c66deb1d3285b7f36f7d617 7c70f11a5287e6021ccd6e75c9adc8 |
| 2021-05-04 02:38:32-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 1568.02643032 | | 0b8c8424bc976f9d46cde968c58c78fa5f d5c280489071e5ffecdd7191f6726f |
| 2021-05-04 02:39:27-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 0.75894886 | | b54a93d718acde25572190a51824793fea f1764a773d3fe92650c20cc4f30f68 |
| 2021-05-05 02:39:36-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 1860.86168476 | | 9438982e2ba0878437c4855bc2a9eada39 7c9acc6831f6edcee5e80e2d3f7227 |
| 2021-05-05 02:40:27-04 | Litecoin | LReGhUqsCZ2D8S8sEBhGB 5fh8fA5CUx73d | | 0.00651837 | | 60277cd95cce6f4cce25a741cf02f92bbc e427afc94863ea005f5f0614ea9c2c |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2021-05-06 02:37:55-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 1823.39814142 | | 9789497793b1794c71624d4668e5ad1221 d4d1f60b31fd09fc04bd5f2706ad17 |
| 2021-05-07 02:38:12-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 1889.91917878 | | 20526068299b85b7c7fd1aa7c9ab721614 d6acd3c047a5d5a4a1568bf065b701 |
| 2021-05-08 02:38:12-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 1814.67297504 | | 8017339ba3c1a054d1baafdb4f17c1c38a b3ebe5de0481a2712b46717efc22c9 |
| 2021-05-09 02:42:49-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 1711.91684597 | | c2d3de78b0c1f90077902ae860a4f34f6b 65bb2bfc4c960d6f3b21f9da40f4c8 |
| 2021-05-10 02:37:11-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 902.98854732 | | 46dde89c1f297084a57b4fe290c7c372c2 4a37bf5584ac9e75f1e3d0ee0b4c9b |
| 2021-05-20 11:13:14-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 41.31291806 | | f1dffa669ebfcbf2210eb1dbb88450b388 cd1b8fd9152b955c669c2cd693a7f8 |
| 2021-05-21 02:37:28-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 59.18012165 | | e6a2da695f72c74abad7b726b223bd5859 c6e51b6badcb3c6c4fff70cef5451e |
| 2021-05-22 12:11:21-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 62.92795589 | | 129c4acd9f9fba7759682449ccafc1db89 af0632438ac6c9d9fcd1ee7a74960c |
| 2021-05-23 02:41:34-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 66.63097924 | | b6dbf23c847c7fff1758c652c23e842405 8d95e1dd3cc12c995b42093c6a26fe |
| 2021-05-24 03:32:30-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 63.09036551 | | 3357d133e291bc0f9451eac988374b828a 6e9f73d19ee9e2ec98aa6eda09b8cb |
| 2021-05-25 07:25:01-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 63.1867903 | | 92dc30a96c0183be07ee8b109854243764 8bd8a3805c8640a0d878f69a258e75 |
| 2021-05-26 02:40:08-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 62.74699919 | | 9a37da9ee0122a9466d09c3f621adbdb41 fcadf03543df3672974be52b816885 |
| 2021-05-27 02:39:59-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 65.20086294 | | 00140a00b6fc1c416c6e836229a2c13e29 37348e711d62ad14af972ec2ea978e |
| 2021-05-28 02:40:25-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 65.15678936 | | 8019a2b4f9b17bcfbcc81cb1269527f677 eb9687fa30cebe8284ae3294ff72f3 |
| 2021-05-29 02:40:33-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 63.63330253 | | 53237cae1826b6d66c79bbe49b5abfe558 164bb80cb841e57ab6d205d117e1dc |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2021-05-30 02:39:37-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 58.8506131 | | d7b10889831d2abbe8f17f4dcd0a30248764e19a6c2e0720c697cdb5a0da97c4 |
| 2021-05-31 02:41:13-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 59.18622624 | | fee7d576411c1c77d70b44b3542af96b29dec7b2c9a43fc111d42a118809b526 |
| 2021-06-01 09:24:04-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 57.58188457 | | d9b8cd7899cf5acd6aa5a4f8c863ea6deeb0d2e25feebbc639e78ecc10ef2317 |
| 2021-06-02 02:41:25-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 39.85152578 | | 73915101bf3207e3eaacd59fe449d7ffa44a1cda2359224c91b2e0bced05ca48 |
| 2021-06-03 14:14:52-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 58.34239365 | | a3b06aa5c893afc9c5656b7abf030143f07f27c4c7095a6d3583d51771596ad8 |
| 2021-06-04 02:34:34-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 57.18659054 | | 37f8bbb5aba338c90d4ebe382092b3f084cfc32a89be7f89a7e9322478309ab5 |
| 2021-06-05 02:39:23-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 59.99427763 | | 4867cd75f19ed7199df5fdf5a417e86f1ce702f7f7025f437fcbb88e8742213f |
| 2021-06-06 02:37:57-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 57.98286535 | | a247e1f9df0c101b3a572aa418e8c3a7f1a30672bf372a2d679d9dd82227d6e0 |
| 2021-06-07 02:38:17-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 57.86526525 | | da59464706b76041f2b17f852023eb6b94edc68a9e46fdc85a797c9badc171ec |
| 2021-06-08 02:37:46-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 60.41059311 | | fef3415da4e569fa3829b9f801c3dbd69e2c038b4fa43e425a232fa1221b34e7 |
| 2021-06-09 02:34:04-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 108.39797409 | | 2a33755ca9d7f167903a6db7801b3b830a8324dd0d0a484a277848d29cfb987 |
| 2021-06-10 02:36:38-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 136.28570124 | | 347530fec9c6961158242f0f8538937712 8ecbd7ea431222bc7390c68322d0af |
| 2021-06-11 02:36:32-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 133.82252263 | | a73f88e81c0a9594f9191dee32e5226c603203097c988d82958714e3c03dc8fc |
| 2021-06-12 02:34:30-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 115.9556184 | | f13fefed44ebc28d5a34942cfacf4410bda5f8599688b5c365b4c4f8832cf41e |
| 2021-06-13 02:34:21-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 112.04461679 | | 29e7d42dfc9be31075ac621c2b741df41a8692cc8598918cbae40da2986c6d9b |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2021-06-14 02:35:36-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 133.65413622 | | 0485d0eccb61ac89fd1888aeb6270c275c cfcc2dfa5ce0f4b41fa04d1891a2ff |
| 2021-06-15 02:37:42-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 136.5842226 | | cb4807db9da7babec04c8abe9cdf479508 7f904ac14509bdf32b6d974abf44db |
| 2021-06-16 02:34:21-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 128.96591277 | | a6371f0fc08d03586c762101ce93792dea 14cf9ed759de6a540aef7644cb25e2 |
| 2021-06-17 02:32:44-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 126.19628058 | | 82d7cc962eb0d1a159411b947fa3231fe4 552f885eb03705a63005b32411fbae |
| 2021-06-18 02:34:13-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 196.07253249 | | 4218904ca88aea4d6a7b45ba60059365e5 a8e994416cefbdf2634455b0643383 |
| 2021-06-19 02:33:49-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 226.05458628 | | 192f38436936b984a425e1053d01aaf8f7 052cd094c25e26f2a054e79581dcb3 |
| 2021-06-20 02:34:01-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 317.91244301 | | f6464aab2d181c87288b3ba7fd707b932a a8051375a320b186cd9543a2e63422 |
| 2021-06-21 02:34:08-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 295.56787447 | | 1d1c9650fbcf756b50e1abc4ce25729e7a 5859f6227dacacb13b951dbfb93157 |
| 2021-06-22 02:35:49-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 334.52734759 | | f52903091809fefb30c5bb3317621da741 4a7315616c4454efe0b4b508a981cb |
| 2021-06-23 02:35:20-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 350.69857926 | | 602b7fb77c9c26a1da2911cdc791c231f7 6fac544b8e45bd5ec42134c5474827 |
| 2021-06-24 02:35:13-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 371.6168269 | | 7503d434a4cbbf0a9f129ed40d80452c34 23bb459990fc6ab037f1da7a3825fe |
| 2021-06-25 02:37:31-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 367.41005597 | | 0a275cf917fc306c5debc90e8d67514af1 ab61e6dbbac803084275dd1687a257 |
| 2021-06-26 02:35:20-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 377.00082146 | | 26e7b0f2d9870c4adc9b40d34f010160e9 63f74648f4aae9e9495b1d12960722 |
| 2021-06-27 02:38:25-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 384.78328417 | | 5041a7e458dc84d2d0c492dd31ad69d4af 9ae62bf77b96d38c4ef92d76cc955b |
| 2021-06-28 02:43:06-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 416.34330193 | | d563bf95e4abca4dd3d28e80301931ebb7 1d0ec36e2ec908c1aef82d122d1d1b |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2021-06-29 02:42:19-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 428.33210927 | | 9f6570ca29dcfa596752a8df932d0909dfba46fb4e85fc5a2ff8cc579e6b6a4a |
| 2021-06-30 02:39:33-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 446.79848559 | | d5e8b274cfbec3b8160a9c4aa67a1c19deb5b1a1cb0e730a31b360ec9ca9b665 |
| 2021-07-01 02:35:06-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 406.32563926 | | 7d17744d6031814fc8e5904c47c1ff5704d16866879c5c45687222081ef50093 |
| 2021-07-02 02:39:06-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 433.68833243 | | ff22be212058b6c732baecd68e456cc113672ad68e48aed926919bc454a11092 |
| 2021-07-03 02:37:43-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 431.49390783 | | 02504ba434690d98655b0cd82380059930c6784550844e7538ebe3783ca1693d |
| 2021-07-04 02:35:40-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 417.13114799 | | 559d23f9762cb553a30af0fbc9697743ca4c8d22ee3ea8679a69ad3ded3c6ba6 |
| 2021-07-05 02:35:13-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 404.77444179 | | a8dc8ea404c2e56c5adc3a0df706e919c02e51161a2e9c7012c051c9a76beb14 |
| 2021-07-06 02:36:14-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 374.95783503 | | 065e780299d16a9581e4daf8a92c8e5dbee5ce51fa21405bda255b249fc956ee |
| 2021-07-07 02:40:16-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 410.15929274 | | 9c4476d74639df72515ee59db81509e87f92a238c633057d4d9fc1a9873f46bb |
| 2021-07-08 02:34:54-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 409.246814 | | c4f7003ee9132b826fc1d524a8cabb1bd9d2f398498cc56ab875074816e3d7a2 |
| 2021-07-09 02:35:02-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 330.61258668 | | 14ced974ec76ec163c82655bfe56f12ee0fc47b0d8d3273f6fd1bbd101f44ed5 |
| 2021-07-10 02:40:09-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 425.45978762 | | b2e44273ee914450f44e912b5d95492c27c683230c5d41a4295aade67f55a1da |
| 2021-07-11 02:33:16-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 437.53498333 | | a1d41168a48402c5617a00cba74faf4ea7362bbc3fde74c361efc581b66b9645 |
| 2021-07-12 02:34:47-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 428.85442299 | | 30ddcef97de309ef670fb40fc8fa683094099c9426bd0b5fa40c6237993fb713 |
| 2021-07-13 02:34:32-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 412.84491394 | | 0d0c802395b120860308373e98ba5dee4af52995ef7aa54deb1cefc3fe1d9c3f |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2021-07-14 02:38:15-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 353.67531889 | | 76fe5aa45d7f671df2abac403d5d8457b14a9fce65e75eeb54a002b28580ed2e |
| 2021-07-15 02:38:53-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 375.32579121 | | b2d92b996a42b2da5537b65ad4b9497201c70a5059d8e0a407741357987deb25 |
| 2021-07-16 02:34:52-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 338.6210946 | | 79d329be8bdb48a7b4f407a813860db925b6b2a1920d04ffc9defe36e2600900 |
| 2021-07-17 02:35:30-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 304.80044397 | | 837cfa4f0dd64ddc5f3883beb4a06b54ca110ff737b00e97fe31adc0c1898308 |
| 2021-07-18 02:39:46-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 286.36443251 | | 7ed7f74112fead63f8f439c42ee5f4f7cee38a175374e54b6c4985fc50bfe8ee |
| 2021-07-19 02:33:56-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 441.20475055 | | b7cdfbab1fc609b405e7fc2f8313145766b328794eadff97467bedfaab877f99 |
| 2021-07-20 02:35:14-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 363.98862676 | | 68ceb9b4968429e0d8482a364c72c12bbab19a6fe89ad03a789bfccb8928ee70 |
| 2021-07-21 02:36:12-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 339.55970748 | | ff485d2c40eb8664d2165ae2be9f9b6002b4ba375b596b72e05040039c93805b |
| 2021-07-22 02:34:28-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 349.68449026 | | da1135fb55067a0aa2a2d1b06ba2c0c411d80718196212d93617d2c7bd1d0ec3 |
| 2021-07-23 02:34:57-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 298.81170442 | | f18258b247a2240aefc2a9bd9486b4e78bc7f261e00a91fc9233491a72b924cc |
| 2021-07-24 02:34:33-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 307.7878816 | | 12aa4ae6d4784a555f4f185134858ce81bac1cc2a331012e9354119aa26f838e |
| 2021-07-25 02:33:45-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 268.46094466 | | 0ed4a076d13f6cd9f76587844f683cda40080e18e5f7ee1b4f22ce80431297be |
| 2021-07-26 02:32:56-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 222.22567509 | | 32eff9d91efe1d62499d7b2aed83ea3a3deb9b28d7ed7bc889bd557e2bbc593d |
| 2021-07-27 02:36:45-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 269.6927486 | | b9e01424efa2c84b896e02d1a5a24be08f8061db7019135ebe06be5592e8cef9 |
| 2021-07-28 02:34:12-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 370.47121709 | | a716c2fa6e24dc9ab252e66875c00acf2a65151e70851a7ad29b811142fa40b1 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2021-07-29 02:34:31-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 326.59474095 | | 171db47c4d4adc7a71e322a7d71ca10cba 780287631b7d3c2e152f9680bb4a39 |
| 2021-07-30 02:36:15-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 411.56452067 | | ae91422e06214d719ecd9d1a6e19ad3a64 8a9bed4892f33dc8c415a6c1cb7004 |
| 2021-07-31 02:34:27-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 288.32707395 | | 96e25461269b551fc40d09b034f32844f6 c5d3220a0fc5a2489b458da4e39a1d |
| 2021-08-01 02:36:22-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 441.449093 | | 628d2a4713634d8758304f79be6a2c0201 50529ce2051cde142d6a3250d8fba8 |
| 2021-08-02 02:34:40-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 440.6366393 | | b8c5973b73bac41dab2b4cc4c197dceaec c9aaf92a8175071ac9c9c1bba02909 |
| 2021-08-03 02:33:48-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 448.34037557 | | 6f0603df0fecc83f1bad607bad6202fa38 12e58d381bf29fec62f35645acf36c |
| 2021-08-04 02:51:49-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 428.35528152 | | 1980e6761ef7942c0508dd62b0b515ff27 b28a45d60319f0c3d460f622393869 |
| 2021-08-05 02:33:49-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 327.18334984 | | 9e17f05fa6739a2b1215847dd80bb6b1a8 f8ab5886f34541aef11fb9b327f780 |
| 2021-08-06 02:34:57-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 355.66115408 | | 2f8d77c45fe97e6330b5e35760a818e155 ea672df5bb7d7feb26aa73463c0fc0 |
| 2021-08-07 02:36:56-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 392.91496758 | | bee1fa5dca55fff28d264d983aea229f22 7be58d1f892dced722d6cac28bac95 |
| 2021-08-08 02:35:26-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 289.06859143 | | 747fea20f3a51e7820d7d60912c8730b51 35b55f8894f0cac73d30dfdb6f6347 |
| 2021-08-09 02:35:07-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 262.0301702 | | 7a15d65537956953fe490f8ab641cf0f20 b386ae12dc10cd895e71d1f3761102 |
| 2021-08-10 02:35:58-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 259.04299547 | | 48dfd42a996e52bf8a7c43655378b1a34c 1642e050e0a371ad6ef4bc044894d5 |
| 2021-08-11 02:41:30-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 255.70933487 | | e3f7e2619e717d0ee51d7f41c09ab8370c ba8d65f340376c370acf599cd4d1a4 |
| 2021-08-12 02:38:56-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcU xRy281oMXGHPt | | 254.5124306 | | 7194f58f0e049abb4bd7504fd68a143738 7b3c451092a9355ba5508537455a97 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2021-08-13 02:42:56-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 395.19796351 | | 4faccb418cab450f0bbe48c3039f8422d360937fdce8167ae8ec388603c8dee4 |
| 2021-08-14 02:35:42-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 405.88873255 | | a662b6af2c8f8456a93d9a3664af5c08955b852e9db2be9c958da7d422e4d2c8 |
| 2021-08-15 02:41:20-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 418.09716656 | | 8668d56bd2f7dc7b8ca66e15dced233f0284ee058ba1dd44e08e60ccb79acfe9 |
| 2021-08-16 02:41:15-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 395.9718878 | | 289a19fc6e53cd089f3ef05016bc7f1d4edc1b07716bee3324269cac6de93b1f |
| 2021-08-17 02:37:31-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 393.51314663 | | c4c7b0f24eca50d94f858101be8391bc4b974194708af2f704422fe082602e9d |
| 2021-08-18 02:36:53-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 391.49100669 | | 7fcd1653824571ebc66fc918f490196c733bc3556b1610ff10b1b86d3633ddef |
| 2021-08-19 02:37:05-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 407.62400409 | | 6c0909c6e299602dcf8130aed6ac509eb6baef980d1d3c035983e57415c71034 |
| 2021-08-20 02:39:10-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 464.03469235 | | a0c5ee58b7e871b025947d18465b8d06bfd9512c17470087de9804a26f548097 |
| 2021-08-21 07:19:05-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 536.52364655 | | f1c826489b8341e171bf336624e9b0d3337b046f0f84994b71a349adff56cc4c |
| 2021-08-22 06:18:52-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 515.39500239 | | adefd7b1c469f2bc7735040d8d55898332 1db65b3b384fbfd2f255c6c6bbb095 |
| 2021-08-23 03:20:15-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 544.82434533 | | 3e816b5151c57d75641c55eb58512d34f704c6815a0513d1b6609d29b51b5ca5 |
| 2021-08-24 02:37:18-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 538.52037195 | | 393f83ba7f775329f77b25fcedd8bcdab28c2137ae5c34ac47b2f0a454f65a49 |
| 2021-08-25 02:37:53-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 524.4288615 | | 1c0d7c405bfc850fb48d8c2975ea62a336a84fa485b5f7d5181a05c6ed71432d |
| 2021-08-26 02:39:48-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 552.13117449 | | 0940de865e824119cde9cf60e221233928 5d0a5f90bf201edca595af2096a79d |
| 2021-08-27 02:38:59-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 538.49565247 | | 9eea0e847f6fccd34f2140dfff6a14d1d0b8b7dc7783af23b3ba07a48bebb664 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|---|---|---|---|---|---|---|
| 2021-08-28 02:39:33-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 550.72759457 | | 4ea02215629a69deb8831f54cfef2dc0dc115da31fae806a9062d6e8ee059239 |
| 2021-08-29 02:36:48-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 421.01937403 | | 1921ce25247fb9751f5a117fb394047a6abd94d32985fa927de297d69629b342 |
| 2021-08-30 02:37:34-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 386.99657879 | | c7a1823d5114a273667282c5958343af1d83552d12ba32bde843724f77c4f4f8 |
| 2021-08-31 02:37:34-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 422.32990873 | | 1f6ba4b982619aec20c90c64c48439e5941a75e2142fcc56375266b6eaa9e29d |
| 2021-09-01 02:35:52-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 435.092733 | | 9eb330ad1665aeb1d7ec4fd785de9445c949c599bc3a342d553c2c90223330c2 |
| 2021-09-02 02:40:25-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 462.65961391 | | 2511db7f7985128296b6fb24f900cb7ff6b5d67b54297d40218b0048ba12633e |
| 2021-09-03 02:37:08-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 392.88814959 | | a03e312116b900b7d5adc454ec3e46b265f6ec5ea80306c65379c406b22e4bcc |
| 2021-09-04 02:45:47-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 527.20523277 | | 20909f8c1c87907e1790c9527535eb2cebd6bb66f0856eb6e2b10b365f387a5f |
| 2021-09-05 02:40:45-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 518.24504639 | | c4a8992c23efa98f7ccc3b439d470e8be1ee48068860a343abb3a50406bbba0a |
| 2021-09-06 02:40:29-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 480.37434165 | | 27f48992beaa0ae4bb9b5cc6e058c7e962aa7392e7f88c45f12f522ab278e8a7 |
| 2021-09-07 02:38:49-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 516.99166956 | | 1ce06b2da311538532d1f502070d3c9abda308dd44de2b6235311cdc30e3af6b |
| 2021-09-08 02:38:59-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 453.10027646 | | 8570292c88e2297ddd475150f7e643685e7078b7b24419692b04de75d9b642a8 |
| 2021-09-09 02:39:31-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 374.58316939 | | 24ebe14efe4b072a531bd192f63c7fa21e14fc013b18bf114a5c14f5093d74dc |
| 2021-09-10 02:38:54-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 414.01236973 | | 4045ecc810ff26cd259e2b6eaaf5d39685fc5a8263ff415200885c8fd583e81a |
| 2021-09-11 02:36:53-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy281oMXGHPt | | 404.21233926 | | 2da1c15afb114dbf351de6fd64291ee1872d32effba8d6b497c990e28d3baa68 |

| Date | Currency | Address | Destination Tag | Amount | Transaction Fee | Transaction Hash |
|------|----------|---------|-----------------|--------|-----------------|------------------|
| 2021-09-12 02:37:56-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy28loMXGHPt | | 407.30112196 | | cc7dca62a0bdf9525c6d5e5ca66a42cea28e1d9d1a04f683ed27104e51b68e37 |
| 2021-09-13 02:38:24-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy28loMXGHPt | | 405.67850168 | | eae4286a2dbfa2a28b73f4df2028c7cc52d7ab4103a309ffaf6a94a8badf8830 |
| 2021-09-14 02:38:32-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy28loMXGHPt | | 174.18098543 | | 7810ca88e9057599b9ea66e3a731f90f7f321f9472bfeddc76aabee1fe6ffb19 |
| 2021-09-15 02:36:51-04 | Dogecoin | DCnD9wXrHYNmXJJtjpKcUxRy28loMXGHPt | | 39.6340575 | | e89878a8ed480e31242212e26005690313ffeedc276f9d7a70f011bcb59f0260 |
| 2024-10-19 08:20:18-04 | LitecoinCash | Expired balance due to dust or lack of legal information | | 0.00000003 | | |
| 2024-10-19 08:20:18-04 | Dogecoin | Expired balance due to dust or lack of legal information | | 551.17933793 | | |
| 2024-10-19 08:20:18-04 | Litecoin | Expired balance due to dust or lack of legal information | | 0.00579846 | | |
| 2024-10-19 08:20:18-04 | XRP | Expired balance due to dust or lack of legal information | | 0.46480748 | | |
| 2025-01-01 00:00:00-05 | Binancecoin_ERC20 | Expired balance due to dust or lack of legal information | | 0 | | |

# Exhibit R





🔒 https://x.com/michaelmoro/status/1537822426536546306

← Post                                    Reply  ⇌

**Michael Moro** ✓                        ⊘  ⋯
@michaelmoro

3/Genesis can confirm that we carefully and thoughtfully mitigated our losses with a large counterparty who failed to meet a margin call to us earlier this week. No client funds are impacted. We sold and/or hedged all of the liquid collateral on hand to minimize any downside.

11:40 AM · Jun 17, 2022

💬 8          ⇄ 106          ♡ 479          🔖 14          ⬆️

🔒 https://x.com/michaelmoro/status/1537822427790680066

← Post                                    Reply  ⇌

**Michael Moro** ✓                        ⊘  ⋯
@michaelmoro

4/We will actively pursue recovery on any potential residual loss through all means available, however our potential loss is finite and can be netted against our own balance sheet as an organization. We have shed the risk and moved on.

11:40 AM · Jun 17, 2022

💬 8          ⇄ 30          ♡ 384          🔖 7          ⬆️



← ⟳   🔒 https://x.com/michaelmoro/status/1537822429036351491

← **Post**                                    Reply  ⇄

**Michael Moro** ✓                                    Ø  ⋯
@michaelmoro

5/We continue to operate 24/7 and have met every client request. We are extremely confident in our ability to service lenders, borrowers and traders within our service level agreements.

11:40 AM · Jun 17, 2022

💬 5          ⇄ 6          ♡ 233          🔖          ⬆

← ⟳   🔒 https://x.com/michaelmoro/status/1537822430227484672

← **Post**                                    Reply  ⇄

**Michael Moro** ✓                                    Ø  ⋯
@michaelmoro

6/In times of broad market fragility, we want our clients to know that we are here supporting them as a leader in the crypto capital markets. Genesis will be around for the long term and we are committed to driving this industry forward.

11:40 AM · Jun 17, 2022

💬 2          ⇄ 8          ♡ 249          🔖          ⬆

← ⟳   🔒 https://x.com/michaelmoro/status/1537822431469088770

← **Post**                                    Reply  ⇄

**Michael Moro** ✓                                    Ø  ⋯
@michaelmoro

7/There is a lot to reflect on collectively and we encourage our peers to pioneer the road ahead with us, side by side. Our lines are always open.

11:40 AM · Jun 17, 2022

💬 12          ⇄ 5          ♡ 289          🔖 1          ⬆

3





← C  🔒 https://x.com/michaelmoro/status/1562533183689596928

← **Post**

**Michael Moro** ✓
@michaelmoro

3/As for me, I am going to take some time off here and spend time with my family, and then we'll see what I might want to get into next.

I'll see you around!

4:11 PM · Aug 24, 2022

💬 8    🔁 2    ♡ 73    🔖 1    ⬆

← → C  🔒 https://x.com/FalcoVinnie/status/1948903186783502520

← **Post**

**Vinnie Falco** 🍊 ✓
@FalcoVinnie

Today, I voluntarily withdrew my complaint against Digital Currency Group, Barry Silbert, and Michael Moro. My claims are strong and I am confident I would prevail, but because the Genesis Bankruptcy Litigation Oversight Committee has now brought an action on behalf of all Genesis bankruptcy crypto-creditors seeking in-kind recovery, I want to defer to that action, at least for now. I appreciate the goal of the LOC to achieve justice and maximize full in-kind recovery, which has been my desire all along, and have confidence in the LOC and its counsel in seeking that goal.

8:28 PM · Jul 25, 2025 · **429** Views

💬 2    🔁    ♡ 8    🔖    ⬆

5



The reason people aren't putting them into Chapter 11 is because it's expensive, not for any other reason. I would put them into Chapter 11 tomorrow if I could. But I lost 7 million dollars to them and BlockFi, and I can't afford to do it anymore.

10:16 PM · Dec 30, 2022 · **113** Views

I've given up with Genesis for now. I was going to send them into involuntary bankruptcy, but today I just heard there is a class action against them. I'm $270,000 in debt, and it looks like other people are willing to pay lawyers to help me out.

9:43 AM · Jan 1, 2023 · **224** Views



https://x.com/SteveSokolowsk2/status/1609561481703743488

← **Post**

**Steve Sokolowski** ✓
@SteveSokolowsk2

Note, however, that the lawsuits currently out there are not alleging everything that has gone on with Genesis – there is still more wrongdoing currently unreleased.  At this point, I'm undecided whether to borrow more money to sue them over the fraud or not.

9:45 AM · Jan 1, 2023 · **82** Views

https://x.com/SteveSokolowsk2/status/1609561877738323968

← **Post**

**Steve Sokolowski** ✓
@SteveSokolowsk2

The civil law system in the United States is useless; it's too expensive for anyone but the rich.  I'm owed $7 million by these companies, and therefore, I am no longer rich.

9:47 AM · Jan 1, 2023 · **124** Views



← https://x.com/SteveSokolowsk2/status/1613167373346902017

← **Post**

**Steve Sokolowski** ✔
@SteveSokolowsk2

No. I was not offered any deal. Genesis isn't responding to people like me who are unable to afford lawyers due to their actions.

There are 3 creditor groups – Prosauker (60), Kirkland and Ellis (unknown number), Gemini (1), out of 300 total creditors. Half are unrepresented.

8:34 AM · Jan 11, 2023 · **265** Views

← https://x.com/SteveSokolowsk2/status/1613597454057734151

← **Post**

**Steve Sokolowski** ✔
@SteveSokolowsk2

I'm not waiting to find out. If you want to buy our claim, contact me. I'll sign today for 50%.

1:03 PM · Jan 12, 2023 · **204** Views

8



https://x.com/SteveSokolowsk2/status/1614324670106595328

← **Post**

**Steve Sokolowski** ✓
@SteveSokolowsk2

That might, unfortunately, be true. They know that people like me can't afford to push them into bankruptcy, even though that would increase the value of my claim from the 23% it is currently valued at. Someone needs to move this along and force them into Chapter 11, please.

1:12 PM · Jan 14, 2023 · **129** Views

https://x.com/SteveSokolowsk2/status/1615342581923336198

← **Post**

**Steve Sokolowski** ✓
@SteveSokolowsk2

Genesis's chief lawyer called to warn me about my truthful tweets about their employees.

Calls like that are how the money of the Genesis estate is being spent, as 340,000 victims continue to suffer from @BarrySilbert's unwillingness to do the right thing and pay.

8:37 AM · Jan 17, 2023 · **11.2K** Views

💬 6          ⇄ 4          ♡ 40          🔖 1



← Post

**Steve Sokolowski** ✓
@SteveSokolowsk2

"Reprehensible" is now an insufficient term to describe Silbert's conduct.

I talked about the mother raising kids with autism, who then developed cancer after she was laid off from PROHASHING due to the Genesis fraud.

How can someone live with themselves after doing that?

Last edited 9:22 AM · Dec 7, 2025 · **94** Views



# Exhibit S

## [UST-9544] no bonus doge coin was given since long time
Created: 28/May/21  Updated: 04/Jun/21  Resolved: 04/Jun/21

| Status: | Resolved |
|---|---|
| Project: | User Support Tickets |
| Component/s: | None |
| Affects Version/s: | None |
| Fix Version/s: | None |

| | | | |
|---|---|---|---|
| Type: | Support | Priority: | Medium |
| Reporter: | Quasar | Assignee: | Steve Sokolowski |
| Resolution: | Declined | | |
| Labels: | None | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original Estimate: | Not Specified | | |

| Prohashing Username: | Quasar |
|---|---|
| Coin: | Litecoin |
| Payout Date: | 01/Mar/21 |

### Description

Hello,
We have been mining LTC with you guys since quite long time.
We have not entered the doge coin address there for it is sad to say we didnt received any dogecoin bonus at since the period we were mining LTC.

Is it possible to get the deposit now in to our account ?

Thanks.

### Comments

Comment by Steve Sokolowski [ 28/May/21 ]

Hi Quasar,

Thanks for contacting us.

There are two fields in the ticket - "password arguments" and "connected port" - which it doesn't seem like you filled out.  Those fields are important to help me get to the bottom of what could be going on.

Could you respond with the password arguments your miners are using and the port to which they are connected?

Thanks,

-Steve Sokolowski

Comment by Steve Sokolowski [ 04/Jun/21 ]

Hi Quasar,

Since we haven't heard from you in a while, I'm going to close this ticket.

In the last reply, we requested some additional information, which we need to perform research into the issue.  Once you've had a chance to locate the information, feel free to create a new ticket and we'll be glad to continue the investigation.

Thanks,

-Steve Sokolowski

Generated at Mon Jun 23 00:34:37 EDT 2025 by Christopher Sokolowski using Jira 8.20.0#820000-sha1:12d32736019f23930cfd2092dd230e869932e04a.

# Exhibit T

# Jefferies

# Beneficial Owner Certification Form

To help the government fight financial crime, U.S. federal regulation requires certain financial institutions to obtain, verify and record information about the beneficial owners of legal entity customers, as defined by 31 CFR 1010.230. Unless an exemption applies, this form requires you to provide the name, address, date of birth and Social Security number (or passport number or other similar information, in the case of foreign persons) for each individual that owns, directly or indirectly, 25 percent or more of the equity interests of the legal entity (i.e., the beneficial owners) and one individual with significant responsibility for managing the legal entity (i.e., the control person). We may be required to disclose this information pursuant to applicable laws, rules or regulations, but it will otherwise be retained in confidence according to our Privacy Policy. If you would like a copy of our Privacy Policy, please visit our website at www.jefferies.com.

**\*Please note that we will not be able to open any new accounts or subsequently process/settle any corresponding trades for new accounts until this form is completed and verified.\***

## I. Customer Information

Cryptocurrency Management LLC

Customer Name (legal entity customer)

| 86-3726002 | Pennsylvania #7258794 |
|---|---|
| Tax Identification Number/Corporate Registration Number | Legal Entity Identifier |

3178 Carnegie Drive

Primary Address of Customer *(Street Address)*

| State College | PA | 16803-1154 | USA |
|---|---|---|---|
| City | State/Province | Postal Code | Country |

Mailing Address (if different from primary address)

☑ Same as Primary     ☐ Other (provide address below)

Mailing Address of Customer *(Street Address)*

| | | | |
|---|---|---|---|
| City | State/Province | Postal Code | Country |

# Jefferies

## II. Customer Status

A. <u>Are you fully exempt from the beneficial ownership requirements of the customer due diligence rule?</u>
*If yes, please select one of the following categories and skip to section V. If no, please move on to section II.B.*

☐ A financial institution regulated by a U.S. Federal functional regulator or a bank regulated by a U.S. State bank regulator (these include banks, broker-dealers, FCMs, introducing brokers and mutual funds)

☐ A department or agency of the United States, of any State, or any political subdivision of any State

☐ Any entity established under the laws of the United States, of any State, or any political subdivision of any State, or under an interstate compact between two or more States, that exercises governmental authority on behalf of the United States, or any such State or political subdivision

☐ Any entity, other than a financial institution or bank (which are covered in the first bullet above), whose common stock or equity interests are listed on the New York or American Stock Exchange or whose common stock or equity is listed on the NASDAQ Stock Market (except stock or interests listed under the separate "NASDAQ Capital Markets Companies" heading) ("Listed Entity")

☐ A subsidiary, other than a bank, of a Listed Entity that is organized under the laws of the U.S. or of any U.S. state and at least 51 percent of whose common stock or analogous equity interest is owned by the Listed Entity

☐ An issuer of a class of securities registered under section 12 of the Securities Exchange Act of 1934 or that is required to file reports under section 15(d) of that Act

☐ An investment company, as defined in section 3 of the Investment Company Act of 1940, that is registered with the Securities and Exchange Commission under that Act

☐ An investment adviser, as defined in section 202(a)(11) of the Investment Advisers Act of 1940, that is registered with the Securities and Exchange Commission under that Act

☐ An exchange or clearing agency, as defined in section 3 of the Securities Exchange Act of 1934, that is registered under section 6 or 17A of that Act

☐ Any other entity registered with the Securities and Exchange Commission under the Securities Exchange Act of 1934

☐ A registered entity, commodity pool operator, commodity trading advisor, retail foreign exchange dealer, swap dealer, or major swap participant, each as defined in section 1a of the Commodity Exchange Act, that is registered with the Commodity Futures Trading Commission

☐ A public accounting firm registered under section 102 of the Sarbanes-Oxley Act

☐ A bank holding company, as defined in section 2 of the Bank Holding Company Act of 1956 (12 U.S.C. 1841) or savings and loan holding company, as defined in section 10(n) of the Home Owners' Loan Act (12 U.S.C 1467a(n))

☐ A pooled investment vehicle that is operated or advised by a financial institution excluded under paragraph (e)(2) of 31 C.F.R. § 1010.230

☐ A U.S. insurance company that is regulated by a State

☐ A financial market utility designated by the Financial Stability Oversight Council under Title VIII of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010

☐ A non-U.S. financial institution established in a jurisdiction where the regulator of such institution maintains beneficial ownership information regarding such institution

☐ A non-U.S. governmental department, agency or political subdivision that engages only in governmental rather than commercial activities

# Jefferies

B. Are you partially exempt from the beneficial ownership requirements of the customer due diligence rule? *If yes, please select one of the following categories and skip to section IV. If no, please move on to section III.*

☐ The customer is a pooled investment vehicle that is operated or advised by a financial institution not listed above in II.A.

☐ The customer is a legal entity that is established as a nonprofit corporation or similar entity and has filed its organizational documents with the appropriate State authority as necessary.

## III. . Beneficial Ownership Information

*Please provide the following information for each individual who directly or indirectly through any contract, arrangement, understanding, relationship or otherwise owns 25 percent or more of the equity interests of the legal entity customer. If a Trust owns 25 percent or more of the equity interests of the legal entity customer, one of the Trustees should be treated as the beneficial owner. Please provide a valid ID (e.g. passport, driver's license) for this individual.*

*If no individual meets this definition, please check this box:* ☐ Not Applicable

| Name | Date of Birth | Address (Residential or Business Street) | For U.S. Persons: Social Security Number | For Foreign Persons: Passport Number and Country of Issuance or other similar identification number | Percentage of Ownership |
|---|---|---|---|---|---|
| Stephen Sokolowski | ▉ | 3178 Carnegie Drive State College PA 16803-1154 | ▉ | | 100% |
| | | | | | |
| | | | | | |
| | | | | | |

# Jefferies

## IV. Control Person Information

*Please provide the following information for one individual with significant responsibility for managing the legal entity customer (e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President or Treasurer).  Please note that this individual may also be listed in section III.  Please provide a valid ID (e.g. passport, driver's license) for this individual.*

| Name | Date of Birth | Address (Residential or Business Street) | For U.S. Persons: Social Security Number | For Foreign Persons: Passport Number and Country of Issuance or other similar identification number |
|------|---------------|------------------------------------------|------------------------------------------|----------------------------------------------------------------------------------------------------|
| Stephen Sokolowski | ███ | 3178 Carnegie Drive State College PA 16803-1154 | ███ | |

## V. Attestation

I, Stephen Sokolowski _____ (name of natural person completing form on behalf of the legal entity), hereby certify, to the best of my knowledge, that the information provided above is complete and correct.

_Stephen Sokolowski_ (signature)
Signature

2023-01-23
Date

Owner
Title

# Jefferies

## Electronic Delivery Agreement

Consent to Delivery of Trade Confirmations, Account Statements, Consolidated Form 1099, Prospectuses and Detailed Income Statements via Electronic Media in Lieu of Paper Documents Mailed to your Address of Record.

By signing below, you hereby consent to receiving from Jefferies LLC or its affiliated entities, Jefferies Financial Services, Inc. or Jefferies Financial Products, LLC ("Jefferies") trade confirmations, account statements, consolidated 1099 forms and detailed income statements, and/or prospectuses electronically at the electronic (e-mail) mail address you set forth below. You also waive your right to receive these documents mailed to your address of record. This information will be provided via an on-line posting on a Jefferies' secure website. You will receive an e-mail notification advising you when an electronic document has been posted to the Jefferies' secure website. You acknowledge that you may incur expenses (such as your designated on-line service provider charges) associated with the electronic delivery of information to you and you agree that you will be solely responsible for all such expenses.

In addition, you acknowledge and agree that:

1. Jefferies may, but is not required to, send you paper copies of the documents described above that you consent to be delivered to you electronically. Once you have consented to receive the documents described above electronically, you may still request paper copies of any of the documents described above by calling your Jefferies representative; however, Jefferies may charge you a reasonable fee for the delivery of paper copies. You agree, however, that neither your request for nor our delivery of a paper copy will imply that the previous electronic delivery of the information did not constitute good and effective delivery.

2. You may revoke your consent to electronic delivery of any or all of the documents at any time by contacting your Jefferies representative.

3. The scope of this consent to electronic delivery includes, trade confirmations, account statements, your annual consolidated form 1099, if applicable which may include forms 1099-DIV, 1099-INT, 1099-OID, 1099-B and 1099-MISC (including your detailed income statement), and prospectuses from any and all issuers who deliver prospectuses to you.

4. You will promptly notify Jefferies in writing of any change in your e-mail address. You may provide notice of a change in your e-mail address by calling your Jefferies representative. Until Jefferies has received and had a reasonable time to act on notice of a change, we may continue to send information to your previous e-mail address and any such information will be deemed to have been delivered to you, whether or not you have actually received it. Furthermore, you authorize Jefferies to deliver information to you by sending you an e-mail notice that directs you to a website that contains the information and from which it can be read and printed. You agree that our sending of the notice will constitute good and effective delivery of the information to you, regardless of whether you actually access the website containing the information.

5. In the event we are notified by our service provider that the e-mail notification advising you that an electronic copy of a document is available on our website has not been delivered due to a reason beyond our control (for example a bad e-mail address or a problem with your Internet Service Provider), we may revoke your electronic delivery status and mail you paper copies.

6. The documents and other information delivered electronically may be formatted in Adobe Acrobat's portable document format ("PDF"), hypertext mark-up language ("HTML") or other file formats Jefferies deems appropriate. In order to view or print documents provided in PDF, you will have to obtain the Adobe Acrobat Reader, which is available free of charge at Adobe's secure website (located at www.adobe.com), and install it on your computer. You are responsible for having any necessary hardware, software or other technology to access the electronic communications and any information sent electronically, including a printer or other device to download and save any information that you may wish to retain.

7. Internet Communications. Jefferies will take measures that it believes appropriate to protect the confidentiality of information that it transmits to you over the Internet. You acknowledge, however, that the Internet is not a secure network and that communications transmitted over the Internet may be accessed by unauthorized or unintended third parties. You acknowledge that you should not transmit any personal or identifying information (such as account numbers, credit or debit card numbers, Social Security numbers, passport or visa numbers or Passwords) via the Internet unless you are certain that the transmission will be secure and encrypted. You further acknowledge that Jefferies may be unable to assist you with problems that result from difficulties that you may encounter while logging on to or accessing your electronic communications via the Internet.

8. If you choose to receive electronic delivery of Prospectuses, all other offering materials, Prospectus amendments or other documents we are required to deliver with a Prospectus will be posted together with the Prospectus on Jefferies' secure website.

9. Please indicate below the specific documents you consent to receiving via electronic delivery and if your consent applies to all accounts or specific accounts:

☑ Trade Confirmations              ☑ All Accounts

☑ Account Statements              ☑ Specific Account(s): _____

☑ Consolidated 1099 Forms

☑ Prospectuses

Stephen Sokolowski                           steve@shoemakervillage.org

Print Customer Name: *Cryptocurrency Management LLC*    E-mail Address: 

Signature: *Stephen Sokolowski*           Date: 2023-01-23

# Jefferies

**dealogic**

Fax: 212.577.4506
E-Mail: compliancemanager@dealogic.com

## INSTITUTIONAL SUITABILITY CERTIFICATE AFFIRMATIVE INDICATION OF EXERCISE OF INDEPENDENT JUDGMENT (Pursuant to FINRA Rule 2111) [1]

*Revised 1/21/15*

In connection with any recommended[2] transaction or investment strategy by a registered broker-dealer, the undersigned acknowledges on behalf of the Institution named below that:

I.      It is an Institutional Account as defined in FINRA Rule 4512(c)[3];

II.     It (1) is capable of evaluating investment risks independently, both in general and with regard to all transactions and investment strategies involving a security or securities; and (2) will exercise independent judgment in evaluating the recommendations of any broker-dealer or its associated persons, unless it has otherwise notified the broker-dealer in writing;

III.    It will notify Dealogic and each broker-dealer servicing the Institutional Account if anything in this Certificate ceases to be true;

IV.     This Certificate and the information contained herein may be shared with broker-dealers or third parties, including via a secure database or electronic platform established by Dealogic; and

V.      He or she is authorized to sign on behalf of the Institutional Account named below.

By signing this Certificate, the undersigned affirms that the above statements are accurate but does not waive any rights afforded under U.S. federal or state securities laws, including without limitation, any rights under Section 10(b) of the Securities Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder.

NOTE: This Certificate shall apply with respect to all recommended transactions and investment strategies involving securities that are entered into by the "Institutional Account" named in this Certificate, whether for the account of such Institutional Account or for the account of any beneficial owner that has delegated decision making authority with respect to such Institutional Account.

---

[1] Available at http://www.finra.org/Industry/Regulation/FINRARules/. To the extent the "Institutional Account" named in this Certificate is engaged in municipal securities transactions, this Certificate may also be used by Sophisticated Municipal Market Participants in connection with recommended and non-recommended transactions with a broker, dealer, or municipal securities dealer in accordance with MSRB rules.
[2] As defined in FINRA Rules.
[3] The term "Institutional Account" means the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million as of the date of this Certificate (whether such assets are invested for such person's own account or under management for the account of others).

| Institution Name | Address, City, State, Zip |
|---|---|
| Cryptocurrency Management LLC | 3178 Carnegie Drive |
| | State College PA 16803-1154 |
| (on behalf of itself and all direct and indirect subsidiaries and affiliates) | |
| **Name of Authorized Signatory** | **U.S. Tax ID / EIN (if applicable)** |
| Stephen Sokolowski | 86-3726002 |
| **Title of Authorized Signatory** | **Telephone** |
| | 814-600-9800 |
| Owner | **Email Address** |
| | steve@shoemakervillage.org |
| **Signature of Authorized Signatory** | **Date** |
| *[signature]* | 2023-01-23 |

Copyright © 2012. Dealogic LLC. All Rights Reserved.
120 Broadway, 8th Floor, New York, NY 10271 U.S.A • 212.577.4520 • www.dealogic.com

### SANCTIONED PARTY/COUNTRIES: INITIAL DUE DILIGENCE QUESTIONNAIRE

**Definitions**

**"Sanctioned Party"** means any individual or entity included on the List of Specially Designated Nationals and Blocked Persons maintained by the United States Department of the Treasury's Office of Foreign Assets Control, the Consolidated list of financial sanctions targets in the UK maintained by HM Treasury, and the Consolidated list of persons, groups and entities subject to EU financial sanctions. The term applies not just to such listed individuals and entities, but also to any person or entity acting or purporting to act, directly or indirectly, on behalf of, or a person majority owned or controlled by, any such person or entity. **"Sanctioned Countries"** means **Iran, Cuba, North Korea, Syria, the region of Crimea, the occupied territories of Donetsk and Luhansk of Ukraine**, and any political subdivision, agency or instrumentality thereof. For a list of the Government sanction programs currently in effect please review the following websites:

https://eeas.europa.eu/headquarters/headquarters-homepage/8442/consolidated-list-sanctions_en
https://www.treasury.gov/resource-center/sanctions/Programs/Pages/Programs.aspx
https://www.treasury.gov/resource-center/sanctions/sdn-list/pages/default.aspx
https://www.gov.uk/government/publications/financial-sanctions-consolidated-list-of-targets
https://www.gov.uk/government/collections/financial-sanctions-regime-specific-consolidated-lists-and-releases

   **"Affiliated person"** means "any officer, director, partner, or employee of, or person with a direct or indirect ownership interest in, the Company."

   **"Affiliated entity"** means "(i) any entity that, directly or indirectly, owns or controls the Company; (ii) any entity that, directly or indirectly, is owned or controlled by the Company; or (iii) any entity that, directly or indirectly, is owned or controlled by an entity or person that also, directly or indirectly, owns or controls the Company."

| No. | Question | Company's Response (Responses may be typed into Questionnaire) |
|---|---|---|
| 1. | Does the Company (or any affiliated person or entity) currently carry on or has it ever carried on any business with a Sanctioned Party or with or in a Sanctioned Country? (please see the definition of a Sanctioned Party and Sanctioned Country at the top of page 1) If yes, please specify the Sanctioned Party(s) or Sanctioned Country(ies) and provide details of the business activities, including details of when such activities commenced and ceased (where applicable) and details regarding the revenue and profit of such business activities in relation to the Company as a whole. | *No* |

**Jefferies**

Sanctioned Party: Initial Due Diligence Questionnaire

2.    Does the Company (or any affiliated person or entity) currently own or has it ever owned any assets involving a Sanctioned Party or located in a Sanctioned Country? (please see the definition of a Sanctioned Party and Sanctioned Country at the top of page 1) If yes, please specify the Sanctioned Party and/or Sanctioned Country(ies) and provide details of these assets (including materiality, type, length of ownership, co-owners, if any, etc.).



3.    Does the Company (or any affiliated person or entity) have any open contracts or arrangements with any Sanctioned Party or any entities which are based in or have operations in a Sanctioned Country? (please see the definition of a Sanctioned Party and Sanctioned Country at the top of page 1) If yes, please specify the Sanctioned Party(ies) and/or Sanctioned Country(ies) and provide details of such contracts or arrangements, including details of the entities involved and the nature of the business covered by such contracts.

*No*

**Jefferies**

4. Will any of the proceeds/services/value provided under the proposed transaction/services to be provided to the Company end up specifically benefiting a Sanctioned Party or Sanctioned Country? (please see the definition of a Sanctioned Party and Sanctioned Country at the top of page 1) If yes, please specify the Sanctioned Party(s) or Sanctioned Country(ies) and the benefit(s) accruing to it(them).

*No*

**Comments:**

Client Name: *Cryptocurrency Management LLC*

Name of Person Completing Questionnaire: *Stephen Sokolowski*

Title: *Owner*

Tel No: *814 600 9800*

Email Address: *Steve@shoemakervillage.org*

Date: *2023-01-23*

Signature: *Stephen Sokolowski*

**Jefferies**

# Exhibit U

**Commit** 133262d8 authored Oct 7, 2021, 11:03 AM by 👤 Steve Sokolowski

---

| ◇ parents 240a8fbd 7633a1b4 |
| --- |
| ⌥ Branches |
| 🏷 Tags |
| ⇄ 1 merge request !265 Multiple WAMP sessions were being created, causing WAMP overload. |

Showing  with **87 additions** and **106 deletions**

| ▽ 📄 lib/unlimited_size_runner.py | +18 −19 |
| --- | --- |

```
  ...      ...       @@ -25,7 +25,7 @@ from autobahn.wamp.types import ComponentConfig
  25       25       class UnlimitedSizeRunner(ApplicationRunner):
  26       26           @public
  27       27           def run(self, make, start_reactor=True, auto_reconnect=False, log_level='info'):
  28                -      def run(self, make, start_reactor=True, auto_reconnect=False, log_level='info'):
           28    +      def run(self, make, start_reactor=True, auto_reconnect=True, log_level='info'):
  29       29               """
  30       30               Run the application component.
  31       31
  ...      ...       @@ -174,26 +174,26 @@ class UnlimitedSizeRunner(ApplicationRunner):
  174      174                       # this code path is automatically reconnecting ..
  175      175                       self.log.debug('using t.a.i.ClientService')
  176      176
  177           -              if self.max_retries or self.initial_retry_delay or self.max_retry_delay or self.retry_delay_growth
                                 or self.retry_delay_jitter:
  178           -                  kwargs = {}
  179           -                  for key, val in [('initialDelay', self.initial_retry_delay),
  180           -                                   ('maxDelay', self.max_retry_delay),
  181           -                                   ('factor', self.retry_delay_growth),
  182           -                                   ('jitter', lambda: random.random() * self.retry_delay_jitter)]:
  183           -                      if val:
  184           -                          kwargs[key] = val
           177   +              #if self.max_retries or self.initial_retry_delay or self.max_retry_delay or self.retry_delay_growth
                                 or self.retry_delay_jitter:
           178   +              #    kwargs = {}
           179   +              #    for key, val in [('initialDelay', self.initial_retry_delay),
           180   +              #                     ('maxDelay', self.max_retry_delay),
           181   +              #                     ('factor', self.retry_delay_growth),
           182   +              #                     ('jitter', lambda: random.random() * self.retry_delay_jitter)]:
           183   +              #        if val:
           184   +              #            kwargs[key] = val
  185      185
  186      186                       # retry policy that will only try to reconnect if we connected
  187      187                       # successfully at least once before (so it fails on host unreachable etc ..)
  188           -              def retry(failed_attempts):
  189           -                  if self._connect_successes > 0 and (self.max_retries == -1 or failed_attempts <
                                 self.max_retries):
  190           -                      return backoffPolicy(**kwargs)(failed_attempts)
  191           -                  else:
  192           -                      print('hit stop')
  193           -                      self.stop()
  194           -                      return 10000000000000
  195           -              else:
  196           -                  retry = backoffPolicy()
           188   +              #    def retry(failed_attempts):
           189   +              #        if self._connect_successes > 0 and (self.max_retries == -1 or failed_attempts <
                                 self.max_retries):
           190   +              #            return backoffPolicy(**kwargs)(failed_attempts)
           191   +              #        else:
           192   +              #            print('hit stop')
           193   +              #            self.stop()
```

```
194  +              #            return 100000000000000
195  +          #else:
196  +              retry = backoffPolicy(initialDelay=0.25, maxDelay=3.0)
197  197
198  198              self._client_service = ClientService(client, transport_factory, retryPolicy=retry)
199  199              self._client_service.startService()
...  ...   @@ -236,4 +236,3 @@ class UnlimitedSizeRunner(ApplicationRunner):
236  236              else:
237  237                  # let the caller handle any errors
238  238                  return d
239      -
          \ No newline at end of file
```

### 📄 mining/DBInterface.py    +1 −3

```
...  ...   @@ -4,10 +4,8 @@ import time
4    4    import sys
5    5    import traceback
6    6
7        - from mining import InternalRealmSession
8    7    from mining.global_interfaces import GlobalInterfaces
9    8    from threading import Lock
10       - import lib.settings as settings
11   9    from psycopg2cffi import OperationalError, InterfaceError
12   10
13   11   import lib.logger
...  ...   @@ -226,7 +224,7 @@ class DBInterface():
226  224              items = GlobalInterfaces.database_operator_shares
227  225              if len(items) >= int(GlobalInterfaces.config_values['database_operator_item_transfer_count']):
228  226                  try:
229       -                    InternalRealmSession.publishShares(items)
     227  +                    GlobalInterfaces.publishShares(items)
230  228                      GlobalInterfaces.database_operator_shares = []
231  229                  except IndexError:
232  230                      #There are no database-operators available.
...  ...
...  ...
```

### 📄 mining/__init__.py    +11 −17

```
...  ...   @@ -734,24 +734,28 @@ def connect_to_livemining():
734  734          log.info("Connecting to livemining at %s", livemining_url)
735  735          runner = UnlimitedSizeRunner(url=unicode(livemining_url), realm=u"mining")
736  736          runner.run(LiveminingSession, start_reactor=False, log_level='error', auto_reconnect=True)
     737  +        GlobalInterfaces.livemining_runner = runner
737  738
738  739   def connect_to_internal_realm():
739  740          internal_realm_url = GlobalInterfaces.config_values['internal_realm_url']
740  741          log.info("Connecting to internal_realm at %s", internal_realm_url)
741       -        internal_runner = UnlimitedSizeRunner(url=unicode(internal_realm_url), realm=u"internal")
742       -        internal_runner.run(InternalRealmSession, start_reactor=False, log_level='error', auto_reconnect=True)
     742  +        runner = UnlimitedSizeRunner(url=unicode(internal_realm_url), realm=u"internal")
     743  +        runner.run(InternalRealmSession, start_reactor=False, log_level='error', auto_reconnect=True)
     744  +        GlobalInterfaces.internal_realm_runner = runner
743  745
744  746   def connect_to_daemon_realm():
745  747          daemon_realm_url = GlobalInterfaces.config_values['daemon_realm_url']
746  748          log.info("Connecting to daemon_realm at %s", daemon_realm_url)
747       -        internal_runner = UnlimitedSizeRunner(url=unicode(daemon_realm_url), realm=u"daemon")
748       -        internal_runner.run(DaemonRealmSession, start_reactor=False, log_level='error', auto_reconnect=True)
     749  +        runner = UnlimitedSizeRunner(url=unicode(daemon_realm_url), realm=u"daemon")
     750  +        runner.run(DaemonRealmSession, start_reactor=False, log_level='error', auto_reconnect=True)
     751  +        GlobalInterfaces.deamon_realm_runner = runner
749  752
750  753   def connect_to_economic_realm():
751  754          economic_realm_url = GlobalInterfaces.config_values['economic_realm_url']
752  755          log.info("Connecting to economic_realm at %s", economic_realm_url)
753       -        economic_runner = UnlimitedSizeRunner(url=unicode(economic_realm_url), realm=u"economic")
754       -        economic_runner.run(EconomicRealmSession, start_reactor=False, log_level='error', auto_reconnect=True)
     756  +        runner = UnlimitedSizeRunner(url=unicode(economic_realm_url), realm=u"economic")
     757  +        runner.run(EconomicRealmSession, start_reactor=False, log_level='error', auto_reconnect=True)
```

```
758    +    GlobalInterfaces.economic_realm_runner = runner
755  759
756  760      @defer.inlineCallbacks
757  761      def connect_to_single_daemon_thread(coin_def):
...  ...              @@ -1039,20 +1043,10 @@ def coin_connector_thread(first_call):
1039 1043          try:
1040 1044              log.warn("coin_connector_thread emerged from sleep.  Server uuid is %s", GlobalInterfaces.server_uuid)
1041 1045
1042      -          if GlobalInterfaces.livemining is None and not GlobalInterfaces.livemining_connecting:
1043      -              GlobalInterfaces.livemining_connecting = True
     1046 +          if first_call:
1044 1047                  connect_to_livemining()
1045      -
1046      -          if GlobalInterfaces.internal_realm is None and not GlobalInterfaces.internal_realm_connecting:
1047      -              GlobalInterfaces.internal_realm_connecting = True
1048 1048                  connect_to_internal_realm()
1049      -
1050      -          if GlobalInterfaces.economic_realm is None and not GlobalInterfaces.economic_realm_connecting:
1051      -              GlobalInterfaces.economic_realm_connecting = True
1052 1049                  connect_to_economic_realm()
1053      -
1054      -          if GlobalInterfaces.daemon_realm is None and not GlobalInterfaces.daemon_realm_connecting:
1055      -              GlobalInterfaces.daemon_realm_connecting = True
1056 1050                  connect_to_daemon_realm()
1057 1051
1058 1052              yield get_config_values()
...  ...
...  ...
```

⌄ 🗋 **mining/daemon_realm.py**                                                   +0 −2

```
...  ...              @@ -20,7 +20,6 @@ class DaemonRealmSession(ApplicationSession):
20   20          def onConnect(self):
21   21              log.info("Connected.")
22   22              GlobalInterfaces.daemon_realm = self
23        -          GlobalInterfaces.daemon_realm_connecting = False
24   23              log.info("Attempting to join realm.")
25   24              self.join(self.config.realm, [u"wampcra"], u"daemonuser")
26   25
...  ...              @@ -265,7 +264,6 @@ class DaemonRealmSession(ApplicationSession):
265  264          def onDisconnect(self):
266  265              GlobalInterfaces.daemon_realm = None
267  266      -          GlobalInterfaces.daemon_realm_connecting = True
268        -
269  267              log.warn("Disconnected.")
270  268
271  269          def publishCoordinatorReconnect(self):
...  ...
...  ...
```

⌄ 🗋 **mining/economic_realm.py**                                                 +0 −2

```
...  ...              @@ -32,7 +32,6 @@ class EconomicRealmSession(ApplicationSession):
32   32              self.publishPendingFakeUpdateDeferred = None
33   33
34   34              GlobalInterfaces.economic_realm = self
35        -          GlobalInterfaces.economic_realm_connecting = False
36   35              yield self.subscribe(self.onEconomicsRequest, u'economics_updates_requests')
37   36              self.publishCoordinatorReconnect()
38   37
...  ...              @@ -53,7 +52,6 @@ class EconomicRealmSession(ApplicationSession):
53   52
54   53          def onDisconnect(self):
55   54              GlobalInterfaces.economic_realm = None
56        -          GlobalInterfaces.economic_realm_connecting = True
57   55              log.warn("Disconnected.")
58   56
59   57              # Prevent an infinite loop that will result in a memory leak by not cleaning up this session.
...  ...
...  ...
```

```
mining/global_interfaces.py                                                                    +57 −4
```

```
...        ...        @@ -161,13 +161,13 @@ class GlobalInterfaces(object):
161        161            last_value_profiling_enabled = False
162        162            coinbase_counter = 0
163        163            livemining = None
164        -              livemining_connecting = False
           164    +        livemining_runner = None
165        165            internal_realm = None
166        -              internal_realm_connecting = False
           166    +        internal_realm_runner = None
167        167            economic_realm = None
168        -              economic_realm_connecting = False
           168    +        economic_realm_runner = None
169        169            daemon_realm = None
170        -              daemon_realm_connecting = False
           170    +        daemon_realm_runner = None
171        171            last_restarts_deque_length = None
172        172            server_uuid = str(uuid4())
173        173            general_percentages = {}
...        ...        @@ -177,6 +177,7 @@ class GlobalInterfaces(object):
177        177            miner_hardwares = []
178        178            port_to_algorithm_dict = {}
179        179            authorize_disconnects_list = []
           180    +        publish_shares_in_progress = False
180        181
181        182            #None of these values include static coin miners.
182        183            hashrates_by_coin_algorithm_computed_only = {}
...        ...        @@ -382,3 +383,55 @@ class GlobalInterfaces(object):
382        383                    [block.memory_info() for block in cls.all_block_templates],
                                 len(cls.lowest_assigned_coin_algorithms), len(cls.database_operator_shares),
                                 len(cls.dead_database_operator_uuids), sum([len(value) for value in cls.sessions_by_api_key.itervalues()]),
                                 len(cls.livemining_miner_api_keys), len(cls.livemining_miner_subscription_ids_to_api_keys),
                                 len(cls.duplicate_workers_dict))
383        384                except:
384        385                    log.error(traceback.format_exc())
           386    +
           387    +        @classmethod
           388    +        @defer.inlineCallbacks
           389    +        def publishShares(cls, data):
           390    +            shares_deque = GlobalInterfaces.internal_realm_shares_deque
           391    +            shares_deque.append(data)
           392    +            if cls.publish_shares_in_progress:
           393    +                if int(GlobalInterfaces.config_values['force_parallel_share_inserts']) == 1:
           394    +                    log.warn("Overriding publish shares parallelism lock.  Queued shares: %s", len(shares_deque))
           395    +                    cls.publish_shares_in_progress = False
           396    +                else:
           397    +                    log.warn("Returning from publishShares because share insertion is already in progress.  Queued
                                 shares: %s", len(shares_deque))
           398    +                    return
           399    +
           400    +            shares = None
           401    +            try:
           402    +                cls.publish_shares_in_progress = True
           403    +                while shares_deque:
           404    +                    try:
           405    +                        shares = shares_deque.pop()
           406    +                        log.warn("Calling insert_shares for %s shares.", len(shares))
           407    +                        success = yield
                                 GlobalInterfaces.internal_realm.call(u'com.prohashing.database.insert_shares', shares)
           408    +                        if success:
           409    +                            log.warn("Successfully inserted %s shares.", len(shares))
           410    +                        else:
           411    +                            shares_deque.append(shares)
           412    +                            log.warn("All database-operators are busy.  Unable to insert %s shares.  Delaying and
                                 trying again.", len(shares))
           413    +
           414    +                    except Exception as ex:
           415    +                        if shares is not None:
           416    +                            if int(GlobalInterfaces.config_values['skip_failed_shares']) == 1 and
                                 GlobalInterfaces.internal_realm is not None:
```

```
417  +                          log.error("Error inserting shares.  skip_failed_shares == 1 and the internal_realm
         is connected, so the shares were discarded.")
418  +                      elif "Race condition in found blocks." in str(ex):
419  +                          log.error("Error inserting shares.  There was a race condition in the found blocks.
         Retrying.")
420  +                          shares_deque.appendleft(shares)  #Insert as many shares as we can while waiting.
421  +                      elif "shares_submitted_difficulty_idx" in str(ex):
422  +                          log.error("Error inserting shares.  These shares have already been inserted, so they
         will be discarded.  This error should not occur unless there is a bug.")
423  +                      else:
424  +                          log.error("Error inserting shares.  Exception follows.  skip_failed_shares != 1.
         Retrying.")
425  +                          shares_deque.appendleft(shares)  #If this unknown error recurs, we want to insert as
         many shares as we can.
426  +                  else:
427  +                      log.error("Error inserting shares while shares was None.")
428  +                  log.error(traceback.format_exc())
429  +
430  +          finally:
431  +              log.warn("Queued share groups remaining: %s" len(shares_deque))
432  +              if shares_deque:
433  +                  delay = float(GlobalInterfaces.config_values['share_insert_retry_interval'])
434  +                  yield threads.deferToThread(time.sleep, delay)
435  +
436  +      finally:
437  +          cls.publish_shares_in_progress = False
```

### ⌄ 📄 mining/internal_realm.py                                                              +0 −57

```
 ...    ...    @@ -17,8 +17,6 @@ import binascii
 17      17    PASSWORD = '4H6$m5&8TDw7x65a'
 18      18
 19      19    class InternalRealmSession(ApplicationSession):
 20      -        publish_shares_in_progress = False
 21      -
 22      20        def onConnect(self):
 23      21            log.info("Connected.")
 24      22            self.join(self.config.realm, [u"wampcra"], u"internaluser")
 ...    ...    @@ -27,7 +25,6 @@ class InternalRealmSession(ApplicationSession):
 27      25        def onJoin(self, details):
 28      26            log.info("Joined realm.")
 29      27            GlobalInterfaces.internal_realm = self
 30      -          GlobalInterfaces.internal_realm_connecting = False
 31      28            yield self.subscribe(self.onPoolFoundBlock, u'pool_found_blocks')
 32      29            yield self.subscribe(self.onErrorChange, u'error_changes')
 33      30            yield self.subscribe(self.onShareHash, u'share_hashes')
 ...    ...    @@ -52,8 +49,6 @@ class InternalRealmSession(ApplicationSession):
 52      49        def onDisconnect(self):
 53      50            log.warn("Disconnected.")
 54      51            GlobalInterfaces.internal_realm = None
 55      -          GlobalInterfaces.internal_realm_connecting = True
 56      -
 57      52        def error(self, data):
 58      53            log.error("error publishing %s", data)
 59      54
 ...    ...    @@ -179,55 +174,3 @@ class InternalRealmSession(ApplicationSession):
179     174              except Exception as ex:
180     175                  log.error("Unable to publish share hash: %s", ex)
181     176
182     -
183     -    @classmethod
184     -    @inlineCallbacks
185     -    def publishShares(cls, data):
186     -        shares_deque = GlobalInterfaces.internal_realm_shares_deque
187     -        shares_deque.append(data)
188     -        if cls.publish_shares_in_progress:
189     -            if int(GlobalInterfaces.config_values['force_parallel_share_inserts']) == 1:
190     -                log.warn("Overriding publish shares parallelism lock.  Queued shares: %s", len(shares_deque))
191     -                cls.publish_shares_in_progress = False
192     -            else:
```

```
193  -              log.warn("Returning from publishShares because share insertion is already in progress.  Queued
              shares: %s", len(shares_deque))
194  -              return
195  -
196  -          shares = None
197  -          try:
198  -              cls.publish_shares_in_progress = True
199  -              while shares_deque:
200  -                  try:
201  -                      shares = shares_deque.pop()
202  -                      log.warn("Calling insert_shares for %s shares.", len(shares))
203  -                      success = yield
              GlobalInterfaces.internal_realm.call(u'com.prohashing.database.insert_shares', shares)
204  -                      if success:
205  -                          log.warn("Successfully inserted %s shares.", len(shares))
206  -                      else:
207  -                          shares_deque.append(shares)
208  -                          log.warn("All database-operators are busy.  Unable to insert %s shares.  Delaying and
              trying again.", len(shares))
209  -
210  -                  except Exception as ex:
211  -                      if shares is not None:
212  -                          if int(GlobalInterfaces.config_values['skip_failed_shares']) == 1 and
              GlobalInterfaces.internal_realm is not None:
213  -                              log.error("Error inserting shares.  skip_failed_shares == 1 and the internal_realm
              is connected, so the shares were discarded.")
214  -                          elif "Race condition in found blocks." in str(ex):
215  -                              log.error("Error inserting shares.  There was a race condition in the found blocks.
              Retrying.")
216  -                              shares_deque.appendleft(shares)  #Insert as many shares as we can while waiting.
217  -                          elif "shares_submitted_difficulty_idx" in str(ex):
218  -                              log.error("Error inserting shares.  These shares have already been inserted, so they
              will be discarded.  This error should not occur unless there is a bug.")
219  -                          else:
220  -                              log.error("Error inserting shares.  Exception follows.  skip_failed_shares != 1.
              Retrying.")
221  -                              shares_deque.appendleft(shares) #If this unknown error recurs, we want to insert as
              many shares as we can.
222  -                      else:
223  -                          log.error("Error inserting shares while shares was None.")
224  -                          log.error(traceback.format_exc())
225  -
226  -                  finally:
227  -                      log.warn("Queued share groups remaining: %s", len(shares_deque))
228  -                      if shares_deque:
229  -                          delay = float(GlobalInterfaces.config_values['share_insert_retry_interval'])
230  -                          yield threads.deferToThread(time.sleep, delay)
231  -
232  -          finally:
233  -              cls.publish_shares_in_progress = False
```

### 📄 mining/livemining.py                                                                   +0 −2

```
...   ...    @@ -36,7 +36,6 @@ class LiveminingSession(ApplicationSession):
36    36          try:
37    37              log.info("Joined realm.")
38    38              GlobalInterfaces.livemining = self
39    -              GlobalInterfaces.livemining_connecting = False
40    39              self.subscribe(self.onGeneralPercentage, u'general_percentages')
41    40              self.registerAllMinerUpdates()
42    41
...   ...    @@ -123,7 +122,6 @@ class LiveminingSession(ApplicationSession):
123   122
124   123          def onDisconnect(self):
125   124              GlobalInterfaces.livemining = None
126   -              GlobalInterfaces.livemining_connecting = True
127   125              self.disconnected = True
128   126              log.warn("Disconnected.")
129   127
...   ...
```

Write a comment or drag your files here…

**Commit** d0c086da authored Apr 2, 2022, 5:29 PM by  Steve Sokolowski

---

⊶ parent  a37cd999

⎇ Branches

🏷 Tags

⑃ 1 merge request !295 Resolved an issue that allowed duplicate shares. The permanent solution is to...

Showing  with **17 additions** and **15 deletions**

| ∨ | 📄 **lib/block_template.py** | | | +0 −11 |
|---|---|---|---|---|

```
...    ...    @@ -68,8 +68,6 @@ class BlockTemplate(halfnode.CBlock):
68     68             self.nBits_packed = None
69     69             self.raw_prevhash_hex = None
70     70
71         -           #Hashes of submitted shares
72         -           self.submits = Set()
73     71             self.difficulty_log = {}
74     72             self.coinbase_counter_log = {}
75     73
...    ...    @@ -392,15 +390,6 @@ class BlockTemplate(halfnode.CBlock):
392    390             self.vtx[0] = coinbase_transaction
393    391
394    392
395        -       def register_submit(self, block_hash_bin):
396        -           #'''Client submitted some solution. Let's register it to
397        -           #prevent double submissions.'''
398        -           submits = self.submits
399        -           if block_hash_bin not in submits:
400        -               submits.add(block_hash_bin)
401        -               return True
402        -           return False
403        -
404    393         def build_broadcast_args(self):
405    394             #'''Build parameters of mining.notify call. All clients
406    395             #may receive the same params, because they include
...    ...
...    ...
```

| ∨ | 📄 **lib/template_registry.py** | | | +2 −3 |
|---|---|---|---|---|

```
...    ...    @@ -799,7 +799,6 @@ class TemplateRegistry(object):
799    799             if algorithm_id == 2 or algorithm_id in settings.ETHASH_ALGORITHM_IDS or reward_type == 'Cryptonote':
800    800                 block_hash_bin = hash_bin
801    801             elif algorithm_id == settings.KAWPOW_ALGORITHM_ID:
802        -               # TODO: may not use this and can just store the hex value in submits
803    802                 # The block header for KAWPOW is not unique.
804    803                 block_hash_bin = hash_bin = binascii.unhexlify(hash_hex)[::-1]
805    804             else:
...    ...    @@ -841,9 +840,9 @@ class TemplateRegistry(object):
841    840                 # Check for duplicated submit
842    841
843    842                 if algorithm_id == settings.KAWPOW_ALGORITHM_ID:
844        -                   duplicate = not job.register_submit(block_hash_bin + extranonce2_bin)
       843    +                   duplicate = not GlobalInterfaces.register_submit(block_hash_bin + extranonce2_bin)
845    844                 else:
846        -                   duplicate = not job.register_submit(block_hash_bin)
       845    +                   duplicate = not GlobalInterfaces.register_submit(block_hash_bin)
847    846                 if duplicate:
848    847                     raise SubmitException("Duplicate share|" + str(share_diff))
849    848
...    ...
```

```
...     ...

▼  📄 mining/global_interfaces.py                                              +14 −0

...     ...   @@ -11,6 +11,8 @@ from twisted.internet import defer, threads
11      11    from externals.morpavsolver import Solver
12      12    from autobahn.wamp.types import CallOptions
13      13    import traceback
        14  + from threading import Lock
        15  + from expiringdict import ExpiringDict
14      16
15      17    class EconomicsQueueItem(
16      18        ECONOMICS_QUEUE_TYPE_SINGLE = 1
...     ...   @@ -206,6 +208,8 @@ class GlobalInterfaces(object):
206     208        livemining_miner_subscription_ids_to_api_keys = {}
207     209        worker_groups_lookups = {}
208     210        solver = Solver()
        211  +     submits = ExpiringDict(max_age_seconds=7200.0, max_len=10000000)
        212  +     submits_lock = Lock()
209     213
210     214        startup_time = None
211     215
...     ...   @@ -389,6 +393,16 @@ class GlobalInterfaces(object):
389     393            except:
390     394                log.error(traceback.format_exc())
391     395
        396  +     @classmethod
        397  +     def register_submit(cls, block_hash_bin):
        398  +         with cls.submits_lock:
        399  +             #'''Client submitted some solution. Let's register it to
        400  +             #prevent double submissions.'''
        401  +             if block_hash_bin not in self.submits:
        402  +                 self.submits[block_hash_bin] = None
        403  +                 return True
        404  +             return False
        405  +
392     406        @classmethod
393     407        @defer.inlineCallbacks
394     408        def publishShares(cls, data):
...     ...
```

```
▼  📄 mining/internal_realm.py                                                 +1 −1

...     ...   @@ -158,7 +158,7 @@ class InternalRealmSession(ApplicationSession):
158     158            for job in coin_algorithm.registry.jobs:
159     159                if job.header_hash_hex == block_hash_hex:
160     160
161         -               if not job.register_submit(found_hash_bin):
        161  +               if not GlobalInterfaces.register_submit(found_hash_bin):
162     162                        log.warn("onShareHash: a share had been double-credited because it was already present in
the registry: coin_algorithm %s, found_hash %s", coin_algorithm, data['found_hash_hex'])
163     163                        return
164     164
...     ...
```

Write a comment or drag your files here…

**Commit** 9eb00137 authored Apr 3, 2022, 8:49 AM by 👤 Steve Sokolowski

---

◇ parent 7a96d697

⑂ Branches

🏷 Tags

⑂ 1 merge request !295 Resolved an issue that allowed duplicate shares. The permanent solution is to...

Showing with **21 additions** and **49 deletions**

| ▽ 🗋 **lib/template_registry.py** | | +12 −11 |
|---|---|---|

| | | |
|---|---|---|
| ... | ... | @@ -837,21 +837,12 @@ class TemplateRegistry(object): |
| 837 | 837 |         else: |
| 838 | 838 |           raise SubmitException("Miner did not respond to difficulty change request quickly; share of diff " + str(share_diff) + " is too easy for assigned difficulty " + str(difficulty) + '\|' + str(share_diff)) |
| 839 | 839 | |
| 840 | | −        # Check for duplicated submit |
| 841 | | − |
| 842 | 840 |      if algorithm_id == settings.KAWPOW_ALGORITHM_ID: |
| 843 | | −        duplicate = not GlobalInterfaces.register_submit(block_hash_bin + extranonce2_bin) |
| | 841 | +        duplicate_share_hash_bin = block_hash_bin + extranonce2_bin |
| 844 | 842 |      else: |
| 845 | | −        duplicate = not GlobalInterfaces.register_submit(block_hash_bin) |
| 846 | | − |
| 847 | | −       if duplicate: |
| 848 | | −        raise SubmitException("Duplicate share\|" + str(share_diff)) |
| | 843 | +        duplicate_share_hash_bin = block_hash_bin |
| 849 | 844 | |
| 850 | 845 |      if algorithm_id in settings.ETHASH_ALGORITHM_IDS: |
| 851 | | −       try: |
| 852 | | −        GlobalInterfaces.internal_realm.publishShareHash(block_hash_bin, job.header_hash_hex, job_coin_id, algorithm_id) |
| 853 | | −       except Exception as ex: |
| 854 | | −        log.error("Error publishing ethash share hash: %s", ex) |
| 855 | 846 |      block_hash_hex = mix_hash |
| 856 | 847 |      elif reward_type == 'Cryptonote': |
| 857 | 848 |       keccak256_hash = sha3.keccak_256() |
| ... | ... | @@ -1080,6 +1071,16 @@ class TemplateRegistry(object): |
| 1080 | 1071 |         (exc_type, exc_value, exc_traceback) = sys.exc_info() |
| 1081 | 1072 |         GlobalInterfaces.queue_dbi.report_exception(exc_type, exc_value, exc_traceback, "Failed to submit auxiliary block due to an Exception.", 6) |
| 1082 | 1073 | |
| | 1074 | +      # Check for duplicated submit |
| | 1075 | +      # Delay until this point because there could be a network delay, and we don't want to stop submitting a block if there is one. |
| | 1076 | +      # TODO: it is unknown what will happen if a block is found and later rejected as duplicate.  The current suspicion is that it will be |
| | 1077 | +      # submitted to the daemon, then it will be lost, and then there will be an exception because the share associated with the block |
| | 1078 | +      # can't be found. |
| | 1079 | +      # For now, this rare case is acceptable to take the risk to get this safeguard out as soon as possible. |
| | 1080 | +      duplicate = yield GlobalInterfaces.internal_realm.registerSubmit(duplicate_share_hash_bin) |
| | 1081 | +      if duplicate: |
| | 1082 | +       raise SubmitException("Duplicate share\|" + str(share_diff)) |
| | 1083 | + |
| 1083 | 1084 |      defer.returnValue((block_hash_hex, share_diff, block_submits, job_aux_blocks, isBlockCandidate)) |
| 1084 | 1085 | |
| 1085 | 1086 |    except Exception: |
| ... | ... | |

▽ 🗋 **mining/global_interfaces.py**                                                                              **+0  −13**

```
                    @@ -11,8 +11,6 @@ from twisted.internet import defer, threads
11        11      from externals.morpavsolver import Solver
12        12      from autobahn.wamp.types import CallOptions
13        13      import traceback
14            -   from threading import Lock
15            -   from expiringdict import ExpiringDict
16        14
17        15      class EconomicsQueueItem:
18        16          ECONOMICS_QUEUE_TYPE_SINGLE = 1
...       ...      @@ -208,8 +206,6 @@ class GlobalInterfaces(object):
208       206          livemining_miner_subscription_ids_to_api_keys = {}
209       207          worker_groups_lookups = {}
210       208          solver = Solver()
211            -       submits = ExpiringDict(max_age_seconds=7200.0, max_len=10000000)
212            -       submits_lock = Lock()
213       209
214       210          startup_time = None
215       211
...       ...      @@ -393,15 +389,6 @@ class GlobalInterfaces(object):
393       389              except:
394       390                  log.error(traceback.format_exc())
395       391
396            -       @classmethod
397            -       def register_submit(cls, block_hash_bin):
398            -           with cls.submits_lock:
399            -               #'''Client submitted some solution. Let's register it to
400            -               #prevent double submissions.'''
401            -               if block_hash_bin not in cls.submits:
402            -                   cls.submits[block_hash_bin] = None
403            -                   return True
404            -               return False
405       392
406       393          @classmethod
407       394          @defer.inlineCallbacks
...       ...
```

▽ 🗋 **mining/internal_realm.py**                                                                              **+9  −25**

```
          1     +   import traceback
          2     +
1         3      from autobahn.twisted.wamp import ApplicationSession
2         4      from mining.global_interfaces import GlobalInterfaces
3         5      from autobahn.wamp import auth
...       ...      @@ -23,7 +25,6 @@ class InternalRealmSession(ApplicationSession):
23        25              GlobalInterfaces.internal_realm = self
24        26              yield self.subscribe(self.onPoolFoundBlock, u'pool_found_blocks')
25        27              yield self.subscribe(self.onErrorChange, u'error_changes')
26            -           yield self.subscribe(self.onShareHash, u'share_hashes')
27        28              if not settings.IS_MASTER:
28        29                  yield self.subscribe(self.onOrphanRates, u'orphan_rates')
29        30
...       ...      @@ -146,25 +147,6 @@ class InternalRealmSession(ApplicationSession):
146       147              exc_data = sys.exc_info()
147       148              log.error("Exception occurred in onOrphanRates: %s", exc_data)
148       149
149            -       #Prevent ethash (and potentially other future algorithms) where miners provide their own extranonce1s from
              -       being credited for duplicate shares.
150            -       def onShareHash(self, data):
151            -           found_hash_bin = binascii.unhexlify(data['found_hash_hex'])
152            -           block_hash_hex = data['block_hash_hex']
153            -           coin_algorithm =
              -       GlobalInterfaces.bitcoin_rpc_manager.coin_algorithms_by_coin_id_and_algorithm_id.get((data['coin_id'],
              -       data['algorithm_id']))
154            -
155            -           if coin_algorithm is None or coin_algorithm.registry is None or (data['algorithm_id'] != 10 and
              -       data['algorithm_id'] != 47 and data['algorithm_id'] != 48):  #We only support ethash for now
156            -               log.error("onShareHash: coin_algorithm is None or its registry is None or its algorithm_id is not 10
              -       or 47: coin_algorithm %s", coin_algorithm)
157            -               return
```

```
158  -          for job in coin_algorithm.registry.jobs:
159  -              if job.header_hash_hex == block_hash_hex:
160  -                  if not GlobalInterfaces.register_submit(found_hash_bin):
161  -                      log.warn("onShareHash: a share had been double-credited because it was already present in
162  -  the registry: coin_algorithm %s, found_hash %s", coin_algorithm, data['found_hash_hex'])
163  -                  return
164  -
165  -          if GlobalInterfaces.startup_time:
166  -              log.error("onShareHash: did not find header_hash_hex %s for coin_algorithm %s in memory: found_hash
167  -  %s", data['block_hash_hex'], coin_algorithm, data['found_hash_hex'])

168  150  @inlineCallbacks
169  151  def hashVerifyEquihash(self, inputToHash, solution, person_string, n, k):
170  152      try:
...  ...  @@ -175,9 +157,11 @@ class InternalRealmSession(ApplicationSession):
175  157              GlobalInterfaces.queue_dbi.report_exception(exc_type, exc_value, exc_traceback, "Calling
             hashVerifyEquihash.", 7)
176  158              raise
177  159

178  -  def publishShareHash(self, found_hash_bin, block_hash_hex, coin_id, algorithm_id):
     160  +  @inlineCallbacks
     161  +  def registerSubmit(self, block_hash_bin):
179  162      try:
180  -          self.publish(u'share_hashes', {'found_hash_hex': binascii.hexlify(found_hash_bin), 'block_hash_hex'
             : block_hash_hex, 'coin_id' : coin_id, 'algorithm_id' : algorithm_id})
181  -
182  -      except Exception as ex:
183  -          log.error("Unable to publish share hash: %s", ex)
     163  +          duplicate = yield self.call(u'com.prohashing.internal.check_duplicate_share',
             binascii.hexlify(block_hash_bin))
     164  +          returnValue(duplicate)
     165  +      except Exception:
     166  +          log.error("A share was not able to be checked for duplication due to the following Exception.  Money
             is being lost!")
     167  +          log.error(traceback.format_exc())
```

Write a comment or drag your files here…

**Commit** aa0f64cc authored Apr 5, 2022, 8:35 AM by   Steve Sokolowski

---

| ⬦ | parent fe6f845f |
|---|---|
| ⑂ | Branches |
| 🏷 | Tags |
| ⭝ | 1 merge request !297 Duplicate shares fix - ban |

Showing  with **36 additions** and **4 deletions**

---

### ⌄ 🖹 lib/template_registry.py     +2 −0

```
...    ...    @@ -1086,6 +1086,8 @@ class TemplateRegistry(object):
1086   1086         # can't be found.
1087   1087         # For now, this rare case is acceptable to take the risk to get this safeguard out as soon as
                     possible.
1088   1088         duplicate = yield GlobalInterfaces.internal_realm.registerSubmit(duplicate_share_hash_bin)
       1089  +      if duplicate is None:
       1090  +          raise SubmitException("The duplicate share checker is offline; please submit a support ticket")
1089   1091         if duplicate:
1090   1092             raise SubmitException("Duplicate share|" + str(share_diff))
1091   1093
...    ...
...    ...
```

### ⌄ 🖹 mining/__init__.py     +6 −0

```
...    ...    @@ -709,6 +709,7 @@ def ban_decrementer_callback():
709    709         log.info("Entering ban_decrementer_thread.")
710    710         try:
711    711             ban_decrement_amount = int(GlobalInterfaces.config_values['rejected_share_decrement_amount'])
       712  +          duplicate_share_ban_decrement_amount =
                        int(GlobalInterfaces.config_values['duplicate_share_decrement_amount'])
712    713             stale_block_ban_decrement_amount = int(GlobalInterfaces.config_values['stale_block_decrement_amount'])
713    714
714    715             for worker_name in GlobalInterfaces.ban_dict.keys():
...    ...    @@ -721,6 +722,11 @@ def ban_decrementer_callback():
721    722                 if GlobalInterfaces.stale_block_ban_dict[worker_name] <= 0:
722    723                     del GlobalInterfaces.stale_block_ban_dict[worker_name]
723    724
       725  +              for ip in GlobalInterfaces.duplicate_share_ban_dict.keys():
       726  +                  GlobalInterfaces.duplicate_share_ban_dict[ip] -= duplicate_share_ban_decrement_amount
       727  +                  if GlobalInterfaces.duplicate_share_ban_dict[ip] <= 0:
       728  +                      del GlobalInterfaces.duplicate_share_ban_dict[ip]
       729  +
724    730             except Exception:
725    731                 (exc_type, exc_value, exc_traceback) = sys.exc_info()
726    732                 GlobalInterfaces.queue_dbi.report_exception(exc_type, exc_value, exc_traceback, "Unhandled exception in
                            the ban_decrementer_callback.", 5)
...    ...
...    ...
```

### ⌄ 🖹 mining/global_interfaces.py     +5 −2

```
...    ...    @@ -104,6 +104,7 @@ class MiningAuthorizationFailureError(object):
104    104         ERROR_TRUST_RANK_TOO_LOW_FOR_STATIC_MINING = 16
105    105         ERROR_STATIC_COIN_PPLNS_DISABLED = 17
106    106         ERROR_STATIC_COIN_EXCEEDED_MINER_DAG_SIZE = 18
       107  +      ERROR_BANNED_DUPLICATE_SHARES = 19
107    108
108    109     class MiningDisconnectFailureError(object):
109    110         ERROR_STATIC_COIN_MINING_DISABLED = 1
...    ...    @@ -117,6 +118,7 @@ class MiningDisconnectFailureError(object):
```

```
117  118        ERROR_ANCHOR_COIN_IN_ERROR_NO_OTHER_COINS = 9
118  119        ERROR_STATIC_COIN_PPS_MINING_DISABLED = 10
119  120        ERROR_STATIC_COIN_INSUFFICIENT_DAG_NO_OTHER_COINS = 11
     121  +      ERROR_BANNED_TOO_MANY_DUPLICATE_SHARES = 12
120  122
121  123   class MiningFailureErrorType(object):
122  124        TYPE_AUTHORIZATION_FAILURE = 'authorization'
...  ...   @@ -144,6 +146,7 @@ class GlobalInterfaces(object):
144  146        queue_dbi = None
145  147        ban_dict = defaultdict(int)
146  148        stale_block_ban_dict = defaultdict(int)
     149  +      duplicate_share_ban_dict = defaultdict(int)
147  150        share_limiter = None
148  151        need_to_get_prices = None
149  152        bittrex = None
...  ...   @@ -380,10 +383,10 @@ class GlobalInterfaces(object):
380  383        @classmethod
381  384        def log_globals_lengths(cls):
382  385            try:
383       -          log.warn("Globals lengths - all_block_templates: %s, lowercase_usernames: %s,
          dnm_protocols: %s, ban_dict: %s, stale_block_ban_dict: %s, general_percentages: %s,
          hashrates_by_coin_algorithm_computed_only: %s, hashrates_by_coin_algorithm_with_default: %s,
          total_hashrate_computed_onlys: %s, total_hashrate_with_defaults: %s, " +
     386  +          log.warn("Globals lengths - all_block_templates: %s, lowercase_usernames: %s,
          dnm_protocols: %s, ban_dict: %s, stale_block_ban_dict: %s, duplicate_share_ban_dict: %s, general_percentages:
          %s, hashrates_by_coin_algorithm_computed_only: %s, hashrates_by_coin_algorithm_with_default: %s,
          total_hashrate_computed_onlys: %s, total_hashrate_with_defaults: %s, " +
384  387              "sessions_by_coin_algorithm: %s, sessions_by_static_coin_algorithm: %s, all_block_templates:
          %s, lowest_assigned_coin_algorithms: %s, database_operator_shares: %s, dead_database_operator_uuids: %s,
          sessions_by_api_key: %s, livemining_miner_api_keys: %s, livemining_miner_subscription_ids_to_api_keys: %s, " +
385  388              "duplicate_workers_dict: %s")
386       -          len(cls.all_block_templates), len(cls.lowercase_usernames), len(cls.config_values),
          len(cls.dnm_protocols), cls.ban_dict, cls.stale_block_ban_dict,
     389  +          len(cls.all_block_templates), len(cls.lowercase_usernames), len(cls.config_values),
          len(cls.dnm_protocols), cls.ban_dict, cls.stale_block_ban_dict, cls.duplicate_share_ban_dict,
387  390              len(cls.general_percentages), len(cls.hashrates_by_coin_algorithm_computed_only),
          len(cls.hashrates_by_coin_algorithm_with_default), len(cls.total_hashrate_computed_onlys),
          len(cls.total_hashrate_with_defaults), {key : len(value) for (key, value) in
          cls.sessions_by_coin_algorithm.iteritems()}, {key : len(value) for (key, value) in
          cls.sessions_by_static_coin_algorithm.iteritems()},
388  391              [block.memory_info() for block in cls.all_block_templates],
          len(cls.lowest_assigned_coin_algorithms), len(cls.database_operator_shares),
          len(cls.dead_database_operator_uuids), sum([len(value) for value in cls.sessions_by_api_key.itervalues()]),
          len(cls.livemining_miner_api_keys), len(cls.livemining_miner_subscription_ids_to_api_keys),
389  392              len(cls.duplicate_workers_dict))
...  ...
...  ...            except:
```

📄 <strong>mining/service.py</strong>

+23 −2

```
...  ...   @@ -99,6 +99,15 @@ class MiningService(GenericService):
99   99                pass #ignore when WAMP is disconnected.
100  100               raise AuthorizationException("Authorization failed because this username has been banned for
          submitting too many stale blocks.", MiningAuthorizationFailureError.ERROR_BANNED_STALE_BLOCKS)
101  101
     102  +          ip = conn_ref._get_ip()
     103  +          if GlobalInterfaces.duplicate_share_ban_dict[ip] >
          int(GlobalInterfaces.config_values['duplicate_share_ban_threshold']):
     104  +              log.info("Disconnecting ip %s due to too many duplicate shares.", ip)
     105  +              try:
     106  +                  GlobalInterfaces.livemining.publishMiningFailureErrorUpdate(api_key,
          MiningAuthorizationFailureError.ERROR_BANNED_DUPLICATE_SHARES, MiningFailureErrorType.TYPE_AUTHORIZATION_FAILURE)
     107  +              except AttributeError:
     108  +                  pass #ignore when WAMP is disconnected.
     109  +              raise AuthorizationException("Authorization failed because this worker has been banned for
          submitting too many duplicate shares.", MiningAuthorizationFailureError.ERROR_BANNED_DUPLICATE_SHARES)
     110  +
102  111               session.setdefault('authorized', {})
103  112               session.setdefault('hashrate')
104  113               session.setdefault('coin_id')
```

```
...    ...   @@ -114,7 +123,7 @@ class MiningService(GenericService):
114    123             port_algo_id = GlobalInterfaces.port_to_algorithm_dict[conn_ref.get_server_port()][0]
115    124             #TODO: password is parsed twice
116    125
117        -         password_config = util.parse_password(worker_password, port_algo_id)
       126 +         password_config = util.parse_password(worker_password, port_algo_id)[0]
118    127             if key_required and password_config['k'] != session['api_key']:
119    128                 #log.warn("Authorization for username %s, password %s rejected due to invalid API key.",
       split_name, worker_password)
120    129                 try:
...    ...   @@ -736,7 +745,10 @@ class MiningService(GenericService):
736    745             except SubmitException as e:
737    746                 try:
738    747
739        -                   increment_ban_dict(worker_name, self)  #This works because .connection_ref() is the function
       name for both MiningService and MiningSubscription.  The objects being passed to this function are not the same
       across all calls in other functions.
       748 +                   if 'Duplicate share' in str(e):  # Must be a capital D to avoid the "offline" error.
       749 +                       increment_duplicate_share_ban_dict(ip, self)
       750 +                   else:
       751 +                       increment_ban_dict(worker_name, self)  #This works because .connection_ref() is the function
       name for both MiningService and MiningSubscription.  The objects being passed to this function are not the same
       across all calls in other functions.
740    752                 if record_rejected_share:
741    753                     # block_header and block_hash are None when submitted data are corrupted
742    754
...    ...   @@ -860,6 +872,15 @@ def increment_ban_dict(worker_name, subscription):
860    872         GlobalInterfaces.disconnectAndPublishReason(subscription,
       MiningDisconnectFailureError.ERROR_BANNED_TOO_MANY_STALE_SHARES)
861    873         raise SubmitException("This user is banned for submitting too many invalid shares: " + str(worker_name))
862    874
       875 + def increment_duplicate_share_ban_dict(ip, subscription):
       876 +     GlobalInterfaces.duplicate_share_ban_dict[ip] += 1
       877 +
       878 +     #If this user is banned, disconnect him.
       879 +     if GlobalInterfaces.duplicate_share_ban_dict[ip] >
       int(GlobalInterfaces.config_values['duplicate_share_ban_threshold']):
       880 +         log.error("Disconnected %s due to duplicates.", ip)
       881 +         GlobalInterfaces.disconnectAndPublishReason(subscription,
       MiningDisconnectFailureError.ERROR_BANNED_TOO_MANY_DUPLICATE_SHARES)
       882 +         raise SubmitException("This worker is banned for submitting too many duplicate shares.")
       883 +
863    884     #This function does nothing if the weak connection has already been lost.
864    885     def disconnect_worker_weak(conn_ref_weak):
865    886         try:
...    ...
...    ...
```

Write a comment or drag your files here…

# Exhibit V

**Message 1**

| Date: | Wed, 10 Sep 2025 11:37:45 -0500 |
|---|---|
| From: | "Mervis, Michael T." <MMervis@proskauer.com> |
| To: | Stephen Sokolowski <steve@shoemakervillage.org> |
| Subject: | RE: Jefferies' position on ownership of individual UTPCPL claims |

Mr. Sokolowski - Jefferies forwarded your email below to us for response. Jefferies is not at present a party to the proceeding before Judge Lane. Consequently, Jefferies declines to engage on the point you raise at this time and reserves all rights.

As a reminder, assuming the Debtors validly service of their document subpoena, Jefferies will be required to comply with it absent a court order that Jefferies should not provide the requested document to the Debtors. Please copy me and Jim Anderson (copied here) on any correspondence with the Court.

Thank you.

Michael T. Mervis Member of the Firm Litigation Department Vice Chair Bankruptcy Litigation Group Head

Proskauer<http://www.proskauer.com/> Eleven Times Square New York, NY 10036-8299 d 212.969.3565 m 917.756.9758 f  212.969.2900

greenspaces Please consider the environment before printing this email.

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited.

**************************************************************************
**********************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
**************************************************************************
**********************************************************************

_____

**Message 2**

| Date: | Wed, 10 Sep 2025 10:46:32 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | Matthew Aronsky <maronsky@jefferies.com; Jennifer Kane <jkane@jefferies.com |
| Subject: | Jefferies' position on ownership of individual UTPCPL claims |

Mr. Anderson,

Would you please confirm Jefferies Leveraged Credit Products LLC's position regarding claim ownership?

Specifically, we ask that you confirm that Jefferies did not acquire and does not claim to own the personal claims of Stephen Sokolowski or Christopher Sokolowski - in their individual capacities - to sue non-debtors under the Pennsylvania Unfair Trade Practices and Consumer Protection Law.

We appreciate your response no later than tomorrow, September 11, 2025, at 9:00am EDT.  Just to clarify, this is not a discovery request; we are only seeking Jefferies' present position.

Thanks,

-Steve Sokolowski

# Exhibit W

# Legal Information

This section reviews Prohashing's policies and procedures. Here, you'll learn when and how Prohashing is responsible for unpaid earnings, what government regulations we are required to observe, how our forums are moderated, and our errors policy. If you have any questions or concerns please contact help@prohashing.com.

## Government Regulations 🔗

Government regulations mandate that Prohashing send paperwork to customers who earn more than $600 in any calendar year. However, many international customers may be able to submit a form certifying that they are exempt. Compliance with these regulations is focused on the Legal Information section of the "Account" page.

Prohashing is required to adhere to these regulations for all individuals and most companies with which it does business; therefore, these procedures apply to anyone who receives more than $600 from Prohashing in any given calendar year.

## Form 1099-NEC (United States Customers) 🔗

To comply with United States Internal Revenue Service regulations, Prohashing mails 1099-NEC forms to its customers every January. Since we rent hashrate from customers (who are independent contractors), use it to mine blocks for ourselves, and pay those contractors a fixed rate for the product they are renting, these forms are required by US law to be distributed to customers who live in the United States (or who meet some other conditions) and who earned more than $600 during the previous calendar year. Customers who are not associated with the United States are exempt from this requirement and can submit a W8-BEN form certifying their exemption instead, which is described in the following section.

Prohashing does not withhold any taxes, nor do 1099-NEC forms necessarily mandate the payment of taxes. Prohashing's obligation is solely to generate the forms and mail them by physical mail to qualifying customers. We do not provide advice on how to complete this paperwork or whether you are exempt or not; you may want to consult the IRS website, an accountant, or a lawyer for assistance. Some information may be found in this document. The response in answer A-13 is what caused us to decide to mail these forms to US customers. Information about which international customers qualify as exempt from the paperwork is provided at this site.

Some customers may decide that they are subject to the regulations, but they are mining as a business. The law does not require us to send forms to businesses. To declare that payouts from your account are being paid to a US business, check the checkbox indicating that. For tax years 2019 and later, no forms will be mailed to business accounts. Even though we do not produce or mail forms to businesses, we are still required to collect the same address information for business customers and store it offline in the same location where the W8-BEN forms are stored.

To provide information to be included on the 1099-NEC form, visit the "Settings" page and enter the required information. If you wish to declare that you are exempt from receiving a 1099-NEC form, select the option that declares that you are not a US resident and click "Submit" to complete a W8-BEN form instead.

Charity mining and tip mining is not included in the totals printed on the 1099-NEC forms. The forms require us to print how much customers are paid. Charity and tip mining are also not included in the consideration of whether a customer has exceeded the $600 threshold to be required to submit 1099-NEC forms, because the regulations state that the form is to contain only money paid to the customer. Since 1099-NEC forms are not tax bills, you should contact an attorney to determine whether charity and tip mining is taxable in for your specific circumstances.

Address data submitted to the system is archived offline daily, so any potential hacking in the future will only result in the loss of today's data. Because the data is not stored online, it is not possible to display previously submitted data. Instead, we can only search whether a customer has submitted data or not. If you believe you made a mistake in a previous submission, submit the form again and the previous data will be replaced with the data you just submitted. This data will sit on the disconnected disks until each January, when it is used to mail the forms to customers; it is not used for any other purpose or given to any other company.

Customers who have not earned $600 in a calendar year are not required to submit this information, although they may submit it early to ensure prompt payment should they exceed the $600 threshold for form mailing. If information is submitted but the customer does not earn $600, no form is mailed. Regardless of whether a customer submits information or not, no forms will be mailed to customers who earn less than $600 in a year. If information has not been submitted for a customer who crosses the $600 threshold, we reserve the right to withhold payment until the information is received. While we intend to make every effort to pay customers no matter when they submit this information, Prohashing's liability for payments exceeding the $600 yearly threshold for customers who have not submitted information ends 90 days after the threshold was first exceeded.

Sometimes, the IRS sends Prohashing letters informing us that a customer has submitted erroneous address data. These letters instruct us to halt payouts to customers until the address is corrected. When this happens, customers are asked to submit a support ticket (see the page footer for more details) with the corrected information. **It is extremely labor-intensive to manually check IRS address corrections,** because we need to retrieve the data from the offline location, find the correct person's information, and then decrypt it to verify that the new data satisfies the requirements. It may require several weeks to release payout holds in these circumstances because it is too time-consuming to work on one customer at a time and we need to aggregate trips to the bank. It is extremely important to submit accurate address data so that your account is not subject to an extended hold.

# Form W8-BEN/W8-BEN-E (International Customers) ✎

The IRS mandates that international customers who earn at least $600 complete forms W8-BEN or W8-BEN-E and that they be stored by the mining pool. Charity and tip mining is not included in the consideration of balances for the $600 limit. These forms are linked in the IRS forms section. Unlike the form 1099-NEC, which Prohashing mails to customers, customers submit the W8-BEN/W8-BEN-E forms to Prohashing. They should be printed, signed, and scanned (or imaged with a phone), or, alternatively, completed online using Adobe Acrobat. Customers can then upload the forms using the buttons provided.

Prohashing is not required to perform identity verification on customers, so no identity documents are required. **Do not submit identity documents to us**, as it introduces liability for identity theft. If identity documents, like passports and drivers licenses, are uploaded, those files will be deleted and the correct form will be requested. If the signature is missing on a form, if the provided address does not exist, or other minor issues are present, the form will be deleted and a new one requested. Once received and validated, W8-BEN forms are valid indefinitely, and customers who have submitted these forms will not be mailed any forms.

While minor issues are corrected by simply requesting a new form, customers who display evidence of intentional violation of this requirement, such as submitting an image of a flower instead of a completed form, will be warned and a new form requested. If no attempt is made to provide reasonable information, or there is no response, the account will be permanently banned from using all Prohashing services and the customer will forfeit his or her entire balance because we cannot legally pay it out.

Prohashing does not file W8-BEN and W8-BEN-E forms with the IRS. We understand that this data is important to customers, so we do the minimum that is necessary to comply with the law, which is to retain the forms for the shortest time possible.

One section of the W8-BEN and W8-BEN-E forms contains questions about tax treaties. A list of US tax treaties can be found here.

As with the 1099-NEC data, the images and PDFs of these forms are archived offline to a disconnected disk daily and deleted from the server, so it is not possible for your information to be stolen through remote hacking. Because the information is not available online, the website can only display whether you have submitted the form or not. The forms remain on the disconnected disks until the statute of limitations expires, after which time the data and all its backups will be permanently destroyed. The data will never be read except to initially verify it, and after that only read if mandated by a court or audit. Otherwise, the data will not be read, used for promotional purposes, or given to any other company. If you wish to correct a prior submission, the current form will supercede the previous form when a new form is uploaded.

# Terms of Service ✎

By using any of PROHASHING's services, you acknowledge and agree to the following rules.

## What PROHASHING Is Not ✎

PROHASHING is a mining pool that mines cryptocurrencies and provides some auxiliary services like block explorer hosting. As a user of PROHASHING's services, you accept that our services are limited to mining.

- **PROHASHING is not a bank.** Earnings are paid as soon as they are eligible. While you may use multiple accounts, you may not create multiple accounts solely for the purpose of increasing the amount of money PROHASHING holds above the maximum payout threshold. Service will be terminated to customers who attempt to store money at PROHASHING by avoiding mandatory payouts.
- **PROHASHING is not an exchange.** Customers are paid in the coin they requested at the time mining was conducted. We do not honor requests to exchange earned coins, and we do not accept deposits.
- **PROHASHING does not provide investment advice.** Some customers have requested advice on which coins to buy in support tickets. We do not provide advice to customers on how to invest.

## Age Limit ✎

Children under 13 years of age are not permitted to use any of PROHASHING's services, including the PROHASHING Forums. Accounts created by children under 13 will be terminated immediately upon discovery. Balances in mining pool accounts owned by children under 13 will not be paid and will be permanently forfeit.

Children ages 13 thru 17 may mine with PROHASHING with parental consent and will be required to submit the necessary legal forms as detailed in the Government Regulations section of our documentation.

## ACH Payouts ✎

If you elect to receive payouts through ACH transfers, you expressly authorize PROHASHING's service provider, Dwolla, Inc. to originate credit transfers to your financial institution account. You must be at least 18 years old to receive funds. You authorize us to collect and share with Dwolla your personal information including full name, email address and financial information, and you are responsible for the accuracy and completeness of that data. Dwolla's Privacy Policy is available here.

## Liability For Balances ✎

PROHASHING retains balances for customers as long as possible, but the pool also needs to address security. Even with an enormous amount of effort dedicated to security, it is impossible to eliminate all risk of theft. The best way to secure systems is to make sure that there is little money to steal.

PROHASHING has the option to issue balance forfeitures to customers when any of the following conditions is true:

- The customer has not mined with the pool for 90 days and has not entered a payout address to accept payouts.
- The customer has not mined with the pool for 90 days, and the balances remaining in the account are below the configured payout thresholds.
- The customer exceeded the $600 yearly threshold that requires form submission 90 days ago and has not submitted the required paperwork.

- The customer exceeded the $600 yearly threshold that requires form submission 90 days ago, was notified that the required paperwork was blank or had an error, and did not submit a valid correction.
- A hard fork occurred for a coin 90 or more days ago, and the customer did not provide PROHASHING with information required to issue payouts on one or both blockchains.
- A customer is owed US dollar payouts through ACH payouts, 90 days have elapsed since the payout was due, and the customer removed his/her bank account from the ACH Options section of his/her account settings.
- A customer is owed US dollar payouts through ACH payouts, 90 days have elapsed since the payout was due, and the bank through which ACH payouts have been connected by the customer blocks deposits from PROHASHING's ACH service provider.
- A customer submitted a support ticket requesting help with a balance, PROHASHING responded with a question or request for information for the customer, and the customer didn't reply within 30 days.

Please help us to improve security and get you your money by accepting payouts as soon as possible.

## Payout Times

PROHASHING issues payouts once per coin per day. When a customer becomes eligible for a payout after the daily payout has been issued, that customer will be paid in the next day's payout transaction.

Payout holds caused by delayed submission of legal paperwork and failure to agree to the latest version of the Terms of Service are two examples of cases where money will not be sent until the next day's payout time.

## Terminating Service to Customers

PROHASHING may terminate services to one or all customers at any time, for any reason. If the pool ever decides to stop offering services to one or more customers, the affected customers will be notified by an in-account message and by E-Mail, if an E-Mail address is associated with the account. The affected customers will be given 30 days to enter payout addresses and legal information to claim their balances. If they do not, the balances are forfeit.

If PROHASHING ever decides to close its entire business, customers will be given 30 days to claim their balances, after which the balances will be forfeit. Customers will be notified of the closing by E-Mail, if an E-Mail address is provided. Because hosting PROHASHING is expensive, and closure would probably be driven by a lack of funds, it may not be possible in such a case to continue hosting PROHASHING's database and website online. PROHASHING will still pay owed balances but reserves the right to do so with the website offline including but not limited to paying to addresses on file and contacting customers through other means.

## Use of Nicehash

Cloud mining provider has been associated with criminal activity, as referenced in the blog post and the guide.

PROHASHING customers are prohibited from renting hashing power from Nicehash and directing it at PROHASHING. PROHASHING customers may not direct their own mining rigs at Nicehash and then redirect them through Nicehash to PROHASHING.

PROHASHING reserves the right to issue a balance forfeiture for customers who direct Nicehash miners at PROHASHING. Additionally, such customers may incur civil liability for past payouts associated with Nicehash rentals. If any Nicehash mining has been associated with a customer, the burden of proof will fall upon that customer to prove which portion of his or her mining was not associated with Nicehash. In the event the customer cannot prove which portion of mining is not associated with Nicehash, (s)he will be responsible for repayment of all balances earned for the entire account after Sunday, August 1, 2021.

## Legal Actions and Threats

PROHASHING is glad to assist customers in resolving payout issues. You can use any of PROHASHING's support methods to contact PROHASHING staff at any time, and we strive to respond to issues within 24 hours.

However, civil action must be handled differently than standard customer service. Statements and actions made by PROHASHING can influence the outcome of legal cases. When a customer threatens legal action, PROHASHING's employees will immediately suspend communications with that customer, and direct all further communications through the parties' attorneys. Outstanding tickets with that customer will be closed pending the outcome of the case.

Threats of legal action legitimately delay the resolution of issues. We urge customers to attempt to resolve issues amicably before making legal threats, as we must handle legal threats on a different channel from standard support tickets.

## Hard Fork And Swap Policy

Hard forks are a necessary and welcome change to coins. They allow new features to be deployed that would otherwise not be possible.

However, forks should be well-tested and limited to rare circumstances where many worthwhile features are included. Some coins place excessive workload on exchanges and pools by executing poorly planned and frequent forks. Forks also produce risk in selecting the incorrect chain. To allow us to provide great customer service to other tickets, and to discourage development teams from creating excessive numbers of forks, we do not guarantee payouts on future versions of a coin daemon's blockchain. Usually, PROHASHING will issue payouts on both blockchains, but we have the right to permanently discontinue the coin and only issue payouts on the earlier version blockchain.

Coins that swap to new blockchains place an even larger burden on exchanges and pools since they require active intervention to convert balances. While PROHASHING will usually attempt to convert user balances to new blockchains, PROHASHING cannot guarantee payouts on any swapped blockchain. If PROHASHING is not notified well before a swap deadline, then the interface to swap coins may have closed, which would make converting currency impossible. In this case, payouts will be issued on the existing blockchain.

If you are aware of an impending fork or swap, please notify us using the "Notify Us of Forks" button on the Block Explorer page.

When a coin forks, the block explorer will continue to display the old fork until someone addresses the issue over the weekend, and then the coin will be queued for reindexing. Reindexing generally requires one to two weeks, so coins that hard fork will usually require two to three weeks before the block explorer is again available for that coin. If you are a coin developer, please consider these effects and the significant workload you are placing on the community in your decision about hard fork frequency. However, notifying us about a hard fork before the fork occurs significantly reduces block explorer downtime.

## Unreasonably Low Luck Miners  🔗

Some miners have *unreasonably low luck*.

While all miners can have streaks of poor luck in finding blocks, some mining rigs are so unlucky that the number of blocks they submit to the pool are far fewer than what would otherwise be expected. These miners exhibit characteristics that allow PROHASHING to identify them as "unreasonably low luck miners." PROHASHING accounts for the behavior of low-luck miners in its "orphan rate," as the luck differs for every coin. Historically, low-luck miners reduce earnings for all pools about 10% below what would be expected through normal mining.

It isn't clear why some mining rigs exhibit low luck, although it has been suggested in some forums that the low luck results from cloud hashing services that rent out miners from owners who use buggy software. Because cloud mining often hides the origin of the miners, the victim of low-luck mining often has no idea that the hashrate he is renting is providing less mining power than what he is paying for. Be careful to only rent miners from reputable cloud mining services and to look twice if the price seems too good to be true. PROHASHING takes one of two actions against low luck miners.

1. In rare cases, PROHASHING will issue balance forfeitures for earnings during the previous day. The odds of a false-positive forfeiture are estimated to be around 1 in 10,000, which means that normal miners would expect to forfeit one day's earnings in 30 years of mining, whereas low-luck miners will often find themselves forfeiting balances on consecutive days. If the low-luck detection algorithm issues a forfeiture against your account, submit a support ticket (see the page footer for more details) and we can assist in tuning your miners so that the problem is resolved quickly. No forfeitures were issued due to low luck mining in 2022.
2. PROHASHING may require that low-luck miners demonstrate an equal number of days of good luck to be paid. In this scenario, once low luck is detected, payouts are stopped for a day until a day of good luck is registered, after which full payments for the entire time, including the low luck period, are issued. Even if a miner is identified as having low luck, the miner will almost certainly be paid the next day, since the odds of having multiple low luck periods in a row without any intervening good luck are astronomically low. Miners who do not demonstrate a day of good luck permanently forfeit all balances 30 days after the initial hold is placed. All you need to do to avoid this forfeiture from happening is to continue mining normally, and the message will disappear, likely within a day or two.

By mining with PROHASHING, you acknowledge that there is a very small chance that your miners could be falsely identified as having low luck. You also acknowledge that, unlike balance holds due to missing payout addresses or tax information, balances frozen due to low luck are completely forfeit, rather than simply reaching end of liability, if you do not continue mining to prove good luck on a subsequent day.

It has been brought to our attention that it may be possible to modify mining rigs to intentionally exhibit low luck characteristics. Since doing so provides no benefit to the user, it is unclear why someone would take such an action. By connecting your miners to PROHASHING, you agree that you will submit all shares and blocks found during normal miner operation to the pool. Intentional failure to submit found shares or blocks constitutes theft of service, and our policy is to take legal action against such miners to recover damages.

## Forum Rules  🔗

Users of the PROHASHING forums agree to abide by the following rules:

Support:

- The forums may be used to request help from the community. They are not necessarily monitored by PROHASHING staff for support requests. Submit a support ticket for individual support requests, such as payout issues. There are support options at the top right of the forums page, or you can go to the "About" page of the PROHASHING website.
- Customers who request support, are told to submit a support ticket, and then continue to make complaints without actually submitting a ticket will be banned and have the post or chat requesting assistance deleted.

Content:

- All content must contain original thought and contribute to the discussion.
- Posts may not consist entirely of content found verbatim elsewhere on the Internet.
- All facts posted must be accurate to the best of the poster's knowledge. Some information is trivially provable, and failure to provide proof will result in account deletion. For example, a customer who claims that his balances declined by $1,000 yesterday can trivially prove that fact by providing his username, so failure to provide a username when asked will result in a ban.
- PROHASHING aims for a higher bar of conversation. All users must give more value to the forums than they take from others. In general, a post should add more value than it removes - and if it does not, then some other post should make up for it. Examples of giving value are providing new insight into a topic or expressing a nuanced opinion. Examples of taking value are posting a question that will not cause others to learn anything through their assistance, or advertising a product. Users may be banned when their value taken far exceeds their value given. This policy implies that initial posts must provide value so that later posts that take it away do not result in an overall negative contribution.
- Any discussion of drugs or darknet markets in any context will result in a permanent ban and deletion of the posts, even if the discussion does not promote the use of drugs. We understand that this rule is extremely strict, but hopefully customers can understand that, for liability reasons, PROHASHING can have no association whatsoever with drugs.
- One-line posts with non-original content, like "Hello!" are also prohibited.

Spam:

- Advertising of services unrelated to mining is disallowed, and spam will be removed promptly.
- Links in new threads by newly registered users may only reference sites that cover two or more products or services.
- Editing a post to include irrelevant links after it was originally posted will result in an immediate and permanent ban.
- Long-term users who violate the rule will be warned, but zero-post users will be immediately and permanently banned.
- The primary language of the PROHASHING forums is English, and posts in other languages should be directed to other forums.

Conduct

- Treat other posters with decency and respect.
- Personal attacks on other users are not permitted and are grounds for warnings, post removals, and bans. In general, the moderation policy on rude behavior is stricter than you may see on other forum sites. We err on the side of inclusiveness rather than a policy of total free speech in every circumstance.
- The sale of pre-orders of miners is prohibited, since the manufacturers do not allow the transfer of pre-orders. Buy and sell other items at your own risk; we do not offer escrow services.

## Bitcoin Talk and reddit 🔗

Bitcoin Talk is a discussion forum for cryptocurrencies run by Michael Marquadt (theymos.) Many pools and coins have "official threads" on the forum, where features are announced and support is available. reddit is a social media outlet that links to external sites and allows readers to comment on posts. Some companies provide support or answer questions on reddit.


Marquadt, in addition to owning Bitcoin Talk, is also the moderator of many of the most popular "subreddits" (boards separated by topic) on reddit, and other subreddits are indirectly controlled by those in his group. reddit rarely takes action against the moderators of subreddits and does not claim responsibility for their content. As a result, Marquadt and the Bitcoin Core developers practice heavy censorship in their subreddits, manipulating discussion about topics like Bitcoin Cash, Bitcoin SV, the bitcoin transaction limit, and Litecoin, among other ideas. Posts on forums controlled by Marquadt and his employees are often selectively deleted, both to silence discussion and also to make it appear as if posts are replying to their grandparent comments, rather than the parents, to distort the user's views. PROHASHING's employees have been banned from Bitcoin Talk, presumably for posting comments disagreeing with Marquadt. In two cases, Marquadt or someone with whom he is associated has managed to use reddit's long list of rules to have employees banned from the site due to trivial rule violations. This is important because Core developers and others have used the inability of the company to post replies to lie about the company's views.

- PROHASHING is banned from Bitcoin Talk, all known posts there were deleted by Marquadt or us, and the company does not use Bitcoin Talk for any purpose. Any comments claiming to be ours on Bitcoin Talk are not from PROHASHING.
- Negative comments and rumors about PROHASHING in forums like Bitcoin Talk and reddit's /r/bitcoin should be corroborated at an uncensored forum. We received one report where a user who attempted to debunk a rumor had his posts deleted.
- There is no official PROHASHING "subreddit." If any exists or is created in the future, PROHASHING employees do not and will not respond to posts there.
- PROHASHING employees do not communicate to customers through private messages on Bitcoin Talk or reddit. Genuine employees will not ask for your password or offer to resolve support issues at those sites.
- As a general rule, cryptocurrency discussion on Bitcoin Talk and reddit should be viewed as untrustworthy and heavily manipulated, due to the centralized control of these forums by one person. For example, Coinbase, one of the world's largest cryptocurrency exchanges, was removed from websites controlled by Marquadt because it trades in Bitcoin Cash.
- PROHASHING posts genuine news and responds to comments about news on twitter and facebook.  PROHASHING does not have an official account on reddit and Bitcoin Talk.
- PROHASHING employees do not use fastsupport.com, which is abused by fraudulent customer service agents, to resolve customer issues.
- PROHASHING employees do not resolve support issues through E-Mail and do not request data from customers by E-Mail, unless the conversation is initiated by the customer with by sending an E-Mail to help@prohashing.com.  PROHASHING does not start outgoing support requests by E-Mail.
- PROHASHING employees will never place an outgoing call to any customer unless the customer called us first.
-
- The PROHASHING forums and Discord server are good places to ask general questions about how the site operates. They are moderated to remove fake accounts and scams.
- The only place to receive genuine customer support for specific customer issues is by submitting a support ticket to us - see the page footer or the About page for how to submit one.

PROHASHING is not responsible for losses or theft to customers who obtain false support from Bitcoin Talk, reddit, or any forum.

## Copyright 🔗

All material published on the PROHASHING main website, including its source code, is protected by copyright and is owned by PROHASHING LLC. Posts on the PROHASHING forums may be copyrighted by their authors. By posting, authors of posts grant PROHASHING LLC a perpetual, nonexclusive, license to host and republish the content. PROHASHING may also remove content from its forums without notifying the author and has no obligation to continue hosting any content.

## Error and Liabilities Policy 🔗

In order to remain ahead of the competition, PROHASHING pursues an aggressive development schedule. Unfortunately, sometimes bugs occur that affect balances. The following policy governs what happens when errors are discovered in balances.

- If you are mining correctly and the pool's software incorrectly credits you with too much money, we will pay you the estimated average earnings for the period.
- If you are mining correctly and the pool's software incorrectly credits you with too little money, you will be paid your proportion of the pool's actual earnings of the day during that period.
- If the pool goes offline, then we will pay for the time the pool is online only. This includes planned server maintenance. To prevent this situation, add a backup pool.
- If there is ever a theft or hacking that causes us to lose funds, but you were mining correctly, we will attempt to pay customers in good standing the amount they are owed, even if the pool is forced to shut down afterward due to the losses. We retain additional funds for this purpose, and this is why we mandate payouts every day, to reduce the amount available to steal. However, customers with "end of liability" balances will not be paid for those balances. In the event of a theft or hacking, PROHASHING's liability will not exceed the amount currently owed to customers.
- In the event that money stored in an exchange is hacked, lost, or stolen by the exchange's owners, PROHASHING reserves the right to prorate miner earnings to account for unrecoverable funds, as well as for attorney fees required to pursue a lawsuit against the exchange owners to recover the funds.

PROHASHING is the sole determinant of whether the pool's software has made an error, and by how much the error is. PROHASHING's decisions on balance adjustments are final.

## Earnings Calculations 🔗

PROHASHING's earnings formula is complex and involves a number of factors to prevent PROHASHING from unexpected losses. Some of these factors, but not all, are described in this list:

- The coin's difficulty
- The price of the coin at the best exchange
- The volatility of the coin's price
- The depth of the coin's markets
- How many exchanges offer the coin
- The coins PROHASHING has on hand compared to the coins customers want to earn
- PROHASHING's fee

Additionally, individual miners may be affected by these factors, among others:

- Internet latency
- Connectivity drops
- Rejected shares
- Suboptimal shares

PROHASHING's estimated profitability, which is displayed on the "status" page and in the forums header, may differ from actual customer earnings due to conditions involving PROHASHING and customer miners. In the event that any value on the PROHASHING website or database differs from the amount credited to a customer, the canonical amount owed will be the amount credited to the customer's balances.

## Ransomware Policy 🔗

You may not use PROHASHING's services for any purpose involved with ransomware. You may not direct PROHASHING payouts to payout addresses for the purpose of paying ransoms. Customers involved with ransomware in any way will be permanently banned from the use of all of PROHASHING's services.

PROHASHING does not respond to criminals involved in ransomware. PROHASHING will never pay a request for ransom under any circumstances. PROHASHING keeps both online and disconnected backups to prevent ransomware attacks. In the event that PROHASHING were attacked by ransomware, all backups were found to be corrupted, and no recovery plan is available without the original data, the company will pay customers the debts that can be deduced using the data that is available and then terminate its business.

## How Comparison Data is Calculated 🔗

Statistics listed in the Proswitching benefits chart on the site's front page are calculated from publicly available APIs offered by PROHASHING and other services. All figures are computed for the total earnings between two midnights Eastern time ago and the most recent midnight Eastern time.

The "Proswitching vs Anchor" column is the amount of money that can be earned through Proswitching mining compared to the amount of money that could be earned by solo or PPLNS mining the anchor coin at PROHASHING. For all figures, fees and the average orphan rate that any pool could receive are included. Since PPLNS and solo mining fees are typically lower at both PROHASHING and other pools and the lower fees are considered in the calculation, the higher fees for FPPS Proswitching mining are still almost always offset by the increased profitability of coin switching.

The comparisons are affected by the price of coins throughout the day. Even if there is only one coin available for mining in an algorithm, the earned amount may be less than or greater than 100% because the value of the coins at the end of the day, when payouts are processed, differs from the value of the coins at the time of mining due to price changes.

The "Competitors vs Anchor" column is the amount of money that can be earned using the default mining configuration at PROHASHING compared to the amount of money that could be earned by mining with the highest-paying of a list of mining pools for which we currently have implemented API support. The data for competitor payouts is obtained using their publicly available API data. If multiple datasets are available, the one closest to their default mining configuration is used. If no competitor data is available for the time period, the column is left blank for the algorithms for which the data is unavailable.

## Changes 🔗

PROHASHING reserves the right to periodically change these Terms of Service. PROHASHING has developed a feature that allows customers to agree to new versions of the Terms when they are changed. The versions of the Terms to which customers have agreed will be stored in PROHASHING's database.

Customers who have not agreed to the most recent version of the Terms will not be paid for money earned after the Terms were changed. Agreeing to the new version of the Terms will release all payouts at the next normal payout time.

## Jurisdiction 🔗

The jurisdiction for all disputes over these terms is Centre County, in the Commonwealth of Pennsylvania, in the United States of America.

## Use of Stock Images 🔗

Some stock images displayed on Prohashing's website were obtained from [Vecteezy](#) under a Free License. Under this licensing agreement Prohasing is required to provide attribution for all images used. Below is list of stock images used and the needed attributions.

- Image ID: 695422, [Geometric Wave Vectors by Vecteezy](#)
- Image ID: 2184723, [Technology Background Vectors by Vecteezy](#)
- Image ID: 5290328, [Free Stock photos by Vecteezy](#)
- Image ID: 6782574, [Free Stock photos by Vecteezy](#)
- Image ID: 4811254, [Free Stock photos by Vecteezy](#)
- Image ID: 2547871, [Free Stock photos by Vecteezy](#)
- Image ID: 1103171, [Free Stock photos by Vecteezy](#)
- Image ID: 5390207, [Free Stock photos by Vecteezy](#)
- Image ID: 5130385, [Free Stock photos by Vecteezy](#)
- Image ID: 1415856, [Free Stock photos by Vecteezy](#)

# Privacy Policy 🔗

## Data Prohashing Collects 🔗

By default, no personally identifiable information is collected from Prohashing website visitors. To use specific services, Prohashing collects additional data. Data that is marked as "required" must be provided by the customer to maintain that level of service.

| Type | From Whom | Retention period | Storage location | Required? | Purpose |
|------|-----------|------------------|------------------|-----------|---------|
| E-Mail addresses | All customers | Until deleted by customer | Main database | ✗ | • Notifications (if you enable them)<br>• New feature messages (if you check the box at registration allowing Prohashing to send news about new features)<br>• Security notifications, such as password reset requests<br><br>In compliance with the CAN-SPAM ACT of 2003, if you wish to permanently and irrevocably block an E-Mail address from being used by Prohashing's services, send a message with any subject and body to unsubscribe@prohashir Sending an E-Mail to that address adds the sender to a "last resort" list, which is checked before marketing and confirmation messages are sent. This blocking system is separate from the rest of Prohashing's services, and therefore you may wonder why important requested messages, like password reset messages and notifications, do not arrive. |
| Passport or driver's license data | Trusted miners | 30 days after customer requests removal from Program | Name remains online; rest moved to offline disk after 24 hours | ✓ | • Identity verification<br>• AML and criminal records checks<br><br>Customers may request to leave the Prohashing Trusted Mining Program and to have this data deleted by submitting a support ticket. |

| Type | From Whom | Retention period | Storage location | Required? | Purpose |
|------|-----------|------------------|------------------|-----------|---------|
| Name, address, and TIN | Customers earning $600 or more in any single year | 8 years after last account use | Offline disk after 24 hours | ✓ | • Production of form 1099-NEC<br>• Storage of W8-BEN and W8-BEN-E forms |
| Payout data | All customers | Indefinitely | Online database and online backups | ✓ | • Auditing Prohashing's finances<br>• Completing Prohashing's taxes<br>• Fraud detection and response |
| Mining history | Miners | Indefinitely | Online database and online backups | ✓ | • Auditing Prohashing's finances<br>• Low-luck mining analysis<br>• Troubleshooting and bug detection |
| Website browsing history | Everyone | Indefinitely | Online database and on Google's cloud servers | ✓ | • Analyzing Prohashing's most popular features<br>• Troubleshooting and bug detection |

With the exception of the website history that is recorded by Google Analytics, Prohashing physically controls all of its customers' data on its self-hosted servers. Prohashing does not upload customer data to disks located on cloud storage sites, like Amazon or Microsoft Azure, and Prohashing's database is not hosted on cloud servers.

## When Prohashing Discloses Data 🔗

Prohashing does not disclose data to third parties, except in the circumstances listed below:

| Reason | Required? | Description |
|--------|-----------|-------------|
| Legal requests | ✓ | Prohashing complies with all laws and regulations and will disclose data when ordered to do so by a court or government agency. |
| Fraud investigations | ✓ | When an account is suspected of committing fraud against Prohashing, Prohashing will share relevant data with the police to assist in their investigation. |

| Reason | Required? | Description |
| --- | --- | --- |
| Google Advertising Reporting Features | ✕ | Prohashing uses Google's Advertising Reporting Features. If you have a Google account, the Advertising Reporting Features reports anonymized, aggregate demographics data like your age to Google Analytics, so that Prohashing can determine the type of person who is interested in Prohashing's services. You can opt-out of Google's data collection for Prohashing or for all sites here.<br><br>Prohashing does track the username, and no other data, of customers who registered after clicking on a paid ad from another site. The username is used to determine how much money the customer earned, so that Prohashing can calculate whether the cost per conversion is higher or lower than the cost of the the ads necessary to generate that conversion. |

Prohashing does not sell data to third parties for marketing or advertising. Prohashing wrote its own E-Mail marketing system, so even if you request to receive messages about new features, your data is still not provided to a third party. You will not receive promotions or sales pitches from other companies. We do not display or sell ads on Prohashing's website.

## Accuracy of Provided Data 🔗

Customers are solely responsible for providing accurate data to Prohashing. Prohashing's responsibility for legal compliance is to send information to the names and addresses provided by customers.

If Prohashing discovers that false data has been provided, Prohashing may withhold earnings, close the customer's account, and/or report the false data to authorities, if required.

Customers may not associate an E-Mail address owned by someone else with their Prohashing accounts.

If a customer provides inaccurate data and faces government consequences, Prohashing is not liable for any action taken against that customer.

## Cookies 🔗

When customers log into Prohashing, cookies are used to store session data. Customers consent to the use of cookies when they login to any of Prohashing's services. Prohashing does not use cookies for "remarketing" or to track customers on other websites.

← Previous: Public Offerings                    Next: PROHASHING Brand Guidelines →



About            Career                Resources                Forums

# Have a Question?

Feel free to submit details using our website chat, and we'll get back in touch soon!

You must log in and associate an E-Mail address with your account to use website chat.

# No PROHASHING Account?

Send us an email at **help@prohashing.com** or call us at
**(888) 901-HASH**.

© 2021 PROHASHING. All rights reserved

Terms of Service                                                          Privacy Policy

# Exhibit X

**Subject:** Meeting regarding DCG NYSB case?
**From:** Christopher Sokolowski <chris@prohashing.com>
**Date:** 7/16/2025, 2:39 AM
**To:** asouthwell@mwe.com

Hello,

My name is Christopher Sokolowski. I am a co-defendant in a case in the New York Southern
District Bankruptcy Court adversary proceeding 25-01111-shl.

A client of yours, Vincent Falco, is also a defendant in this case. Will you be
representing him in this case?

If you are representing him, then I and my co-defendant Stephen H Sokolowski would like to
meet with you next week. Stephen and I are proceeding pro se as we did in our Pennsylvania
case, and we would like to discuss plans for this case.

When would you be available to meet next week?

Sincerely,
-Christopher H Sokolowski
814-600-9804

# Exhibit Y

The company currently has no assets because it is awaiting account approval from Genesis.

After approval, the company's balance sheet will be the assets held by Genesis, as the company does not have any borrowers other than Genesis.

# Exhibit Z

**Message 1**

| Date: | Fri, 11 Nov 2022 09:30:57 -0500 |
|---|---|
| From: | Stephen Sokolowski <steve@shoemakervillage.org> |
| To: | GGC Operations <operations@genesiscap.co> |
| Subject: | Withdrawals |

Hi,

Unfortunately, due to our losses at BlockFi, we need to obtain capital quickly to continue our business operations.  Please issue the following withdrawals from the Cryptocurrency Management LLC account.

* Withdraw all of the dogecoins in the account to D7tXfg4taMjJ5jvQqNfp78qb6d6itUpQxH.
* Send all of the USDC and equivalents to the bank account on file.

I have complete faith that Genesis will survive this incident and continue to grow, as your message stated; our withdrawals are necessary solely because of the immense losses we took at BlockFi.  We hope to return to Genesis if we recover!

Thanks,

-Steve Sokolowski