IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI **Plaintiffs,** | Electronically Filed |
| v. | Case No. 4:25-cv-00001-KM-PJC |
| DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, SOICHIRO "MICHAEL" MORO, **Defendants.** | Hon. Karoline Mehalchick Hon. Phillip J. Caraballo |

**PROPOSED ORDER**

AND NOW, this ___ day of _____, 2026, upon consideration of Plaintiffs' Motion for Leave to File Second Amended Complaint, and for good cause shown, IT IS HEREBY ORDERED that:

Plaintiffs' Motion is GRANTED.

1

The Clerk of Court is directed to file Exhibit 1 of the Motion as Plaintiffs' Second Amended Complaint, which shall be the operative complaint in this action. The Clerk of Court is further directed to file Exhibit 2 of the Motion as the Second Amended Complaint's accompanying exhibits, and Exhibit 3 of the Motion as the Second Amended Complaint's accompanying declarations.

Defendants shall respond to the Second Amended Complaint within the time permitted by Fed. R. Civ. P. 15(a)(3), unless otherwise ordered by the Court.

Any pending motions directed to the superseded complaint are DENIED WITHOUT PREJUDICE AS MOOT. Defendants may file any appropriate responsive motion directed to the Second Amended Complaint in accordance with the Federal Rules and Local Rules.

To the extent the Second Amended Complaint adds new defendants, Plaintiffs shall file and effect service of the Second Amended Complaint within thirty (30) days of this Order, consistent with Local Rule 15.1(a), unless otherwise ordered.

BY THE COURT:

_____

Hon. Phillip J. Caraballo

United States Magistrate Judge