# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** v. DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, SOICHIRO "MICHAEL" MORO, **Defendants.** | Electronically Filed<br><br>Case No. 4:25-cv-00001-KM-PJC<br><br>Hon. Karoline Mehalchick<br>Hon. Phillip J. Caraballo |

## CERTIFICATE OF USE OF GENERATIVE AI

Pursuant to the Order of the Honorable Phillip J. Caraballo regarding the use of Generative AI in any document filed in this Court, Plaintiffs hereby certify as follows:

4.       **Specific AI Tool Used:** Plaintiffs utilized Google Gemini Pro 3.0, Google Gemini Pro 3.0 Flash, Google Gemini Pro 2.5, OpenAI ChatGPT 5.0 Thinking, OpenAI ChatGPT 5.1 Thinking, OpenAI ChatGPT 5.2 Thinking, OpenAI ChatGPT 5.0 Pro, OpenAI ChatGPT 5.1 Pro, OpenAI ChatGPT 5.2 Pro, Anthropic Claude 4.5 Sonnet, and Google Gemini Deep Research in the preparation of this Motion for Leave to File Second Amended Complaint and Brief In Support,

5.       **Portions of the Filing Prepared by AI:** Most of the Motion was written by AI models, rewritten by humans, and double-checked to be legally sound by the models without making additional changes.

6.       **Accuracy Check:** Plaintiffs have thoroughly reviewed and verified the accuracy of all text, citations, and legal authority generated by the AI tool. All citations and references included in the filing have been confirmed to exist and accurately reflect the cited authorities. Plaintiffs have ensured that no confidential or privileged information was disclosed to the AI tool.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2026

Respectfully submitted,


/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org