IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI<br>**Plaintiffs,**<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, SOICHIRO "MICHAEL" MORO,<br>**Defendants.** | Electronically Filed<br><br>Case No. 4:25-cv-00001-KM-PJC<br><br>Hon. Karoline Mehalchick<br>Hon. Phillip J. Caraballo |

**PROPOSED ORDER**

AND NOW, this ___ day of _____, 2026, upon consideration of Plaintiffs' Motion to Stay Proceedings, and for good cause shown, IT IS HEREBY ORDERED that:

Plaintiffs' Motion is GRANTED.

2.   All proceedings, deadlines, and rulings in this matter are STAYED up to and including February 2, 2026.

3.   PROHASHING LLC's new counsel will file a Notice of Appearance and, depending on intervening events, current Plaintiffs will request that the Court

continue the stay or proceed with briefing on the Motion to Amend on February 2, 2026.

BY THE COURT:

_____

Hon. Phillip J. Caraballo

United States Magistrate Judge