IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** v. DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, SOICHIRO "MICHAEL" MORO, **Defendants.** | Electronically Filed Case No. 4:25-cv-00001-KM-PJC Hon. Karoline Mehalchick Hon. Phillip J. Caraballo |

## CERTIFICATE OF USE OF GENERATIVE AI

Pursuant to the Order of the Honorable Phillip J. Caraballo regarding the use of Generative AI in any document filed in this Court, Plaintiffs hereby certify as follows:

**Specific AI Tools Used:** Plaintiffs utilized Google Gemini Pro 3 and OpenAI ChatGPT 5.2 Pro in the preparation of Motion to Stay Proceedings And Brief In Support.

**Portions of the Filing Prepared by AI:** The AI tools researched the procedure for filing this notice and wrote portions of its draft.

**Accuracy Check:** All cases were read by a human and confirmed to be accurate. Plaintiffs have ensured that no confidential or privileged information was disclosed to the AI tool.

We declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2026

Respectfully submitted,


/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org