IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** v. DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, SOICHIRO "MICHAEL" MORO, **Defendants.** | Electronically Filed<br><br>Case No. 4:25-cv-00001-KM-PJC<br><br>Hon. Karoline Mehalchick<br>Hon. Phillip J. Caraballo |

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I filed the foregoing Motion to Stay Proceedings with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 2, 2026

Respectfully submitted,


/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org