# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001-KM-PJC

Hon. Karoline Mehalchick
Hon. Phillip J. Caraballo

**CERTIFICATE OF NONCONCURRENCE**

Pursuant to Local Rule 7.1, the undersigned hereby certifies that on January 3, 2026, counsel for all Defendants was contacted regarding the relief requested in Plaintiffs' *Motion for Leave to File Second Amended Complaint* and *Brief in Support*. Counsel for all Defendants responded that they do not concur with the motion.

1

Dated: January 8, 2026

Respectfully submitted,


/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org