# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, SOICHIRO "MICHAEL" MORO, **Defendants.** | Electronically Filed <br><br> Case No. 4:25-cv-00001-KM-PJC <br><br> Hon. Karoline Mehalchick <br> Hon. Phillip J. Caraballo |

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on January 8, 2026, I contacted counsel of Defendants Digital Currency Group, Inc, Barry E. Silbert, and Soichiro "Michael" Moro to determine if they concur with the *Plaintiffs' Amended Motion To Stay Proceedings And Brief In Support*. All Defendants do not concur with the motion.

Dated: January 9, 2026

Respectfully submitted,


/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org