IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI **Plaintiffs,** v. DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, SOICHIRO "MICHAEL" MORO, **Defendants.** | Electronically Filed<br><br>Case No. 4:25-cv-00001-KM-PJC<br><br>Hon. Karoline Mehalchick<br>Hon. Phillip J. Caraballo |

**PROPOSED ORDER**

AND NOW, this ___ day of _____, 2026, upon consideration of *Plaintiffs' Amended Motion To Stay Proceedings And Brief In Support*, and for good cause shown, IT IS HEREBY ORDERED that:

Plaintiffs' Motion is GRANTED**.**

1. All proceedings, deadlines, and rulings in this matter are STAYED up to and including April 2, 2026.

2. PROHASHING LLC's new counsel will file a Notice of Appearance and, depending on intervening events, current Plaintiffs will request that the Court

continue the stay or proceed with briefing on the Motion to Amend on April 2, 2026.

3. The original *Plaintiffs' Motion to Stay Proceedings And Brief In Support* (ECF No. 61), filed on January 2, 2026 and requesting a stay until February 2, 2026, is DENIED as moot.

BY THE COURT:

_____

Hon. Phillip J. Caraballo

United States Magistrate Judge