UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, <br><br> Defendants. | Electronically Filed <br><br> Civil Action No. 4:25-CV-00001 <br><br> Hon. Karoline Mehalchick |

**DEFENDANTS' CONTESTED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO STAY PROCEEDINGS**

Defendants Digital Currency Group, Inc. ("DCG"), Barry E. Silbert ("Silbert"), and Soichiro "Michael" Moro ("Moro"), by and through the undersigned counsel, hereby respectfully move the Court for an extension of time until February 6, 2026 for Defendants to file their opposition to Plaintiffs' Motion to Stay Proceedings (Dkt. 61), and in support thereof state as follows:

1. The undersigned represent DCG, Silbert, and Moro in this action, which asserts claims under the Pennsylvania Unfair Trade Practices and Consumer Protection Law.

2. On January 2, 2025, Plaintiffs filed their Complaint (Dkt. 1).

3. On March 4, 2025, Defendants DCG and Silbert moved to dismiss the Complaint (Dkt. 9).

4. On March 21, 2025, Defendant Moro moved to dismiss the Complaint (Dkt. 19).

5. On March 25, 2025, Plaintiffs filed an Amended Complaint ("Amended Complaint") (Dkt. 22).

6. On April 8, 2025, Defendants DCG and Silbert filed a Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 25) (the "DCG/Silbert Motion to Dismiss"). On the same date, Moro also filed a Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 24) (the "Moro Motion to Dismiss," and together with the DCG/Silbert Motion to Dismiss, the "Motions to Dismiss").

7. DCG and Silbert filed a Memorandum of Law in Support of the DCG/Silbert Motion to Dismiss (Dkt. 37) on April 22, 2025, and Moro filed a Memorandum of Law in Support of the Moro Motion to Dismiss (Dkt. 38) on April 23, 2025.

8. On May 27, 2025, Plaintiffs filed a Memorandum of Law in Opposition to Defendants' Motions to Dismiss (Dkt. 44) ("the Opposition").

9. On July 1, 2025, DCG and Silbert filed a Reply in support of the DCG/Silbert Motion to Dismiss (Dkt. 52). On the same date, Moro filed his Reply in support of the Moro Motion to Dismiss (Dkt. 53).

10. On January 2, 2026, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint ("Motion to File SAC") (Dkt. 60). The same day, Plaintiffs filed a Motion to Stay Proceedings ("Stay Motion") (Dkt. 61).

11. Plaintiffs' Stay Motion requested the proceedings be stayed until February 2, 2026.

12. On January 7, 2026, Defendants conferred with Plaintiffs over email to request an extension to February 6, 2026 or until 35 days after Plaintiffs' Motion to File SAC and the Stay Motion were properly before the Court. Plaintiffs consented to the extension and indicated a stay might no longer be necessary in light of the agreed extension.

13. On January 8, 2026, Plaintiffs informed Defendants they would be refiling their Stay Motion, now seeking a 90-day stay of the proceedings, which would stay the case until at least April 2, 2026. Plaintiffs also withdrew their consent to extension for Defendants to reply to the Stay Motion to February 6, 2026, and insisted Defendants file their opposition to the Stay Motion with 14 days of its renewed filing date.

14. Defendants request an extension to respond to Plaintiffs' Stay Motion to February 6, 2026, the date to which Plaintiffs initially agreed. The requested extension will promote judicial efficiency by aligning the briefing schedule for the

Stay Motion with the briefing schedule for Plaintiffs' Motion to Amend, to which the parties have agreed.

15. Moreover, Plaintiffs' Stay Motion and Motion to File SAC involve substantially overlapping issues. Indeed, Plaintiffs' justification for seeking the instant stay is to prevent the Court from ruling on Defendants' motions to dismiss, which have been pending for over six months, before addressing Plaintiffs' new allegations, to the extent any are not rendered moot by the Court's decision on the pending motion to dismiss. Accordingly, Defendants anticipate that their response to Plaintiffs' Stay Motion and to Plaintiffs' Motion to File SAC will involve substantially similar arguments.

16. Defendants have each previously sought one extension in this case. On June 5, 2025, DCG and Silbert filed an uncontested motion to extend the deadline to file a reply to Plaintiffs' Opposition to the Motions to Dismiss. On June 9, 2025, Moro filed an uncontested motion to extend the same deadline.

WHEREFORE, Defendants respectfully request that this Honorable Court grant the present Motion to extend the time for Defendants to respond to the Stay Motion to February 6, 2026.

Defendants are available for a status conference to the extent the Court wishes to discuss the schedule for this matter in light of the multiple pending motions.

Dated: January 12, 2026

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Joshua M. Link
1835 Market St., Suite 1400
Philadelphia, PA 19103
Telephone: +1 215.569.3003
Fax: +1 215.568.6603

Respectfully submitted,

/s/ Christian D. H. Schultz

**ARNOLD & PORTER KAYE SCHOLER LLP**
Christian D. H. Schultz (*pro hac vice*)
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone +1 202.942.5000
Fax: +1 202.942.5999

Tyler J. Fink (*pro hac vice)*
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689

*Attorneys for Defendant Michael Moro*

/s/   Benjamin S. Kaminetzky

**DAVIS POLK & WARDWELL LLP**
Benjamin S. Kaminetzky (*pro hac vice*)
Daniel J. Schwartz (*pro hac vice*)
Matthew R. Brock (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: + 1 212.450.4000
Facsimile: +1 212.701.5800

*Attorneys for Defendants Digital Currency Group, Inc., and Barry E. Silbert*

## **CERTIFICATE OF SERVICE**

I, Christian D. H. Schultz, hereby certify that on the date indicated below I electronically filed with the court and electronically served upon all counsel the attached Contested Motion for an Extension of Time to Respond to Plaintiffs' Motion to Stay Proceedings.

Dated: January 12, 2026                                   Respectfully submitted,

                                                        */s/ Christian D. H. Schultz*
**ARNOLD & PORTER KAYE SCHOLER LLP**
Christian D. H. Schultz (*pro hac vice*)
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone +1 202.942.5000
Fax: +1 202.942.5999