UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, <br><br> Defendants. | Electronically Filed <br><br> Civil Action No. 4:25-CV-00001 <br><br> Hon. Karoline Mehalchick |

**CERTIFICATE OF NONCONCURRENCE**

I, Christian D. H. Schultz, certify that I am an attorney in the firm of Arnold & Porter Kaye Scholer LLP, attorneys for Defendant Soichiro "Michael" Moro ("Moro") that, pursuant to Local Rule 7.1, Defendants Digital Currency Group, Inc., Barry E. Silbert, and Moro conferred with pro se Plaintiffs Stephen H. Sokolowski and Christopher H. Sokolowski prior to the filing of the Contested Motion for an Extension of Time to Respond to Plaintiffs' Motion to Stay Proceedings; and that Plaintiffs oppose the relief sought in that Motion.

Dated: January 12, 2026                   Respectfully submitted,

                                               */s/ Christian D. H. Schultz*
                                               **ARNOLD & PORTER KAYE SCHOLER LLP**
                                               Christian D. H. Schultz (pro hac vice)
                                               601 Massachusetts Ave, NW
                                               Washington, DC 20001-3743
                                               Telephone +1 202.942.5000
                                               Fax: +1 202.942.5999