UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, <br><br> Defendants. | Electronically Filed <br><br> Civil Action No. 4:25-CV-00001 <br><br> Hon. Karoline Mehalchick |

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of the Defendants' Contested Motion for an Extension of Time to Respond to Plaintiffs' Motion to Stay Proceedings, the Motion is **GRANTED**. Defendants shall be permitted to file their reply brief on or before February 6, 2026.

BY THE COURT

_____
Hon. Karoline Mehalchick
United States District Judge