UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,

                                    Plaintiffs

            - against -

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and SOICHIRO
"MICHAEL" MORO,

                                    Defendants.

Electronically Filed

Civil Action No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson, M.J.

Complaint filed January 2, 2025

## DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' FIRST MOTION TO <u>STAY PROCEEDINGS (MOOTNESS)</u>

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

MCCORMICK LAW FIRM
835 W 4th St,
Williamsport, PA 17701

*Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942 5000

KLEHR HARRISON HARVEY
BRANZBURG LLP
1835 Market St., Suite 1400
Philadelphia, PA 19103

*Attorneys for Defendant Soichiro "Michael" Moro*

Defendants Digital Currency Group, Inc., Barry E. Silbert, and Soichiro "Michael" Moro (collectively, "Defendants") respectfully submit this memorandum of law in opposition to Plaintiffs' first Motion to Stay Proceedings (ECF No. 61), filed on January 2, 2026 (the "First Stay Motion"), which Plaintiffs have rendered moot by filing a subsequent, superseding stay motion.

## FACTUAL BACKGROUND

Plaintiffs filed the First Stay Motion—the first of two motions to stay proceedings—on January 2, 2026. The First Stay Motion sought to stay all proceedings in this action through February 2, 2026. (ECF No. 61.)

The following week, on January 9, 2026, Plaintiffs filed a second Motion to Stay Proceedings (ECF No. 63) (the "Second Stay Motion") that seeks the exact same relief as the First Stay Motion, but for a longer time period. Specifically, the Second Stay Motion seeks to stay all proceedings in this action through April 2, 2026. The Second Stay Motion states expressly that it "supersedes" the First Stay Motion. (ECF No. 63 at 1.)

Defendants moved to extend their deadline to respond to the Second Stay Motion to and including February 6, 2026. (*See* ECF No. 65.) As agreed by the parties and so-ordered by the Court, that date is also the deadline for Defendants to oppose Plaintiffs' related Motion for Leave to File Second Amended Complaint (ECF No. 60). (ECF No. 66.)

Despite filing the superseding Second Stay Motion, Plaintiffs have not filed any notice withdrawing the First Stay Motion.

## ARGUMENT

The Second Stay Motion seeks a longer stay than the one Plaintiffs originally sought in the First Stay Motion and expressly states that it "supersedes" the First Stay Motion.  Accordingly, Defendants understand that Plaintiffs intended to withdraw the First Stay Motion, and that they no longer seek the shorter stay requested in that motion, which would be entirely subsumed by the relief sought in the Second Stay Motion.  While Defendants do not believe that a response to the First Stay Motion is required in light of Plaintiffs' acknowledgment that it has been superseded, Defendants nonetheless submit this response out of an abundance of caution and respectfully request that the Court either deem the First Stay Motion to have been withdrawn or otherwise deny it as moot.

Defendants intend to oppose the Second Stay Motion and will file their brief in opposition to that motion at the designated time.  As noted above, Defendants moved to extend their time to respond to the Second Stay Motion until February 6, 2026 (ECF No. 65), and that motion for an extension remains pending.  To the extent it was unclear, Defendants respectfully request that the Court construe their request for an extension as pertaining to the Second Stay Motion, not the First Stay Motion (which, again, should be deemed withdrawn or else denied as moot).

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court either deem the First Stay Motion withdrawn or deny it as moot.

Dated:  New York, New York
January 16, 2026

Respectfully submitted,

**DAVIS POLK & WARDWELL LLP**

*/s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
NY2713451
Daniel J. Schwartz (*admitted pro hac vice*)
NY4159430
Matthew R. Brock (*admitted pro hac vice*)
NY5347489
450 Lexington Avenue
New York, New York 10017
Telephone:   (212) 450-4000
Facsimile:   (212) 701-5800
ben.kaminetzky@davispolk.com
daniel.schwartz @davispolk.com
matthew.brock@davispolk.com

 – and –

**McCORMICK LAW FIRM**

*/s/ Austin White*
Austin White
PA312789
835 West Fourth Street
Williamsport, PA 17701
Telephone:   (570) 326-5131
Facsimile:   (570) 326-5529

awhite@mcclaw.com

*Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

– and –

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Christian D. H. Schultz*
Christian D. H. Schultz (admitted *pro hac vice*)
DC485557
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone (202) 942 5000
Fax: (202) 942 5999

Tyler J. Fink (admitted *pro hac vice*)
NY5605779
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Fax: (212) 836-8689

– and –

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Joshua M. Link
PA311695
1835 Market St., Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3003
Fax: (215) 568-6603

*Attorneys for Defendant Michael Moro*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI,<br><br>                                    Plaintiffs<br><br>          - against -<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>                                    Defendants. | Electronically Filed<br><br>Civil Action No. 4:25-cv-00001<br><br>Hon. Karoline Mehalchick<br>Hon. Martin C. Carlson, M.J.<br><br>Complaint filed January 2, 2025 |

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.8

This brief complies with L.R. 7.8(b)(2) because it has fewer than 15 pages and contains 487 words using the word count features of Microsoft Word in 14-point font size and Times New Roman Type Style.

DAVIS POLK & WARDWELL LLP

By: */s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
NY2713451
450 Lexington Avenue
New York, New York 10017
Telephone:   (212) 450-4000
Facsimile:    (212) 701-5800
ben.kaminetzky@davispolk.com
*Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

## CERTIFICATE OF SERVICE

I hereby certify that the attached Defendants' Memorandum of Law in Opposition to Plaintiffs' First Motion to Stay Proceedings (Mootness) was electronically filed with the court and electronically served upon all counsel and parties on January 16, 2026.

DAVIS POLK & WARDWELL LLP

By: */s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
NY2713451
450 Lexington Avenue
New York, New York 10017
Telephone:   (212) 450-4000
Facsimile:   (212) 701-5800
ben.kaminetzky@davispolk.com
*Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert*