# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson

## PLAINTIFFS' CONSENT MOTION TO EXTEND STAY AND DEADLINE TO FILE SECOND AMENDED COMPLAINT

1.      Plaintiffs Stephen H. Sokolowski and Christopher H. Sokolowski respectfully move, with Defendants' concurrence and subject to the Court's approval, to extend by thirty days the stay and the deadline to file a second amended complaint set by the Court's March 6, 2026 Order. (Doc. 78).

2.      On March 6, 2026, the Court stayed this action until Tuesday, May 5, 2026, to allow Plaintiffs to retain counsel, and directed that, if Plaintiffs were unable to retain counsel by that date, Plaintiffs must file a *pro se* second amended complaint on or before Tuesday, May 19, 2026. (Doc. 78).

3.      Plaintiffs have presented this matter to an attorney who is reviewing the evidence and has required at least a week to complete that review, leaving insufficient time for him to prepare the complaint once retained.

4.      Good cause exists for a brief extension under Fed. R. Civ. P. 6(b)(1)(A). The case remains stayed; no discovery, trial date, or other case-management deadlines are pending; and the extension should promote the orderly preparation of the amended pleading the Court directed Plaintiffs to file.

5.      Plaintiffs sought Defendants' concurrence. Counsel for Digital Currency Group, Inc. and Barry E. Silbert, and counsel for Soichiro "Michael" Moro, have advised that their clients concur in a thirty-day extension, with Plaintiffs' second amended complaint due on June 18, 2026.

6.      Plaintiffs therefore request that the Court extend the stay through Thursday, June 4, 2026, and extend Plaintiffs' deadline to file the second amended complaint through Thursday, June 18, 2026.

7.      Because all parties concur and the reasons for the motion and relief sought are fully stated in this motion, no separate supporting brief is required under Local Rule 7.5.

WHEREFORE, Plaintiffs respectfully request that the Court grant this consent motion and enter the accompanying proposed order.

Dated: April 26, 2026

Respectfully submitted,


/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org