# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1, Plaintiffs Stephen H. Sokolowski and
Christopher H. Sokolowski certify that they sought concurrence from all
Defendants regarding Plaintiffs' *Consent Motion to Extend Stay and Deadline to
File Second Amended Complaint.*

Counsel for Defendants Digital Currency Group, Inc. and Barry E. Silbert
advised by email dated April 23, 2026, that DCG and Mr. Silbert concur in
extending the stay by an additional thirty days, subject to the Court's approval,
with Plaintiffs' second amended complaint due on June 18, 2026. Counsel for

Defendant Soichiro "Michael" Moro likewise advised that Mr. Moro concurs in the same extension, subject to the Court's approval.

Accordingly, all parties concur in the requested extension, subject to the Court's approval.

Dated: April 26, 2026

Respectfully submitted,

/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804

chris@shoemakervillage.org