# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson

## CERTIFICATE OF USE OF GENERATIVE AI

Pursuant to the Order of the Court regarding the use of Generative AI in any document filed in this Court, Plaintiffs hereby certify as follows:

**Specific AI Tools Used:** Plaintiffs utilized OpenAI GPT-5.5 Pro to prepare the *Consent Motion to Extend Stay and Deadline to File Second Amended Complaint*.

**Portions of the Filing Prepared by AI:** ChatGPT assisted in drafting, editing, and formatting the motion, proposed order, Certificate of Concurrence, Certificate of Service, and this Certificate. Plaintiffs supplied all facts from their

1

own knowledge, the Court's March 6, 2026 Order, and the April 23-24, 2026 concurrence correspondence with counsel.

**Accuracy Check:** Plaintiffs reviewed the AI-assisted text; verified factual statements against their own knowledge, the Court's docket and orders, and counsel correspondence; and verified references to Local Rules 7.1 and 7.5 and Judge Mehalchick's generative AI disclosure requirement. No AI-generated legal citation or authority appears.

We declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 26, 2026

Respectfully submitted,

/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org