**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson

**PROPOSED ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO EXTEND STAY AND DEADLINE TO FILE SECOND AMENDED COMPLAINT**

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiffs' *Consent Motion to Extend Stay and Deadline to File Second Amended Complaint*, and noting Defendants' concurrence, IT IS HEREBY ORDERED that the motion is GRANTED.

1. The stay entered by the Court's March 6, 2026 Order (Doc. 78) is extended by thirty days, through Thursday, June 4, 2026.

1

2.      Plaintiffs or their counsel shall file their second amended complaint on or before Thursday, June 18, 2026.

3.      Except as modified by this Order, the directives in the Court's March 6, 2026 Order (Doc. 78) remain in effect.

BY THE COURT:

_____

Martin C. Carlson

United States Magistrate Judge