UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,

                            Plaintiffs

        - against -

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and SOICHIRO
"MICHAEL" MORO,

                          Defendants.

Electronically Filed

Civil Action No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson, M.J.

Complaint filed January 2, 2025

## DEFENDANTS DIGITAL CURRENCY GROUP, INC. AND BARRY E. SILBERT'S RESPONSE TO PLAINTIFFS' CONSENT MOTION TO EXTEND STAY AND DEADLINE TO FILE SECOND AMENDED COMPLAINT

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

MCCORMICK LAW FIRM
835 W 4th St,
Williamsport, PA 17701

*Attorneys for Defendants Digital
Currency Group, Inc. and Barry E.
Silbert*

Defendants Digital Currency Group, Inc. ("DCG") and Barry Silbert ("Mr. Silbert") submit this response to Plaintiffs' Consent Motion to Extend Stay and Deadline to File Second Amended Complaint (the "Consent Motion") [ECF No. 79].  While DCG and Mr. Silbert would have preferred not to have had to submit this response, Plaintiffs' Consent Motion does not accurately reflect their position in all materials respects.  Paragraph 5 of the Motion does not reference any of the terms and conditions that DCG and Mr. Silbert imposed on their agreement to Plaintiffs' extension request.  More specifically, DCG and Mr. Silbert advised Plaintiffs on April 23, 2026 that, subject to the Court's approval, they would agree to Plaintiffs' request to extend the stay by thirty (30) days, with Plaintiffs' further amended complaint due on June 19, 2026, provided that Plaintiffs agreed not to seek any further extensions, and Plaintiffs agreed to those terms on April 26, 2026. (Ex. 1.)  DCG and Mr. Silbert respectfully request that the Court note their actual position as reflected herein, as opposed to the representation contained in Plaintiffs' Motion.

Dated:  New York, New York
April 27, 2026

Respectfully submitted,

**DAVIS POLK & WARDWELL LLP**

*/s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
NY2713451
Daniel J. Schwartz (*admitted pro hac vice*)
NY4159430
Matthew R. Brock (*admitted pro hac vice*)
NY5347489
450 Lexington Avenue
New York, New York 10017
Telephone:   (212) 450-4000
Facsimile:    (212) 701-5800
ben.kaminetzky@davispolk.com
daniel.schwartz @davispolk.com
matthew.brock@davispolk.com

 – and –

**McCORMICK LAW FIRM**

*/s/ Austin White*
Austin White
PA312789
835 West Fourth Street
Williamsport, PA 17701
Telephone:   (570) 326-5131
Facsimile:    (570) 326-5529
awhite@mcclaw.com

*Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI,<br><br>       Plaintiffs<br><br>  - against -<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>       Defendants. | Electronically Filed<br><br>Civil Action No. 4:25-cv-00001<br><br>Hon. Karoline Mehalchick<br>Hon. Martin C. Carlson, M.J.<br><br>Complaint filed January 2, 2025 |

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.8

This brief complies with L.R. 7.8(b)(2) because it has fewer than 15 pages and contains 179 words using the word count features of Microsoft Word in 14-point font size and Times New Roman Type Style.

DAVIS POLK & WARDWELL LLP

By: */s/ Benjamin S. Kaminetzky*
  Benjamin S. Kaminetzky (*admitted pro hac vice*)
  NY2713451
  450 Lexington Avenue
  New York, New York 10017
  Telephone: (212) 450-4000
  Facsimile: (212) 701-5800
  ben.kaminetzky@davispolk.com
  *Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

3

# CERTIFICATE OF SERVICE

I hereby certify that the attached Defendants' Memorandum of Law in Opposition to Plaintiffs' First Motion to Stay Proceedings (Mootness) was electronically filed with the court and electronically served upon all counsel and parties on April 27, 2026.

DAVIS POLK & WARDWELL LLP

By: */s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
NY2713451
450 Lexington Avenue
New York, New York 10017
Telephone:   (212) 450-4000
Facsimile:   (212) 701-5800
ben.kaminetzky@davispolk.com
*Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

4