# EXHIBIT 1

EXHIBIT 1

**From:** Steve Sokolowski <toastmastersteve@stevesokolowski.com>
**Sent:** Sunday, April 26, 2026 7:39 AM
**To:** Schultz, Christian; Schwartz, Daniel J.
**Cc:** Kaminetzky, Benjamin S.; Brock, Matthew R.; Kumi, Kodjo; Shi, Yiqing
**Subject:** Re: Extending length of stay in MDPA case 4:25-cv-00001

Hi,

Thank you to everyone for your concurrence.  We agree to the terms, and will post the extension motion until June 18 to the docket.

Thanks,

-Steve Sokolowski

On 4/23/2026 6:11 PM, Schultz, Christian wrote:

> Mr. Sokolowski,
>
> Subject to the Court's approval, Mr. Moro also will agree to extend the stay by another 30 days, with Plaintiffs' complaint due on June 18, 2026, provided that Plaintiffs agree that they will not seek any further extensions of this deadline.
>
> Going forward, please copy Kodjo, Yiqing, and me on all correspondence in relation to this case.
>
> Regards,
>
> Christian
>
> _____
>
> Christian Schultz
> Partner | Bio
>
> **Arnold & Porter**
>
> 601 Massachusetts Ave., NW
> Washington, DC 20001-3743
> T: +1 202.942.6917
> Christian.Schultz@arnoldporter.com
> www.arnoldporter.com | LinkedIn

1

**From:** Schwartz, Daniel J. <daniel.schwartz@davispolk.com>
**Sent:** Thursday, April 23, 2026 5:38 PM
**To:** Steve Sokolowski <toastmastersteve@stevesokolowski.com>
**Cc:** Kaminetzky, Benjamin S. <ben.kaminetzky@davispolk.com>; Brock, Matthew R. <matthew.brock@davispolk.com>; Schultz, Christian <Christian.Schultz@arnoldporter.com>
**Subject:** FW: Extending length of stay in MDPA case 4:25-cv-00001

External E-mail

Mr. Sokolowski,

Subject to the Court's approval, DCG and Mr. Silbert will agree to extend the stay by another 30 days, with Plaintiffs' complaint due on June 18, 2026, provided that Plaintiffs agree that they will not seek any further extensions of this deadline.

As a reminder, as we have requested in the past, please copy Matt Brock and me, in addition to Mr. Kaminetzky, on all correspondence directed to DCG and Mr. Silbert in relation to this case.

Regards,
Daniel


**Daniel J. Schwartz**

**Davis Polk & Wardwell** LLP
+1 212 450 4581 office
+1 646 431 3885 mobile
daniel.schwartz@davispolk.com

---

Begin forwarded message:

> **From:** Steve Sokolowski <toastmastersteve@stevesokolowski.com>
> **Date:** April 23, 2026 at 8:35:28 AM GMT-7
> **To:** Christian.Schultz@arnoldporter.com, "Kaminetzky, Benjamin S." <ben.kaminetzky@davispolk.com>
> **Subject: Extending length of stay in MDPA case 4:25-cv-00001**
>
> Mr. Schultz and Mr. Kaminetzky,
>
> My brother Christopher and I have presented our case 4:25-cv-00001 against DCG, Mr. Silbert, and Mr. Moro in the Middle District of Pennsylvania to an attorney, who is currently reviewing the evidence and has requested another week to do so.
>
> We would request your concurrence on a motion to extend the existing stay for an additional 30 days so that he can finish preparing the new complaint. I hope that you will agree that an extension would not prejudice any of the defendants, as the case is currently stalled and there are no outstanding motions, discovery, or other matters.

If you agree, I can send the text over for your approval.

Thanks,

-Steve Sokolowski

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com