**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson

**PLAINTIFFS' REPLY IN FURTHER SUPPORT OF CONSENT MOTION
TO EXTEND STAY AND DEADLINE TO FILE SECOND AMENDED
COMPLAINT**

Plaintiffs Stephen H. Sokolowski and Christopher H. Sokolowski

respectfully submit this brief reply to Defendants Digital Currency Group, Inc. and

Barry E. Silbert's *Response to Plaintiffs' Consent Motion to Extend Stay and

Deadline to File Second Amended Complaint* (ECF No. 80).

1.      Plaintiffs do not object to the clarification requested by DCG and Mr.

Silbert that this extension is conditioned on Plaintiffs not seeking any further

extensions of the deadline to file the second amended complaint.

2.     Plaintiffs' omission of that condition from the proposed order was not intended to create any dispute. Plaintiffs accepted the condition in their April 26, 2026 email and are willing for the Court's order to state expressly that this is Plaintiffs' final extension of the second-amended-complaint deadline.

3.     Plaintiffs have therefore submitted a revised proposed order that includes the following language: "This is Plaintiffs' final extension of the deadline to file the second amended complaint. Plaintiffs shall not seek any further extension of that deadline."

4.     Plaintiffs respectfully note that DCG and Mr. Silbert's Response refers to a June 19, 2026 deadline. The email correspondence attached to their Response states June 18, 2026, which is the date requested in Plaintiffs' Consent Motion and reflected in Plaintiffs' revised proposed order.

5.     Accordingly, Plaintiffs respectfully request that the Court grant the Consent Motion and enter the revised proposed order.

Dated: April 27, 2026

Respectfully submitted,


/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org