# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson

**REVISED PROPOSED ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO EXTEND STAY AND DEADLINE TO FILE SECOND AMENDED COMPLAINT**

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiffs' *Consent Motion to Extend Stay and Deadline to File Second Amended Complaint* (ECF No. 79), Defendants Digital Currency Group, Inc. and Barry E. Silbert's Response thereto (ECF No. 80), and Plaintiffs' Reply in further support of the Motion, and noting Defendants' concurrence subject to the terms stated herein, IT IS HEREBY ORDERED that the Motion is GRANTED.

1

1. The stay entered by the Court's March 6, 2026 Order (ECF No. 78) is extended by thirty days, through Thursday, June 4, 2026.

2. Plaintiffs or their counsel shall file their second amended complaint on or before Thursday, June 18, 2026.

3. This is Plaintiffs' final extension of the deadline to file the second amended complaint. Plaintiffs shall not seek any further extension of that deadline.

4. Except as modified by this Order, the directives in the Court's March 6, 2026 Order (ECF No. 78) remain in effect.

BY THE COURT:

_____

Martin C. Carlson

United States Magistrate Judge

2