IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson

**PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO FILE
SECOND AMENDED COMPLAINT**

1.      Plaintiffs Stephen H. Sokolowski and Christopher H. Sokolowski respectfully move under Federal Rule of Civil Procedure 6(b)(1)(A), and to the extent applicable Rule 16(b)(4), for an extension of the deadline to file their second amended complaint. Plaintiffs do not seek to extend the stay entered on March 6, 2026. Plaintiffs request that the stay expire under its existing terms and that only the pleading deadline be extended.

2.      The Court's March 6 Order (ECF No. 78) directed Plaintiffs to file a new second amended complaint by May 19, 2026 if they did not retain counsel by May 5, 2026. Plaintiffs request that this deadline be extended by six months, to

1

November 19, 2026, without prejudice to Plaintiffs' ability to file the second amended complaint earlier.

3.      Circumstances have materially changed since the Court's March 6 Order and the recent *Consent Motion to Extend Stay and Deadline to File Second Amended Complaint*, ECF No. 79, as corrected by ECF No. 81 (the "Consent Extension Motion"). After the evaluation by counsel in Pennsylvania discussed in the Consent Extension Motion, Plaintiffs have elected to retain counsel in New York to defend Digital Currency Group, Inc.'s adversary proceeding (*Digital Currency Group, Inc. v. Falco, et al.*, Adv. Proc. No. 25-01111 (SHL) (Bankr. S.D.N.Y.)) (the "AP"). Plaintiffs have contacted a large number of firms, are ready to engage, and expect counsel to enter a notice of appearance imminently. In the unlikely event that no attorney is retained, Plaintiffs intend to move to resume the AP *pro se*.

4.      In the AP, both Plaintiffs and the debtors in the related Genesis bankruptcy proceedings have requested discovery. After newly retained counsel enters an appearance, Plaintiffs will take action to resume the AP and pursue discovery there first. The AP concerns threshold issues, including direct-versus-derivative issues, claim-transfer and assignment issues, and the circumstances surrounding the filing of the AP. All these issues were reviewed in the rejected

proposed second amended complaint (ECF No. 60-1), and the discovery may materially affect the proper scope of the new second amended complaint.

5. DCG cannot reasonably argue that the AP should not be adjudicated prior to this Pennsylvania action for two reasons: because it filed the AP, and because DCG's position is that it is suffering irreparable harm in continuing to defend this action.

6. The requested fixed, date-certain deadline avoids an indefinite stay. If discovery in the AP, a ruling in the AP, or another development clarifies the relevant facts earlier, Plaintiffs may file earlier. If the AP remains inactive, is dismissed, or produces an adverse ruling, Plaintiffs can still retain counsel in Pennsylvania to file by the outside deadline based on the available record.

7. Defendants have, with one correction, concurred in the Consent Extension Motion to extend the deadline to June 18, 2026, subject to Court approval. Plaintiffs now request the full six-month extension in this motion be granted, with the Consent Extension Motion being denied as moot.

8. In the alternative, if the Court is not inclined to grant this motion, Plaintiffs request, at minimum, that the Court grant the relief requested in the Consent Extension Motion. The grounds for this motion are set forth in the accompanying memorandum of law.

3

Dated: May 5, 2026

Respectfully submitted,


/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org