**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, **Plaintiffs,** | Electronically Filed |
| v. | Case No. 4:25-cv-00001 |
| DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, SOICHIRO "MICHAEL" MORO, **Defendants.** | Hon. Karoline Mehalchick Hon. Martin C. Carlson |

**PROPOSED ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR
EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

AND NOW, this _____ day of _____, 2026, upon

consideration of *Plaintiffs' Second Motion for Extension of Time to File Second

Amended Complaint*, and any response thereto, IT IS HEREBY ORDERED that

the Motion is GRANTED as follows:

1.    The deadline for Plaintiffs to file a second amended complaint is

extended from May 19, 2026 to November 19, 2026.

2.    This Order does not extend the stay entered in the Court's March 6,

2026 Order. The stay shall expire according to its existing terms.

1

3.     Plaintiffs may file the second amended complaint at any earlier time before November 19, 2026.

4.     Defendants' deadline to answer or otherwise respond to the second amended complaint shall be governed by the Federal Rules of Civil Procedure unless otherwise ordered by the Court.

5.     Plaintiffs' earlier-filed *Consent Motion to Extend Stay and Deadline to File Second Amended Complaint*, ECF No. 79, as corrected by ECF No. 81, is DENIED AS MOOT in light of the relief granted in this Order.

BY THE COURT:

_____

Martin C. Carlson

United States Magistrate Judge

2