# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson

## CERTIFICATE OF NONCONCURRENCE

Pursuant to Local Rule 7.1, Plaintiffs Stephen H. Sokolowski and Christopher H. Sokolowski certify that they sought concurrence from all Defendants regarding *Plaintiffs' Second Motion for Extension of Time to File Second Amended Complaint* by email on May 2, 2026. On May 4, 2026, all Defendants responded to state that they did not concur with this motion.

1

Dated: May 5, 2026

Respectfully submitted,


/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org