**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson

**NOTICE OF WITHDRAWAL OF CONSENT MOTION AND
CLARIFICATION REGARDING SECOND MOTION FOR EXTENSION
OF TIME**

1.      Plaintiffs Stephen H. Sokolowski and Christopher H. Sokolowski respectfully withdraw their *Consent Motion to Extend Stay and Deadline to File Second Amended Complaint*, ECF No. 79.

2.      Plaintiffs file this notice because circumstances changed after ECF No. 79 was filed, and Plaintiffs have now filed their *Second Motion for Extension of Time to File Second Amended Complaint*, ECF No. 82 (the "Second Motion"). The Second Motion seeks different relief; Plaintiffs no longer request an extension of the stay entered on March 6, 2026, and request only a fixed, date-certain extension of the deadline to file the second amended complaint.

3.      Plaintiffs therefore no longer request entry of the proposed order associated with ECF No. 79 or the revised proposed order associated with ECF No. 81.

4.      Plaintiffs also clarify that, because ECF No. 79 is withdrawn, the portion of Plaintiffs' Second Motion requesting that ECF No. 79 be denied as moot is itself moot. Plaintiffs' withdrawal of ECF No. 79 is intended only to avoid inconsistent pending requests and to clarify that the Second Motion is the operative request for extension currently before the Court.

5.      This withdrawal is without prejudice to the Court's consideration of Plaintiffs' Second Motion, including the alternative request in that motion for a lesser extension of the second-amended-complaint deadline if the Court is not inclined to grant the full requested extension. Plaintiffs withdraw ECF No. 79 only as a separate pending motion, and do not withdraw or narrow the alternative relief requested in the Second Motion.

Dated: May 6, 2026

Respectfully submitted,


/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org