# EXHIBIT 6

**Exhibit 6**

---

**From:**          Stephen Sokolowski <steve@shoemakervillage.org>
**Sent:**          Friday, January 30, 2026 4:50 PM
**To:**            Chris Sokolowski; Tobak, Marc J.; Laura King; Kayleigh Yerdon; Claire O'Brien;
                   Kaminetzky, Benjamin S.; Schwartz, Daniel J.; Brock, Matthew R.; Southwell, Alexander
**Subject:**       Re: Proposed stipulation

Ms. Tobler and Mr. Tobak,

We respectfully decline to concur with the adjournment.

We reiterate our offer to dismiss the adversary proceeding in its entirety.  There is no operative complaint for Judge Lane to enjoin.  We do not even know yet which causes of action will be included in the third amended complaint.

If the preliminary injunction hearing moves forward, you will force us to defend ourselves with testimony regarding what we wrote in our opposition brief, as well as other facts we discovered later:  Ms. Selendy's statements about the claims being direct and not reading the complaint, the "copied and pasted" comment, the DOJ forfeiture clause in the Jefferies contract, Ms. Yerdon's 3-day subpoenas, and other issues.  While we reserve rights to pursue those issues at another time, we do not believe this hearing about a moot complaint needs to turn into a massive trial about the adversary proceeding itself.

We are offering an opportunity for everyone to end the case with one single neutral paragraph being posted to the docket that admits no fault.  If you are willing to accept our offer, you can just reply and we can provide something for your review.  Alternatively, you can write the text you would prefer for us to consider.  If not, we have informed the court that our preferred date is February 25.

Whatever you decide, we would appreciate your response by Monday so that we can sign and begin briefing our attorney for the hearing.

Thanks,

-Steve Sokolowski


(I added Alexander Southwell to this chain.)




On 1/29/2026 6:47 PM, Claudia Tobler wrote:

    Thank you, Marc


1

The Debtors do not oppose the request.

**Claudia R. Tobler**
Senior Counsel  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers

————————————————————————

+1 212.390.9363  [O]
+1 240.672.6590  [M]

————————————————————————

**From:** Tobak, Marc J. <marc.tobak@davispolk.com>
**Sent:** Thursday, January 29, 2026 5:12:59 PM
**To:** 'Stephen Sokolowski' <steve@shoemakervillage.org>; Laura King <lking@selendygay.com>; 'Chris Sokolowski' <chris@shoemakervillage.org>; Kayleigh Yerdon <kyerdon@selendygay.com>; Claudia Tobler <ctobler@selendygay.com>; Claire O'Brien <cobrien@selendygay.com>
**Cc:** Kaminetzky, Benjamin S. <ben.kaminetzky@davispolk.com>; Schwartz, Daniel J. <daniel.schwartz@davispolk.com>; Brock, Matthew R. <matthew.brock@davispolk.com>
**Subject:** RE: Proposed stipulation

(Resending to correct addresses—please respond to this chain)

Steve, Chris, Debtors' Counsel,

DCG intends to respond to the Court's scheduling email with the below draft email requesting further adjournment of the pending motions.  Please let me know if we may represent that you do not oppose this request.

Thank you,
Marc
***

Ms. Ebanks,

Digital Currency Group respectfully requests that hearing on (1) the *Motion to Enforce The Plan Injunction and Confirmation Order Against Digital Currency Group, Inc.* [23-10063 Dkt. No. 2180] and (2) the *Motion for Preliminary Injunction* [25-1111 Dkt. No. 2.] be adjourned without date due to recent developments in the litigation brought by the Sokolowskis against Digital Currency Group in the U.S. District Court for the Middle District of Pennsylvania, *Stephen Sokolowski et al v. Digital Currency Group, et al.*, No. 25-CV-1 (M.D. Pa.) (the "Sokolowski Litigation"), which litigation is the subject of the *Motion for Preliminary Injunction*.

On Tuesday, January 27, Magistrate Judge Carlson issued the attached Report and Recommendation in the Sokolowski Litigation.  Among other things, Magistrate Judge Carlson recommended that the First Amended Complaint in that action be deemed moot, that the action be stayed for 60 days, and that plaintiffs be provided an opportunity to amend their complaint.  As a result, the complaint asserting the claims that were the subject of the Motion for Preliminary Injunction is no longer pending, and there is no currently-operative complaint in the Sokolowski Litigation.

DCG therefore respectfully requests that the two motions be adjourned pending further developments in the Sokolowski Litigation.  Digital Currency Group will provide an update to the

2

Court promptly after any stay of that litigation is lifted or a further amended complaint is filed. Digital Currency Group has conferred with counsel to the Debtors, and with the Sokolowskis, copied here. [The Debtors and the Sokolowskis do not oppose DCG's requested adjournment.]

Respectfully submitted,




Marc J. Tobak

Davis Polk & Wardwell LLP
+1 212 450 3073 office
+1 646 831 5116 mobile
marc.tobak@davispolk.com

-----Original Message-----
From: Stephen Sokolowski <steve@shoemakervillage.org>
Sent: Thursday, January 29, 2026 8:50 AM
To: Tobak, Marc J. <marc.tobak@davispolk.com>; Laura King <lking@selendygay.com>; Chris Sokolowski <chris@shoemakervillage.org>
Subject: Proposed stipulation

Ms. King and Mr. Tobak,

In light of the judge's Report and Recommendation in Pennsylvania, we are seeking financing, signing representation, and preparing a new complaint. With no operative complaint to enjoin, and with the nature of the litigation having changed, the outstanding motions in the Falco adversary proceeding appear to be largely moot.

We propose a stipulation dismissing everything related to the Falco adversary proceeding without prejudice, without any admissions or findings of fact by any parties. That would include the preliminary injunction, the permanent injunction, the counterclaim, and the Motion to Enforce the Plan.

Please inform us if you would agree in principle to such a stipulation. If so, we will send you proposed wording.

Thanks,

-Steve Sokolowski



```
--
-----------

ID phrase:  "Seregon is the Mad Mage."  All genuine messages sent by Steve Sokolowski
after June 6, 2023 contain this phrase in the signature line.  Criminals have trained AI
models to impersonate Steve and send scam messages pretending to be from him.  These
models include the victims' name and organization, along with personal details of events
occurring before September 2021.  Any message that does not contain this phrase is not
from Steve and should be deleted.  Steve conducts financial transactions through video
calls only.
```

3