# EXHIBIT 7

**Exhibit 7**

---

| | |
|---|---|
| **From:** | NYSBdb_SHL <SHL.orders@nysb.uscourts.gov> |
| **Sent:** | Friday, January 30, 2026 7:16 PM |
| **To:** | Tobak, Marc J.; Liza Ebanks-Holley; Kaminetzky, Benjamin S.; Schwartz, Daniel J.; Brock, Matthew R.; Huebner, Marshall S.; Moskowitz, Elliot; Marx, Elaina; Kayleigh Yerdon; pselendy@selendygay.com; Jennifer Selendy; Laura King; cobrien@selendygay.com; kcornish@selendygay.com; ctobler@selendygay.com; steve@shoemakervillage.org; chris@shoemakervillage.org |
| **Cc:** | NYSBdb_SHL |
| **Subject:** | RE: ***Request To Schedule Hearing***23-10063 Genesis Global Holdco, LLC  / 25-1111 Digital Currency Group, Inc. v. Sokolowski |

Good Evening,

Judge Lane approves the request to adjourn the hearing without date.  Thanks.

---

**From:** Tobak, Marc J. <marc.tobak@davispolk.com>
**Sent:** Friday, January 30, 2026 4:50 PM
**To:** Liza Ebanks-Holley <Liza_Ebanks@nysb.uscourts.gov>; Kaminetzky, Benjamin S. <ben.kaminetzky@davispolk.com>; Schwartz, Daniel J. <daniel.schwartz@davispolk.com>; Brock, Matthew R. <matthew.brock@davispolk.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; Moskowitz, Elliot <elliot.moskowitz@davispolk.com>; Marx, Elaina <elaina.marx@davispolk.com>; Kayleigh Yerdon <kyerdon@selendygay.com>; pselendy@selendygay.com; Jennifer Selendy <jselendy@selendygay.com>; Laura King <lking@selendygay.com>; cobrien@selendygay.com; kcornish@selendygay.com; ctobler@selendygay.com; steve@shoemakervillage.org; chris@shoemakervillage.org
**Cc:** NYSBdb_SHL <SHL.orders@nysb.uscourts.gov>
**Subject:** RE: ***Request To Schedule Hearing***23-10063 Genesis Global Holdco, LLC / 25-1111 Digital Currency Group, Inc. v. Sokolowski

<mark>**CAUTION - EXTERNAL:**</mark>

Ms. Ebanks,

Digital Currency Group respectfully requests that hearing on (1) the *Motion to Enforce The Plan Injunction and Confirmation Order Against Digital Currency Group, Inc*. [23-10063 Dkt. No. 2180] and (2) the *Motion for Preliminary Injunction* [25-1111 Dkt. No. 2.] be adjourned without date due to recent developments in the litigation brought by the Sokolowskis against Digital Currency Group in the U.S. District Court for the Middle District of Pennsylvania, *Stephen Sokolowski et al v. Digital Currency Group, et al.*, No. 25-CV-1 (M.D. Pa.) (the "Sokolowski Litigation"), which litigation is the subject of the *Motion for Preliminary Injunction*.

On Tuesday, January 27, Magistrate Judge Carlson issued the attached Report and Recommendation in the Sokolowski Litigation.  Among other things, Magistrate Judge Carlson recommended that the First Amended Complaint in that action be deemed moot, that the action be stayed for 60

1

days, and that plaintiffs be provided an opportunity to further amend their complaint.  As a result, the complaint asserting the claims that were the subject of the *Motion for Preliminary Injunction* is no longer pending, and there is no currently-operative complaint in the Sokolowski Litigation.

DCG therefore respectfully requests that the two motions be adjourned pending further developments in the Sokolowski Litigation.  Digital Currency Group will provide an update to the Court promptly after any stay of that litigation is lifted, or a further amended complaint is filed.

Digital Currency Group has conferred with counsel to the Debtors, and with the Sokolowskis, both copied here.  The Debtors do not oppose DCG's requested adjournment.  The Sokolowskis have not yet informed us of their position on this request.

Respectfully submitted,

Marc Tobak


**Marc J. Tobak**

**Davis Polk & Wardwell LLP**
+1 212 450 3073 office
+1 646 831 5116 mobile
marc.tobak@davispolk.com

---

**From:** Liza Ebanks-Holley <Liza_Ebanks@nysb.uscourts.gov>
**Sent:** Wednesday, January 28, 2026 12:38 PM
**To:** Tobak, Marc J. <marc.tobak@davispolk.com>; Kaminetzky, Benjamin S. <ben.kaminetzky@davispolk.com>; Schwartz, Daniel J. <daniel.schwartz@davispolk.com>; Brock, Matthew R. <matthew.brock@davispolk.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; Moskowitz, Elliot <elliot.moskowitz@davispolk.com>; Marx, Elaina <elaina.marx@davispolk.com>; Kayleigh Yerdon <kyerdon@selendygay.com>; pselendy@selendygay.com; Jennifer Selendy <jselendy@selendygay.com>; Laura King <lking@selendygay.com>; cobrien@selendygay.com; kcornish@selendygay.com; ctobler@selendygay.com; steve@shoemakervillage.org; chris@shoemakervillage.org
**Cc:** NYSBdb_SHL <SHL.orders@nysb.uscourts.gov>
**Subject:** ***Request To Schedule Hearing***23-10063 Genesis Global Holdco, LLC / 25-1111 Digital Currency Group, Inc. v. Sokolowski

Good Afternooon,

Judge Lane would like to schedule the matters below on a date in February.  Please confer and let me know which date works best.  Thank you.

23-10063    Doc. #2180 Debtor's Motion To Enforce The Plan Injunction And Confirmation Order Against Digital Currency Group, Inc.

25-1111    Doc. #2 Motion For Preliminary Injunction Filed On Behalf Of Digital Currency Group, Inc.

**Available Dates:**
**February 19 at 2:00PM**
**February 25 at 2:00PM**


Thanks,

**Liza Ebanks-Holley**
**Courtroom Deputy to the Honorable Sean H. Lane**
**United States Bankruptcy Court**
**Southern District of New York**
liza_ebanks@nysb.uscourts.gov
**(914) 467-7090**


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.