# EXHIBIT 8

**Steve Sokolowski** ✅
@SteveSokolowsk2

I'm going to write a lengthier blog post about the litigation situation tomorrow, but it's clear that I must have misunderstood what was going on here.

If the stay had simply been granted, the situation would have been fine. But now if we don't withdraw the motion to amend within 14 days, we lose the UTPCPL complaint that has an excellent chance of proceeding to discovery in favor of a complaint that may never find an attorney, which the judge has shown skepticism about, and which we are going to have to defend a sanctions motion on.

I cannot defend the upcoming sanctions motion, and an upcoming defamation lawsuit, and find a litigation funder and a lawyer, and make money at the same time in just 63 days. It doesn't matter that the sanctions and defamation claims are frivolous, they still need to be defended.

Making money would not have been a problem if PROHASHING hadn't been destroyed, but that wasn't my fault either.

We are still 100% committed to destroying DCG and Silbert and changing cryptocurrency for the better, but the clock is ticking.

We started out not just to get paid but to uncover what these guys were really up to. We found out in the last 25 days that not a single one of 70 journalists and bloggers cares. If anyone does care to help us find the truth and serve justice, now is the time to stand up and say so.

10:19 PM · Jan 27, 2026 · **75** Views

