# EXHIBIT 9

**Steve Sokolowski** ✔
@SteveSokolowsk2

How to fix cryptocurrency in 3 steps:

1. Sue the Enterprise, its enabling banks, and its lawyers and law firms into oblivion, hire honest people to run DCG's businesses, and establish a foundation to donate the Enterprise's cash and any whistleblower awards to victims and charity.

2. Establish an uncensored neutral discussion forum that bypasses the existing captured social networks and media, which has refused to report on the story.

3. Increase the bitcoin block size and reduce the block time by 100-fold combined, eliminating the need for "custody services," destroying the market for people to create new scam altcoins, and collapsing demand for "treasury companies" and ETFs without the SEC needing to do anything.

Last edited 11:34 AM · Feb 27, 2026 · **66** Views

♡ 2