# EXHIBIT 10

**Exhibit 10**

**Steve Sokolowski**
@SteveSokolowsk2

Our confidence level in the DCG case has increased to 70%. 70% is high enough for me. If I were a religious person, I would probably say that I've gained faith that things are going to work out somehow, in some way.

Things might have looked grim a week ago, but I think I know now what needs to be done.

I also realized that since we were already all-in, there's no reason to do things half-heartedly. Problems were occurring because I was trying to preserve an "out" with the old UTPCPL case - so that I would have money to live off of if I failed.

Lawyers only have issues with representation if you want them to work on contingency. If you pay them hourly, they'll do anything you want. As payment is the only issue that created a time constraint, I can now work everything in parallel before the amendment deadline.

So I'm putting down a large retainer and draining my trading account. It's win or bankruptcy. Silbert is going down.

9:31 AM · Mar 21, 2026 · **137** Views

 1