# EXHIBIT 11

**Exhibit 11**



← Back to Sokolowski v. Digital Gold: Case Files

# I'm Steve Sokolowski. The World Has Identified Me As Satoshi, and President Trump Has a Grudge Against Me

Published: April 26, 2026



I'm Steve Sokolowski. The World
Steve Sokolowski

0:01 / 10:59

More videos

## Introduction

I'm Steve Sokolowski. The world has identified me as Satoshi Nakamoto, and President Trump has a grudge against me.

Nine years ago, the President created an illegal and unconstitutional scheme designed to seize control of the Bitcoin network, to bankrupt me, and to force me to admit that I am Satoshi. In doing so, he handed control of bitcoin to Chinese

miners, enriched his Wall Street allies, and ruined the lives of millions of Americans as collateral damage.

## About me and PROHASHING

I'm a software engineer who lives in State College, Pennsylvania. I worked for a number of companies before leaving to start my own company, PROHASHING, with my brother Christopher Sokolowski.

The world's intelligence agencies had identified me as Satoshi before 2015. This information was shared with thousands of people - other intelligence agencies, Wall Street CEOs, and more. This led to bans on most social media networks, as well as censorship and harassment. All of them have an incentive to keep it quiet - their business model depends on "big crypto" being a place for scams, fraud, and insolvent investment schemes. The big blocks I advocated for, and the open and nearly free payment network they would create, would destroy their business model.

PROHASHING was a mining pool that mined both bitcoin and altcoins. It had dashboards that, unlike other mining pools at the time, showed miners exactly what they had earned, what they could expect to earn, what the pool's profit was, and how those earnings were calculated. PROHASHING complied with all US IRS regulations, and stabilized markets using its trading engine - a feature that damaged the profitability of pump-and-dump schemes. By early 2017, PROHASHING was earning tens of millions of dollars in annual revenue and was on the way to becoming one of the largest bitcoin mining pools in the world.

Then, the President decided to put an end to that.

## President Trump's illegal Executive Order and surveillance

In March of 2017, President Trump created an executive order and began his scheme to intimidate and bankrupt me. The order was deemed illegal by government attorneys, but he signed it anyway. Mentioning PROHASHING, Christopher, and me by name, the order directs two chilling acts.

First, it authorizes illegal and unconstitutional domestic surveillance. At first, the wiretaps were directed at Christopher and me. In late September 2017, the network was expanded to monitor my friends, family, relatives, and all of the current and future employees of PROHASHING. The network, which still exists today, grows and contracts. When I make a new friend or talk to someone, the surveillance expands to follow that person. If the program loses interest in someone or I stop associating with someone, then that person is no longer monitored.

The surveillance network has, at one time or another, engaged in full time monitoring of 34 people. Thousands of Americans' private records have been selectively viewed. There are currently 16 people under 24/7 monitoring. These people are American citizens, who live in the United States, and this network has been in existence for nine years.

## The block withholding attacks

Perhaps more disturbingly, the executive order authorizes block withholding attacks against PROHASHING. These attacks involved a government contractor failing to submit 14.06% of the blocks that PROHASHING found, while still submitting all of the worthless shares. The attacks, which provide no monetary benefit to the attacker, destroyed PROHASHING because the pool didn't earn as much money, so it could not pay as much to the honest customers, and those honest customers left.

The attacks were conducted in a cycle to cover up the President's and the contractor's activities:

1. Chinese miners directed their hashrate at PROHASHING.
2. The contractor received payouts from PROHASHING, in a greater amount than the work was actually valued at.
3. The payouts were used to pay the electricity bills of a massive and secret Monero mining farm.
4. The Monero was mined to the Chinese miners' wallets, breaking the money chain due to Monero's privacy features and restarting the cycle.

The cycle of destruction continued from March 2017 to January 2023. The contractor was Digital Currency Group and its CEO, Barry Silbert. Silbert wasted $3.2 million conducting the attacks.

The President was so obsessed with me and the progress of his and Silbert's scheme that he had updates provided in his Presidential Daily Briefs.

## Implications of the wiretaps

A total of 8 government agencies are involved in the program, and the unconstitutional surveillance network has profound civil liberties implications.

There is no legal purpose to this network. Because all of the evidence was collected illegally, it and anything that is obtained as a result is inadmissible in court because it is "fruit of the poisonous tree." By conducting the surveillance, the US government has actually made it more difficult to prosecute crimes committed by those under surveillance, if any have occurred.

The network requires no judicial authorization to expand. The program's employees have unilateral decisionmaking authority to

expand the number of people under surveillance and to select the surveillance methods. No judge is consulted to intrude upon the records of anyone I come into contact with. The network has grown out of control over the years as more and more protections are eroded.

I'm a boring person and have nothing to hide, but there are thousands of people whose privacy has been violated. These privacy violations are occurring not because the US government is attempting to prevent a catastrophe caused by foreign terrorists, but because the President thinks I - someone who has never received a traffic ticket in his entire life - am a threat.

## The block withholding attacks created Digital Gold

While thousands have been harmed by the surveillance, millions have been collateral damage in the scheme that came to be known as Digital Gold. Because PROHASHING and me, both of which supported a bitcoin network designed for payments with a large or unlimited block size, were censored and destroyed, the President's allies - Silbert and many Wall Street CEOs - were able to manipulate social discourse. Silbert reneged on his own New York agreement, which was signed just two months after the President signed his own illegal order.

The result was that the temporary attack prevention measure put into place in 2010 remained, Bitcoin's blocks never grew larger than 1MB, and transaction fees skyrocketed. The enormous fees meant that Bitcoin could no longer be used for payments, and instead required "custody services" to safeguard it, just like gold does.

Silbert and Wall Street were happy to offer these custody services - BlockFi, Celsius, Voyager, and DCG's own Genesis were among

the names. These companies used the Digital Gold scheme to recklessly lend out innocent Americans' funds. All of them failed in 2022, and they took $15 billion of innocent people's money with them. Celsius CEO Alex Mashinsky is currently in prison, while some of the executives, including Silbert, continue to live lives of luxury.

The President benefitted from Digital Gold because the crippling of BTC required the creation of millions of altcoins, ICOs, and tokens enabled he and his family to profit from assets like his $TRUMP coin, with which he sold $37 million in dinner tickets to a Mar-a-Lago gala.

Digital Gold continues in full force. There currently is another company - Microstrategy and its CEO Michael Saylor - which shares many similarities with what has happened in the past. One of Saylor's stocks - STRC - continues to suck in money with its promised 11% yield. It only has value so long as Microstrategy remains solvent, and Microstrategy's revenue-producing software business is far smaller than its bitcoin holdings and the value of its stocks.

## The scheme failed in its primary objective

The impacts on me, while severe, are minimal compared to the impacts on others. I will suffer far more from coming forward than from what was done to me in the past.

The President ground PROHAHSING down to dust. The company's failure ruined my brother, but produced no movement of coins.

The Wall Street executives stole millions of dollars from me through Celsius, BlockFi, and Genesis. No signature appeared.

The global investment bank Jefferies, conspiring with Andrew Glantz and Xclaim, created a fraudulent contract that claims to assign rights to hold them accountable. The contract, which was designed to intimidate, does not and cannot assign these rights. The contract is so bad that, even after being asked three times, Jefferies refuses to enforce its own deal. Glantz's employment at Xclaim ended four days after I notified him of the allegations, and I sued DCG anyway.

Genesis, conspiring with DCG, which it is supposedly suing for billions of dollars, then created yet another scheme to stop that lawsuit - complete with a fake case, misleading statements by the attorneys, and 3-day subpoenas. Their latest scheme is now also frozen.

The only result all of these people have been able to achieve is in banning me from social media networks and subreddits, in preventing the press from reporting on the story, and in painting me as mentally ill in their troll replies. Because those are the only things they have been successful at, they will likely try them again in response to this post. Expect inorganic downvoting and censorship everywhere you see this link.

## Future plans

Over the next few weeks, we will be filing an amended complaint in the Middle District of Pennsylvania to hold those who participated in the President's scheme - DCG, Silbert, Genesis CEO Michael Moro, Xclaim, Glantz, and others - accountable. We will discover the extent of the President's involvement in the scheme, and reveal the contracts, orders, and other evidence that were used to create it.

This information is complex - so complex that I cannot discuss all of it in this initial message. I will be posting detailed explanations

of each part of the scheme along with the evidence we already possess throughout May. While I have yet to write the articles, much of the evidence is already posted to the Pennsylvania and New York court dockets as exhibits, and can be downloaded from this site.

In the meantime, if you are a reporter, call the following people, and see what they all have to say:

- Barry Silbert
- Michael Moro
- Vincent Falco
- Andrew Glantz
- Matthew Aronsky
- Jennifer Selendy
- Vijay Boyapati
- Jefferies Leveraged Credit Products LLC
- and, of course, the White House.

See how many "no comments" you get from them.

## Conclusion

I am not a political person. That said, I hope that both Republicans and Democrats will agree that the President's illegal and unconstitutional program is a blatant misuse of taxpayer funds and is cruel to the people I come across who had nothing to do with any of this.

I just want to move on to other things and live a quiet life. That won't be possible now, because I can't stay silent while millions of people are ensnared as collateral damage. Why does the President care so much about me to track me in his daily briefs?

It's too late for PROHASHING, but it's not too late to end the warrantless surveillance, and it's not too late to put an end to the

Digital Gold fraud.

The scheme has failed. They've been following me for well over a decade, and despite all the damage they've done to me and everyone else, they still haven't produced a signature. Good luck with that. Please leave me alone.

**Share this update:**

  

← Back to Sokolowski v. Digital Gold

© 2025 Steve Sokolowski. All rights reserved for the website design. The songs may be used for any reason with attribution. | SoundCloud | Contact