# EXHIBIT 12

**Steve Sokolowski** ✔
@SteveSokolowsk2

Let's talk a little more about AI usage and how we use GPT-5.2 Pro. We don't just use AI to generate briefs. We use it to plan strategy, too.

What we do is put what we believe to be the current facts into the model, and how we believe the judges, parties, etc. will act. Then, we get proposed courses of action out of the model for two paths: accomplishing the ultimate mission of destroying DCG and Silbert; and an "emergency abort" that will allow us to save ourselves if we had misunderstood the facts on the ground.

The reason we do this is because we (or anyone) knows that judges don't directly signal their intent. We estimate the models right now at 95% accurate in their assessment. As anyone who's been following us knows, this isn't about money. But, while we are 95% confident the facts give us the ability to destroy DCG, our financial situation, which is much less secure than the defendants', means that we need that backup plan. Such is the nature of asymmetric warfare.

We're learned that a lot of what lawyers do is reading between the lines. The emergency plan isn't because "oops, we changed our mind and let's just bail out," it's because "oops, what we thought the judge was signaling in his opinion actually wasn't a signal at all."

So what we do is ask the model for actions with dual objectives. The criteria we mandate is that whatever we do must never in any way harm the ultimate plan of bringing justice to Silbert, but consistent with that goal we should always retain a backup - for example, a token settlement with one of the defendants - because software engineering is disappearing as a career. This is why we were immediately concerned about the R&R taking away the obvious backup plan for a minute before we realized that it wasn't as bad as it seemed.

Thus, people following us might see us making decisions that appear subtly suboptimal, and that's because we have used models to advise us how to leave open the 5% alternate path. Once the tools advance far enough to be near-certain about the facts on the ground, then the need for the "alternate path" entirely collapses, we go from 95% to all-in on the optimal path, and we can then just ask the AIs "what is the best way to ensure they are held accountable?"

Whatever happens, as long as there remains a sliver of a path to fight to the end, nobody will ever see us giving up in our efforts to dismantle this Enterprise.

10:06 AM · Jan 29, 2026 · **115** Views

Post your reply