UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, | Electronically Filed |
| Plaintiffs, | Civil Action No. 4:25-cv-00001 |
| - against - | Hon. Karoline Mehalchick |
| DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, | Hon. Martin C. Carlson |
| Defendants. | Complaint filed January 2, 2025 |

**NOTICE OF PLAINTIFFS' FAILURE TO FILE A
SECOND AMENDED COMPLAINT**

**To the Honorable Court**:

Defendants Digital Currency Group, Inc., Barry E. Silbert, and Soichiro "Michael" Moro respectfully submit this advisory to notify the Court that Plaintiffs Christopher and Stephen Sokolowski have failed to file a second amended complaint by May 19, 2026 as ordered and directed by the Court on March 6, 2026. (ECF No. 78.) The May 19 filing deadline, which the Court has not extended, has now passed.

Dated:  New York, New York
May 21, 2026

Respectfully submitted,

**DAVIS POLK & WARDWELL LLP**

*/s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
Daniel J. Schwartz (*admitted pro hac vice*)
Matthew R. Brock (*admitted pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone:   (212) 450-4000
Facsimile:    (212) 701-5800
ben.kaminetzky@davispolk.com
daniel.schwartz @davispolk.com
matthew.brock@davispolk.com

 – and –

 **McCORMICK LAW FIRM**

*/s/ Austin White*
Austin White
PA312789
835 West Fourth Street
Williamsport, PA 17701
Telephone:   (570) 326-5131
Facsimile:    (570) 326-5529
awhite@mcclaw.com

*Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

2

**ARNOLD & PORTER KAYE
SCHOLER LLP**

*/s/ Christian D. H. Schultz*
Christian D. H. Schultz (*pro hac vice*)
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone +1 202.942.5000
Fax: +1 202.942.5999

Yiqing Shi (*pro hac vice*)
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689

**KLEHR HARRISON HARVEY
BRANZBURG LLP**
Joshua M. Link
1835 Market St., Suite 1400
Philadelphia, PA 19103
Telephone: +1 215.569.3003
Fax +1 215.568.6603

*Attorneys for Defendant Michael Moro*

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI, <br><br>       Plaintiffs, <br><br>   - against - <br><br> DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO, <br><br>       Defendants. | Electronically Filed <br><br> Civil Action No. 4:25-cv-00001 <br><br> Hon. Karoline Mehalchick <br><br> Complaint filed January 2, 2025 |

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.8

This brief complies with L.R. 7.8(b)(2) because it contains 70 words using the word count features of Microsoft Word in 14-point font size and Times New Roman Type Style.

DAVIS POLK & WARDWELL LLP

By: */s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone:   (212) 450-4000
Facsimile:   (212) 701-5800
ben.kaminetzky@davispolk.com
*Attorney for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

4

## CERTIFICATE OF SERVICE

I hereby certify that the attached Notice of Plaintiffs' Failure to File a Second Amended Complaint was electronically filed with the Court and electronically served upon all counsel on May 21, 2026.

DAVIS POLK & WARDWELL LLP

By: */s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone:   (212) 450-4000
Facsimile:   (212) 701-5800
ben.kaminetzky@davispolk.com

*Attorney for Defendants Digital Currency Group, Inc. and Barry E. Silbert*