# Exhibit A

Aug. 21, 2025 email from Laura King to Elliot Moskowitz, Stephen H. Sokolowski, and Christopher H. Sokolowski

**Subject:** In re Genesis Global Holdco, LLC, 23-bk-10063/DCG v. Sokolowski 25-ap-01111 (Bankr. S.D.N.Y.)
**From:** Laura King <lking@selendygay.com>
**Date:** 8/21/2025, 2:26 PM
**To:** "Moskowitz, Elliot" <elliot.moskowitz@davispolk.com>, "Kaminetzky, Benjamin S." <ben.kaminetzky@davispolk.com>, "marshall.huebner@davispolk.com" <marshall.huebner@davispolk.com>, "Tobak, Marc J." <marc.tobak@davispolk.com>, "Schwartz, Daniel J." <daniel.schwartz@davispolk.com>, "steve@shoemakervillage.org" <steve@shoemakervillage.org>, "chris@shoemakervillage.org" <chris@shoemakervillage.org>
**CC:** Jennifer Selendy <jselendy@selendygay.com>, Philippe Selendy <pselendy@selendygay.com>, Kelley Cornish <kcornish@selendygay.com>, Claire O'Brien <cobrien@selendygay.com>, Claudia Tobler <ctobler@selendygay.com>

Elliot, Steve, Chris,

We understand that the Sokolowskis have made a filing with the court that attempts to seek declaratory relief against the estate in the adversary proceeding.  We have not yet seen a summons issued from the clerk and none has been served on the estate.  In light of this, the earliest deadline for the estate to respond would fall after the September 15 hearing.  We propose adjourning the September 15 hearing to allow for the Sokolowskis to serve the summons and complaint and to allow for complete briefing on the estate's response.  Please confirm whether you consent to an adjournment. We are glad to discuss a briefing schedule upon service of the summons. We will accept email service of the summons and complaint on behalf of the estate.

In addition, the estate expects to seek discovery in connection with this proceeding, including for potential presentation to the Court as part of a merits hearing.  We can be available for a Rule 26(f) conference at your convenience.

We reserve all rights.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay PLLC  [Web]
------------------------------------------
+1 212.390.9352  [O]