Case Number: 4:25-cv-00001-KM Document Number: 92 User: DJ Printed: 6/26/2026 2:58:10 PM

Yiqing Shi
250 West 55th Street
New York,NY 10023

FILED
SCRANTON

JUL 1 5 2026

PER_____
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
LIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED
SCRANTON

JUL 1 5 2026

PER_____
DEPUTY CLERK

HARRISBURG PA 171

27 JUN 2026 PM

US POSTAGE PITNEY BOWES

ZIP 18501  $ 000.74⁰
02 7W
0008028835 JUN. 26. 2026

USMS X-RAY

NIXIE          100   DE 1          0007/18/26

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 18501114848     *2823-03428-27-43