UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI,<br><br>Plaintiffs<br><br>- against -<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>Defendants. | Electronically Filed<br><br>Civil Action No. 4:25-cv-00001<br><br>Hon. Karoline Mehalchick<br>Hon. Martin C. Carlson<br><br>Complaint filed January 2, 2025 |

**DEFENDANTS' FED. R. CIV. P. 41(b) MOTION TO DISMISS AND REQUEST TO ADJOURN DEADLINE TO FILE FED. R. CIV. P. 12(b) <u>MOTION TO DISMISS</u>**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

MCCORMICK LAW FIRM
835 W 4th St,
Williamsport, PA 17701

*Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000

KLEHR HARRISON HARVEY BRANZBURG LLP
1835 Market St., Suite 1400
Philadelphia, PA 19103

*Attorneys for Defendant Soichiro "Michael" Moro*

For the reasons set forth in the brief in support of their Fed. R. Civ. P. 41(b) Motion to Dismiss and Request to Adjourn Deadline to File Fed. R. Civ. P. 12(b) Motion to Dismiss, which will be filed concurrently herewith, and based on the Declaration of Daniel J. Schwartz and the exhibit attached thereto, Defendants Digital Currency Group, Inc., Barry E. Silbert, and Soichiro "Michael" Moro, by and through their attorneys, move this Court to dismiss Plaintiffs' Complaint for failure to comply with this Court's March 6, 2026 order (ECF No. 78) and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), and to adjourn the deadline to file a motion to dismiss under Federal Rule of Civil Procedure 12(b).

Dated: New York, New York
October 29, 2026

Respectfully submitted,

**DAVIS POLK & WARDWELL LLP**

*<u>/s/ Benjamin S. Kaminetzky</u>*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
Daniel J. Schwartz (*admitted pro hac vice*)
Matthew R. Brock (*admitted pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
ben.kaminetzky@davispolk.com
daniel.schwartz@davispolk.com
matthew.brock@davispolk.com

– and –

**McCORMICK LAW FIRM**

*/s/ Austin White*
Austin White
PA312789
835 West Fourth Street
Williamsport, PA 17701
Telephone: (570) 326-5131
Facsimile: (570) 326-5529
awhite@mcclaw.com

*Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Marcus A. Asner*
Marcus Asner (*admitted pro hac vice*)
Yiqing Shi (*admitted pro hac vice*)
250 W 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Marcus.Asner@arnoldporter.com
Yiqing.Shi@arnoldporter.com

– and –

**KLEHR HARRISON HARVEY BRANZBURG LLP**

/s/ *Joshua M. Link*
Joshua M. Link
835 Market St., Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3003
Facsimile: (215) 568-6603
jlink@klehr.com

*Attorneys for Defendant Michael Moro*

## CERTIFICATE OF SERVICE

I hereby certify that the attached Fed. R. Civ. P. 41(b) Motion to Dismiss and Request to Adjourn Deadline to File Fed. R. Civ. P. 12(b) Motion to Dismiss, was electronically filed with the court and electronically served upon all counsel on October 29, 2026.

DAVIS POLK & WARDWELL LLP

By: */s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert

New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
ben.kaminetzky@davispolk.com