UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI,<br>Plaintiffs<br>- against -<br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br>Defendants. | Electronically Filed<br>Civil Action No. 4:25-cv-00001<br>Hon. Karoline Mehalchick<br>Hon. Martin C. Carlson<br>Complaint filed January 2, 2025 |

**DECLARATION OF DANIEL J. SCHWARTZ IN SUPPORT OF DEFENDANTS' FED. R. CIV. P. 41(b) MOTION TO DISMISS AND REQUEST TO ADJOURN DEADLINE TO FILE <u>FED. R. CIV. P. 12(b) MOTION TO DISMISS</u>**

Pursuant to 28 U.S.C. § 1746, I, Daniel J. Schwartz, hereby declare as follows:

1. I am an attorney admitted to this Court *pro hac vice* in the above-captioned action (the "Action"). I am counsel at the law firm Davis Polk & Wardwell LLP ("Davis Polk"), 450 Lexington Avenue, New York, New York 10017, counsel to Defendants Digital Currency Group, Inc. ("DCG") and Barry E. Silbert in the Action. I respectfully submit this Declaration in support of Defendants' Fed. R. Civ. P. 41(b) Motion to Dismiss and Request to Adjourn the Deadline to File Fed. R. Civ. P. 12(b) Motion to Dismiss. I make this Declaration based on my personal knowledge.

2. Davis Polk serves as counsel to DCG in an adversary proceeding in the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") captioned *Digital Currency Group, Inc. v. Vincent Falco, Stephen H. Sokolowski, and Christopher H. Sokolowski*, Adversary Proceeding No. 25-01111 (the "New York Action").

3. DCG commenced the New York Action by filing a complaint and motion for preliminary injunction on July 8, 2025. On August 8, 2025, DCG dismissed the New York Action as to Mr. Falco, who had voluntarily dismissed his separate action against DCG on July 25, 2025. (*See* New York Action, ECF No. 9.) Following this dismissal, the New York Action continued as against Stephen and Christopher Sokolwski, Plaintiffs in this Action ("Plaintiffs"). The New York Action sought to enjoin Plaintiffs from, among other things, continuing to litigate this Action on the ground that the claim asserted in their complaint is a derivative claim that is the exclusive property of the debtors in a bankruptcy proceeding pending before the Bankruptcy Court captioned *In re Genesis Global Holdco, LLC*, Case No. 23-10063. Further detail concerning the circumstances and procedural status of the New York Action are set forth in Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Second Motion for Extension of Time to File

Second Amended Complaint, which was previously filed with the Court in this Action on May 14, 2026. (*See* ECF No. 85[1] at 6-7.)

4. Following the filing of Magistrate Judge Carlson's report and recommendation to allow Plaintiffs to file a second amended complaint in this Action, on January 30, 2026, DCG asked the Bankruptcy Court in the New York Action to adjourn any hearing on the preliminary injunction motion without date, pending Plaintiffs' filing of a second amended complaint in this Action, and the Bankruptcy Court agreed to such adjournment. (*Id.* at 7.) A true and correct copy of the correspondence with the Bankruptcy Court adjourning the hearing was previously filed with this Court as ECF 85-7.

5. As reflected in the docket sheet from the New York Action, a true and correct copy of which is attached hereto as Exhibit 1, since that adjournment on January 30, 2026, there have been no further substantive developments in the New York Action.

6. In their Second Motion For Extension of Time to File Second Amended Complaint in this Action, Plaintiffs represented that they did not intend to retain counsel in this Action, but instead would retain counsel in the New York Action to litigate and pursue discovery in the New York Action concerning an agreement

[1] References to "ECF No." without any additional identifier refer to docket entries in this Action.

between their nonparty investment fund, Cryptocurrency Management LLC, and a different nonparty to whom Cryptocurrency Management had sold and assigned any and all claims relating to loans made to Genesis Global Capital, LLC—the subject of Plaintiffs' purported claim in this Action. (*See* ECF No. 82 ¶ 3; ECF No. 83 at 2-4, 7-8; *see also* ECF No. 85 at 16-20.)

7. On May 22, 2026, Scott S. Markowitz of the law firm Tarter, Krinsky & Drogin LLP entered a notice of appearance in the New York Action on behalf of Stephen and Christopher Sokolowski, Plaintiffs in this Action. (*See* Ex. 1 at 7.)

8. On May 27, 2026, my colleague Benjamin S. Kaminetzky of Davis Polk and I conferred via telephone with Mr. Markowitz concerning the New York Action. Counsel discussed the Bankruptcy Court's adjournment of any hearing on DCG's request for an injunction in the New York Action.

9. Since May 27, 2026:

a. Counsel to DCG have had no further communications with Mr. Markowitz or any other counsel to Plaintiffs;

b. Plaintiffs have not served DCG with any discovery in connection with the New York Action;

c. Plaintiffs have not served DCG with any notices of subpoena for discovery directed to any nonparties in connection with the New York Action;

d. Plaintiffs have not notified, produced to, or made available to DCG for inspection and copying any productions made by any other parties or nonparties in connection with the New York Action; and

e. Plaintiffs have not filed any motions or requested any relief in the New York Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2026.

By: ________________________

Daniel J. Schwartz
daniel.schwartz@davispolk.com
(212) 450-4000

**CERTIFICATE OF SERVICE**

I hereby certify that the attached Declaration of Daniel J. Schwartz in Support of Defendants' Fed. R. Civ. P. 41(b) Motion to Dismiss and Request to Adjourn the Deadline to File Fed. R. Civ. P. 12(b) Motion to Dismiss, was electronically filed with the court and electronically served upon all counsel on October 29, 2026.

DAVIS POLK & WARDWELL LLP

By: /s/ *Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert

New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
ben.kaminetzky@davispolk.com