# EXHIBIT 1

**PENAP**

# U.S. Bankruptcy Court
# Southern District of New York (Manhattan)
# Adversary Proceeding #: 25-01111-shl

*Assigned to:* Judge Sean H. Lane
*Lead BK Case:* 23-10063
*Lead BK Title:* Genesis Global Holdco, LLC and Genesis Asia Pacific PTE. LTD.
*Lead BK Chapter:* 11
*Demand:*

*Date Filed:* 07/08/25

*Nature[s] of Suit:* 71 Injunctive relief - reinstatement of stay

***Plaintiff***
-----------------------

**Digital Currency Group, Inc.**
Digital Currency Group, Inc.
262 Harbor Dr
1st Floor
Stamford, CT 06902
United States

represented by **Benjamin S. Kaminetzky**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4259
Fax : (212) 450-3259
Email: kaminet@dpw.com

**Marc Joseph Tobak**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212)450-3073
Fax : (212)701-5800
Email: mtobak@dpw.com

V.

***Defendant***
-----------------------

**Vincent Falco**

represented by **Vincent Falco**
PRO SE

***Defendant***
-----------------------

**Stephen H. Sokolowski**

represented by **Scott S. Markowitz**
Tarter Krinsky & Drogin LLP
1350 Broadway, 11th Floor
New York, NY 10018
(212) 216-8000

Fax : 212-216-8001
Email: smarkowitz@tarterkrinsky.com

*Defendant*
-----------------------
**Christopher H. Sokolowski** represented by **Scott S. Markowitz**
(See above for address)

*Claims and Noticing Agent*
-----------------------
**Kroll Restructuring Administration LLC**
(f/k/a Prime Clerk LLC)
1 World Trade Center
31st Floor
New York, NY 10007

*Counter-Claimant*
-----------------------
**Christopher H. Sokolowski** represented by **Christopher H. Sokolowski**
PRO SE

*Counter-Claimant*
-----------------------
**Stephen H. Sokolowski** represented by **Stephen H. Sokolowski**
PRO SE

V.

*Counter-Defendant*
-----------------------
**Digital Currency Group, Inc.**
262 Harbor Dr
1st Floor
Stamford, CT 06902

*Counter-Defendant*
-----------------------
**Genesis Asia Pacific PTE. LTD.** represented by **Luke A Barefoot**
1 Raffles Quay
#45-03 North Tower
Singapore 048583
Singapore

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
212-225-2000
Fax : 212-225-3999

Tax ID / EIN: 00-0000000

Email: lbarefoot@cgsh.com

**Jennifer Selendy**
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212-390-9000
Fax : 212-390-9399
Email: jselendy@selendygay.com

**Philippe Selendy**
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212-390-9002
Email: pselendy@selendygay.com

***Counter-Defendant***
**-----------------------**
**Genesis Global Capital, LLC**
250 Park Avenue South
New York, NY 10003
Tax ID / EIN: 37-1878564

represented by **Luke A Barefoot**
(See above for address)

**Jennifer Selendy**
(See above for address)

**Philippe Selendy**
(See above for address)

***Counter-Defendant***
**-----------------------**
**Genesis Global Holdco, LLC**
175 Greenwich Street
Floor 38
New York, NY 10007
Tax ID / EIN: 38-4058219

represented by **Luke A Barefoot**
(See above for address)

**Benjamin S. Kaminetzky**
(See above for address)

**Jennifer Selendy**
(See above for address)

**Philippe Selendy**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 07/08/2025 | 1 (18 pgs) | Adversary case 25-01111. Complaint against Vincent Falco, Stephen H. Sokolowski, Christopher H. Sokolowski (Fee Amount $ 350.). Nature(s) of Suit: (71 (Injunctive relief - reinstatement of stay)) Filed by Benjamin S. Kaminetzky on behalf of Digital Currency Group, Inc.. (Kaminetzky, Benjamin) (Entered: 07/08/2025) |

| | | |
|---|---|---|
| 07/08/2025 | | Receipt of Complaint( 25-01111-shl) [cmp,cmp] ( 350.00) Filing Fee. Receipt number A17143436. Fee amount 350.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 07/08/2025) |
| 07/08/2025 | 2<br>(10 pgs; 2 docs) | Motion for Preliminary Injunction filed by Benjamin S. Kaminetzky on behalf of Digital Currency Group, Inc.. (Attachments: # 1 Exhibit A. Proposed Preliminary Injunction Order) (Kaminetzky, Benjamin) (Entered: 07/08/2025) |
| 07/08/2025 | 3<br>(1124 pgs; 11 docs) | Declaration *of Marc J. Tobak in Support of Plaintiff's Motion for a Preliminary Injunction* (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Digital Currency Group, Inc.. (Attachments: # 1 Exhibit A. Delaware Suit Compl. # 2 Exhibit B -- SDNY Adversary Proceeding Compl. # 3 Exhibit C -- Sokolowski Penn. Compl. # 4 Exhibit D -- Sokolowski Conn. Compl. # 5 Exhibit E -- Falco Compl. # 6 Exhibit F -- Debtors' Amended Disclosure Statement excerpts # 7 Exhibit G -- Plan Supp. excerpts # 8 Exhibit H -- Debtors Amended Joint Chapter 11 Plan Excerpts # 9 Exhibit I -- Confirmation Opinion Excerpts # 10 Exhibit J -- Confirmation Order Excerpts) (Kaminetzky, Benjamin) (Entered: 07/08/2025) |
| 07/08/2025 | 4<br>(37 pgs) | Memorandum of Law *in Support of Motion for a Preliminary Injunction* (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Digital Currency Group, Inc.. (Kaminetzky, Benjamin) (Entered: 07/08/2025) |
| 07/08/2025 | 5<br>(2 pgs) | Disclosure Statement */ Digital Currency Group, Inc.'s Rule 7007.1 Disclosure Statement* filed by Benjamin S. Kaminetzky on behalf of Digital Currency Group, Inc.. (Kaminetzky, Benjamin) (Entered: 07/08/2025) |
| 07/09/2025 | 6<br>(1 pg) | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 9/17/2025 at 10:00 AM at Videoconference (ZoomGov) (SHL), Answer due by 8/8/2025, (Ortiz, Carmen) (Entered: 07/09/2025) |
| 07/09/2025 | 7<br>(4 pgs) | Notice of Hearing *Regarding Motion for Preliminary Injunction* filed by Marc Joseph Tobak on behalf of Digital Currency Group, Inc.. with hearing to be held on 8/15/2025 at 10:00 AM at Videoconference (ZoomGov) (SHL) Objections due by 7/29/2025, (Tobak, Marc) (Entered: 07/09/2025) |
| 08/08/2025 | 8<br>(4 pgs) | Notice of Adjournment of Hearing *Regarding Motion for Preliminary Injunction* (related document(s)2) filed by Marc Joseph Tobak on behalf of Digital Currency Group, Inc.. with hearing to be held on 9/15/2025 at 11:00 AM at Videoconference (ZoomGov) (SHL) Objections due by 8/29/2025, (Tobak, Marc) (Entered: 08/08/2025) |
| 08/08/2025 | 9<br>(3 pgs) | Notice of Dismissal */ Notice of Voluntary Dismissal of Defendant Vincent Falco* (related document(s)2, 1) filed by Marc Joseph Tobak on behalf of Digital Currency Group, Inc.. (Tobak, Marc) (Entered: 08/08/2025) |
| 08/12/2025 | 10<br>(7 pgs) | Response to Motion */Limited Response and Statement of Neutral Position Regarding Debtor's Motion to Enforce, with Request for Targeted Procedural Relief and Reservation of Rights* (related |

| | | |
|---|---|---|
| | | document(s)2) filed by Stephen H. Sokolowski. (Tavarez, Arturo) (Entered: 08/12/2025) |
| 08/13/2025 | 11 (9 pgs) | Affidavit of Service (related document(s)10) Filed by Stephen H. Sokolowski. (Tavarez, Arturo) (Entered: 08/13/2025) |
| 08/14/2025 | 12 (15 pgs) | Answer to Complaint (Related Doc # 1), Counterclaim against Digital Currency Group, Inc., Genesis Asia Pacific PTE. LTD., Genesis Global Capital, LLC, Genesis Global Holdco, LLC filed by Christopher H. Sokolowski, Stephen H. Sokolowski. (Bush, Brent) (Entered: 08/15/2025) |
| 08/19/2025 | 13 (51 pgs) | Transcript regarding Hearing Held on 08/15/2025 At 11:12 AM RE: Status Conference.; Etc.. Remote electronic access to the transcript is restricted until 11/17/2025. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/26/2025. Statement of Redaction Request Due By 9/9/2025. Redacted Transcript Submission Due By 9/19/2025. Transcript access will be restricted through 11/17/2025. (Ramos, Jonathan) (Entered: 08/19/2025) |
| 08/21/2025 | 14 (2 pgs) | Letter *Request for Subsequent Summons* Filed by Christopher H. Sokolowski. (Ortiz, Carmen) (Entered: 08/21/2025) |
| 08/21/2025 | 15 (1 pg) | **Third Party** Summons and Notice of Pre-Trial Conference against Genesis Global Holdco, LLC Answer Due: 9/22/2025. Filed by Clerk's Office of the United States Bankruptcy Court. (Ramos, Jonathan) (Entered: 08/21/2025) |
| 08/21/2025 | 16 (1 pg) | **Third Party** Summons and Notice of Pre-Trial Conference against Genesis Global Capital, LLC Answer Due: 9/22/2025. Filed by Clerk's Office of the United States Bankruptcy Court. (Ramos, Jonathan) (Entered: 08/21/2025) |
| 08/21/2025 | 17 (1 pg) | **Third Party** Summons and Notice of Pre-Trial Conference against Genesis Asia Pacific PTE. LTD. Answer Due: 9/22/2025. Filed by Clerk's Office of the United States Bankruptcy Court. (Ramos, Jonathan) (Entered: 08/21/2025) |
| 08/22/2025 | 18 (7 pgs) | Certificate of Service (related document(s)4, 2, 3, 1, 5, 6) filed by Marc Joseph Tobak on behalf of Digital Currency Group, Inc.. (Tobak, Marc) (Entered: 08/22/2025) |
| 09/02/2025 | 19 (9 pgs) | Certificate of Service (related document(s)17, 12, 15, 16) filed by Christopher H. Sokolowski, Stephen H. Sokolowski. (Cappiello, Karen) (Entered: 09/03/2025) |
| 09/07/2025 | 20 (53 pgs) | Opposition / *Defendents Memorandum of Law In Opposition To Motion for Preliminary Injuction* (related document(s)2) filed by Christopher H. Sokolowski, Stephen H. Sokolowski. (Cappiello, Karen) (Entered: 09/08/2025) |

| | | |
|---|---|---|
| 09/07/2025 | 21<br>(60 pgs) | Declaration *of Stephen and Christopher Sokolowski In Opposition To Motion for Preliminary Injunction* filed by Christopher H. Sokolowski, Stephen H. Sokolowski. (Cappiello, Karen) (Entered: 09/08/2025) |
| 09/07/2025 | 22<br>(3 pgs) | Notice of Presentment *of Proposed Order* (related document(s)20, 21) filed by Christopher H. Sokolowski, Stephen H. Sokolowski. (Cappiello, Karen) (Entered: 09/08/2025) |
| 09/10/2025 | 23<br>(2 pgs) | Statement */ Request For Expedited Informal Discovery Conference* filed by Christopher H. Sokolowski, Stephen H. Sokolowski. (Cappiello, Karen) (Entered: 09/11/2025) |
| 09/11/2025 | 24<br>(3 pgs) | Notice of Adjournment of Hearing *Scheduled for September 15, 2025* filed by Jennifer Selendy on behalf of Genesis Asia Pacific PTE. LTD., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Selendy, Jennifer) (Entered: 09/11/2025) |
| 09/12/2025 | 25<br>(22 pgs) | Memorandum of Law */ Reply Memorandum of Law in Support of Motion for a Preliminary Injunction* filed by Benjamin S. Kaminetzky on behalf of Genesis Global Holdco, LLC. (Kaminetzky, Benjamin) (Entered: 09/12/2025) |
| 09/15/2025 | 26<br>(2 pgs) | Notice Of Stay In Connecticut filed by Stephen H. Sokolowski and Christopher H. Sokolowski. (Cappiello, Karen). (Entered: 09/15/2025) |
| 09/17/2025 | 27<br>(3 pgs) | Notice of Adjournment of Hearing */ Notice of Adjournment of Pretrial Conference Regarding Digitial Currency Group's Adversary Complaint* filed by Marc Joseph Tobak on behalf of Digital Currency Group, Inc.. (Tobak, Marc) (Entered: 09/17/2025) |
| 09/22/2025 | 28<br>(3 pgs) | Notice of Appearance in Adversary Proceeding *of Philippe Z. Selendy, Jennifer M. Selendy, Kelley A. Cornish and Claudia R. Tobler* filed by Jennifer Selendy on behalf of Genesis Asia Pacific PTE. LTD., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Selendy, Jennifer) (Entered: 09/22/2025) |
| 09/22/2025 | 29<br>(7 pgs) | Motion to Dismiss Adversary Proceeding filed by Jennifer Selendy on behalf of Genesis Asia Pacific PTE. LTD., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Selendy, Jennifer) (Entered: 09/22/2025) |
| 09/22/2025 | 30<br>(26 pgs) | Memorandum of Law *in Support of Motion to Dismiss* (related document(s)29) filed by Jennifer Selendy on behalf of Genesis Asia Pacific PTE. LTD., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Selendy, Jennifer) (Entered: 09/22/2025) |
| 09/22/2025 | 31<br>(13 pgs; 5 docs) | Declaration *of J. Selendy in Support of Motion to Dismiss* (related document(s)29) filed by Jennifer Selendy on behalf of Genesis Asia Pacific PTE. LTD., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Attachments: # 1 Exhibit Ex 1: Transfer Notice # 2 Exhibit Ex: 2 Filed Under Seal # 3 Exhibit Ex: 3 Filed Under Seal # 4 Exhibit Ex: 4 Email from B. Kaminetzky) (Selendy, Jennifer) (Entered: 09/22/2025) |

| | | |
|---|---|---|
| 09/22/2025 | 32<br>(13 pgs) | Motion to File Under Seal *in Connection with Debtors' Motion to Dismiss* (related document(s)29) filed by Jennifer Selendy on behalf of Genesis Asia Pacific PTE. LTD., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Selendy, Jennifer) (Entered: 09/22/2025) |
| 10/06/2025 | 33<br>(4 pgs) | Affidavit of Service *of Alain B. Francoeur Regarding Motion to Dismiss the Counterclaim of Stephen H. and Christopher H. Sokolowski Pursuant to Federal Rule of Bankruptcy Procedure 12(b)(1), Debtors Brief in Support of Their Motion to Dismiss the Counterclaim of Stephen H. and Christopher H. Sokolowski Pursuant to Federal Rule of Bankruptcy Procedure 12(b)(1), Declaration of Jennifer M. Selendy in Support of Debtors Brief in Support of Their Motion to Dismiss the Counterclaim of Stephen H. and Christopher H. Sokolowski Pursuant to Federal Rule of Bankruptcy Procedure 12(B)(1), and Debtors Motion for Authority to Redact and File Certain Information Under Seal in Connection with the Debtors Motion to Dismiss the Counterclaim of Stephen H. and Christopher H. Sokolowski Pursuant to Federal Rule of Bankruptcy Procedure 12(b)(1)* (related document(s)32, 31, 30, 29) filed by Kroll Restructuring Administration LLC.(Malo, David) (Entered: 10/06/2025) |
| 10/09/2025 | 34<br>(55 pgs) | Memorandum of Law *In Opposition To Debtors' Motion To Dismiss The Counterclaim* (related document(s)29) filed by Christopher H. Sokolowski, Stephen H. Sokolowski. (Cappiello, Karen) (Entered: 10/10/2025) |
| 10/09/2025 | 35<br>(61 pgs) | Declaration *(s) of Stephen H. Sokolowski And Christopher H. Sokolowski In Opposition To Debtors' Motion To Dismiss The Counterclaim* (related document(s)34, 29) filed by Christopher H. Sokolowski, Stephen H. Sokolowski. (Cappiello, Karen) (Entered: 10/10/2025) |
| 01/16/2026 | 36<br>(2 pgs) | Letter *Regarding Notice Pursuant to Rule 1.12 of the New York Rules of Professional Conduct* Filed by Lawrence Evan Jacobs on behalf of Digital Currency Group, Inc.. (Jacobs, Lawrence) (Entered: 01/16/2026) |
| 05/22/2026 | 37<br>(3 pgs) | Notice of Appearance *and Request for Service of All Notices, Pleadings and Orders* filed by Scott S. Markowitz on behalf of Christopher H. Sokolowski, Stephen H. Sokolowski. (Markowitz, Scott) (Entered: 05/22/2026) |
| 06/10/2026 | 38<br>(4 pgs) | Notice of Appearance in Adversary Proceeding *of Sean A. O'Neal, Luke A. Barefoot, Rishi N. Zutshi, Samuel Levander, Andrew Weaver, Andres F. Saenz, David Z. Schwartz, and Jack Massey* filed by Luke A Barefoot on behalf of Genesis Asia Pacific PTE. LTD., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Barefoot, Luke) (Entered: 06/10/2026) |
| 06/11/2026 | 39<br>(6 pgs; 2 docs) | Motion to Withdraw as Attorney filed by Philippe Selendy on behalf of Genesis Asia Pacific PTE. LTD., Genesis Global Capital, LLC, Genesis Global Holdco, LLC. (Attachments: # 1 Proposed Order) (Selendy, Philippe) (Entered: 06/11/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/28/2026 12:49:38 | | | |
| **PACER Login:** | dp000777 | **Client Code:** | 05416-00011 |
| **Description:** | Docket Report | **Search Criteria:** | 25-01111-shl Fil or Ent: filed From: 7/1/2016 To: 10/28/2026 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |