**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick

## CERTIFICATE OF USE OF GENERATIVE AI

Pursuant to the Order of the Court regarding the use of Generative AI in any document filed in this Court, Plaintiffs hereby certify as follows regarding *Plaintiffs' Memorandum of Law in Opposition to Dismissal Under Rule 41(B) and Response to the Request to Adjourn the Rule 12(B) Deadline*:

OpenAI Codex and its GPT-6.1 Sol and GPT-6 Astra agents assisted with research, drafting, editing, citation checking, and formatting throughout the brief, declarations, and this certificate, and with the exhibit pages and unpublished opinions. Anthropic's Claude Cowork and its Claude Sonnet 5.5, Claude Opus 5.5, and Claude Fable 5.1 agents reviewed drafts to provide a second opinion. Those reviews informed revisions to the facts and the extension and dismissal arguments.

Stephen Sokolowski wrote and edited the brief.

The two systems' agents communicated with each other and worked together to review every citation with the goal of precisely narrowing statements in the brief to avoid overclaiming arguments.

Christopher Sokolowski certifies that he personally checked the accuracy of all AI-assisted portions, including the facts, quotations, docket references, citations, and legal authorities.

Dated: November 2, 2026

Respectfully submitted,

/s/ Stephen H. Sokolowski
Stephen H. Sokolowski, *Pro Se*
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, *Pro Se*
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org