**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick

**DECLARATIONS IN SUPPORT OF**

**PLAINTIFFS' OPPOSITION TO ECF NO. 97**

Exhibit 1 Declaration of Stephen H. Sokolowski

Exhibit 2 Declaration of Christopher H. Sokolowski