# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT,
SOICHIRO "MICHAEL" MORO,
**Defendants.**

Electronically Filed

Case No. 4:25-cv-00001

Hon. Karoline Mehalchick

**DECLARATION OF CHRISTOPHER H. SOKOLOWSKI**

I am a plaintiff and have personal knowledge of these facts:

1. PROHASHING LLC dissolved before August 2026. In August and September 2026, as PROHASHING LLC wound down, I checked its balances and Plaintiff Stephen Sokolowski ("Stephen")'s and my balances against the underlying records. We had already checked the other depositors' losses.

2. Stephen and I located separate February 2023 agreements recording how much Cryptocurrency Management LLC allocated from the Genesis claim sale to PROHASHING and to me.

3. The expected cost of New York discovery was one reason Stephen and I decided to proceed on the records we had. I reviewed the Pennsylvania complaint before we filed it on October 19. It excludes PROHASHING's losses and accounts for the sale proceeds we received.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Christopher H. Sokolowski
Christopher H. Sokolowski, *Pro Se*
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org