**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI AND CHRISTOPHER H. SOKOLOWSKI,<br>Plaintiffs,<br>v.<br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, AND SOICHIRO "MICHAEL" MORO,<br>Defendants. | Electronically Filed<br><br>Civil Action No. 4:25-CV-00001<br><br>Hon. Karoline Mehalchick<br>Hon. Martin C. Carlson |

**SOICHIRO "MICHAEL" MORO'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

For the reasons set forth in the brief in support of his Motion to Dismiss, which will be filed within the time period prescribed by Local Rule 7.5 or such other time the Court may order, Defendant Soichiro "Michael" Moro, by and through his attorneys, moves this Court to dismiss Plaintiffs' Second Amended Complaint (ECF No. 96) for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

Dated: November 2, 2026
New York, New York

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Marcus Asner*

Marcus Asner (*admitted pro hac vice*)
Yiqing Shi (*admitted pro hac vice*)
250 W 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Marcus.Asner@arnoldporter.com
Yiqing.Shi@arnoldporter.com

– and –

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Joshua M. Link*

Joshua M. Link
1835 Market St., Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3003
Facsimile: (215) 568-6603
jlink@klehr.com

*Attorneys for Defendant Soichiro "Michael" Moro*

## CERTIFICATE OF SERVICE

I, YIQING SHI, hereby certify that on November 2, 2026, I caused a true and accurate copy of the foregoing and all supporting documents, filed with this Court, to be served upon plaintiffs via first class mail and the Court's ECF filing system and counsel of record for each party via the Court's ECF filing system.

/s/ *Yiqing Shi*
Yiqing Shi