UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI,

Plaintiffs

- against -

DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,

Defendants.

Electronically Filed

Civil Action No. 4:25-cv-00001

Hon. Karoline Mehalchick
Hon. Martin C. Carlson

Complaint filed January 2, 2025

**MOTION OF DIGITAL CURRENCY GROUP, INC. AND BARRY E. SILBERT TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

For the reasons set forth in the brief in support of their Motion to Dismiss, which will be filed within the time period prescribed by Local Rule 7.5 or such longer time period as may be ordered by the Court, defendants Digital Currency Group, Inc. and Barry E. Silbert, by and through their attorneys, move this Court to dismiss plaintiffs' Second Amended Complaint for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and (12)(b)(6).

Dated: New York, New York
November 2, 2026

Respectfully submitted,

**DAVIS POLK & WARDWELL LLP**

*/s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky (*admitted pro hac vice*)
Daniel J. Schwartz (*admitted pro hac vice*)
Matthew R. Brock (*admitted pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
ben.kaminetzky@davispolk.com
daniel.schwartz@davispolk.com
matthew.brock@davispolk.com

– and –

**McCORMICK LAW FIRM**

*/s/ Austin White*
Austin White
PA312789
835 West Fourth Street
Williamsport, PA 17701
Telephone: (570) 326-5131
Facsimile: (570) 326-5529
awhite@mcclaw.com

*Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert*

## CERTIFICATE OF SERVICE

I, Benjamin S. Kaminetzky, hereby certify that the foregoing **Motion to Dismiss** was electronically filed with the court and electronically served upon all parties, pursuant to the Federal Rules of Civil Procedure, this 2nd day of November, 2026.

**DAVIS POLK & WARDWELL LLP**

By: *<u>/s/ Benjamin S. Kaminetzky</u>*

Benjamin S. Kaminetzky (*admitted pro hac vice*)
Attorneys for Defendants Digital Currency Group, Inc. and Barry E. Silbert

New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
ben.kaminetzky@davispolk.com