**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI, I, et al.,<br><br>Plaintiffs<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC. et al.,<br><br>Defendants | CIVIL ACTION NO. 4:25-CV-00001<br><br>(MEHALCHICK, J.) |

**ORDER**

**AND NOW**, this 5th day of November, **IT IS HEREBY ORDERED THAT** this matter is referred to Judge Carlson for pretrial management and disposition of any pretrial motions by report and recommendation.

s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**