**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEPHEN SOKOLOWSKI, et al.,** | : | **CIV. NO. 4:25-CV-1** |
| | : | |
| **Plaintiffs,** | : | **(Judge Mehalchick)** |
| | : | |
| **v.** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **DIGITAL CURRENCY GROUP, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

On November 5, 2026, this case was referred to the undersigned for case management. (Doc. 105). Upon a review of the docket, we have concluded that there are a number of motions that warrant immediate attention.

First, the *pro se* plaintiffs had filed a number of motions for extension of time in which to amend their complaint something they were initially directed to do by May 19, 2026. (Docs. 79, 82). These motions are DISMISSED as moot since the plaintiffs have now filed an amended complaint, albeit in a tardy fashion on October 19, 2026. (Doc. 96).

Second, the defendants have recently filed Rule 12 motions to dismiss this amended complaint, (Docs. 101, 102) and submitted two motions for extension of time (Docs. 103, 104), which seek an extension of time until **December 7, 2026** to file briefs in support of these motions. These motions for extension of time (Docs. 103, 104), are GRANTED. The plaintiffs, in turn, shall file briefs in opposition to

these motions on or before **December 28, 2026**. The movants may then file any reply briefs on or before **January 11, 2027**.

Upon reassignment of this case today it has also come to our attention that there is a Rule 41 motion to dismiss pending in this matter which seeks dismissal of this case for failure to prosecute. (Doc. 97). That motion also requests that we adjourn any briefing on the Rule 12 motions to dismiss. To the extent that the defendants ask us to stay briefing of their Rule 12 motions, this request is DENIED. If the defendants intend to file a reply brief in support of their Rule 41 motion to dismiss that reply brief should be filed on or before **November 16, 2026.** After November 16, 2026 briefing on this Rule 41 motion to dismiss will be deemed closed.

So ordered this 5th day of November 2026.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge